AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| RICKY GARRISON | ) |
| | ) |

Case No.   14-mj-01077-BNB

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____ May 23, 2014 ____ in the county of ____ Denver ____ in the ____ District of ____ Colorado ____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/Joshua Mohlman
*Complainant's signature*

Joshua Mohlman, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  **27 May 2014**

*Judge's signature*

Boyd N. Boland

City and state:  Denver, Colorado

United States Magistrate Judge
*Printed name and title*