DEFENDANT:    RICKY GARRISON

YOB:          1983

ADDRESS:      Denver, Colorado

OFFENSE:      Title 18 U.S.C. §922(g)(1)
              Possession of a firearm by a convicted felon

LOCATION OF OFFENSE:  Denver, Colorado
(COUNTY/CITY/STATE)

PENALTY:      NMT 10 years imprisonment; and a fine of not more than $250,000

AGENT:        Joshua Mohlman, Task Force Officer
              Federal Bureau of Investigation

AUTHORIZED BY:  Zachary H. Phillips
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less        _____ over five days       _____ other

THE GOVERNMENT

  X   will seek detention in this case       _____ will **not** seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:    X    Yes    _____ No