IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01077-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.**      **RICKY K. GARRISON,**

       Defendant.

___

### NOTICE OF APPEARANCE
___

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender, Interim

       s/ Robert W. Pepin
       ROBERT W. PEPIN
       Assistant Federal Public Defender
       633 - 17th Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       robert_pepin@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2014, I electronically filed the foregoing

### NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Zachary Phillips, Assistant U.S. Attorney
        Zachary.Phillips@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ricky Garrison      *(U.S. Mail)*

        s/  Robert W. Pepin
        ROBERT W. PEPIN
        Assistant Federal Public Defender
        Attorney for Defendant
        633 - 17th Street, Suite 1000
        Denver, Colorado 80202
        (303) 294-7002
        (303) 294-1192
        Robert_Pepin@fd.org