AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.

RICKY GARRISON

*Defendant*

)
)
) Case No.
)
) 14-mj-1077-
)
)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2014

JEFFREY P. COLWELL
CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RICKY GARRISON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. §922(g)(1)
Possession of a firearm by a convicted felon

Date: 27 May 2014

City and state:   Denver, Colorado

*Issuing officer's signature*

Boyd N. Boland
United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 05-27-2014, and the person was arrested on *(date)* 05-28-2014
at *(city and state)* Denver, CO

Date: 05-28-2014

*Arresting officer's signature*

TFO Gullicksrud
*Printed name and title*