<u>DEFENDANT 1</u>:     RICKY GARRISON,
                a/k/a "G"

<u>YOB</u>:            1983

<u>ADDRESS</u>:        Aurora, Colorado

<u>COMPLAINT FILED</u>?      YES   ✓   NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?      YES   ✓   NO

<u>OFFENSE</u>:    <u>COUNT ONE</u> – Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846:  On or about and between June 1, 2013, and June 4, 2014, both dates being approximate and inclusive, did knowingly and intentionally conspire to distribute and possess with the intent to distribute, one or more of the following controlled substances: (1) more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; (2) more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; (3) less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; (4) less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

<u>COUNT TWO</u>  - Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 - On or about November 13, 2013,  did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

<u>COUNT THREE</u> - Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about November 13, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNTS FOUR, FIVE, SEVEN, EIGHT, TEN, ELEVEN, FOURTEEN, SIXTEEN, EIGHTEEN, NINETEEN, TWENTY-SEVEN, TWENTY-EIGHT, TWENTY-NINE, THIRTY, THIRTY-ONE, THIRTY-SEVEN, THIRTY-EIGHT, FORTY-SIX, FORTY-SEVEN, FIFTY, FIFTY-FOUR, FIFTY-FIVE, FIFTY-SIX, FIFTY-SEVEN, FIFTY-EIGHT, FIFTY-NINE:  Title 21, United States Code, Sections 843(b) and 843(d) – did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

COUNT SIX:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2 - On or about November 16, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising North Middle School Health Sciences and Technology Campus, a public middle school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT NINE:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2 – On or about November 22, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT TWELVE: - Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about November 23, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT THIRTEEN:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about November 23, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FIFTEEN:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and  860; and Title 18, United States Code, Section 2 – On or about November 29, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a) within 1000 feet of the real property comprising Wyatt-Edison  Charter Academy, a public elementary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT SEVENTEEN:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and  860; and Title 18, United States Code, Section 2 – On or about November 29, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Wyatt-Edison  Charter Academy, a public elementary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT TWENTY:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and  860; and Title 18, United States Code, Section 2 – On or about December 7, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT TWENTY-ONE:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about December 10, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT TWENTY-TWO:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about December 10, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT TWENTY-THREE:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about December 11, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT TWENTY-SIX:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2 - did knowingly and intentionally distribute and possess with the intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT THIRTY-TWO:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about January 6, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT THIRTY-THREE:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about January 6, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT THIRTY-SIX:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2 – On or about January 9, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FORTY-FOUR:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or About January 28, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FORTY-FIVE:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2 – On or about February 26, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FORTY-EIGHT:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2 – On or about February 26, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FORTY-NINE:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about February 26, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FIFTY-ONE:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about February 28, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FIFTY-TWO:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2 – On or about March 1, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FIFTY-THREE:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about March 2, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT SIXTY:  Title 18, United States Code, Section 2421 - On or about March 17, 2014, the defendant, RICKY GARRISON, did knowingly travel in interstate commerce the purpose of the travel was for the individual to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

COUNT SIXTY-ONE:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about March 26, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT SEVENTY:  Title 18, United States Code, Section 922(g)(1) – On or about May 23, 2014, having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate commerce, a firearm, that is a Ruger .357 caliber firearm, serial number 575-28288, said firearm having been shipped and transported in interstate commerce.

COUNT SEVENTY-ONE:  Title 18, United States Code, Section 922(g)(1) – On or about May 23, 2014, having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate commerce, a firearm, that is a Beretta .9 mm caliber firearm, serial number PX12397, said firearm having been shipped and transported in interstate commerce.

Notice of Forfeiture

LOCATION OF OFFENSE:    Arapahoe County, Colorado
(COUNTY/CITY/STATE)

PENALTY:   COUNT ONE:  NLT 5 years and NMT 20 years imprisonment, $5 million fine, or both; NLT 4 years supervised release, $100 Special Assessment Fee.

COUNT TWO:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT THREE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNTS FOUR, FIVE, SEVEN, EIGHT, TEN, ELEVEN, FOURTEEN, SIXTEEN, EIGHTEEN, NINETEEN, TWENTY-SEVEN, TWENTY-EIGHT, TWENTY-NINE, THIRTY, THIRTY-ONE, THIRTY-SEVEN, THIRTY-EIGHT, FORTY-SIX, FORTY-SEVEN, FIFTY, FIFTY-FOUR, FIFTY-FIVE, FIFTY-SIX, FIFTY-SEVEN, FIFTY-EIGHT, FIFTY-NINE:  NMT 4 years imprisonment, $250,000 fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee (per count).

COUNT SEVENTEEN:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT TWENTY:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT TWENTY-ONE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT TWENTY-TWO:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT TWENTY-THREE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT TWENTY-SIX:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT THIRTY-TWO:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT THIRTY-THREE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT THIRTY-SIX:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT FORTY-FOUR:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT FORTY-FIVE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT FORTY-EIGHT:  NMT 20 years imprisonment, $1 million fine, or both;

COUNT FORTY-NINE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

    COUNT FIFTY-ONE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

    COUNT FIFTY-TWO:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

    COUNT FIFTY-THREE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

    COUNT SIXTY:  NMT 10 years imprisonment, $250,000 fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

    COUNT SIXTY-ONE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

    COUNT SEVENTY:  NMT 10 years imprisonment, $250,000 fine, or both; NLT 3 year supervised release, $100 Special Assessment Fee.

    COUNT SEVENTY-ONE:  NMT 10 years imprisonment, $250,000 fine, or both; NLT 3 year supervised release, $100 Special Assessment Fee.

    Forfeiture

AGENT:  Special Agent Sara Aerts,
     Federal Bureau of Investigation

AUTHORIZED BY: ZACHARY PHILLIPS
       Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less   __✓__ over five days   _____ other

THE GOVERNMENT

__✓__ **will** seek detention in this case   _____ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:   __✓__ Yes  WC CO 636   _____ No