DEFENDANT 4:      FRANCISCO AGUILAR

YOB:                  1975

ADDRESS:            Denver County, Colorado

COMPLAINT FILED?        YES     ✓   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?        YES     ✓   NO

OFFENSE:      COUNT ONE – Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846:   On or about and
between June 1, 2013, and June 4, 2014, both dates being approximate and
inclusive, did knowingly and intentionally conspire to distribute and possess with
the intent to distribute, one or more of the following controlled substances: (1)
more than 500 grams but less than 5 kilograms of a mixture or substance
containing a detectable amount of cocaine, a Schedule II Controlled Substance;
(2) more than 28 grams but less than 280 grams of a mixture or substance which
contains cocaine base; (3) less than 100 grams of a mixture or substance
containing a detectable amount of heroin, a Schedule I Controlled Substance; (4)
less than 50 grams of a mixture or substance containing a detectable amount of
methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II
Controlled Substance.

COUNT TWENTY:  Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(C) and  860; and Title 18, United States Code, Section 2 – On or about
December 7, 2013, did knowingly and intentionally distribute and possess with
the intent to distribute less than 500 grams of a mixture or substance containing a
detectable amount of cocaine, a Schedule II controlled substance, in violation of
Title 21, United States Code section 841(a) within 1000 feet of the real property
comprising Aurora West College Preparatory Academy, a public secondary
school; and did knowingly and intentionally aid, abet, counsel, command, induce
or procure the same.

COUNT THIRTY-SIX:  Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(C) and 860; and Title 18, United States Code, Section 2 – On or about
January 9, 2014, did knowingly and intentionally distribute and possess with the
intent to distribute less than 500 grams of a mixture or substance containing a
detectable amount of cocaine, a Schedule II controlled substance, in violation of
Title 21, United States Code section 841(a) within 1000 feet of the real property
comprising Aurora West College Preparatory Academy, a public secondary

school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNTS THIRTY-SEVEN AND THIRTY-EIGHT:  Title 21, United States Code, Sections 843(b) and 843(d) – did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

COUNT FORTY-EIGHT:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2 – On or about February 26, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FIFTY-TWO:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2 – On or about March 1, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT SIXTY-ONE:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about March 26, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

Notice of Forfeiture

LOCATION OF OFFENSE:    Arapahoe County, Colorado
(COUNTY/CITY/STATE)

PENALTY:    COUNT ONE:  NLT 5 years and NMT 20 years imprisonment, $5 million fine, or both; NLT 4 years supervised release, $100 Special Assessment Fee.

COUNT TWENTY:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT THIRTY-SIX:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNTS THIRTY-SEVEN AND THIRTY-EIGHT:  NMT 4 years imprisonment, $250,000.00 fine, or both; NMT 1 year supervised release; and a $100 Special Assessment Fee (per count).

COUNT FORTY-EIGHT:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT FIFTY-TWO:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNT SIXTY-ONE:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

AGENT:        Special Agent Sara Aerts
              Federal Bureau of Investigation

AUTHORIZED BY:    ZACHARY PHILLIPS
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      ✓ over five days      _____ other

THE GOVERNMENT

__✓__ **will** seek detention in this case      _____ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:        __✓__ Yes  WC CO 636    _____ No

3