DEFENDANT 11:     MELVIN TURNER,
                         a/k/a "Mellow,"

YOB:            1975

ADDRESS:      Aurora, Colorado

COMPLAINT FILED? _____ YES  ✓ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES  ✓ NO

OFFENSE:    COUNT ONE – Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846: On or about and between June 1, 2013, and June 4, 2014, both dates being approximate and inclusive, did knowingly and intentionally conspire to distribute and possess with the intent to distribute, one or more of the following controlled substances: (1) more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; (2) more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; (3) less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; (4) less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

COUNT SIXTY-TWO: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 – On or about April 11, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNTS SIXTY-FOUR AND SIXTY-SIX: Title 21, United States Code, Sections 843(b) and 843(d) – did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

Notice of Forfeiture

LOCATION OF OFFENSE:    Arapahoe County, Colorado
(COUNTY/CITY/STATE)

PENALTY:   COUNT ONE:  NLT 5 years and NMT 20 years imprisonment, $5 million fine, or both; NLT 4 years supervised release, $100 Special Assessment Fee.

COUNT SIXTY-TWO:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNTS SIXTY-FOUR AND SIXTY-SIX:  NMT 4 years imprisonment, $250,000.00 fine, or both; NMT 1 year supervised release; and a $100 Special Assessment Fee (per count).

AGENT:   Special Agent Sara Aerts
Federal Bureau of Investigation

AUTHORIZED BY:   ZACHARY PHILLIPS
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less     ✓ over five days     ____ other

THE GOVERNMENT

✓ **will** seek detention in this case     ____ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:     ✓ Yes  WC CO 636     ____ No

2