IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON,
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER,
16. LATOYA WIMBUSH,

        Defendants.

## ORDER TO RESTRICT INDICTMENT

The Court has for consideration the Government's Motion to Restrict wherein the Government asks this Court to restrict the Indictment in the above-referenced case. Upon consideration,

IT IS ORDERED that the Indictment and Arrest Warrants are hereby restricted at a Level 3 until further Order of the Court.

IT IS SO ORDERED on this 4th day of June, 2014.

BY THE COURT:

*[signature: Michael E. Hegarty]*

UNITED STATES ~~DISTRICT COURT~~ JUDGE
DISTRICT OF COLORADO    MAGISTRATE