IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  14-cr-00231-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RICKY GARRISON,
       a/k/a "G,"
2.     JAMES TILLMON,
       a/k/a "Black,"
       a/k/a "Kevin Garner,"
3.     CHRISTOPHER MARTINEZ,
       a/k/a "Little C,"
4.     FRANCISCO AGUILAR,
5.     SIMEON RAMIREZ,
6.     CHRISTOPHER VIGIL,
7.     TRAVIS EDWARDS,
8.     DONDRAI FISHER,
       a/k/a "Abdul Halim Aswad Ali,"
       a/k/a "Don Blas,"
9.     ARCHIE POOLE,
10.   LUIS RAMIREZ,
       a/k/a "Julian,"
11.   MELVIN TURNER,
       a/k/a "Mellow,"
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER,
16.   LATOYA WIMBUSH,

       Defendants.

---

## MOTION TO UN-RESTRICT CASE

---

     The United States of America, by and through the undersigned Assistant United States

Attorney, hereby respectfully moves this Honorable Court for an Order un-restricting the Case,

Indictment and Arrest Warrants in this matter as of 11:00 a.m. on Friday, June 6, 2014.  In support of this motion, the government submits the following:

1.      Pursuant to the previous motion of the United States, this Court has entered an Order restricting the Case, Indictment and Arrest Warrants in the above-captioned matter at a Level 3 until further order of the Court.

2.      The government will initiate an enforcement action in this matter on the morning of Friday, June 6, 2014.  Pursuant to this anticipated enforcement action, it is expected that many of the above-captioned defendants will make their initial appearances in federal custody later that afternoon.

3.      The unsealing of the Case, Indictment and Arrest Warrants in the above-captioned matter as of 11:00 a.m. on Friday, June 6, 2014 will facilitate the initial appearances of these defendants and will enable the government to appropriately respond to interested parties in relation to this investigation.

WHEREFORE, it is respectfully requested that this Court enter an Order continuing the present restriction of the Case, Indictment and Arrest Warrants in this matter up to, but not later than, 11:00 a.m. on Friday, June 6, 2014, at which time they shall be unrestricted to facilitate the prosecution of this matter.

Respectfully submitted this 5th day of June, 2014.

JOHN F. WALSH
United States Attorney

By:    *s/ Zachary Phillips*
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO  80202
        Telephone: (303) 454-0100 Fax:  (303) 454-0401
        E-mail: Zachary.Phillips@usdoj.gov