IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RICKY GARRISON,
   a/k/a "G,"
2.     JAMES TILLMON,
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3.     CHRISTOPHER MARTINEZ,
   a/k/a "Little C,"
4.     FRANCISCO AGUILAR,
5.     SIMEON RAMIREZ,
6.     CHRISTOPHER VIGIL,
7.     TRAVIS EDWARDS,
8.     DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9.     ARCHIE POOLE,
10.    LUIS RAMIREZ,
    a/k/a "Julian,"
11.    MELVIN TURNER,
    a/k/a "Mellow,"
12.    SHAWN BEARDSLEY,
13.    SIDNEY TAYLOR,
14.    GREGORY WILLIAMS,
15.    ROBERT PAINTER,
16.    LATOYA WIMBUSH,

        Defendants.

---

## ORDER TO UN-RESTRICT CASE

        The Court has for consideration the Government's Motion to Un-restrict wherein the Government asks this Court to un-restrict the Case, Indictment, and Arrest Warrants in the above-referenced case as of Friday, June 6, 2014 at 11:00 a.m. Upon consideration,

IT IS ORDERED that the Case, Indictment and Arrest Warrants shall remain under restriction at a Level 3 until Friday, June 6, 2014 at 11:00 a.m., at which point they shall be unrestricted.

IT IS SO ORDERED on this ____ day of June, 2014.

BY THE COURT:

HON. WILLIAM J. MARTINEZ
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO