AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| 9. ARCHIE POOLE | ) Case No. 14-cr-231 WJM |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ARCHIE POOLE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date: 06/04/2014

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*