AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>10.  LUIS RAMIREZ,<br>a/k/a "Julian,"<br><br>*Defendant* | )<br>)<br>)  Case No.  14-cr-231 WJM<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     LUIS RAMIREZ                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ❏ Superseding Indictment         ❏ Information         ❏ Superseding Information         ❏ Complaint
❏ Probation Violation Petition         ❏ Supervised Release Violation Petition         ❏ Violation Notice         ❏ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date:  06/04/2014                                                                                  s/ E. Van Alphen, Deputy Clerk
                                                                                                              *Issuing officer's signature*

City and state:     Denver, Colorado                                                   JJeffrey P. Colwell, Clerk of Court
                                                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                                                                  _____<br>                                                                                                              *Arresting officer's signature*<br><br>                                                                                                              _____<br>                                                                                                              *Printed name and title* |