IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RICK GARRISON,
2.   JAMES TOLLMAN,
3.   CHRISTOPHER MARTÍNEZ,
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16   LATOYA WIMBUSH,

    Defendants.

## ORDER GRANTING MOTION TO UNRESTRICT CASE

This matter comes before the Court on the Government's Motion to Un-Restrict Case, filed June 5, 2014 (ECF No. 14). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Government's Motion is GRANTED. The above-captioned case, Indictment and Arrest Warrants shall remain RESTRICTED with a RESTRICTION LEVEL 3 until **Friday, June 6, 2014 at 11:00 a.m.,** at which date and time they shall be unrestricted.

Dated this 6th day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge