IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-01

**UNITED STATES OF AMERICA**,

                Plaintiff

v.

1. **RICKY GARRISON**,

2. JAMES TILLMON,

3. CHRISTOPHER MARTINEZ,

4. FRANCISCO AGUILAR,

5. SIMEON RAMIREZ,

6. CHRISTOPHER VIGIL,

7. TRAVIS EDWARDS,

8. DONDRAI FISHER,

9. ARCHIE POOLE,

10. LUIS RAMIREZ,

11. MELVIN TURNER,

12. SHAWN BEARDSLEY,

13. SIDNEY TAYLOR,

14. GREGORY WILLIAMS,

15. ROBERT PAINTER, and

16. LATOYA WIMBUSH,

Defendants.

### ENTRY OF APPEARANCE AS TO DEFENDANT RICKY GARRISON

James A. Castle, attorney at law, enters his appearance as CJA appointed counsel on behalf of Ricky Garrison.

Respectfully submitted,

s/James A. Castle
James A. Castle
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
f: (303) 329-5500

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2014, I served a true and correct copy of the foregoing **ENTRY OF APPEARANCE AS TO DEFENDANT RICKY GARRISON** via electronic means to:

Zachary Phillips, Assistant U.S. Attorney
Zachary.Phillips @usdoj.gov

s/James Castle