AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>6.  CHRISTOPHER VIGIL<br><br>_Defendant_ | )<br>)<br>)  Case No.   14-cr-231 WJM<br>)<br>)<br>) |

*FILED U.S. DISTRICT COURT DISTRICT OF COLORADO 2014 JUN -6 PM 4: 24 JEFFREY P. COLWELL CLERK BY _____ DEP. CLK*

## ARREST WARRANT

To:       Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   CHRISTOPHER VIGIL

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date: 06/04/2014

s/ E. Van Alphen, Deputy Clerk
_Issuing officer's signature_

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 050614, and the person was arrested on _(date)_ 050614
at _(city and state)_ Denver, CO

Date: 050614

_Arresting officer's signature_

DAVID R. See TFO
_Printed name and title_