AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>8. DONDRAI FISHER,<br>a/k/a "Abdul Halim Aswad Ali,"<br>a/k/a "Don Blas,"<br><br>Defendant | )<br>)<br>)  Case No.   14-cr-231 WJM<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2014 JUN -6 PM 4:24
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DONDRAI FISHER                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date:   06/04/2014

s/ E. Van Alphen Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/5/2014, and the person was arrested on *(date)* 6/5/2014
at *(city and state)* Denver, Co

Date:  6/6/2014

Homero Sanin
*Arresting officer's signature*

Homero H. Sanin, CBI-SA
*Printed name and title*