AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>16. LATOYA WIMBUSH<br><br>_____<br>Defendant | )<br>)<br>)  Case No.   14-cr-231 WJM<br>)<br>)<br>) |

**FILED U.S. DISTRICT COURT DISTRICT OF COLORADO 2014 JUN -6 PM 4:24 JEFFREY P. COLWELL CLERK BY ___ DEP. CLK**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **LATOYA WIMBUSH**                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date:  06/04/2014                                                                s/E. Van Alphen, Deputy Clerk
                                                                                           *Issuing officer's signature*

City and state:   Denver, Colorado                                     Jeffrey P. Colwell, Clerk of Court
                                                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/5/2014 , and the person was arrested on *(date)* 6/6/2014
at *(city and state)* Aurora, Colorado          .

Date:  6/6/2014                                                                  _____
                                                                                           *Arresting officer's signature*

                                                                                  BRIAN AHLBERG / INVESTIGATOR
                                                                                           *Printed name and title*