AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>13. SIDNEY TAYLOR,<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 14-cr-231 WJM<br>)<br>) |

**FILED U.S. DISTRICT COURT DISTRICT OF COLORADO 2014 JUN -6 PM 4:24 JEFFREY P. COLWELL CLERK BY _____ DEP. CLK**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    SIDNEY TAYLOR                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date: 06/04/2014                                                      s/E. Van Alphen, Deputy Clerk
                                                                          *Issuing officer's signature*

City and state:    Denver, Colorado                           Jeffrey P. Colwell, Clerk of Court
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* 6/5/2014, and the person was arrested on *(date)* 6/6/2014
at *(city and state)* Aurora, Colorado

Date: 6/6/2014                                                          *(signature)*
                                                                          *Arresting officer's signature*

                                                                          Homero H. Sarin, Special Agent, FBI
                                                                          *Printed name and title*