AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для for the
District of Colorado

| United States of America | ) |
| v. | ) |
| 5. SIMEON RAMIREZ, | ) Case No. 14-cr-231 WJM |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SIMEON RAMIREZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date: 06/04/2014                                          s/E. Van Alphen, Deputy Clerk
                                                         *Issuing officer's signature*

City and state:   Denver, Colorado                       Jeffrey P. Colwell, Clerk of Court
                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* 06-05-2014, and the person was arrested on *(date)* 6-06-2014
at *(city and state)* Lakewood, Colorado.

Date: 6-6-2014

*Arresting officer's signature*

Roger J. Wehr   DET/Task Force Officer
*Printed name and title*