AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>7.  TRAVIS EDWARDS<br><br>_____<br>*Defendant* | )<br>)<br>)   Case No.   14-cr-231  WJM<br>)<br>)<br>) |

FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF COLORADO<br>2014 JUN -6  PM 4: 24<br>JEFFREY P. COLWELL<br>CLERK<br>BY_____ DEP. CLK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TRAVIS EDWARDS                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date: 06/04/2014                                                                             s/ E. Van Alphen, Deputy Clerk
                                                                                                          *Issuing officer's signature*

City and state:    Denver, Colorado                                               Jeffrey P. Colwell, Clerk of Court
                                                                                                           *Printed name and title*

---

### Return

This warrant was received on *(date)*  06/06/2014 , and the person was arrested on *(date)*  06/06/2014
at *(city and state)*   AURORA, CO

Date:   06-06-2014

_____ #1753
*Arresting officer's signature*

RICKY RAY VALDEZ
*Printed name and title*