AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>14. GREGORY WILLIAMS<br><br>_____<br>Defendant | )<br>)<br>)  Case No.  14-cr-231 WJM<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   **GREGORY WILLIAMS**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846

Date: 06/04/2014

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on (date) 6/5/2014, and the person was arrested on (date) 6/10/2014
at (city and state) Denver, CO

Date: 6/10/2014

*Arresting officer's signature*

Sara Aerts, Special Agent
*Printed name and title*