IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-CR-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**14. GREGORY WILLIAMS**

      Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

      COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

Dated: June 12, 2014.

      Respectfully submitted,

      PETER D. MENGES

      s/ Peter Menges
      Peter D. Menges, Esq.
      Attorney Reg. # 28750
      The Law Office of Peter D. Menges, P.C.
      955 Bannock Street, Suite 200
      Denver, Colorado 80204
      (303) 333-8433
      pmenges@mengeslaw.com
      Attorney for Defendant