**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,
2.    JAMES TILLMON,
3.    CHRISTOPHER MARTÍNEZ,
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
8.    DONDRAI FISHER,
9.    ARCHIE POOLE,
10.    LUIS RAMIREZ,
11.    MELVIN TURNER,
12.    SHAWN BEARDSLEY,
13.    SIDNEY TAYLOR,
14.    GREGORY WILLIAMS,
15.    ROBERT PAINTER, and
16.    LATOYA WIMBUSH

    Defendants.

## ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES

This matter comes before the Court *sua sponte*. This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel. See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003). Accordingly the Court

ORDERS as follows:

1. On or before June 27, 2014, any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

2. On or before June 27, 2014, any Defendant who has had his or her Initial Appearance prior to that date, and who as of that date has not entered a Joint Defense Agreement, shall submit a filing (under Restriction Level 3) informing the Court of as much.

3. Should any Defendant contemplate entering into a Joint Defense Agreement after this Order, that Defendant shall submit such Agreement to the Court (filed under Restriction Level 3) **for *in camera* review PRIOR TO ITS EXECUTION.**

Dated this 13th day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge