## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

Criminal Case No. 14-cr-0231-WJM-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     RICKY GARRISON,
2.     JAMES TILLMON,
3.     CHRISTOPHER MARTÍNEZ,
4.     FRANCISCO AGUILAR,
5.     SIMEON RAMIREZ,
6.     CHRISTOPHER VIGIL,
7.     TRAVIS EDWARDS,
**8.**     **DONDRAI FISHER,**
9.     ARCHIE POOLE,
10.     LUIS RAMIREZ,
11.     MELVIN TURNER,
12.     SHAWN BEARDSLEY,
13.     SIDNEY TAYLOR,
14.     GREGORY WILLIAMS,
15.     ROBERT PAINTER, and
16.     LATOYA WIMBUSH

    Defendants.

## ENTRY OF APPEARANCE

.

    Lynn Pierce of Butler, Landrum & Pierce, P.C. hereby enters her appearance as CJA counsel on behalf of Defendant DONDRAI FISHER and hereby requests discovery as provided by the rules of criminal procedure

    This the 15th day of June, 2014.

BUTLER, LANDRUM & PIERCE, P.C.

*/s/ Lynn A. Pierce*
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
lpierce.blp@comcast.net
**Attorneys for Defendant**

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2014, a true and correct copy of the foregoing was filed via ECF, with a copy to go to all interested parties.

s/ Lynn Pierce