IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-0231-WJM

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
**4. FRANCISCO AGUILAR,**
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH
Defendants.

## ENTRY OF APPEARANCE

    COMES NOW the undersigned, a member of the Bar of this Court, and herewith enters her appearance as counsel for the above named Defendant, Francisco Aguilar, as CJA counsel.

Respectfully submitted,

s/ Leslee A. Barnicle

_____
Leslee A. Barnicle
ATTORNEY AT LAW
Leslee A. Barnicle, PC
1175 Osage Street
Suite 200
Denver, CO 80204
Phone 303.350.1550
Fax 303.350.1555
lesleebarnicle@aol.com

CERTIFICATE OF SERVICE

 I hereby certify that on this 15th day of June 2014, I served a true and correct copy of the foregoing Entry of Appearance by ECF to:

Zachariah Phillips, Esq.
Assistant United States Attorney
1225 17th St
Suite 700
Denver, CO 80202

And all attorneys of record

        s/ Leslee A. Barnicle
        _____