## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. **ROBERT PAINTER**, and
16. LATOYA WIMBUSH
    Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

Patrick J. Burke, having been appointed pursuant to the Criminal Justice Act (CJA), hereby formally enters his appearance as counsel for Robert Painter in the above-captioned case.

Dated:  June 16, 2014

                                                Respectfully submitted,

                                                *s/ Patrick J. Burke*
                                                Patrick J. Burke

Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, Colorado 80202
303-825-3050
303-825-2992 fax
Patrick-J-Burke@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2014, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Zachary Phillips, Zachary.phillips@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0118
Fax:  (303) 454-0401
*Attorney for the Government*                                                      *s/ Jennifer J. Feldman*

2