IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.    CHRISTOPHER VIGIL

      Defendant.

---

### NOTICE OF APPEARANCE
---

COMES NOW Attorney Andres R. Guevara, of the Law Office of Andres R. Guevara, and hereby enters his appearance as counsel for Defendant Christopher Vigil.

Dated: June 17, 2014

                Respectfully submitted,

                ANDRES R. GUEVARA
                Law Office of Andres R. Guevara

                s/ Andres R. Guevara
                ANDRES R. GUEVARA
                Law Office of Andres R. Guevara
                5200 DTC Parkway, Suite 180
                Greenwood Village, CO 80111
                Telephone: (720) 379-8262
                FAX: (720) 528-7740
                E-mail: andres@guevaracoloradolaw.com
                Attorney for Christopher Vigil

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 17, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
Attorney for the Government

James A. Castle
jcastle@aol.com
Attorney for Ricky Garrison

Elisa Moran
elisaatty@aol.com
Attorney for Shawn Beardsley

John Mosby
john_mosby@msn.com
Attorney for Sidney Taylor

Leslee Barnicle
barniclelaw@aol.com
Attorney for Francisco Aguilar

Forrest W. Lewis
flewispc@aol.com
Attorney for Travis Edwards

Patrick J. Burke
patrick-j-burke@msn.com
Attorney for Robert Painter

Peter Menges
pmenges@mengeslaw.com
Attorney for Gregory Williams

Philip W. Ogden
phil@coloradospringslaw.net
Attorney for Simoen Ramirez

Thomas Ward
tward@wardlawdenver.com
Attorney for Latoya Wimbush

Lynn Ann Pierce
lpierce.blp@comcast.net
Attorney for Dondrai Fisher

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christopher Vigil (by hand delivery).

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 180
Greenwood Village, CO 80111
Telephone:  (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil

2