IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON,
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

      Defendants.

## GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANTS

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Zachary Phillips, Assistant United States Attorney, respectfully

moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), for an order authorizing the Government to disclose Grand Jury testimony and exhibits to the Defendants and the Defendants' attorneys, as part of discovery in this case, on the terms and conditions outlined below.

As grounds for this motion, the Government states as follows:

1. Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury."

2. The Government wishes to provide discovery to the Defendants, but many of the documents contain Grand Jury material.

3. Fed. R. Crim. P. 6(e)(3)(E)(I) allows for Court-authorized disclosure of "a Grand Jury matter," when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4. The pending case against the Defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.   The Government wishes to provide this discovery, but can only do so with the Court's approval.

5. Because these proceedings (and the related Grand Jury material) remain secret, *see* Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of defending this case; that such disclosure only be made to the Defendants and the Defendants' attorneys; that such Grand Jury material be maintained in the defense counsels' custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

WHEREFORE, the Government respectfully requests that the Court authorize the disclosure of Grand Jury material to the Defendants and Defendants' attorneys, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this 19th day of June, 2014.

        JOHN F. WALSH
        United States Attorney

BY:   *s/Zachary Phillips*
       ZACHARY PHILLIPS
       Assistant United States Attorney
       U.S. Attorney's Office
       1225 17th St., Suite 700
       Denver, CO. 80202
       Telephone (303) 454-0118
       Fax (303) 454-0401
       e-mail:   zachary.phillips@usdoj.gov
       Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 19th day of June, 2014, I electronically filed the foregoing using GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANTS the CM/ECF system which will send notification of such filing to all counsel of record in this case.

       *s/Maggie E. Grenvik*
       Maggie E. Grenvik
       Legal Assistant
       U.S. Attorney's Office
       1225 17th St., Suite 700
       Denver, CO   80202
       Telephone:   (303) 454-0100
       Fax:   (303) 454-0401
       e-mail:   maggie.grenvik@usdoj.gov