**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **RICKY GARRISON,**
2. **JAMES TILLMON,**
3. **CHRISTOPHER MARTÍNEZ,**
4. **FRANCISCO AGUILAR,**
5. **SIMEON RAMIREZ,**
6. **CHRISTOPHER VIGIL,**
7. **TRAVIS EDWARDS,**
8. **DONDRAI FISHER,**
9. **ARCHIE POOLE,**
10. **LOUIS RAMIREZ,**
11. **MELVIN TURNER,**
12. **SHAWN BEARDSLEY,**
13. **GREGORY WILLIAMS,**
14. **ROBERT PAINTER, and**
15. **LATOYA WIMBUSH**

    Defendants.

---

**ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT**

---

This matter is before the Court on the Government's Motion to Disclose Grand Jury Material To Defendants (ECF No. 129), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same. It is, therefore,

ORDERED that the Government's motion is GRANTED, and that grand jury testimony and grand jury documents may be disclosed to all Defendants and their

attorneys in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendants and counsel for Defendants; that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated this 20th day of June, 2014.

BY THE COURT:

_____
William J. Martinez
United States District Judge