# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:14−mj−00407−CWH All Defendants

Case title: USA v. Turner

Other court case number: 1:14−cr−00231−WJM District of Colorado

Date Filed: 06/09/2014

Assigned to: Magistrate Judge Carl W. Hoffman

**Defendant (1)**

**Melvin Turner**  represented by  **Elisa Vasquez**
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
702−388−6577
Fax: 702−388−5819
Email: ecf_vegas@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; | |

**Plaintiff**

1

USA

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/09/2014 | | | Case assigned to Magistrate Judge Carl W. Hoffman. (MW) (Entered: 06/09/2014) |
| 06/09/2014 | 1 | 3 | PR BOND Entered as to Melvin Turner. (MMM) (Entered: 06/10/2014) |
| 06/09/2014 | 2 | 9 | MINUTES OF PROCEEDINGS − Initial Appearance in Rule 5(c)(3) Proceeding as to Melvin Turner held on 6/9/2014 before Magistrate Judge Carl W. Hoffman. Crtrm Administrator: *Donna Smith*; AUSA: *Susan Cushman*; Def Counsel: *Elisa Vasquez*; PTS: *Zack Bowen*; Court Reporter/FTR #: *3:32−3:39*; Time of Hearing: *3:32−3:39 PM*; Courtroom: *3C*; Defendant is present. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Attorney Elisa Vasquez for Melvin Turner added. Case/indictment are unsealed. Defendant advised of rights/charges. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment and is held to answer in the District of Colorado. The parties concur with the recommendation of Pretrial Services. Defendant is released on PR bond with supervision and conditions. Bond form executed. Rule 5 deadline set for 6/16/2014. **(no image attached)** (Copies have been distributed pursuant to the NEF − DES) (Entered: 06/10/2014) |
| 06/09/2014 | 5 | 81 | ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Melvin Turner. Signed by Magistrate Judge Carl W. Hoffman on 06/10/2014. (Copies have been distributed pursuant to the NEF − AC) (Entered: 06/11/2014) |
| 06/09/2014 | 7 | 82 | ORDER APPOINTING COUNSEL as to Melvin Turner. FPD appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Magistrate Judge Carl W. Hoffman on 06/09/2014. (Copies have been distributed pursuant to the NEF − AC) (Entered: 06/11/2014) |
| 06/09/2014 | 8 | 84 | WAIVER of Rule 5(c)(3) Hearings as to Melvin Turner. (AC) (Entered: 06/11/2014) |
| 06/10/2014 | 3 | 10 | Rule 5(c)(3) Documents Received as to Melvin Turner. Documents received from District of Colorado include Indictment. (MMM) (Entered: 06/10/2014) |
| 06/20/2014 | 9 | 85 | TRANSMITTAL to the District of Colorado regarding Rule 5c documents in case as to Melvin Turner sent electronically via email. (SLR) (Main Document 9 replaced on 6/20/2014) (SLR). (Entered: 06/20/2014) |

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America
v.
Melvin Thinney
_Defendant_

Case No. 2:14-mj-407

## APPEARANCE BOND

### Defendant's Agreement

I, _____ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
(   )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

(   ) (2)  This is an unsecured bond of $ _____.

(   ) (3)  This is a secured bond of $ _____, secured by:

  (   ) (a) $ _____, in cash deposited with the court.

  (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
  _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):_

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety):_

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case No. 1:14-cr-00231-WJM   Document 132   filed 06/20/14   USDC Colorado   pg 4 of 13
Case 2:14-mj-00407-CWH   Document 1   Filed 06/09/14   Page 2 of 6

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____                              _____
                                                    *Defendant's signature*

_____                    _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

_____                    _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

_____                    _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

                                                    CLERK OF COURT

Date: 6/9/14                                        _____
                                                    *Signature of Clerk or Deputy Clerk*

Approved.

Date: 6/9/14                                        _____
                                                    *Judge's signature*

4

AO 199A (Rev. 12/11) Order Setting Conditions of Release                              Page 3 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America                )
v.                                      )
_Melvin Turner_                         )   Case No. 2:14-mj-407
  _Defendant_                           )
                                        )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                    _Place_

on _____
              _Date and Time_

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

5

Case No. 1:14-cr-00231-WJM   Document 132   filed 06/20/14   USDC Colorado   pg 6 of 13

AO 199B (Rev. 04/14) Additional Conditions of Release   Case 2:14-mj-00407-CWH   Document 1   Filed 06/09/14   Page 4 of 6   Page 4 of Pages

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

**SUPERVISION**
( ) (6) The defendant is placed in the custody of:
Person or organization
Address *(only if above is an organization)*
City and state                                                                 Tel. No.
*(only if above is an organization)*
who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____
                *Custodian or Proxy*                                 *Date*

(✓) (7) The defendant shall report to:       (✓) U.S. Pretrial Services Office   ( ) Las Vegas 702-464-5630  ( ) Reno 775-686-5964
        no later than: _____      ( ) U.S. Probation Office           ( ) Las Vegas 702-527-7300  ( ) Reno 775-686-5980
( ) (8) The defendant is released on the conditions previously imposed.

**BOND**
( ) (9) The defendant shall execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
( ) (10) The defendant shall post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum: _____
( ) (11) The defendant shall execute a bail bond with solvent sureties in the amount of $ _____

**PENDING MATTERS**
( ) (12) The defendant shall satisfy all outstanding warrants within _____ days and provide verification to Pretrial Services or the supervising officer.
( ) (13) The defendant shall pay all outstanding fines within _____ days and provide verification to Pretrial Services or the supervising officer.
( ) (14) The defendant shall abide by all conditions of release of any current term of parole, probation, or supervised release.

**IDENTIFICATION**
( ) (15) The defendant shall use his/her true name only and shall not use any false identifiers.
( ) (16) The defendant shall not possess or use false or fraudulent access devices.

**TRAVEL**
( ) (17) The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
( ) (18) The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer within 48 hours of release.
( ) (19) The defendant shall not obtain a passport or passport card.
(✓) (20) The defendant shall abide by the following restrictions on personal association, place of abode, or travel:
        Travel is restricted to the following areas:
        ( ) Clark County, NV   ( ) Washoe County, NV   ( ) State of NV   ( ) Continental U.S.A.   (✓) Other District of Colorado
( ) (21) The defendant may travel to _____ for the purpose of _____

**RESIDENCE**
(✓) (22) The defendant shall maintain residence at (✓) current or ( ) at:

        and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
( ) (23) The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary.
( ) (24) The defendant shall pay all or part of the costs for residing at the halfway house or community corrections center based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
( ) (25) The defendant shall return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

**EMPLOYMENT**
( ) (26) The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
( ) (27) The defendant shall not be employed in, or be present in, any setting directly involving minor children.
( ) (28) The defendant shall not secure employment in the following field(s): _____
( ) (29) The defendant is prohibited from employment/self-employment in a setting where he/she has access to financial transactions or the personal identifiers of others.

6

Case No. 1:14-cr-00231-WJM Document 132 filed 06/20/14 USDC Colorado pg 7 of 13
Case 2:14-mj-00407-CWH Document 1 Filed 06/09/14 Page 5 of 6
AO 199B (Rev. 04/14) Additional Conditions of Release, continued    Pages 5 of ___ Pages

**EDUCATION/VOCATION**
( ) (30) The defendant shall maintain or commence an education or vocational program as directed by Pretrial Services or the supervising officer.

**CONTACT**
( ) (31) The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____
( ) (32) The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
( ) (33) The defendant is prohibited from contact with anyone under the age of 18, unless in the presence of a parent or guardian who is aware of the alleged instant offense.
( ) (34) The defendant shall report as soon as possible to Pretrial Services or the supervising officer any contact with law enforcement personnel, including but not limited to any arrest, questioning, or traffic stop.

**FIREARMS/WEAPONS**
(✓) (35) The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
( ) (36) Any firearms and/or dangerous weapons shall be removed from the defendant's possession within 24 hours of release from custody and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.

**SUBSTANCE ABUSE TESTING AND TREATMENT**
(✓) (37) The defendant shall submit to an initial urinalysis. If positive, then (38) applies.
(✓) (38) The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
(✓) (39) The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
(✓) (40) The defendant shall refrain from use or ~~unlawful~~ *unauthorized* possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ) (41) The defendant shall refrain from any use of alcohol.
( ) (42) The defendant shall refrain from the excessive use of alcohol.
(✓) (43) The defendant shall refrain from the use or possession of synthetic drugs or other such intoxicating substances.
(✓) (44) The defendant shall not be in the presence of anyone using or possessing:
    (✓) (44A) A narcotic drug or other controlled substances
    ( ) (44B) Alcohol
    ( ) (44C) Intoxicating substances or synthetics
( ) (45) The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers it advisable.
( ) (46) The defendant shall pay all or part of the cost of the substance abuse treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

**MENTAL HEALTH TREATMENT**
( ) (47) The defendant shall undergo medical or psychiatric treatment.
( ) (48) The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer..
( ) (49) The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

**LOCATION MONITORING**
( ) (50) The defendant shall participate in one of the following location monitoring program components and abide by its requirements as Pretrial Services or the supervising officer instructs.
    ( ) (50A) Curfew.
        The defendant is restricted to his/her residence every day from _____ to _____ and/or a time schedule deemed appropriate by Pretrial Services or the supervising officer.
    ( ) (50B) Home Detention.
        The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by Pretrial Services or the supervising officer.
    ( ) (50C) Home Incarceration.
        The defendant is restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

Case No. 1:14-cr-00231-WJM Document 132 filed 06/20/14 USDC Colorado pg 8 of 13
Case 2:14-mj-00407-CWH Document 1 Filed 06/09/14 Page 6 of 6

AO 199C (Rev. 09/08) Advice of Penalties                                                    Page  6  of  6  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Melvin Turner

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

AURORA, CO.
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: June 9, 2014

_____
Judicial Officer's Signature

_____
Printed name and title

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
--Case Participants: Elisa Vasquez (ecf_veags@fd.org, ecf_vegas@fd.org,
elisa_vasquez@fd.org)
--Non Case Participants: CJA Administrators (nvd_cja@nvd.uscourts.gov), Pretrial Services
- NV (nvptml_cmecf_notice@nvpt.uscourts.gov), US Attorney - Criminal Division, General
mailbox (usanv.ecfcrim@usdoj.gov), US Attorney - petty offense matters
(eileen.alexander@usdoj.gov, nadia.ahmed@usdoj.gov), US Marshal
(nevada.vcalendar@usdoj.gov)
--No Notice Sent:

Message-Id:6687435@nvd.uscourts.gov
Subject:Activity in Case 2:14-mj-00407-CWH USA v. Turner Initial Appearance - Rule 5(c)(3)
(fka Rule 40)
```

Content−Type: text/html

# United States District Court

## District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 6/10/2014 at 12:28 PM PDT and filed on 6/9/2014

| | |
|---|---|
| **Case Name:** | USA v. Turner |
| **Case Number:** | 2:14−mj−00407−CWH |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 MINUTES OF PROCEEDINGS − Initial Appearance in Rule 5(c)(3) Proceeding as to Melvin Turner held on 6/9/2014 before Magistrate Judge Carl W. Hoffman. Crtrm Administrator: *Donna Smith*; AUSA: *Susan Cushman*; Def Counsel: *Elisa Vasquez*; PTS: *Zack Bowen*; Court Reporter/FTR #: *3:32−3:39*; Time of Hearing: *3:32−3:39 PM*; Courtroom: *3C*;
Defendant is present. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Attorney Elisa Vasquez for Melvin Turner added. Case/indictment are unsealed. Defendant advised of rights/charges. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment and is held to answer in the District of Colorado. The parties concur with the recommendation of Pretrial Services. Defendant is released on PR bond with supervision and conditions. Bond form executed.
Rule 5 deadline set for 6/16/2014.
(no image attached) (Copies have been distributed pursuant to the NEF − DES)

**2:14−mj−00407−CWH−1 Notice has been electronically mailed to:**

Elisa Vasquez   ecf_vegas@fd.org, ecf_veags@fd.org, elisa_vasquez@fd.org

**2:14−mj−00407−CWH−1 Notice has been delivered by other means to:**

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
Melvin Turner
*Defendant*

Case No. 2:14-mj-407

Charging District: 1:14-cr-231
Charging District's Case No.

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | as directed | Courtroom No.: | as directed |
| --- | --- | --- | --- |
|  |  | Date and Time: | as directed |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/10/2014

*Judge's signature*

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*

81

```
        FILED          RECEIVED
        ENTERED        SERVED ON
               COUNSEL/PARTIES OF RECORD

              JUN - 9 2014

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
        BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiff,                     ) | |
| vs                             ) | 2:14-mj-00407-CWH |
| MELVIN NORMAN TURNER,          ) | ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE |
| Defendant.                     ) | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **MELVIN NORMAN TURNER**.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

1

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 9th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Federal Public Defender's Office appearance by: __ELISA VASQUEZ__

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUN - 9 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States of America
v.
Melvin Herman Turner III
*Defendant*

Case No. 2:14-mj-407-CWH

Charging District's Case No.
1:14-cr-231-WJM

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Colorado

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❏ an identity hearing and production of the warrant.

❏ a preliminary hearing.

❏ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: June 9 2014

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ELISA VASQUEZ
*Printed name of defendant's attorney*

84