IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

     Plaintiff,

v.

11. MELVIN TURNER,

     Defendant.

_____

NOTICE OF ATTORNEY APPEARANCE
_____


Robert S. Berger enters his appearance as counsel for the defendant, MELVIN

TURNER, having been appointed as CJA counsel for him on June 25, 2014. [Doc

#146] Counsel provides the following contact information for the court and the

parties:

**E-mail addresses:**
    robberger@qwestoffice.net
    rob5189berger@yahoo.com

**Delivery address: (FedEx, UPS, Express Mail, Courier, etc.)**
    3700 Quebec St. Unit 100
    PMB 314
    Denver CO 80207

**Mail address:**
    P.O. Box 201088
    Denver CO  80220-7088

**Telephone:**
>        303.436.1596  office
>        303.881.8244  cell


>                           Respectfully submitted,
>
>                           ROBERT S. BERGER, P.C.
>
>                           s/ Robert S. Berger
>                           Robert S. Berger
>                           P.O. Box 201088
>                           Denver, Colorado  80220-7088
>                           Telephone: (303) 436-1596
>                           FAX: 1-866-811-7712
>                           robberger@qwestoffice.net

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on June 25, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER

/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net