IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1. RICKY GARRISON )<br>2. JAMES TILLMON )<br>3. CHRISTOPHER MARTÍNEZ )<br>4. FRANCISCO AGUILAR )<br>5. **SIMEON RAMIREZ** )<br>6. CHRISTOPHER VIGIL )<br>7. TRAVIS EDWARDS )<br>8. DONDRAI FISHER )<br>9. ARCHIE POOLE )<br>10. LOUIS RAMIREZ )<br>11. MELVIN TURNER )<br>12. SHAWN BEARDSLEY )<br>13. GREGORY WILLIAMS )<br>14. ROBERT PAINTER )<br>15. LATOYA WIMBUSH )<br>)<br>Defendants. ) | Criminal Case No. 14-cr-0231-WJM |

ENTRY OF APPEARANCE OF COUNSEL

COMES NOW Philip W. Ogden, and, based upon his appointment pursuant to the Criminal Justice Act, enters his appearance in behalf of Simeon Ramirez, effective retroactively to June 9, 2014..

RESPECTFULLY SUBMITTED, this 26th day of June, 2014.

s/Philip W. Ogden
PHILIP W. OGDEN
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903

Telephone: 719/635-8115
FAX: 719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Defendant Simeon Ramirez

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2014, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patrick J. Burke     Patrick-J-Burke@msn.com
Forrest W. Lewis     flewispc@aol.com
John Edward Mosby    john_mosby@msn.com
Elisa Julie Moran    Elisaatty@aol.com
James A. Castle      jcastlelaw@aol.com, rookslos@gmail.com
Lynn Anne Pierce     lpierce.blp@comcast.net
Thomas Richard Ward  tward@wardlawdenver.com
Leslee Anne Barnicle barniclelaw@aol.com, lesleebarnicle@aol.com
Peter D. Menges      pmenges@mengeslaw.com
Andres Rene Guevara  andres@guevaracoloradolaw.com
Zachary Hugh Phillips    Zachary.Phillips@usdoj.gov, Maggie.Grenvik@usdoj.gov, USACO.ECFCriminal@usdoj.gov, diana.brown@usdoj.gov, judith.caldwell@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name: none

s/Philip W. Ogden
PHILIP W. OGDEN
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: 719/635-8115
FAX: 719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Defendant