IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   RICKY GARRISON,
     a/k/a "G,"
2.   **JAMES TILLMON,**
     **a/k/a "Black,"**
     **a/k/a "Kevin Garner,"**
3.   CHRISTOPHER MARTINEZ,
     a/k/a "Little C,"
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
     a/k/a "Abdul Halim Aswad Ali,"
     a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
     a/k/a "Julian,"
11.  MELVIN TURNER,
     a/k/a "Mellow,"
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

      Defendants.

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, James Tillmon, YOB: 1983, is now confined in the Denver County Jail, Downtown Detention Center, Booking #2014-179695.

2. An initial appearance in the above-captioned case will be held during the week of July 7, 2014, a date and time to be scheduled with the Clerk's Office, in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that James Tillmon be present in person during the proceedings, appearances, and final disposition of his case. However, the Government has learned that the Defendant is awaiting trial in Denver District Court in Case No. 12CR5598, a case involving vehicular homicide and leaving the scene of an accident resulting in death. The next Court appearance for this Defendant in Denver District Court, Case No. 12CR5598, is set for August 11, 2014. The Government requests that the dates for the Defendant's initial appearance, arraignment, discovery, detention, and subsequent hearings in the instant case be coordinated so as to not interfere with the Court dates set for the case in the Denver District Court. The Denver District Court dates are currently set for August 18, 2014, Motions; October 27, 2014, Pre-trial conference; and November 4-7, 2014, Trial.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and

requiring said United States Marshal to produce the defendant before a United States District Court Judge for proceedings in the above-captioned case, and thereafter to return the defendant to the institution where he is now confined.

Respectfully submitted this 27th day of June, 2014.

                                      JOHN F. WALSH
                                      United States Attorney

By:   *s/Zachary Phillips*
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO. 80202
        Telephone (303) 454-0118
        Fax (303) 454-0401
        e-mail:  zachary.phillips@usdoj.gov
        Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of June, 2014, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO  80202
      Telephone:  (303) 454-0100
      Fax:  (303) 454-0401
      e-mail:  maggie.grenvik@usdoj.gov