IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.   RICKY GARRISON,
      a/k/a "G,"
2.   **JAMES TILLMON,**
     **a/k/a "Black,"**
     **a/k/a "Kevin Garner,"**
3.   CHRISTOPHER MARTINEZ,
      a/k/a "Little C,"
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
      a/k/a "Abdul Halim Aswad Ali,"
      a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
      a/k/a "Julian,"
11.  MELVIN TURNER,
      a/k/a "Mellow,"
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

       Defendants.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce James Tillmon, YOB: 1983, now confined in the Denver County Jail, Downtown Detention Center, Booking #2014-179695, before a United States Magistrate Judge, for an initial appearance in the above-referenced case during the second week of July, 2014, at a date and time to be set by the Clerk's Office, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until the defendant has had an initial appearance, arraignment, and detention hearing, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _____ day of June, 2014.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO