IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
**15. ROBERT PAINTER**, and
16. LATOYA WIMBUSH
    Defendants.

_____

**DEFENDANT PAINTER'S MOTION FOR RECONSIDERATION OF DETENTION ORDER DATED JUNE 11, 2014 (DOC. 103)**
_____

COMES NOW, the undersigned, on behalf of Robert Painter, and pursuant to 18 U.S.C. §3145(b), moves the Honorable United States Magistrate Judge Michael Hegarty to reconsider his Order of Detention dated June 11, 2014 (Doc. 103).

As grounds therefore, it is stated as follows:

1)   The defendant has now been in custody at the Jefferson County Jail since June 6, 2014.

1

2) In issuing its Order of Detention, the court concluded that no condition or combination of conditions of release could assure the appearance of the defendant at future court proceedings or reasonably assure the safety of the community. It is this conclusion that the undersigned asks the court to reconsider.

BACKGROUND

3) The undersigned does not contest most of what the court stated in its Findings of Fact, Conclusions of Law and reasonable Order of Detention. However, the undersigned contends that it is still reasonable for Robert Painter to be housed at a halfway house while this case makes its way through the court system.

4) Robert Painter is 44 years old. His last felony conviction occurred in Pennsylvania in 2005. Upon completion of his sentence in early 2009 in Pennsylvania, Robert came to Colorado with his then common-law wife, Meghan. Robert began receiving medical treatment through the Denver Health Medical Center, where he was treated for various medical conditions and where he was provided prescription pain medications. Robert and Meghan had a baby, Janelle, in 2010. Robert did reasonably well for several years after he moved to Colorado.

5) Robert receives Social Security Income (SSI) benefits, much of which he uses to support his former common-law wife and their 4 year old child. Upon information and belief, if Robert remains in custody for much longer, the Social Security benefits will be discontinued.[1]

6) In the Jefferson County Jail, it is difficult for Robert to engage in any

---

[1] This statement is based on information and belief because the undersigned has not been able to confirm how the Social Security benefits will be handled.

2

positive activities.  In addition, he is not receiving adequate pain medication, nor is he receiving any drug treatment.

7)   It is not unreasonable to assume that, at the conclusion of this case, Robert may receive another sentence of incarceration.  However, if that happens, if probably won't occur until sometime in 2015.  It makes more sense for Robert Painter to spend the next several moths in a halfway house.  Such a placement would allow him to draw his Social Security benefits, help those who rely upon his financial support, get proper medical care, receive drug treatment, meet with his attorney in an appropriate setting and prepare for a possible sentence of incarceration in a Bureau of Prisons facility.

8)   While the court's concern about the need to assure the defendant's appearance at future court proceedings, and to assure the safety of the community, is understandable, it is still reasonable to allow Robert Painter to live in a halfway house while this case is pending.  Conditions, including drug monitoring, could assure that Robert is not violating the law as we prepare for future pretrial proceedings and a possible trial.  Robert understands that if the court allows him to go to a halfway house, and he then violates the conditions of release, he will be returned to jail for the duration of these proceedings.

WHEREFORE, the undersigned requests that the court reconsider its Order of Detention and allow the defendant to be transferred to a halfway house, with appropriate conditions, during the pendency of this case.

Dated:  June 27, 2014

                              Respectfully submitted,

*s/ Patrick J. Burke*
Patrick J. Burke
Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, Colorado 80202
303-825-3050
303-825-2992 fax
Patrick-J-Burke@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2014, I electronically filed the foregoing **DEFFENDANT PAINTER'S MOTION FOR RECONSIDERATION OF DETENTION ORDER DATED JUNE 11, 2014 (DOC. 103)** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Zachary Phillips, Zachary.phillips@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0118
Fax: (303) 454-0401
*Attorney for the Government*                                                *s/ Jennifer J. Feldman*