IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON,
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

    Defendants.
_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

1

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the United States.

DATED this 30th day of June, 2014.

                                      Respectfully submitted,

                                      JOHN F. WALSH
                                      United States Attorney

By: s/ *James S. Russell*
     James S. Russell
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1225 Seventeenth Street, Ste. 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail: james.russell5@usdoj.gov
     *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                      s/ *Raisa Vilensky*
                                      FSA Data Analyst
                                      Office of the U.S. Attorney