IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     RICKY GARRISON,
     a/k/a "G,"
**2.     JAMES TILLMON,**
     **a/k/a "Black,"**
     **a/k/a "Kevin Garner,"**
3.     CHRISTOPHER MARTINEZ,
     a/k/a "Little C,"
4.     FRANCISCO AGUILAR,
5.     SIMEON RAMIREZ,
6.     CHRISTOPHER VIGIL,
7.     TRAVIS EDWARDS,
8.     DONDRAI FISHER,
     a/k/a "Abdul Halim Aswad Ali,"
     a/k/a "Don Blas,"
9.     ARCHIE POOLE,
10.     LUIS RAMIREZ,
     a/k/a "Julian,"
11.     MELVIN TURNER,
     a/k/a "Mellow,"
12.     SHAWN BEARDSLEY,
13.     SIDNEY TAYLOR,
14.     GREGORY WILLIAMS,
15.     ROBERT PAINTER, and
16.     LATOYA WIMBUSH,

     Defendants.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR

TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER

IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of

Colorado. I hereby command that you bring the body of James Tillmon, YOB: 1983,

Defendant herein is now confined in the Denver County Jail, Downtown Detention Center,

Booking #2014-179695, before a United States Magistrate Judge, sitting at Denver, Colorado, to

appear for an initial appearance in the above-captioned case scheduled for the second week of

July, 2014, at a date and time to be set by the Clerk's Office, and to hold the defendant at all

times in your custody as an agent of the United States of America; that immediately after the

conclusion of these proceedings in the United States District Court for the District of Colorado,

you shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this $\underline{30^{th}}$ day of June, 2014.

BY THE COURT:

~~CLERK,~~ UNITED STATES DISTRICT COURT

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO