IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   RICKY GARRISON,
    a/k/a "G,"
**2.   JAMES TILLMON,**
    **a/k/a "Black,"**
    **a/k/a "Kevin Garner,"**
3.   CHRISTOPHER MARTINEZ,
    a/k/a "Little C,"
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
    a/k/a "Abdul Halim Aswad Ali,"
    a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
    a/k/a "Julian,"
11.  MELVIN TURNER,
    a/k/a "Mellow,"
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

     Defendants.

---

**AMENDED MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Amended Writ of Habeas Corpus Ad Prosequendum and states as follows:

1.     The Defendant, James Tillmon, YOB:  1983, is now confined in the Denver County Jail, Downtown Detention Center, Booking #2014-179695.

2.     A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.  However, the Government has learned that the Defendant is awaiting trial in Denver District Court in Case No. 12CR5598, a case involving vehicular homicide and leaving the scene of an accident resulting in death.  The next Court appearance for this Defendant in Denver District Court, Case No. 12CR5598, is set for August 18, 2014.  The Government requests that the dates for the Defendant's initial appearance and arraignment, discovery, and detention hearings in the instant case be coordinated so as to not interfere with the Court dates set for Denver District Court Case No. 12CR5598, in which James Tillmon is the Defendant.  The Denver District Court dates are currently set for August 18, 2014, Motions; October 27, 2014, Pre-trial conference; and November 4-7, 2014, Trial.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the Defendant is confined, and requiring said United States Marshal to produce the Defendant before a United States District

2

Court Judge for the Defendant's initial appearance and arraignment, discovery, and detention

hearings in the above-captioned case, and immediately thereafter to return the Defendant to the

institution where he is now confined, so as to not interfere with the Court dates set for the case in

the Denver District Court, Case No. 12CR5598, currently set for August 18, 2014, Motions;

October 27, 2014, Pre-trial conference; and November 4-7, 2014, Trial.

Respectfully submitted this 17th day of July, 2014.

JOHN F. WALSH
United States Attorney


By:      *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO. 80202
Telephone (303) 454-0118
Fax (303) 454-0401
e-mail:  zachary.phillips@usdoj.gov
Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of July, 2014, I electronically filed the foregoing **AMENDED MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>*s/Maggie E. Grenvik*           </u>
Maggie E. Grenvik
Legal Assistant
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
e-mail:  <u>maggie.grenvik@usdoj.gov</u>