IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RICKY GARRISON,
     a/k/a "G,"
2.   **JAMES TILLMON,**
     **a/k/a "Black,"**
     **a/k/a "Kevin Garner,"**
3.   CHRISTOPHER MARTINEZ,
     a/k/a "Little C,"
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
     a/k/a "Abdul Halim Aswad Ali,"
     a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
     a/k/a "Julian,"
11.  MELVIN TURNER,
     a/k/a "Mellow,"
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

    Defendants.

**AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of James Tillmon, YOB:  1983, Defendant herein, now confined in the Denver County Jail, Downtown Detention Center, Booking #2014-179695, before a United States Magistrate Judge, sitting at Denver, Colorado, to appear for an initial appearance and the arraignment, discovery, and detention hearing in the above-captioned case, and immediately thereafter to return the Defendant to the institution where he was confined so as to not interfere with the Court dates set for the case in the Denver District Court, Case No. 12CR5598, in which James Tillmon is the Defendant.  The Denver District Court dates are currently set for August 18, 2014, Motions; October 27, 2014, Pre-trial conference; and November 4-7, 2014, Trial.

DATED at Denver, Colorado, this _____ day of July, 2014.

BY THE COURT:

CLERK, UNITED STATES DISTRICT COURT