IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RICKY GARRISON,
         a/k/a "G,"
2.   **JAMES TILLMON,**
         **a/k/a "Black,"**
         **a/k/a "Kevin Garner,"**
3.   CHRISTOPHER MARTINEZ,
         a/k/a "Little C,"
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
         a/k/a "Abdul Halim Aswad Ali,"
         a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
         a/k/a "Julian,"
11.  MELVIN TURNER,
         a/k/a "Mellow,"
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce James Tillmon, YOB: 1983, now confined in the Denver County Jail, Downtown Detention Center, Booking #2014-179695, before a United States Magistrate Judge, for an initial appearance and the arraignment, discovery, and detention hearing in the above-captioned case, and immediately thereafter to return the Defendant to the institution where he was confined so as to not interfere with the Court dates set for the case in the Denver District Court, Case No. 12CR5598, in which James Tillmon is the Defendant, currently set for August 18, 2014, Motions; October 27, 2014, Pre-trial conference; and November 4-7, 2014, Trial.

SO ORDERED this *Jul 22, 2014* day of July, 2014.

BY THE COURT:

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**Kathleen M. Tafoya**
**United States Magistrate Judge**

2