AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

__United States__  )
_Plaintiff_        )
v.                 )   Case No. 14-CR-00231-WJM
__Luis Ramariz__   )
_Defendant_        )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Luis Ramariz__

Date: __7/23/14__

_Attorney's signature_

__Adam Tucker 34631__
_Printed name and bar number_

__1634 Downing St Denver 80218__
_Address_

__adamtuckerlaw@gmail.com__
_E-mail address_

__970 376 2022__
_Telephone number_

__(3) 906-9819__
_FAX number_