IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICKY GARRISON,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2014.**

      Before the Court is Defendant Garrison's Motion to Reopen Detention Hearing or in the Alternative for Reconsideration of Detention Order Dated June 4, 2014 [filed July 18, 2014; docket #201].  In order to determine whether a hearing is appropriate, the Government shall filed a response to the Motion on or before August 1, 2014.