IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    RICKY GARRISON, et al.

        Defendants.

_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**

_____

        COMES NOW the undersigned, a member of the bar of this Court, and herewith

enters an appearance as forfeiture counsel for the United States.

        DATED this 22nd day of September, 2014.

                      Respectfully submitted,

                      JOHN F. WALSH
                      United States Attorney

        By:  s/ *Wayne Campbell*
                      Wayne Campbell
                      Assistant U.S. Attorney
                      U.S. Attorney's Office
                      1225 Seventeenth Street, Ste. 700
                      Denver, Colorado 80202
                      Telephone: (303) 454-0100
                      E-mail: wayne.campbell@usdoj.gov
                      *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney