IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON, et al.

    Defendants.

_____

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD
_____

I, Wayne Campbell, hereby request that James S. Russell, former Assistant United States Attorney, be taken off as the Plaintiff's Attorney of Record in this case. Mr. Russell no longer works for this office. I have entered my appearance as Attorney of Record for Plaintiff United States.

DATED this 22nd day of September, 2014.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

      By: s/ *Wayne Campbell*
            Wayne Campbell
            Assistant U.S. Attorney
            U.S. Attorney's Office
            1225 Seventeenth Street, Ste. 700
            Denver, Colorado 80202
            Telephone: (303) 454-0100
            E-mail: wayne.campbell@usdoj.gov
            *Attorney for the United States*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

    s/ *Raisa Vilensky*
    FSA Data Analyst
    Office of the U.S. Attorney