IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RICKY GARRISON, et al.

       Defendants.

_____

**ORDER TO WITHDRAW AS ATTORNEY OF RECORD**

       This matter having come before the Court on the Motion to Withdraw as Attorney of Record, and the Court being fully apprised, it is hereby ORDERED that the Motion to Withdraw be GRANTED.

       SO ORDERED this _____ day of _____, 2014.

                                  BY THE COURT:

                                  _____
                                  WILLIAM J. MARTINEZ
                                  United States District Court Judge