IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH

    Defendants.
_____

**ORDER GRANTING MOTION TO WITHDRAW**
_____

This matter comes before the Court on Motion of the United States Attorney to allow Assistant United States Attorney James S. Russell to Withdraw as its Attorney, filed September 22, 2014 (ECF No. 249). The Court being fully advised hereby ORDERS as follows:

The United States Attorney's motion is GRANTED. Assistant United States Attorney James S. Russell is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notification to AUSA Russell in this case.

Dated this 22nd day of September, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge