IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEADSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

    Defendants.

_____

**UNITED STATES FIRST BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Wayne Campbell, and hereby files the following First Bill of Particulars:

1. In the Forfeiture Allegation on Pages 25 through 26 of the Indictment returned on June 4, 2014 (Doc. 1), the United States announced that pursuant to 21

U.S.C. § 853, it would seek forfeiture of all property constituting and derived from proceeds obtained, directly or indirectly, as a result of the offenses alleged in Counts One through Fifty-Nine and Counts Sixty-One through Sixty-Nine of the Indictment.

2. Accordingly, the United States gives notice that as a result of the violations of 21 U.S.C. §§ 846, 841, and 843 as alleged in Counts One through Fifty-Nine and Counts Sixty-One through Sixty-Nine of the Indictment, by this reference fully incorporated herein, which are punishable by imprisonment of more than one year, the United States also seeks forfeiture of the defendants' interest in the following:

    a.    2004 Toyota 4-Runner SR5, VIN JTEZU14R748017522;

    b.    2004 Yamaha, VIN JYA2WEE024A088431;

    c.    $5,155.34 seized from Chase Bank Account # 135808860 held in the name of Ricky Garrison; and

    d.    2010 Misubishi Galant ES, VIN 4A32B3FFXAE012061.

DATED this 29th day of September, 2014.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

By: s/ *Wayne Campbell*
    Wayne Campbell
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: wayne.campbell@usdoj.gov
    *Attorney for the United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

                                        s/ *Raisa Vilensky*
                                        FSA Data Analyst
                                        Office of the U.S. Attorney