IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. MELVIN TURNER,

    Defendant.

_____

MOTION FOR PERMISSION TO TRAVEL ON PRETRIAL RELEASE
_____

Melvin Turner, by appointed counsel, moves for permission to travel by automobile to Fort Worth, Texas leaving on 10/16/2014 and returning on or before 10/22/2014. Mr. Turner is on pretrial release and being supervised by Pretrial Services Officer, Jordan Buescher. The purpose of the travel is to attend the funeral of his father-in-law with his family on October 17, 2014 in Fort Worth, Texas. Mr. Turner contacted Mr. Buescher on the afternoon of 10/15/2014 seeking permission to make this trip, as required by the terms of the release order. Mr. Buescher advised counsel that Mr. Turner is in compliance with the terms of supervision and he does not object to the planned travel, but that the permission of the court is needed before the travel can be approved. Counsel has not sought the position of the government

1

due to the need to file this motion after hours, so that permission can be granted in time to make the funeral services. Accordingly, the defendant moves for an order permitting him to travel as described above.

Respectfully submitted,

ROBERT S. BERGER, P.C.

s/ Robert S. Berger
Robert S. Berger
P.O. Box 201088
Denver, Colorado  80220-7088
Telephone: (303) 436-1596
FAX: 1-866-811-7712
robberger@qwestoffice.net

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER

JORDAN BUESCHER, USPO

/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net