IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 14-cr-0231-WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    MELVIN TURNER,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## FOR PERMISSION TO TRAVEL ON PRETRIAL RELEASE

This matter is before the Court on Defendant's Unopposed Motion for Permission to Travel on Pretrial Release filed October 15, 2014 (ECF No. 258).  The Court having reviewed the motion and upon consideration of the applicable Record, the Court ORDERS as follows:

The Defendant's motion is GRANTED.  Defendant Melvin Turner is permitted travel to Fort Worth, Texas from October 16, 2014 to October 22, 2014 inclusive.  Defendant Turner is ORDERED to comply with all conditions of his pretrial release in Texas, and must return to Colorado to appear in person at all future court appearances.

Dated this 16th day of October, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge

Case No. 1:14-cr-00231-WJM   Document 259   filed 10/16/14   USDC Colorado   pg 2 of 2