IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-0231-WJM

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
**4. FRANCISCO AGUILAR,**
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH
Defendants.

---

### REQUEST FOR BOND CONDITIONS MODIFICATION

---

      COMES NOW the undersigned, a member of the Bar of this Court, and herewith this Court allow the ankle monitoring device to be removed from Mr. Aguilar's bond conditions.  As grounds, Mr. Aguilar states as follows:

1.      Mr. Aguilar was granted bond in June 2014 and as a condition, was required to wear an ankle monitor.

2.Mr. Aguilar has had no violations and is not a flight risk.

3.The ankle monitor has prevented Mr. Aguilar from fully participating in his children's lives as it limits the visitation and custody exchange.

4.Further, Mr. Aguilar's mother is ill and the ankle monitor has caused issues with Mr. Aguilar being able to properly care for her.

5.Counsel sent an email to the AUSA on this case but has not heard back regarding his position.

6.Counsel has made several attempts to get a clear position from US Probation, however, that has mostly resulted in exchanged voicemail messages and no recommendation from Probation.

7.Mr. Aguilar is willing to continue his compliance with any other pretrial requests as he has been compliant to this point.

WHEREFORE, Mr. Aguilar requests the Court allow his bond conditions be modified to allow for the removal of the ankle monitor.

Respectfully submitted,

s/ Leslee A. Barnicle

_____
Leslee A. Barnicle
ATTORNEY AT LAW
Leslee A. Barnicle, PC
1175 Osage Street
Suite 200
Denver, CO 80204
Phone 303.350.1550
Fax 303.350.1555
lesleebarnicle@aol.com

CERTIFICATE OF SERVICE

  I hereby certify that on this 20th day of October 2014, I served a true and correct copy of the foregoing motion by ECF to:

Zachary Phillips, Esq.
Assistant United States Attorney
1225 17th St
Suite 700
Denver, CO 80202

And all attorneys of record

                s/ Leslee A. Barnicle
                _____