IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-00231-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**13. SIDNEY TAYLOR**

    Defendant.

_____

### NOTICE OF DISPOSITION
_____

Defendant, Sidney Taylor, by his court appointed attorney, John Mosby, respectfully gives notice to this Court that he has entered into a disposition with the Government and moves that the matter be set for entry of a plea hearing.

    Respectfully submitted,

    <u>s/John Mosby</u>

    John Mosby
    621 17th Street, Suite 2445
    Denver, Colorado 80293
    (303) 623-1355
    Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this October 25, 2014, a true and correct copy of the

foregoing was served via the Court's ECF system to:

Zachary Phillips,
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

And Via U.S. Mail and Hand-delivered:

Sidney Taylor (Inmate - Marshall's hold)
Denver Contract Detention Facility
3130 North Oakland Street
Aurora, CO 80010

s/John Mosby