IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. MELVIN TURNER,

    Defendant.

_____

MOTION TO MODIFY RESIDENCE AND TRAVEL CONDITIONS
OF PRETRIAL RELEASE
_____

    Melvin Turner, by appointed counsel, moves to modify the residence and travel conditions of his unsecured bond. The Order setting conditions of release requires Mr. Turner to maintain his current residence in Aurora, Colorado and restricts his travel to the State and District of Colorado. [Doc. 132, p. 6, lines 20 & 22] It is necessary for Mr. Turner, his wife and child to move to Ft. Worth, Texas, as a result of the recent death of his father-in-law. Mr. Turner requested and received permission to travel to Fort Worth from 10/16/2014 to 10/22/2014 for the funeral of his father-in-law. [Doc. 258 & 259] Pretrial Services Officer Jordan Buescher supervises Mr. Turner. Mr. Buescher advised counsel that Mr. Turner is in

1

compliance with the terms of supervision; the probation office does not object to the move to Texas; the U.S. Probation Office of the Northern District of Texas is willing to supervise Mr. Turner; and that pretrial services does not object to Mr. Turner traveling between Texas and Colorado to appear in this court.  Counsel sought the position of the government by email message to AUSA Zachary Phillips on 10/27/14. However, Mr. Phillips has not responded as of the filing of this motion.

Accordingly, the defendant moves for an order modifying condition #22 to permit him to reside in Ft. Worth, Texas; transferring pretrial supervision to the U.S. Probation Office of the Northern District of Texas; and modifying condition #20 to permit Mr. Turner to travel between Texas and Colorado as is necessary for the litigation of this case.

Respectfully submitted,

ROBERT S. BERGER, P.C.


s/ Robert S. Berger
Robert S. Berger
P.O. Box 201088
Denver, Colorado  80220-7088
Telephone: (303) 436-1596
FAX: 1-866-811-7712
robberger@qwestoffice.net

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER

JORDAN BUESCHER, USPO

/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net