**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM-11

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RICKY GARRISON,
       a/k/a "G,"
2.    JAMES TILLMON,
       a/k/a "Black,"
       a/k/a "Kevin Garner,"
3.    CHRISTOPHER MARTINEZ,
       a/k/a "Little C,"
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
8.    DONDRAI FISHER,
       a/k/a "Abdul Halim Aswad Ali,"
       a/k/a "Don Blas,"
9.    ARCHIE POOLE,
10.   LUIS RAMIREZ,
       a/k/a "Julian,"
**11.   MELVIN TURNER,**
       **a/k/a "Mellow,"**
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER, and
16.   LATOYA WIMBUSH,

      Defendants.

**RESPONSE TO MOTION TO MODIFY RESIDENCE AND
TRAVEL CONDITIONS OF PRETRIAL RELEASE**
(Doc. No. 268)

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Zachary Phillips, Assistant United States Attorney, informs the Court the Government has no objection to Defendant's Motion to Modify Residence and Travel Conditions of Pretrial Release (Doc. No. 268).   The Government states:

The Government has reviewed the Defendant's filing (Doc. No. 268).   Additionally, the Government has spoken with United States Probation Officer Jordan Buescher, who states that he has taken the necessary steps to transfer Mr. Turner's pretrial supervision to the Northern District of Texas.   These facts, combined with Mr. Turner's compliance to date on pretrial services, has convinced the Government that the Defendant's motion is appropriate.

Wherefore, the Government has no objection to Defendant's Motion to Modify Residence and Travel Conditions of Pretrial Release (Doc. No. 268).

Respectfully submitted this 29th day of October, 2014.

                    JOHN F. WALSH
                    United States Attorney

      By   *s/Zachary Phillips*
          ZACHARY PHILLIPS
          Assistant United States Attorney
          U.S. Attorney's Office
          1225 17th St., Suite 700
          Denver, CO 80202
          Telephone:   (303) 454-0118
          Fax:   (303) 454-0401
          e-mail:   zachary.phillips@usdoj.gov
          Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of October, 2014, I electronically filed the foregoing **RESPONSE TO MOTION TO MODIFY RESIDENCE AND TRAVEL CONDITIONS OF PRETRIAL RELEASE** (Doc. No. 268) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO   80202
      Telephone:   (303) 454-0100
      Fax:   (303) 454-0401
      e-mail:   maggie.grenvik@usdoj.gov