**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM-4

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   RICKY GARRISON,
       a/k/a "G,"
2.   JAMES TILLMON,
       a/k/a "Black,"
       a/k/a "Kevin Garner,"
3.   CHRISTOPHER MARTINEZ,
       a/k/a "Little C,"
4.   **FRANCISCO AGUILAR,**
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
       a/k/a "Abdul Halim Aswad Ali,"
       a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
        a/k/a "Julian,"
11.  MELVIN TURNER,
        a/k/a "Mellow,"
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

      Defendants.

---

**RESPONSE TO REQUEST FOR BOND CONDITIONS MODIFICATION**

---

      The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Zachary Phillips, Assistant United States Attorney, informs the

Court the Government has no objection to Defendant's Request for Bond Conditions Modifications (Doc. No. 260).   The Government states:

The Government has reviewed the Defendant's filing (Doc. No. 260).   Additionally, the Government has spoken with United States Senior Probation Officer Carlos Morales (electronic monitoring specialist), who states although the Defendant has had a couple of minor violations, the Defendant is in compliance.

Wherefore, the Government has no objection to Defendant's Request for Bond Conditions Modifications (Doc. No. 260).

Respectfully submitted this 29th day of October, 2014.

        JOHN F. WALSH
        United States Attorney


By:  *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:    (303) 454-0118
     Fax:    (303) 454-0401
     e-mail:    zachary.phillips@usdoj.gov
     Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of October, 2014, I electronically filed the foregoing **RESPONSE TO REQUEST FOR BOND CONDITIONS MODIFICATION** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      s/Maggie E. Grenvik
Maggie E. Grenvik
Legal Assistant
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0401
e-mail:   maggie.grenvik@usdoj.gov

3