IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. **JAMES TILLMON,**
   **a/k/a "Black,"**
   **a/k/a "Kevin Garner,"**
3. CHRISTOPHER MARTINEZ,
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

    Defendants.

---

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, James Tillmon, YOB: 1983, is now confined in the Crowley County Correctional Facility, 6564 State Highway 96, Olney Springs, CO 81062, DOC No. 153892.

2. An initial appearance will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge for proceedings in the above-captioned case, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the Defendant is confined, and requiring said United States Marshal to produce the Defendant before a United States Magistrate Judge for an initial appearance and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the Defendant's case.

Respectfully submitted this 26th day of November, 2014.

                                      JOHN F. WALSH
                                      United States Attorney

                    By:    *s/Zachary Phillips*
                            ZACHARY PHILLIPS
                            Assistant United States Attorney
                            U.S. Attorney's Office
                            1225 17th St., Suite 700
                            Denver, CO. 80202
                            Telephone (303) 454-0118
                            Fax (303) 454-0401
                            e-mail: zachary.phillips@usdoj.gov
                            Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of November, 2014, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      *s/Maggie E. Grenvik*
                                      Maggie E. Grenvik
                                      Legal Assistant
                                      U.S. Attorney's Office
                                      1225 17th St., Suite 700
                                      Denver, CO  80202
                                      Telephone:  (303) 454-0100
                                      Fax:  (303) 454-0401
                                      e-mail:  maggie.grenvik@usdoj.gov