IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RICKY GARRISON,
       a/k/a "G,"
2.   **JAMES TILLMON,**
       **a/k/a "Black,"**
       **a/k/a "Kevin Garner,"**
3.   CHRISTOPHER MARTINEZ,
       a/k/a "Little C,"
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
       a/k/a "Abdul Halim Aswad Ali,"
       a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.   LUIS RAMIREZ,
        a/k/a "Julian,"
11.   MELVIN TURNER,
        a/k/a "Mellow,"
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER, and
16.   LATOYA WIMBUSH,

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce James Tillmon, YOB: 1983, now confined in the Crowley County Correctional Facility, 6564 State Highway 96, Olney Springs, CO 81062, DOC No. 153892, before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the Defendant's case.

SO ORDERED this _____ day of November, 2014.

BY THE COURT:

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO