IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   RICKY GARRISON,
     a/k/a "G,"
2.   **JAMES TILLMON,**
     **a/k/a "Black,"**
     **a/k/a "Kevin Garner,"**
3.   CHRISTOPHER MARTINEZ,
     a/k/a "Little C,"
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
     a/k/a "Abdul Halim Aswad Ali,"
     a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
     a/k/a "Julian,"
11.  MELVIN TURNER,
     a/k/a "Mellow,"
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

      Defendants.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of James Tillmon, YOB:  1983, Defendant herein, now confined in the Crowley County Correctional Facility, 6564 State Highway 96, Olney Springs, CO 81062, DOC No. 153892, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, to appear for proceedings in the above-captioned case, and to hold the Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these proceedings in the United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined.

DATED at Denver, Colorado, this _____ day of November, 2014.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT