IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JAMES TILLMON, a/k/a "Black," a/k/a "Kevin Garner,"

    Defendant.

___

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
___

    Upon petition of the United States [filed November 26, 2014; docket #292] and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce JAMES TILLMON, YOB 1983, before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the indictment and to hold him at all times in the custody of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

    SO ORDERED at Denver, Colorado, this 26th day of November, 2014.

                                    BY THE COURT:

                                    */s/ Michael E. Hegarty*

                                    Michael E. Hegarty
                                    United States Magistrate Judge