IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.    CHRISTOPHER VIGIL

      Defendant.

---

**NOTICE OF CHANGE OF ADDRESS**

---

Undersigned counsel for the Defendant, Christopher Vigil, hereby provides notice to the Court and all parties of a change of business address. Undersigned counsel's new address is effective today, December 1, 2014, and is as follows:

>  Law Office of Andres R. Guevara
>  Andres R. Guevara
>  5200 DTC Parkway, Suite 410
>  Greenwood Village, CO 80111
>  (720) 379-8262 (telephone)
>  (720) 528-7740  (fax)

Undersigned respectfully requests that all future correspondence be sent to the above address.

Dated this 1st day of December, 2014.

                              Respectfully submitted,

                              ANDRES R. GUEVARA
                              Law Office of Andres R. Guevara


                              s/ Andres R. Guevara
                              ANDRES R. GUEVARA

Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 410
Greenwood Village, CO 80111
Telephone:  (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 1, 2014, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
Attorney for the Government

Mitchell Baker
mitchbaker@estreet.com
Attorney for Ricky Garrison

Elisa Moran
elisaatty@aol.com
Attorney for Shawn Beardsley

John Mosby
john_mosby@msn.com
Attorney for Sidney Taylor

Leslee Barnicle
barniclelaw@aol.com
Attorney for Francisco Aguilar

Forrest W. Lewis
flewispc@aol.com
Attorney for Travis Edwards

Wayne Campbell
Assistant United States Attorney
Wayne/Campbell@usdoj.gov
Attorney for the Government

Patrick J. Burke
patrick-j-burke@msn.com
Attorney for Robert Painter

Peter Menges
pmenges@mengeslaw.com
Attorney for Gregory Williams

Philip W. Ogden
phil@coloradospringslaw.net
Attorney for Simoen Ramirez

Thomas Ward
tward@wardlawdenver.com
Attorney for Latoya Wimbush

Lynn Ann Pierce
lpierce.blp@comcast.net
Attorney for Dondrai Fisher

2

Case No. 1:14-cr-00231-WJM   Document 297   filed 12/01/14   USDC Colorado   pg 3 of 3

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christopher Vigil (by hand delivery).

                                        s/ Andres R. Guevara
                                        ANDRES R. GUEVARA
                                        Law Office of Andres R. Guevara
                                        5200 DTC Parkway, Suite 410
                                        Greenwood Village, CO 80111
                                        Telephone:  (720) 379-8262
                                        FAX: (720) 528-7740
                                        E-mail:andres@guevaracoloradolaw.com
                                        Attorney for Christopher Vigil

3