AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>2. JAMES TILLMON,<br>a/k/a "Black," "Kevin Garner"<br><br>*Defendant* | )<br>)<br>) Case No.  14-cr-231  WJM<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JAMES TILLMON                                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information       ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally conspire to distribute & possess with the intent to distribute, one or more of the following controlled substances: 1. more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 2. more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; 3. less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 4. less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance in violation of 21 USC, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846


Date:  06/04/2014                                                                              s/ E. Van Alphen, Deputy Clerk
                                                                                                        *Issuing officer's signature*

City and state:    Denver, Colorado                                                 Jeffrey P. Colwell, Clerk of Court
                                                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 12/5/14
at *(city and state)*  Crowley, CO                            .

Date:  12/6/14                                                                                    _____
                                                                                                        *Arresting officer's signature*

                                                                                                        Gillian Fiek    DUSM
                                                                                                        *Printed name and title*