IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| 1. RICKY GARRISON<br>2. JAMES TILLMON<br>3. CHRISTOPHER MARTÍNEZ<br>4. FRANCISCO AGUILAR<br>5. **SIMEON RAMIREZ**<br>6. CHRISTOPHER VIGIL<br>7. TRAVIS EDWARDS<br>8. DONDRAI FISHER<br>9. ARCHIE POOLE<br>10. LOUIS RAMIREZ<br>11. MELVIN TURNER<br>12. SHAWN BEARDSLEY<br>13. GREGORY WILLIAMS<br>14. ROBERT PAINTER<br>15. LATOYA WIMBUSH | ) Criminal Case No. 14-cr-0231-WJM |
| Defendants. | ) |

DEFENDANT SIMEON RAMIREZ MOTION TO WAIVE APPEARANCE AT STATUS
CONFERENCE SET JANUARY 20, 2015

COMES NOW Simeon Ramirez, Defendant (hereinafter Mr. Ramirez), by and through his Criminal Justice Act Attorney of record, Philip W. Ogden, and, moves the Court for an Order Waiving the Appearance of Defendant Simeon Ramirez at the Status Conference set January 20, 2015, and for cause states that Defendant Simeon Ramirez is currently incarcerated in pretrial detention in the Federal Detention Center at Englewood FCI. It is anticipated that the Status Conference will not involve more than

1

discussion of the procedural posture of the case and will not involve substantive matters pertaining to Mr. Ramirez' case. Should it later appear that substantive issue need to be addressed an additional hearing can be established. With that in mind, Defense Counsel for Simeon Ramirez waives Mr. Ramirez' presence at said Status Conference.

WHEREFORE, Mr. Ramirez moves the Court to enter its order waiving Simeon Ramirez' presence at said Status Conference.

RESPECTFULLY SUBMITTED, this 12th day of January, 2015.

> s/Philip W. Ogden
> PHILIP W. OGDEN
> Attorney at Law
> 219 East Vermijo Avenue
> Colorado Springs, CO 80903
> Telephone: 719/635-8115
> FAX: 719/635-1248
> E-mail: Phil@ColoradoSpringsLaw.net
> Attorney for Defendant Simeon Ramirez

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2015, I electronically filed the foregoing **DEFENDANT SIMEON RAMIREZ MOTION TO WAIVE APPEARANCE AT STATUS CONFERENCE SET JANUARY 20, 2015,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mitchell Baker    mitchbaker@estreet.com, emboehme@gmail.com
Clifford J. Barnard    cliffbarnard@earthlink.net
Patrick J. Burke    Patrick-J-Burke@msn.com
Forrest W. Lewis    flewispc@aol.com
John Edward Mosby    john_mosby@msn.com
Philip W. Ogden    phil@coloradospringslaw.net
Robert Seldis Berger    robberger@qwestoffice.net, rob5189berger@yahoo.com
Elisa Julie Moran    Elisaatty@aol.com
James A. Castle    jcastlelaw@aol.com, rookslos@gmail.com
Wayne Campbell    wayne.campbell@usdoj.gov, Eileen.OConnor-Barnes@usdoj.gov, Tonya.Andrews@usdoj.gov, USACO.ECFCivil@usdoj.gov, USACO.ECFCriminal@usdoj.gov, anya.lear@usdoj.gov, judith.harding@usdoj.gov, michelle.lockman@usdoj.gov,

pam.jebens@usdoj.gov, pamela.thompson3@usdoj.gov, raisa.vilensky@usdoj.gov
Lynn Anne Pierce   lpierce.blp@comcast.net
Thomas Richard Ward   tward@wardlawdenver.com
Leslee Anne Barnicle   barniclelaw@aol.com, lesleebarnicle@aol.com
Peter D. Menges   pmenges@mengeslaw.com
Adam Michael Tucker   adamtuckerlaw@gmail.com, jzmooreatuck@gmail.com
Andres Rene Guevara   andres@guevaracoloradolaw.com
David L. Owen, Jr   davidowen@lodopc.com
Zachary Hugh Phillips   Zachary.Phillips@usdoj.gov, Maggie.Grenvik@usdoj.gov, USACO.ECFCriminal@usdoj.gov, diana.brown@usdoj.gov, judith.caldwell@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name: none

s/Philip W. Ogden
PHILIP W. OGDEN
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: 719/635-8115
FAX:  719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Defendant  Simeon Ramirez

pam.jebens@usdoj.gov, pamela.thompson3@usdoj.gov, raisa.vilensky@usdoj.gov
Lynn Anne Pierce   lpierce.blp@comcast.net
Thomas Richard Ward   tward@wardlawdenver.com
Leslee Anne Barnicle   barniclelaw@aol.com, lesleebarnicle@aol.com
Peter D. Menges   pmenges@mengeslaw.com
Adam Michael Tucker   adamtuckerlaw@gmail.com, jzmooreatuck@gmail.com
Andres Rene Guevara   andres@guevaracoloradolaw.com
David L. Owen, Jr   davidowen@lodopc.com
Zachary Hugh Phillips   Zachary.Phillips@usdoj.gov, Maggie.Grenvik@usdoj.gov, USACO.ECFCriminal@usdoj.gov, diana.brown@usdoj.gov, judith.caldwell@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name: none

s/Philip W. Ogden
PHILIP W. OGDEN
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: 719/635-8115
FAX:  719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Defendant  Simeon Ramirez