**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.  14-cr-00231-WJM-9

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. **ARCHIE POOLE**,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LOTOYA WIMBUSH.

        Defendant.
_____

**DEFENDANT ARCHIE POOLE'S MOTION TO WAIVE APPEARANCE AT STATUS CONFERENCE SCHEDULED FOR JANUARY 29, 2015**
_____

COMES NOW, Archie Poole, by and through his attorney, David L. Owen, Jr., and in response to the Court's Sua Sponte Order (Doc. 322) respectfully moves this Court for an Order Waiving his appearance at the Status Conference currently scheduled for January 20, 2015. Mr. Poole is currently detained at the

Federal Detention Center and counsel has personally conferred with Mr. Poole who has no objection to waiving his appearance at the Status Conference.

WHEREFORE the reasons stated above, Mr. Poole respectfully requests this Court waive the requirement of his appearance at the Status Conference scheduled for January 20, 2015.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant

\

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015, I electronically filed the foregoing **DEFENDANT ARCHIE POOLE'S MOTION TO WAIVE APPEARANCE AT STATUS CONFERENCE SCHEDULED FOR JANUARY 29, 2015** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Michael Tucker    adamtuckerlaw@gmail.com,  jzmooreatuck@gmail.com

Andres Rene Guevara    andres@guevaracoloradolaw.com

Clifford J. Barnard    cliffbarnard@earthlink.net

Elisa Julie Moran    Elisaatty@aol.com

Forrest W. Lewis    flewispc@aol.com

James A. Castle    jcastlelaw@aol.com, rookslos@gmail.com

John Edward Mosby    john_mosby@msn.com

Leslee Anne Barnicle    barniclelaw@aol.com, lesleebarnicle@aol.com

Lynn Anne Pierce    lpierce.blp@comcast.net

Mitchell Baker    mitchbaker@estreet.com, emboehme@gmail.com

Patrick J. Burke    Patrick-J-Burke@msn.com

Peter D. Menges    pmenges@mengeslaw.com

Philip W. Ogden    phil@coloradospringslaw.net

Robert Seldis Berger    robberger@qwestoffice.net, rob5189berger@yahoo.com

Thomas Richard Ward    tward@wardlawdenver.com

Wayne Campbell   Wayne.campbell@usdoj.govv, anya.lear@usdoj.gov, barbara.gardalen@usdoj.gov, diana.brown@usdoj.gov, Eileen.OConnor-Barnes@usdoj.gov, judith.harding@usdoj.gov, laura.hurd@usdoj.gov, Martha.Paluch@usdoj.gov, michelle.lockman@usdoj.gov, nicole.davidson@usdoj.gov, pam.jebens@usdoj.gov, pamela.thompson@usdoj.gov, pamela.thompson3@usdoj.gov, raisa.pitman@usdoj.gov, raisa.vilensky@usdoj.gov, Tonya.Andrews@usdoj.gov, USACO.ECFCivil@usdoj.gov, USACO.ECFCriminal@usdoj.gov

Zachary Hugh Phillips   Zachary.Phillips@usdoj.gov, diana.brown@usdoj.gov, judith.caldwell@usdoj.gov, Maggie.Grenvik@usdoj.gov, USACO.ECFCriminal@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Archie Poole

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Law Office of David L. Owen, Jr. P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
davidowen@lodopc.com
Attorney for Defendant