IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,
v.

11. MELVIN TURNER,

    Defendant.

_____

MOTION TO WAIVE DEFENDANT'S APPEARANCE AT
JANUARY 20, 2015 STATUS CONFERENCE
_____

Melvin Turner, by appointed counsel, waives his appearance at the January 20, 2015 Status Conference and moves for an order excusing his appearance. Mr. Turner lives in Fort Worth, Texas in accordance with the terms of his pretrial release. The expense and disruption of travel to Denver for a court appearance would be a significant burden on his family. Counsel has discussed the purpose of the scheduled status conference with Mr. Turner and is authorized to act on his behalf in his absence. The Court invited the filing of this motion in its *sua sponte* Order of 1/12/15 [Doc. 322] Counsel has discussed this motion with AUSA Zachary Philips and is informed that the government does not object to the waiver of Mr. Turner's

1

presence. Accordingly, the Melvin Turner moves for an order excusing his appearance at the January 20, 2015 Status Conference.

>Respectfully submitted,
>
>ROBERT S. BERGER, P.C.
>
>s/ Robert S. Berger
>Robert S. Berger
>P.O. Box 201088
>Denver, Colorado  80220-7088
>Telephone: (303) 436-1596
>FAX: 1-866-811-7712
>robberger@qwestoffice.net

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER

JORDAN BUESCHER, USPO

/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net