IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99-CR-43-N

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON
2. JAMES TILLMON
3. CHRISTOPHER MARTINEZ
4. FRANCISCO AGUILAR
5. SIMEON RAMIREZ
6. CHRISTOPHER VIGIL
7. TRAVIS EDWARDS
8. DONDRAI FISHER
9. ARCHIE POOLE
10. LOUISE RAMIREZ
11. MELVIN TURNER
12. **SHAWN BEARDSLEY**
13. GREGORY WILLIAMS
14. ROBERT PAINTER
15. LATOYA WIMBUSH

    Defendants.

---

Defendant Shawn Beardsley's Motion to Waive Appearance at Status Conference Set January 20, 2015

---

Defendant #12, Shawn Beardsley, by and through counsel, moves the Court for an Order Waiving the Appearance of Defendant Shawn Beardsley at the Status Conference set for January 20, 2015 and for cause states that Defendant Shawn Beardsley is currently incarcerated in pretrial detention in the Federal Detention Facility at Englewood, FCI.  It is anticipated that the Status Conference will not involve substantive matters but rather will address the procedural posture of the case.  If it later is

necessary to address substantive matters that relate to Shawn Beardsley, then an additional hearing can be established.

Wherefore, Mr. Beardsley moves the Court to enter its order waiving Shawn Beardsley's appearance at said Status Conference.

Respectfully submitted,

s/Elisa Moran

Elisa J. Moran, No. 11414
Elisaatty@aol.com
8451 E. Oregon Place
Denver, Colorado  80231
(303) 745-6560
Attorney for Defendant, Beardsley

**CERTIFICATE OF SERVICE**

I certify that on 1-14-15, a true copy of the foregoing was filed electronically with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mitch Baker       mitchbaker@estreet.com, emboehme@gmail.com
Clifford Barnard  cliffbarnard@earthlink.net
Patrick Burke     Patrick-J-Burke@msn.com
Forrest Lewis     Flewispc@aol.com
John Mosby        John_mosby@msn.com
Robert Berger     robberger@qwestoffice.net, rob5189berger@yahoo.com
James Castle      jcastlelaw@aol.com, rookslos@gmail.com
Lynn Pierce       lpierce.blp@comcast.net
Wayne Campbell    wayne.campbell@usdoj.gov
Thomas Ward       tward@wardlawdenver.com
Adam Tucker       adamtuckerlaw@gmail.com, jzmooreatuck@gmail.com
David Owen        davidowen@lodope.com
Leslee Barnicle   barniclelaw@aol.com, lesleebarnicle@aol.com
Peter Menges      pmenges@mengeslaw.com
Andres Guevara    andres@guevaracoloradolaw.com
Philip Ogden      Phil@coloradospringslaw.net
Zachary Phillips  Zachary.Phillips@usdoj.gov, Maggie.Grenvik@usdoj.gov, USA.ECFCriminal@usdoj.gov, diana.brown@usdoj.gov, judith.caldwell@usdoj.gov

Undersigned also certifies that a copy of the foregoing was mailed

2

by U.S. Mail on this 14th day of January, 2015 to Shawn Beardsley.


                                           s/Elisa Moran
                                   _____
                                   Elisa Moran