## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

Criminal Case No. 14-cr-0231-WJM-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,
2.    JAMES TILLMON,
3.    CHRISTOPHER MARTÍNEZ,
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
**8.**    **DONDRAI FISHER,**
9.    ARCHIE POOLE,
10.    LUIS RAMIREZ,
11.    MELVIN TURNER,
12.    SHAWN BEARDSLEY,
13.    SIDNEY TAYLOR,
14.    GREGORY WILLIAMS,
15.    ROBERT PAINTER, and
16.    LATOYA WIMBUSH

    Defendants.

## NOTICE OF DISPOSITION

COMES NOW, Dondrai Fisher, through counsel Lynn Pierce of Butler, Landrum & Pierce, P.C. and hereby notifies the Court that he and the Government have reached a disposition in this case and case no, 14-cr-230. Mr. Fisher hereby requests that the Court set the matter for change of plea hearing together with Case No. 14-cr-230. Mr. Fisher

further requests that he be excused from the status conference set for January 20, 2015.

This the 14th day of January, 2015.

                                             BUTLER, LANDRUM & PIERCE, P.C.

                                             */s/ Lynn A. Pierce*
                                             Lynn A. Pierce #18953
                                             720 Kipling Street, Suite 201
                                             Lakewood, CO  80215
                                             (303) 232-3888
                                             lpierce.blp@comcast.net
                                             **Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2015, a true and correct copy of the foregoing was filed via ECF, with a copy to go to all interested parties.

                                             s/ Lynn Pierce