IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   RICKY GARRISON,
2.   JAMES TILLMON,
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
**7.   TRAVIS EDWARDS,**
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

Defendants.

---

**MOTION TO WAIVE DEFENDANT'S APPEARANCE AT
JANUARY 20, 2015 STATUS CONFERENCE**

---

Travis Edwards, by and through counsel, waives his appearance at the January 20, 2015 status conference and moves for an order excusing his appearance.  Mr. Edwards is in custody at FDC.  Counsel has discussed this motion and the purpose of the scheduled status conference with Mr. Edwards and is authorized to act on his behalf in his absence.  The Court authorized the filing of this motion in its *sua sponte* Order of

January 12, 2015 [Doc. #322]. Accordingly, Travis Edwards moves for an order excusing his appearance at the January 20, 2015 status conference.

Respectfully submitted,

s/ Forrest W. Lewis
**Forrest W. Lewis**
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado  80402
Telephone:  (303) 279-3333
Facsimile:   (303) 278-7691
E-mail:   flewispc@aol.com
**Attorney for Defendant Travis Edwards**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO WAIVE DEFENDANT'S APPEARANCE AT JANUARY 20, 2015 STATUS CONFERENCE** was electronically filed with the Clerk of the Court using the CM/ECF system on this 15th day of January, 2015, which will send notification of such filing to the following e-mail addresses:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
*Attorney for the Government*

Andres Guevara
andres@guevaracoloradolaw.com
*Attorney for Christopher Vigil*

Elisa Moran
elisaatty@aol.com
*Attorney for Shawn Beardsley*

James Castle
Jcastlelaw@aol.com
*Attorney for Ricky Garrison*

John Mosby
john_mosby@msn.com
*Attorney for Sidney Taylor*

Leslee Barnicle
barniclelaw@aol.com
*Attorney for Francisco Aguilar*

Clifford Barnard
cliffbarnard@earthlink.net
*Attorney for James Tillmon*

Patrick J. Burke
patrick-j-burke@msn.com
*Attorney for Robert Painter*

Peter Menges
pmenges@mengeslaw.com
*Attorney for Gregory Williams*

Philip W. Ogden
phil@coloradospringslaw.net
*Attorney for Simoen Ramirez*

Thomas Ward
tward@wardlawdenver.com
*Attorney for Latoya Wimbush*

Lynn Ann Pierce
lpierce.blp@comcast.net
*Attorney for Dondrai Fisher*

David Owen
davidowen@lodopc.com
*Attorney for Archie Poole*

Robert Berger
robberger@qwestoffice.net
*Attorney for Melvin Turner*

Adam Tucker
adamtuckerlaw.@gmail.com
*Attorney for Luiz Ramirez*

                                                  s/Polly Ashley