# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

United States of America,

    Plaintiff,

v.

1. RICKY GARRISON
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. **LATOYA WIMBUSH,**

    Defendants.

---

## MOTION TO WAIVE DEFENDANT LATOYA WIMBUSH'S APPEARANCE AT JANUARY 20TH STATUS CONFERENCE

---

Defendant Latoya Wimbush, by and through undersigned counsel, hereby moves the Court to waive her appearance at the Status Conference scheduled for January 20, 2015 at 4:15 p.m.

Ms. Wimbush is not in custody on this case.  She has been in regular contact with undersigned counsel, and understands that the January 20th Status Conference will primarily concern procedural and scheduling issues.  Ms. Wimbush has fully discussed these issues with counsel, and will be available by cell phone should counsel need to confer with her for any reason during a recess on the date of the hearing.  Further, Ms. Wimbush understands her right to be present at the hearing should she so choose, and her obligation to be present at all future court dates.

If the Court waives Ms. Wimbush's appearance it would allow her to avoid missing work on January 20th.

If the Court grants this request, undersigned counsel will appear on Ms. Wimbush's behalf at the status conference.

WHEREFORE, Ms. Wimbush respectfully requests that the Court waive the requirement that she appear in person at the January 20th Status Conference.

Respectfully Submitted,

The Ward Law Firm, P.C.

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
The Ward Law Firm, P.C.
955 Bannock Street, Suite 200
Denver, CO 80204
Tel. 303-393-1101
FAX  303-623-0714
tward@wardlawdenver.com

Dated:  January 15, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that on Thursday, January 15, 2015, I electronically filed the foregoing **MOTION TO WAIVE DEFENDANT LATOYA WIMBUSH'S APPEARANCE AT JANUARY 20TH STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record in this case.

By:     s/Thomas R. Ward
            Thomas R. Ward