IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,

    Defendant.

_____

**MOTION TO WAIVE DEFENDANT RICKY GARRISON'S APPEARANCE AT JANUARY 20th STATUS CONFERENCE**
_____

    Ricky Garrison hereby moves the Court waives his appearance at the January 20, 2015 Status Conference and moves for an order excusing his appearance. Mr. Garrison states as follows:

    1.    The Court invited the filing of this motion in its *sua sponte* Order of 1/12/15. (Doc. 322)

    2.    Mr. Garrison is currently detained at the Federal Detention Center. Defense counsel has conferred with Mr. Garrison, who agrees to waive his appearance at the Status Conference. Mr. Garrison understands his right to be present at the hearing should he so choose, and his obligation to be present at all future court dates.

    3.    If the Court grants this request, defense counsel[1] will appear on Mr. Garrison's behalf at the January 20th Status Conference.

---

[1] In an additional pleading to be filed contemporaneously with this pleading, undersigned counsel moves the court to excuse his presence at the status conference. The court has allowed Mr. Garrison two CJA counsel and Mr. Castle will appear at the January 20, 2015 status conference.

WHEREFORE, Mr. Garrison respectfully requests that the Court waive the requirement that he appear in person at the January 20th Status Conference.

Dated this 16th day of January, 2015.

Respectfully submitted,

s/Mitchell Baker
Mitchell Baker
Attorney for Defendant Garrison
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 592-7353
mitchbaker@estreet.com

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2015, a copy of the foregoing was served on all parties of interest via CM/ECF.

s/Mitchell Baker
Mitchell Baker

2