IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RICKY GARRISON,

      Defendant.

_____

## MOTION TO EXCUSE APPEARANCE OF UNDERSIGNED COUNSEL AT JANUARY 20th STATUS CONFERENCE

_____

      Mitchell Baker, one of two CJA counsel for Ricky Garrison, requests the Court to waive Mr. Baker's appearance at the January 20, 2015 Status Conference and states as follows:

      1.      The Court has allowed appointment of two CJA counsel to represent Mr. Garrison, James Castle and Mitchell Baker.

      2.      Undersigned counsel has a motions hearing set in Arapahoe County at 2:00 p.m. on January 20, 2015.  The hearing involves testimony of a witness flying in from out of state and therefore cannot easily be rescheduled.  Given the anticipated length of the Arapahoe hearing, it is unlikely counsel will be able to complete the hearing and travel back downtown by 4:00 p.m.

      3.      Defense counsel have conferred with Mr. Garrison who agrees to waive the appearance of undersigned counsel at the Status Conference and be represented

solely by Mr. Castle at the status conference.  Mr. Castle will have undersigned counsel's calendar for purposes of further scheduling.

WHEREFORE, Mitchell Baker respectfully requests that the Court waive his appearance at the January 20th Status Conference.

Dated this 16th day of January, 2015.

Respectfully submitted,

s/Mitchell Baker
Mitchell Baker
Attorney for Defendant Garrison
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 592-7353
mitchbaker@estreet.com

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2015, a copy of the foregoing was served on all parties of interest via CM/ECF.

s/Mitchell Baker
Mitchell Baker