IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1. RICKY GARRISON,
       a/k/a "G."
2. **JAMES TILLMON,**
       **a/k/a "Black,"**
       **a/k/a "Kevin Garner,"**
3. CHRISTOPHER MARTINEZ,
       a/ka "Little C,"
4. FRANCISCO AGUILAR,,
5. SIMEON RAMIREZ,,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
       a/ka "Abdul Halim Aswad Ali,"
       a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
        a/ka "Julian,"
11. MELVIN TURNER,
        a/ka "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

        Defendants.

---

### DEFENDANT JAMES TILLMON'S
### MOTION TO WAIVE HIS APPEARANCE AT
### THE JANUARY 20, 2015 STATUS CONFERENCE

---

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J.

Barnard, in response to the Court's *sua sponte Order* (Doc. 322), hereby moves this Court for an order waiving his appearance at the Status Conference currently scheduled for January 20, 2015. Mr. Tillmon is currently detained at the GEO Detention Center in Aurora, Colorado. Undersigned counsel has personally conferred with Mr. Tillmon who has no objection to waiving his appearance at the Status Conference.

WHEREFORE, Mr. Tillmon requests that the Court waive the requirement of his appearance at the January 20, 2015 Status Conference.

DATED this 16th day of January, 2015.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Tillmon
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email: *cliffbarnard@earthlink.net*

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2015, I electronically filed the foregoing *Defendant James Tillmon's Motion to Waive His Appearance at the January 20, 2015 Status Conference* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | *zachary.phillips@usdoj.gov* |
| A.U.S.A. Wayne Campbell | *wayne.campbell@usdoj.gov* |
| Mitchell Baker | *mitchbaker@estreet.com* |
| James Castle | *Jcastlelaw@aol.com* |
| Leslee Barnicle | *barniclelaw@aol.com* |
| Philip W. Ogden | *phil@coloradospringslaw.net* |

| | |
|---|---|
| Andres Guevara | *andres@guevaracoloradolaw.com* |
| Forrest W. Lewis | *flewispc@aol.com* |
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |
| Thomas Ward | *tward@wardlawdenver.com* |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

James Tillmon                             *Via U.S. mail*

*s/Clifford J. Barnard*
_____
Clifford J. Barnard
Attorney for Defendant Tillmon