IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00231-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.      RICKY GARRISON,
        a/k/a "G,"
2.      JAMES TILLMON,
        a/k/a "Black,"
        a/k/a "Kevin Garner,"
3.      CHRISTOPHER MARTINEZ,
        a/k/a "Little C,"
4.      FRANCISCO AGUILAR,
5.      SIMEON RAMIREZ,
6.      CHRISTOPHER VIGIL,
7.      TRAVIS EDWARDS,
8.      DONDRAI FISHER,
        a/k/a "Abdul Halim Aswad Ali,"
        a/k/a "Don Blas,"
9.      ARCHIE POOLE,
10.     LUIS RAMIREZ,
        a/k/a "Julian,"
11.     MELVIN TURNER,
        a/k/a "Mellow,"
12.     SHAWN BEARDSLEY,
13.     SIDNEY TAYLOR,
14.     GREGORY WILLIAMS,
15.     ROBERT PAINTER,
16.     LATOYA WIMBUSH,

        Defendants.

---

## MOTION TO RESTRICT DOCUMENT

---

The United States of America, by and through United States Attorney John F.

Walsh and the undersigned Assistant United States Attorney, respectfully moves to

restrict document and attachments, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully submitted January 16, 2015.

JOHN F. WALSH
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

BY:     s/ Zachary Phillips
Zachary Phillips
Assistant United States Attorney
United States Attorney's Office
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
Telephone (303) 454-0100
Fax (303) 454-0409
Zachary.phillips@usdoj.gov