IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    14-cr-00231-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.    RICKY GARRISON,
       a/k/a "G,"
2.    JAMES TILLMON,
       a/k/a "Black,"
       a/k/a "Kevin Garner,"
3.    CHRISTOPHER MARTINEZ,
       a/k/a "Little C,"
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
8.    DONDRAI FISHER,
       a/k/a "Abdul Halim Aswad Ali,"
       a/k/a "Don Blas,"
9.    ARCHIE POOLE,
10.   LUIS RAMIREZ,
       a/k/a "Julian,"
11.   MELVIN TURNER,
       a/k/a "Mellow,"
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER,
16.   LATOYA WIMBUSH,

            Defendants.

---

GOVERNMENT MOTION TO REQUEST PERMISSION TO APPEAR BY TELEPHONE
FOR STATUS CONFERENCE ON JANUARY 20, 2015

---

NOW COMES THE UNITED STATES OF AMERICA, John F. Walsh, United

States Attorney, by Zachary H. Phillips, Assistant United States Attorney, and requests

that this Court allow Assistant United States Attorney Zachary Phillips appear via telephone for the Status Conference presently scheduled for January 15, 2015 at 4:15 PM.

In support of this motion, the government states the following:

1.       AUSA Zachary Phillips is scheduled to teach at the National Advocacy Center in Columbia, South Carolina on January 21, 2015, through January 23, 2015.   In order to arrive in Columbia, South Carolina in time to present, AUSA Phillips needs to travel from Colorado to South Carolina on Tuesday, January 20, 2015.   AUSA Phillips has been able to arrange flights that will allow his availability by telephone at the time of the presently scheduled status conference.   AUSA Phillips will arrange for another AUSA be present in court at the time of the hearing; however, it may be beneficial to all parties if AUSA Phillips is also available for the status conference.

2.       AUSA Phillips has communicated with all of the attorneys in this case and discussed the upcoming status conference.   Some parties have reached a disposition in this case and as such have no position as to an ends of justice continuance in this case. Based on discussions with the attorneys who have not reached a disposition, it is anticipated that several parties will be requesting or joining in an oral Ends of Justice continuance pursuant to 18 U.S.C. § 3161(h)(7)(A).   The request will be for an additional 90 days. No parties have an objection to this request and the Government believes the facts and arguments for the additional time are such that it is necessary the additional time be granted so the ends of justice be served and that such a continuance outweighs the best interest of the public and the defendant in a speedy trial.

Wherefore, the government respectfully requests that the Court allow AUSA

Phillips appear by telephone for the Status Conference presently scheduled for January

20, 2015, at 4:15 PM.

Dated this 16th day of January, 2015.


RESPECTFULLY SUBMITTED,

JOHN F. WALSH
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

BY:          *s/ Zachary Phillips*
             Zachary Phillips
             Assistant United States Attorney
             United States Attorney's Office
             District of Colorado
             1225 17th Street, Suite 700
             Denver, CO 80202
             Telephone (303) 454-0100
             Fax (303) 454-0409
             Zachary.phillips@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Diana L. Brown
Legal Assistant
United States Attorney's Office