**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10.  LUIS RAMIREZ,

        Defendant.

---

**MOTION TO WAIVE DEFENDANT LUIS RAMIREZ' APPEARANCE AT THE JANUARY 20TH STATUS CONFERENCE**

---

COMES NOW Defendant Luis Ramirez, by and through undersigned counsel Adam M. Tucker of the Law Office of Adam Tucker, P.C. and respectfully requests that this Court enter an order excusing Mr. Ramirez' appearance at the January 20, 2015 status conference.  As grounds therefore, Defendant states as follows:

1. In its January 12, 2015 *sua sponte* Order [Doc. No. 322], this Court advised that the Court would entertain motions to waive appearances by defendants for this hearing if filed by January 16, 2015.
2. Mr. Ramirez is currently detained at the Jefferson County Colorado Jail.  Undersigned counsel has conferred with Mr. Ramirez, who agrees to waive his appearance at the January 20, 2015 Status Conference.  Mr. Ramirez understands that it is his right to appear the hearing should he so choose, and his obligation to be present at all future court dates.
3. Should the Court grant this request, undersigned counsel will appear on Mr. Ramirez' behalf at the Status Conference.

WHEREFORE, Defendant respectfully requests that the Court waive the requirement that he appear in person at the January 20, 2015 Status Conference, and for such further relief as this Court deems just and equitable.

Dated this 16th day of January, 2015.

                                        Respectfully Submitted,

                                        *s/Adam M. Tucker*_____
                                        ADAM M. TUCKER
                                        Attorney for the Defendant Luis Ramirez
                                        1444 Stuart Street
                                        Denver CO 80204
                                        Telephone: 970-376-2022
                                        Adamtuckerlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2015 a true and correct copy of the foregoing MOTION TO WAIVE DEFENDANT LUIS RAMIREZ' APPEARANCE AT THE JANUARY 20, 2015 STATUS CONFERENCE as electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

James Boma
U.S. Attorney's Office
James.boma@usdoj.gov
All counsel of record

                                        *s/Adam M. Tucker*_____
                                         Adam M. Tucker