IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER,
16. LATOYA WIMBUSH

    Defendant.
_____

## ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

This matter is before the Court on the Government's Motion to Restrict Document filed on January 16, 2015 (ECF No. 342).  The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

The Government's Motion to Restrict Document is GRANTED.  The Documents filed at ECF Nos. 344 and 345 shall remain RESTRICTED at RESTRICTION LEVEL 2

(**viewable only by counsel for Defendant Ricky Garrison, the Government and the Court**).

Dated this 16th day of January, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge