IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-0231-WJM

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
**4. FRANCISCO AGUILAR,**
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH
Defendants.

## MOTION TO WAIVE DEFENDANT FRANCISCO AGUILAR'S APPEARANCE AT JANUARY 20, 2015 STATUS DATE

        Francisco Aguilar hereby moves the Court to waive his appearance at the January 20, 2015 Status Conference and moves for an order excusing his appearance. Mr. Aguilar states as follows:

1. The Court invited the filing of this motion in its *sua sponte* Order of 1/12/15. (Doc. 322)

2. Mr. Aguilar is currently on bond in this case and is compliant. Defense counsel has conferred with Mr. Aguilar regarding the nature of the status conference. Mr. Aguilar agrees to waive his appearance at the Status Conference. Mr. Aguilar further understands his right to be present at the hearing should he so choose, and his obligation to be present at all future court dates.

3. Counsel for Mr. Aguilar will be present at the Status Conference.

WHEREFORE, Mr. Aguilar respectfully requests that the Court waive the requirement that he appear in person at the January 20th Status Conference.

Respectfully submitted,

s/ Leslee A. Barnicle

_____
Leslee A. Barnicle
ATTORNEY AT LAW
Leslee A. Barnicle, PC
1175 Osage Street
Suite 200
Denver, CO 80204
Phone 303.350.1550
Fax 303.350.1555

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2015, I served a true and correct copy of the foregoing motion by ECF to:

Zachary Phillips, Esq.
Assistant United States Attorney
1225 17th St
Suite 700
Denver, CO 80202

And all attorneys of record

s/ Leslee A. Barnicle
_____