# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-14

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
4. FRANCISCO WILLIAMS,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. **GREGORY WILLIAMS**,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH
Defendants.

---

## MOTION TO WAIVE DEFENDANT GREGORY WILLIAMS' APPEARANCE
## AT JANUARY 20, 2015 STATUS DATE

---

      Comes now, Mr. Gregory Williams, by and through counsel, Mr. Peter D. Menges, and moves the Court to waive his appearance at the January 20, 2015 Status Conference and moves for an order excusing his appearance. Mr. Williams states as follows:

      1. The Court invited the filing of this motion in its *sua sponte* Order of 1/12/15. (Doc. 322).

2. Mr. Williams is currently on bond in this case and is compliant. Defense counsel has conferred with Mr. Williams regarding the nature of the status conference. Mr. Williams agrees to waive his appearance at the Status Conference. Mr. Williams further understands his right to be present at the hearing should he so choose, and his obligation to be present at all future court dates.

3. Counsel for Mr. Williams will be present at the Status Conference.

WHEREFORE, Mr. Williams respectfully requests that the Court waive the requirement that he appear in person at the January 20th Status Conference.

Dated: January 19, 2015.

Respectfully submitted,

PETER D. MENGES


s/ Peter Menges_____
Peter D. Menges, Esq.
The Law Office of Peter D. Menges, P.C.
Attorney Reg. # 28750
Attorney for Defendant
955 Bannock Street, Suite 200
Denver, CO 80204
(303) 333-8433

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of January, 2015, a true and correct copy of the foregoing was filed electronically via CM/ECF, and electronically noticed to the following:


Mr. Zachary Phillips, Esq.,
Assistant United States Attorneys
1225 17th Street, Suite 700
Denver, Colorado 80202

All Counsel of record.


<u>s/ Peter Menges</u>