IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: January 20, 2015 |
| Court Reporter:   Gwen Daniel | Time: 20 minutes |

_____

Criminal Action No. 14-cr-00231-WJM         <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Zachary Phillips (by telephone)
                                           Brad Giles
        Plaintiff,

v.

1.   RICKY GARRISON,            1. James Castle
2.   JAMES TILLMON,             2. Clifford Barnard
3.   CHRISTOPHER MARTINEZ,      3. (fugitive)
4.   FRANCISCO AGUILAR,         4. Leslee Barnicle
5.   SIMEON RAMIREZ,            5. Philip Ogden
6.   CHRISTOPHER VIGIL,         6. Andres Guevara
7.   TRAVIS EDWARDS,            7. Forrest Lewis
9.   ARCHIE POOLE,              9. David Owen
10.  LUIS RAMIREZ,              10. Adam Tucker
11.  MELVIN TURNER,             11. Robert Berger
12.  SHAWN BEARDSLEY,           12. Elisa Moran
14.  GREGORY WILLIAMS,          14. Peter Menges
15.  ROBERT PAINTER,            15. Patrick Burke
16.  LATOYA WIMBUSH             16. Thomas Ward

        Defendant.

_____

**COURTROOM MINUTES**
_____

STATUS CONFERENCE

04:15 p.m.  Court in Session

Appearances

1

All defendants' presence are waived except for Defendants 6. Christopher Vigil who is present and on bond and Defendant 15. Robert Painter who is present and in custody.

A Change of Plea Hearing is set for Defendant 8 Dondrai Fisher 2/25/2015.

A Sentencing Hearing is set for Defendant 13. Sidney Taylor 4/22/2015.

Status by Mr. Phillips

Status by Mr. Barnard

Defendants 2. James Tillmon and Defendant 1. Ricky Garrison's oral request for a further ends of justice continuance for 90 days.  The Government does not object.

Argument/Discussion

Defendant 3. Christopher Martinez is still a fugitive.  Mr. Phillips states that they are actively looking for him, but suggests that the case move forward without him.

Argument/Discussion

Mr. Phillips suggests that defense counsel request maybe 135 days instead of 90, knowing that they are going to have to prepare discovery motions prior to the 90 days, and he believes the Court's staggered-motion practice is appropriate in this case.

Argument/Discussion

Defendant 1. Ricky Garrison's amended oral request that the Court exclude 135 days from the Speedy Trial Clock.  The Government does not object.

The court enters ends of justice findings on the record. The court will enter a written order detailing its findings of fact and conclusions of law.  The court's order will also set phased motions briefing schedules, deadlines, hearings and/or conferences and a trial date.

**ORDERED:   Defendant 1. Ricky Garrison's oral request for an additional 135 days' speedy trial continuance is GRANTED.  All days between today and the 4th of June 2015 are excluded from the Speedy Trial Clock.**

Court's comments

The Government requests three weeks for jury trial.

**ORDERED:** **The Government's oral request for a three-week jury trial is GRANTED.**

**ORDERED:** **Defendant 15. Robert Painter is REMANDED to the custody of the U.S. Marshal.**

**ORDERED:** **Defendant 6. Christopher Vigil's bond is CONTINUED.**

04:35 p.m.   Court in Recess
             Hearing concluded