IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RICKY GARRISON,
    a/k/a "G,"
2. JAMES TILLMON,
    a/k/a "Black,"
    a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
    a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
    a/k/a "Abdul Halim Aswad Ali,"
    a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

      Defendants.

---

ORDER TO RESTRICT DOC. NO. 368

---

This matter is before the Court on the Government's Motion to Restrict Doc. No. 368.

Upon consideration and for good cause shown,

IT IS ORDERED that Doc. No. 368, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document filed February 5, 2015, are hereby restricted until further order by the Court.

IT IS ORDERED that Doc. No. 368, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby filed at a "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of February, 2015.

BY THE COURT:

_____
WILLIAM J. MARTINEZ, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2