```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
```

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON
2. JAMES TILLMON
3. CHRISTOPHER MARTINEZ
4. FRANCISCO AGUILAR
5. SIMEON RAMIREZ
6. CHRISTOPHER VIGIL
7. TRAVIS EDWARDS
8. DONDRAI FISHER
9. ARCHIE POOLE
10. LOUISE RAMIREZ
11. MELVIN TURNER
12. **SHAWN BEARDSLEY**
13. GREGORY WILLIAMS
14. ROBERT PAINTER
15. LATOYA WIMBUSH

    Defendants.

---

ORDER TO RESTRICT DOCUMENT 365

---

This matter is before the Court on the motion of counsel for Shawn Beardsley to restrict document 365.

Upon consideration and for good cause shown, it is ordered that Document 365 and any order revealing the contents of that document filed February 5, 2015 are restricted until further order of the Court at Level 3, or at level 2 to include only Counsel for Beardsley and Zachary Phillips, counsel for the government.

It is SO ORDERED ON THIS \_\_\_\_ DAY OF February, 2015.

BY THE COURT:

_____
WILLIAM J. MARTINEZ, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO