IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12.    SHAWN BEARDSLEY,

    Defendant.

_____

## ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

This matter is before the Court on Defendant Beardsley's Motion to Restrict Document 365 filed on February 5, 2015 (ECF No. 369). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

The Defendant's Motion to Restrict is GRANTED. The Documents filed at ECF Nos. 365 and 370 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Defendant Beardsley, the Government and the Court).

Dated this 6th day of February, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge