**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   **RICKY GARRISON**
2.   **JAMES TILLMON,**
3.   **CHRISTOPHER MARTINEZ,**
4.   **FRANCISCO AGUILAR,**
5.   **SIMEON RAMIREZ,**
6.   **CHRISTOPHER VIGIL**
7.   **TRAVIS EDWARDS,**
8.   **DONDRAI FISHER,**
9.   **ARCHIE POOLE,**
10. **LUIS RAMIREZ,**
11. **MELVIN TURNER,**
12. **SHAWN BEARDSLEY,**
13. **SIDNEY TAYLOR,**
14. **GREGORY WILLIAMS,**
15. **ROBERT PAINTER, and**
16. **LATOYA WIMBUSH**

        Defendants.

_____

## ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

This matter is before the Court on Government's Motion to Restrict Doc. No. 368 filed on February 5, 2015 (ECF No. 366). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

The Government's Motion to Restrict is GRANTED. The Documents filed at ECF Nos. 367 and 368 shall remain RESTRICTED at RESTRICTION LEVEL 3

(viewable only by the Government and the Court).

Dated this 6th day of February, 2015.

BY THE COURT:

William J. Martínez
United States District Judge