## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

Criminal Case No. 14-cr-0231-WJM-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RICKY GARRISON,
2.   JAMES TILLMON,
3.   CHRISTOPHER MARTÍNEZ,
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   **DONDRAI FISHER,**
9.   ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH

    Defendants.

## UNOPPOSED MOTION TO RESET OR CONTINUE CHANGE OF PLEA HEARING FROM 10:30 A.M. TO 11:00 A.M.

COMES NOW, Dondrai Fisher, through counsel Lynn Pierce of Butler, Landrum & Pierce, P.C. and moves, without opposition, to reset or continue the change of plea hearing scheduled in this matter from 10:30 a.m. to 11:00 a.m. on February 25, 2015 and in support of this motion, states:

1. A hearing for change of plea in this case is currently set for February 25, 2015 at 10:30 a.m. Also set for change of plea for Mr. Fisher at 10:00, is case number 14-cr-230.

2. There is one plea agreement for Mr. Fisher for both cases and this case is expected to be dismissed when Mr. Fisher pleads in the other case.

3. Counsel for Mr. Fisher has a hearing in Adams County District Court at 8:30 a.m. and is concerned she will have trouble getting to the Federal Court by 10:00 a.m.

4. Counsel believes she would have sufficient time to arrive by 11:00 a.m. and upon conferring with the clerk, it appears that 11:00 a.m. might be available to reset both cases.

5. Counsel for Mr. Fisher has conferred with Assistant United States Attorney Zachary Philips and Mr. Phillips has no objection to resetting or continuing the case if necessary. He also agrees that both cases could be heard at the same time in that the parties have reached a joint disposition which involves only one plea agreement.

WHEREFORE, Mr. Fisher respectfully requests that the Court reset his change of plea hearing to 11:00 a.m. on February 25, 2015 or in the alternative, that the Court continue the hearing to a date to be cleared by the parties.

This the 11th day of February, 2015.

BUTLER, LANDRUM & PIERCE, P.C.

*/s/ Lynn A. Pierce*
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
lpierce.blp@comcast.net
**Attorney for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2015, a true and correct copy of the foregoing was filed via ECF, with a copy to go to all interested parties.

s/ Lynn Pierce