# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLORADO

Criminal Case No. 14-cr-0231-WJM-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RICKY GARRISON,
2.   JAMES TILLMON,
3.   CHRISTOPHER MARTÍNEZ,
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   **DONDRAI FISHER,**
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH

    Defendants.

## ORDER ON UNOPPOSED MOTION TO RESET OR CONTINUE CHANGE OF PLEA HEARING FROM 10:30 A.M. TO 11:00 A.M.

THIS MATTER comes before the Court upon Defendant Dondrai Fisher's Unopposed Motion to Reset or Continue Change of Plea Hearing to 11:00 a.m. on February 25, 2015. The Court has reviewed the motion and any responsive pleadings and finds that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED, that the change of plea hearing for this

matter is reset for 11:00 a.m. on February 25, 2015.

This the ____ day of February, 2015.

_____
Honorable William J. Martinez
District Court Judge Presiding
