IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. **TRAVIS EDWARDS,**
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

Defendants.

## NOTICE OF DISPOSITION AND MOTION FOR CHANGE OF PLEA HEARING

Travis Edwards, by and through counsel and pursuant to D.C. Colo. L.Cr.R. 11.1, hereby gives notice that a disposition has been reached in this case.

Defendant requests an order setting this matter for a change of plea hearing.

WHEREFORE, Defendant Travis Edwards requests an order setting this matter for change of plea hearing.

Respectfully submitted,

s/ Forrest W. Lewis
**Forrest W. Lewis**
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado  80402
Telephone:  (303) 279-3333
Facsimile:   (303) 278-7691
E-mail:   flewispc@aol.com
**Attorney for Defendant Travis Edwards**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF DISPOSITION AND MOTION FOR CHANGE OF PLEA HEARING** was electronically filed with the Clerk of the Court using the CM/ECF system on this 30th day of March, 2015, which will send notification of such filing to the following e-mail addresses:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
*Attorney for the Government*

Andres Guevara
andres@guevaracoloradolaw.com
*Attorney for Christopher Vigil*

Elisa Moran
elisaatty@aol.com
*Attorney for Shawn Beardsley*

James Castle
Jcastlelaw@aol.com
*Attorney for Ricky Garrison*

John Mosby
john_mosby@msn.com
*Attorney for Sidney Taylor*

Leslee Barnicle
barniclelaw@aol.com
*Attorney for Francisco Aguilar*

Clifford Barnard
cliffbarnard@earthlink.net
*Attorney for James Tillmon*

Patrick J. Burke
patrick-j-burke@msn.com
*Attorney for Robert Painter*

Peter Menges
pmenges@mengeslaw.com
*Attorney for Gregory Williams*

Philip W. Ogden
phil@coloradospringslaw.net
*Attorney for Simoen Ramirez*

Thomas Ward
tward@wardlawdenver.com
*Attorney for Latoya Wimbush*

Lynn Ann Pierce
lpierce.blp@comcast.net
*Attorney for Dondrai Fisher*

David Owen
davidowen@lodopc.com
*Attorney for Archie Poole*

Robert Berger
robberger@qwestoffice.net
*Attorney for Melvin Turner*

Adam Tucker
adamtuckerlaw.@gmail.com
*Attorney for Luiz Ramirez*

                                                s/Polly Ashley
                                                ***Polly Ashley***