IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

13.    SIDNEY TAYLOR,

       Defendant.

---

**UNOPPOSED MOTION TO CONTINUE SENTENCE DATE**

---

       Come now the Defendant, Sidney Taylor, by and through his attorney of record, John Mosby, and respectfully requests that this Court continue the sentencing for Defendant Sidney Taylor scheduled for May 7 2015, at 2:00 pm. As good cause therefore, Defendant states the following:

       1.    Prior to filing this motion, defendant's counsel conferred with the AUSA, who authorized this attorney to state the government concurs in this motion.

       2.    As a result of the Presentence Report issued on April 2, 2015, a critical issue has arisen, which the government and defendant need to attempt to resolve prior to sentencing.

       3.    Continuing the sentencing hearing would not prejudice any party and would be in the interest of fairness and justice.

WHEREFORE, the Defendant respectfully requests that the Court continue the May 7, 2015 sentencing dated to a later date.

        Respectfully submitted,

        <u>s/ John Mosby</u>
        John Mosby
        Attorney for Defendant
        621 17th Street, Ste. 2445
        Denver, CO 80293
        303.623.1355

## **CERTIFICATE OF SERVICE**

I hereby certify that on this April 13, 2015, a true and correct copy of the foregoing was served via the Court's ECF system to:

Zachary Phillips
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

And via hand-delivery to:

Defendant Sidney Taylor

        s/John Mosby
        _____

2