IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1. RICKY GARRISON )<br>2. JAMES TILLMON )<br>3. CHRISTOPHER MARTÍNEZ )<br>4. FRANCISCO AGUILAR )<br>5. **SIMEON RAMIREZ** )<br>6. CHRISTOPHER VIGIL )<br>7. TRAVIS EDWARDS )<br>8. DONDRAI FISHER )<br>9. ARCHIE POOLE )<br>10. LOUIS RAMIREZ )<br>11. MELVIN TURNER )<br>12. SHAWN BEARDSLEY )<br>13. GREGORY WILLIAMS )<br>14. ROBERT PAINTER )<br>15. LATOYA WIMBUSH )<br>)<br>Defendants. ) | Criminal Case No. 14-cr-0231-WJM |

## MOTION TO WITHDRAW

COMES NOW Philip W. Ogden, attorney for the Defendant Simeon Ramirez, any moves the Court for an Order granting his withdrawal as Attorney of record and affirms to the Court, the client, and all other attorneys and parties of record:

1. Due to a severe long-term family medical crisis confronting Defense Counsel, Philip W. Ogden wishes to withdraw as attorney of record for the Defendant Simeon Ramirez and, to the extent possible, has given actual notice to the client with the filing and mailing of this Notice to him.

2. Mr. Ramirez has the burden of keeping the court and the other parties informed where notices, pleadings or other papers may be served.

3. If Mr. Ramirez fails or refuses to comply with all court rules and orders, Mr. Ramirez may suffer sanctions, including, but not limited to warrants for his arrest and pretrial detention.

4. There is currently pending a Final Trial Preparation Conference set November 20, 2015, and a Jury Trial set on November 30, 2015. There are no written orders which need to be filed with and signed by the Court.

5. The Defendant has the right to file an objection to this Motion to Withdrawal within 14 days after service of this Motion.

6. The last known address and of Mr. Ramirez is: Register Number 40480-013, FCI Englewood, Federal Detention Center, 9595 West Quincy Avenue, Littleton, CO 80123.

WHEREFORE, Philip W. Ogden moves the Court to enter its Order approving the withdrawal of Philip W. Ogden as attorney of record for the Defendant Simeon Ramirez herein.

RESPECTFULLY SUBMITTED, this 16th day of April, 2015.

s/Philip W. Ogden
PHILIP W. OGDEN
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: 719/635-8115
FAX: 719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Defendant Simeon Ramirez

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2015, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mitchell Baker   mitchbaker@estreet.com, emboehme@gmail.com
Clifford J. Barnard   cliffbarnard@earthlink.net
Patrick J. Burke   Patrick-J-Burke@msn.com
Forrest W. Lewis   flewispc@aol.com
John Edward Mosby   john_mosby@msn.com
Philip W. Ogden   phil@coloradospringslaw.net
Robert Seldis Berger   robberger@qwestoffice.net, rob5189berger@yahoo.com
Elisa Julie Moran   Elisaatty@aol.com
James A. Castle   jcastlelaw@aol.com, rookslos@gmail.com
Wayne Campbell   wayne.campbell@usdoj.gov, Eileen.OConnor-Barnes@usdoj.gov, Tonya.Andrews@usdoj.gov, USACO.ECFCivil@usdoj.gov, USACO.ECFCriminal@usdoj.gov, anya.lear@usdoj.gov, judith.harding@usdoj.gov, michelle.lockman@usdoj.gov, pam.jebens@usdoj.gov, pamela.thompson3@usdoj.gov, raisa.vilensky@usdoj.gov
Lynn Anne Pierce   lpierce.blp@comcast.net
Thomas Richard Ward   tward@wardlawdenver.com
Leslee Anne Barnicle   barniclelaw@aol.com, lesleebarnicle@aol.com
Peter D. Menges   pmenges@mengeslaw.com
Adam Michael Tucker   adamtuckerlaw@gmail.com, jzmooreatuck@gmail.com
Andres Rene Guevara   andres@guevaracoloradolaw.com
David L. Owen, Jr   davidowen@lodopc.com
Zachary Hugh Phillips   Zachary.Phillips@usdoj.gov, Maggie.Grenvik@usdoj.gov, USACO.ECFCriminal@usdoj.gov, diana.brown@usdoj.gov; judith.caldwell@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name: none

s/Philip W. Ogden
PHILIP W. OGDEN
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: 719/635-8115
FAX: 719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Defendant Simeon Ramirez