IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No.  14-cr-0231-WJM-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5.  SIMEON RAMIREZ**,

    Defendant.
_____

**ORDER GRANTING MOTION TO WITHDRAW**
_____

This matter comes before the Court on Defendant's Motion to Withdraw, filed April 16, 2015 (ECF No. 417).  The Court being fully advised hereby ORDERS as follows:

The Defendant's motion is GRANTED.  CJA counsel, Mr. Philip W. Ogden is hereby granted leave to withdraw from this case as counsel for Defendant Simeon Ramirez (5). The Clerk shall terminate all further CM/ECF notification to Mr. Ogden in this case.

The Clerk is further DIRECTED to appoint CJA Counsel for Defendant Ramirez as soon as practicable.

Dated this 20th day of April, 2015.

                              BY THE COURT:

                              William J. Martinez
                              United States District Judge