**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANSISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. **SHAWN BEARDSLEY,**
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINER, AND
16. LATOYA WIMBUSH,

    Defendants,

___

**NOTICE OF DISPOSITION AND MOTION FOR CHANGE OF PLEA HEARING**
___

    Shawn Beardsley, by and though counsel and pursuant to D.C. Colo. L.Cr.R. 11.1, hereby gives notice that a disposition has been reached in this case.

    Defendants requests an order setting this matter for a change of plea hearing.

    WHEREFORE, Defendant Shawn Beardsley requests an order setting this matter for a

1

change of plea hearing.

        Respectfully submitted,

s/ Elisa Moran
Elisa Moran
8451 E. Oregon Place
Denver, Co 80231
(Ph) 303-745-6560
(Fax) 303-632-5998
(Email) elisaatty@aol.com
Attorney for Defendant, Beardsley

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Disposition and motion for change of plea hearing was electronically filed with the Clerk of the Court using the CM/ECF system on this 6th day of May, 2015, which will send notification of such filing to the following email address:

Zachary Phillips
AUSA
Zachary.phillips@usdoj.gov

Andres Guevara
andres@guevaracoloradolaw.com
Atty. For Christopher Vigil

Mitchell Baker
mitchbaker@estreet.com
James Castle
jcastlelaw@aol.com
attorney for Ricky Garrison

John Mosby
john_mosby@msn.com
Atty for Sidney Taylor

Leslee Barnicle
barniclelaw@aol.com
Attorney for Francisco Aguilar

2

Forrest Lewis
flewispc@aol.com
Atty for Travis Edwards

Clifford Barnard
cliffbarnard@earthlink.net
Atty for James Tillmon

Patrick Burke
patrick-j-burke@msn.com
attorney for Robert Painter

Peter Menges
pmenges@mengeslaw.com
Atty for Gregory Williams

Lisa Wayne
lmonet20@me.com
Attorney for Simeon Ramirez

Thomas Ward
tward@wardlawdenver.com
Attorney for Latoya Wimbush

Lynn Ann Pierce
lpierce.blp@comcast.net
Atty for Dondrai Fisher

David Owen
dadidowen@lodopc.com
Atty for Archie Poole

Robert Berger
robberger@qwestoffice.net
Attorney for Melvin Turner

Adam Tucker
adamtuckerlaw@gmail.com
Attorney for Luiz Ramirez

Lisa Moses
lisa@lfmdefense.com
Atty for Christopher Martinez

3

<u>s/Elisa Moran</u><br>
Elisa Moran