IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-0213-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
**3. CHRISTOPHER MARTINEZ**
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LOUIS RMAIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15.. ROBERT PAINTER, and
16. LATOYA WIMBUSH

    Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS**
_____

    Mr. Martinez, through counsel, requests an extension of time within which to file his motions, and as grounds therefore, states as follows:

    1.    Mr. Martinez has been charged with Count 1 – Conspiracy, pursuant to 21 U.S.C. § 841(a)(1), 841(b)(1)(B(ii)(II), 841(b)(1)(C), and 846; Count 26 – Possession with Intent to Distribute less than 50 grams, within 1000 feet of a public school, pursuant to 21

U.S.C. § 841(a)(1), 841(b)(1)(C) and 860 and 18 U.S.C. § 2, and Counts 28, 30, 63, 64, 65, 66, 68 and 69 Use of a Communication Device in committing or in causing or facilitating the commission of a felony, pursuant to 21 U.S.C. § 843(b) and 843(d)

2.  The allegations stem from actions dating from June 1, 2013 and June 4, 2014 contained in an Indictment filed by the Government on June 4, 2014.

3.  Many of the co-defendants were arrested and arraigned in June or July, 2014.

4.  On July 7, 2014, the Court granted, in part, the Government's Motion to Designate the Case as Complex (Doc. 188) as to all of the named Defendants, finding that an additional 210 days were to be excluded from the computation of speedy trial. The Government's Motion (Doc. 125) outlines the voluminous discovery, wire tap pleadings, and evidence within this case.

6.  Pursuant to this Court's Order dated January 22, 2015 (Doc. 360), the Court granted the Defendant's oral motion for an ends-of-justice continuance and excluded an additional 140 days from the Speedy Trial Clock pursuant to Section 3161(h)(7)(B)(iv). The Court then set motions filing deadlines, to commence with Discovery motions and motions regarding the Indictment due by the Defense on June 1, 2015.

7.  Therefore, the Court has excluded a total of 360 days from the speedy trial clock. This has allowed those Defendants and their counsel the benefit of nearly 1 year to review, investigate and work with the discovery in this matter, before being required to file motions.

8.  Mr. Martinez was arraigned on April 10, 2015. Counsel received discovery April 17, 2015.

9. With the Court's current deadline for Mr. Martinez counsel will have had just 44 days for this same process as the other defendants.

10. Counsel has filed an Unopposed Motion to Exclude 150 days from the Speedy Trial Act Computations (Doc. 434)

11. Counsel has not had sufficient time to review the entire discovery to adequately prepare for the filing of motions.

12. Counsel for Mr. Martinez contacted Assistant United States Attorney Zachary Phillips in regard to this motion. Mr. Phillips stated that he did not object to counsel's request for an extension of time in which to file motions. No date for a new motions deadline was discussed or agreed upon.

WHEREFORE, Mr. Martinez requests that his Court grant a continuance of the date for a deadline for him to file pre-trial motions.

Filed this 14th day of May, 2015

Respectfully Submitted,

/s/ Lisa Fine Moses
Lisa Fine Moses
Attorney for the Defendant,
Christopher Martinez

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th Day of May, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Assistant United States Attorney | /s/ Jessica Hosler |
| Zachary Hugh Phillips | Paralegal |
| Zachary.Phillips@usdoj.gov, | LFM Defense |