IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Criminal Case No. 14-cr-0231-WJM-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,
2.    JAMES TILLMON,
3.    CHRISTOPHER MARTÍNEZ,
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
**8.   DONDRAI FISHER, aka ABDUL HALIM ASWAD ALI**
9.    ARCHIE POOLE,
10.   LUIS RAMIREZ,
11.   MELVIN TURNER,
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER, and
16.   LATOYA WIMBUSH

    Defendants.

## UNOPPOSED MOTION TO CONTINUE SENTENCING

    COMES NOW, Dondrai Fisher aka Abdul Halim Aswad Ali (hereinafter Mr. Ali), through counsel Lynn Pierce of Butler, Landrum & Pierce, P.C. and moves, without opposition, to continue the sentencing set in this matter for June 12, 2015 and in support of this motion, states:

    1.    Sentencing is current set for June 12, 2015.

2. Counsel for Mr. Ali and Assistant United States Attorney Zachary Phillips have conferred and believe they need additional time to discuss matters which may have an effect on sentencing. In addition, counsel for Mr. Ali was contacted by Probation Officer Michelle Means, who is preparing the report in this matter. Ms. Means would also appreciate additional time within which to prepare the report.

WHEREFORE, Mr. Ali respectfully requests, without opposition, that the Court continue the sentencing scheduled for June 12, 2015 to a date cleared by the parties.

This the 15th day of May, 2015.

                BUTLER, LANDRUM & PIERCE, P.C.

                */s/ Lynn A. Pierce*
                Lynn A. Pierce #18953
                720 Kipling Street, Suite 201
                Lakewood, CO  80215
                (303) 232-3888
                lpierce.blp@comcast.net
                **Attorney for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2015, a true and correct copy of the foregoing was filed via ECF, with a copy to go to all interested parties.

                s/ Lynn Pierce