# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-0231-WJM-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. **DONDRAI FISHER, aka ABDUL HALIM ASWAD ALI**
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH

    Defendants.

## ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING

THIS MATTER comes before the Court upon Defendant Dondrai Fisher's aka Abdul Halim Aswad Ali's Unopposed Motion to Continue Sentencing. The Court has reviewed the motion and any responsive pleadings and finds that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED, that the Sentencing in this matter is vacated.

The parties are ordered to call chambers to schedule a new date.

This the ____ day of May, 2015.

_____
Honorable William J. Martinez
District Court Judge Presiding