# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICKY GARRISON,
2.  JAMES TILLMON,
3.  CHRISTOPHER MARTINEZ,
4.  FRANCISCO AGUILAR,
5.  SIMEON RAMIREZ,
6.  CHRISTOPHER VIGIL,
7.  TRAVIS EDWARDS,
8.  DONDRAI FISHER,
9.  ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  **ROBERT PAINTER**, and
16.  LATOYA WIMBUSH

      Defendants.

---

## DEFENDANT ROBERT PAINTER'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)

---

COMES NOW, Robert Painter, by and through undersigned counsel, and, pursuant to the

Court's Order (Doc. 437), submits this response:

Defendant Painter has no objection to Christopher Martinez' Unopposed Motion to

Exclude 150 days from the Speedy Trial Act Computations.

Dated:  May 15, 2015

Respectfully submitted,

s/ Patrick J. Burke
Patrick J. Burke
Patrick J. Burke,
999 18th Street, Suite 2055
Denver, Colorado 80202
303-825-3050
303-825-2992 fax
Patrick-J-Burke@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2015, I electronically filed the foregoing **DEFENDANT ROBERT PAINTER'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Zachary Phillips,  Zachary.phillips@usdoj.gov
Wayne Campbell,  Wayne.campbell@usdoj.gov,
*Assistant United States Attorneys*

Mitchell Baker   mitchbaker@estreet.com,
James A. Castle    jcastlelaw@aol.com
Clifford J. Barnard    cliffbarnard@earthlink.net
Lisa Fine Moses    Lisa@lfmdefense.com
Leslee Anne Barnicle    barniclelaw@aol.com
Lisa Monet Wayne    Lmonet20@me.com
Andres Rene Guevara    andres@guevaracoloradolaw.com
Forrest W. Lewis    flewispc@aol.com
Lynn Anne Pierce    lpierce.blp@comcast.net
David L. Owen, Jr    davidowen@lodopc.com
Adam Michael Tucker    adamtuckerlaw@gmail.com
Robert Seldis Berger    robberger@qwestoffice.net
Elisa Julie Moran    Elisaatty@aol.com
John Edward Mosby    john_mosby@msn.com
Peter D. Menges    pmenges@mengeslaw.com
Thomas Richard Ward    tward@wardlawdenver.com

*s/ Jennifer J. Feldman*

3