## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-0231-WJM

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
4. **FRANCISCO AGUILAR,**
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH
Defendants.

---

**DEFENDANT FRANCISCO AGUILAR'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)**

---

        COMES NOW, Francisco Aguilar, by and through undersigned counsel, and,

pursuant to the Court Order Document 437 and hereby submits this response:

Defendant Aguilar has no objection to Christopher Martinez' Unopposed Motion to

Exclude 150 days from the Speedy Trial Act Computations.

Dated: May 15, 2015

Respectfully submitted,

s/ Leslee A. Barnicle
_____
Leslee A. Barnicle
ATTORNEY AT LAW
Leslee A. Barnicle, PC
1175 Osage Street
Suite 200
Denver, CO 80204
Phone 303.350.1550
Fax 303.350.1555
lesleebarnicle@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2015, I served a true and correct copy of the foregoing motion by ECF to:

Zachary Phillips, Esq.
Assistant United States Attorney
1225 17th St
Suite 700
Denver, CO 80202

And all attorneys of record

s/ L. Barnicle
_____