# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.: 14-cr-00231-WJM

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**9.  ARCHIE POOLE,**

    Defendant.

_____

### DEFENDANT ARCHIE POOLE'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT'S TIME COMPUTATION
_____

    Comes now defendant, ARCHIE POOLE, by and through his attorney, David L. Owen, Jr., of the Law Office of David L. Owen, Jr., P.C., and pursuant to the Court's Order entered as Doc. 437, hereby submits the following response:

    Defendant Archie Poole does not object to defendant Christopher Martinez' Unopposed Motion to Exclude 150 days from the Speedy Trial Computations.

Date May 16, 2015        Respectfully submitted,

                                    <u>/s/ David L. Owen, Jr.</u>
                                    Attorney Reg. No.: 39669
                                    Law Office of David L. Owen, Jr., P.C.
                                    718 Huntington Place
                                    Highlands Ranch, CO 80126
                                    (303) 993-7092
                                    Counsel for ARCHIE POOLE

## CERTIFICATE OF SERVICE

I hereby certify that on this May 16, 2015, I electronically filed the foregoing **DEFENDANT ARCHIE POOLE'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT'S TIME COMPUTATION** with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email addresses:

Zachary Phillips, Zachary.phillips@usdoj.gov
Wayne Campbell, Wayne.campbell@usdoj.gov,
Mitchell Baker mitchbaker@estreet.com,
James A. Castle jcastlelaw@aol.com
Clifford J. Barnard cliffbarnard@earthlink.net
Lisa Fine Moses Lisa@lfmdefense.com
Leslee Anne Barnicle barniclelaw@aol.com
Lisa Monet Wayne Lmonet20@me.com
Andres Rene Guevara andres@guevaracoloradolaw.com
Forrest W. Lewis flewispc@aol.com
Lynn Anne Pierce lpierce.blp@comcast.net
David L. Owen, Jr davidowen@lodopc.com
Adam Michael Tucker adamtuckerlaw@gmail.com
Robert Seldis Berger robberger@qwestoffice.net
Elisa Julie Moran Elisaatty@aol.com
John Edward Mosby john_mosby@msn.com
Peter D. Menges pmenges@mengeslaw.com
Thomas Richard Ward tward@wardlawde

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Archie Poole

                                        /s/  David L. Owen, Jr.
                                        Attorney Reg. No.: 39669
                                        Law Office of David L. Owen, Jr., P.C.
                                        718 Huntington Place
                                        Highlands Ranch, CO 80126
                                        (303) 993-7092