## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-00231-WJM - 10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10.   LUIS RAMIREZ

        Defendant.

---

**DEFENDANT LUIS RAMIREZ' RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT COMPUTATIONS [DOC. NO. 434]**

---

    COMES NOW Defendant Luis Ramirez, by and through undersigned counsel, Adam M. Tucker of the Law Office of Adam Tucker, P.C. and pursuant to the Court's Order [Doc. No. 437], submits his response to Defendant Christopher Martinez' Unopposed Motion:

    Defendant Ramirez has no objection to Defendant Christopher Martinez' Unopposed Motion to Exclude 150 days from the Speedy Trial Act Computations.

    Dated this 17th day of May, 20154.

                                Respectfully Submitted,

                                *sIAdam M. Tucker*
                                ADAM M. TUCKER
                                Attorney for the Defendant Luis Ramirez
                                1600 Broadway #1200
                                Denver CO 80202
                                Telephone: 720-355-2522
                                Adamtuckerlaw@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2015 a true and correct copy of the foregoing **DEFENDANT LUIS RAMIREZ' RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT COMPUTATIONS [DOC. NO. 434]** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/Jeanne Z. Moore*
For Adam M. Tucker

2