IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.    CHRISTOPHER VIGIL

      Defendant.

_____

**DEFENDANT CHRISTOPHER VIGIL'S RESPONSE TO UNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)**

_____

Defendant Christopher Vigil, by and through undersigned counsel, files this response to Defendant Christopher Martinez's "Unopposed Motion to Exclude 150 Days from the Speedy Trial Act Computations" (Doc. 434) and states that the Defendant does not oppose the relief requested in the aforementioned motion.

      Dated:  May 18, 2015

                        Respectfully submitted,

                        ANDRES R. GUEVARA
                        Law Office of Andres R. Guevara

                        s/ Andres R. Guevara
                        ANDRES R. GUEVARA
                        Law Office of Andres R. Guevara
                        5200 DTC Parkway, Suite 180
                        Greenwood Village, CO 80111
                        Telephone:  (720) 379-8262
                        FAX: (720) 528-7740
                        E-mail:andres@guevaracoloradolaw.com
                        Attorney for Christopher Vigil

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 18, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
Attorney for the Government

Patrick J. Burke
patrick-j-burke@msn.com
Attorney for Robert Painter

James A. Castle
jcastle@aol.com
Attorney for Ricky Garrison

Peter Menges
pmenges@mengeslaw.com
Attorney for Gregory Williams

Elisa Moran
elisaatty@aol.com
Attorney for Shawn Beardsley

Lisa Monet Wayne
Lmonet20@me.com
Attorney for Simoen Ramirez

John Mosby
john_mosby@msn.com
Attorney for Sidney Taylor

Thomas Ward
tward@wardlawdenver.com
Attorney for Latoya Wimbush

Leslee Barnicle
barniclelaw@aol.com
Attorney for Francisco Aguilar

Lynn Ann Pierce
lpierce.blp@comcast.net
Attorney for Dondrai Fisher

Forrest W. Lewis
flewispc@aol.com
Attorney for Travis Edwards

Mitchell Baker
mitchbaker@estreet.com
Attorney for Ricky Garrison

Clifford J. Barnard
cliffbarnard@earthlink.net
Attorney for James Tillmon

Lisa Fine Moses
Lisa@lfmdefense.com
Attorney for Christopher Martinez

David L. Owen, Jr.
davidowen@lodopc.com
Attorney for Archie Poole

Adam Michael Tucker
adamtuckerlaw@gmail.com
Attorney for Luis Ramirez

Robert Seldis Berger
robberger@qwestoffice.net
Attorney for Melvin Turner

Wayne Campbell
Wayne.campbell@usdoj.gov
Attorney for the Government

2

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christopher Vigil (by hand delivery).

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 180
Greenwood Village, CO 80111
Telephone:  (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil