# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

United States of America,

    Plaintiff,

v.

1. RICKY GARRISON
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. **LATOYA WIMBUSH,**

    Defendants.

---

## DEFENDANT LATOYA WIMBUSH'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ'S UNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)

---

Defendant Latoya Wimbush, by and through undersigned counsel, hereby notifies the Court and parties that she has no objection to Defendant Martinez's motion to exclude 150 days from Speedy Trial computations.

Respectfully Submitted,

The Ward Law Firm, P.C.


s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
The Ward Law Firm, P.C.
955 Bannock Street, Suite 200
Denver, CO 80204
Tel. 303-393-1101
FAX  303-623-0714
tward@wardlawdenver.com

Dated:  May 18, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that on Monday, May 18, 2015, I electronically filed the foregoing **DEFENDANT LATOYA WIMBUSH'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ'S UNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record in this case.


By:    s/Thomas R. Ward
            Thomas R. Ward