IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. **SIMEON RAMIREZ**,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER,
16. LATOYA WIMBUSH

    Defendants.

---

**DEFENDANT SIMEON RAMIREZ'S RESPONSE TO DEFENDANT
CHRISTOPHER MARTINEZ' UNNOPPOSED MOTION TO EXCLUDE 150 DAYS
FROM THE SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)**

---

Mr. Ramirez, by and through undersigned counsel, Lisa M. Wayne, and, pursuant to the Court's Order (Doc. 437), has no objection to Christopher Martinez' Unopposed Motion to Exclude 150 days from the Speedy Trial Act Computations.

Respectfully submitted this 18th day of May, 2015.

s/Lisa M. Wayne<br>
Lisa Monet Wayne, Esq.<br>
Attorney for Simeon Ramirez

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2015, I filed the foregoing **DEFENDANT SIMEON RAMIREZ'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)** with the clerk of the Court using the CM/ECF system, which will send notification of such filing to parties of record.

s/Lisa M. Wayne<br>
Lisa M. Wayne