IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. MELVIN TURNER,

    Defendant.

_____

DEFENDANT MELVIN TURNER'S RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ' UNNOPPOSED MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT COMPUTATIONS (DOC. 434)
_____

Comes now defendant, Melvin Turner, by undersigned appointed counsel, and pursuant to the Court's Order entered as Doc. 437, submits the following response:

Defendant Melvin Turner does not object to defendant Christopher Martinez' Unopposed Motion to Exclude 150 days from the Speedy Trial Computations.

                              Respectfully submitted,

                              ROBERT S. BERGER, P.C.

                              <u>s/ Robert S. Berger</u>
                              Robert S. Berger

P.O. Box 201088
Denver, Colorado  80220-7088
Telephone: (303) 436-1596
FAX: 1-866-811-7712
robberger@qwestoffice.net

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER


/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net

2