IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1. RICKY GARRISON,**
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH

Defendants.

---

RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ'S UNOPPOSED
MOTION TO EXCLUDE 150 DAYS FROM THE SPEEDY TRIAL ACT
COMPUTATIONS [DOC. NO. 434] AND UNOPPOSED MOTION TO MODIFY
DEADLINES SET FORTH IN ORDER GRANTING ENDS-OF-JUSTICE
CONTINUANCE AND SETTING DEADLINES FOR REMAINDER OF CASE
[DOC. NO. 360]

---

Ricky Garrison responds to Defendant Christopher Martinez's Unopposed

Motion To Exclude 150 Days From The Speedy Trial Act Computations [Doc. No.

434] as follows:

1.      Mr. Garrison has no objection to the exclusion of an additional 150 days from the speedy trial calculation.

2.      Should the Court grant the motion and exclude additional time from the speedy trial calculation, Mr. Garrison believes that the court should also modify the spacing of deadlines set forth in its Order Granting Ends-Of-Justice Continuance And Setting Deadlines For Remainder Of Case [Doc. No. 360] to avoid the need for additional exclusions of time.

3.      Specifically, Mr. Garrison and other defendants intend to file a lengthy and detailed case specific discovery motion seeking production of various documents and materials the defense feels are necessary to properly evaluate and challenge some or all of the Title IIII interceptions in this case.  The current scheduling order contemplates only 45 days between the filing of discovery motions and the filing of all motions challenging the legality of the Title III interceptions.

4.      Mr. Garrison  believes that the time between these two deadlines needs to be enlarged to allow: 1) Time for the government to accumulate, copy and produce any materials that it voluntarily agrees to turn over to the defense; 2) Time for a hearing before this Court to resolve potentially complex discovery issues in the event the government does not produce all of the material requested; 3) Time for the government to accumulate, copy and produce any materials that it is ordered to turn over to the defense; and 4) Time for the defense to review and digest any materials produced relevant to potential challenges to the wiretaps.

5.      Prior to filing this motion, undersigned counsel has provided the motion to AUSA Zak Phillips who has reviewed the motion and has no objection to the deadline modification sought.

6.      Prior to filing this motion, undersigned counsel has provided the motion to all other defense counsel who have not filed notices of disposition: All such counsel responded and have authorized undersigned counsel to represent to the court that they either agree with or do not object to the modification requested herein with the exception of counsel for No. 14., Gregory Williams, who is out of the office and unavailable to provide a response.

Dated this 19th day of May, 2015.

Respectfully submitted,

s/Mitchell Baker
Mitchell Baker
Attorney for Defendant Garrison
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 592-7353
mitchbaker@estreet.com

s/James A. Castle
James A. Castle
Castle & Castle, P.C.
Attorney for Defendant Garrison
1544 Race Street
Denver, CO 80206
Phone 303-675-0500
Fax 303-300-5500

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2015, a copy of the foregoing

was served on all parties of interest via CM/ECF.


s/Mitchell Baker
Mitchell Baker