**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.  14-cr-00231-WJM-9

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS
8. DONDRAI FISHER,
9. **ARCHIE POOLE**,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LOTOYA WIMBUSH.

        Defendant.

_____

### **DEFENDANT ARCHIE POOLE'S NOTICE TO COURT**
_____

COMES NOW, Archie Poole, by and through his attorney, David L. Owen, Jr., and submits the following Notice To Court:

On May 15, 2015, the Court issued an Order (Doc 437) directing all counsel representing defendants which had not entered pleas of guilty to respond

Page 1 of  4

to the Unopposed Motion to Exclude 150 Days from the Speedy Trial Act and Continue Trial (Doc 434).

On May 22, 2015, the Court entered an Order granting Defendant Martinez' Unopposed Motion and excluded all days from June 4, 2015, to and including November 11, 2015, from the Speedy Trial Clock. Additionally, all current Trial dates and pretrial deadlines were vacated.

Contained within the Court's findings on page 2 was the declaration that no response had been received from Co-Defendants Francisco Aguilar, Simeon Ramirez, Archie Poole and Gregory Williams.

Counsel for Archie Poole wishes to inform the Court that on May 17, 2015, counsel did in fact file a Response indicating no objection to Defendant Martinez' Unopposed Motion (Doc 441).

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2015, I electronically filed the foregoing **DEFENDANT ARCHIE POOLE'S NOTICE TO THE COURT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Adam Michael Tucker   adamtuckerlaw@gmail.com, jzmooreatuck@gmail.com

Andres Rene Guevara   andres@guevaracoloradolaw.com

Clifford J. Barnard   cliffbarnard@earthlink.net

Elisa Julie Moran   Elisaatty@aol.com

Forrest W. Lewis   flewispc@aol.com

James A. Castle   jcastlelaw@aol.com, rookslos@gmail.com

John Edward Mosby   john_mosby@msn.com

Leslee Anne Barnicle   barniclelaw@aol.com, lesleebarnicle@aol.com

Lynn Anne Pierce   lpierce.blp@comcast.net

Mitchell Baker   mitchbaker@estreet.com, emboehme@gmail.com

Patrick J. Burke   Patrick-J-Burke@msn.com

Peter D. Menges   pmenges@mengeslaw.com

Philip W. Ogden   phil@coloradospringslaw.net

Robert Seldis Berger   robberger@qwestoffice.net, rob5189berger@yahoo.com

Thomas Richard Ward   tward@wardlawdenver.com

Wayne Campbell   Wayne.campbell@usdoj.govv, anya.lear@usdoj.gov, barbara.gardalen@usdoj.gov, diana.brown@usdoj.gov, Eileen.OConnor-

Barnes@usdoj.gov, judith.harding@usdoj.gov, laura.hurd@usdoj.gov, Martha.Paluch@usdoj.gov, michelle.lockman@usdoj.gov, nicole.davidson@usdoj.gov, pam.jebens@usdoj.gov, pamela.thompson@usdoj.gov, pamela.thompson3@usdoj.gov, raisa.pitman@usdoj.gov, raisa.vilensky@usdoj.gov, Tonya.Andrews@usdoj.gov, USACO.ECFCivil@usdoj.gov, USACO.ECFCriminal@usdoj.gov

Zachary Hugh Phillips   Zachary.Phillips@usdoj.gov, diana.brown@usdoj.gov, judith.caldwell@usdoj.gov, Maggie.Grenvik@usdoj.gov, USACO.ECFCriminal@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Archie Poole

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Law Office of David L. Owen, Jr. P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
davidowen@lodopc.com
Attorney for Defendant