IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-0231-WJM

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
**4. FRANCISCO AGUILAR,**
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH
Defendants.

---

### DEFENDANT AGUILAR'S NOTICE TO THE COURT

---

COMES NOW, Counsel for Defendant Aguilar, and hereby provides the following notice to the Court.

The Court ordered a response to be filed regarding Defendant Christopher Martinez' request to exclude time from speedy trial (Document 437). On May 15, 2015,

undersigned counsel filed a "No Objection" motion in response to the Court Order. This was docketed as Document 440.

Both the Court's Order (Document 450) and Amended Order (Document 451) list Mr. Aguilar as one of the defendants who did not respond. Counsel is filing this notice to assure the Court that counsel did not ignore the Court's order and that a response was timely filed.

Dated: May 22, 2015

Respectfully submitted,

s/ Leslee A. Barnicle

_____
Leslee A. Barnicle
ATTORNEY AT LAW
Leslee A. Barnicle, PC
1175 Osage Street
Suite 200
Denver, CO 80204
Phone 303.350.1550
Fax 303.350.1555
lesleebarnicle@aol.com

CERTIFICATE OF SERVICE

        I hereby certify that on this 22nd day of May 2015, I served a true and correct copy of the foregoing motion by ECF to:

Zachary Phillips, Esq.
Assistant United States Attorney
1225 17th St
Suite 700
Denver, CO 80202

And all attorneys of record

                                            s/ L. Barnicle
                                            _____