CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Gregory Williams                Dkt. No. 1:14-cr-00231-WJM-14

## Petition for Action on Conditions of Pretrial Release

Comes now, Jordan Buescher Probation Officer of the Court, presenting an official report upon the conduct and attitude of defendant Gregory Williams, who was placed under pretrial release supervision by the Honorable Michael J. Watanabe, sitting in the Court at Denver, Colorado, on June 26, 2014. As noted in the Order Setting Conditions of Release (Document 158), the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following term and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

1) **Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.**

   1. The defendant failed to submit to a random urinalysis on February 2, 2015.
   2. The defendant failed to submit to a random urinalysis on March 17, 2015.
   3. The defendant failed to submit to a random urinalysis on April 11, 2015.
   4. The defendant failed to submit to a random urinalysis on May 3, 2015.
   5. The defendant failed to submit to a random urinalysis on May 28, 2015.
   6. On May 28 2015, the defendant attempted to obstruct and/or tamper with the efficiency and accuracy of testing by attempting to utilize a "whizzantor."

2) **Participate in the home detention location monitoring program, which mandates the defendant remain in his home during all times except for employment, substance abuse testing/treatment, religious services, medical appointments, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the pretrial services office or supervising officer.**

   1. On May 20, 2015, the defendant was in an unapproved location for 3 hours and 43 minutes.
   2. On May 21, 2015, the defendant was in an unapproved location for 4 hours and 23 minutes.
   3. On May 22, 2015, the defendant was in an unapproved location for 29 minutes.
   4. On May 23, 2015, the defendant was in an unapproved location for 1 hour and 52 minutes.

5. On May 26, 2015, the defendant was in an unapproved location for 34 minutes.
6. On May 27, 2015, the defendant was in an unapproved location for 9 hours.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of pretrial release and that the petition and the warrant be sealed until the warrant is served on the defendant. Subsequent to the arrest of the defendant, that the Court consider revocation of the defendant's pretrial release.

## ORDER OF THE COURT

Considered and ordered filed under seal and made a part of the record in the above case.

I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Jordan Buescher*
Jordan Buescher
United States Probation Officer
Date:  May 29, 2015

*s/ Michael J. Watanabe*
Michael J. Watanabe
Magistrate Judge
Date:   5/29/2015