≋AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 3 2015

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA

V.

Gregory Williams

**WARRANT FOR ARREST**

Case Number: 14-cr-00231-WJM-14

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ Gregory Williams _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court
☒ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with   (brief description of offense)

☒ in violation of Title ___18___ United States Code, Section(s) ___3148___

☒ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/M. Ortiz |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | Denver, Colorado, May 29, 2015 |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at US Probation Office, 1929 Stout Street, Denver, CO at approximately 12:10 pm.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/02/2015 | Sara Ann Aerts, Special Agent FBI | [signature] |
| DATE OF ARREST 06/02/2015 | | |