IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  **RICKY GARRISON,**
2.  **JAMES TILLMON,**
3.  **CHRISTOPHER MARTINEZ,**
4.  **FRANCISCO AGUILAR,**
5.  **SIMEON RAMIREZ,**
6.  **CHRISTOPHER VIGIL,**
9.  **ARCHIE POOL,**
10.  **LUIS RAMIREZ,**
11.  **MELVIN TURNER,**
14.  **GREGORY WILLIAMS,**
15.  **ROBERT PAINTER, and**
16.  **LATOYA WIMBUSH**

 Defendants.

## ORDER RESETTING TRIAL DATE AND RELATED DEADLINES

 This matter comes before the Court for the re-setting of a trial date and related deadlines upon the entry of the Court's Order Granting Defendant Martinez' Motion for Ends of Justice Continuance. Accordingly, it is hereby ORDERED as follows:

 A. All discovery motions and motions regarding the Indictment shall be filed by **July 13, 2015.** The Government shall respond not later than **August 13, 2015**;

 B. All suppression motions - including wiretap suppression motions (four corners and non-four corners) - shall be filed by **August 26, 2015.** The Government shall respond by **September 26, 2015**.

C.   All motions to sever and motions pursuant to Federal Rule of Evidence 801(d)(2)(e) shall be filed by **October 13, 2015.**  The Government's response shall be due **November 13, 2015.**

D.   Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later than 14 days before the trial date**.  Upon the filing of a Notice of Disposition the Court will generally convert the Final Trial Preparation Conference to a Change of Plea hearing, unless for good cause shown a party demonstrates the interests of justice are better served by scheduling the Change of Plea hearing at a later date;

E.   A Final Trial Preparation Conference is hereby set for **January 4, 2016 at 10:00 a.m. in Courtroom A801**. Lead counsel who will try the case must attend in person.  Any outstanding motions may be addressed at the time of the Final Trial Preparation Conference;

F.   The parties must be prepared to address at the Final Trial Preparation Conference some or all of the issues which may affect the duration or course of the trial referenced in the Court's Revised Practice Standards applicable to such Conferences;

G.   A **14-day** jury trial is hereby set to commence in the U.S. Courthouse, **Courtroom A801**, 901 19th Street, Denver, Colorado, on **January 11, 2016 at 8:30 a.m., to conclude on January 29, 2016**; and

H.   Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial.

Dated this 9th day of June, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge