IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
**3. CHRISTOPHER MARTINEZ**
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LOUIS RMAIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15.. ROBERT PAINTER, and
16. LATOYA WIMBUSH

    Defendants.

_____

**MOTION FOR RECONSIDERATION OF ORDER RESETTING TRIAL DATE AND RELATED DEADLINES (DOCKET 476)**
_____

    Mr. Martinez, through counsel, requests the Court to Reconsider the Order in ECF Docket number 476 on the following grounds:

    1. Mr. Martinez filed a Motion for to Exclude 150 Days from the Speedy Trial Act (Docket 434) and a corresponding Motion for Extension of Time to file motions (Docket 435).

2. In docket number 450, the Court granted Mr. Martinez' Motion to Exclude 150 days, excluding June 4, 2015 through November 1, 2015 from the Speedy Trial Clock.

3. The Court Order in docket number 476 reset motions deadlines and trial dates. Based upon this Order, the first motion deadline for the defense is July 13, 2015. This is 39 days within the excludable time period.

4. As outlined in Mr. Martinez' Motion (Docket 450), the discovery in this matter is extremely voluminous, including wiretaps GPS monitoring and video surveillances.

5. Counsel is apologetic to the Court if the filed pleadings did not adequately lay out the requested time necessary needed to sufficiently review the discovery, conduct the appropriate research, and consult with any necessary witnesses in order to prepare appropriate and complete motions on Mr. Martinez' behalf. Based upon the factors outlined in docket 250, undersigned counsel needs the entire 150 days to prepare.

6. Counsel has been in contact with AUSA Zachary Phillips and can state that he has no objection to this request.

7. Counsel has also attempted to contact counsel for the named co-defendants. To date, counsel can state that the following defendants do not object to this request:

- Mitch Baker/James Castle on behalf of Ricky Garrison
- Leslie Barnicle on behalf of Simeon Ramirez
- David Owen on behalf of Archie Poole
- Adam Tucker on behalf of Luis Rameriz
- Robert Berger on behalf of Melvin Turner
- Patrick Burke on behalf of Robert Painter

8. Further, in an effort to assist the Court, various counsel have offered to draft a proposed scheduling order, with assistance from the Government, if such an order would be of assistance to the Court.

WHEREFORE, Mr. Martinez, requests that the Court reconsider its current scheduling Order.

Filed this 22nd day of June, 2015

                                        Respectfully Submitted,

                                        /s/ Lisa Fine Moses
                                        Lisa Fine Moses
                                        Attorney for the Defendant,
                                        Christopher Martinez

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd Day of June, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| Assistant United States Attorney | /s/ Jessica Hosler |
| Zachary Hugh Phillips | Paralegal |
| Zachary.Phillips@usdoj.gov, | LFM Defense |