IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

13.    SIDNEY TAYLOR,

       Defendant.

---

**UNOPPOSED SECOND MOTION TO CONTINUE SENTENCE DATE**

---

       Come now the Defendant, Sidney Taylor, by and through his attorney of record, John Mosby, and respectfully requests that this Court continue the sentencing for Defendant Taylor presently set for July 9, 2015 at 2:30 AM. As good cause therefore, Defendant states the following:

       1.    Prior to filing this motion, defendant's counsel conferred with the AUSA, who authorized this attorney to state that the government concurs in this motion.

       2.    The parties are attempting to resolve an issue that bears upon sentencing. This matter has taken more time that originally anticipated.

       3.    Continuing the sentencing hearing would not prejudice any party and would be in the interest of fairness and justice.

       WHEREFORE, the Defendant respectfully requests that the Court continue the July 9, 2015 sentencing dated to a later date.

Respectfully submitted,

<u>s/ John Mosby</u>
John Mosby
Attorney for Defendant
621 17th Street, Ste. 2445
Denver, CO 80293
303.623.1355

## **CERTIFICATE OF SERVICE**

I hereby certify that on this June 23, 2015, a true and correct copy of the foregoing was served via the Court's ECF system to:

Zachary Phillips
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

And via hand-delivery to:

Defendant Sidney Taylor

s/John Mosby
_____

2