IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
    a/k/a "G,"
2. JAMES TILLMON,
    a/k/a "Black,"
    a/k/a "Kevin Garner,"
3. **CHRISTOPHER MARTINEZ,**
    **a/k/a "Little C,"**
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
    a/k/a "Abdul Halim Aswad Ali,"
    a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

    Defendants.

GOVERNMENT RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ'S
MOTION FOR RECONSIDERATION OF ORDER RESETTING TRIAL DATE
AND RELATED DEADLINES
(DOC. NO. 490)

NOW COMES THE UNITED STATES OF AMERICA, John F. Walsh, United States Attorney, by Zachary H. Phillips, Assistant United States Attorney, and responds to defendant Christopher Martinez's Motion for Reconsideration of Order Resetting Trial Date and related Deadlines (Doc. No. 490).

**Procedural Background**

On May 27, 2014, a Criminal Complaint was filed against defendant Ricky Garrison (Doc. No. 1) and a warrant was issued (Doc. No. 1).   Defendant Ricky Garrison had an initial appearance on May 28, 2014 (Doc. No. 4).   On June 4, 2014, an Indictment was returned and unsealed charging the defendants with numerous crimes and counts.   If a complaint on which the defendant has made an appearance in the district of prosecution is pending when the indictment is returned, the period begins with the filing (or unsealing) of the indictment.   *United States v. Gardner*, 488 F.3d 700, 717 (6th Cir. 2007); *United States v. Moran*, 998 F.2d 1368, 1370 (6th Cir. 1993); *United States v. Mentz*, 840 F.2d 315, 325 (6th Cir. 1988); accord, e.g., *United States v. Lopez-Valenzuela*, 511 F.3d 487, 489 (5th Cir. 2007).   The Speedy trial clock started on June 4, 2014.

On June 18, 2014, the Government's Motion to Designate Case as Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) (Doc. No. 125) was filed by the Government and tolled speedy trial clock.[1]   The Court ruled on the Government's Motion to Designate Case as Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) on July 7, 2014.   In the Order Granting in Part the Government's Motion to Designate Case as Complex (Doc. No. 188), the Court ordered 210 days be excluded from the speedy trial clock.   All days between July 7, 2014, and February 2, 2015 were excluded from the speedy trial clock.   As of July 7, 2014, 14 days of speedy had run.

---

[1] See 18 U.S.C. § 3161(h)(1)(D)

On January 20, 2015, a status conference was held in this case (Doc. No. 359).   As the result of an Oral Motion and discussion between the Court and the Parties, the Court ordered an additional 135 days of speedy be excluded from the Speedy Trial Clock.   The Court Ordered all days between January 20, 2015, and June 4, 2015, be excluded from the Speedy Trial Clock.   As of January 20, 2015, 14 days of speedy had run.

On January 22, 2015, the Court issued Order Granting Ends-of-Justice Continuance and Setting Deadlines for Remainder of Case (Doc. No. 360).   The Order set the following deadlines:

a) All discovery motions and motions regarding the Indictment shall be filed by June 1, 2015.   The Government shall respond not later than July 1, 2015.
b) All suppression motions—including wiretap suppression motions (four corners and non-four corners)—shall be filed by July 15, 2015.   The Government shall respond by August 14, 2015.
c) All motions to sever and motions pursuant to Federal Rule of Evidence 801(d)(2)(e) shall be filed by September 1, 2015.   The Government's response shall be due October 1, 2015.
d) A three-week jury trial commencing on November 30, 2015.

On April 10, 2015, defendant Christopher Martinez made his initial appearance (Doc. No. 410).   On May 14, 2015, defendant Christopher Martinez filed an Unopposed Motion for Extension of Time in Which to File Motions (Doc. No. 435).[2]   On May 22, 2015, the Court issued <u>Amended</u> Order Granting Defendant Christopher Martinez's Unopposed Motion to Exclude 160 days from the Speedy Trial Act (Doc. No. 450).   In the Court's Order, all days from June 4, 2015, to and including November 11, 2015, were excluded from the Speedy Trial Clock.   The

---

[2] 18 U.S.C. § 3161(h)(3)(B) makes excludable from the Speedy Trial Clock any periods or delay resulting from the absence or unavailability of the defendant or an essential witness.   A defendant . . . shall be considered absent when his whereabouts are unknown . . . and he is attempting to avoid apprehension or prosecution or his whereabouts cannot be determined by due diligence.

Court then issued the Order Setting Trial Date and Related Deadlines (Doc. No. 476) and set the following dates:

a) All discovery motions and motions regarding the Indictment shall be filed by July 13, 2015.   The Government shall respond not later than August 13, 2015.
b) All suppression motions—including wiretap suppression motions (four corners and non-four corners)—shall be filed by August 26, 2015.   The Government shall respond by September 26, 2015.
c) All motions to sever and motions pursuant to Federal Rule of Evidence 801(d)(2)(e) shall be filed by October 13, 2015.   The Government's response shall be due November 13, 2015.
d) A three-week jury trial commencing on January 11, 2016.

The Government has spoken with Defense Counsel for Christopher Martinez.   Defense Counsel, Lisa Moses, indicated to the Government that the continuance of 43 days for the filing of initial motions (June 1, 2015, to July 13, 2015) was not enough time to prepare for and file motions.   Ms. Moses indicated it was her intention and request that she be granted a 150-day continuance from the initial filing of the motion (May 14, 2015).   Such a calculation would be roughly the following:

a) All discovery motions and motions regarding the Indictment shall be filed by November 27, 2015.
b) All suppression motions—including wiretap suppression motions (four corners and non-four corners)—shall be filed by December 30, 2015.
c) All motions to sever and motions pursuant to Federal Rule of Evidence 801(d)(2)(e) shall be filed by March 10, 2016.

According to the Government's calculations, as of the filing of this motion, a possible 14 days (but as few as zero days as a result of the arrest of Christopher Martinez) of speedy trail clock have run.

The Government reaffirms it has no objection to Defendant Martinez's Unopposed Motion for Extension of Time in Which to File Motions (Doc. No. 435) and the Court's <u>Amended</u> Order Granting Defendant Christopher Martinez's Unopposed Motion to Exclude 160 Days from the Speedy Trial Act (Doc. No. 450) and ends of justice findings.

Dated this 26th day of June, 2015.

                Respectfully submitted,

                John F. Walsh
                United States Attorney

By  *s/Zachary Phillips*
      ZACHARY PHILLIPS
      Assistant United States Attorney
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO 80202
      Telephone (303) 454-0118
      Fax (303) 454-0401
      e-mail:   zachary.phillips@usdoj.gov
      Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 26th day of June, 2015, I electronically filed the foregoing GOVERNMENT RESPONSE TO DEFENDANT CHRISTOPHER MARTINEZ'S MOTION FOR RECONSIDERATION OF ORDER RESETTING TRIAL DATE AND RELATED DEADLINES (DOC. NO. 490) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                                                  *s/Maggie E. Grenvik*
                                                                                  Maggie E. Grenvik
                                                                                  Legal Assistant