IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
    a/k/a "G,"
2. JAMES TILLMON,
    a/k/a "Black,"
    a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
    a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. **DONDRAI FISHER,**
    **a/k/a "Abdul Halim Aswad Ali,"**
    **a/k/a "Don Blas,"**
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

    Defendants.

GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE
THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY
UNDER U.S.S.G. §3E1.1(b)

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, and hereby moves, pursuant to the provisions

of §3E1.1(b) of the Sentencing Guidelines, that this Defendant receive a three-level reduction for acceptance of responsibility on the grounds that the Defendant timely notified the Government of his decision to enter a guilty plea and fully advised the Government of the nature of his own misconduct, thereby permitting the Government to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

Dated this 1st day of July, 2015.

Respectfully submitted,

John F. Walsh
United States Attorney

By *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone (303) 454-0118
Fax (303) 454-0401
e-mail:   zachary.phillips@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2015, I electronically filed the foregoing GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                  *s/Maggie E. Grenvik*
                                                  Maggie E. Grenvik
                                                  Legal Assistant