**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM-8

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RICKY GARRISON,
       a/k/a "G,"
2.    JAMES TILLMON,
       a/k/a "Black,"
       a/k/a "Kevin Garner,"
3.    CHRISTOPHER MARTINEZ,
       a/k/a "Little C,"
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
8.    **DONDRAI FISHER,**
       **a/k/a "Abdul Halim Aswad Ali,"**
       **a/k/a "Don Blas,"**
9.    ARCHIE POOLE,
10.   LUIS RAMIREZ,
        a/k/a "Julian,"
11.   MELVIN TURNER,
        a/k/a "Mellow,"
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER, and
16.   LATOYA WIMBUSH,

      Defendants.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE
THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY
UNDER U.S.S.G. §3E1.1(b)**

---

THIS MATTER comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion, for good cause shown, should be and is hereby GRANTED.

THEREFORE, this Defendant shall receive a three-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

DONE AND ORDERED this _____ day of July, 2015.

                                              BY THE COURT:

                                              JUDGE WILLIAM J. MARTINEZ
                                              UNITED STATES DISTRICT COURT
                                              DISTRICT OF COLORADO