**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM-8

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RICKY GARRISON,
      a/k/a "G,"
2.    JAMES TILLMON,
      a/k/a "Black,"
      a/k/a "Kevin Garner,"
3.    CHRISTOPHER MARTINEZ,
      a/k/a "Little C,"
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
**8.**    **DONDRAI FISHER,**
      **a/k/a "Abdul Halim Aswad Ali,"**
      **a/k/a "Don Blas,"**
9.    ARCHIE POOLE,
10.   LUIS RAMIREZ,
      a/k/a "Julian,"
11.   MELVIN TURNER,
      a/k/a "Mellow,"
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER, and
16.   LATOYA WIMBUSH,

      Defendants.

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. § 5K1.1 AND 18 U.S.C. § 3553(e)**

The United States of America, by and through Zachary Phillips, Assistant United States Attorney, hereby moves the Court to depart downward at the time of sentencing pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e).

In the plea agreement, the Government agreed to file a motion for downward departure if the Defendant provided substantial assistance to the Government in the investigation and prosecution of this case.   Because the Defendant has provided substantial assistance, the Government respectfully requests the Court depart downward thirty-five percent from the advisory guideline calculation to a range of 17 to 21 months imprisonment followed by a term of supervised release.

Under § 5K1.1 of the Sentencing Guidelines, the Court may depart from the applicable guideline range upon motion by the Government, and the appropriate reduction shall be determined by the Court for reasons including, but not limited to, the following:

1. The Court's evaluation of the significance and usefulness of the defendant's assistance, taking into consideration the Government's evaluation of the assistance rendered;
2. The truthfulness, completeness, and reliability of any information or testimony provided by the defendant;
3. The nature and extent of the defendant's assistance;
4. Any injury suffered, or any danger or risk of injury to the defendant or the defendant's family resulting from this assistance; and
5. The timeliness of the defendant's assistance.

Based on these factors, the Government submits that the Defendant provided information in the prosecution of the current case.   The Defendant met with law enforcement during the

prosecution of this case, setting forth information about the co-defendants. The agents were able to verify and corroborate much of the Defendant's information. The Defendant agreed to testify against the co-defendants at trial. For the foregoing reasons, the Government respectfully requests that the Court grant the Government's Motion for Downward Departure.

Dated this 1st day of July, 2015.

                Respectfully submitted,

                John F. Walsh
                United States Attorney

By *s/Zachary Phillips*
    ZACHARY PHILLIPS
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO 80202
    Telephone (303) 454-0118
    Fax (303) 454-0401
    e-mail:   zachary.phillips@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day of July, 2015, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. § 5K1.1 AND 18 U.S.C. § 3553(e)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

               *s/Maggie E. Grenvik*
               Maggie E. Grenvik
               Legal Assistant