### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10.    LUIS RAMIREZ

        Defendant.

---

### NOTICE OF DISPOSITION

---

COMES NOW DEFENDANT LUIS RAMIREZ, by and through undersigned counsel, Adam M. Tucker, and hereby notifies the Court that a disposition has been reached in this matter and all further hearing dates and motions filing deadlines may be vacated as a result of that disposition. The Defendant requests that this matter be set for Change of Plea Hearing.

Dated this 1st day of July, 2015.

        Respectfully Submitted,

        */s/Adam M. Tucker*
        ADAM M. TUCKER
        *Attorney for the Defendant Luis Ramirez*
        *1600 Broadway #1200*
        *Denver CO 80202*
        Telephone: 720-355-2522
        adamtuckerlaw@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2015 a true and correct copy of the foregoing **NOTICE OF DISPOSITION** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record, including

    Zachary Phillips - Phillips@usdoj.gov

*/s/Adam M. Tucker*_____
ADAM M. TUCKER
*Attorney for the Defendant Luis Ramirez*