**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

8.     DONDRAI FISHER,

     Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE
INDICTMENT**

---

The United States of America, by and through John F. Walsh, United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment.

The Defendant entered a plea of guilty to Count Forty-one of the Indictment and admitted to the forfeiture allegations.　The Defendant will be sentenced on those Counts on July 14, 2015. Accordingly, the Government hereby moves to dismiss Counts One, Forty-two, and Forty-three of the Indictment remaining against the Defendant.

1

In the government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines."   (See 6B1.2(a)).

Respectfully submitted,
JOHN F. WALSH
United States Attorney

By: s/Zachary Phillips
ZACHARY PHILLIPS
Assistant U.S. Attorney
 U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone:   (303) 454-0215
Fax: (303) 454−0401
E-mail: zachary.phillips@usdoj.gov
Attorney for Government

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 14th day of July, 2015, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:   <u>*s/Lisa Tibbetts*</u>
LISA TIBBETTS
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail:   Lisa.Tibbetts@usdoj.gov

3