IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  DONDRAI FISHER,

    Defendant.

---

### ORDER

---

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Dondrai Fisher is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 14, day of July 2015.

BY THE COURT:

Judge William J. Martínez
United States District Judge