IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1.   RICKY GARRISON,
2.   **JAMES TILLMON,"**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

        Defendants.

## DEFENDANT JAMES TILLMON'S
## NOTICE OF DISPOSITION

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby gives notice to this Court that the parties have reached a disposition in this matter involving a change of plea by the Defendant. The parties request that a Change of Plea Hearing be set and that Mr. Tillmona be excused from appearance at all other presently scheduled matters.

DATED this 8th day of August, 2015.

        Respectfully submitted,

        *s/Clifford J. Barnard*

        Clifford J. Barnard
        Attorney for Defendant Tillmon
        4450 Arapahoe Avenue, Suite 100
        Boulder, Colorado 80303
        Telephone: (303) 546-7947
        Facsimile: (303) 444-6349
        Email: *cliffbarnard@earthlink.net*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2015, I electronically filed the foregoing *Defendant James Tillmon's Notice of Disposition* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | *zachary.phillips@usdoj.gov* |
| A.U.S.A. Wayne Campbell | *wayne.campbell@usdoj.gov* |
| Mitchell Baker | *mitchbaker@estreet.com* |
| James Castle | *Jcastlelaw@aol.com* |
| Leslee Barnicle | *barniclelaw@aol.com* |
| Philip W. Ogden | *phil@coloradospringslaw.net* |
| Andres Guevara | *andres@guevaracoloradolaw.com* |
| Forrest W. Lewis | *flewispc@aol.com* |
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |
| Thomas Ward | *tward@wardlawdenver.com* |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-

participant's name:

  James Tillmon         *Via U.S. mail*

                 *s/Clifford J. Barnard*

                 _____
                 Clifford J. Barnard
                 Attorney for Defendant Tillmon