IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.    RICKY GARRISON,
2.    JAMES TILLMON,
3.    CHRISTOPHER MARTINEZ,
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    **TRAVIS EDWARDS,**
8.    DONDRAI FISHER,
9.    ARCHIE POOLE,
10.   LUIS RAMIREZ
11.   MELVIN TURNER,
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER, and
16.   LATOYA WIMBUSH,

Defendants.

---

### DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

---

Travis Edwards, by and through counsel, submits the following objections to the Presentence Investigation Report filed in this matter, pursuant to FED. R. CRIM. P. 32(f):

Part F, paragraph 110, p. 22:  The Defendant was not under federal supervision at the time of the offense.  He was under state supervision but the federal supervision in 95-cr-00184-M was terminated on October 16, 2013.  (PIR, ¶ 47, p. 11).

Part A, paragraph 4, p. 4:  The Defendant denies that he is a member of the "Crips" or any other gang.

Part E and F:  The Defendant objects to the conclusions and assumptions in these sections of the report that he was part of the primary conspiracy involving Mr. Garrison and his confederates.  Mr. Edwards did not plead to the conspiracy count and there is no evidence that he distributed methamphetamine or heroin, as suggested in paragraph 110.  He was not part of the Garrison conspiracy.  His plea relates to a single sale on March 2, 2014; less than 50 grams.  There is not an adequate factual or legal basis for an upward guideline departure under U.S.S.G. 5K2.21.  There is inadequate factual or legal justification for a sentence above the guideline range under 18 U.S.C. 3553.

Mr. Edwards' criminal history, cited in paragraph 111 as justification for an above guidelines maximum sentence was more than adequately accounted for in the career offender designation in the guideline calculation.

Mr. Edwards' sentence should be within the advisory guideline range.

Respectfully submitted,

s/ Forrest W. Lewis
**Forrest W. Lewis**
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado  80402
Telephone:  (303) 279-3333
Facsimile:   (303) 278-7691
E-mail:   flewispc@aol.com
**Attorney for Defendant Travis Edwards**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system on this 12th day of August, 2015, which will send notification of such filing to the following e-mail addresses:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov


Gary Kruck
Senior U.S. Probation Officer
gary_kruck@cod.uscourts.gov


s/Polly Ashley
***Polly Ashley***