## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     RICKY GARRISON,
        a/k/a "G,"
2.     JAMES TILLMON,
        a/k/a "Black,"
        a/k/a "Kevin Garner,"
3.     CHRISTOPHER MARTINEZ,
        a/k/a "Little C,"
4.     FRANCISCO AGUILAR,
5.     SIMEON RAMIREZ,
6.     CHRISTOPHER VIGIL,
7.     **TRAVIS EDWARDS,**
8.     DONDRAI FISHER,
        a/k/a "Abdul Halim Aswad Ali,"
        a/k/a "Don Blas,"
9.     ARCHIE POOLE,
10.     LUIS RAMIREZ,
        a/k/a "Julian,"
11.     MELVIN TURNER,
        a/k/a "Mellow,"
12.     SHAWN BEARDSLEY,
13.     SIDNEY TAYLOR,
14.     GREGORY WILLIAMS,
15.     ROBERT PAINTER, and
16.     LATOYA WIMBUSH,

    Defendants.

## GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS
## OF THE INDICTMENT AS TO DEFENDANT TRAVIS EDWARDS

The United States of America, by and through John F. Walsh, United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Travis Edwards.

The Defendant entered a plea of guilty to Count Fifty-Six of the Indictment and admitted to the forfeiture allegations.   The Defendant will be sentenced on those Counts on September 2, 2015.   Accordingly, the Government hereby moves to dismiss Counts One, Fifty-Three, Fifty-Seven, Fifty-Eight, and Fifty-Nine of the Indictment remaining against the Defendant.

In the Government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines."   (See 6B1.2(a).)

Respectfully submitted this 18th day of August, 2015.

        JOHN F. WALSH  
        United States Attorney

BY:   *s/Zachary Phillips*  
        ZACHARY PHILLIPS  
        Assistant United States Attorney  
        U.S. Attorney's Office  
        1225 17th St., Suite 700  
        Denver, CO   80202  
        Telephone:   (303) 454-0118  
        Fax:   (303) 454-0401  
        e-mail:   zachary.phillips@usdoj.gov  
        Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2015, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO DEFENDANT TRAVIS EDWARDS** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant

3