**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge William J. Martinez

Criminal Action No. 14-cr-00231-WJM-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON,
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. **TRAVIS EDWARDS,**
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

    Defendants.

---

**ORDER TO DISMISS REMAINING COUNTS OF THE**
**INDICTMENT AS TO DEFENDANT TRAVIS EDWARDS**

---

    Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Travis Edwards, and for good cause shown, it is hereby

ORDERED that Counts One, Fifty-Three, Fifty-Seven, Fifty-Eight, and Fifty-Nine of the Indictment be dismissed as to Defendant Travis Edwards.

DATED this _____ day of _____, 2015.

BY THE COURT:

_____

JUDGE WILLIAM J. MARTINEZ
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO