IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**7.**    **TRAVIS EDWARDS**,

    Defendant.

_____

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO DEFENDANT TRAVIS EDWARDS**
_____

    This matter comes before the Court on the Government's Motion to Dismiss Remaining Counts of the Indictment As To Defendant Travis Edwards, filed August 18, 2015 (ECF No. 531).  On June 3, 2015, Defendant pled guilty to Count 56 of the Indictment (ECF No. 10) and admitted to the general notice of forfeiture.  (ECF No. 464.)  The Government now seeks to dismiss the remaining Counts 1, 53, 57, 58, and 59 as against Defendant.  (ECF No. 531.)  The Court having considered the Government's Motion and the record, hereby ORDERS as follows:

    The Motion to Dismiss Remaining Counts of the Indictment is hereby GRANTED.  Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, Counts 1, 53, 57, 58, and 59 of the Indictment in the above-captioned matter are hereby DISMISSED as to Defendant Travis Edwards.

Dated this 19th day of August, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge