IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  RICKY GARRISON,
2.  JAMES TILLMON,
3.  CHRISTOPHER MARTINEZ,
4.  FRANCISCO AGUILAR,
5.  SIMEON RAMIREZ,
6.  CHRISTOPHER VIGIL,
7.  **TRAVIS EDWARDS,**
8.  DONDRAI FISHER,
9.  ARCHIE POOLE,
10. LUIS RAMIREZ
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

Defendants.

## SENTENCING STATEMENT OF TRAVIS EDWARDS

Travis Edwards, by and through counsel, submits the following sentencing statement:

Defendant incorporates by reference his objections to the Presentence Investigation Report [Doc. #529].  The report notes that Mr. Edwards is currently in a relationship with Matika Flemons and that he intends to work in her catering business upon his release.

A statement from Ms. Flemons is attached to give the Court further information on these issues.  The ability to have a supportive relationship and to be gainfully employed, are important factors in a successful transition to a lawful, productive lifestyle upon release.

The report also notes that Mr. Edwards has an active warrant from Denver County for a probation violation.  This case is the basis for the Denver violation. Mr. Edwards has taken steps to address the Denver case.  At his request, counsel has obtained a court date of September 24, 2015, to resolve the Denver matter.

Mr. Edwards is not proud of his criminal history.  While extensive, it is accounted for in the guideline computation by his career offender status.  The ability to be employed in his own business upon release is a new page in his adult life.  That factor is a harbinger of overdue but welcome change.  A sentence at the low end of the guideline range would facilitate that opportunity while it is still viable.  Ms. Flemons has two children in school.  She needs the help of Mr. Edwards as soon as possible to keep the fledgling business alive.

Mr. Edwards respectfully requests a sentence of 24 months.

                                              Respectfully submitted,

                                              s/ Forrest W. Lewis
**Forrest W. Lewis**
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado  80402
Telephone:  (303) 279-3333
Facsimile:   (303) 278-7691
E-mail:   flewispc@aol.com
**Attorney for Defendant Travis Edwards**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SENTENCING STATEMENT OF TRAVIS EDWARDS** was electronically filed with the Clerk of the Court using the CM/ECF system on this 19th day of August, 2015, which will send notification of such filing to the following e-mail addresses:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
*Attorney for the Government*

Andres Guevara
andres@guevaracoloradolaw.com
*Attorney for Christopher Vigil*

Elisa Moran
elisaatty@aol.com
*Attorney for Shawn Beardsley*

James Castle
Jcastlelaw@aol.com
*Attorney for Ricky Garrison*

John Mosby
john_mosby@msn.com
*Attorney for Sidney Taylor*

Leslee Barnicle
barniclelaw@aol.com
*Attorney for Francisco Aguilar*

David Owen
davidowen@lodopc.com
*Attorney for Archie Poole*

Robert Berger
robberger@qwestoffice.net
*Attorney for Melvin Turner*

Adam Tucker
adamtuckerlaw.@gmail.com
*Attorney for Luiz Ramirez*

Clifford Barnard
cliffbarnard@earthlink.net
*Attorney for James Tillmon*

Patrick J. Burke
patrick-j-burke@msn.com
*Attorney for Robert Painter*

Peter Menges
pmenges@mengeslaw.com
*Attorney for Gregory Williams*

Philip W. Ogden
phil@coloradospringslaw.net
*Attorney for Simoen Ramirez*

Thomas Ward
tward@wardlawdenver.com
*Attorney for Latoya Wimbush*

Lynn Ann Pierce
lpierce.blp@comcast.net
*Attorney for Dondrai Fisher*

s/Polly Ashley
**Polly Ashley**