IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. **TRAVIS EDWARDS,**
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

Defendants.

## STATEMENT OF MATIKA FLEMONS

I am the fiancé of the Defendant, Travis Edwards. I am 40 years old and I have lived in Colorado for 23 years. I have four children. I am a licensed cosmetologist and have worked in that field for several years.

My family and I have Christian values. My father is a church pastor in Wyoming. I attend the Heritage Christian Center. We respect the law and we expect our family and friends to do so.

I have known Travis Edwards for four years. He and his adult daughter, Kiara, were living with me at the time of his arrest on this case. He has been honest with me about his past, including the many years he served in federal prison.

I have visited with him in the Englewood Detention Center numerous times, and can provide some insight into his thinking. Travis grew up in south central Los Angeles during the '70's and '80's. I am sure you are aware of the violence that was occurring in his neighborhood during those years. This profoundly affected him and causes him distress to this day. Travis has distanced himself from his emotions and it causes him to make bad decisions when those feelings come to the surface. It has truly affected his self-esteem and allows him to take unnecessary risks.

Travis is very book smart and very intelligent. The first time I met Travis he was teaching self-defense classes (for free -- no charge) to women. Travis constantly speaks of being a youth counselor.

Travis is 53 years old and is so ready for change. I have started a business that Travis will be managing if given the chance to come home. Also my father, Pastor Johnny Young, has already saved a place for him to work with the youth in church.

Travis has expressed to me that he has definitely learned his lesson regarding being involved in any illegal activity. For once in his life my family and I are a true blessing to him. He finally can see a good future. He has made this commitment to me and to himself. I believe he is sincere and I will do everything I can to support him.

Our business, TnT Cooking and Catering, started seven months ago, is doing well. I need Travis' help. He is excited to come home and be a part of something productive and rewarding. Our business card is attached.

Dated: August 12, 2015

_Matika Flemons_
Matika Flemons

STATE OF COLORADO  )
                   ) ss.
City and County of Denver )

Subscribed and sworn to before me by Matika Flemons on this 12th day of August, 2015.

My commission expires: 4/18/2018

POLLY ASHLEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19904005557
MY COMMISSION EXPIRES APRIL 18, 2018

_Polly Ashley_
Notary Public

3

