Attorney General Holder Announces U.S. Adult Correctional System Population Has Dropped to Lowest Level in Nearly a Decade | OPA | Department of Justice



## JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                     Friday, December 19, 2014

### Attorney General Holder Announces U.S. Adult Correctional System Population Has Dropped to Lowest Level in Nearly a Decade

*In New Video, Attorney General Hails Finding as 'Significant Milestone' That Shows Crime and Incarceration Levels Can Be Reduced at Same Time*

Attorney General Eric Holder announced today that the number of persons under the supervision of adult correctional systems in the United States has fallen to its lowest level since 2003. This finding is highlighted in a study to be released today by the Bureau of Justice Statistics.

According to the study, an estimated 6,899,000 persons were under the supervision of adult correctional systems at year end 2013, down from 6,940,500 at year end 2012. The decrease of 41,500 offenders in 2013 resulted in the number of persons under correctional supervision falling below 6.9 million for the first time since 2003.

The Attorney General called the drop a "significant milestone."

"While we clearly have much more work to do, it is my hope that we are witnessing the start of an overall trend that will continue – and accelerate – as our reform efforts take full effect," the Attorney General said. "As I have said many times, we cannot incarcerate our way to becoming a safer nation. That's why we need to focus on commonsense sentencing reforms and on proven, evidence-based solutions like diversion programs for those convicted of low-level, nonviolent offenses."

The complete text of the Attorney General's video message is below:

"The Department of Justice is dedicated to ensuring that America's criminal justice system is as fair, as efficient, and as effective as possible. That's why, in August of 2013, I launched the "Smart on Crime" Initiative – a targeted effort to enhance the way we charge, sentence, and release individuals in order to end this country's overreliance on incarceration and to promote efforts that give people the tools they need to return to their communities and lead better and more productive lives.

"In the six years since President Obama took office, we have made important progress in fighting





*Attachment 2*

http://www.justice.gov/opa/pr/attorney-general-holder-announces-us-adult-correctional-system-population-has-dropped-lowest[12/19/2014 10:54:58 AM]

Attorney General Holder Announces U.S. Adult Correctional System Population Has Dropped to Lowest Level in Nearly a Decade | OPA | Department of Justice

crime and advancing our long-term criminal justice efforts. In fact, during this Administration, overall crime has decreased by over 15 percent, while overall incarceration has decreased by nearly 9 percent – the first time these two critical markers have declined together in more than 40 years. And just two months ago, I was able to report that over the past year, the federal prison population declined by roughly 5,000 inmates – the first decrease we've seen in many decades.

"Today, I can announce that the number of persons supervised by U.S. adult correctional systems – in prison or jail, or on probation or parole – fell below 6.9 million individuals at the end of 2013. This drop leaves the United States with the smallest population under the authority of adult correctional supervision in nearly a decade.

"This is a significant milestone. It is highlighted in a study to be released by the Bureau of Justice Statistics. And while we clearly have much more work to do, it is my hope that we are witnessing the start of an overall trend that will continue – and accelerate – as our reform efforts take full effect.

"As I have said many times, we cannot incarcerate our way to becoming a safer nation. That's why we need to focus on commonsense sentencing reforms and on proven, evidence-based solutions like diversion programs for those convicted of low-level, nonviolent offenses. We are seeing this approach take root in states across the country, as more and more governors and legislatures recognize that incarceration must be used to punish, deter, and rehabilitate—not merely to warehouse and forget. And here in Washington, D.C., I am proud to work with leaders in Congress from both parties to advance this vital conversation and bring about a paradigm shift in the way our nation approaches criminal justice.

"Of course, I recognize that these are challenging issues, and the changes we seek will not occur overnight. But I am dedicated – and the Department of Justice is committed – to an ongoing effort that strengthens our criminal justice system; lives up to our founding ideals; and builds the safer, more just society that all Americans deserve."

The full video of the Attorney General's message is available at http://www.justice.gov/agwa.php.

Identify Our Most Wanted Fugitives

Find a Form

Report and Identify Missing Persons

Contact Us

OFFICES of THE UNITED STATES ATTORNEYS

14-1436                                                                 Office of the Attorney General

**U.S DEPARTMENT of JUSTICE** | 950 **Pennsylvania Avenue**, NW Washington, DC 20530-0001

**JUSTICE.GOV**

**ABOUT**
The Attorney General
Budget & Performance
Strategic Plans

**AGENCIES**

**BUSINESS**
Business Opportunities
Small & Disadvantaged Business
Grants

**RESOURCES**
Forms
Publications
Case Highlights
Legislative Histories
Information for Victims in Large Cases

**NEWS**
Justice News
The Justice Blog
Public Schedule
Videos
Photo Gallery

**CAREERS**
Legal Careers
Interns, Recent Graduates, and Fellows
Diversity Policy
Veteran Recruitment

**CONTACT**

Site Map
Archive
Accessibility
FOIA
No FEAR Act
Information Quality
Privacy Policy
Legal Policies & Disclaimers

For Employees
Office of the Inspector General
Government Resources
Plain Writing
USA.gov
BusinessUSA

http://www.justice.gov/opa/pr/attorney-general-holder-announces-us-adult-correctional-system-population-has-dropped-lowest[12/19/2014 10:54:58 AM]



# SMART on CRIME

*Reforming The Criminal Justice System for the 21st Century*

August 2013

> "By targeting the most serious offenses, prosecuting the most dangerous criminals, directing assistance to crime 'hot spots,' and pursuing new ways to promote public safety, deterrence, efficiency, and fairness – we can become both smarter *and* tougher on crime."
>
> —**Attorney General Eric Holder**
> **Remarks to American Bar Association's Annual Convention in San Francisco, CA**
> **August 12, 2013**

## INTRODUCTION

At the direction of the Attorney General, in early 2013 the Justice Department launched a comprehensive review of the criminal justice system in order to identify reforms that would ensure federal laws are enforced more fairly and—in an era of reduced budgets—more efficiently. Specifically, this project identified five goals:

- To ensure finite resources are devoted to the most important law enforcement priorities;
- To promote fairer enforcement of the laws and alleviate disparate impacts of the criminal justice system;
- To ensure just punishments for low-level, nonviolent convictions;
- To bolster prevention and reentry efforts to deter crime and reduce recidivism;
- To strengthen protections for vulnerable populations.

As part of its review, the Department studied all phases of the criminal justice system—including charging, sentencing, incarceration and reentry—to examine which practices are most successful at deterring crime and protecting the public, and which aren't. The review also considered demographic disparities that have provoked questions about the fundamental fairness of the criminal justice system.

The preliminary results of this review suggest a need for a significant change in our approach to enforcing the nation's laws. Today, a vicious cycle of poverty, criminality, and incarceration traps too many Americans and weakens too many communities. However, many aspects of our criminal justice system may actually exacerbate this problem, rather than alleviate it.

The reality is, while the aggressive enforcement of federal criminal statutes remains necessary, we cannot prosecute our way to becoming a safer nation. To be effective, federal efforts must also focus on prevention and reentry. In addition, it is time to rethink the nation's system of mass imprisonment. The United States today has the highest rate of incarceration of any nation in the world, and the nationwide cost to state and federal budgets was $80 billion in 2010 alone. This pattern of incarceration is disruptive to families, expensive to the taxpayer, and may not serve the goal of reducing recidivism. We must marshal resources, and use evidence-based strategies, to curb the disturbing rates of recidivism by those reentering our communities.

These findings align with a growing movement at the state level to scrutinize the cost-effectiveness of our corrections system. In recent years, states such as Texas and Arkansas have reduced their prison populations by pioneering approaches that seek alternatives to incarceration for people convicted of low-level, nonviolent drug offenses.

It is time to apply some of the lessons learned from these states at the federal level. By shifting away from our over-reliance on incarceration, we can focus resources on the most important law enforcement priorities, such as violence prevention and protection of vulnerable populations.

The initial package of reforms described below—dubbed the Justice Department's "Smart on Crime" initiative—is only the beginning of an ongoing effort to modernize the criminal justice system. In the months ahead, the Department will continue to hone an approach that is not only more efficient, and not only more effective at deterring crime and reducing recidivism, but also more consistent with our nation's commitment to treating all Americans as equal under the law.

We of course must remain tough on crime. But we must also be smart on crime.

### FIVE PRINCIPLES OF "SMART ON CRIME"

I. **PRIORITIZE PROSECUTIONS TO FOCUS ON MOST SERIOUS CASES**

Given scarce resources, federal law enforcement efforts should focus on the most serious cases that implicate clear, substantial federal interests. Currently, the Department's interests are:

1. Protecting Americans from national security threats
2. Protecting Americans from violent crime
3. Protecting Americans from financial fraud
4. Protecting the most vulnerable members of society

Based on these federal priorities, the Attorney General is, for the first time, requiring the development of district-specific guidelines for determining when federal prosecutions should be brought. This necessarily will mean focusing resources on fewer but the most significant cases, as opposed to fixating on the sheer volume of cases.

The Attorney General's call for the creation of district-specific guidelines recognizes that each U.S. Attorney is in the best position to articulate the priorities that make sense for that area. A particular district's priorities will often depend on local criminal threats and needs.

In the coming months, the U.S. Attorneys' Manual will be updated to reflect the requirement that U.S. Attorneys develop district-specific guidelines for the prioritization of cases.

II. **REFORM SENTENCING TO ELIMINATE UNFAIR DISPARITIES AND REDUCE OVERBURDENED PRISONS.**

Our prisons are over-capacity and the rising cost of maintaining them imposes a heavy burden on taxpayers and communities. At the state level, costs for running corrections facilities have roughly tripled in the last three decades, making it the second-fastest rising