IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

13.    SIDNEY TAYLOR,

     Defendant.

---

### UNOPPOSED THIRD MOTION TO CONTINUE SENTENCE DATE

---

     Come now the Defendant, Sidney Taylor, by and through his attorney of record, John Mosby, and respectfully requests this Court to continue the September 22, 2015 sentencing date. As good cause therefore, Defendant states the following:

     1.    Prior to filing this motion, defendant's counsel conferred with the AUSA, the government has no objections.

     2.    The parties are continuing their attempt at resolving a critical sentencing issue.

     3.    The granting of this motion, will not prejudice any party and would be in the interest of fairness and justice.

     WHEREFORE, Defendant Taylor respectfully requests that the Court continue the September 22, 2015.

Respectfully submitted,

s/ John Mosby
John Mosby
Attorney for Defendant
621 17th Street, Ste. 2445
Denver, CO 80293
303.623.1355

## CERTIFICATE OF SERVICE

I hereby certify that on this August 27, 2015, a true and correct copy of the foregoing was served via the Court's ECF system to:

Zachary Phillips
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

And via U.S. mail to:

Defendant Sidney Taylor




s/John Mosby
_____

2