IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.    SIDNEY TAYLOR,

    Defendant.

_____

**ORDER**
_____

THE COURT having considered the Defendant's Unopposed Third Motion to Continue Sentencing date and finding good cause therefor, does hereby ORDER:

That the sentencing date for Defendant Sidney Taylor shall be continued until _____, 20___.

BY THE COURT:

_____
Judge William J. Martinez