IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-00231-WJM - 10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10.   LUIS RAMIREZ

        Defendant.

**DEFENDANT LUIS RAMIREZ' MOTION TO REVOKE DETENTION ORDER AND TO SET BOND**

**COMES NOW** the Defendant, **Luis Ramirez**, by and through undersigned counsel, and hereby moves this Honorable Court for the entry of an Order revoking the Detention Order previously entered by U.S. Magistrate Judge Kathleen M. Tafoya on July 23, 2014, and request setting a reasonable bond with appropriate conditions herein, pursuant to 18 U.S.C. §§3142, 3145 and F.R.Crim.P. Rule 46.

**AS GROUNDS THEREFORE**, Defendant states as follows:

### STATEMENT OF THE CASE

1.    On September 1, 2015, this Court accepted Defendant Ramirez' Plea of Guilty to Count 67 of the Indictment and accepted the Plea Agreement offered by Defendant and all counsel [**Doc. No. 547**].

2.    The Court set sentencing in this matter for December 3, 2015 at 2:00 p.m.

3.    As enumerated in the Plea Agreement, it is anticipated that Defendant's offense level will be 10, acknowledging that he should be entitled to a two-point

downward adjustment for acceptance of responsibility. In addition, the Plea Agreement indicates that the advisory guideline range for Defendant's plea could conceivably result in an incarceration range of six months to 30 months, with a statutory period of supervised release.

4. Defendant and the Government have agreed that given these facts and Defendant's anticipated sentencing range, he is entitled to the setting of a reasonable bond. The language in the Plea Agreement, while not specifically stating the amount of the anticipated bond, denotes that the standard conditions would apply. In addition, the parties have agreed that a bond should be sent pursuant to the Plea Agreement which was tentatively accepted by Judge Martinez.

## ARGUMENT

5. Mr. Ramirez is not a threat to the community or to society. There have been no allegations of any activity or threatened activity designed to intimidate witnesses. He is non-violent in nature.

6. If released on bond, Mr. Ramirez will not attempt to flee the jurisdiction of this Court, and will comply with each and every provision and condition of his release as set by the Court. This includes a surrender of his passport, and GPS monitoring if the court felt it necessary.

7. If released on bond, he will continue to reside at the residence. His family is willing to assist defendant in making his bond and court appearances.

8. In addition, Mr. Ramirez' residence is suitable for home confinement with electronic monitoring. The family phone has special features including Caller ID and Call Waiting which will be discontinued.

9. Mr. Ramirez will surrender his passport.

10. Mr. Ramirez will submit to randomly given urinalyses.

11. In support of this application for a reasonable bond, Mr. Ramirez relies on the Eighth Amendment of the United States Constitution, Rule 46 of the Fed.R.Crim.P., and the provisions of the Federal Bail Reform Act, **18 U.S.C. §§3142 and 3145.**

**WHEREFORE**, Mr. Ramirez prays for the relief requested, an expeditious hearing on the within motion, and for such other and further relief as the Court deems just and proper in the premises.

Dated this 3rd day of September, 2015.

Respectfully Submitted,

*s/Adam M. Tucker*
ADAM M. TUCKER
Attorney for the Defendant Luis Ramirez
1600 Broadway #1200
Denver CO 80202
Telephone: 720-355-2522
Adamtuckerlaw@gmail.com

3

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2015 a true and correct copy of the foregoing **DEFENDANT LUIS RAMIREZ' MOTION TO REVOKE DETENTION ORDER AND TO SET BOND** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                                *s/Jeanne Z. Moore*
                                                                For Adam M. Tucker