IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-12

1.     RICKY GARRISON,
         a/k/a "G,"
2.     JAMES TILLMON,
         a/k/a "Black,"
         a/k/a "Kevin Garner,"
3.     CHRISTOPHER MARTINEZ,
         a/k/a "Little C,"
4.     FRANCISCO AGUILAR,
5.     SIMEON RAMIREZ,
6.     CHRISTOPHER VIGIL,
7.     TRAVIS EDWARDS,
8.     DONDRAI FISHER,
         a/k/a "Abdul Halim Aswad Ali,"
         a/k/a "Don Blas,"
9.     ARCHIE POOLE,
10.    LUIS RAMIREZ,
          a/k/a "Julian,"
11.    MELVIN TURNER,
          a/k/a "Mellow,"
12.    **SHAWN BEARDSLEY**,
13.    SIDNEY TAYLOR,
14.    GREGORY WILLIAMS,
15.    ROBERT PAINTER, and
16.    LATOYA WIMBUSH,

      Defendants.

---

GOVERNMENT RESPONSE TO DEFENDANT SHAWN BEARDSLEY MOTION
FOR BELOW-GUIDELINE SENTENCE OR VARIANT SENTENCE
(Doc. No. 541)

---

NOW COMES THE UNITED STATES OF AMERICA, John F. Walsh, United States Attorney, by Zachary H. Phillips, Assistant United States Attorney, and informs this Honorable Court that the Government does not object to the Defendant's Motion for Below-Guideline Sentence or Variant Sentence (Doc. No. 541).

In support of this response, the Government states the following:

1. The Government informs this Court that at the time of sentencing, the Government will be recommending a sentence of 15 – 21 months. The Government is not filing a 5K motion in this case although the Defendant has cooperated and continues to cooperate as required by his plea agreement.

2. The Government informs this Court that the Government will be making the sentencing recommendation of 15 – 21 months as the Government believes such a sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a).

3. In reaching the Government's recommended sentence, the Government does not object to the presentence report as prepared by Probation Officer (PO) Kyla Hamilton. In addressing the issues raised by defense (specifically in pages 1 – 3 of the Defendant's motion), the Government would note that PO Hamilton's duties and responsibilities for the Court are very different than the Government's burden when charging and proving all elements of an offense beyond a reasonable doubt.

4. This Defendant cooperated with law enforcement very early in this investigation. Because of the Defendant's early cooperation, the Government chose not to expend law enforcement time and investigative expenses (finger printing, drug testing, DNA testing, firearm testing and firearm tracking, etc.) in investigating the firearms and chemicals or methamphetamine found at the Defendant's residence on the day of his arrest. Had the Defendant not cooperated it is highly likely the Government would have continued to investigate this Defendant and the

evidence obtained. However, the Government felt such expenditure of time and money was not wise and chose to direct that time and energy elsewhere in this case and other investigations.

Wherefore, the Government would request this Court to follow the recommendation PO Hamilton, but also vary below the recommended guideline and sentence the Defendant between a range of 15 – 21 months.

Respectfully submitted this 4th day of September, 2015.

                JOHN F. WALSH
                United States Attorney

By: *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:   (303) 454-0118
     Fax:   (303) 454-0401
     e-mail:   zachary.phillips@usdoj.gov
     Attorney for the Government

CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of September, 2015, I electronically filed the foregoing GOVERNMENT RESPONSE TO DEFENDANT SHAWN BEARDSLEY MOTION FOR BELOW-GUIDELINE SENTENCE OR VARIANT SENTENCE (Doc. No. 541) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

              *s/Maggie E. Grenvik*
              Maggie E. Grenvik
              Legal Assistant