IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.    LUIS RAMIERZ,

    Defendant.

## ORDER

This matter is before the court on "Defendant Luis Ramirez' Motion to Revoke Detention Order and to Set Bond" [Doc. No. 557]. The motion represents that there is agreement between the parties to modification of Defendant's detention based on the change of circumstances of the Defendant in that he has entered into a plea agreement with the United States which has been provisionally accepted by District Judge William J. Martínez.

It is **ORDERED**

1.    The United States shall file its Response to the motion, if any, on or before September 9, 2015;

2.    A hearing on the motion will be held on September 11, 2015 at 10:30 a.m. in Courtroom C-201, Byron Rogers Federal Courthouse, 1929 Stout Street, Denver, Colorado; and

3. The United States Marshal is directed to bring the Defendant to the court for the hearing on September 11, 2015.

DATED this 3d day of September, 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge