**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM-12

1.   RICKY GARRISON,
         a/k/a "G,"
2.   JAMES TILLMON,
         a/k/a "Black,"
         a/k/a "Kevin Garner,"
3.   CHRISTOPHER MARTINEZ,
         a/k/a "Little C,"
4.   FRANCISCO AGUILAR,
5.   SIMEON RAMIREZ,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
         a/k/a "Abdul Halim Aswad Ali,"
         a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
         a/k/a "Julian,"
11.  MELVIN TURNER,
         a/k/a "Mellow,"
12.  **SHAWN BEARDSLEY**,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

         Defendants.

---

**GOVERNMENT'S MOTION TO DISMISS REMAINING
COUNTS OF THE INDICTMENT AS TO SHAWN BEARDSLEY**

---

The United States of America, by and through John F. Walsh, United States Attorney,

and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to

Dismiss Remaining Counts of the Indictment.

The Defendant entered a plea of guilty to Count Sixty-Two of the Indictment and admitted

to the forfeiture allegations.   The Defendant will be sentenced on that Count on September 9,

2015.   Accordingly, the Government hereby moves to dismiss Counts One, Sixty-Three, and

Sixty-Five of the Indictment remaining against the Defendant.

In the Government's opinion, the remaining charge "adequately reflects the seriousness of

the actual offense behavior and that accepting the agreement to dismiss counts will not undermine

the statutory purposes of sentencing or the sentencing guidelines."   (See 6B1.2(a)).

Respectfully submitted this 4th day of September, 2015.

JOHN F. WALSH
United States Attorney


By:  *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone:   (303) 454-0118
Fax:   (303) 454-0401
e-mail:   zachary.phillips@usdoj.gov
Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of September, 2015, I electronically filed the fore-going **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO SHAWN BEARDSLEY** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant