**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge William J. Martinez

Criminal Action No. 14-cr-00231-WJM-12

1.       RICKY GARRISON,
            a/k/a "G,"
2.       JAMES TILLMON,
            a/k/a "Black,"
            a/k/a "Kevin Garner,"
3.       CHRISTOPHER MARTINEZ,
            a/k/a "Little C,"
4.       FRANCISCO AGUILAR,
5.       SIMEON RAMIREZ,
6.       CHRISTOPHER VIGIL,
7.       TRAVIS EDWARDS,
8.       DONDRAI FISHER,
            a/k/a "Abdul Halim Aswad Ali,"
            a/k/a "Don Blas,"
9.       ARCHIE POOLE,
10.     LUIS RAMIREZ,
            a/k/a "Julian,"
11.     MELVIN TURNER,
            a/k/a "Mellow,"
12.     **SHAWN BEARDSLEY**,
13.     SIDNEY TAYLOR,
14.     GREGORY WILLIAMS,
15.     ROBERT PAINTER, and
16.     LATOYA WIMBUSH,

        Defendants.

---

**ORDER TO DISMISS REMAINING COUNTS OF THE
INDICTMENT AS TO DEFENDANT SHAWN BEARDSLEY**

---

        Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Shawn Beardsley, and for good cause shown, it is hereby

ORDERED that Counts One, Sixty-Three, and Sixty-Five of the Indictment be dismissed as to Defendant Shawn Beardsley.

DATED this _____ day of _____, 2015.

                        BY THE COURT:

                        _____
                        JUDGE WILLIAM J. MARTINEZ
                        UNITED STATES DISTRICT COURT
                        DISTRICT OF COLORADO