CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Francisco Aguilar             Dkt. No. 1:14-cr-00231-WJM-4

## Petition for Action on Conditions of Pretrial Release

Comes now, Jordan Buescher, Probation Officer of the Court, presenting an official report upon the conduct and attitude of the defendant, Francisco Aguilar, who was placed under pretrial release supervision by the Honorable Michael J. Watanabe, sitting in the Court at Denver Colorado, on June 20, 2014. As noted in the Order Setting Conditions of Release (Document 136), the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

### 1) Violation of Law

On or about September 2, 2015, the defendant fled the scene of a hit and run accident which caused injury to another, the accident was caused by the defendant. According to witnesses, the defendant rear ended a vehicle which was stopped in traffic. Witnesses stated that as a result of the accident, they observed the defendant with blood on his head, and that they smelled a strong odor of alcohol coming from him. Prior to police arriving on scene, the defendant entered another vehicle, which was driven by a person that he appeared to know. The car fled the scene of the accident and was later located by officers. Upon questioning by officers, the defendant admitted that he had been drinking and was in an accident. Furthermore, the automobile that rear ended the car was registered to the defendant. The incident is noted in Commerce City Police Department investigation report number 13CN15006470. As of this date, no court date has been set.

### 2) Violation of Law

On or about September 2, 2015, the defendant admitted to law enforcement that he had been driving a motor vehicle while intoxicated.

### 3) Violation of Law

On or about September 2, 2015, the defendant refused to submit breath or blood samples to allow law enforcement officers the ability to determine level(s) of blood alcohol content (BAC).

| | | |
|---|---|---|
| Francisco Aguilar<br>1:14-cr-00231-WJM-4 | Petition on Pretrial Release<br>Page - 2 | September 4, 2015 |

### 4) Use of Alcohol

On or about September 2, 2015, the defendant admitted to law enforcement officers that he had been consuming alcohol. Furthermore, officers will testify to smelling a strong odor of alcohol protruding from the defendant during conversation.

### 5) Failure To Report Contact with Law Enforcement

On or about September 2, 2015, the defendant failed to notify his officer of any contact with law enforcement. Furthermore, the defendant has failed to respond to telephonic directives to call his officer immediately.

Based on the above alleged violations, it appears as though the defendant is a danger to the welfare of the public, and may be at an increased risk of flight.

Therefore, I am RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violations of pretrial release, and subsequent to the arrest of the defendant, that the Court address violations of the conditions of pretrial release.

## ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered filed under seal and made a part of the record in the above case. | I declare under the penalty of perjury that the foregoing is true and correct.<br><br>*s/ Jordan Buescher*<br>Jordan Buescher<br>United States Probation Officer<br>Date: September 4, 2015 |

Michael J. Watanabe
Magistrate Judge
Date: September 4, 2015

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO