IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  September 11, 2015
Court Reporter:    Tracy Weir              Probation: Kyla Hamilton
                                           Time: 36 minutes

_____

Criminal Action No.  14-cr-00231-WJM       <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Zachary Phillips

        Plaintiff,

v.

12.  SHAWN BEARDSLEY,                      Elisa Moran

        Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

03:34 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Ms. Moran

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

1

**ORDERED:** There being no objection to the Government's Motion To Dismiss Remaining Counts Of The Indictment As To Shawn Beardsley [562], the motion is GRANTED.  Counts One, Sixty-Three and Sixty-Five of the Indictment are dismissed as to Shawn Beardsley only.

Defendant's Allocution

**ORDERED:** **The Defendant's Motion For Below-Guideline Or Variant Sentence [541] is GRANTED.**

Defendant plead guilty to Count Sixty-Two of the Indictment and admitted to the forfeiture allegation on June 9, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Shawn Beardsley, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, he shall not possess a firearm as defined in 18 U.S.C. § 921, and he shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** Special Conditions of Supervised Release:

1. The defendant shall participate in and he shall successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. If deemed necessary by the probation officer, the defendant shall reside in a Residential Reentry Center for a period of up to 90 days, to commence upon his release from imprisonment, and shall observe the rules of that facility.

    The defendant may be released from the Residential Reentry Center early with the permission of his probation officer if he secures a suitable residence prior to the expiration of those 90 days.

**ORDERED:** The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:** Defendant has no ability to pay a fine, and the fine is waived.

**ORDERED:** Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in Count 62 of the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

04:10 p.m.   Court in Recess
             Hearing concluded