IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: September 14, 2015 |
| Court Reporter: Gwen Daniel | Time: 21 minutes |

_____

Criminal Action No. 14-cr-00231-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Zachary Phillips

    Plaintiff,

v.

2.  JAMES TILLMON,                           Clifford Barnard

    Defendant.

_____

## COURTROOM MINUTES
_____

CHANGE OF PLEA HEARING

11:15 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Defendant sworn and states full name.  Defendant is 37 years old.

Defendant advised of maximum penalties.

Defendant's right to trial to jury and other constitutional rights explained.

Count One of the Indictment read to the defendant.

Defendant pleads guilty to Count One of the Indictment and admits to the forfeiture allegation.

**ORDERED:** Court Exhibit 1 - Plea Advisement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are RECEIVED into evidence.

**ORDERED:** Defendant's plea of guilty to Count One of the Indictment and admission to the forfeiture allegation are ACCEPTED.

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, MUST be filed no later than 14 days prior to the date of the sentencing hearing. Proposed orders on such motions must be provided to the Chambers e-mail address at the same time. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED:** Sentencing is set for Thursday, December 17, 2015 at 2:00 p.m.

**ORDERED:** All hearings and settings in this case other than the Sentencing date are hereby VACATED.  Any pending motions are hereby DENIED as moot.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

11:36 a.m.    Court in Recess
              Hearing Concluded