**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    FRANCISCO AGUILAR,

    Defendant.

---

ORDER OF DETENTION

---

    THIS MATTER came before the Court for a detention hearing on September 15, 2015. The government is requesting detention in this case due to defendant's alleged violations of the terms of his pretrial release pursuant to 18 U.S.C. § 3148. Upon his own motion, the defendant has deferred the preliminary revocation hearing until September 18, 2015 at 11:00 a.m. and contested detention. In making my findings of fact, I have taken judicial notice of the information set forth in the court's docket of proceedings and the Pretrial Services Report.

    Pursuant to 18 U.S.C. § 3148(b), the judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer:

    (1)    finds that there is—

        (A)    probable cause to believe that the person has committed a Federal,

1

        State, or local crime while on release; or

    (B)    clear and convincing evidence that the person has violated any other condition of release; and

(2)    finds that

    (A)    based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or

    (B)    the person is unlikely to abide by any condition or combination of conditions of release.

18 U.S.C. § 3148(b).

Given the fact that the court has not yet held the preliminary revocation hearing, it is premature for the court to enter an Order pursuant to 18 U.S.C. § 3148(b). However, 18 U.S.C. § 3142(d) contemplates that a judicial officer may detain a person for a period of not more than ten days, excluding Saturdays, Sundays, and holidays.

Therefore, IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General or their designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, until at least September 18, 2015 at 11:00 a.m.; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver

defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

DATED:   September 15, 2015        BY THE COURT:

s/ Nina Y. Wang
Nina Y. Wang
United States Magistrate Judge