IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

       Plaintiff,

v.

6.     CHRISTOPHER VIGIL

       Defendant.

---

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

---

COMES NOW the defendant Christopher Vigil, by and through his attorney, Andres R. Guevara, of the Law Office of Andres R. Guevara, and hereby moves this Court for the entry of an Order modifying the conditions of his pretrial release by terminating the requirements of electronic monitoring and replaying it with a curfew.

1.     On September 18, 2015, Mr. Vigil's supervising pretrial services officer, Jordan Buescher, advised both undersigned counsel and Assistant United States Attorney Zachary Phillips that he has been supervising Mr. Vigil for the past few months. As part of his constant review of cases for overall compliance, while assessing for danger to the community and flight risk, probation officer Buescher reached out to counsel to indicate that although Mr. Vigil has had a couple of bumps in the road since his release, he also believes that Mr. Vigil is a minimal flight risk.

2.     Probation officer Buescher requested a modification of Mr. Vigil's pretrial conditions to remove electronic monitoring and replace it with a curfew from 8:30 p.m. to 5:00 a.m.  AUSA  Zachary Phillips did not oppose the relief sought herein.

3.     Mr. Vigil has been subject to electronic monitoring while on bond for

approximately fifteen months dating back to late June 2014.  Mr. Vigil submits that he

has adequately demonstrated his ability to comply with his bond conditions over the

past fifteen months.  Mr. Vigil has strong ties to Denver, has a small child in school and

recently discovered that his long-term girlfriend is pregnant with his child.  Moreover, as

noted by his probation officer, Mr. Vigil remains in a substance abuse treatment

program and is working full-time.

4.      Mr. Vigil seeks a modification of the conditions of pretrial release whereby

the requirement of electronic location monitoring be removed and replaced by a curfew.

Pursuant to this curfew, Mr. Vigil would be required to remain inside his residence from

8:30 p.m. each and evening remaining until 5:00 a.m. the next morning, absent a

specific authorization from pretrial services.  All other pretrial conditions would remain in

place. These pretrial conditions (along with a curfew) are sufficient to reasonably assure

the safety of others in the community and Mr. Vigil's appearance at all court

proceedings.

5.  18 U.S.C. §3142(c)(1)(B) requires the Court to impose the least restrictive

condition, or combination of conditions, that will reasonably assure the defendant's

appearance as required while providing safety to other persons and the community.  18

U.S.C. §3142(c)(3) permits the Court to amend the conditions of release at any time.

6.      Mr. Vigil is employed full time and is currently in good standing with

pretrial services.  He has significant ties to the Denver community and is a minimal flight

risk.

7.      Mr. Vigil respectfully requests that the Court enter an order modifying his

conditions of pretrial release by replacing the condition of electronic location monitoring with a condition of a curfew each and every day of 8:30 p.m. to 5:00 a.m.

WHEREFORE, the defendant request that the conditions of his pretrial release be modified as requested, and for such other and further relief as the Court deems just and proper.

Dated:  September 21, 2015

Respectfully submitted,

ANDRES R. GUEVARA
Law Office of Andres R. Guevara

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 180
Greenwood Village, CO 80111
Telephone:  (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on September 21, 2015, I electronically filed the foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
Attorney for the Government

Other counsel of record for co-defendants

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 180
Greenwood Village, CO 80111
Telephone:  (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil