**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6.   CHRISTOPHER VIGIL**,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

---

This matter is before the Court on Defendant's Unopposed Motion for Modify Conditions of Pretrial Release filed September 21, 2015 (ECF No. 588).  The Court having reviewed the motion and upon consideration of the applicable Record, the Court ORDERS as follows:

The Defendant's motion is GRANTED.  Defendant Christopher Vigil's pretrial release conditions are modified by replacing the condition of electronic location monitoring with a condition of a curfew each and every day of 8:30 p.m. to 5:00 a.m.  Defendant Vigil is ORDERED to comply with all the remaining conditions of his pretrial release which includes his appearance in person at all future court appearances.

Dated this 22nd day of September, 2015.

BY THE COURT:

William J. Martínez
United States District Judge