# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**14. GREGORY WILLIAMS**,

    Defendant.

## NOTICE OF DISPOSITION

Mr. Gregory Williams, by and through his attorney, Mr. Peter D. Menges, hereby provides notice to the Court that a disposition has been reached in this case. The parties request that this matter be set for a change of plea hearing at the Court's earliest convenience.

Dated: September 23, 2015.

    Respectfully submitted,

    PETER D. MENGES

    s/ Peter Menges                   
    Peter D. Menges, Esq.
    The Law Office of Peter D. Menges, P.C.
    Attorney Reg. # 28750
    Attorney for Defendant
    955 Bannock Street, Suite 200
    Denver, CO 80204
    (303) 333-8433

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of September, 2015, a true and correct copy of the foregoing was filed electronically via CM/ECF, and electronically noticed to the following:

Mr. Zachary Phillips, Esq.,
Assistant United States Attorneys
1225 17th Street, Suite 700
Denver, Colorado 80202

All Counsel of record.

                                                      s/ Peter Menges