IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **RICKY GARRISON**,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,
    Defendants.

---

### DEFENDANT GARRISON'S UNOPPOSED MOTION TO WAIVE 15 PAGE LIMIT FOR THE DEFENDANT'S MOTION FOR CASE SPECIFIC DISCOVERY REGARDING TITLE III INTERCEPTIONS

---

COMES NOW, the undersigned, on behalf of Ricky Garrison, and moves the court for an order waiving the limit of 15 pages contained in Part II, A of the Court's Practice Standards. As grounds therefore, it is stated as follows:

**1.** This is a complex case involving thirteen separate wiretaps. Counsel for Mr. Garrison has agreed, with the permission of several defendants, to draft and file a single Motion for Case Specific Discovery regarding Title III Interceptions addressing all

thirteen wiretap applications. This agreement was reached in a spirit of cooperation prompted by this Court's Practice Standards "to file joint, as opposed to individual, motions on all issues and matters of common ground or interest." *Practice Standards*, IX (9).

    **2.**    The motion, as presently planned, will involve a detailed factual description, a summary of applicable law and an application of the law to the facts. The detailed factual summary is necessary for the Court to be aware of all relevant facts and circumstances regarding the case relating to the discovery requests. The factual summary will be incorporated by reference in other motions.

    **3.**    Part II, A of the Court's Practice Standards states in pertinent part:

> Opening and responsive motions or briefs shall not exceed 15 pages, and any reply brief shall not exceed 10 pages. Motions and briefs shall be combined and will be considered one paper for purposes of computing page limitations. These page limitations shall include all text, with the exception of the attorney or party signature block(s) and the certificate of service. . . ., Exceptions to the above page limitations will be made only in exceptional circumstances where I decide that the complexity or numerosity of the issues compel a motion, brief, objection, or response of greater length. Permission to file such papers of greater length shall be sought by way of an appropriate motion filed in advance of the deadline for filing the brief. A motion requesting such permission must include sufficient detail to allow me to discern the necessity of additional pages.

    **4.**    Because the discovery motion will in essence be an omnibus motion addressing numerous discovery matters, several defendants, thirteen different wiretaps and an investigation spanning over a year this motion will need to exceed the 15 page limit in order for it to be clear, thorough and complete. A defendant's request for discovery must be specific. See U.S. v. Price, 75 F.3d 1440, 1444-45 (10th Cir. 1996) (discovery denied because defendant's motion contained only "bare references" to

subparagraphs and was "entirely without detail.").

     **5.**    Counsel for the defendant has conferred with AUSA Phillips who has indicated he has no objection to a waiver of the 15 page limit for the Motion for Case Specific Discovery Regarding Title III Interceptions.

Respectfully submitted,

s/James A. Castle
James A. Castle
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
f: (303) 329-5500

s/Mitchell Baker_____
Mitchell Baker
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 592 - 7353
mitchbaker@estreet.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2015, I electronically filed the foregoing **DEFENDANT GARRISON'S UNOPPOSED MOTION TO WAIVE 15 PAGE LIMIT FOR THE DEFENDANT'S MOTION FOR CASE SPECIFIC DISCOVERY REGARDING TITLE III INTERCEPTIONS** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                  s/James A. Castle
                                                  James A. Castle