IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
**3. CHRISTOPHER MARTINEZ**
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LOUIS RMAIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH

    Defendants.

---

## NOTICE OF DISPOSITION
---

Comes now, Christopher Martinez, by and through counsel, respectfully notifies this court that a resolution has been reached with the government. Counsel would request a Change of Plea Hearing date for Mr. Martinez and that he and counsel be excused from the currently scheduled court dates.

Filed this 5th Day of October, 2015

                                              Respectfully Submitted,
                                              /s/ Lisa Fine Moses
                                              Lisa Fine Moses
                                              Attorney for the Defendant,
                                              Christopher Martinez

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th Day of October, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Assistant United States Attorney | /s/ Jessica Hosler |
| Zachary Hugh Phillips | Paralegal |
| Zachary.Phillips@usdoj.gov, | LFM Defense |