IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
**3. CHRISTOPHER MARTINEZ**
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LOUIS RMAIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH

    Defendants.

---

## UNOPPOSED MOTION TO RESET DATE FOR CHANGE OF PLEA

---

Comes now, Christopher Martinez, by and through counsel, respectfully moves this Honorable Court to change the current date for the Change of Plea on the following grounds:

1. On October 5, 2015, Mr. Martinez filed a Notice of Disposition in this matter. (Doc.601)  In Document number 603, this Court Ordered a Change of Plea Hearing be set for November 10, 2015.

2. Undersigned counsel is scheduled to be in a jury trial in Arapahoe County before Judge Michelle Amico in case number 14CR2661, *People v. Ryan Saitta*, beginning November 9, 2015. Mr. Saitta is charged with Sexual Assault, Second Degree Assault, and Violation of Bond Conditions. The trial is expected to last the entire week. This matter is set at the end of speedy trial and is therefore likely to proceed on that date.

3. Undersigned counsel spoke with AUSA Zachary Phillips regarding this calendar conflict. Mr. Phillips has no objection to a change of the date in this matter.

WHEREFORE, Mr. Martinez requests that this Court vacate the current Change of Plea Date and reset such matter.

Filed this 6th Day of October, 2015

                         Respectfully Submitted,
                         /s/ Lisa Fine Moses
                         Lisa Fine Moses
                         Attorney for the Defendant,
                         Christopher Martinez

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th Day of October, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Assistant United States Attorney<br>Zachary Hugh Phillips<br>Zachary.Phillips@usdoj.gov, | /s/ Jessica Hosler<br>Paralegal<br>LFM Defense |