IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.     CHRISTOPHER VIGIL

      Defendant.

**NOTICE OF DISPOSITION**

The Defendant, Christopher Vigil, through undersigned counsel, advises the Court that a disposition has been reached in this matter between Mr. Vigil and the Government. Mr. Vigil requests that the Court schedule a change of plea hearing at a time convenient to the Court and the parties.

Dated: October 8, 2015

                          Respectfully submitted,

                          ANDRES R. GUEVARA
                          Law Office of Andres R. Guevara

                          s/ Andres R. Guevara
                          ANDRES R. GUEVARA
                          Law Office of Andres R. Guevara
                          5200 DTC Parkway, Suite 180
                          Greenwood Village, CO 80111
                          Telephone: (720) 379-8262
                          FAX: (720) 528-7740
                          E-mail: andres@guevaracoloradolaw.com
                          Attorney for Christopher Vigil

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on October 8, 2015, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
Attorney for the Government

Patrick J. Burke
patrick-j-burke@msn.com
Attorney for Robert Painter

James A. Castle
jcastle@aol.com
Attorney for Ricky Garrison

Peter Menges
pmenges@mengeslaw.com
Attorney for Gregory Williams

Elisa Moran
elisaatty@aol.com
Attorney for Shawn Beardsley

Philip W. Ogden
phil@coloradospringslaw.net
Attorney for Simoen Ramirez

John Mosby
john_mosby@msn.com
Attorney for Sidney Taylor

Thomas Ward
tward@wardlawdenver.com
Attorney for Latoya Wimbush

Leslee Barnicle
barniclelaw@aol.com
Attorney for Francisco Aguilar

Lynn Ann Pierce
lpierce.blp@comcast.net
Attorney for Dondrai Fisher

Forrest W. Lewis
flewispc@aol.com
Attorney for Travis Edwards

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christopher Vigil (by hand delivery).

                                                s/ Andres R. Guevara
                                                ANDRES R. GUEVARA
                                                Law Office of Andres R. Guevara
                                                5200 DTC Parkway, Suite 180
                                                Greenwood Village, CO 80111

Telephone:  (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil