IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **RICKY GARRISON**,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,
    Defendants.

---

### DEFENDANT GARRISON'S MOTION FOR DISCOVERY OF INFORMATION CONCERNING HIS ALLEGED STATEMENTS TO GOVERNMENT AGENTS

---

COMES NOW, the undersigned, on behalf of Ricky Garrison, and moves the court to order production of all information detailed below concerning his alleged statements to law enforcement agents. As grounds therefore, it is stated as follows:

**1.** The investigation in this case was a cooperative investigation between officers of the Aurora Police Department (APD) and federal agents. Although it is unclear when the investigation began, it appears that federal and APD agents began

the investigation resulting in this indictment in earnest 4 months after the death of an APD confidential informant who had provided information against Mr. Garrison in an Aurora narcotics case, Arapahoe County District Court case 12CR751.  Case 12CR751 was a case alleging Mr. Garrison's alleged distribution of cocaine.

**2.**	The Title III applications disclose that Mr. Garrison was interviewed on January 29, 2013.  In the discussion in the applications regarding necessity for the wiretaps it was indicated that Mr. Garrison "did not provide any information of use and investigators have no reason to believe that Ricky GARRISON will be more cooperative with law enforcement in the future."  Discovery does not contain a recording or report of this interview of Mr. Garrison.

**3.**	The defendant moves under Fed. R. Crim. P 16 (a) (1) (a) and (b) for disclosure of this statement and any other statement alleged to have been made by Mr. Garrison that are required to be produced under the rule.


Respectfully submitted,


s/James A. Castle
James A. Castle
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
f: (303) 329-5500

s/Mitchell Baker
Mitchell Baker
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 592 - 7353
mitchbaker@estreet.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2015, I electronically filed the foregoing motion using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                                                    s/James A. Castle
                                                                                    James A. Castle