**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. **SIMEON RAMIREZ**,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,
    Defendants.

---

**DEFENDANT SIMEON RAMIREZ'S MOTION FOR LEAVE
TO FILE RESTRICTED DOCUMENT**

---

**Mr. Simeon Ramirez**, through undersigned counsel, and pursuant to D.C.COLO.LCrR 47.1, respectfully moves this Honorable Court for leave to file a motion

requesting disclosure of certain information from the Government at restriction Level 1, as well as the accompanying brief in support thereof.

Respectfully submitted this 9th day of October, 2015.

s/ *Lisa Monet Wayne*
_____
Lisa Monet Wayne, Esq.
Attorney for Simeon Ramirez

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2015, I filed **DEFENDANT SIMEON RAMIREZ'S MOTION FOR LEAVE TO FILE RESTRICTED DOCUMENT** with the clerk of the Court using the CM/ECF system, which will send notification to counsel of record:

_____