**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. **SIMEON RAMIREZ**,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,
    Defendants.

*FILED UNDER RESTRICTION – LEVEL 1*

---

**ORDER TO RESTRICT DOCUMENT**

---

This matter is before the Court on Defendant Simeon Ramirez's Motion for Leave to File Restricted Document.  Upon consideration and for good cause shown,

2

IT IS ORDERED THAT Defendant Simeon Ramirez's Motion to Disclose and Produce Confidential Informants/Confidential Sources/Confidential Human Sources/Undercover Employees, Defendant Simeon Ramirez's Brief in Support of Motion for Leave to File Restricted Document, as well as any order revealing the contents of that document, are hereby at a Level 1 Restriction and will be viewable by the filing party, the parties to the above-captioned case, and the Court.

_____
WILLIAM J. MARTINEZ, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO