IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.  14-cr-0231-WJM-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5.  SIMEON RAMIREZ**,

    Defendant.

_____

**ORDER GRANTING DEFENDANT SIMEON RAMIREZ'S
MOTION FOR LEAVE TO FILE RESTRICTED DOCUMENT**
_____

This matter is before the Court on Defendant Ramirez's Motion for Leave to File Restricted Document filed on October 9, 2015 (ECF No. 620).  The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Motion for Leave to File Restricted Document is GRANTED.  The Documents filed at ECF Nos. 621 and 622 shall remain RESTRICTED at RESTRICTION LEVEL 1 (viewable only by Case Participants and the Court).

Dated this 13th day of October, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge