IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 14-cr-0231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. RICKY GARRISON**,

    Defendant.

_____

**ORDER GRANTING DEFENDANT GARRISON'S
MOTION TO RESTRICT ATTACHMENT TO MOTION FOR SPECIFIC DISCOVERY**
_____

This matter is before the Court on Defendant Garrison's Motion to Restrict Attachment to Motion for Specific Discovery filed on October 9, 2015 (ECF No. 612). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Motion for Leave to Restrict document is GRANTED. The Document filed at ECF No. 612-1 shall be RESTRICTED at RESTRICTION LEVEL 1 (viewable only by Case Participants and the Court).

Dated this 13th day of October, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge