IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 14-CR-00231-WJM

UNITED STATES OF AMERICA,

Plaintiff

V.

ARCHIE POOLE,

Defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 16 2015**

JEFFREY P. COLWELL
CLERK

---

Motion to Remove DAVID L. OWEN as Defense counsel, For conflict of interest and ineffective assistance of counsel, and For Appointment of New CJA Defense Counsel

---

Comes Now, Archie Poole, Proceeding pro se in this matter, and request this Court Grant this motion and as grounds therefore, Mr. Poole states as follows:

Attorney DAVID OWENS has represented Mr. Poole on this instant case and case No. 14-CR-00203-WJM, for which this motion is based.

As a result of a breakdown in communication and I.A.C., Mr. Poole's sentence in case No: 14-CR-00203 was not challenged on appeal after he was told by Defense Counsel Owen that he secured an agreement with U.S. Attorney to Dismiss instant case based on Mr. Poole not challenging being sentenced under the wrong guidelines in case No: 14-CR-00203-WJM

However after 10 day period had passed for Mr. Poole to file an appeal. U.S. Attorney has now decided not to honor the agreement made with Defense Counsel David Owen on behalf of Mr. Poole.

Under Rule 8.4. of the Model Rules of Professional Conduct:
It is professional misconduct for a lawyer to engage in conduct involving dishonesty, fraud, deceit or misrepresentation.

For these reasons previously stated, Mr. Poole request this court grant this motion Respectfully.

Dated: October 12, 2015 ~~September 23, 2015~~

_____
Archie Poole

## Certificate of Service

I Hereby certify that on October 12, 2015 ~~September 23, 2015~~, I mailed a copy of this motion via U.S. Mail Postage Prepaid to the following:

U.S. Attorney office
AUSA Jeremy S. Sibert
1225 17th St. Ste 700
Denver, Colorado 80202

_____
Archie Poole