IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
     a/k/a "G,"
2. JAMES TILLMON,
     a/k/a "Black,"
     a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
     a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
     a/k/a "Abdul Halim Aswad Ali,"
     a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
      a/k/a "Julian,"
11. MELVIN TURNER,
      a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

    Defendants.

---

MOTION TO RESTRICT DOCUMENT DOC. NO. 633

---

The United States of America, by and through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, respectfully moves to restrict Doc. No. 633,

any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully dated this 20th day of October, 2015.

JOHN F. WALSH
United States Attorney

By: *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO. 80202
Telephone (303) 454-0118
Fax (303) 454-0401
e-mail:  zachary.phillips@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 20th day of October, 2015, I electronically filed the foregoing MOTION TO RESTRICT DOCUMENT DOC. NO. 633 using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

       *s/Maggie E. Grenvik*
       Maggie E. Grenvik
       Legal Assistant
       U.S. Attorney's Office
       1225 17th St., Suite 700
       Denver, CO  80202
       Telephone:  (303) 454-0100
       Fax:  (303) 454-0401
       e-mail:  maggie.grenvik@usdoj.gov