IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-231-WJM-9

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**9. ARCHIE POOLE,**

    Defendant.

---

**MOTION TO SEAL**

---

The defendant's counsel, unopposed by the government, requests permission to seal docket # 634 - sealed Memorandum in Brief in Support of Motion to Seal, docket # 635 - Counsel's Response to Pro Se Motion and docket # 636 - the proposed order to sealing documents for the grounds stated in docket # 634 - the sealed motion to seal].

    Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2015, I electronically filed the foregoing

**MOTION TO SEAL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    AUSA Zachary Phillips   Zachary.Phillips@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Archie Poole
    c/o Federal Detention Center
    9595 W. Quincy Ave.
    Littleton, CO    80123

    /s/ David L. Owen, Jr.
    DAVID L. OWEN, JR. #39669
    Law Office of David L. Owen, Jr.,P.C.
    718 Huntington Place
    Highlands Ranch, CO 80126-4730
    Telephone: (303) 993-7092
    FAX: (720) 242-8907
    davidowen@lodopc.com
    Attorney for Defendant