## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Criminal Case No. 14-cr-00231-WJM-13

UNITED STATES OF AMERICA,

      Plaintiff,

v.

13.    SIDNEY TAYLOR,

      Defendant.

_____

## ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

This matter is before the Court on Government's Motion to Restrict Doc. No. 633 filed on October 20, 2015 (ECF No. 631).  The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

The Government's Motion to Restrict is GRANTED.  The Documents filed at ECF Nos. 632 and 633 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable by selected parties and the Court).

Dated this 21st day of October, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge