IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00231-WJM-9

UNITED STATES OF AMERICA,

  Plaintiff,

v.

**9. ARCHIE POOLE,**

  Defendant.

___

**ORDER GRANTING MOTION TO RESTRICT ACCESS**
___

  This matter is before the Court on Defendant's Motion to Seal Doc. Nos. 635, 636, and 637[1] filed on October 20, 2015 (ECF No. 634). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

  The Defendant's Motion to Seal is GRANTED. The Documents filed at ECF Nos. 635, 636, and 637 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable by Filer and the Court).

  Dated this 21st day of October, 2015.

            BY THE COURT:

            _____
            William J. Martínez
            United States District Judge

---

[1] Counsel erroneously referred to these Motions as Doc. Nos. 634, 635, and 636.