IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00231-WJM-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.    ARCHIE POOLE,

    Defendant.
_____

## ORDER GRANTING MOTION FOR NEW COUNSEL
_____

This matter is before the Court on the Motion for Appointment of New CJA Defense Counsel (ECF No. 629) filed by Defendant Archie Poole.  Defendant Poole claims, among other things, a breakdown of the attorney-client relationship.  Defendant Poole's counsel's response, filed *ex parte* and under seal, agrees that there has been a complete breakdown of the attorney-client relationship and asks this Court to grant the motion.  (ECF No. 636.)  The Court construes counsel's response as a Motion to Withdraw, and hereby ORDERS as follows:

Defendant Poole's Motion for Appointment of New CJA Defense Counsel (ECF No. 629) and counsel's construed Motion to Withdraw (ECF No. 636) are GRANTED.  David L. Owen , Jr., is hereby granted leave to withdraw as counsel.  The Clerk shall terminate all further CM/ECF notification to Mr. Owen in this case.

The Clerk is further DIRECTED to appoint the Office of the Federal Public Defender as counsel for Defendant Poole.  In the event that a conflict exists for the Federal Public Defender is otherwise unable to represent Defendant, the Clerk is

2

DIRECTED to appoint substitute CJA Counsel for Defendant Poole as soon as practicable.

Dated this 26th day of October, 2015.

BY THE COURT:

William J. Martinez
United States District Judge