IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RICKY GARRISON,
4.     FRANCISCO AGUILAR,
5.     SIMEON RAMIREZ,
9.     ARCHIE POOLE,
11.   MELVIN TURNER,
15.   ROBERT PAINTER,
16.   LATOYA WIMBUSH,

        Defendants.

---

MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS'
VARIOUS MOTIONS FOR DISCOVERY
(DOC. NOS. [611], [613], [614], [615], [618], AND [621])

---

THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney, hereby respectfully requests additional time to respond to Defendants' various motions for discovery (Doc. Nos. [611], [613], [614], [615], [618], and [621]).

1.     The Government respectfully asks the Court to take judicial notice of the contents of its own file in this case. This case original came before the Court via complaint on May 27, 2014. Subsequently, an Indictment dated June 4, 2014, charged sixteen defendants with various charges in a Seventy-One count Indictment.

2.       On July 7, 2014, this Honorable Court declared the case complex, Doc. No. 188, and excluded 210 days from the Speedy Trial Clock and set the case for a Status Conference on January 20, 2015.

3.       As a result of the January 20, 2015, Status Conference and the Court's assessment of the Parties' representation of the status of the case, the Court issued an Order, Doc. No. 360, Granting an additional Ends of Justice continuance of 135 days.  Also, in the same Order the Court ordered that all discovery motions and motions regarding the indictment shall be filed by June 1, 2015.   The Government was ordered to respond to said motions 30 days later.

4.       On May 14, 2015, Defendant Christopher Martinez filed an Unopposed Motion for Extension of Time in Which to File Motions, Doc. No. 435.

5.       On May 21, 2015, the Court Granted (Doc. No. 450) Defendant Martinez's Unopposed Motion to Exclude 150 Days from the Speedy Trial Act.   In the same Order the Court vacated the Trial date and all pretrial deadlines.   On May 22, 2015, the Court issued an Amended Order Granting Defendant Martinez's Unopposed Motion to Exclude 150 Days from the Speedy Trial Act, Doc. No. 451, excluding 160 days from the Speedy Trial Act.

6.       On June 26, 2015, the Government filed the Government Response to Defendant Christopher Martinez's Motion for Reconsideration of Order Resetting Trial Date and Related Deadlines, Doc. No. 499.

7.       On July 2, 2015, Defendant Simeon Ramirez filed Defendant Simeon Ramirez (1) Unopposed Joint Motion to Continue Motions Deadlines and Trial Date and (2) Stipulation Regarding Exclusion of Time in the Interest of Justice Pursuant to 18 U.S.C. § 3161(h)(7)(A), Doc. No. 507.

8.      On July 17, 2015, the Court issued an Amended Order Resetting Trial Date and Related Deadlines, Doc. No. 517.   The Court's Order resolved both Defendant Christopher Martinez's Motion for Reconsideration of Order Resetting Trial Date and Related Deadlines (Doc. No. 490) and the Government's Response to the Defense Motion for Reconsideration of Order ((Doc. No. 499).   In the Order, the Court excluded all days from November 12, 2015, to and including February 10, 2016, from the Speedy Trial Clock.   Additionally, the Court ordered all discovery Motions and Motions regarding the Indictment shall be filed by October 9, 2015.   The Court gave the Government until November 9, 2015, to respond to said motions.

9.      On October 9, 2015, the remaining defendants in the case filed various motions for discovery (Doc. Nos. [611], [613], [614], [615], [618], and [621]).

10.      On October 14, 2015, this Honorable Court issued a Second Amended Order requiring the Government to respond to the various motions for discovery (Doc. Nos. [611], [613], [614], [615], [618], and [621]) (Doc. No. 627) on or before October 26, 2015.   This order essentially halved the amount of time that the Government was initially allowed to have in order to respond to motions.   Although the Government has been diligent and has attempted to respond to the motions as ordered by the Court, the Government simply has not been able to research, analyze, draft, and respond to the motions in the time as ordered by the Court in its Second Amended Order, Doc. No. 627.

11.      The Government would request the Court allow the Government to respond to the Defendants' various motions for discovery (Doc. Nos. [611], [613], [614], [615], [618], and [621]) on or before November 9, 2015, as initially ordered by the Court.

12.     The Government has attempted to contact counsel for the remaining defendants in the case.[1]   None of the remaining attorneys has an objection to the Government's request.

Wherefore, the Government would request an order from the Court requiring the Government's responses to the various motions for discovery (Doc. Nos. [611], [613], [614], [615], [618], and [621]) be filed on or before November 9, 2015.

Respectfully submitted this 26th day of October, 2015.

JOHN F. WALSH
United States Attorney


By:  *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO. 80202
Telephone (303) 454-0118
Fax (303) 454-0401
e-mail:   zachary.phillips@usdoj.gov
Attorney for the Government

---

[1]Archie Poole does not have counsel at this time.   On October 16, 2015, the Court Granted Defendant Archie Poole's Motion to Appoint CJA Counsel, Doc. No. 645.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2015, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' VARIOUS MOTIONS FOR DISCOVERY (DOC. NOS. [611], [613], [614], [615], [618], AND [621]) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant