IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. **14-cr-00231-WJM-9**

UNITED STATES OF AMERICA, Plaintiff

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON.
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. **ARCHIE POOLE,**
10. LUIS RAMIREZ,
    a/k/a "Julian"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LOTOYA WIMBUSH

Defendant.

---

**ENTRY OF ATTORNEY APPEARANCE**

---

COMES NOW, RONALD J. HAHN, pursuant to CJA appointment and D.C.COLO.LCrR 44.1 (A), and enters his appearance for all purposes in the above- captioned case.

Dated this 2nd day of November, 2015.

           Respectfully submitted,

           s/Ronald J. Hahn
           Ronald J. Hahn
           333 W. Hampden Ave., Ste. 710
           Englewood, CO  80110
           Telephone #: 303-762-0445
           E-mail: rhahn3677@hotmail.com
           FAX Number:  303-806-8882
           Attorney for Defendant Archie Poole

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2015, a true and correct copy of the foregoing **ENTRY OF ATTORNEY APPEARANCE** was filed with the Clerk of Court using the CM/ECF system.

           s/Angie Diaz