IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: November 6, 2015 |
| Court Reporter: Gwen Daniel | Time: twenty-four minutes |
| Interpreter: N/A | |

Criminal Action No. **14-cr-00231-WJM**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                       Zachary H. Phillips

    Plaintiff,

v.

**3. CHRISTOPHER MARTINEZ**, a/k/a            Lisa F. Moses
Little C,

    Defendant.

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**11:05 a.m.    Court in Session**

Appearances of counsel.

Defendant is present and in custody.

Defendant sworn and states full name.  Defendant is **35** years old.
Defendant advised of maximum penalties.

Ms. Moses states for the record the extent and scope of the limited waiver of the defendant's appeal and collateral challenge rights contained in the Plea Agreement.

Colloquy between the Court and the defendant

The defendant confirms that he understands and agrees to the limitations contained in the Plea Agreement and his right to appeal the sentence the Court will impose.

Defendant's right to trial to jury and other constitutional rights explained.

Count One of Indictment read to the Defendant.

Defendant pleads guilty to Count One of Indictment and admits to forfeiture allegation.

**ORDERED:** **Court Exhibit 1 - Plea Advisement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are RECEIVED into evidence.**

**ORDERED:** **Defendant's plea of guilty is ACCEPTED.**

**ORDERED:** **The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, MUST be filed no later than 14 days prior to the date of the sentencing hearing. Proposed orders on such motions must be provided to the Chambers e-mail address at the same time. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.**

**ORDERED:** **Sentencing is set for Wednesday, February 3, 2016, at 2:00 p.m., in Courtroom A-801.**

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

**11:29 a.m.** **Court in Recess.**

**Hearing Concluded**