IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT GARRISON'S MOTION
FOR DISCOVERY CONCERNING POTENTIAL EXPERTS
(DOC. NO. 613)**

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado and through the undersigned Assistant United States Attorney, hereby respectfully files the Government's Response to Defendant Garrison's Motion for Discovery Concerning Potential Experts (Doc. No. 613) as follows:

The Defendant has requested notice of the Government's intent to call expert witnesses and discovery related thereto. The Government is well aware of and understands its obligations under Fed.R.Crim.P. 16(a)(1)(D) and (E), as requested by the defendant, as well its obligations under Fed.R.Crim.P. 16(a)(1)(F) and (G), the sections of Rule 16 that deal specifically with expert witness testimony. Some results or reports of tests have already been disclosed to the defendant during the discovery process. The Government will comply with the requirements of Rule 16(a) in supplemental discovery responses well prior to trial. The government does not object to defendant's requested timing as outlined in paragraph 9 of the defendant's motion (Doc. No. 613).

Respectfully submitted this 9th day of November, 2015.

        JOHN F. WALSH
        United States Attorney


By: *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:  (303) 454-0118
     Fax:  (303) 454-0401
     e-mail:  zachary.phillips@usdoj.gov
     Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November, 2015, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT GARRISON'S MOTION FOR DISCOVERY CONCERNING POTENTIAL EXPERTS (DOC. NO. 613)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                            *s/Maggie E. Grenvik*
                            Maggie E. Grenvik
                            Legal Assistant