## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

### GOVERNMENT'S RESPONSE TO DEFENDANT GARRISON'S MOTION FOR DISCOVERY OF INFORMATION CONCERNING HIS ALLEGED STATEMENTS TO GOVERNMENT AGENTS
### (DOC. NO. 616)

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado and through the undersigned Assistant United States Attorney, hereby respectfully files the Government's Response to Defendant Garrison's Motion for Discovery of Information Concerning His Alleged Statements to Government Agents (Doc. No. 616) as follows:

The Government agrees to contact the Aurora Police Department and Metro Gang Task Force and inquire about the existence of a report detailing the statement of the Defendant. The Government will confer with defense counsel regarding what the Government learns.

Dated this 9th day of November, 2015.

                Respectfully submitted,

                John F. Walsh
                United States Attorney

      By   *s/Zachary Phillips*
                ZACHARY PHILLIPS
                Assistant United States Attorney
                U.S. Attorney's Office
                1225 17th St., Suite 700
                Denver, CO 80202
                Telephone (303) 454-0118
                Fax (303) 454-0401
                e-mail:  zachary.phillips@usdoj.gov
                Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November, 2015, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT GARRISON'S MOTION FOR DISCOVERY OF INFORMATION CONCERNING HIS ALLEGED STATE-MENTS TO GOVERNMENT AGENTS (DOC. NO. 616)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                *s/Maggie E. Grenvik*
                                                Maggie E. Grenvik
                                                Legal Assistant