IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RICKY GARRISON,

      Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR
FRE 404(B), 405, 406, 608 AND RES GESTAE EVIDENCE
(Doc. No. 618)**

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado and through the undersigned Assistant United States Attorney, hereby respectfully files the Government's Response to Defendant's Motion for Notice of FRE 404(B), 405, 406, 608 and Res Gestae Evidence (Doc. No. 618) as follows:

There is a possibility that the Government will seek to introduce evidence pursuant to Rule 404(b) at trial against some or all of the Defendants. Rule 404(b) requires the Government to provide "reasonable notice . . . of the general nature of any such evidence it intends to introduce at trial." Rule 404(b) does not require the Government to provide notice of 404(b) evidence it intends to introduce relative to co-defendants. The Government agrees with the Defendant's request and states its intention to disclose the evidence it intends to introduce pursuant to Rule 404(b) no later than 60 days prior to trial, or pursuant to other Order of the Court.

Dated this 9th day of November, 2015.

                Respectfully submitted,

                John F. Walsh
                United States Attorney

By   *s/Zachary Phillips*
                ZACHARY PHILLIPS
                Assistant United States Attorney
                U.S. Attorney's Office
                1225 17th St., Suite 700
                Denver, CO 80202
                Telephone (303) 454-0118
                Fax (303) 454-0401
                e-mail:  zachary.phillips@usdoj.gov
                Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November, 2015, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR FRE 404(B), 405, 406, 608 AND RES GESTAE EVIDENCE (Doc. No. 618)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              *s/Maggie E. Grenvik*
                                              Maggie E. Grenvik
                                              Legal Assistant