IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-00231-WJM-01

UNITED STATES OF AMERICA,
                Plaintiff,

v.

1. **RICKY GARRISON**,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. **ROBERT PAINTER**, and
16. LATOYA WIMBUSH,
                Defendants.

_____

**JOINT STATUS REPORT REGARDING PENDING MOTIONS**
_____

      The Defendants Ricky Garrison and Robert Painter, by and through their attorneys, and the government, by and through AUSA Zachary Phillips, jointly submit the following status report regarding pending motions.

      **1.**      On July 17, 2015 the Court issued an order in which the Court ordered, "A hearing will be promptly set on any disputed discovery issues. If there are no disputed

1

discovery issues, the parties are DIRECTED to file a joint written statement." Amended Order Resetting Trial Date and Related Deadlines (Doc. # 517). The defendants have filed several motions to which the prosecution has filed responses. A review of the prosecution's responses reveals that some motions are in dispute and some are not. The below status report is designed to outline which motions are in dispute and in need of a hearing and which are undisputed.

    2.    A review of the prosecution's responses to other motions indicate that several are in dispute as detailed below:

    a)    Motion for Specific Discovery (Doc. # 611) - The government filed a response in which they request that the defense motion be denied. (Doc. # 678).

    b)    Motion for Timely Discovery of *Giglio* Materials (Doc. # 614) - The government filed a response in which they request that the defense motion be denied. Doc. # 671.

    c)    Motion for Discovery Concerning Confidential Sources (Doc. No. 615). The government filed a response in which they request that the defense motion be denied. Doc. # 676.

    d)    Defendant Garrison's Motion Objecting to Misjoinder of Counts or in the Alternative to Sever Counts (Doc. # 617) - The government filed a response in which they request that the defense motion be denied. Doc. # 676.

    e)    Defendant Robert Painter's Motion to Dismiss Count One (Doc. # 619) - The government filed a response in which they request that the defense motion be denied (Doc. # 677).

    **3.**    The following motions are not in dispute and no hearing is necessary to address such motions:

    a)    Motion for Discovery Concerning Potential Experts (Doc # 613)- The government filed a response in which it notified the Court and the parties that they have no objection to the requested disclosures and the timing of such disclosures as requested by the defense. (Doc. # 670).

    b)    Defendant Garrison's Motion for Discovery of Information Concerning His Alleged Statements to Government Agents (Doc. # 616) - The government filed a response in which they agreed to make inquiries concerning the alleged statements of defendant Garrison and reveal what it learns to defense counsel. (Doc. # 672).

    c)    Motion for Notice of FRE 404(B), 405, 406, 608 and *Res Gestae* Evidence (Doc # 618) - The government filed a response in which it notified the court and parties of their intent to introduce 404 (b) evidence and agreed to provide no less than 60 days notice of such evidence. (Doc. # 675).  The Government did not indicate its intent to offer evidence under FRE 405, 406, 608 or *res gestae* evidence.

    **4.**    A hearing is necessary on the unresolved motions as there are factual and legal disputes which need to be resolved by the Court. The parties will continue to confer between now and the date of the discovery hearing in an attempt to resolve outstanding issues.

DATED this 17th day of October, 2015.

Respectfully submitted,

s/James A. Castle
James A. Castle
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
f: (303) 329-5500

Mitchell Baker
Attorney for Ricky Garrison
1543 Champa, Suite 400
Denver, CO 80202
303.592.7353
mitchbaker@estreet.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2015, I electronically filed the foregoing **MOTION FOR EARLY DISCLOSURE OF JENCKS, *BRADY* AND *GIGLIO* MATERIAL AND IMMEDIATE DISCLOSURE OF ALL *BRADY* AND *GIGLIO* MATERIALS WHICH RELATE TO PRE-TRIAL MOTIONS ISSUES** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                     s/James A. Castle
                                                    Jam