IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.    LUIS RAMIREZ,

    Defendant.

## ORDER TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO DEFENDANT LUIS RAMIREZ

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Luis Ramirez, and for good cause shown, it is hereby

ORDERED that other than Count Sixty-Seven, to which the Defendant has pled guilty, all remaining Counts of the Indictment are dismissed as to Defendant Luis Ramirez.

DATED this _____ day of _____, 2015.

                BY THE COURT:

                JUDGE WILLIAM J. MARTINEZ
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO