IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.    LUIS RAMIREZ,

    Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America (the Government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, and hereby requests this Court to permit a continuance of the presently set sentencing hearing and in support of such states the following:

    1.    The Defendant is presently set for sentencing on December 3, 2015, at 2:00 P.M.

    2.    The Government requests the Court continue the sentencing hearing as to this Defendant, as this Defendant must be sentenced after the trial of one or more of the remaining defendants. The trial in this case is presently set for April 11, 2016. It is necessary to continue the sentencing of this Defendant so that he may fulfill his plea agreement responsibilities to receive the benefit of a 5K1.

    3.    The Government requests the presently set sentencing hearing date be continued and a new sentencing date convenient for the Court be set after April 11, 2016.

    4.    The Government has contacted counsel for Mr. Ramirez, Adam Tucker, Esq., who does not oppose this request, as it is part of Mr. Ramirez's plea agreement.

WHEREFORE, the Government respectfully requests that the Court vacate the presently set sentencing hearing and set a new sentencing hearing after April 11, 2016.

Dated this 30th day of November, 2015.

        Respectfully submitted,

        John F. Walsh
        United States Attorney

By  *s/Zachary Phillips*
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO 80202
        Telephone (303) 454-0118
        Fax (303) 454-0401
        e-mail:   zachary.phillips@usdoj.gov
        Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of November, 2015, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant