IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-00231-WJM-01

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

1. **RICKY GARRISON**,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,
                              Defendants.

_____

**JOINT MOTION TO FILE HARD COPY SUBMISSIONS WITH LEVEL 2
RESTRICTIONS**
_____

The Defendant Ricky Garrison, by and through his attorneys, and the

government, by and through AUSA Zachary Phillips, jointly submit the following motion

for a Court order authorizing the filing of hard copy submissions with the clerk of certain

documents as described herein.

**1.**          The defense has previously filed Defendant's Motion for Specific

Discovery (Doc. # 611).  The government has filed a response (Doc. 678).  The defense

motion and the government response refer extensively to portions of the various wiretap

applications that were issued by other district court judges and which are not currently a

part of the record in this case.

2.      Both the defense and the government believe it is essential that the Court

have access to the wiretap applications and orders and that such materials must be

made a part of the record in this case.

3.      The wiretap documents have been produced in discovery but the original

documents previously filed with the issuing courts remain sealed.  It is the intent of the

parties to continue to limit access to the wiretap pleadings as required by statute to the

Court, prosecution, and defendants.  Consequently, the documents must be filed with

Level 2 restricitions.

4.      The wiretap applications and related orders amount to over 2000 pages of

material.   Filing such materials by way of ECF filing would create numerous problems

as the ECF filing submissions restrict the size of attachments.  Counsel for Garrison and

the government have discussed with chambers what the best manner would be to file

the wiretap applications and orders.  It was suggested by chambers that a disc with an

electronic copy of the materials along with a duplicate hard copy of the materials be

hand filed with the clerk in lieu of filing the voluminous materials via ECF.  Simultaneous

with the hard copy filing an ECF filed motion would be filed identifying with particularity

the materials that would be filed in hard copy form.

5.      Therefore, counsel for Garrison and the government jointly move for an

order authorizing a joint submission of the wiretap applications and orders by way of a

hard copy submission.  The parties request that the submission be Level 2 restricted.

DATED this 25th day of November, 2015.


Respectfully submitted,


s/James A. Castle
James A. Castle
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
f: (303) 329-5500

Mitchell Baker
Attorney for Ricky Garrison
1543 Champa, Suite 400
Denver, CO 80202
303.592.7353
mitchbaker@estreet.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2015, I electronically filed the foregoing **JOINT MOTION TO FILE HARD COPY SUBMISSIONS WITH LEVEL 2 RESTRICTIONS** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/James A. Castle
James A. Castle