**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **RICKY GARRISON,**

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO FILE HARD COPY SUBMISSIONS
WITH LEVEL 2 RESTRICTIONS**

---

Before the Court is the Government's and Defendant Ricky Garrison's Joint Motion to File Hard Copy Submissions with Level 2 Restrictions. (ECF No. 699.)[1] The motion requests leave to file wiretap applications conventionally, specifically, on optical disk with a courtesy hard copy. The motion further requests that such filing be designated Restricted Access, Level 2. The Court finds good cause both for conventional filing and for designating the filing as Restricted Access, Level 2. Accordingly:

1.     The Joint Motion to File Hard Copy Submissions with Level 2 Restrictions (ECF No. 699) is GRANTED;

---

[1] The Court appreciates that the first page of the motion shows it has been filed on behalf of Ricky Garrison only. However, the filer of the instant motion (counsel for Garrison) nonetheless appears to have checked the box in CM/ECF designating this filing on behalf of all defendants. **Filers must be sure *both* to include the proper caption *and* to check only the appropriate defendants when creating a filing through CM/ECF.**

1

2. The parties shall conventionally file the relevant wiretap applications, on optical disk with a courtesy hard copy; and

3. The Clerk shall accept the conventionally filed materials under Restricted Access, Level 2, and shall maintain such Restricted Access until further order of the Court.

Dated this 1st day of December, 2015.

BY THE COURT:

William J. Martinez
United States District Judge