IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 1:14 cr 00231 WJM

UNITED STATES OF AMERICA
PLAINTIFF

V.

RICKY GARRISON,
DEFENDANT

FILED
UNITED STATES DISTRICT COURT

DEC 02 2015

JEFFREY P. COLWELL
CLERK

## MOTION TO MODIFY JENKS ACT FOR CONFLICT OF INTEREST

COMES NOW, RICKY GARRISON, PROCEEDING PRO SE IN THIS MATTER, AND REQUEST THIS COURT GRANT THIS MOTION AS GROUNDS THEREFORE, MR. GARRISON STATES AS FOLLOWS:

TO MY KNOWLEDGE AND UNDERSTANDING AS A DEFENDANT/CLIENT IN THE COURT OF LAW IT IS MY CONSTITUTIONAL RIGHT TO A FAIR TRIAL AND MY DUE PROCESS TO BE ABLE TO REVIEW ALL MATTERS BROUGHT AGAINST ME. I HAVE BEEN INCARCERATED SINCE MAY 23, 2014 IN CUSTODY OF FDC ENGLEWOOD IN WHICH MY DISCOVERY IS ONLY AVAILABLE BY DISCS THREE TO FOUR DAYS A WEEK. IN WHICH THERE ARE TWO UNITS IN THE FACILITY A AND B SIDE ONE-HUNDRED MEN PER SIDE, TWO HOURS PER DAY IN WHICH ME AND OTHER INMATES HAVE TO SHARE THIS TIME DAILY. I HAVE BEEN INCARCERATED EIGHTEEN MONTHS AND STILL HAVEN'T BEEN ABLE TO COMPLETELY REVIEW MY ENTIRE DISCOVERY. I AM NOT TRYING TO RECEIVE SEALED DOCUMENTS OR CONFIDENTIAL SOURCE INFORMATION BUT JUST THE OPPORTUNITY TO HAVE MY APPLICATIONS, SEARCH WARRANTS, AFFIDAVITS, ETC ON HAND SO I CAN REVIEW AND CROSS REFERENCE MY CASE FOR IT IS MY DUE PROCESS. I HAVE ASKED MY ATTORNEY REPEATEDLY IN WHICH HE MENTIONS THE PROTECTION ORDER, BUT YET, WHILE INCARCERATED OTHER INMATES (CO-DEFENDANTS) HAVE HAD ACCESS TO THE SAME INFORMATION AGAINST THAT COURT ORDER AND ARE SHOWING ME THESE DOCUMENTS AND OTHER INMATES INFORMATION THEY SHOULDN'T HAVE IN VIOLATION OF THIS PROTECTION ORDER.

IT IS EXTREMELY NECESSARY FOR ME TO BE ABLE TO REVIEW MY INFORMATION FOR IT IS MY DUE PROCESS IN THE COURT OF LAW. TODAY I AM SIMPLY ALERTING THE COURT THAT I HAVE DISCUSSED THIS MATTER WITH MY ATTORNEY (MR. JAMES CASTLE) AND HE TELLS ME HE CAN NOT VIOLATE THE COURT ORDER. SO I MR. GARRISON AM ASKING THE COURT RESPECTFULLY TO GRANT ME MY DOCUMENTS ON PAPER SO I CAN REVIEW FREELY. MY CONFLICT IS THAT MR. CASTLE HAS NOT ADDRESSED THE COURT WITH THE MATTER AT ALL. AND ALSO THAT THE SAME INFORMATION I AM CURRENTLY BEING DENIED IS CURRENTLY IN THIS FACILITY AND HAS BEEN THROUGHOUT THIS WHOLE TIME. THE COURT WAS NOTIFIED OF THE MATTER ONE YEAR AGO THRU MY COUNSEL IN WHICH SHAWN BEARDSLEY REPRESENTED BY: ELISA MORAN HAD COPIES OF DISCOVERY DISCS. FOR THESE REASONS ALONE I, MR. RICKY GARRISON REQUEST THE COURT TO GRANT THIS MOTION TO MODIFY THE ORDER BEING IT HAS ALREADY HONESTLY AND DIRECTLY BEEN VIOLATED. I, MR. GARRISON ASK RESPECTFULLY TO GRANT THIS MOTION TO MODIFY THE PROTECTION JENCKS ACT ORDER.

RESPECTFULLY SUBMITTED,

DATED: NOVEMBER 30, 2015

*Ricky Garrison*
RICKY GARRISON

Ricky CARLisas #40459013
Federal Detention Center
9595 W. Quincy Ave
Littleton, CO 80123

DENVER CO 802
01 DEC 2015 PM 2 L

Legal Mail:
U.S. District Court
901 - 19th St Rm # A105
Den, CO 80294

8029425O151