IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00231-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON,
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER,
16. LATOYA WIMBUSH,

Defendants.                                                **LEVEL 2 RESTRICTED**

---

**BRIEF IN SUPPORT OF MOTION TO RESTRICT INVENTORY NOTICE OF CONVETIONALLY SUBMITTED MATERIAL**
_____

The United States of America, by and through the undersigned Assistant United

States Attorney for the District of Colorado, hereby files this Brief in Support of the

Inventory Notice Of Conventionally Submitted Material, filed December 4, 2015, as follows:

The Court has authority to restrict documents upon a showing of compelling reasons. See D.C.COLO.LCrR 47.1(A). Restriction of the notice is appropriate under D.C.Colo.LCrR 47.1 for the following reasons and as further outlined below: 1) the interests stated herein outweigh the presumption of public access; and 2) only restricted access will adequately protect the interests in question.

Accordingly, the government moves that the Court restrict Inventory Notice Of Conventionally Submitted Material, including any attachments, to Level 2, which will make this document viewable to Mr. James Castle, Mr. Mitch Baker, government counsel, and the Court only.

Dated:   December 4, 2015

Respectfully submitted,
JOHN F. WALSH
United States Attorney

By:   *s/Zachary Phillips*
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone: (303) 454-0100 / Fax: (303) 454–0401
E-mail: Zachary.Phillips@usdoj.gov
Attorney for Government