IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,

    Defendant.

---

**INVENTORY NOTICE OF CONVETIONALLY SUBMITTED MATERIAL
(DOC. NO. 709)**

---

    The United States of America, by John F. Walsh, United States Attorney for the District of Colorado and through the undersigned Assistant United States Attorney, hereby respectfully files an inventory notice of conventionally submitted material (Doc. No. 709).

    On November 30, 2015, a Joint Motion for Order to File Hard Copy Submissions with Level 2 Restrictions (Doc. No. 699) was filed.

    On December 1, 2015, the Court issued an Order Granting Joint Motion to File Hard Copy Submissions with Level 2 Restrictions (Doc. No. 701).

    On Thursday, December 3, 2015, the government delivered a notebook and an electronic disc (each containing the same material) to the United States

1

Clerk's Office, District of Colorado.  These two items contained the following items:

**TT 1**
Application (10-23-13)
Affidavit (10-23-13)
Order (10-23-13)

**TT 2**
Application (11-15-13)
Affidavit (11-15-13)
Order (11-15-13)

**TT 2 Extension and TT 3**
Application (12-13-13)
Affidavit (12-13-13)
Order (12-13-13)

**TT 4 and TT 5**
Application (12-30-13)
Affidavit (12-30-13)
Order (12-30-13)

**TT 6 and TT 7**
Application (01-30-14)
Affidavit (01-30-14)
Order (01-30-14)

**TT 2 Renewal and TT 8 and TT 9**
Application (02-24-14)
Affidavit (02-24-14)
Order (02-24-14)

**TT 2 Renewal and TT 8 and TT 9 Amended**
Application (02-27-14)
Affidavit (02-27-14)
Order (02-27-14)

**TT 10**
Application (03-21-14)
Affidavit (03-21-14)
Order (03-21-14)

**TT 11**
Application (04-19-14)
Affidavit (04-19-14)
Order (04-19-14)

**TT 12 and TT 13**
Application (05-13-14)
Affidavit (05-13-14)
Order (05-13-14)

Respectfully submitted this 4th day of December, 2015.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Zachary Phillips*
ZACHARY PHILLIPS
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454–0401
E-mail: Zachary.Phillips@usdoj.gov
Attorney for Government

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 4th day of December, 2015, I electronically filed the foregoing INVENTORY NOTICE OF CONVETIONALLY SUBMITTED MATERIAL (DOC. NO. 709) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                 <u>*s/Diana Brown*</u>
                                                 Legal Assistant
                                                 U.S. Attorney's Office