**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.    **RICKY GARRISON,**

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT GARRISON'S MOTION TO MODIFY
*JENCKS* ACT FOR CONFLICT OF INTEREST
(DOC. NO. 705)**

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado and through the undersigned Assistant United States Attorney, hereby respectfully files the Government's Response to Defendant Garrison's Motion to Modify *Jencks* Act for Conflict of Interest (Doc. No. 705) and states the defendant's motion should be denied and the government states as follows:

In the defendant's motion the defendant requests the Court, "to grant me my documents on paper so I can review them freely." (Doc. No. 705, p. 2.) It is this request the government will address.

The defendant's request should be denied. This Court has previously, for good cause shown, entered a protective order in this case (see Doc. No. 185). It is true that this protective order was violated by other parties in the case. However, the defendant's argument appears to be that because the Court's Order was previously violated it should be vacated. Two wrongs would not make a right. The Court's Protective Order should remain in place.

The defendant's motion should be denied.

Respectfully submitted this 10th day of December, 2015.

        John F. Walsh
        United States Attorney

By   *s/Zachary Phillips*
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO 80202
        Telephone (303) 454-0118
        Fax (303) 454-0401
        e-mail: zachary.phillips@usdoj.gov
        Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of December, 2015, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT GARRISON'S MOTION TO MODIFY *JENCKS* ACT FOR CONFLICT OF INTEREST (DOC. NO. 705)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                  *s/Maggie E. Grenvik*
                                  Maggie E. Grenvik
                                  Legal Assistant