CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Luis Ramirez                              Dkt. No.  1:14-cr-231-WJM-10

## Petition for Action on Conditions of Pretrial Release

Comes now, Jordan Buescher, Probation Officer of the Court, presenting an official report upon the conduct and attitude of defendant Luis Ramirez,, who was placed under pretrial release supervision by the Honorable Kathleen M. Tafoya, sitting in the Court at Denver Colorado, on September 11, 2015.  As noted in the Order Setting Conditions of Release (Document 574), the Court ordered conditions of pretrial release.  The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

1) **Violation Of Federal State or Local Law**

The defendant was arrested by the Aurora Police Department on December 13, 2015, for Careless Driving, Driving Under the Influence, Hit and Run, Fleeing, Driving on Revoked License, and Violation of a Protection Order, all of which are a violation of state law.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violation(s) of pretrial release, and subsequent to the arrest of the defendant, that the Court address violations of the conditions of pretrial release.

### ORDER OF THE COURT

Considered and ordered filed under seal and made a part of the record in the above case.

I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Jordan Buescher*
Jordan Buescher
United States Probation Officer
December 14, 2015

Kathleen M. Tafoya
Magistrate Judge

Date:  *Dec 14, 2015*