IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 14-CR-00231-WJM
UNITED STATES OF AMERICA,
                Plaintiff

V.

FRANCISCO AGUILAR,
        Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 14 2015
JEFFREY P. COLWELL
CLERK

___

**Motion to Remove LESLEE BARNICLE as Defense Counsel, for Ineffective assistance of Counsel and for appointment of new CJA Defense Counsel**

Comes Now, Francisco Aguilar. Proceeding pro se in this matter, and Request this Court Grant this motion and as grounds therefore, Mr. AGUILAR States as follows:

Attorney LESLEE BARNICLE has represented Mr. AGUILAR on this Case no: 14-CR-00231-WJM

Mr. AGUILAR has made numerous attempts in Contacting MS. BARNICLE through Phone, Emails, and outside Parties but has not been Successful in making such Contact. Mr. AGUILAR has been asking Counsel for updates & documentation pertaining to his Case in which Ms. BARNICLE has not responded. Mr. AGUILAR has asked Ms. BARNICLE to Contact him since October 20th 2015 and has yet to hear from Ms. BARNICLE. Mr. AGUILAR feels that Ms. Barnicle has not upheld her duty in representing him in a Rightful manner and feels Ms. Barnicle is not

Looking out for Mr. Aguilars best Interest,

For these reasons previously stated Mr. Aguilar request this Court grant this Motion Respectfully.

Dated: December 8th 2015

*Francisco Aguil*
Francisco Aguilar



Francisco Aguilar  
#40483-013  
Federal Detention Center  
9595 W. Quincy Ave  
Littleton, Co. 80123

DENVER CO 802  
21 DEC 2015 PM 1 L

8029425015 1

U.S. District Court  
901 - 19th St, Rm A105  
Den, Co. 80294