AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

FILED
UNITED STATES DISTRICT COURT
DEC 18 2015
JEFFREY P. COLWELL
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Luis Ramirez | ) | Case No. 1:14-cr-00231-WJM-10 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Luis Ramirez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Violation of Order Setting Conditions of Release, namely being in violation of state and local laws.

Date: 12/14/2015

s/M. Ortiz, Deputy clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/16/15, and the person was arrested on *(date)* 12/17/15
at *(city and state)* Aurora, CO.

Date: 12/17/2015

*Arresting officer's signature*

Sara Aerts, Special Agent
*Printed name and title*