IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
**4. FRANCISCO AGUILAR**,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,
    Defendants.

## RESPONSE TO DEFENDANT AGUILAR'S MOTION TO DISMISS

Counsel for Mr. Francisco Aguilar hereby responds to Mr. Aguilar's motion to dismiss counsel as ordered by this Court.

1. Undersigned counsel is court appointed on this matter.

2. Undersigned counsel has spent considerable time reviewing the massive discovery in this matter.

3. Until recently, Mr. Aguilar was on bond and out of custody. Counsel, Mr. Aguilar's family and Probation have looked for a treatment facility that would accept him with the pending case and have been unsuccessful to this point. Entering into a treatment facility was an option the Magistrate Judge suggested if Mr. Aguilar wanted to get out of custody.

4. As Mr. Aguilar is in custody at the Federal Detention Center ("FDC"), counsel can no longer telephone him to discuss matters. Counsel has emailed Mr. Aguilar to advise him of dates when counsel would be visiting him to discuss his case. It appears that these emails were never delivered to Mr. Aguilar and he was unaware of counsel's plans to meet with him.

5. Counsel visited with Mr. Aguilar at FDC on December 11, 2015. At that time, Mr. Aguilar indicated he had just mailed his motion the night before. Counsel and Mr. Aguilar spent considerable time at FDC. Due to client confidentiality, counsel will not discuss any contents of the meeting other than to indicate that Mr. Aguilar advised counsel to let the Court know all was good with our relationship and he did not want to terminate my representation.

6. Counsel again met with Mr. Aguilar on December 17, 2015 and Mr. Aguilar reiterated his wish to have undersigned counsel remain on his case.

7.      Counsel believes any issues between counsel and Mr. Aguilar have been resolved and no further action need be taken.

8.      If the Court determines that further documentation is needed or a hearing needs to be held, counsel requests this be done *ex parte* and without any other defendants present or given access to said information.

Respectfully submitted,

s/ Leslee A. Barnicle
_____

Leslee A. Barnicle
Attorney at Law
Leslee A. Barnicle PC
1175 Osage Street
Ste. 200
Denver, CO 80204
lesleebarnicle@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2015, I electronically filed the foregoing  **RESPONSE TO DEFENDANT AGUILAR'S MOTION TO DISMISS** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/Leslee A. Barnicle
Leslee A. Barnicle