IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.    CHRISTOPHER VIGIL

      Defendant.

_____

**OBJECTIONS AND COMMENTS REGARDING PRESENTENCE INVESTIGATION REPORT**
_____

The Defendant, Christopher Vigil, through undersigned counsel, hereby submits the following corrections and comments to the Presentence Investigation report (Doc. 747):

1.    U.S. Probation Officer MariJo Paul has done an exemplary job of providing information concerning the case and Mr. Vigil.  The following are relatively minor corrections to the report and do not, in the eyes of Mr. Vigil, diminish in any way the incredible depth of work performed by P.O. Paul.

2.    In Paragraph 63, Page 11 of the report, Angelique Robinson is identified as the sister of Mr. Vigil's wife, Victoria Nguyen.  In actuality, Ms. Robinson is a half-sister.  Moreover, the "Marital" section should note that Mr. Vigil's wife, Victoria, is currently six months pregnant with their second biological child.

3.    In Paragraph 89, Page 14 of the report, a 2003 Ford vehicle is listed as an asset.  Mr. Vigil had that vehicle junked approximately two weeks ago and received $200.00 USD for the vehicle.  Mr. Vigil received a copy of the State of Colorado Motor

Vehicle Bill of Sale (No. A0139884) confirming that the 2003 Ford, VIN number 1FMYU92113KD77538, was sold on January 5, 2016 to Colorado Junk Cars. Therefore, the 2003 Ford is no longer a current asset.

Dated:  January 19, 2016

                Respectfully submitted,

                ANDRES R. GUEVARA
                Law Office of Andres R. Guevara


                s/ Andres R. Guevara
                ANDRES R. GUEVARA
                Law Office of Andres R. Guevara
                5200 DTC Parkway, Suite 180
                Greenwood Village, CO 80111
                Telephone:  (720) 379-8262
                FAX: (720) 528-7740
                E-mail:andres@guevaracoloradolaw.com
                Attorney for Christopher Vigil


**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on January 19, 2016, I electronically filed the foregoing **OBJECTIONS AND COMMENTS REGARDING PRESENTENCE INVESTIGATION REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Zachary Phillips, Assistant United
States Attorney
Zachary.Phillips@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christopher Vigil (by hand delivery)

                                               s/ Andres R. Guevara
                                               ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 410
Greenwood Village, CO 80111
Telephone: (720) 379-8262
FAX: (720) 528-7740
E-mail :andres@guevaracoloradolaw.com
Attorney for Christopher Vigil