IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    CHRISTOPHER VIGIL,

    Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America (the Government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, hereby requests this Court to permit a continuance of the presently set sentencing and in support of such states the following:

1.    The Defendant is presently set for a Sentencing Hearing on February 4, 2016, at 11:00 A.M.

2.    The Government (and the Defendant) request the Court continue the sentencing hearing, as this Defendant must be sentenced after the trial and/or sentencing of several of the co-defendants in this case. This Defendant will very likely be called as a witness in the trial of several of the co-defendants. It is necessary to continue the sentencing of this Defendant so that he may fulfill his plea agreement responsibilities to receive the benefit of a 5K1.

3.    The Government requests the presently set sentencing date be continued and set as a sentencing date convenient for the Court after April 29, 2016.

4. The Government has contacted counsel for Mr. Vigil, Andres Guevara, Esq., who does not oppose this request as it is part of Mr. Vigil's plea agreement.

WHEREFORE, the Government respectfully requests that the Court vacate the presently set sentencing hearing and set a sentencing hearing after April 29, 2016.

Dated this 19th day of January, 2016.

    Respectfully submitted,

    John F. Walsh
    United States Attorney

By  *s/Zachary Phillips*
    ZACHARY PHILLIPS
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO 80202
    Telephone (303) 454-0118
    Fax (303) 454-0401
    e-mail:   zachary.phillips@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of January, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant