IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
**3. CHRISTOPHER MARTINEZ**
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LOUIS RMAIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15.. ROBERT PAINTER, and
16. LATOYA WIMBUSH

    Defendants.
_____

## RESPONSE TO PRESENTENCE INVESTIGATION REPORT
_____

Mr. Martinez, through counsel, hereby submits the following response to the Presentence Investigation Report:

### PART A. THE OFFENSE

Charge(s) and Conviction(s)

    1.    In paragraph 4, the probation officer provides details about Mr. Martinez' write ups while incarcerated at the Federal Detention Center. Mr. Martinez does acknowledge

that he has had some issues while incarcerated, but does want the Court to know the following about those 2 incidents:

    a.  On July 8, 2015, Mr. Martinez was in an altercation in his pod. This was a fight involving 4 Hispanic inmates and a number of black inmates. Mr. Martinez used a broom to defend himself against other inmates that were using pad locks and other weapons. Undersigned counsel was aware of this situation and that nearly 2/3 of the inmates in the pod were moved into the SHU or other facilities. Some were allowed to return to FDC, others were not. Mr. Martinez was one of the inmates allowed to return to the facility.

    b.  The recent incident was for using drugs. The probation officer states that the drug involved was heroin. Mr. Martinez did not use heroin. He was given pills (opiates) from other inmates and used the pills. He admits that he used the drugs. This situation was actually very enlightening to Mr. Martinez. He had acknowledged his use of substances prior to his incarceration, but did minimize them with the idea that he could stop when he wanted to. The use of drugs, while incarcerated, while pending serious cases, was a dose of reality for him. He does need intervention and assistance in dealing with his drug problem.

## The Offense Conduct

    2.  In paragraph 30, there is discussion about co-defendant, Robert Painter. Within the description, it is alleged that Mr. Painter purchased drugs from Mr. Martinez. Mr. Martinez did not know Mr. Painter on the streets.

## Offense Level Computation

    3.  Mr. Martinez does not have any objections to the offense level.

## PART B. THE DEFENDANT'S CRIMINAL HISTORY

4. Mr. Martinez does not object to the criminal history and computation.

## PART C. OFFENDER CHARACTERISTICS

Personal and Family Data

5. Mr. Martinez has two parents that have been supportive to him; however, they do not condone his choices. It is not the life style that they participated in and do not want for him. They have also been burdened by his choices as they are now the caretakers for his children. Mr. Martinez does understand the position that he has put them in and is grateful for their support. He understands that he is so fortunate that they have taken in his children and the position that he has placed all of them in.

6. Mr. Martinez deeply loves his children and knows that his involvement in criminal activities put them at risk and is having a tremendous impact on them. While he was involved in drugs, he did his best to keep the drug dealing and drug use away from them. While it was going on, he was able to convince himself that this was not and would not hurt his children. He has learned that this is not true. He could not and can not isolate drug activity in a way that does not impact his family. He understands that he has caused great harm to his children. Although he does not enjoy incarceration, his biggest regret in getting involved in the drug business is the impact that this has on his children. They have become the innocent victims to his choices.

Substance Abuse

7. The impact to his family is beyond his dealing of drugs, it is also his abuse of prescription drugs. Prescription drugs are difficult for addicts because these are

"medication" that is prescribed by a doctor.  There can be a minimization of the use.  Mr. Martinez and his wife clearly fell into the dependence and abuse of pills.

8. Given Mr. Martinez' use of drugs while incarcerated, it is clear that he is in need of treatment.  Mr. Martinez' rehabilitation would be benefited by a program such as RDAP.

## PART F. FACTORS THAT MAY WARRANT A SENTENCE OUTSIDE OF THE ADVISORY GUIDELINE SYSTEM

<u>Factors to be considered in imposing a sentence, pursuant to 18 U.S.C. § 3553(a)</u>

9. Mr. Martinez' biggest strength is his family.  His family is not involved in criminal activities and expects him to refrain from such a lifestyle.  He deeply understands the burden that his actions has put on them and carries that burden with him.  He does not want to parent from prison and does not want his mother to have to raise his children.  He does understand that his choices have created this scenario and that he is only person that can change that in the future.

10. Mr. Martinez has begun to research facilities that can help him rehabilitate and become a successful member of society.  He discovered that the FCI in Phoenix has programs that can further his education in either the electrical or heating/ventilation/air conditioning.  He is trying to think ahead and ensure that he comes out of prison with a skill that he can turn into employment.  He does not want to turn to drug dealing again.  This facility also offers the RDAP program.  Mr. Martinez knows that this Court cannot guarantee placement at a specific facility, but is hopeful that he can get to Arizona.  This would allow him to be close to his family and earn certificates.

11. Mr. Martinez requests that this Court sentence him to 60 months to the Bureau of Prisons.

Filed this 19th day of January, 2016

                                                        Respectfully Submitted,

                                                        <u>/s/ Lisa Fine Moses</u>
                                                        Lisa Fine Moses
                                                        Attorney for the Defendant,
                                                        Christopher Martinez

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th Day of January, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Assistant United States Attorney | <u>/s/ Jessica Hosler</u> |
| Zachary Hugh Phillips | Paralegal |
| <u>Zachary.Phillips@usdoj.gov</u>, | LFM Defense |