IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    SIMEON RAMIREZ,
    Defendant.

---

**DEFENDANT SIMEON RAMIREZ NOTICE OF POTENTIAL DISPOSITION AND REQUEST TO SET A CHANGE OF PLEA HEARING**

---

**COMES NOW, Mr. Simeon Ramirez**, through undersigned counsel, and hereby notifies this Court of the parties potential resolution of the case and a request to set a change of plea hearing date. The disposition anticipates a potential guideline sentence that if imposed by this court is equal to the amount of pre-sentence time served to date. Thus, Mr. Simeon Ramirez request this date to be set as soon as possible, convenient to the Court and parties.

Dated: January 20, 2016.

                                        Respectfully submitted,

                                        *s/ Lisa M. Wayne*
                                        Lisa M. Wayne, Esq.
                                        Attorney for Simeon Ramirez

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January , 2016, I filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

                                          s/Lisa M. Wayne_____
                                          Lisa M. Wayne