# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

United States of America,

    Plaintiff,

v.

**16.    LATOYA WIMBUSH,**

    Defendants.

___

## NOTICE OF DISPOSITION
___

    Defendant Latoya Wimbush, by and through undersigned counsel, hereby notifies the Court that the parties have reached a disposition in this matter. Ms. Wimbush respectfully requests that a date and time be scheduled for a Change of Plea hearing.

Respectfully Submitted,

The Ward Law Firm, P.C.

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
The Ward Law Firm, P.C.
955 Bannock Street, Suite 200
Denver, CO 80204
Tel. 303-393-1101
tward@wardlawdenver.com

Dated: February 3, 2016