IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-00231-WJM-01

UNITED STATES OF AMERICA,
                Plaintiff,

v.

1. **RICKY GARRISON**,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,
                Defendants.

_____

**AMENDED MOTION TO WITHDRAW AS COUNSEL**
_____

      Counsel for Ricky Garrison, James A. Castle and Mitchell Baker, hereby move to withdraw as counsel for Mr. Garrison. As grounds therefore it is stated as follows:

      **1.**    Irreconcilable differences have arisen between counsel and the defendant sufficient that it is ethically necessary that the undersigned move to withdraw as counsel. Counsel cannot provide additional information to the Court

without violating the rules of professional conduct.  See D.C.COLO.LAttyR 5 (b).

2.	Mr. Garrison has been informed of this request but it is unknown whether he objects to the withdrawal.

3.	Mr. Garrison has been advised that if withdrawal is authorized he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

4.	Counsel for the government has been notified of this request and it is unknown whether they oppose the motion.

5.	The decision whether counsel should be permitted to withdraw rests within the court's sound discretion. In making this decision, the court balances the need for the orderly administration of justice with the fact that an irreconcilable conflict exists between counsel and the accused. In doing so, the court considers the history of the case, the timing of the motion, the inconvenience to witnesses, the period of time elapsed between the date of the alleged offense and trial, and the possibility that any subsequent counsel will be confronted with the same irreconcilable conflict. *United States v. Allen*, No. 06-40056-01-SAC, 2008 U.S. Dist. LEXIS 50968, at *11 (D. Kan. July 1, 2008).

6.	The undersigned are the first set of counsel appointed to represent Mr. Garrison.  As such there is no reason to believe that the same ethical dilemma faced by the undersigned will re-occur.  In addition, although there is a current trial date, that date may need to be moved due to the filing of wiretap and other motions.   Prior to circumstances arising which necessitated the filing of this motion, it was anticipated by

the defense and the government that a joint or unopposed motion would be filed requesting vacation of the current trial date and new scheduling orders. The undersigned would have filed such motions at this time but once a conflict arises counsel believed it best to bring this matter to the attention of the Court. When either an actual or potential conflict arises, defense counsel has a duty to promptly advise the defendant and the court of its nature and possible consequences. *Holloway v. Arkansas*, 435 U.S. 475, 485-87 (1978).

7. The undersigned has notified the government of this request but it is unknown whether the government opposes the motion.

8. The original of this motion had a typographical error and that has been fixed with this corrected motion.

DATED this 3rd day of February, 2016.


Respectfully submitted,


s/James A. Castle
James A. Castle
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
f: (303) 329-5500

Mitchell Baker
Attorney for Ricky Garrison
1543 Champa, Suite 400
Denver, CO 80202
303.592.7353

mitchbaker@estreet.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2016, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** using the CM/ECF system which will send notification of such filing to all counsel of record in this case and I have filed a copy of the motion via U.S. Mail to:

Ricky Garrison
Inmate # 40459-013
9595 W Quincy Ave
Littleton, CO 80123


                                               s/James A. Castle
                                               James A. Castle