**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.    RICKY GARRISON,**

      Defendant.

---

**ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL**

---

Before the Court is the Amended Motion to Withdraw as Counsel ("Motion") filed by Defendant Ricky Garrison's attorneys, James A. Castle and Mitchell Baker (together, "Counsel"). (ECF No. 780.) To warrant a substitution of counsel, the Court must find good cause, such as a conflict of interest, a complete breakdown of communication, or an irreconcilable conflict which may lead to an unjust verdict. *United States v. Vargas*, 316 F.3d 1163, 1166 (10th Cir. 2003). In the instant case, the Motion states that "[i]rreconcilable differences have arisen between counsel and the defendant sufficient that it is ethically necessary that the undersigned move to withdraw as counsel. Counsel cannot provide additional information to the Court without violating the rules of professional conduct." (ECF No. 780 ¶ 1.) Under the circumstances, the Court finds that Counsel have shown good cause to withdraw.

However, without understanding the specifics of the breakdown between Garrison and Counsel, the Court wishes to advise Garrison that he has a constitutional right to participate in his own defense, but he does *not* have the right to dictate all the elements of his defense, and his attorney does *not* have to blindly follow all of his instructions.  *Godinez v. Moran*, 509 U.S. 389 (1993).

Accordingly, the Court ORDERS as follows:

1.    Counsel's Amended Motion to Withdraw (ECF No. 780) is GRANTED; and

2.    The Clerk of Court shall forthwith appoint new counsel for Garrison from the CJA Panel.

Dated this 4th day of February, 2016.

BY THE COURT:

_____
William J. Martinez
United States District Judge

2