IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 14-CR-00231-WJM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. Christopher Martinez

    Defendant.

_____

**UNOPPOSED MOTION FOR ORDER TO RELEASE OF PRESENTENCE INVESTIGATION REPORT TO STATE COURT**
_____

Mr. Martinez, by and through counsel, hereby MOVES this Honorable Court to release his presentence investigation report to Arapahoe County District Court Judge Michelle Amico, Senior Deputy District Attorney Brian Sugioka, and Deputy Public Defender Stephen McCrohan on the following grounds:

1.    Mr. Martinez is currently set for sentencing in this matter on March 25, 2016 before this Court.

2.    The United State Probation Department has completed a Presentence Investigation Report in this matter (Restricted Presentence Report (Docket 770) and Restricted Addendum (Docket 771)).

3.    Mr. Martinez pled guilty in Arapahoe District Court, case 15CR907, to Reckless Manslaughter.

4.    Deputy Public Defender Stephen McCrohan represents Mr. Martinez in the state case and Senior Deputy Brian Sugioka represents the State of Colorado.

5. Undersigned counsel was approached by Mr. McCrohan, requesting a copy of the presentence investigation report in this matter to be used in the sentencing in the state case.

6. Pursuant D.C. COLO.LCrR 32.1(e)(1) this report is confidential and not available for public inspection.

7. Mr. Martinez requests that this motion satisfy the requirements pursuant to D.C. COLO.LCrR 32.1(e)(3) as the written request for release of the presentence report.

8. Mr. Martinez requests that this Court and the Probation Department authorize release of the presentence investigation report solely for inspection by the attorneys and the Court directly related to Mr. Martinez' case and that such release be limited to those parties and for the sole purpose of sentencing for Mr. Martinez. After the sentencing, all parties should be responsible for ensuring that no further dissemination occurs.

9. Undersigned counsel has been in contact with AUSA Zachary Phillilps. The Government has no objection to this request.

Respectfully submitted,

/s/ Lisa Fine Moses
Lisa Fine Moses

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of Feb, 2016, a true and correct copy of the above and foregoing was filed with the CM/ECF filing system and by email.

Zachary Phillips
Assistant United States Attorneys
Zachary.Phillips@usdoj.gov

Email directly to Michelle Means, United States Probation Officer

/s/ Jessica Hosler
Jessica Hosler
LFM Defense