IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 1:14 cr 00231 WJM
UNITED STATES OF AMERICA
                              PLANTIFF
V.
RICKY GARRISON,
           DEFENDANT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 12 2016
JEFFREY P. COLWELL
CLERK

## MOTION FOR BOND RECONSIDERATION

COMES NOW, RICKY GARRISON, PROCEEDING PRO SE IN THIS MATTER, AND REQUEST THIS COURT GRANT THIS MOTION AS GROUNDS THEREFORE, MR. GARRISON STATES AS FOLLOWS:

I HAVE JUST RECEIVED CONFIRMATION OF THE WITHDRAWAL OF MY ATTORNEY ON MY BEHALF. MOTION STATES CONFLICT OF INTEREST BUT, FACTUALLY IT'S BECAUSE I DIDN'T ACCEPT THE PLEA AGREEMENT ASSIGNED COUNSEL TRIED TO COERSE ME INTO TAKING. I'M IN A SITUATION WHERE I HAVE BEEN INCARCERATED SINCE MAY 23, 2014 WITH A DISCOVERY MOTION HEARING WITH NO SPECIFICITY WHATSOEVER AND A CONSTANT DELAY OF MY WIRETAP SUPPRESSION HEARING IN WHICH THE MATTERS THAT NEED TO BE ADDRESSED ARE CONSTANTLY DELAYED. NOW THAT COUNSEL HAS TERMINATED HIMSELF FROM THE SITUATION ALL THESE MATTERS SHALL BE POSTPONED AN ADDITIONAL SIX MONTHS TO A YEAR FOR NEW ASSIGNED COUNSEL TO UPDATE HIM/HER SELF AND I STILL DON'T HAVE THE NEEDED ADDITIONAL DISCOVERY THAT MY LATEST COUNSEL WAS SUPPOSED TO ACQUIRE FOR THE MATTERS I WOULD LIKE TO DISPUTE. ALL OF THIS OF COURSE IS WITHOUT MY CONSENT AS A DEFENDANT I WAS UNDER THE IMPRESSION OR SHOULD I SAY FROM MY UNDERSTANDING I SHOULD BE ENTITLED TO A FAIR TRIAL AND IT'S MY DUE PROCESS

BY LAW AS A INDIGENT DEFENDANT TO BE ASSIGNED APPROPRIATE COUNSEL TO HANDLE THESE LEGAL MATTERS FOR ME. FIVE TO SIX MONTHS AGO MY GRANDFATHER (CHARLES GARRISON) WAS DIAGNOSED WITH STAGE FIVE CANCER AND CURRENTLY JUST GOT DIAGNOSED WITH PNEUMONIA. HE WAS A EX-SHERIFF DEPUTY WITH THE FRAUD DIVISION OR DON'T KNOW HIS POSITION DIRECTLY. MY GRANDMOTHER (HATTIE GARRISON) AND MOTHER (VANESSA GARRISON) ARE IN CARE OF MY GRANDFATHER/FATHER AT THIS TIME ON TOP OF THAT THEY ARE DEALING WITH THE FLINT WATER CRISIS. MY GRANDMOTHER IS ELDERLY AND MY MOTHER IS 61 WITH LUPUS THEY ARE CURRENTLY RUNNING BACK AND FOURTH TO OBTAIN WATER FROM VARIOUS CITY SOURCES TO TAKE CARE OF THEM ALL. I KNOW THE GOVERNMENT AND THE COURTS BOTH ARE AWARE OF THE SITUATION IN FLINT, MICHIGAN. I AM JUST ASKING THE COURTS FOR A LITTLE LIENIENCY IN THE MATTER TO LET ME GO AND ASSIST MY FAMILY TILL A CLOSE IN THIS CASE. THE COURTS AND THE GOVERNMENT CAN VERIFY EVERYTHING STATED I'll REPORT TO WHATEVER GOVERNMENT AGENCY DAILY IF THE COURT GRANT THIS RE-CONSIDERATION. AS IF 2-8-16 MY GRANDFATHER WAS AT HOSPITAL RECEIVING OXYGEN. I JUST WOULD LIKE TO ASSIST MY FAMILY AND TRY TO HELP AS MUCH AS AWARDED BY GOD UNTEL MY GRANDFATHER PASSES. AND AT LEAST TRY TO FIND BETTER ASSISTANCE WITH MY LEGAL ISSUES. IF THE COURT MAY AID ME THIS TIME TO ASSIST MY FAMILY AND ATTEMPT TO FIND BETTER ANSWERS TO THESE WIRETAP ISSUES, I ASK THE COURT HUMBLY AND GRACEFULLY TO GRANT THIS MOTION.

RESPECTFULLY SUBMITTED,

FEBRUARY 9th, 2016

RICKY GARRISON
*Ricky Garrison*

Ricky Garrison
Federal Detention Center
9595 W. Quincy Ave
Littleton, CO 80123

U.S. District Court
901-19th st RM # A105
Denver, CO 80294

