IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JAMES TILLMON

    Defendant.

_____

**GOVERNMENT'S RESPONSE TO DEFENDANT TILLMON'S
MOTION FOR VARIANT SENTENCE
(Doc. No. 708)**
_____

The United States of America (the Government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, requests this Court sentence the Defendant to a 51-month term of incarceration and 5 years supervised release. The Government believes this sentence should run consecutive to the Defendant's State sentence.

**Guideline Calculation**

The Government agrees with the guideline calculation as prepared by United States Probation Officer Marijo Paul. The Defendant is a criminal history category IV and a total offense level 17. The guideline imprisonment range is 51 months to 63 months. Although the Defendant plead to a charge that usually subjects a defendant to a mandatory minimum 60 months sentence; 21 U.S.C. § 841(a)(1), (b)(1)(ii)(II), (b)(1)(B)(iii), and (b)(1)(C), at the time of sentencing the Government will not be able to present evidence to establish an amount of narcotics which subjects the Defendant to the mandatory minimum drug quantity. The conspiracy-related activity that is attributable to this specific Defendant is not necessarily the same as the scope of the

entire conspiracy. (U.S. v. Biglow, 2015 WL 3559216 (10th Cir. 2015), citing Figueroa-Labrada, 720 F.3d 1258, 1265 (10th Cir. 2013). The amount of drugs attributable to this specific Defendant are properly calculated by the Probation Department in paragraph 35 of the presentence report as an amount equal to 64.17 kilograms of marijuana.

### History and Characteristics of Mr. Tillmon

In the Defendant's request for a variant sentence he notes that he has "strong support of his family and this should assist significantly in his rehabilitation." (Doc. No. 708 at 3.) The Government commends the support of the Defendant's family to the Defendant; however, the Defendant has shown that since age 19 the support of his family has not assisted him in his rehabilitation. In fact, in a 10-year period the Defendant has 14 separate arrests, charges or convictions. The Defendant has repeatedly shown his lack of desire for rehabilitation even with the strong family ties that have been there for him throughout these years.

The Defendant's alleged addiction to illegal narcotics is best addressed through RDAP and a custodial sentence. The Defendant's actions in this case, providing narcotics to the community and ultimately addicts or potential addicts, is not a compelling argument for this Defendant receiving a variant sentence.

The Government maintains that an advisory guideline sentence is appropriate in this case and the Defendant's rehabilitation will not be adversely affected by such a sentence. In fact, it is likely to be a benefit to the Defendant, as he has shown his resistance to rehabilitation as indicated by his past criminal history.

The Defendant's medical care can properly be addressed in the Bureau of Prisons.

The Defendant will receive credit for his pretrial detention. The Government does not have information to support nor contradict the Defendant's assertions as to his experience while in pretrial detention. The Government notes that the Defendant was detained, as there was finding by the Magistrate Court that there was no condition or combination of conditions which could reasonably assure the safety of the community or any other person.

The Government maintains the Defendant's criminal history was properly calculated by the Probation Department as presented in the presentence report.

### Conclusion

The Government respectively requests this Court sentence the Defendant to a 51-month term of incarceration and 5 years supervised release. The Government believes this sentence should run consecutive to the Defendant's State sentence.

Respectfully submitted this 19th day of February, 2016.

        JOHN F. WALSH
        United States Attorney


By: *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:   (303) 454-0118
     Fax:   (303) 454-0401
     e-mail:   zachary.phillips@usdoj.gov
     Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 19th day of February, 2016, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT TILLMON'S MOTION FOR VARIANT SENTENCE (Doc. No. 708)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                        *s/Maggie E. Grenvik*
                        Maggie E. Grenvik
                        Legal Assistant