IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKY GARRISON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2016.**

    Defendant Garrison's Motion for Bond Reconsideration [<u>filed February 12, 2016; docket #789</u>] is **denied without prejudice**.  Based on Judge William J. Martinez's order [*see* docket #783], the Clerk of Court has been directed to appoint new counsel for Garrison from the CJA panel.  No new counsel has yet made an appearance, yet the nature of the request Defendant seeks warrants representation; thus, Defendant is granted leave to re-file the motion after his new counsel has been appointed.