IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 1:14 cr 00231 WJM

UNITED STATES OF AMERICA

PLAINTIFF

V.

RICKY GARRISON,

DEFENDANT

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 22 2016**

JEFFREY P. COLWELL
CLERK

---

MOTION TO INFORM THE COURTS OF TRANSFER OF CUSTODY FACILITY

---

COMES NOW, RICKY GARRISON, PROCEEDING PRO SE IN THIS MATTER, ONLY TO INFORM THE COURTS WHILE AWAITING NEW COUNSEL OF FACILITY CHANGE, MR. GARRISON STATES AS FOLLOWS:

CURRENTLY I AM BEING DETAINED AT THE GEO DETENTION CENTER LOCATED ON 3130 NORTH OAKLAND ST. AURORA, CO 80010 IN WHICH I (DEFENDANT MR. GARRISON) WAS TRANSFERRED HERE ON FEB 12, 2016 FROM FEDERAL DETENTION CENTER ENGLEWOOD. TODAY I AM ONLY INFORMING THE COURTS OF MY FACILITY CHANGE JUST IN CASE NEW APPOINTED COUNSEL OR THE COURTS WERE NOT AWARE. I AM CURRENTLY STILL AWAITING NEW COUNSEL SINCE OLD COUNSEL RESIGNED. IF ANYTHING FROM OLD COUNSEL (MR. CASTLE) OR FROM THE COURTS ARRIVED AT FDC ENGLEWOOD AFTER FEB 11 2016 I DID NOT RECEIVE AT ALL DUE TO TRANSFER ON THE 12th oF FEB.

RESPECTFULLY SUBMITTED,

FEBRUARY 18, 2016

Ricky GARRISON

Ricky Garrison

Ricky Garrison #44045-013
3130 North Oakland St.
Aurora, CO 80010

U.S. District Court
901- 19th St Rm # A105
Den, CO 80294

8029425Ol51

PR RT
S D

DENVER CO 802
19 FEB 2016 PM 21

HA LER

02/19/2016
Mailed From 80010

US POSTAGE