## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-231-01

UNITED STATES OF AMERICA,
Plaintiff,
v.

#1 RICKY GARRISON,
Defendant.

---

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters

an appearance as counsel for the above-named Defendant.


DATED at Denver, Colorado this,  23rd day of February, 2016.


/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy, Suite
100
Golden, CO 80401
303-907-9516
miller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 23rd day of February, 2016.

/s/ Miller Leonard