IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: February 24, 2016 |
| Court Reporter:     Gwen Daniel | Probation: MariJo Paul |
| | Time: one hour |

_____

| | |
|---|---|
| Criminal Action No. 14-cr-00231-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Zachary Phillips |
|         Plaintiff, | |
| v. | |
| 2.  JAMES TILLMON, | Clifford Barnard |
|         Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:33 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Barnard

Probation Officer Paul's comments

1

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

**ORDERED:** **The Probation Office will amend the Presentence Investigation Report to reflect the Court's rulings on the Objections to the Presentence Investigation Report.**

**ORDERED:** **The Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility is GRANTED.**

**ORDERED:** **The Government's oral motion to dismiss the remaining counts of the indictment is GRANTED.  The remaining counts of the Indictment are dismissed as to this defendant only.**

The Court addresses the Defendant's Motion for Variant Sentence [708].

Argument/Discussion

Defendant's Allocution

**ORDERED:** **Defendant Tillmon's Motion for Variant Sentence [708] is GRANTED IN PART.**

Defendant plead guilty to Count One of the Indictment and admitted to the forfeiture allegation on September 14, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, James Tillmon, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 40 months to run consecutive to the State Court sentence the defendant is now serving in 12CR5598.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with a residential drug abuse, RDAP, or comparable substance abuse program and that the defendant take advantage of such program during his period of incarceration.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of four years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

    **1.  The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

    **2.  The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the Presentence Investigation Report for continuity of treatment.**

    **3.  The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or the supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**

      **4.**      **The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by a United States probation officer.  Failure to submit to search may be grounds for revocation of supervised release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

            **The probation officer's request that the search condition apply to defendant's computers, other electronic communications or data storage devices or media is DENIED.**

**ORDERED:  The Special Assessment fee of $100 is imposed, due and payable immediately.**

**ORDERED:  Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed pursuant to his plea of guilty.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

03:33 p.m.    Court in Recess
                    Hearing concluded