IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 1:14 cr 00231 WJM

UNITED STATES OF AMERICA
PLAINTIFF

V.

RICKY GARRISON,
DEFENDANT

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2016

JEFFREY P. COLWELL
CLERK

---

**MOTION FOR INDIGENT DEFENDANT TO RECEIVE A COPY OF A FULL DOCKET SHEET BY CHARGE OF THE COURTS**

---

COMES NOW, RICKY GARRISON, PROCEEDING PRO SE IN THIS MATTER, AND REQUEST THIS COURT GRANT THIS MOTION AS GROUNDS THEREFORE, MR GARRISON STATES AS FOLLOWS:

AS OF TO DATE I STILL HAVEN'T RECEIVED COUNSEL BY THE COURTS SO I AM UNAWARE OF THE PROCEEDINGS ON FILE WITH MY LEGAL MATTERS. MY LAST AND ONLY DOCKET SHEET WAS PROVIDED TO ME IN SEPT 2015 WHICH ONLY UPDATED ME TO ALL PROCEEDINGS PERTAINING TO ME ONLY AND NONE OF MY CO-DEFENDANTS. I AM AN INDIGENT INMATE AND TODAY I WOULD LIKE TO GRACEFULLY ASK THE COURTS FOR A FULL COMPLETE DOCKET SHEET CURRENTLY UP-TO-DATE FOR I HAVE YET TO RECEIVE A COMPLETE DOCKET SHEET AT ALL. ACTION # 1:14 cr 00231 WJM FREE OF CHARGE SINCE I AM AN INDIGENT INMATE SENT DIRECTLY TO MY FACILITY WERE I AM BEING DETAINED.

RESPECTFULLY SUBMITTED,

FEBUARY 23, 2016

Ricky GARRISON
*Ricky Garrison*

Ricky Garrison #40459013
3130 North Oakland St.
Aurora, CO 80010

8029425D151

DENVER CO 802
24 FEB 2016 PM 4 L

U.S District Court
901-19th st rm #A105
Den, CO 80294


