## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-000231-WJM

UNITED STATES OF AMERICA,
Plaintiff,
v.


#1 RICKY GARRISON
Defendant.

---

## MOTION FOR SUBSTITUTION OF COUNSEL

---

COMES NOW Ricky Garrison, Defendant, by and through counsel, moves for an order permitting Miller Leonard to withdraw as counsel.  Defendant sets forth as follows:

1. The court appointed undersigned counsel to represent Mr. Garrison pursuant to the Criminal Justice Act.

2. On February 25, 2016 Mr. Garrison discharged undersigned counsel as his attorney.

3. Colorado Supreme Court Rule 1.16 states that "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from representation of a client if…the lawyer is discharged."  *See* 1.16(a)(3).[1]

---

[1] Comment to Rule 1.16, notes 4 and 5 applies to *Discharge of a lawyer:*

[4] A client has a right to discharge a lawyer at any time, with or without cause, subject to liability for payment for the lawyer's services. Where future dispute about the withdrawal may be anticipated, it may be advisable to prepare a written statement reciting the circumstances.

[5] Whether a client can discharge appointed counsel may depend on applicable law. A client seeking to do so should be given a full explanation of the consequences. These consequences may include a decision by the appointing authority that appointment of successor counsel is unjustified, thus requiring self-representation by the client.

4.  Counsel for the government has been advised of the information contained in this motion.

5.  Mr. Garrison requests an ex parte hearing for the Court to consider his request to discharge undersigned counsel.


DATED at Golden, Colorado this, 26th day of February 2016.


/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
1767 Denver West Blvd. Suite A
Golden, CO 80401
303-907-9516
miller@themillerleonardlawfirm.com


CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was delivered, via the ECF system for the District of Colorado to all parties, this 26th day of FEBRUARY 2016.

/s/ Miller Leonard