# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

_____

## MINUTE ORDER
_____

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Motion for Substitution of Counsel and the Corrected Motion for Substitution of Counsel ("Motion") [#816, #823] by Miller Leonard, CJA counsel for defendant Ricky Garrison, which were referred to this Magistrate Judge pursuant to D.C.COLO.LCrR 57.1 and the Memorandum dated March 2, 2016 [#829]. Upon consideration of the Motion, **IT IS HEREBY ORDERED** that:

    (1)    The Motion for Substitution of Counsel [#816] is **DENIED AS MOOT**, in light of the Corrected Motion for Substitution of Counsel [#823], which remains pending;

    (2)    An *ex parte* hearing on the Motion is set for **March 7, 2016 at 10:30 a.m**.; and

    (2)    The United States Marshals are **DIRECTED** to transport defendant Ricky Garrison to Courtroom C204, Byron G. Rogers United States Courthouse, Denver, Colorado 80294 for the hearing.

DATED: March 2, 2016