IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14.    GREGORY WILLIAMS,

    Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America (the Government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, hereby requests this Court to permit a continuance of the presently set sentencing hearing and in support of such states the following:

1.    The Defendant is presently set for a Sentencing Hearing on March 16, 2016, at 2:30 P.M.

2.    The Government (and the Defendant) requests the Court continue the Sentencing Hearing, as this Defendant must be sentenced after the trial and/or sentencing of the two remaining Defendants.   This Defendant, Gregory Williams, will very likely be called as a witness in the trial.   It is necessary to continue the sentencing of this Defendant so that he may fulfill his plea agreement responsibilities to receive the benefit of a 5K1.

3.    The Government requests the presently set sentencing date be continued and set as a sentencing date convenient for the Court after April 29, 2016.

4. The Government has contacted counsel for Mr. Williams, Peter D. Menges, Esq., who does not oppose this request as it is part of Mr. Williams' plea agreement.

WHEREFORE, the Government respectfully requests that the Court vacate the presently set sentencing hearing and set a sentencing hearing after April 29, 2016.

Dated this 8th day of March, 2016.

    Respectfully submitted,

    John F. Walsh
    United States Attorney

By *s/Zachary Phillips*
    ZACHARY PHILLIPS
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO 80202
    Telephone (303) 454-0118
    Fax (303) 454-0401
    e-mail:  zachary.phillips@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 8th day of March, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                      *s/Maggie E. Grenvik*
                                                      Maggie E. Grenvik
                                                      Legal Assistant