IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. MELVIN TURNER,

    Defendant.

_____

NOTICE OF DISPOSITION AND MOTION TO CHANGE PLEA
_____

    The defendant, Melvin Turner, by appointed counsel Robert S. Berger, notifies the Court that he and the government have agreed to a disposition that will require him to enter a plea of guilty in this case pursuant to a plea agreement. Accordingly, he moves to change his plea and for the Court to consider the parties' plea agreement at a change of plea hearing. The parties also move for an order vacating his appearance for the jury trial and the trial preparation conference.

                      Respectfully submitted,

                      ROBERT S. BERGER, P.C.

                      s/ Robert S. Berger
                      Robert S. Berger
                      P.O. Box 201088
                      Denver, Colorado  80220-7088

Telephone: (303) 436-1596  
robberger@qwestoffice.net

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER


/s/ Robert S. Berger  
Robert S. Berger  
PO Box 201088  
Denver, Colorado  80220  
Telephone: (303) 436-1596  
robberger@qwestoffice.net

2