**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:14-cr-00231-WJM-15
UNITED STATES OF AMERICA,
    Plaintiff,

1.    RICKY GARRISON,
2.    JAMS TILLMON,
3.    CHRISTOPHER MARTINEZ,
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
8.    DONDRAI FISHER,
9.    ARCHIE POOLE,
10.   LUIS RAMIREZ,
11.   MELVIN TURNER,
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   **ROBERT PAINTER,** and
16.   LATOYA WIMBUSH

___

**[PROPOSED] ORDER REGARDING ROBERT PAINTER'S MOTION FOR PRETRIAL DETERMINATION OF ALLEGED CO-CONSPIRATORS' STATEMENTS PURSUANT TO F.R.E. 801(d)(2)(E)**

___

    THIS MATTER, coming before the Court on Robert Painter's Motion for Pretrial Determination of Alleged Co-Conspirators' Statements Pursuant to F.R.E. 801(d)(2)(E), and the Court being fully advised,

    IT IS HEREBY ORDERED, that the Defendant's Motion for Pretrial Determination of Alleged Co-Conspirators' Statements Pursuant to F.R.E. 801(d)(2)(E) is GRANTED.

    So ORDERED, this _____ day of _____, 2016.

                                      BY THE COURT:

                                      _____
                                      Honorable Judge William J. Martinez