# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15
UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. **ROBERT PAINTER**, and
16. LATOYA WIMBUSH

    Defendants.

---

**DEFENDANT ROBERT PAINTER'S MOTION FOR CLARIFICATION
OF HIS TRIAL DATE AND ASSOCIATED DEADLINES, IN LIGHT OF
CO-DEFENDANT RICKY GARRISON'S UNOPPOSED MOTION TO CONTINUE
TRIAL SETTING AND ENDS OF JUSTICE EXCLUSION REQUEST OF 180 DAYS
AND REQUEST TO RESET ALL MOTIONS DEADLINES (DOC. 847)**

---

    COMES NOW, defendant Robert Painter, by and through his undersigned counsel, and moves for clarification of his trial date and associated deadlines, in light of co-defendant Ricky Garrison's Unopposed Motion to Continue Trial Setting and Ends of Justice Exclusion Request of 180 Days and Request to Reset All Motions Deadlines ("Motion to Continue Trial"):

1

1. The two remaining active defendants in this case are Robert Painter and Ricky Garrison. Their joint trial date is April 11, 2016.

2. Mr. Garrison has a new lawyer. Accordingly, Mr. Garrison has filed his Motion to Continue Trial under the ends-of-justice provision of the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv).

3. Given that Mr. Garrison has new counsel, and given the discussion in Mr. Garrison's Motion to Continue Trial, Mr. Garrison would seem to fall well within the ends-of-justice provisions of subsection 3161(h)(7). Accordingly, the prosecution does not object to Mr. Garrison's motion. Neither does Mr. Painter.

4. Paragraph 24 of Mr. Garrison's Motion to Continue Trial recites cases which discuss the preference in the federal system for a joint trial of defendants who have been indicted together. Mr. Garrison and Mr. Painter were indicted together (with 14 other defendants, all of whom have reached or are reaching plea agreements with the prosecution). As noted above, this case is set for a joint trial of Mr. Painter and Mr. Garrison on April 11, 2016.

5. An exclusion for delay under the Speedy Trial Act which is "attributable to one defendant is applicable to all co-defendants." *United States v. Vogl*, 374 F.3d 976, 983 (10th Cir. 2004). *See* 18 U.S.C. § 3161(h)(6) (the Speedy Trial Act excludes "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted"). Accordingly, a Speedy Trial Act exclusion for the continuance requested by Mr. Garrison would apply to Mr. Painter as well.

6. Mr. Painter seeks clarification from the Court that if the Court grants Mr. Garrison's Motion to Continue Trial, then the order which grants the motion also would apply to Mr. Painter's trial date and any other associated deadlines for Mr. Painter.

WHEREFORE, Robert Painter moves for clarification that Mr. Garrison's Motion to Continue Trial would apply to Mr. Painter as well.

Dated: March 10, 2016

Respectfully submitted,

<u>s/ Patrick J. Burke</u>
Patrick J. Burke
Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, Colorado 80202
303-825-3050
303-825-2992 fax
Patrick-J-Burke@msn.com

<u>s/ Dean Neuwirth</u>
Dean Neuwirth P.C.
950 S Cherry St, #300
Denver, Colorado 80246
303-329-9222
dean.neuwirth@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Zachary Phillips, Zachary.phillips@usdoj.gov
*Assistant United States Attorneys*

Miller Leonard, millermleonard@gmail.com
Leslee Anne Barnicle, barniclelaw@aol.com
Ronald Hahn, rhahn3677@hotmail.com
Robert Seldis Berger    robberger@qwestoffice.net

<u>s/ Jennifer J. Feldman</u>