IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-0231-WJM

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
**4. FRANCISCO AGUILAR,**
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH
Defendants.

---

**DEFENDANT AGUILAR'S RESPONSE TO GARRISON MOTION
(DOCUMENT 847) AND PAINTER MOTION (DOCUMENT 848)**

---

      COMES NOW, Counsel for Defendant Aguilar, and hereby provides the following response to the Court.

The Court ordered a response to be filed regarding Defendant Ricky Garrison's request to exclude time from speedy trial (Document 847) and regarding Defendant Robert Painter's Motion for Clarification (Document 848).

Counsel has met with Mr. Aguilar and discussed the resetting and speedy trial exclusion requested by the other active codefendants. Mr. Aguilar does not oppose either motion and requests that his case be reset as well. Mr. Aguilar has indicated that he is hiring new counsel and has requested undersigned counsel file a motion to withdraw immediately. Counsel will do so under separate cover.

Dated: March 14, 2016

Respectfully submitted,

s/ Leslee A. Barnicle
_____
Leslee A. Barnicle
ATTORNEY AT LAW
Leslee A. Barnicle, PC
1175 Osage Street
Suite 200
Denver, CO 80204
Phone 303.350.1550
Fax 303.350.1555
lesleebarnicle@aol.com

CERTIFICATE OF SERVICE

       I hereby certify that on this 14th day of March 2016, I served a true and correct copy of the foregoing motion by ECF to:

Zachary Phillips, Esq.
Assistant United States Attorney
1225 17th St
Suite 700
Denver, CO 80202

And all attorneys of record

                                   s/ L. Barnicle
                                   _____