IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 14-cr-0231-WJM

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTÍNEZ,
**4. FRANCISCO AGUILAR,**
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH
Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

      COMES NOW the undersigned, a member of the Bar of this Court, and hereby moves to withdraw as counsel for Mr. Aguilar.

      1.     Undersigned counsel was appointed as CJA counsel for Mr. Aguilar.

      2.     Mr. Aguilar has informed undersigned counsel that he is retaining private counsel and has further requested that undersigned counsel withdraw

immediately. As Mr. Aguilar is entitled to an attorney of his choosing, counsel believes this establishes good cause for the Motion to Withdraw. Counsel does not know when the new attorney will be filing their entry of appearance or who Mr. Aguilar has retained.

3. Pursuant to D.C.COLO.LAttyR 5(b), Withdrawal of Appearance, undersigned counsel has stated good cause for withdrawal, and, under separate cover, sent a letter to Mr. Aguilar at his current address of FDC—Englewood, that states that counsel has filed a motion to withdraw, that Mr. Aguilar is responsible for all future court dates and deadlines and that the next currently scheduled court date is April 1, 2016 at 2 PM.

4. There was one outstanding issue regarding this Court's order to respond to Mr. Garrison and Mr. Painter's motions regarding court dates and deadlines. With Mr. Aguilar's permission, counsel has separately filed the required response.

WHEREFORE, Undersigned counsel moves to withdraw on this matter.

Respectfully submitted,

s/ Leslee A. Barnicle

_____
Leslee A. Barnicle
ATTORNEY AT LAW
Leslee A. Barnicle, PC
1175 Osage Street
Suite 200
Denver, CO 80204
Phone 303.350.1550
Fax 303.350.1555
lesleebarnicle@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of March 2016, I served a true and correct copy of the foregoing filing by ECF to:

Zachary Phillips, Esq.
Assistant United States Attorney
1225 17th St
Suite 700
Denver, CO 80202

Francisco Aguilar # 40483-013
9595 W Quincy Avenue
Littleton, CO 80123

And all attorneys of record

s/Leslee A. Barnicle
_____