IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. **14-cr-00231-WJM-9**

UNITED STATES OF AMERICA, Plaintiff

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON.
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. **ARCHIE POOLE,**
10. LUIS RAMIREZ,
    a/k/a "Julian"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LOTOYA WIMBUSH

Defendant.

---

**DEFENDANT POOLE'S RESPONSE TO GARRISON MOTION (DOCUMENT 847) AND PAINTER MOTION (DOCUMENT 848)**

---

COMES NOW, Counsel for Defendant Poole, and hereby provides the following response to the Court.

The Court ordered a response to be filed regarding Defendant Ricky Garrison's request to exclude time from speedy trial (Document 847) and regarding Defendant Robert Painter's Motion for clarification (Document 848) Dated this 15th day of March, 2016.

Mr. Poole does not oppose either motion and requests that his case be reset as well.

Respectfully submitted,

s/Ronald J. Hahn
Ronald J. Hahn
333 W. Hampden Ave., Ste. 710
Englewood, CO  80110
Telephone #: 303-762-0445
E-mail: rhahn3677@hotmail.com
FAX Number:  303-806-8882
Attorney for Defendant Archie Poole

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2016, a true and correct copy of the foregoing **DEFENDANT POOLE'S RESPONSE TO GARRISON MOTION (DOCUMENT 847) AND PAINTER MOTION (DOCUMENT 848)** was filed with the Clerk of Court using the CM/ECF system.

s/Angie Diaz