IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    CHRISTOPHER MARTINEZ,

    Defendant.

## NOTICE OF ATTORNEY APPEARANCE AS COUNSEL FOR THE GOVERNMENT

    The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, and through Bryan D. Fields, Assistant United States Attorney, hereby enters his appearance on behalf of the United States. All future notices and hearing dates should be directed to Assistant United States Attorney Bryan D. Fields.

    Respectfully submitted this 22nd day of March, 2016.

    JOHN F. WALSH

    United States Attorney

By:    *s/Bryan D. Fields*
       Bryan D. Fields
       Assistant U.S. Attorney
       United States Attorney's Office
       1225 Seventeenth Street, Suite 700
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       Fax: (303) 454-0409
       e-mail: Bryan.Fields@usdoj.gov
       Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of March, 2016, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lisa F. Moses, Esq.
e-mail:  Lisa@lfmdefense.com
Attorney for Christopher Martinez

                                       *s/Maggie E. Grenvik*
                                       Maggie E. Grenvik
                                       Legal Assistant