IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    CHRISTOPHER MARTINEZ,

    Defendant.

---

GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE
LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY
UNDER U.S.S.G. §3E1.1(b)

---

    COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, and hereby moves, pursuant to the provisions of §3E1.1(b) of the Sentencing Guidelines, that this Defendant receive a 3-level reduction for acceptance of responsibility on the grounds that the Defendant timely notified the Government of his decision to enter a guilty plea and fully advised the Government of the nature of his own misconduct, thereby permitting the Government to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

Respectfully submitted this 22nd day of March, 2016.

        JOHN F. WALSH
        United States Attorney


      By: *s/Zachary Phillips*
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO 80202
        Telephone: (303) 454-0118
        Fax: (303) 454-0401
        e-mail: zachary.phillips@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of March, 2016, I electronically filed the foregoing GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                *s/Maggie E. Grenvik*
                Maggie E. Grenvik
                Legal Assistant