# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    CHRISTOPHER MARTINEZ,

    Defendant.

---

## ORDER GRANTING GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)

---

THIS MATTER comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion, for good cause shown, should be and is hereby GRANTED.

THEREFORE, this Defendant shall receive a three-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

DONE AND ORDERED this _____ day of March, 2016.

                                          BY THE COURT:

                                          JUDGE WILLIAM J. MARTINEZ
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO