IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    CHRISTOPHER MARTINEZ,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT

The United States of America, by and through John F. Walsh, United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment.

The Defendant entered a plea of guilty to Count One of the Indictment and admitted to the forfeiture allegations. The Defendant will be sentenced on those Counts on March 25, 2016. Accordingly, the Government hereby moves to dismiss the remaining counts against this Defendant only.

1

In the Government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines."   (See 6B1.2(a)).

Respectfully submitted this 22nd day of March, 2016.

> JOHN F. WALSH
> United States Attorney
>
> By: *s/Zachary Phillips*
> ZACHARY PHILLIPS
> Assistant United States Attorney
> U.S. Attorney's Office
> 1225 17th St., Suite 700
> Denver, CO 80202
> Telephone:   (303) 454-0118
> Fax:   (303) 454-0401
> e-mail:   zachary.phillips@usdoj.gov
> Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 22nd day of March, 2016, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                            *s/Maggie E. Grenvik*
                                            Maggie E. Grenvik
                                            Legal Assistant