**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge William J. Martinez

Criminal Action No. 14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    CHRISTOPHER MARTINEZ,

    Defendant.

---

**ORDER TO DISMISS REMAINING COUNTS OF THE
INDICTMENT AS TO DEFENDANT CHRISTOPHER MARTINEZ**

---

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Christopher Martinez, and for good cause shown, it is hereby

ORDERED that the remaining Counts of the Indictment be dismissed as to Defendant Christopher Martinez.

DATED this _____ day of _____, 2015.

                BY THE COURT:

                _____
                JUDGE WILLIAM J. MARTINEZ
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO