IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

District Court No.  14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  FRANCISCO AGUILAR

    Defendant.

---

NOTICE OF ATTORNEY APPEARANCE AS COUNSEL FOR THE DEFENDANT

---

NOW COMES, Scott Poland of Poland and Wheeler, P.C., and hereby enters his appearance on behalf of the defendant, Francisco Aguilar.  All future notices and hearing dates should be directed to Scott T. Poland.

Respectfully submitted this 23 day of March, 2016,

    s/Scott T. Poland
    Scott T. Poland, 11473
    Attorney for the Defendant
    215 S. Wadsworth Blvd., #500
    Lakewood, CO  80226
    303-969-8300

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Scott T. Poland
_____
Attorney for Francisco Aguilar