IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,
4.    FRANCISCO AGUILAR,
9.    ARCHIE POOLE, and
15.   ROBERT PAINTER,

    Defendants.

## ORDER RESETTING TRIAL DATE AND RELATED DEADLINES

This matter comes before the Court for the re-setting of a trial date and related deadlines upon the entry of the Court's Order Granting Defendant Garrison's Unopposed Motion to Continue Trial Setting and Ends of Justice Exclusion Request of 180 Days and Request to Reset All Motions Deadlines (ECF No. 847). Accordingly, it is hereby ORDERED as follows:

    A.    All motions to sever and motions pursuant to Federal Rule of Evidence 801(d)(2)(E) shall be filed on or before **May 31, 2016**.[1] The Government shall respond to any such motion(s) on or before **June 28, 2016**. No reply will be permitted absent

---

[1] Defendant Garrison already has a pending motion to sever (ECF No. 617) and Defendant Painter already has a pending Rule 801(d)(2)(E) Motion (ECF No. 839). This new deadline does *not* constitute permission for Garrison to file a second motion to sever, or for Painter to file a second Rule 801(d)(2)(E) Motion. Defendant Painter additionally has a pending Motion to Dismiss Count One (ECF No. 619) that, in some respects, is effectively a motion to sever. In the interests of justice, however, Defendant Painter may file an explicit motion to sever, if desired, on or before the deadline stated above.

further Order.

B.  Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later than 14 days before the trial date**.

C.  A Final Trial Preparation Conference is hereby set for **September 16, 2016 at 2:30 p.m. in Courtroom A801**.  Lead counsel who will try the case must attend in person.  Any outstanding motions may be addressed at the time of the Final Trial Preparation Conference.

D.  The parties must be prepared to address at the Final Trial Preparation Conference some or all of the issues which may affect the duration or course of the trial referenced in the Court's Revised Practice Standards applicable to such Conferences.

E.  An **8-day** jury trial is hereby set to commence in the Alfred A. Arraj United States Courthouse, Courtroom A801, 901 19th Street, Denver, Colorado, on **September 26, 2016 at 8:30 a.m.**

F.  Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial, including motions *in limine* and expert disclosures (*see* WJM Revised Practice Standards III.F.1–3 and IX.E).

G.  This case has been pending since June 4, 2014.  With the trial setting established by this Order, a verdict in this prosecution will not be rendered herein until *28 months* after the filing of the Grand Jury's Indictment with this Court.  Among other reasons, this case is in its current posture as a result of this Court having allowed

numerous extensions of deadlines and having granted Ends of Justice continuances, all in an effort to allow the parties the time necessary to properly prepare for trial.  The Court's patience in this case has now been exhausted, and the undersigned will not permit trial in this case to be delayed any further.

As a consequence, the four remaining Defendants, their counsel, as well as the Government, are hereby put on notice that **NO FURTHER EXTENSIONS OF THE MOTIONS BRIEFING SCHEDULE WILL BE GRANTED, AND THERE WILL BE NO FURTHER RESETTING OF THE FINAL TRIAL PREPARATION CONFERENCE AND JURY TRIAL DATES IN THIS CASE.**  Absent pretrial disposition(s) by the deadline set forth above, **this case WILL proceed to trial on Monday, September 26, 2016.**

Dated this 24th day of March, 2016.

BY THE COURT:

William J. Martinez
United States District Judge