IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  March 25, 2016 |
| Court Reporter:       Gwen Daniel | Probation: Michelle Means |
| | Time: 58 minutes |

_____

| | |
|---|---|
| Criminal Action No.  14-cr-00231-WJM | _Counsel:_ |
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| 3. CHRISTOPHER MARTINEZ, | Lisa Moses |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:00 a.m.      Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Fields

Sentencing Statement by Ms. Moses

**ORDERED:   The Government's Motion to Dismiss Remaining Counts Of The Indictment [871] is GRANTED.**

1

**ORDERED:** There being no objection to the Government's Motion For Defendant To Receive Three Level Decrease For Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [870], the motion is GRANTED.

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment on November 6, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Christopher Martinez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months, this term shall run consecutive to any custodial sentence imposed by the Arapahoe District Court in Case No. 15-cr-907.  Pursuant to Guideline 5G1.3 the Federal Sentence shall begin to run after the conclusion of the State Court sentence imposed in No. 15-cr-907.**

**The Court recommends that the Bureau of Prisons designate an institution for the Defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, and that the Defendant take advantage of such program during his period of incarceration**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Arizona.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of four years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from**

>> **unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**
>
> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Conditions of Supervised Release:**

> **1.   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**
>
> **2.   The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by a United States Probation Officer. Failure to submit to search may be grounds for revocation of Supervised Release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**
>
> **The probation officer's request that this search condition apply to defendant's computers` other electronic communications or data storage devices or media is DENIED.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

**Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

The defendant is advised of his right to appeal his conviction as well as the sentence

3

imposed except in very limited circumstances.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

10:58  a.m.    Court in Recess
               Hearing concluded