# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendants.

## MOTION FOR CLARIFICATION

COMES NOW, Ricky Garrison, Defendant, by and through counsel, and hereby requests the Court to clarify its Order Resetting Trial Date and Related Deadlines (Doc. #877). In particular, counsel requests the following:

1. Counsel reads the Court's Order to prohibit the filing of certain motions, such as a motion to suppress both evidence and statements, as well as any motion attacking the validity of the wiretaps issued in this case. Counsel is requesting clarification if this is a correct understanding of the Court's order.

2. Counsel believes that the Court is allowing two specific motions to be filed: a motion to sever and and motions pursuant to FRE 801(d)(2)(e) and that all other motions are foreclosed. These two motions are to be filed on or before May 31, 2016; the Court is also allowing motions *in limine*, pursuant to the Court's practice standards.

3. Thus, counsel is requesting the Court clarify its Order with particularity as to what motions the defense may file in this matter.

1

4. Counsel apologizes if he has misinterpreted the Court's Order.  Counsel wants to be sure that he correctly understands the Court's Order; he does not have any intention to misuse the Court's time.

Wherefore, for the reasons stated herein, counsel requests the Court to clarify its Order (Doc. #877) specifying what motions counsel can and cannot file on behalf of Mr. Garrison.

DATED at Denver, Colorado this, 25th day of March 2016.

        Respectfully submitted,

        /s/Miller Leonard
        14143 Denver West Pkwy., Suite 100
        Golden, CO 80403
        (720) 613-8783 Phone - Office
        (303) 907-9516 Phone - Business Cell
        (720) 613-8782 Fax
        /s/Miller Leonard
        Attorney for Defendant
        CO Reg. # 41029
        milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties by the District of Colorado's ECF filing system.