# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
   Plaintiff,

v.

#1 RICKY GARRISON,
   Defendants.

## DEFENDANT'S MOTION TO RESTRICT DOC #900

Ricky Garrison, by and through undersigned counsel, hereby requests leave to file Doc. #900, level 3. This motion is made pursuant to D.C.COLO.LCrR 47.1.

1. This document is filed *ex parte* as it has to do with defendant's legal representation.

3. There is no practical manner in which to redact the motion.

4. The public has no interest in the details; the government has no interest in the motion. The defendant's right to counsel are not matters subject to either public disclosure nor disclosure to the government. Further, all CJA motions are subject to level 3 restriction.

6. Defendant is filing Doc. #900 subject to level 3 restriction and is filing this motion contemporaneously.

1

Respectfully submitted and DATED at Denver, Colorado this, 7th day of April 2016.

           Respectfully submitted,

           /s/Miller Leonard
           14143 Denver West Pkwy., Suite 100
           Golden, CO 80403
           (720) 613-8783 Phone - Office
           (303) 907-9516 Phone - Business Cell
           (720) 613-8782 Fax
           /s/Miller Leonard
           Attorney for Defendant
           CO Reg. # 41029
           milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.