IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S MOTION TO RESTRICT DOC #900**
_____

This matter is before the Court on Defendant Garrison's Motion for Leave to Restrict Doc #900 filed on April 7, 2016 (ECF No. 901). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Motion to Restrict Doc #900 is GRANTED. The Document filed at ECF No. 900 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable only by Filer & Court).

Dated this 8th day of April, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge