# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICKY GARRISON,
4.  FRANCISCO AGUILAR,
9.  ARCHIE POOLE, and
**15.  ROBERT PAINTER**,
      Defendants.

## DEFENDANT ROBERT PAINTER'S MOTION TO RESTRICT DOCUMENT

COMES NOW defendant Robert Painter, by and through his undersigned counsel, and respectfully moves to restrict access to Exhibit 1 of *Defendant Robert Painter's Motion to Suppress Wiretap Evidence, and for Specific Discovery* (Exhibit is Doc. 915), filed prior to this Motion to Restrict and the brief filed in support of this motion.  Defendant Painter requests a "Level 1 Restriction" which would make the Exhibit and the Brief in Support of this Motion, "viewable by the Court and Case Participants" only.

Dated:  April 13, 2016

                                                    Respectfully submitted,

                                                    *s/ Patrick J. Burke*
                                                    Patrick J. Burke
                                                    Patrick J. Burke, P.C.
                                                    999 18th Street, Suite 2055
                                                    Denver, Colorado 80202
                                                    303-825-3050
                                                    303-825-2992 fax
                                                    Patrick-J-Burke@msn.com

                                                  *s/ Dean Neuwirth*

Dean Neuwirth P.C.
950 S Cherry St, #300
Denver, Colorado 80246
303-329-9222
dean.neuwirth@gmail.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Zachary Phillips, Zachary.phillips@usdoj.gov
*Assistant United States Attorneys*

Miller Leonard, millermleonard@gmail.com
Scott Poland, scottpoland@qwestoffice.net
Ronald Hahn, rhahn3677@hotmail.com

*s/ Jennifer J. Feldman*

2