# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
4. FRANCISCO AGUILAR,
9. ARCHIE POOLE, and
**15. ROBERT PAINTER**,
    Defendants.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on Robert Painter's Motion to Restrict Document. Upon consideration and for good cause shown, it is hereby

ORDERED that Defendant Painter's Motion to Restrict Document 915, filed April 13, 2016, is **GRANTED.** It is further

ORDERED that Defendant Painter's Brief in Support of the Motion to Restrict Document is hereby restricted until further order by the Court. It is further

ORDERED that said Documents are hereby at a "Level 1 Restriction" and will be "viewable only to the parties and the court."

Dated: April _____, 2016

                                BY THE COURT:

                                _____
                                William J. Martinez
                                United States District Judge