# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ROBERT PAINTER,

    Defendant.

_____

## ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

    This matter is before the Court on Robert Painter's Motion to Restrict Document. Upon consideration and for good cause shown, it is hereby

    ORDERED that Defendant Painter's Motion to Restrict Document 915, filed April 13, 2016, is GRANTED. It is further

    ORDERED that Defendant Painter's Brief in Support of the Motion to Restrict Document is hereby restricted until further order by the Court. It is further

    ORDERED that said Documents are hereby at a "Level 1 Restriction" and will be "viewable only to the parties and the court."

    Dated this 27th day of April, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge