IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 14-cr-00231

UNITED STATES OF AMERICA

 Plaintiff,

v.

**SIMEON RAMIREZ**

 Defendant.

### DEFENDANT'S UNOPPOSED MOTION TO VACATE SENTENCING DATE OF MAY 12, 2016

 Mr. Simeon Ramirez, through undersigned counsel, requests that the Sentencing Date set for May 12, 2016 at 2:30 p.m. be vacated and re-set and as grounds states:

 Undersigned counsel is in trial before Judge Blackburn in a case entitled "United States of America v. Severo Moreno," Case No. 13-cr-142. The pretrial conference is set for Friday, May 6, 2016 and the trial is set to proceed on May 9, 2016 through Tuesday, May 24, 2016.  Undersigned counsel is a solo-practitioner and does not have co-counsel to attend the sentencing hearing on her behalf.

 Additionally, Mr. Garrison's trial is set to commence on September 26, 2016 through October 5, 2016.  The parties respectfully request that Mr. Ramirez' sentencing be set after that trial has concluded to a date and time convenient to Court and Counsel. AUSA Zachary Phillips has no objection to the sentencing date be set after October 5,

1


2016.

WHEREFORE, undersigned counsel respectfully requests that the Sentencing Date of May 12, 2016 at 2:30 p.m. be vacated and re-set for a date and time convenient to court and counsel after October 5, 2016.

DATED this 3rd day of May, 2016.

Respectfully submitted,

*s/Lisa M. Wayne*
LISA M. WAYNE
ATTORNEY FOR SIMEON RAMIREZ

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 3rd day of May, 2016, I electronically filed the foregoing DEFENDANT'S MOTION TO VACATE SENTENCING DATE OF MAY 12, 2016 with the Clerk of Court using the CM/ECF system which will send notification of such filing to any and all other counsel of record in this action.:

*s/Wendy S. Anderson*
Wendy S. Anderson

2
