## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendants.

---

## REQUEST TO FILE MOTION IN EXCESS OF PAGE LIMITS

---

Ricky Garrison, by and through counsel, hereby requests the Court to allow a filing in excess of the page limits stated in *WJM Revised Practice Standards* III (A).  This motion is, accordingly, made pursuant to *WJM Revised Practice Standards* III (C).

1. Mr. Garrison is requesting leave to file a wiretap suppression motion and request for specific discovery in excess of fifteen (15) pages.

2. Mr. Garrison is charged with 54 counts in a multi-count indictment and, as a result, the case has voluminous discovery, including thirteen (13) wiretap affidavits, applications, and orders.

3. The Court, on July 7, 2014 (Doc. #188), declared the case complex. The Court's Order, Doc. #188, is hereby incorporated by reference. One pertinent aspect of the

Case No. 1:14-cr-00231-WJM   Document 935   filed 05/04/16   USDC Colorado   pg 2 of 3

2 of 3

Court's Order, Doc. #188, is the fact that the Court noted that discovery is voluminous.

4. Mr. Garrison's motion is thirty-five (35) pages. The motion is concise, directed, and specific to the nature of the requests: suppression of the wiretaps and specific discovery.

5. Counsel has conferred with the government and the government does not object to this request.

6. Mr. Garrison can only bring a cogent, specific motion if allowed to file in excess of the fifteen (15) page limit.

Wherefore, for the reasons stated in this motion, counsel requests the Court allow Mr. Garrison to file a motion in excess of fifteen (15) pages.

DATED at Denver, Colorado this, 4th day of May 2016.

        Respectfully submitted,

/s/Miller Leonard
14143 Denver West Pkwy., Suite 100
Golden, CO 80403
(720) 613-8783 Phone - Office
(303) 907-9516 Phone - Business Cell
(720) 613-8782 Fax
/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
millller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties by the District of Colorado's ECF filing system.

/s/Miller Leonard