IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-13

UNITED STATES OF AMERICA,

      Plaintiff,

v.

13.    SIDNEY TAYLOR,

      Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING**

---

The United States of America (the Government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, hereby requests this Court to permit a continuance of the presently set sentencing hearing and in support of such states the following:

1.    The Defendant is presently set for a sentencing hearing on May 19, 2016, at 10:00 a.m.

2.    The Government (and the Defendant) requests the Court continue the sentencing hearing as to this Defendant, as this Defendant must be sentenced after the trial and/or sentencing of several of the co-defendants in this case.   This Defendant, Sidney Taylor, will very likely be called as a witness in the trial of several of the co-defendants.   It is necessary to continue the sentencing of this Defendant so that he may fulfill his plea agreement responsibilities to receive the benefit of a 5K1 (*see* Plea Agreement, Doc. No. 282).

3.      The Government requests the presently set sentencing date be continued and set at a time convenient for the Court after October 7, 2016.

4.      The Government has not been able to contact counsel for Mr. Taylor, John Mosby, as Mr. Mosby is presently in trial in front of the Honorable Raymond Moore. However, the sentencing for the Defendant has been continued in the past without objection, as it is part of Mr. Taylor's plea agreement.

WHEREFORE, the Government respectfully requests that the Court vacate the presently set sentencing hearing and set a sentencing hearing after October 7, 2016.

Respectfully submitted this 5th day of May, 2016.

JOHN F. WALSH
United States Attorney


By: *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone:   (303) 454-0118
Fax:   (303) 454-0401
e-mail:   zachary.phillips@usdoj.gov
Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of May, 2016, I electronically filed the fore-going **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>*s/Maggie E. Grenvik*</u>
Maggie E. Grenvik
Legal Assistant