## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
    Plaintiff,

v.

#1 RICKY GARRISON,
    Defendants.

---

### DEFENDANT'S MOTION TO RESTRICT DOC #939 AND EXHIBITS

---

Ricky Garrison, by and through undersigned counsel, hereby requests leave to file Doc. #939, level 1. This motion is made pursuant to D.C.COLO.LCrR 47.1.

1. There is no practical manner in which to redact the motion; the motion contains grand jury testimony and has information concerning a confidential human source. Counsel has filed Doc. #939 subject to level 1 restriction as the parties to this case have access to all of the information contained in the motion, as well as the exhibits.

2. The public has no interest in the details.

3. Defendant has filed Doc. #939 subject to level 1 restriction and is filing this motion contemporaneously/as soon as possible after filing Doc. #939.

4. The contents of Exhibits 1 - 3, and which Doc. #939 directly quotes, are already subject to a previous order of the court directing counsel to maintain control over the

1

2

documents/contents and not to allow defendants unfettered control or access. Thus, this motion is in accord with the previous order of the court. *See* Doc. #131 and Doc. #186.

Respectfully submitted and DATED at Denver, Colorado this, 5th day of May 2016.

          Respectfully submitted,

          /s/Miller Leonard
          14143 Denver West Pkwy., Suite 100
          Golden, CO 80403
          (720) 613-8783 Phone - Office
          (303) 907-9516 Phone - Business Cell
          (720) 613-8782 Fax
          /s/Miller Leonard
          Attorney for Defendant
          CO Reg. # 41029
          millller@themillerleonardlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.