# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**15. ROBERT PAINTER**,

    Defendant.

## DEFENDANT ROBERT PAINTER'S NOTICE OF DISPOSITION

COMES NOW, defendant Robert Painter, by and through his undersigned counsel, hereby respectfully gives notice that Mr. Painter and the government have reached a disposition in this case. Counsel moves to withdraw his pending motions and requests that the parties be allowed to schedule a change of plea hearing.

Dated: May 6, 2016

    Respectfully submitted,

*s/ Patrick J. Burke*
Patrick J. Burke
Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, Colorado 80202
303-825-3050
303-825-2992 fax
Patrick-J-Burke@msn.com

*s/ Dean Neuwirth*
Dean Neuwirth P.C.
950 S Cherry St, #300
Denver, Colorado 80246
303-329-9222
dean.neuwirth@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Zachary Phillips, Zachary.phillips@usdoj.gov
*Assistant United States Attorneys*

Miller Leonard, millermleonard@gmail.com
Scott Poland, scottpoland@qwestoffice.net
Ronald Hahn, rhahn3677@hotmail.com

*s/ Jennifer J. Feldman*