IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

District Court No. 14-cr-00231-WJM-4

UNITED STATES OF AMERICA,

    Plaintiff,

V

4. FRANCISCO AGUILAR,

    Defendant.

---

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPRESSION MOTIONS

---

NOW COMES, the defendant, Francisco Aguilar, by and through counsel, Scott Poland of Poland & Wheeler, P.C., and moves this Honorable Court for an Order granting a 7-day extension of time to file any suppression motions and as grounds for this motion states as follows:

1. Mr. Aguilar has been charged in a Seventy-One Count Indictment with, inter alia, Conspiracy to Distribute Controlled Substances.
2. On March 24, 2016 this Court entered an Order Resetting Trial Dates and Related Deadline which established deadlines for filing various motions (Doc. No.877).  This Order forbad any additional delays in this case for any reasons including Motions for Extensions of Times such as this motion.
3. On April 6th, 2016 the Court entered an Order Granting in Part, and Denying in Part, Defendant Garrison's Motion to Reconsider (Doc. No. 898).  This Order set the deadline for filing any suppression motions to May 6, 2016.

1

4. Counsel for Mr. Aguilar was appointed by the Court on March,18th, 2016 (Doc. No. 865).
5. Despite repeated requests, discovery was not provided to counsel until approximately March 28, 2016. The discovery finally provided consists of 1,000's of pages of reports, Applications for Wiretaps, Logs, GPS data and other important information related to this case. In addition, there are hours of intercepted calls which must also be reviewed and analyzed to ensure effective representation of Mr. Aguilar.
6. Despite undersigned counsel's best efforts to wade through the extensive material he has been unable to in order to meet the May 6th deadline. Undersigned counsel is understanding of the Court's frustration with the innumerable delays which this case has suffered but responsibility lie elsewhere.
7. If forced to file suppression motions at this stage these motions would be little more than "stock motions". Mr. Aguilar is deserving of better representation than that.
8. In addition, and finally, undersigned counsel is the proverbial "late comer to the party" and has been prevented from reviewing all the pertinent material in this case before engaging in meaningful settlement discussions with the prosecution.
9. Counsel has conferred with Assistant United States Attorney, Zachary Phillips, who has indicated he has no objection to the relief requested in this motion.

Respectfully submitted this 6th day of May, 2016.

                                                      S/Scott T. Poland
                                                      Scott T. Poland, 11473
                                                      Attorney for the Defendant
                                                      215 S. Wadsworth Blvd., #500
                                                      Lakewood, CO  80226
                                                      303-969-8300

## CERTIFICATE OF SERVICE

I hereby certify that on May 6th, 2016 I electronically filed the foregoing Unopposed Motion for Extension of Time to File Suppression Motions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Zachary Phillips, A.U.S.A.
Miller Leonard, Esq.
Ronald Hahn, Esq.
Patrick J. Burke, Esq.

                                             s/Scott Poland

3