IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     RICKY GARRISON,

    Defendant.

_____

### ORDER GRANTING DEFENDANT'S MOTION TO RESTRICT DOC #939 AND EXHIBITS
_____

This matter is before the Court on Defendant Garrison's Motion to Restrict Doc #939 and Exhibits filed on May 5, 2016 (ECF No. 940). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Motion for Leave to Restrict Doc. #939 and Exhibits is GRANTED. The Documents filed at ECF No. 939 shall remain RESTRICTED at RESTRICTION LEVEL 1 (viewable only by Case Participants and the Court).

Dated this 9th day of May, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge