# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendants.

---

### DEFENDANT'S MOTION TO RESTRICT DOC #948 and #949 AND EXHIBITS 4 -20

---

Ricky Garrison, by and through undersigned counsel, hereby requests leave to file Doc. #948 and Doc. #949 and exhibits 4 -20, level 2.   This motion is made pursuant to D.C.COLO.LCrR 47.1.

1. There is no practical manner in which to redact the exhibits.

2. The public has no interest in the details; the exhibits pertain to a motion that has already been filed and accepted as level 2.

3. Defendant has filed Doc. #948 and Doc. #949 subject to level 2 restriction and is filing this motion contemporaneously.

Respectfully submitted and DATED at Denver, Colorado this, 10th day of May 2016.

        Respectfully submitted,

        /s/Miller Leonard
        14143 Denver West Pkwy., Suite 100
        Golden, CO 80403
        (720) 613-8783 Phone - Office
        (303) 907-9516 Phone - Business Cell
        (720) 613-8782 Fax
        /s/Miller Leonard
        Attorney for Defendant
        CO Reg. # 41029
        milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.