IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0231-WJM-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  RICKY GARRISON,

 Defendant.

_____

**ORDER GRANTING DEFENDANT'S MOTION TO RESTRICT
DOC #948 AND #949 AND EXHIBITS 4-20**
_____

 This matter is before the Court on Defendant Garrison's Motion to Restrict Doc #948 and #949 and Exhibits 4-20 filed on May 10, 2016 (ECF No. 950).  The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

 Defendant's Motion to Restrict Doc #948 and #949 and Exhibits 4-20 is GRANTED.  The Documents filed at ECF Nos. 948 and 949 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court).

 Dated this 10th day of May, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge