IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    CHRISTOPHER VIGIL,

    Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

    The United States of America (the Government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, and hereby requests this Court to permit a continuance of the presently set sentencing and in support of such states the following:

    1.    The Defendant is presently set for a Sentencing Hearing on May 31, 2016, at 2:30 P.M.

    2.    The Government (and the Defendant) request the Court continue sentencing hearing, as this Defendant must be sentenced after the trial and/or sentencing of several of the co-defendants in this case. This Defendant will very likely be called as a witness in the trial of several of the co-defendants. It is necessary to continue the sentencing of this Defendant so that he may fulfill his plea agreement responsibilities to receive the benefit of a 5K1.

    3.    The Government requests the presently set sentencing date be continued and set as a sentencing date convenient for the Court after October 7, 2016.

4. The Government has contacted counsel for Mr. Vigil, Andres Guevara, Esq., who does not oppose this request, as it is part of Mr. Vigil's plea agreement.

WHEREFORE, the Government respectfully requests that the Court vacate the presently set sentencing hearing and set a sentencing hearing after October 7, 2016.

Dated this 11th day of May, 2016.

        Respectfully submitted,

        John F. Walsh
        United States Attorney

By  *s/Zachary Phillips*
      ZACHARY PHILLIPS
      Assistant United States Attorney
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO 80202
      Telephone (303) 454-0118
      Fax (303) 454-0401
      e-mail:   zachary.phillips@usdoj.gov
      Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant