## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

United States of America,

    Plaintiff,

v.

**16.**    **LATOYA WIMBUSH,**

    Defendants.

___

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SENTENCING-RELATED PLEADINGS**

___

    Defendant Latoya Wimbush, by and through undersigned counsel, hereby moves the Court for a one-week extension of time to file a motion for a non-guideline sentence or any other sentencing-related pleadings in this case, and states the following grounds:

    1.    Ms. Wimbush entered a guilty plea in this case on March 14, 2016. At that time, the Court scheduled the matter for sentencing hearing on June 7, 2016, at 3:00 p.m.

    2.    Pursuant to this Court's Practice Standards, sentencing-related pleadings must be filed no later than 14 days before the hearing, or May 24, 2016 in this case. WJM Revised Practice Standards, § IX.I.2.b.

    3.    Undersigned counsel is scheduled for a jury trial in Jefferson County District Court, Case No. 14CR2062, *People v. Karl Baker*, to be held May 23 through

27, 2016. The case involves an 8-count indictment charging felony securities fraud and theft counts.

4. Ms. Wimbush is currently compiling mitigation information that counsel wishes to include in the sentencing pleadings, but is unlikely to have those materials to counsel before the Baker trial commences on May 23rd. Further, once the trial begins counsel is unlikely to have time available to draft and file the sentencing pleading in this case.

5. Ms. Wimbush's sentencing pleading is unlikely to be elaborate or complex. The guideline range as calculated in the PSI is 8-14 months. The probation officer who wrote the PSI has recommended that Ms. Wimbush be sentenced to time served plus 3 years of supervised release, with 8 months of home confinement as a condition. Ms. Wimbush intends to ask the Court to sentence her to straight probation without an accompanying term of home confinement.

6. The government has agreed in the plea agreement to recommend that Ms. Wimbush be sentenced to a term of probation.

7. Ms. Wimbush does not intend to file any objections to the presentence investigation report.

8. Counsel has conferred with Assistant United States Attorney Zachary Phillips. Mr. Phillips does not object to the relief requested herein.

9. As the government's response to the sentencing pleadings would otherwise be due on May 31, 2016, Mr. Phillips would request that if this request for extension is granted, the deadline for the government's response be extended to June 2, 2016.

WHEREFORE, Ms. Wimbush respectfully requests that the deadline for filing of her sentencing-related pleadings be extended to May 31, 2016, and that the deadline for the government's response be extended to June 2, 2016.

Respectfully Submitted,

The Ward Law Firm, P.C.

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
The Ward Law Firm, P.C.
955 Bannock Street, Suite 200
Denver, CO 80204
Tel. 303-393-1101
tward@wardlawdenver.com

Dated:  May 21, 2016

CERTIFICATE OF SERVICE

I certify that on Saturday, May 21, 2016, I filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SENTENCING-RELATED PLEADINGS** using the CM/ECF system, which will automatically send notification of such filing to counsel of record for all parties.


s/Thomas R. Ward
Thomas R. Ward, Attorney for Defendant