IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      RICKY GARRISON,
        a/k/a "G,"
4.      FRANCISCO AGUILAR,

        Defendants.

---

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO
DEFENDANTS' VARIOUS MOTIONS
(Doc. Nos. 939, 961, and 962)

---

THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney (AUSA), hereby respectfully requests additional time to respond to Defendants' various motions.

    1.    On May 5, 2016, Defendant Ricky Garrison filed Doc. No. 939, Motion to Suppress Wiretap Evidence and for Specific Wiretap Discovery.

    2.    On May 6, 2016, Defendant Francisco Aguilar filed an Unopposed Motion for Extension to File Suppression Motions (Doc. No. 943). The Defendant's motion was granted and the Defendant was given up to and including May 13, 2016, to file any suppression motions (Doc. No. 946). The Defendant then filed Motion to Suppress Wiretap (Doc. No. 961) and Motion to Suppress Statement (Doc. No. 962).

3. The Government has been working diligently on responding to the aforementioned motions. However; given the complexity and numerous legal issues presented in the motions, as well as the requirements and attention other cases being handled by AUSA Zachary Phillips demand, Government counsel is unlikely to meet the Court's May 27, 2016, deadline for responses to the above motions. Government counsel believes additional time is necessary to file thoughtful and meaningful responses as opposed to "stock" responses.

4. Counsel for the Government has contacted the attorneys for both Defendants and neither counsel objects to this extension.

5. Wherefore, the Government would request an extension up to and including June 3, 2016, to file responses to the Defendants' suppression motions.

Respectfully submitted this 25th day of May, 2016.

JOHN F. WALSH
United States Attorney

By: *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone:  (303) 454-0118
Fax:  (303) 454-0401
e-mail:  zachary.phillips@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of May, 2016, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' VARIOUS MOTIONS (Doc. Nos. 939, 961, and 962) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              *s/Maggie E. Grenvik*
                                              Maggie E. Grenvik
                                              Legal Assistant