IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.    LUIS RAMIREZ,

    Defendant.

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America (the Government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, hereby requests this Court to permit a continuance of the presently set sentencing hearing and in support of such states the following:

1. The Defendant is presently set for sentencing on June 10, 2016, at 1:30 p.m.

2. The Government requests the Court continue the sentencing hearing as to this Defendant, as this Defendant must be sentenced after the trial of one or more of the remaining defendants. The trial in this case is presently set for September 26, 2016. It is necessary to continue the sentencing of this Defendant so that he may fulfill his plea agreement responsibilities to receive the benefit of a 5K1.

3. The Government requests the presently set sentencing hearing date be continued and set a new sentencing date convenient for the Court after October 7, 2016.

4. The Government has contacted counsel for Mr. Ramirez, Adam Tucker, who does not oppose this request as it is part of Mr. Ramirez's plea agreement.

WHEREFORE, the Government respectfully requests that the Court vacate the presently set sentencing hearing and set a new sentencing hearing after October 7, 2016.

Respectfully submitted this 25th day of May, 2016.

        JOHN F. WALSH
        United States Attorney

By: *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:   (303) 454-0118
     Fax:   (303) 454-0401
     e-mail:   zachary.phillips@usdoj.gov
     Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 25th day of May, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                     *s/Maggie E. Grenvik*
                                                     Maggie E. Grenvik
                                                     Legal Assistant