**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

#1 RICKY GARRISON,
Defendants.

---

*EX PARTE* MOTION FOR A SECOND CJA ATTORNEY

---

COMES NOW, Ricky Garrison, Defendant, by and through counsel, and hereby requests the Court to appoint an additional CJA attorney to represent him in this matter. In support of this motion, defendant states the following:

1. Trial is set, over defendant's objection and request, for September 26, 2016.
2. This case has been declared complex by the Court. Doc. #188.
3. Defendant had, prior to the discharge of counsel on February 4, 2016 been represented by two CJA appointed counsel.
4. Undersigned counsel is doing everything in his power to get prepared for trial. As indicated in previous motions, counsel has requested additional time to prepare for trial and motions than has been granted.
5. Added counsel does not alleviate the issues previously outlined by Mr. Garrison for more time to prepare for trial due to the discharge of his prior attorneys, however, one attorney is not sufficient for this case.

6. Counsel has spoken with CJA panel attorney Sean McDermott. Mr. McDermott is available and has no conflict.
7. Mr. Garrison is housed in GEO Detention Center. As a result, he is not able to meet with counsel at his office. This adds time to the representation. Adding additional counsel helps alleviate the time issues of visiting Mr. Garrison as it doubles the amount of people available to see Mr. Garrison, thus, attorney time is freed for other matters.
8. If the court allows additional counsel to be appointed, counsel will undertake a review of the case to ensure that duplicitous issues are not handled: the purpose is to allow for a more rapid assessment and understanding of the case, and to allow for preparation for trial and motions to be expedited.
9. Previously, the Court ruled that additional counsel was not necessary as Mr. Burke had been given additional counsel. However, Mr. Burke, who represents co-defendant Mr. Painter has now filed a Notice of Disposition and, as a result, he is no longer going to trial nor is he going to be litigating motions.

DATED at Denver, Colorado this,26th day of May 2016.

Respectfully submitted,

/s/Miller Leonard
14143 Denver West Pkwy., Suite 100
Golden, CO 80403
(720) 613-8783 Phone - Office
(303) 907-9516 Phone - Business Cell

(720) 613-8782 Fax
/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
milller@themillerleonardlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.