IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

District Court No. 14-cr-00231-WJM-4

UNITED STATES OF AMERICA,

       Plaintiff,

V

 4. **FRANCISCO AGUILAR,**

       Defendant.

---

**DEFENDANT FRANCISCO AGUILAR'S NOTICE OF DISPOSITION**

---

       NOW COMES, the defendant, Francisco Aguilar, by and through counsel, Scott Poland of Poland & Wheeler, P.C., and hereby respectfully gives notice that Mr. Aguilar and the government have reached a disposition in this case. Counsel moves to withdraw his pending motions and requests that the parties be allowed to schedule a change of plea hearing.

Dated: May 31, 2016

                                          Respectfully Submitted,

                                          S/Scott T. Poland
                                          Scott T. Poland, 11473
                                          Attorney for the Defendant
                                          215 S. Wadsworth Blvd., #500
                                          Lakewood, CO  80226
                                          303-969-8300

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 31th, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Zachary Phillips, A.U.S.A.
Miller Leonard, Esq.
Ronald Hahn, Esq.
Patrick J. Burke, Esq.

s/Scott Poland