IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**15.  ROBERT PAINTER**,

    Defendant.

---

**DEFENDANT ROBERT PAINTER'S UNOPPOSED MOTION FOR RELEASE ON BOND WITH A SPECIAL CONDITION OF PLACEMENT IN A RESIDENTIAL REENTRY CENTER (RRC)**

---

    COMES NOW, defendant Robert Painter, through his undersigned counsel, and respectfully moves this Honorable Court for entry of an Order directing that Mr. Painter be released on an unsecured bond with a special condition that he be placed in a Residential Reentry Center (RRC) on the date of his Change of Plea Hearing.  As grounds, the defendant states as follows:

Status of the Case

    1)    On June 4, 2014, the defendant was indicted along with 15 other individuals.  He was arrested and detained.

    2)    The parties have reached a disposition.  A Notice of Disposition was filed on May 6, 2016.  The Change of Plea is scheduled for June 17, 2016 at 9:30 a.m.

    3)    As of the Change of Plea date, Robert Painter will have been incarcerated for over two years.

4) In the Plea Agreement that will be presented to the Court, the projected Offense Level is 12 and the Advisory Guideline Range is 21-27 months. Thus, this Court could eventually impose a term of incarceration that will already have been served as of the date on which the plea is being entered.

5) Because Robert Painter has now been in custody for two years, a transitional period in a Residential Reentry Center (RRC) makes good sense. Put another way, it would be reasonable for Robert Painter to be in a Residential Reentry Center during the time that the Presentence Investigation is being conducted. In order to accomplish this, it is necessary that a bond be set with the condition that Robert Painter be placed in a Residential Reentry Center. Such a placement would provide Robert Painter with a safe, structured and supervised environment during the upcoming transitional period in his life. The RRC could provide employment counseling and other services, which will help Robert Painter rebuild his life and readjust to society.

6) The government does not oppose this motion.

7) A copy of this Motion is being provided to the United States Probation Office, which will be involved in any placement of Robert Painter in a Residential Reentry Center.

WHEREFORE, the defendant moves this Honorable Court to allow Robert Painter to be released on an unsecured bond with a special condition that he be placed in a Residential Reentry Center (RRC) as of the date of his Change of Plea.

Dated: June 1, 2016

    Respectfully submitted,

    *s/ Patrick J. Burke*
    Patrick J. Burke
    Patrick J. Burke, P.C.
    999 18th Street, Suite 2055

Denver, Colorado 80202  
303-825-3050  
303-825-2992 fax  
Patrick-J-Burke@msn.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of June, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Zachary Phillips, Zachary.phillips@usdoj.gov  
*Assistant United States Attorneys*

Andrea Bell, andrea_bell@cod.uscourts.gov  
*Supervising United States Probation Officer*  
(via email by defendant's counsel)

<em>s/ Jennifer J. Feldman</em>

3