### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-16

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16.    LATOYA WIMBUSH,

    Defendant.

### GOVERNMENT'S MOTION TO DISMISS REMAINING
### COUNTS OF THE INDICTMENT

The United States of America, by and through John F. Walsh, United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment.

The Defendant entered a plea of guilty to Count Forty-Five of the Indictment and admitted to the forfeiture allegations. The Defendant will be sentenced on that Count on June 7, 2016. Accordingly, the Government hereby moves to dismiss the remaining counts against this Defendant only.

In the Government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines." (See 6B1.2(a)).

Respectfully submitted this 2nd day of June, 2016.

                JOHN F. WALSH
                United States Attorney

        By:  *s/Zachary Phillips*
              ZACHARY PHILLIPS
              Assistant United States Attorney
              U.S. Attorney's Office
              1225 17th St., Suite 700
              Denver, CO 80202
              Telephone:   (303) 454-0118
              Fax:   (303) 454-0401
              e-mail:   zachary.phillips@usdoj.gov
              Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 2nd day of June, 2016, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      *s/Maggie E. Grenvik*
                                      Maggie E. Grenvik
                                      Legal Assistant