IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Action No. 14-cr-00231-WJM-16

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16.    LATOYA WIMBUSH,

    Defendant.

## ORDER TO DISMISS REMAINING COUNTS OF THE INDICTMENT

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Latoya Wimbush, and for good cause shown, it is hereby

ORDERED that the remaining counts of the Indictment be dismissed as to Defendant Latoya Wimbush.

DATED this _____ day of _____, 2016.

BY THE COURT:

JUDGE WILLIAM J. MARTINEZ
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO