# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-16

UNITED STATES OF AMERICA,

     Plaintiff,

v.

16.     LATOYA WIMBUSH,

     Defendant.

---

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION FOR NON-GUIDELINE SENTENCE
### (Doc. No. 990)

---

The United States of America, by and through John F. Walsh, United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Response to Defendant's Motion for a Non-Guideline Sentence (Doc. No. 990).

The Government having reviewed all relevant documents, and having spoken with defense counsel and Senior Probation Officer Gary Kruck, would agree to a sentence of time served and 3 years of supervised release.   The Government will take no position as to any sentence to in-home detention as recommended by Probation at the time of sentencing.

Respectfully submitted this 2nd day of June, 2016.

JOHN F. WALSH
United States Attorney


By:  *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:   (303) 454-0118
     Fax:   (303) 454-0401
     e-mail:   zachary.phillips@usdoj.gov
     Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of June, 2016, I electronically filed the fore-going **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR NON-GUIDELINE SENTENCE (Doc. No. 990)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>*s/Maggie E. Grenvik*</u>
Maggie E. Grenvik
Legal Assistant

3