IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00231-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON,
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER,
16. LATOYA WIMBUSH,

   Defendants.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Document #1000.

Upon consideration and for good cause shown,

IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby at a "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of June, 2016.


_____
WILLIAM J. MARTINEZ, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO