IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.    ROBERT PAINTER,

    Defendant.

---

## ORDER

This matter is before the court on "Defendant Robert Painter's Unopposed Motion for Release On Bond with a Special Condition of Placement in a Residential Reentry Center (RRC)" [Doc. No. 993] filed June 1, 2016.

It is **ORDERED**

A hearing is scheduled on this matter for **June 17, 2016 at 10:30 a.m.** before this court in Courtroom C-201, 1929 Stout Street, Denver, Colorado. The United States Marshal Service is directed to bring the Defendant to court with all his belongings so that, if the motion is granted, the Defendant may proceed directly to the RRC, without the necessity of returning to his current holding location for formal check out.

DATED this 3d day of June, 2016.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge