IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    14-cr-00231-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RICKY GARRISON,
    a/k/a "G,"
2. JAMES TILLMON,
    a/k/a "Black,"
    a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
    a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
    a/k/a "Abdul Halim Aswad Ali,"
    a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER,
16. LATOYA WIMBUSH,

    Defendants.

## MOTION TO RESTRICT DOCUMENT

The United States of America, by and through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, respectfully moves to restrict document and attachments, any order revealing the contents of that document, and the brief filed in support of

this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully submitted June 3, 2016.

                                          JOHN F. WALSH
                                        UNITED STATES ATTORNEY
                                        DISTRICT OF COLORADO

BY:   *s/ Zachary Phillips*
        Zachary Phillips
        Assistant United States Attorney
        United States Attorney's Office
        District of Colorado
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone (303) 454-0100
        Fax (303) 454-0409
        Zachary.phillips@usdoj.gov