IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: June 7, 2016 |
| Court Reporter:     Gwen Daniel | Probation: Gary Kruck |
| | Time: 34 minutes |

_____

Criminal Action No. 14-cr-00231-WJM        *Counsel:*

UNITED STATES OF AMERICA,                  Zachary Phillips

　　　Plaintiff,

v.

16.  LATOYA WIMBUSH,                       Thomas Ward

　　　Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

03:00 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Ward

1

**ORDERED:** Government's Motion to Dismiss Remaining Counts of the Indictment [994] is GRANTED.  The remaining counts of the Indictment are dismissed as to this defendant only.

Defendant's Allocution

**ORDERED:** Motion for Non-Guideline Sentence [990] is GRANTED IN PART.

Defendant plead guilty to Count 45 of the Indictment on March 14, 2016.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant LaToya Wimbush, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED.

**ORDERED:** Upon release from imprisonment defendant is placed on supervised release for a term of three years.

While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Special Conditions of Supervised Release:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

  **2.** **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

  **3.** **The defendant shall remain medication compliant and shall take all medications that are prescribed by her treating healthcare provider. The defendant shall cooperate with random blood tests as requested by her treating healthcare provider and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of her right to appeal both her conviction and sentence imposed except in very limited circumstances.

**ORDERED:** **Defendant's bond is exonerated.**

03:34 p.m. Court in Recess
     Hearing concluded

3