IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.  14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

16.  LATOYA WIMBUSH,

      Defendant.

## ORDER

      PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

      ORDERED that Defendant LaToya Wimbush is sentenced to TIME SERVED.

      Dated at Denver, Colorado, this 7th day of June, 2016.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge