IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez
_____

Courtroom Deputy:  Deborah Hansen        Date:  June 17, 2016
Court Reporter:  Gwen Daniel             Time: twenty-four minutes

_____

Criminal Action No.  14-cr-00231-WJM     <u>Counsel:</u>

UNITED STATES OF AMERICA,                Zachary Phillips

    Plaintiff,

v.

15.  ROBERT PAINTER,                     Patrick Burke

    Defendant.

_____

## COURTROOM MINUTES
_____

CHANGE OF PLEA HEARING

09:36 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Defendant advised of maximum penalties.

Defendant's right to trial to jury and other constitutional rights explained.

Mr. Burke states for the record the extent and scope of the limited waiver of the defendant's appeal and collateral challenge rights contained in the Plea Agreement.

Colloquy between the Court and the defendant

The defendant confirms that he understands and agrees to the limitations contained in the Plea Agreement and his right to appeal the sentence the Court will impose.

Count 53 read to the defendant.

Defendant pleads guilty to Count 53 of the Indictment and admits to the forfeiture allegation.

Discussion

Court Exhibit 1 will be filed under restriction.

**ORDERED:** **Court Exhibit 1 - Plea Advisement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are RECEIVED into evidence.**

**ORDERED:** **Defendant's plea of guilty is ACCEPTED.**

**ORDERED:** **The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, MUST be filed no later than 14 days prior to the date of the sentencing hearing. Proposed orders on such motions must be provided to the Chambers e-mail address at the same time. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.**

**ORDERED:** **Sentencing is set for November 8, 2016 at 2:30 p.m.**

**ORDERED:** **All hearings and settings in this case other than the Sentencing date are hereby VACATED.  Any pending motions are hereby DENIED as moot.**

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

10:00 a.m.     Court in Recess
               Hearing Concluded