IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      RICKY GARRISON,
         a/k/a "G,"

      Defendant.

---

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
DEFENDANT'S MOTION PURSUANT TO F.R.E. 801(d)(2)(E)
(Doc. No. 981)

---

THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney, hereby respectfully requests additional time to respond to Defendant's Motion Pursuant to F.R.E. 801(d)(2)(E).

1.      On May 27, 2016, Defendant Ricky Garrison filed Doc. No. 981, Motion Pursuant to F.R.E. 801(d)(2)(E).

2.      The Government has been working diligently on responding to the aforementioned motion. Further, the Government, with assistance of a law enforcement officer, has been organizing, preparing and selecting all potential statements to be included in the proffer under Fed. R. Evid. 801(d)(2) and Objections chart as ordered by the Court. However; given the vast numbers of statements that must be included and may be used at trial, the Government will be unable to complete a filing by the presently set response deadline of June 28, 2016. The Government is being mindful and selective while also inclusive of responses to be included in the

filing to be judicially economic of both the Court's time as well as defense counsels' time, so as to produce a chart that is not simply every statement that may be used at trial but instead is a chart that contains statements that will highly likely be used at trial. Such an approach takes extra time at this point but will likely save time in the future for all parties.

3. Counsel for the Government has contacted the attorneys for the Defendant and defense counsel does not object to this extension.

4. Wherefore, the Government would request an extension up to and including July 6, 2016, to file responses to the Defendant's Motion Pursuant to F.R.E. 801(d)(2)(E).

Respectfully submitted this 27th day of June, 2016.

                JOHN F. WALSH
                United States Attorney

      By:  *s/Zachary Phillips*
                ZACHARY PHILLIPS
                Assistant United States Attorney
                U.S. Attorney's Office
                1225 17th St., Suite 700
                Denver, CO 80202
                Telephone:   (303) 454-0118
                Fax:   (303) 454-0401
                e-mail:   zachary.phillips@usdoj.gov
                Attorney for the Government

CERTIFICATE OF SERVICE

     I hereby certify that on this 27th day of June, 2016, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION PURSUANT TO F.R.E. 801(d)(2)(E) (Doc. No. 981) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                             *s/Maggie E. Grenvik*
                                             Maggie E. Grenvik
                                             Legal Assistant