# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

___

DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION TO SUPPRESS PURSUANT TO THE HOLDINGS IN FRANKS v. *DELAWARE*
___

COMES NOW Defendant, by and through counsel, and hereby files this request for leave to file a *Franks* motion, specifically, a Motion to Suppress Wiretap Evidence pursuant to the holdings in *Franks v. Delaware* 438 U.S. 154 (1978). In support of this request, the defendant states the following:

1. The defense, without abandoning any of the discovery requests made in Doc. # 939 (defendant's Motion to Suppress Wiretap Evidence and for Specific Discovery), hereby requests leave to file a *Franks* motion due to the Government's revelation of CHS-1's identity.

2. The defense has been working diligently in an effort to prepare this case for trial, and due to the status of current discovery revelations, can now file a *Franks* motion. However, the defense would request the ability to

1

supplement his *Franks* motion should the Court grant the discovery requests made in Doc. # 939, either in full or in part.

3. Defendant makes this request at this time in order to advise the Court and the Government, at the earliest possible time, of his intentions to file a *Franks* motion. Defendant has, since the first Motion for Discovery (Doc. #611: Joint Motion for Discovery) sought discovery to support a *Franks* motion. Defendant reasserted, with particularity, discovery requests in Doc. #939, and now, due to the revelation of the identity of CHS-1, defendant is able to proceed with such a motion.

4. This request is made in the interests of justice and in an endeavor to provide defendant with effective assistance of counsel as mandated by the Constitution of the United States.

WHEREFORE, for the reasons stated herein, defendant requests leave to file a *Franks* motion, and for all further relief requested herein.

DATED at Denver, Colorado this 27th day of June 2016.

Respectfully submitted,

/s/Miller Leonard
14143 Denver West Pkwy.,
Suite 100
Golden, CO 80403
(720) 613-8783 Phone
(303) 907-9516 Phone - Cell
(720) 613-8782 Fax
Attorney for Defendant
CO Reg. # 41029
milller@themillerleonardlawfirm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.