IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-4

UNITED STATES OF AMERICA,

        Plaintiff,

v

4. FRANCISCO AGUILAR.

        Defendant.

---

**STATEMENT BY DEFENDANT IN ADVANCE OF PLEA OF GUILTY**

---

    I hereby acknowledge and certify that I have been advised of and that I understand the following facts and rights, that all representations contained herein are true and correct, and that my attorney has assisted me as I have reviewed and completed this form.

    1.    The nature of the charges against me has been explained to me by my attorney and the Court. I have had an opportunity to discuss with my attorney and with the Court the nature of the charges and the elements which the government is required to prove.

    2.    I know that when the Court sentences me, the Court will consider many factors, including certain guidelines established by the United States Sentencing Commission pursuant to 18 U.S.C. Section 3553, as those guidelines pertain to the crime I admit I committed, my degree of involvement in that crime, and my personal history and background. I understand that the Sentencing Guidelines are advisory in nature and not binding upon the Court, and that I could be sentenced to serve the maximum term and to pay the maximum fine, as set forth in Paragraph 3 below.

Court Exhibit 2

3. I know that the following penalties may be imposed upon me under the law, as a result of my guilty plea to Count Fifty-Two of the Indictment which charges a violation of title 21 U.S.C. section 841 (a)(1) and 841 (b)(1)(C) and Title 18 United States Code, Section 2 possession with intent to distribute less than 500 grams of a mixture containing a detectable amount of cocaine and intentionally and knowingly aiding and abetting the same. The maximum penalty for violating 21 U.S.C. section 841(a)(1) and (b)(1)(C) as charged in Count Fifty-two, is imprisonment for not more than twenty (20) years, a fine of $1,000,000, supervised release for not less than three years, and a $100 special assessment. There is no restitution.

The conviction may cause the loss of civil rights, including but not limited to the rights to possess firearms, vote, hold elected office, and sit on a jury. A violation of the conditions of unsupervised release may result in a separate prison sentence. Additionally, after a final conviction based on this plea, such conviction may cause the defendant to be deported from the United States, or confined indefinitely if there is no country to which the defendant may be deported.

4. I know that I can be represented by an attorney at every stage of this proceeding, and I know that if I cannot afford an attorney, one will be appointed to represent me at the government's expense.

5. I know that I have a right to plead "not guilty," and I know that if I do plead "not guilty," I can persist in that plea.

6. I know that I have a right to trial by jury, and I know that if I choose to stand trial:

    a) I have a right to the assistance of an attorney at every stage of the proceedings;

b) I have a right to see and observe the witnesses who testify against me;

c) My attorney may cross-examine all witnesses who testify against me;

d) I may call such witnesses as I desire, and I may obtain subpoenas to require the attendance and testimony of those witnesses;

e) If I cannot afford to pay the expenses that witnesses incur, the government will pay those expenses, including mileage and travel expenses, and including reasonable fees charged by expert witnesses;

f) I cannot be forced to incriminate myself and I do not have to decide whether to testify until after I have heard the government's evidence against me;

g) I can testify at my trial if I choose to, and I do not have to decide whether to testify until after I have heard the government's evidence against me;

h) If I do not want to testify, the jury will be told that no inference adverse to me may be drawn from my failure to testify;

i) The government must prove each and every element of the offense with which I am charged, beyond a reasonable doubt.

j) In order for me to be convicted, the jury must reach a unanimous verdict of guilty; and

k) If I were to be convicted, I could appeal, and if I could not afford to appeal, the government would pay the cost of the appeal including the cost of the services of an appointed attorney.

7. I know that if I plead guilty, there will not be a trial of any kind.

8. I know that if I plead guilty, there will be no appellate review of the question of whether or not I am guilty of the offense to which I have pled guilty.

9. I know that 18 U.S.C. section 3742 affords me the right to appeal the sentence, including the manner in which the sentence was imposed. Knowing this, and in exchange for the concessions made by the government in the Plea Agreement, I knowingly and voluntarily waive the right to appeal any matter in connection with this prosecution, conviction, or sentence unless it meets one of the following conditions: (1) the sentence exceeds the maximum penalty provided in the statute of conviction; (2) the sentence exceeds the advisory guideline range that applies to a total offence level of 21; or (3) the government appeals the sentence imposed.. I also knowingly and voluntarily waive the right to challenge this prosecution, conviction, or sentence in any collateral attack (including, but not limited to, a motion brought under 28 U.S.C. section 2255). I know this waiver does not prevent me from seeking relief otherwise available in a collateral attack on any of the following grounds: (1) I should receive the benefit of an explicitly retroactive change in the sentencing guidelines or sentencing statute;, (2) I was deprived the effective assistance of counsel; (3) I was prejudiced by prosecutorial misconduct.

10. No agreements have been reached, and no representations have been made to me as to what the sentence in this case will be, except that which is explicitly detailed in the document entitled Rule 11(c)(1)(A) Plea Agreement, Cooperation Agreement ans Stipulation of Facts which will be filed with the Court during this proceeding. I further understand that any agreements and stipulations in the document entitled Plea Agreement, is binding on the Court only if the parties ask the Court in that document to be so bound, and only if the Court agrees to be so bound when it accepts my plea of guilty.

-4-

11. The only plea agreement which has been entered into with the government is that which is set out in the document entitled Rule 11(c)(1)(A) Plea Agreement, Cooperation Agreement and Stipulation of Facts, which will be filed by the government and me in this case and which I incorporate herein by reference.

12. I understand that the Court can make no decision as to what my sentence will be until the Pre-sentence Report has been received and reviewed by the Court.

13. I know that when I enter my plea of guilty, the Court may ask me questions under oath about the offense to which I have pled guilty. The questions, if asked of me on the record and in the presence of my attorney, must be answered by me, and if I give false answers, I can be prosecuted for perjury.

14. I know that I have the right to ask the Court any questions that I have concerning my rights, these proceedings, and my plea to the charge(s).

15. I am 40 years of age. My education consists of: 11 years schooling. I read and understand the English language.

16. Other than the promises of the government set out in the document entitled Rule 11(c)(1)(A) Plea Agreement, Cooperation Agreement and Stipulation of Facts no promises and no threats of any sort have been made to me by anyone to induce me or to persuade me to enter my plea in this case.

17. No one has promised me that I will receive probation or any other form of leniency because of my plea of guilty.

18. I have had a sufficient opportunity to discuss this case and my intended plea of

guilty with my attorney. I do not wish to consult with my attorney any further before I enter my plea of guilty.

19. I am satisfied with my attorney. I believe that I have been represented effectively and competently in this case.

20. My decision to enter the plea of guilty is made after full and careful thought, with the advice of my attorney, and with a full understanding of my rights, the facts and circumstances of the case, and the potential consequences of my plea of guilty. I was not under the influence of any drugs, medication or intoxicants when I made the decision to enter my guilty plea. I am not now under the influence of any drugs, medication or intoxicants.

21. I have no mental reservations concerning the entry of my plea.

22. Insofar as it shows conduct on my part, the summary of facts set out in the document entitled Rule 11(c)(1)(A) Plea Agreement, Cooperation Agreement and Stipulation of Facts is true and correct, except as I have indicated in that document.

23. I know that I am free to change or delete anything contained in this statement and that I am free to list my objection and my disagreement with anything contained in the document entitled Rule 11(c)(1)(A) Plea Agreement, Cooperation Agreement and Stipulation of Facts. I accept both documents as they are currently drafted.

24. I wish to plead guilty to the following charge Count Fifty-Two of the Indictment which charges a violation of title 21 U.S.C. sections 841(a)(1) and 841 (b)(1) (C) and Title 18 United States Code, Section 2 possession with intent to distribute less than 500 grams of a mixture containing a detectable amount of cocaine and intentionally and knowingly aiding and abetting the same.

This is Page 7 of the document entitled Statement of Defendant in Advance of Plea of Guilty. I have read and understand this and the previous six (6) pages; and the following Page 8.

DATED this  1  day of ~~June~~ July, 2016.

*/s/ Francisco Aguilar*
Francisco Aguilar, Defendant

I certify that I have discussed this statement and the document entitled Plea Agreement with the Defendant; I certify that I have fully explained to the Defendant his rights, the facts of this case and any possible defenses he may have and I have assisted him in completing this form. I believe that the Defendant understands the facts of the case, his rights and this statement. I believe that the Defendant is knowingly and voluntarily entering his plea of guilty. I believe there is a factual basis for the plea entered.

Respectfully submitted this 1st day of July, 2016.

POLAND AND WHEELER PC

_____
Scott Poland
215 South Wadsworth Boulevard, Suite 500
Lakewood, Colorado 80226-1566
303-969-8300
303-986-4857 [fax]