**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
         Plaintiff,

v.

#1 RICKY GARRISON,
         Defendant.

_____

MOTION TO RESTRICT DOC. #1032
_____

Ricky Garrison, by and through undersigned counsel, hereby requests leave to file Doc. #1032, level 2. This motion is made pursuant to D.C.COLO.LCrR 47.1.

1. This document is filed in response to Doc. #1004 which was filed level 2.
2. There is no practical manner in which to redact the motion.
3. The public has no interest in the details; the government has access to the document.
4. This request is further made as the Government has asserted the Rovario privilege and this document discusses this issue.

DATED at Denver, Colorado this 12th day of July 2016.

1

2

          Respectfully submitted,

          /s/Miller Leonard
          14143 Denver West Pkwy.,
          Suite 100
          Golden, CO 80403
          (720) 613-8783 Phone
          (303) 907-9516 Phone - Cell
          (720) 613-8782 Fax
          Attorney for Defendant
          CO Reg. # 41029
          millller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

2