# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

---

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND JAMES PROFFER RESPONSES
---

COMES NOW Defendant, by and through counsel, and hereby files the following unopposed request to extend his James Proffer responses to July 27, 2016. In support of this request, defendant states the following:

1. The Government does not oppose this request.
2. Counsel handling this response, Mr. McDermott, has been inundated with deadlines on other matters during the last week.
3. Additional time is required to formulate objections to the Government's James Proffer.
4. Defendant requests an extension to file responses up until, and including, July 27, 2016.

DATED at Denver, Colorado this 18th day of July 2016.

1

2

       Respectfully submitted,

       /s/Miller Leonard
       14143 Denver West Pkwy.,
       Suite 100
       Golden, CO 80403
       (720) 613-8783 Phone
       (303) 907-9516 Phone - Cell
       (720) 613-8782 Fax
       Attorney for Defendant
       CO Reg. # 41029
       milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.