### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
   Plaintiff,

v.

#1 RICKY GARRISON,
   Defendant.

_____

### MOTION TO RESTRICT DOC. #1051
_____

Ricky Garrison, by and through undersigned counsel, hereby requests leave to file Doc. #1051, level 2. This motion is made pursuant to D.C.COLO.LCrR 47.1.

1. Doc. #1051 was filed level 2 out of an abundance of caution as it contains, along with the various exhibits, information for which the Government has claimed the *Rovario* privilege as to CHS-1 and all of the documents reference CHS-1 by name.

2. There is no practical manner in which to redact the motion.

3. The public has no interest in the details; the government has access to the document.

DATED at Denver, Colorado this 19th day of July 2016.

1

2

    Respectfully submitted,

    /s/Miller Leonard
    14143 Denver West Pkwy.,
    Suite 100
    Golden, CO 80403
    (720) 613-8783 Phone
    (303) 907-9516 Phone - Cell
    (720) 613-8782 Fax
    Attorney for Defendant
    CO Reg. # 41029
    milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

2