# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**14. GREGORY WILLIAMS**,

    Defendant.

---

## UNOPPOSED MOTION TO TRANSFER MR. WILLIAM'S PRETRIAL SUPERVISION TO ARIZONA

---

Comes now, Mr. Gregory Williams, by and through counsel, Mr. Peter D. Menges, and moves this Court to allow Mr. Williams to reside in Arizona while on pretrial release.  As grounds:

1. Undersigned counsel conferred with Assistant United States Attorney, Mr. Zachary Phillips, Esq., concerning this request.  Mr. Phillips does not object to this request.

2. Undersigned counsel conferred with Senior Probation Officer, Mr. Carlos Morales, concerning this request.  Mr. Morales does not object to this request.

3. Probation officer Morales has already completed all the necessary work for the federal probation department in Arizona to approve this request, including a home visit in the residence where Mr. Williams is requesting to reside.

4. The basis of Mr. Williams' request is to live with his common law wife Tiffany Marie Simmons and his daughter Taylor Marie Ali.  Mr. Williams has also secured employment in Arizona should this Court grant his request.

WHEREFORE, Mr. Gregory Williams, by and through counsel, Mr. Peter D. Menges, moves this Court to allow Mr. Williams to reside in Arizona while on pretrial release.

Dated: August 5, 2016.

    Respectfully submitted,

    PETER D. MENGES

    s/ Peter Menges_____
    Peter D. Menges, Esq.
    The Law Office of Peter D. Menges, P.C.
    Attorney Reg. # 28750
    Attorney for Defendant
    955 Bannock Street, Suite 200
    Denver, CO 80204
    (303) 333-8433

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2016, a true and correct copy of the foregoing was filed electronically via CM/ECF, and electronically noticed to the following:

Mr. Zachary Phillips, Esq.,
Assistant United States Attorneys
1225 17th Street, Suite 700
Denver, Colorado 80202

All Counsel of record.

s/ Peter Menges