**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**14.    GREGORY WILLIAMS,**

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER
GREGORY WILLIAMS' PRETRIAL SUPERVISION TO ARIZONA**

---

    THIS MATTER is before the Court upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, (ECF No. 1056).

    Having considered the Defendant's Motion, it is hereby ORDERED that the Motion is GRANTED. The Conditions of Release Order entered by Magistrate Judge Michael J. Watanabe on June 26, 2014 (ECF No. 152), and the Amended Order entered by Magistrate Judge Kristen L. Mix on June 15, 2015 (ECF No. 484), shall be modified to permit Mr. Gregory Williams to move to Arizona as approved by Pretrial Services. Travel is limited to the District of Arizona and the District of Colorado, unless pre-approved by the Court. All other previously imposed conditions of release shall remain in full force and effect.

Dated this 5th day of August, 2016.

BY THE COURT:

_____
William J. Martinez
United States District Judge