IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. MELVIN TURNER,

    Defendant.

_____

MOTION TO CONTINUE SENTENCING HEARING
_____

The defendant, Melvin Turner, by appointed counsel Robert S. Berger, moves to continue the sentencing hearing set for November 4, 2016 at 2:00 p.m. [Doc. # 1020] Counsel is not available to appear in court on that date due to family responsibilities. However, counsel is available during the week of November 28 and the week of December 5, 2016. Accordingly, the defendant moves for an order resetting the sentencing hearing to a date and time convenient for the court and the government between 11/28/16 and 12/9/16. Counsel has discussed this motion with AUSA Zachary Philips and is informed that the government does not object to the continuance requested.

1

Respectfully submitted,

ROBERT S. BERGER, P.C.

s/ Robert S. Berger
Robert S. Berger
P.O. Box 201088
Denver, Colorado  80220-7088
Telephone: (303) 436-1596
robberger@qwestoffice.net

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER


/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net

2