IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    CHRISTOPHER VIGIL

    Defendant.

## UNOPPOSED MOTION TO RESCHEDULE SENTENCING

The Defendant, Christopher Vigil, through undersigned counsel, moves this Honorable Court for a rescheduling of the sentencing date. As grounds, the following are stated:

1.    Undersigned counsel has today conferred with the United States Attorney in this case, Zachary Phillips, and can represent that the government does not oppose this request. Undersigned counsel also conferred with Mr. Christopher Vigil who also does not opposed this request.

2.    On May 12, 2016, this Court granted the Government's Unopposed Motion to Continue Sentencing for Mr. Vigil. (Doc. 964). Sentencing was set for October 18, 2016 at 2:30 p.m. At the time, undersigned counsel truthfully indicated that said date and time were acceptable and represented that he had no conflicts with said sentencing date.

3.  On August 9, 2016, undersigned counsel appeared in a status hearing in postconviction proceedings of a homicide case in Arapahoe County entitled the People v. Sir Mario Owens, 05CR2945.  I have been appointed as postconviction counsel in that case since late 2012 and in 2014, undersigned counsel filed a 360 page petition for relief pursuant to C.R.C.P. 35(c) requesting postconviction relief on behalf of my client, Sir Mario Owens.  The case involving Mr. Owens was used as the aggravator for a death penalty conviction in Arapahoe County case no. 06CR97.  In essence, relief in these postconviction proceedings could potentially provide relief from a death penalty sentence.

4.  The appointed judge in the postconviction date today ordered that the case was to proceed to hearing promptly.  The Honorable Judge Christopher Munch was recently appointed judge of the case and today was the first status hearing since his appointment.  Hon. Judge Munch provided the parties with two dates for the hearing:  September 12, 2016 and October 14, 2016.  Judge Munch currently expects that the hearing will last a total of six days.  The first date provided was in September and that date was unacceptable to the prosecution due to conflicts.  Thus the only other for commencement of the hearing was October 14, 2016.   Judge Munch's calendar was limited, presumably, because he is on senior judge and sharing courtrooms with another judge in the same space.

Moreover, he noted the relative ages of both Mr. Owens' postconviction and death penalty cases and the need for swift resolution.

5.	I am lead counsel for Mr. Owens' postconviction case and considering the nature of the Arapahoe County case, I am hopeful that a rescheduling could occur in this matter occur.

6.	This request for a different scheduling of Mr. Vigil's sentencing is not done lightly and instead is made humbly and as promptly as possible. Unfortunately, I was faced with the prospect of a single time period for the postconviction hearing and the week provided (October 14, 2016 through October 21, 2016) was one in which none of the other witnesses, attorneys, or experts had a conflict. I am also made mindful of Mr. Vigil and his need for resolution of his matter.

7.	I therefore respectfully request on behalf of Mr. Vigil a rescheduling of the sentencing date to a different week other than the week of October 18, 2016.

Dated:  August 23, 2016

> Respectfully submitted,
>
> ANDRES R. GUEVARA
> Law Office of Andres R. Guevara

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 180
Greenwood Village, CO 80111
Telephone: (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 23, 2016, I electronically filed the foregoing **UNOPPOSED MOTION TO RESCHEDULE SENTENCING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
Attorney for the Government

Other counsel of record for co-defendants

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 180
Greenwood Village, CO 80111
Telephone: (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil
