**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

   Plaintiff,

v.

10. LUIS RAMIREZ,

   Defendant.

---

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

---

  **COMES NOW** Defendant, by and through counsel, and hereby respectfully moves this Honorable Court for the entry of an Order modify the conditions of Defendant's release. As grounds therefore, Defendant respectfully represents:

  1. On or about September 1, 2015, Defendant entered into a Plea Agreement in this matter and the matter was set for sentencing.

  2. On September 11, 2015, Defendant's Motion to Revoke Detention Order and Set Bond was granted and the Defendant was subsequently released from custody.

  3. Defendant's bond was revoked and Defendant was ordered to be detained on December 22, 2015.

  4. On June 3, 2016, an Order Setting Conditions of Release was entered at Document No. 1016. One of the conditions of release includes that the Defendant maintain residency at a halfway house or community corrections center.

  5. On August 22, 2016, United States Probation Officer Seth Junker contacted Counsel requesting that the instant Motion be filed. Per Mr. Junker, Defendant has requested to have his halfway house placement condition modified to allow him to reside in his mother's residence at 2740 S. Rifle St., Aurora, CO 80013. According to Mr. Junker, Defendant has been

compliant while at the Independence House South Federal and Mr. Junker believes that Defendant can be successful outside of halfway house placement.  Further, Mr. Junker has visited the Defendant's mother's residence and has determined that it is an appropriate placement for Defendant to reside.

6. Counsel discussed the filing of this Motion with United States Attorney Zachary Phillips on August 22, 2016.  Mr. Phillips indicated that he has no objection to the filing of this Motion.

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order modifying the conditions of Defendant's release and allowing him to reside in his mother's residence at 2740 S. Rifle St., Aurora, CO 80013 as opposed to residing at a halfway house, plus such other relief this Court deems just and reasonable.

Dated this 23rd day of August, 2016.

Respectfully Submitted,

*/s/ Adam M. Tucker*
Adam M. Tucker, Esq.
*Attorney for Defendant Luis Ramirez*
1600 Broadway #1200
Denver, CO 80202
(p) 720-355-2522
(f) 303-327-5964
adam@tucker.legal

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2016, a true and correct copy of the foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record, including:

Zachary.Phillips@usdoj.gov

*/s/ Christine Levi*
Christine Levi for Adam M. Tucker, Esq.