# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10. LUIS RAMIREZ,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

        This matter comes before the Court on Defendant Ramirez's Unopposed Motion to Modify Conditions of Release ("Motion to Modify").

        The Defendant's Motion to Modify is **GRANTED** for good cause shown. Defendant's halfway house placement condition is hereby modified to allow him to reside in his mother's residence at 2740 S. Rifle St., Aurora, CO 80013.

        Dated this ___ day of _____, 2016.

        BY THE COURT:

        _____
        William J. Martinez
        United States District Judge