IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10. LUIS RAMIREZ,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

      This matter comes before the Court on Defendant Ramirez's Unopposed Motion to Modify Conditions of Release ("Motion to Modify") (Doc. 1063).

      The Defendant's Motion to Modify is **GRANTED** for good cause shown.  Defendant's halfway house placement condition is hereby modified to allow him to reside in his mother's residence at 2740 S. Rifle St., Aurora, CO 80013.

      Dated this 24th day of August, 2016.

                                                    BY THE COURT:

                                                   *s/ Craig B. Shaffer*
                                                   Craig B. Shaffer
                                                   United States Magistrate Judge