IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,
9.    ARCHIE POOLE,

    Defendants.

---

## GOVERNMENT'S NOTICE TO COURT AND DEFENDANTS

---

COMES NOW THE UNITED STATES OF AMERICA, Robert C. Troyer, Acting United States Attorney, by Zachary H. Phillips, Assistant United States Attorney, and informs the Court and Defendants of the following:

On August 18, 2016, a civil suit, Case No. 16-cv-02106-WYD-MEH, was filed in the United States District Court, District of Colorado, against JAMES COMEY, Director, Federal Bureau of Investigation. The suit alleges misconduct of agents and officers who were, or are presently, assigned to the Metro Gang Task Force (MGTF) from a period between January 2013, and November 2014.

The MGTF was the investigating agency which conducted the investigation which lead to the charges in this pending case. The civil suit allegations of misconduct are during the time of this investigation. Many of the officers and agents named in the suit were involved in the underlying investigation. Many of the officers and agents mentioned in the civil suit will be called to testify at trial.

The Government states that it is mindful of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972), their progeny, and Section I(B) of the Discovery Order.  To comply with those obligations, the Government has provided extensive discovery in this matter.

The Government informs the Court and Defendants that the Government will actively pursue any potential *Giglio* or *Brady* material that may be discoverable as a result of the civil suit and any underlying investigation(s) as a result of the suit.

The Government is taking affirmative action in trying to determine if any *Brady* or *Giglio* material exists which the Government was not aware prior to the filing of this suit.   Unfortunately, because this suit and the allegations of the suit were just recently discovered by the Government, the Government is unable to give an accurate date as to when any additional *Giglio* or *Brady* material will be supplied to Defendants.   If the Government becomes aware of any such material, it will do its best to disclose such material as required under *Giglio* and *Brady*.

Previously, Defendant Garrison has requested discovery of Internal Law Enforcement Files (Doc. No. 614, ¶ 7, p. 7).   The Government responded to that request in Doc. No. 671.   The Government maintains that disclosing the contents of such files requires a foundation and not mere speculation that they contain information of potential significance.  *United States v. Quinn,* 123 F.3d 1415 (11th Cir. 1997) (Government was not required to produce personnel files of testifying officers for impeachment purposes without any showing by Defendant that files would contain material evidence); *see also, United States v. Driscoll*, 970 F.2d 1472 (6th Cir. 1992), *cert. denied,* 506 U.S. 1083 (1993) (upholding Government's refusal to disclose testifying officers' personnel files based only on Defendant's speculation that files contained information important

to his case) (quoting *United States v. Andrus*, 775 F.2d 825 (7th Cir. 1985)); *United States v. Pitt*, 717 F.2d 1334 (11th Cir. 1983), *cert. denied,* 465 U.S. 1068 (1984) (Defendant failed to demonstrate that contents of an FBI agent's file contained material evidence).  However, the Government recognizes the change in circumstances and is also mindful of its obligations under *Brady* and *Giglio*.

The Government informs the Court that the Government will actively communicate and work with the Defendants to provide any relevant material under *Brady* and *Giglio* as required by law as a result of this recently filed civil suit and any underlying investigation(s) which may have been conducted as a result of the allegations in the suit.

Dated this 24th day of August, 2016.

          Respectfully submitted,

          Robert C. Troyer
          Acting United States Attorney

By  *s/Zachary Phillips*
    ZACHARY PHILLIPS
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO 80202
    Telephone (303) 454-0118
    Fax (303) 454-0401
    e-mail:   zachary.phillips@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of August, 2016, I electronically filed the foregoing GOVERNMENT'S NOTICE TO COURT AND DEFENDANTS using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                      *s/Maggie E. Grenvik*
                                                      Maggie E. Grenvik
                                                      Legal Assistant