IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. **14-cr-00231-WJM-9**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARCHIE POOLE,

    Defendants,

---

**DEFENDANT ARCHIE POOLE NOTICE OF DISPOSITION
AND REQUEST FOR CHANGE OF PLEA HEARING**

---

The Defendant, Archie Poole, hereby notifies the Court that he has reached a disposition with the government in this case. The Defendant requests that a change of Plea Hearing be set.

Dated this 26th day of August, 2016.

                                          Respectfully submitted,

                                          S+/Ronald J. Hahn
                                          Ronald J. Hahn
                                          333 W. Hampden Ave., Ste. 710
                                          Englewood, CO 80110
                                          Telephone #: 303-762-0445
                                          E-mail: rhahn3677@hotmail.com
                                          FAX Number: 303-806-8882
                                          Attorney for Defendant Archie Poole

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2016 a true and correct copy of the foregoing **DEFENDANT ARCHIE POOLE NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA HEARING** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

s/Angie Diaz