IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 14-cr-00231-WJM

UNITED STATES OF AMERICA

    Plaintiff,

v.

**1.**    **RICKY GARRISON**,

    Defendant.

---

### DEFENDANT RICKY GARRISON'S REQUEST FOR DAILY REAL-TIME TRANSCRIPTS

---

    Mr. Ricky Garrison, through undersigned counsel, requests that counsel be provided, at no cost to Defendant, with access to the real-time transcripts at the trial of this matter, and as grounds, states:

1.    Trial in this case is set to commence on September 26, 2016, for six (6) days. In order to provide effective legal representation on behalf of the Defendant, unedited drafts of the testimony in this action is requested. Defendant is, therefore, requesting real-time reporting to their laptops or other electronic device during the course of a trial, hearing, or oral argument of this case.

2.    Defendant is aware of the Court's Practice Standards and will contact the Court's Court Reporter in order to arrange for this service, provided, of course, the Court grants

1

this motion.

          Respectfully submitted,

          *s/Miller Leonard*
          Miller Leonard, Esq., #41029
          14143 Denver West Parkway, Suite 100
          Golden, CO 80403
          Ph:   (720) 613-8783
          Cell:  (303) 907-9516
          Fax:  (720) 613-8782
          Email: Miller@themillerleonardlawfirm.com
          ON BEHALF OF DEFENDANT GARRISON

          */s/ Sean McDermott*
          McDermott Stuart & Ward LLP
          One Sherman Place
          140 East 19th Avenue, Suite 300
          Denver, CO 80203
          303-832-8888
          303-863-8888 (fax)
          smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of September, 2016, I electronically filed the foregoing **DEFENDANT RICKY GARRISON'S REQUEST FOR DAILY REAL-TIME TRANSCRIPTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record

          *s/ Miller Leonard*
          Miller Leonard