**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    RICKY GARRISON,**

    Defendant.

---

**ORDER GRANTING DEFENDANT RICKY GARRISON'S REQUEST FOR
DAILY REAL-TIME TRANSCRIPTS**

---

This matter is before the Court on Defendant Garrison's Request for Daily Real-Time Transcripts (ECF No. 1080). Upon being duly advised, the Court hereby ORDERS that the Motion is GRANTED. Accordingly, the Court ORDERS that Counsel is allowed to have real-time reporting to their laptops or other electronic device during the course of the trial, hearing or oral argument of this case. Counsel are directed to contact the Court's Court Reporter, Ms. Mary George, at 303-335-2109, **no later than September 8, 2016**, to arrange for the real-time reporting service.

Dated this 6th day of September, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge