**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    RICKY GARRISON,**

    Defendant.

---

**ORDER GRANTING IN PART DEFENDANT RICKY GARRISON'S MOTION TO PERMIT ACCUSED TO APPEAR IN CIVILIAN CLOTHING AND WITHOUT RESTRAINTS AT ALL PRETRIAL AND TRIAL PROCEEDINGS**

---

    This matter is before the Court on Defendant Garrison's Motion to Permit Accused to Appear in Civilian Clothing and Without Restraints at all Pretrial and Trial Proceedings (ECF No. 1079).  Upon being duly advised, the Court ORDERS that the Motion is GRANTED IN PART.  Accordingly, the Court ORDERS that Defendant Ricky Garrison shall be allowed to dress in civilian clothes and without restraints visible to the jury during the Jury Trial beginning September 26, 2016.

    Dated this 6th day of September, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge