IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

GOVERNMENT'S MOTION TO REQUEST PERMISSION TO APPEAR BY TELEPHONE
FOR MOTIONS HEARING ON SEPTEMBER 9, 2016

---

    NOW COMES THE UNITED STATES OF AMERICA, Robert C. Troyer, Acting United States Attorney, by Zachary H. Phillips, Assistant United States Attorney, and requests that this Court allow Assistant United States Attorney (AUSA) Zachary Phillips to appear via telephone for the Motions Hearing presently scheduled for September 9, 2016, at 2:00 P.M.

    In support of this motion, the Government states the following:

    Please see Attachment A (the Government requests Attachment A be redacted).

    The Government has spoken to defense counsel and they do not object to this motion.

    Wherefore, the Government respectfully requests that the Court allow AUSA Zachary Phillips to appear by telephone for the Motions Hearing presently scheduled for September 9, 2016, at 2:00 P.M.

Respectfully submitted this 6th day of September day of September, 2016.

                        ROBERT C. TROYER
                        Acting United States Attorney

      By:  *s/Zachary Phillips*
             ZACHARY PHILLIPS
             Assistant United States Attorney
             U.S. Attorney's Office
             1225 17th St., Suite 700
             Denver, CO 80202
             Telephone:   (303) 454-0118
             Fax:   (303) 454-0401
             e-mail:   zachary.phillips@usdoj.gov
             Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of September 2016, I electronically filed the foregoing GOVERNMENT'S MOTION TO REQUEST PERMISSION TO APPEAR BY TELEPHONE FOR MOTIONS HEARING ON SEPTEMBER 9, 2016 using the ECF system which will send notification of such filing to all counsel of record in this case.

                                                                                  _s/Maggie E. Grenvik_
                                                                                  Maggie E. Grenvik
                                                                                   Legal Assistant