# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      RICKY GARRISON,

        Defendant.

---

## GOVERNMENT'S ATTACHMENT A

---

The Government (specifically AUSA Zachary Phillips) requests to appear by phone for the hearing now scheduled for September 9, 2016, at 2:00 P.M. in order to address Defendant Garrison's Unopposed Motion to Continue Trial and Ends of Justice Continuance Due in Large Part to Newly Discovered Evidence (Doc. No. 1073) and Defendant Garrison's Motion for *Brady* and *Giglio* Information (Doc. No.1078). The Government makes this request for the following reasons:

Since the discovery of the civil case, 16-cv-2106 (a large part of the subject of defendant Garrison's motions) the United States Attorney's Office for the District of Colorado (USAO) has been working diligently to prepare this case for trial. Part of that has been additional allocation of resources and numerous AUSAs working on different parts of the case, specifically issues relating to *Brady* and *Giglio*. AUSA Phillips has acted as the central point of communication for the work being done by numerous members of the USAO office.

AUSA Zachary Phillips has been involved in the investigation underlying this case since the early stages of the investigation.  AUSA Phillips remains and will be the lead AUSA throughout the prosecution and trial in this case.  AUSA Phillips knows the case and its history far better than any other AUSA in the USAO.

AUSA Phillips has had contact with defense counsel since their entry in the case. This has included regular communications with defense counsel as the case has progressed.  Much of that communication early on involved the case generally as well as any defense requests.  AUSA Phillips has been the main point of contact for defense since their entry on the case.

Because of defense counsel's concern regarding their ability to properly prepare this case for trial, defense communications with AUSA Phillips has increased considerably the past 30 – 45 days.  Since the filing of the civil case 16-cv-2106, communications between AUSA Phillips and defense counsel have occurred several times per day. Communications have continued through the weekend as both parties worked together to attempt to prepare the case for trial.  Additionally, we have been discussing the subject matter of motions prior to their filing in an attempt to resolve any issues without the necessity of filing motions.  AUSA Phillips is in the best position to represent for the Court the Government's position regarding the motions (Doc. Nos. 1073 and 1078) which are the subject of the hearing.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████████████

Since the filing of case 16-cv-2106, a great many hours of work has been performed by AUSA Phillips in attempting to address the concerns and potential *Brady* and *Giglio* affects that the civil case may have on criminal case 14-cr-00231. Although the USAO is a large law firm, many of the issues must be addressed by someone who knows the case well and that is AUSA Phillips. This has led to AUSA Phillips losing valuable trial prep time to issues created by the filing of the civil case.



██████████████████████████████████████████

████████████

      The USAO is in the process of preparing a computer for AUSA Phillips to take to ████ so that he may continue to work on the case and prepare for trial.  It is anticipated that by the time AUSA Phillips leaves this evening he should be in a position in which he can work from ████ in a manner that would be consistent to his working in his office at the USAO.  As such, AUSA Phillips will not be losing valuable trial preparation time during this period.  Additionally, he will be fully involved in the case and thoroughly prepared for the hearing on September 9, 2016.  Again, although physically located in ████ AUSA Phillips is the best counsel to represent the Government at the hearing.

      The Government would request this Attachment A be redacted due to personal information disclosed in the attachment.  The Government has shared the attachment with defense counsel but wishes the personal information not be shared with Defendant Garrison or any other party.

4

5