IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,

    Defendant.

---

## RESPONSE TO DEFENDANT RICKY GARRISON'S MOTION FOR *BRADY* AND *GIGLIO* INFORMATION (DOC. NO. 1078)

---

    COMES NOW the United States of America, by Robert C. Troyer, Acting United States Attorney for the District of Colorado and through the Assistant United States Attorney Zachary Philips, and hereby files the following response to the above-captioned motion.

The Government responds as follows:

    The United States Attorney's Office (USAO) for the District of Colorado is not in possession of any of the specific information articulated in the Motion. Further, the FBI Denver Field Division Office has been contacted about the Motion and the information requested, and it advised that, after a reasonable search, it does not have responsive and discoverable information to be supplied to the USAO at this time.

    The Government is aware of its obligations as set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972), and will continue to provide the materials required by these cases and subsequent decisions.

Respectfully submitted this 8th day of September, 2016.

                                    JOHN F. WALSH
                                    United States Attorney

By:    *s/Zachary Phillips*
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO 80202
        Telephone: (303) 454-0118
        Fax: (303) 454-0401
        e-mail: zachary.phillips@usdoj.gov
        Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of September, 2016, I electronically filed the foregoing **RESPONSE TO DEFENDANT RICKY GARRISON'S MOTION FOR *BRADY* AND *GIGLIO* INFORMATION (DOC. NO. 1078)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant