IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

GOVERNMENT'S MOTION TO REQUEST ADDITIONAL TIME TO FILE WITNESS LIST AND EXHIBIT LIST

---

    NOW COMES THE UNITED STATES OF AMERICA, Robert C. Troyer, Acting United States Attorney, by Zachary H. Phillips, Assistant United States Attorney, and requests additional time to submit the Government's Exhibit list and Government Exhibit list.

    This Court's Practice Standards requires the parties in a criminal case to submit their Exhibit List as well as their Witness List 7 days prior to the Pre-trial Conference date.

    The Pre-trial Conference in this case is presently set for September 16, 2016, at 4:30 P.M. The parties' Witness List and Exhibit List are presently due on or before September 9, 2016.

    A hearing on Defendant Garrison's Unopposed Motion to Continue Trial and Ends of Justice Continuance Due in Large Part to Newly Discovered Evidence (Doc. No. 1073) as well as Defendant Garrison's Motion for *Brady* and *Giglio* Information (Doc. No. 1078) is scheduled for September 9, 2016, at 2:00 P.M.

1

The Government has been working tirelessly to prepare and organize a witness list and exhibit list. A main component of both lists is the witnesses to be called as well as the evidence each individual witness will testify to and introduce at evidence. The Government has done formal *Giglio* requests for the witnesses. As of now, the Government does not have a complete return of the *Giglio* information from the multiple agencies employing the numerous law enforcement officers. The results of the *Giglio* request will have a significant impact on the witnesses to be called at trial as well as their presentation order at trial.

Further, and of much more importance for safety concerns,[1] the Government will be calling at least 6, and likely more, cooperators at trial. The Government does not wish to disclose the names of these witnesses prior to the resolution of the aforementioned motions. Disclosure of these witnesses exposes the witnesses to potential harm. All of the cooperators do realize they will be identified and have to testify and have agreed to do so. However, the longer their names are of public record, the greater potential to harm they face.

Additionally, the filing of civil case 16-cv-0216 has created unexpected and novel questions of law and fact that has required numerous hours of attention by the Government. These lost hours have affected the government's ability to finalize a witness list and exhibit list.

For the above stated reasons, the Government would request additional time to file an Exhibit List and Witness List. The Government would request the Exhibit List and Witness list be due on or before midnight September 14, 2016.

---

[1] All cooperators in drug conspiracies generally face a certain amount of potential harm by testifying. In the present case, the defendant, Ricky Garrison, is the suspect in the murder of a cooperating witness from a previous case against Ricky Garrison.

The Government has conferred with defense counsel and they have no objection to this request.

Respectfully submitted this 8th day of September, 2016.

                        Robert C. Troyer
                        Acting United States Attorney

By: *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:   (303) 454-0118
     Fax:   (303) 454-0401
     e-mail:   zachary.phillips@usdoj.gov
     Attorney for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 8th day of September, 2016, I electronically filed the foregoing GOVERNMENT'S MOTION TO REQUEST ADDITIONAL TIME TO FILE WITNESS LIST AND EXHIBIT LIST using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              *s/Maggie E. Grenvik*
                                              Maggie E. Grenvik
                                              Legal Assistant