IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.  ROBERT PAINTER,

    Defendant.

## DEFENDANT ROBERT PAINTER'S MOTION FOR RELEASE FROM HALFWAY HOUSE (INDEPENDENCE HOUSE) TO AN APPROVED APARTMENT

COMES NOW, defendant Robert Painter, through his undersigned counsel, and respectfully moves this Honorable Court for entry of an Order directing that Mr. Painter be released from the halfway house (Independence House) to an apartment that has been visited and approved by his Pretrial Supervision Officer, Seth Junker.  As grounds, the defendant states as follows:

Background

1)    Mr. Painter was arrested on June 6, 2014.

2)    Mr. Painter was in federal custody for over two years, until June 17, 2016, when Magistrate Judge Tafoya authorized his release to a Residential Reentry Center (the Independence House).

3)    For the past three months, Mr. Painter has done well at the Independence House. Furthermore, he now has gainful employment.  The foregoing has been confirmed by the United States Probation Department.

1

4)	Mr. Painter is scheduled to be sentenced on November 8, 2016.  The Guidelines range is 21-27 months.  In other words, it is possible that Mr. Painter could (even now) receive a "time-served" sentence, insofar as the custodial aspect of the sentence is concerned.

5)	The transitional period in a halfway house has been helpful for Mr. Painter.  It would now make good sense for Mr. Painter to continue on the path toward being a fully-contributing member of society while awaiting sentencing in November.

6)	Mr. Seth Junker, Mr. Painter's Pretrial Supervision Officer has inspected, and approves, the apartment that Mr. Painter would be renting in Arvada, Colorado, if this Motion is approved.  The undersigned sent an email to Assistant United States Attorney Zak Phillips yesterday, seeking his position.  Mr. Phillips is clearly swamped getting ready for trial and has not had time to respond to the undersigned's email.  It is assumed that the government will not oppose this motion.

WHEREFORE, the defendant moves this Honorable Court to issue an Order directing that Robert Painter be permitted to move from his current Residential Reentry Center (Independence House) to an apartment approved by the Pretrial Supervision Officer, as soon as practicable.

Dated:  September 9, 2016				Respectfully submitted,

*s/ Patrick J. Burke*
Patrick J. Burke
Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, Colorado 80202
303-825-3050
303-825-2992 fax
Patrick-J-Burke@msn.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 9th day of September, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Zachary Phillips, Zachary.phillips@usdoj.gov
*Assistant United States Attorney*

Seth Junker, seth_junker@cod.uscourts.gov
(*via email by counsel*)
Pretrial Supervision Officer             *s/ Jennifer J. Feldman*