# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**15. ROBERT PAINTER**,
    Defendant.

## PROPOSED ORDER

This matter is before the Court on Robert Painter's Motion for Release from Halfway House (Independence House) to an Approved Apartment. Upon consideration and for good cause shown, it is hereby

ORDERED that Defendant Painter's Motion for Release from Halfway House (Independence House) to an Approved Apartment, is **GRANTED.**

Dated: September ___, 2016

                                  BY THE COURT:

                                  William J. Martinez
                                  United States District Judge