IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.    ROBERT PAINTER,

    Defendant.

---

## ORDER

This matter is before the Court on Robert Painter's Motion for Release from Halfway House (Independence House) to an Approved Apartment.   [Doc. No. 1090.]

The Government is directed to respond to the Motion on or before September 14, 2016.

Dated this 9th day of September, 2016.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge