# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 14-cr-00231-WJM**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.    **RICKY GARRISON,**

    **Defendant.**

___

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL
___

    The United States of America, by Robert C. Troyer, Acting United States Attorney, and through Zachary H. Phillips, Assistant United States Attorney (AUSA), respectfully requests that this Court grant a motion to continue the trial in this case due to the reasons set forth below. The Government respectfully recognizes the Court's previous order regarding the setting of this trial and the need to have this case proceed. AUSA Phillips has spoken with defense counsel and they do not oppose a continuance.

    In support of this motion, the Government states the following:

    1.    The Government concurs with defense's UNOPPOSED MOTION TO CONTINUE TRIAL AND ENDS OF JUSTICE CONTINUANCE DUE IN LARGE PART TO NEWLY DISCOVERED EVIDENCE (Doc. No. 1073) and references the GOVERNMENT'S RESPONSE TO UNOPPOSED MOTION TO CONTINUE TRIAL AND ENDS OF JUSTICE CONTINUANCE DUE IN LARGE PART TO NEWLY DISCOVERED EVIDENCE (Doc. No. 1074). The Government continues to receive and collect documents related to the civil case

number 16-cv-02106-WYD-MEH.   The volume of this newly discovered evidence alone necessitates the addition of time to prepare for trial.

      2.      The Government now joins the defense's UNOPPOSED MOTION TO CONTINUE TRIAL AND ENDS OF JUSTICE CONTINUANCE DUE IN LARGE PART TO NEWLY DISCOVERED EVIDENCE (Doc. No. 1073) based on the passing of AUSA Phillips' father between the evening of September 8 and the early morning hours of September 9.  AUSA Phillips is out of state, and his mother is an another state to which he must travel.  AUSA Phillips is in the process of making travel arrangements from Florida to the state of his mother's residence in order to accompany her during this difficult time.

      3.      Based on the newly discovered information and evidence and the amount of time it has already detracted from his ability to prepare for trial, AUSA Phillips will not be ready to commence trial on September 26, 2016.

      4.      The Government requests that the Court grant this Unopposed Motion to Continue Trial to allow for continuity of counsel.  AUSA Phillips is the primary attorney on the case for the Government and has been since the inception of this case.  No other AUSA can become adequately prepared to assume the role of AUSA Phillips in this case.

      5.      Both due to the passing of AUSA Phillips' father and the volume of newly discovered information related to the above-referenced civil case, AUSA Phillips will not be able to prepare for this trial in the coming two weeks.

Based on the foregoing reasons, the Government respectfully requests the Court grant the requested continuance, vacating the trial date.

Respectfully submitted this 9th day of September, 2016.

                           Robert C. Troyer
                           Acting United States Attorney

By:   *s/Zachary Phillips*
       ZACHARY PHILLIPS
       Assistant United States Attorney
       U.S. Attorney's Office
       1225 17th St., Suite 700
       Denver, CO 80202
       Telephone:  (303) 454-0118
       Fax:  (303) 454-0401
       e-mail:  zachary.phillips@usdoj.gov
       Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of September, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant