IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: September 9, 2016 |
| Court Reporter:     Mary George | Time:  65 minutes |

_____

Criminal Action No. 14-cr-00231-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Zachary Phillips (by telephone)

     Plaintiff,

v.

1. RICKY GARRISON,                          Miller Leonard
                                            Sean McDermott
     Defendant.

_____

### COURTROOM MINUTES
_____

MOTIONS HEARING

02:05 p.m.  Court in Session

Appearances

Defendant is present and in custody.

Court's comments

**ORDERED:  Defendant Garrison's Motion for *Brady* and *Giglio* Information [1078] is DENIED AS MOOT.**

The Court addresses the Unopposed Motion to Continue Trial and Ends of Justice Continuance Due in Large Part to Newly Discovered Evidence [1073].

Argument/Discussion

1

Court's comments

Discussion regarding Civil Action No. 16-cv-02106-WYD-MEH

Argument/Discussion

**ORDERED:** **The Unopposed Motion to Continue Trial and Ends of Justice Continuance Due in Large Part to Newly Discovered Evidence [1073] is GRANTED IN PART.**

**The Government's Unopposed Motion to Continue Trial [1093] is GRANTED IN PART.**

**An additional 105 days will be excluded from the Speedy Trial Clock.**

A written order will enter which fully sets forth the Court's findings of fact and conclusions of law granting the additional 105 days.

**ORDERED:** **The jury trial set September 26, 2016 is VACATED and RESET for six days commencing at 8:30 a.m., Tuesday, February 21, 2017, concluding on Tuesday, February 28, 2017.**

**The Trial Preparation Conference scheduled for September 16, 2016 at 2:30 is VACATED and RESET to Friday, February 10, 2017 at 2:00 p.m.**

**ORDERED:** **The Government's Motion to Request Additional Time to File Witness List And Exhibit List [1089] is DENIED AS MOOT.**

**ORDERED:** **The briefing schedule with regard to the Motion for Rule 17(c) Subpoenas [1087] is as follows:  the Government has up to and including September 16, 2016 to file a response; the defendant has up to and including September 21st to reply.**

Argument/Discussion

The Court will enter a written order setting forth briefing schedules and deadlines reflected at this hearing.

**ORDERED:** **Defendant Ricky Garrison is REMANDED to the custody of the U.S. Marshal**.

03:10 p.m.    Court in Recess
              Hearing concluded

3