IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-231-WJM-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. **RICKY GARRISON,**

 Defendant.

---

**ORDER RESETTING TRIAL DATE AND RELATED DEADLINES**

---

  This matter comes before the Court for the re-setting of a trial date and related deadlines upon the entry of the Court's Order Granting Defendant's Motion for Ends of Justice Continuance. Accordingly, it is hereby ORDERED as follows:

  A. Any motion

    (1) relating to the new charges to be added in the forthcoming superseding indictment, or

    (2) based on information learned through discovery or disclosures related to the civil lawsuit captioned *Danielle Marks v. James Comey*, No. 16-cv-2106 (D. Colo., Aug. 18, 2016),

must be filed no later than **December 30, 2016**. Responses to such motions shall be filed by no later than **January 20, 2017**. No reply shall be permitted without prior leave of Court. <u>The setting of these deadlines does not reopen any previous motions deadline, nor will the Court entertain any motion disguised as a permitted motion that is</u>

<u>in substance a re-urging of matters previously decided.</u>  If a party believes an evidentiary hearing on a pretrial motion is necessary, a written request for same must be made by no later than the pretrial motion deadline;

 B. Expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than **December 23, 2016**, and any challenges to such experts shall be made by **December 30, 2016**;

 C. Disclosures regarding rebuttal expert witnesses shall be made by **January 6, 2017**, and any challenges to such rebuttal experts shall be made by **January 13, 2017**;

 D. Per the Government's stipulation in open court, the Government shall produce to Defendant any materials within the scope of the *Jencks* Act, 18 U.S.C. § 3500, no later than **January 20, 2017**;

 E. Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later than 14 days before the trial date**.  Upon the filing of a Notice of Disposition the Court will generally convert the Final Trial Preparation Conference to a Change of Plea hearing, unless for good cause shown a party demonstrates the interests of justice are better served by scheduling the Change of Plea hearing at a later date;

 F. A Final Trial Preparation Conference is hereby set for **February 10, 2017 at 2:00 p.m. in Courtroom A801**. Lead counsel who will try the case must attend in person.  Any outstanding motions may be addressed at the time of the Final Trial Preparation Conference;

   G. The parties must be prepared to address at the Final Trial Preparation Conference some or all of the issues which may affect the duration or course of the trial referenced in the Court's Revised Practice Standards applicable to such Conferences;

   H. A **6-day** jury trial is hereby set to commence in the U.S. Courthouse, **Courtroom A801**, 901 19th Street, Denver, Colorado, on **Tuesday, February 21, 2017 at 8:30 a.m., to conclude on Tuesday, February 28, 2017**; and

   I. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial.

   Dated this 13th day of September, 2016.

                BY THE COURT:

                _____
                William J. Martínez
                United States District Judge