IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.    ROBERT PAINTER,

    Defendant.

---

GOVERNMENT'S RESPONSE TO DEFENDANT'S ROBERT PAINTER'S MOTION FOR
RELEASE FROM HALFWAY HOUSE TO AN APPROVED APARTMENT
(DOC. NO. 1090)

---

The United States, by Robert C. Troyer, Acting United States Attorney for the District of Colorado, and through the undersigned Assistant United States Attorney, hereby responds to Defendant Robert Painter's Motion for Release from Halfway House to an Approved Apartment (Doc. No. 1090). The Government does not object to this request and in support of its position, states the following:

    1.    The Government has reviewed the factual allegations contained within the Defendant's motion and does not disagree with them.

    2.    The Government has also conferred with U.S. Probation Officer Seth Junker, who indicated that he has approved the apartment for the defendant's residence. He further indicated that the Probation Department supports the Defendant's request to move out of the halfway house and into the approved apartment.

3. Given the Defendant's positive performance at Independence House, and the availability of the approved apartment, the Government does not object to the Defendant being released from the halfway house as requested.

Dated this 13th day of September, 2016.

                Respectfully submitted,

                ROBERT C. TROYER
                Acting United States Attorney

By: *s/Susan D. Knox*
     SUSAN D. KNOX
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, CO 80202
     Telephone: (303) 454-0100
     Fax: (303) 454-0401
     e-mail: susan.knox@usdoj.gov
     Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of September, 2016, I electronically filed the foregoing GOVERNMENT'S RESPONSE TO DEFENDANT'S ROBERT PAINTER'S MOTION FOR RELEASE FROM HALFWAY HOUSE TO AN APPROVED APARTMENT (DOC. NO. 1090) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                             *s/Maggie E. Grenvik*
                                             Maggie E. Grenvik
                                             Legal Assistant