IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Judge William J. Martinez

Case No. **14-cr-00231-WJM-9**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Defendants,

ARCHIE POOLE,

---

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

ARCHIE POOLE, by and through his undersigned attorney, respectfully requests that the change of Plea Hearing, presently scheduled for September 21, 2016 at 10:45a.m. be continued for the following reasons:

Mr. Poole and the government had reached an agreement in principle to resolve this case. When Mr. Poole and Counsel reviewed the corrected Plea Agreement on September 13, 2016, it was discovered that further modification was necessary. As the Court knows, Mr. Phillips is not available at this time and consequently Counsel is unable to communicate with him to finalize the Plea Agreement.

Further, as the Court also knows, there is an issue regarding newly discovered evidence which resulted in Mr. Garrison's trial being continued until February, 2017. Counsel and Mr. Poole believe that we must look into this newly discovered evidence before we are comfortable moving forward with Mr. Poole's change of Plea. It is expected that this new information will not affect Mr. Poole's

plea but Counsel believes that proper representation and due diligence require that Counsel investigate the newly discovered evidence prior to proceeding with a Plea.

Counsel has conferred with AUSA Susan Knox, who has been in touch with Mr. Phillips. They do not object to this Motion To Continue.

If the change of Plea Hearing is reschedule, Counsel will be out of the Country from October 5, 2016 to October 24, 2016. Counsel requests that the new hearing be set in mid November to enable Counsel to adequately investigate the newly discovered evidence.

Dated this 14th day of September, 2016.

                Respectfully submitted,
                S+/Ronald J. Hahn
                Ronald J. Hahn
                333 W. Hampden Ave., Ste. 710
                Englewood, CO  80110
                Telephone #: 303-762-0445
                E-mail: rhahn3677@hotmail.com
                FAX Number:  303-806-8882
                *Attorney for Defendant Archie Poole*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2016, a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

s/Angie Diaz