IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No.   14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.    ROBERT PAINTER

    Defendant.

---

## ORDER

This matter is before the Court on "Defendant Robert Painter's Motion for Release from Halfway House (Independence House) to an Approved Apartment"   [Doc. No. 1090].   Upon consideration and for good cause shown,

It is **ORDERED**

"Defendant Robert Painter's Motion for Release from Halfway House (Independence House) to an Approved Apartment" [Doc. No. 1090] is GRANTED.   Condition (j) requiring that defendant maintain residence at a halfway house or community corrections center is REMOVED.

Defendant shall maintain a residence at a location which has been approved by the supervising Probation Officer.

DATED this 14th day of September, 2016.

BY THE COURT:

_Kathleen M. Tafoya_
Kathleen M. Tafoya
United States Magistrate Judge