IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**13.**    **SIDNEY TAYLOR,**

    Defendant.

___

**UNOPPOSED MOTION TO CONTINUE
DEFENDANT TAYLOR'S SENTENCING DATE**
___

    Comes now the Defendant, Sidney Taylor, by and through his attorney of record, John Mosby, and respectfully requests that this Court continue the sentencing date presently scheduled for October 11, 2016. As good cause therefore, Defendant states the following:

    1.    Prior to filing this motion, this counsel conferred with the AUSA. The AUSA stated that in light of the changed trial date the government <u>would be filing a motion</u> to continue this matter. *(Exh. 1, attached hereto.)*

    2.    When the motion was not filed, this counsel again checked with the AUSA. On September 26, 2016, the AUSA affirmed he would file a motion to continue and stated, "I will be moving to continue the hearing. However, I will be doing it after my meeting tomorrow with Judge Martinez." *(Id., at p. 2).*

1

3. Because as of this date no motion has been filed and this counsel wants to advise this Court of the parties intention to continue this matter and accordingly, Defense counsel filed this motion to continue.

4. Undoubtedly, the AUSA will keep his word and request a continuance prior to October 11, 2016, however this Counsel wants to timely inform the Court of the parties' intention to seek a continuance.

5. Continuing Defendant Taylor's sentencing hearing would not prejudice any party and is in the interest of fairness and justice.

WHEREFORE, the Defendant respectfully requests that this Court continue Defendant Taylor's sentencing hearing, presently set for October 11, 2016 and further requests that an order be issued directing counsel to call chambers to set a new sentencing date.

Respectfully submitted,

s/ John Mosby
John Mosby
Attorney for Defendant
621 17th Street, Ste. 2445
Denver, CO 80293
303.623.1355

## **CERTIFICATE OF SERVICE**

I hereby certify that on this October 4, 2016, a true and correct copy of the

foregoing was served via the Court's ECF system to:

Zachary Phillips
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

And via hand-delivery to:

Defendant Sidney Taylor

                                                                     s/John Mosby
                                                             _____