↩ Reply | ⌄    🗑 Delete    Junk | ⌄    ⋯                                    ✕

# Re: Sidney Taylor's sentencing

**John Mosby**                                                                    ↩ Reply | ⌄
Tue 9/20 10:47 AM
Phillips, Zachary (USACO) (Zachary.Phillips@usdoj.gov) ⌄

Sent Items

🐿 Evernote   Wunderlist

Hi Zachary,

Is the government going to file a motion to re-schedule the sentencing for Mr. Taylor since the trial date has been moved?

John Mosby
Attorney at Law
621 17th Street, Ste. 2445
Denver, CO 80293
303.623.1355

Exh. 1, page 1 of 3
Defendant's Mtn
To Continue

↶ Reply | ⌄     🗑 Delete    Junk | ⌄    •••                                               ✕

# RE: Sidney Taylor

**Phillips, Zachary (USACO)**                                              ↶ Reply | ⌄
Mon 9/26 12:58 PM
You ⌄

Taylor S

You replied on 9/26/2016 1:01 PM.

Evernote   Wunderlist

Hi John,
I will be moving to continue the hearing.  However, I will be doing it after my meeting tomorrow with Judge Martinez.
Thanks,
Zak

**From:** John Mosby [mailto:John_Mosby@msn.com]
**Sent:** Monday, September 26, 2016 12:55 PM
**To:** Phillips, Zachary (USACO) <ZPhillips@usa.doj.gov>
**Subject:** Sidney Taylor

Hi Zach,

I misplaced my notes from our conversation last week.  I just want to verify that you indicated that there would be a hearing this week and that you would move to continue the sentencing in Mr. Taylor's case.

Thanks


John Mosby
Attorney at Law
621 17th Street, Ste. 2445
Denver, CO 80293
303.623.1355




                              Exh, 1, page 2 of 3



# Sidney Taylor

**John Mosby**
Yesterday 9:56 AM
Phillips, Zachary (USACO) (Zachary.Phillips@usdoj.gov)

↶ Reply | ˅

Sent Items

Evernote   Wunderlist

Hi Zach,

Just touching bases after your meeting with the Judge. Will you file the motion to continue Mr. Taylor's sentencing this week?

John Mosby
Attorney at Law
621 17th Street, Ste. 2445
Denver, CO 80293
303.623.1355

Exh. 1 , Page 3 of 3