IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**13.    SIDNEY TAYLOR,**

    Defendant.

_____

**ORDER**
_____

    THE COURT having considered the Defendant's Unopposed Motion to Continue Sentencing Date, and finding good cause therefor, does hereby ORDER:

    That the sentencing date for Defendant Sidney Taylor shall be continued until _____, 20___.

    BY THE COURT:

    _____
    Judge William J. Martinez