IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-cr-00231-WJM-13

UNITED STATES OF AMERICA,

 Plaintiff,

v.

13. SIDNEY TAYLOR,

 Defendant.

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

The United States of America (the Government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, hereby requests this Court to permit a continuance of the presently set sentencing hearing and in support of such states the following:

1. Counsel for the Government and defense counsel, John Mosby, have discussed the possibility of sentencing on the presently set sentencing date, October 11, 2016.

2. The Defendant, Sidney Taylor, is uniquely situated in that the Defendant has a hold pending a State case. Upon sentencing, the Defendant will likely be sent to State Jurisdiction in order to resolve his state case and sentence. Once a defendant goes to state custody, it has proven to be very difficult to arrange for a defendant to be available to properly prepare for trial. Additionally, by sentencing the Defendant now it is highly likely the Defendant will suffer additional punishment and sentence due to the State's time computation procedures.

3.  Due to the unique circumstances presented by this Defendant's circumstances, both parties would request that the Defendant's sentencing date be continued to a time after the presently scheduled trial date of February 28, 2017.

4.  Attorney for the Defendant, John Mosby, has reviewed this motion and agrees with the motion.

Dated this 4th day of October, 2016.

>
> Respectfully submitted,
>
> Robert C. Troyer
> Acting United States Attorney
>
> By:   *s/Zachary Phillips*
>       ZACHARY PHILLIPS
>       Assistant United States Attorney
>       U.S. Attorney's Office
>       1225 17th St., Suite 700
>       Denver, CO 80202
>       Telephone (303) 454-0118
>       Fax (303) 454-0401
>       e-mail:   zachary.phillips@usdoj.gov
>       Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of October, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                        *s/Maggie E. Grenvik*
                                        Maggie E. Grenvik
                                        Legal Assistant