# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10. LUIS RAMIREZ,

        Defendant.

---

### OBJECTION TO THIRD ADDENDUM TO THE PRESENTENCE REPORT

---

    **COMES NOW** Defendant, by and through counsel, and hereby respectfully submits the following objection to the Third Addendum to Presentence Report submitted by the U.S. Probation Office at Document No. 1107 (the "Addendum"):

    1.    The Addendum incorrectly states that on July 25, 2016 the Defendant pled guilty to all counts in Arapahoe County Combined Court, Case No. 15M4348. In Arapahoe County Combined Court, Case No. 15M4348, the Defendant entered a plea of not guilty as to all counts on July 25, 2016 and is awaiting trial, which is currently scheduled to commence on December 14, 2016.

    Defendant respectfully incorporates any additional objections made at the time of sentencing should any additional argument be necessary and relevant.

Dated this 7th day of October, 2016.

        Respectfully Submitted,

        */s/ Adam M. Tucker*
        Adam M. Tucker, Esq.
        *Attorney for Defendant Luis Ramirez*
        1600 Broadway #1200
        Denver, CO 80202
        (p) 720-355-2522
        (f) 303-327-5964
        adam@tucker.legal

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of October, 2016, a true and correct copy of the foregoing **OBJECTION TO THIRD ADDENDUM TO THE PRESENTENCE REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record, including:

Zachary.Phillips@usdoj.gov

                                                */s/ Christine Levi*
                                               Christine Levi for Adam M. Tucker, Esq.