IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. MELVIN TURNER,

    Defendant.

_____

JOINT MOTION TO CONTINUE SENTENCING HEARING
_____

    The defendant, Melvin Turner, by appointed counsel Robert S. Berger, moves to continue the sentencing hearing set for December 7, 2016 at 11:00 a.m. [Doc. # 1060] Counsel has discussed this motion with AUSA Zachary Philips and is informed that the government joins in the continuance requested. The parties move the court to reset the sentencing hearing to a convenient date after the 2/21/17 – 2/28/17 jury trial of the codefendant.

    Mr. Turner entered a guilty plea on April 8, 2016 pursuant to a plea agreement. The criminal history assumed in that agreement may not be accurate. There is an investigation in progress regarding Mr. Turner's previous criminal record that may affect the sentencing guideline computation. Additional time is needed to complete

1

that investigation. The agreement anticipates a government recommendation for a sentence to a term of probation after Mr. Turner completes his cooperation. That cooperation cannot be completed prior to the codefendant's trial.

Accordingly, the parties are not ready for a sentencing hearing until after the codefendant's trial and they jointly move for a continuance.

Respectfully submitted,

ROBERT S. BERGER, P.C.

s/ Robert S. Berger
Robert S. Berger
P.O. Box 201088
Denver, Colorado  80220-7088
Telephone: (303) 436-1596
robberger@qwestoffice.net

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER

/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net