IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date: October 13, 2016 |
| Court Reporter: Terri Lindblom | Probation: Kyla Hamilton |
| | Time: 20 minutes |

_____

Criminal Action No.  14-cr-00231-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Zachary Phillips

     Plaintiff,

v.

5.  SIMEON RAMIREZ,                         Lisa Wayne

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:04 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Discussion

Counts 1, 10 and 11 will be dismissed at a later time upon motion of the Government.

Sentencing Statement by Ms. Wayne

1

Defendant's Allocution

Defendant plead guilty to Count Nine of the Indictment and admitted to the forfeiture allegation on February 16, 2016.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Simeon Ramirez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The defendant's custodial sentence has been completed as of today, the date of sentencing. The Director of the Bureau of Prisons shall release the defendant to the custody of Immigration and Customs Enforcement as soon as practicable, but in no event, later than one week from today, October 20, 2016**.

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of six years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter – assuming the defendant is not deported.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

      **1.**    **If the defendant is not deported, the defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

      **2.**    **If the defendant is deported, he shall not thereafter reenter the United States illegally.  If the defendant reenters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return to this country**.

**ORDERED:**  **The defendant shall pay a Special Assessment fee of $100, which is due and payable immediately.**

**ORDERED:**  **Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:**  **Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, as well as the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

The defendant is advised that pursuant to the Plea Agreement he entered into in this case, he waived his right to appeal his conviction as well as the sentence imposed except in very limited circumstances.

**ORDERED:**  **Defendant is REMANDED to the custody of the U.S. Marshal.**

02:24 p.m.    Court in Recess
                Hearing concluded