IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     RICKY GARRISON,

     Defendant.

---

JOINT NOTICE REGARDING COURT ORDER DOCUMENT NUMBER 1076

---

THE UNITED STATES OF AMERICA, by Acting United States Attorney Robert C. Troyer, through the undersigned Assistant U.S. Attorney, hereby respectfully informs the Court that both parties have reviewed Document Number 1076. After review, neither party has any redactions. Neither party objects to the Court issuing the Order as an unrestricted document without redaction.

Respectfully submitted this 13th day of October, 2016.

ROBERT C. TROYER
Acting United States Attorney

By:   *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone: (303) 454-0118
Fax: (303) 454-0401
e-mail: zachary.phillips@usdoj.gov
Attorney for the Government

By:      *s/Miller Leonard*
         MILLER LEONARD
         14143 Denver West Pkwy., Suite 100
         Golden, CO  80401
         Office Telephone:  (720) 613-8783
         Business Telephone:  (303) 907-9516
         Cell telephone:  (720) 613-8782
         e-mail:  miller@themillerleonardlawfirm.com
         CO Reg. # 41029
         Attorney for Ricky Garrison

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of October, 2016, I electronically filed the fore-going JOINT NOTICE REGARDING COURT ORDER DOCUMENT NUMBER 1076 using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>*s/Maggie E. Grenvik*</u>
Maggie E. Grenvik
Legal Assistant

3