IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    CHRISTOPHER VIGIL

    Defendant.

---

### UNOPPOSED MOTION TO RESCHEDULE SENTENCING

---

The Defendant, Christopher Vigil, through undersigned counsel, moves this Honorable Court for a rescheduling of the sentencing date. As grounds, the following are stated:

1.    Undersigned counsel has conferred with the United States Attorney in this case, Zachary Phillips, and can represent that the government does not oppose this request.

2.    Currently, Mr. Vigil is scheduled to be sentenced on November 4, 2016 at 10:30 a.m.

3.    Mr. Vigil was one of a number of defendants arrested as part of an Indictment involving, among others, co-defendant Ricky Garrison in 1:14CR00231-WJM-06.  Mr. Garrison's case is set for trial on February 21, 2017. On November 12, 2015, Mr. Vigil pled guilty to Count 15 of the Indictment,

Knowingly and Intentionally Distributing and Possessing with the Intent to Distribute Less than 500 Grams of a Mixture or Substance Containing a Detectable amount of Cocaine, Within 1,000 Feet of the Real Property Comprising Wyatt-Edison Charter Academy, in violation of 21 U.S.C.§§ 841(a)(1)(C), 860 and 18 U.S.C. § 2.

4.  Mr. Vigil was arrested in this case on June 6, 2014 and made his Initial Appearance on that date.  On June 20, 2014, he appeared at a Detention Hearing and was ordered released on location monitoring.  On June 27, 2014, the defendant was released on bond with Pretrial Services supervision.  At the time of his release, Mr. Vigil had served a total of 22 days presentence confinement.

5.  Since his release on June 27, 2014, Mr. Vigil has been subject to supervision by Pretrial Services.  As noted in his Presentence Report (Doc. dated December 31, 2015 (Doc. 747), as of the date of that report, Mr. Vigil has generally maintained compliance with the conditions of his supervision.  The Presentence Report indicates that with few exceptions, Mr. Vigil has maintained compliance with his conditions and undersigned counsel is not aware of any changes since the date of this report. [1]

6.  Mr. Vigil's adult criminal history includes a single conviction in 2007

---

[1] On January 19, 2016, undersigned counsel filed an Objection/Response to the Presentence Report (Doc. 760).  An updated probation report has not been received as of the date of this Motion.

2

in Denver County General Sessions Court for Possession of Drug Paraphernalia (Mr. Vigil received a sentence to fines and fees). The Department of Probation has calculated that his criminal history score is one and this score establishes a criminal history category of I.

7.  Based on his total offense level of 21 and a criminal history category of I, the guideline imprisonment range is 37 to 46 months. The Department of Probation noted in their Appendix, p. R-4 that any prison sentence would be the defendant's first sentence of incarceration and that regardless of whatever departure is approved, any sentence will be a significant amount of time for an individual serving his first sentence of imprisonment.

8.  However, the Department of Probation has indicated that potential grounds for departure exits (¶ 106) in that pursuant to an anticipated §5K1.1, Substantial Assistance to Authorities, the Court may impose a sentence below the advisory guideline imprisonment range, based on the nature, extent and usefulness of the defendant's assistance. (¶ 106). The Government has indicated that they will be filing a motion for downward departure under 5K1.1 and recommending a sentence between 27 and 33 months.

9.  Part of Mr. Vigil's cooperation would include providing truthful testimony in the trial of co-defendant Ricky Garrison. Undersigned counsel is

respectfully requesting a continuance of Mr. Vigil's sentencing to occur after the trial of Mr. Garrison in order for him to obtain the full benefit of any Substantial Assistance agreement.  Prior continuances (with the exception of the most recent continuance granted on August 29, 2016 (Doc. 1069) were time to occur after Mr. Garrison's trial where presumably Mr. Vigil would testify.  Providing testimony would place Mr. Vigil in the best position regarding his sentencing and considering his criminal history and his cooperation, undersigned counsel would anticipate filing a variant motion seeking time served, probation, and/or a prison sentence below the minimum guideline range.

10. Therefore, Mr. Christopher Vigil respectfully requests that the Court continue his current sentencing date until after Mr. Garrison's trial set to occur on February 21, 2017.

Dated:  October 19, 2016

Respectfully submitted,

ANDRES R. GUEVARA
Law Office of Andres R. Guevara


s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 410

Greenwood Village, CO 80111
Telephone:  (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 19, 2016, I electronically filed the foregoing **UNOPPOSED MOTION TO RESCHEDULE SENTENCING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Zachary Phillips
Assistant United States Attorney
zachary.phillips@usdoj.gov
Attorney for the Government

Other counsel of record for co-defendants

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
5200 DTC Parkway, Suite 180
Greenwood Village, CO 80111
Telephone:  (720) 379-8262
FAX: (720) 528-7740
E-mail:andres@guevaracoloradolaw.com
Attorney for Christopher Vigil

5