# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

 10.    LUIS RAMIREZ,

    Defendant.

---

## GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS
## OF THE INDICTMENT AS TO DEFENDANT LUIS RAMIREZ

---

    The United States of America, by and through Robert C. Troyer, Acting United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Luis Ramirez.

    The Defendant entered a plea of guilty to Sixty-Seven of the Indictment and admitted to the forfeiture allegations. The Government hereby moves to dismiss the remaining counts of the Indictment remaining against the Defendant.

    In the Government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines." (See 6B1.2(a)).

Respectfully submitted this 20th day of October, 2016.

                                             ROBERT C. TROYER
                                             Acting United States Attorney


                             By:   *s/Zachary Phillips*
                                     ZACHARY PHILLIPS
                                     Assistant United States Attorney
                                     U.S. Attorney's Office
                                     1225 17th St., Suite 700
                                     Denver, CO 80202
                                     Telephone:   (303) 454-0118
                                     Fax:   (303) 454-0401
                                     e-mail:   zachary.phillips@usdoj.gov
                                     Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of October, 2016, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO DEFENDANT LUIS RAMIREZ** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant