IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Action No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.    LUIS RAMIREZ,

    Defendant.

---

**ORDER TO DISMISS REMAINING COUNTS OF THE
INDICTMENT AS TO DEFENDANT LUIS RAMIREZ**

---

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Luis Ramirez, and for good cause shown, it is hereby

ORDERED that the remaining Counts of the Indictment be dismissed as to Defendant Luis Ramirez.

DATED this _____ day of October, 2016.

BY THE COURT:

_____
JUDGE WILLIAM J. MARTINEZ
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO