IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Emily Buchanan         Date:        October 20, 2016
Court Reporter:    Mary George            Probation:   Gary Kruck

_____

Criminal Action No. 14-cr-00231-WJM-10    <u>Counsel:</u>

UNITED STATES OF AMERICA,                 Zachary Phillips

    Plaintiff,

v.

10. LUIS RAMIREZ,                         Adam Tucker

    Defendant.

_____

## COURTROOM MINUTES
_____

SENTENCING HEARING

3:03 p.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips.

Sentencing Statement by Mr. Tucker.

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

1

Discussion regarding the length of supervised release and the status of the state criminal matters.

Statement by Mr. Tucker regarding Defendant recently testing positive for cocaine.

> Defendant plead guilty to Count Sixty-Seven of the Indictment and admitted to the forfeiture allegation on September 1, 2015.

**ORDERED:** **Government's Motion to Dismiss Remaining Counts of the Indictment as to Luis Ramirez (Doc. No. 690) is DENIED AS MOOT.**

**ORDERED:** **Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) (Doc. No. 692) is GRANTED.**

**ORDERED:** **Defendant Luis Ramirez' Motion for Variance to Base Offense Level and Sentencing Range Pursuant to 18 U.S.C. § 3553 (Doc. No. 696) is DENIED AS MOOT, pursuant to the oral request of counsel.**

**ORDERED:** **Government's Oral Motion to Strike ECF 1121 is GRANTED.**

**ORDERED:** **Court sustains Defendant's objection to the third addendum to the presentence report. Mr. Kruck shall amend the third addendum to the presentence report.**

**ORDERED:** **Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Luis Ramirez (Doc. No. 1120) is GRANTED. All counts of the Indictment other than count 67 are dismissed against Luis Ramirez only.**

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Luis Ramirez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**ORDERED:** **Defendant is placed on supervised release for a term of three years.**

**Within 72 hours of the conclusion of this hearing the defendant must contact his probation officer.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

>**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on supervised release and two periodic tests thereafter.**
>
>**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Condition of Supervised Release:**

>**1.    The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:   Defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the plea agreement.**

The defendant is advised of his right to appeal his conviction as well as the sentence imposed except in very limited circumstances.

3:28 p.m.     Court in Recess
Hearing concluded
Time:  00:25