IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. LUIS RAMIREZ,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Luis Ramirez is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 20th day of October, 2016.

BY THE COURT:

Judge William J. Martínez
United States District Judge