IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: October 25, 2016 |
| Court Reporter:     Mary George | Probation: Gary Kruck |
| | Time: 45 minutes |

_____

Criminal Action No.  14-cr-00231-WJM          *Counsel:*

UNITED STATES OF AMERICA,                     Zachary Philips

       Plaintiff,

v.

14.  GREGORY DWAYNE WILLIAMS,                 Peter Menges

       Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

03:00 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

The remaining Counts of the Indictment will be dismissed at a later time upon motion of the Government.

Sentencing Statement by Mr. Menges

1

Discussion/Argument

Court's colloquy with the defendant

Defendant's Allocution

> Defendant plead guilty to Count Two of the Indictment and admitted to the forfeiture allegation on November 4, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Gregory Dwayne Williams, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of being on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

**The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

Defendant advised of his right to appeal.

**ORDERED:   Defendant's bond is exonerated**.

03:45 p.m.     Court in Recess
               Hearing concluded