IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No.   14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14. GREGORY DWAYNE WILLIAMS,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Gregory Dwayne Williams, is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 25th day of October, 2016.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge