CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U.S.A. vs. LUIS RAMIREZ               DKT. NO. 1:14CR00231-10

### PETITION TO MODIFY CONDITIONS OF

COMES NOW, Troy Ruplinger, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Luis Ramirez, who was placed on supervision by the Honorable William J. Martinez, sitting in the United States District Court in Denver, Colorado, on October 20, 2016.  The defendant was sentenced to time served and 3 years supervised release for an offense of Knowingly and Intentionally Distribute and Possess With the Intent to Distribute Less Than 500 Grams of a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance, and Did Knowingly and Intentionally Aid, Abet, Counsel, Command, Induce, or Procure the Same, in violation of 21 U.S.C. §§ 84l(a)(l) and (b)(l)(C) and 18 U.S.C. § 2.  Supervision commenced on October 20, 2016, and is set to expire on October 19, 2019.  As noted in the judgment [Document 1126], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

On October 20, 2016, the defendant commenced his term of supervised release.  On October 25, 2016, I met with the offender at his residence, at which time I requested a urine sample from the defendant which yielded results positive for cocaine.  When I confronted the defendant about his cocaine use, he originally denied the use.  He then admitted to using cocaine at a bar with a co-worker and then changing his admission to claim to just be "holding a little baggie" of cocaine.  The defendant went back and forth with his two stories during the conversation.

The defendant was already attending weekly substance abuse classes during his pretrial supervision; he will continue attending those classes on supervised release.  The offender was told that any future noncompliance will not be tolerated.  I will closely monitor the defendant and notify the Court of any noncompliant findings if deemed warranted.

The defendant chose to use cocaine despite being sentenced in your courtroom just two days prior, thereby taking advantage of the Court's trust.  I am respectfully requesting a search condition on the defendant to deter any future criminal behavior he may think of participating in.

On October 25, 2016, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the

| | | |
|---|---|---|
| Luis Ramirez<br>1:14CR00231-10 | Petition to Modify Conditions of Supervised Release.<br>Page 2 | November 1, 2016 |

conditions of supervision.  Assistant U.S. Attorney Zachary Hugh Phillips was contacted and has no objection to the proposed modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special conditions:

1. The defendant shall submit his/her person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer.  Failure to submit to search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his/her supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Troy Ruplinger*
Troy Ruplinger
United States Probation Officer
Place:   Denver
Date:    November 1, 2016

*s/Gary W. Phillips*
Gary W. Phillips
Supervisory United States Probation Officer
Place:   Denver
Date:    November 1, 2016