**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:14CR00231-10

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LUIS RAMIREZ,

        Defendant.

---

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION**

---

    THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

    HAVING considered the probation officer's petition, the Court:

    ORDERS the defendant's terms of supervision be modified to include the following special conditions:

1. The defendant shall submit his/her person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer.  Failure to submit to search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his/her supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

    FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

    DATED at Denver, Colorado, this _____ day of  November, 2016.

        BY THE COURT:

        _____
        William J. Martinez
        United States District Judge