IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.    ROBERT PAINTER

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on June 4, 2014, the United States charged defendant Robert Painter by Indictment in Counts One, Twenty-Six, Twenty-Seven, Twenty-Nine, and Fifty-three through Fifty-Five, with violations of 21 U.S.C. § 841(a)(1) and (b)(1)(C), 843(b) and (d), and 846. (Doc. 10). The Indictment also included a Forfeiture Allegation giving notice that the United States would seek forfeiture of all property constituting or derived from proceeds obtained as a result of the offenses, and all property used or intended to be used to commit or facilitate the commission of the offenses set forth in the Indictment.

THAT on March 15, 2016, the United States and defendant Robert Painter entered into a Consent Agreement where defendant Robert Painter agreed to pay to the

1

United States $3,500.00 in lieu of the subject 2004 Toyota 4-Runner SR5, VIN JTEZU14R748017522 and consented to the forfeiture of all funds paid to the United States in lieu of the vehicle.

THAT on June 17, 2016, the United States and defendant Robert Painter entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

THAT the requisite nexus exists between the $3,500.00 in lieu of the subject 2004 Toyota 4-Runner SR5, VIN JTEZU14R748017522 and possession with the intent to distribute less than 500 grams of a mixture containing cocaine to which defendant Robert Painter pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the $3,500.00 in lieu of the subject 2004 Toyota 4-Runner SR5, VIN JTEZU14R748017522 is forfeited to the United States in accordance with 21 U.S.C. § 853.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law.

THAT the United States shall publish notice of this Preliminary Order of

Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website, for at least thirty consecutive days, and to make its return to this Court that such action has been completed.

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this _____ day of _____, 2016.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Court Judge