IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

District Court No. 14-cr-00231-WJM-4

UNITED STATES OF AMERICA,

    Plaintiff,

V

 4. FRANCISCO AGUILAR,

    Defendant.

---

**MOTION TO STRIKE DOCUMENT NUMBER 1142**

---

NOW COMES, the defendant, Francisco Aguilar, by and through counsel, Scott Poland of Poland & Wheeler, P.C., and moves to strike Document number 1142, entitled, Notice of Filing Letters of Support from Family, Friends and Employer for Sentencing Purposes, and as grounds for this motion states as follows:

1. Document 1141 inadvertently contained material not intended for the court's consideration at sentencing.

Respectfully submitted this 8th day of November, 2016.

                                      S/Scott T. Poland
                                      Scott T. Poland, 11473
                                      Attorney for the Defendant
                                      215 S. Wadsworth Blvd., #500
                                      Lakewood, CO  80226
                                      303-969-8300

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8th, 2016 I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Zachary Phillips, A.U.S.A.
Miller Leonard, Esq.
Ronald Hahn, Esq.
Patrick J. Burke, Esq.

s/Scott Poland

2