IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

District Court No. 14-cr-00231-WJM-4

UNITED STATES OF AMERICA,

       Plaintiff,

V

 4. FRANCISCO AGUILAR,

       Defendant.

---

**CORRECTED NOTICE OF FILING LETTERS OF SUPPORT FROM FAMILY, FRIENDS AND EMPLOYER FOR SENTENCING PURPOSES**

---

      NOW COMES, the defendant, Francisco Aguilar, by and through counsel, Scott Poland of Poland & Wheeler, P.C., and submits the following letters of support attached to this pleading for the Sentencing hearing scheduled for Wednesday, November 9th, 2016 at 2:30 pm.

Respectfully submitted this 8th day of November, 2016.

                                         S/Scott T. Poland
                                         Scott T. Poland, 11473
                                         Attorney for the Defendant
                                         215 S. Wadsworth Blvd., #500
                                         Lakewood, CO  80226
                                         303-969-8300

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8th, 2016 I electronically filed the foregoing Notice of Filing Letters of Support from Friends, Family and Employer for Sentencing Purposes with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Zachary Phillips, A.U.S.A.
Miller Leonard, Esq.
Ronald Hahn, Esq.
Patrick J. Burke, Esq.

<u>s/Scott Poland</u>