July 20, 2016

Your Honor,

I'm sitting here, trying to figure out the right words to say. Knowing now, I don't think there are any. My father made mistakes throughout his life. Some bigger then others, but my father is not a bad man. He is loving, caring, and understanding and his kids including me need that in our lives. We need our dad to come back home.

At times I feel so lost because I have no one to talk to or listen to all of my problems; then I know I have my dad. He is so wise and intelligent beyond my years, and has so much to give and teach. If you would just give him that chance. My father has so much ambition and goals he wants to achieve. If you could just give him the chance, he could prove that he can do so much more.

Sincerely, Jewelysa Aguilar

To Whom It may Concern.

I am writing this Letter in behalf of Fransisco Aguilar. My Name is Jaime Herrera. I am Fransisco Aguilar, brother in Law. I have Known Fransisco for About six years. Fransisco is a good individual. He is a Very Responsible Father and Son. The time of Known Him he has shown me the Importance of his Kids And Family. Family Always Comes First For Him. I have also Seen that he puts everything Aside when it Comes to Caring For His Family And Kids, He has always been employed And on top of his game. I have nothing bad to say About Him. I strongly believe He is a person of strong will and Will Figure a way to overcome his Situation the rightway. I am here to stand by his Side Like he has always been by my side when I needed him. Thank you For your time, Any Further questions don't hesitate to Call

Sincerely

Cell. 720-292-6278

Jaime Herrera

8-1-16

To Whom it may concern          (1)

I am writting this letter in regards to my freind Francisco Aguilar and on behalf of his Five Children, Tobias, Cecilia, Gabriela, Jeweliza, and Dominick. I have been a friend of the familys for over 5 yrs and been on several outting with Fran and his family. We have gone fishing & camping, and much more. I have observed on many occ. the interaction that Fran has with his Children. His Children are his life and he is always there for them. they have everything they need and are all very polite & very well mannered. Fran is a very Positive inflence for his Children. he alway sees the good in things not the negative, he is always the light of the fishing & camping alwgys making us laugh & making Sure we all are having fun. Fran loves to cook and is awsome at it. He was our Cook at the camping trips. He was alway Playing with his Children & making them laugh. Fran is the most



Kindess persons I know. I have seen him help so many people out. He He has a personality that is just Amazing, and a Heart that is so generous & filled with love.

I myself have a 19 year old son, who has been in & out of trouble and Fran has been a positive influence on him, Fran always was trying to talk to him about getting his priorities in life straight and doing the right thing & making better decissions. Wyatt my son loved Fran because of all the advice & talks he had with him. He misses those talks now that Fran has been gone.

I truley believe that Fran may had made some bad deccions in his life at one time, but I also believe that he changed his life around for his self, his children, and his family. Fran has the most supportive & loving family that I have ever seen.

③

They are alway there for each othe & are alway so Caring & Supportive. They have so many Friends, and I thank God for bringing them into my life. We are all family to each other thats how they treat their Frieds. Its so Amazing.

I believe with the support of all his Children, Family and Friends Fran will continue to make good deccions in life, and be their for his children who are so lost without him. Fran is a very strong & positive man and will only continue to so if he is given a chance to prove him self. I know that his children need him in their lifes, and his family too. It has just been so hard for everyone, so I hope that he can be reconsidered for the best options he can and in the best interest to his children.

Thank you

Carla Abram

720-318-5317

To WHom IT may Concern;

This letter is Regards To FRANSISCO Aguilar. I have known Him For About 17 years, in them years I Have never seen Him Abuse His kids. I Have never seen Him yell at them or strike THem. I Believe that His son could use Him Right Know Because He's at that age where he needs That Father Image.

I try to give him the Image But He still needs Him. His son is very good Teenager and I say that He Learned That From His Father.

In all these years I have never seen or Heard Him Disrespect My wife or myself.

Years Ago I got into Trouble and nearly go put away. The Judge who discide to give me a chance did so and To this day I Have not gotten into Trouble; and walk a straight and NARROW Line.

I'm asking as a granparent to His kids That you give Him a chance to Turn Around.

Sincerly,

Dennis L Oliva

P.S. any Questions you can Reach me at 303-356-0748

Dear your honor,

My name is Francisco Domnic Aguilar I am writing to you in regards to my father Francisco Aguilar, I am currently Thirteen years old without a father Figure in my life. You may not see it, but my father is an important asset to me. He is a very good person that I believe deserves a second chance. My life needs guidance so I do not go down the wrong path. I ask you to please give my father a second chance he is a good parent and son, "He's good to his mother/my grandmother" He means very much to all of his family. Please consider my request to release my father. that I love very much.

                    Sincerly,
                Dominic Aguilar

7/29/16

Judge Martinez,

Hello im writing this letter for my youngest child and still my baby Francisca Aguilar. Your honor My son is no theif, Murderer, or thug for that matter. My Son is a very hard Working Man that I believe Made a terrible Mistake while struggling with a financial hardship. My son has suffered lots of financial loss due to economic downfall in 2008-2011 he lost his home and was trying to recover, Unfortunately he is still trying. Even with all his struggles I see my son go through, he finds a Way to keep Positive and always finds time to come over and help, Me out even if I don't ask him to. I'm not in the best of Health Judge and well honestly I want to see my son again here in front of me, not in a Prison. this man is a hard Working Man always Worrying about his Children. I think he is trying to Make up for a father he did not see but Maybe a handful of times.

I myself was a struggling single Mother of 5 children. I tried my best to do what I could to instill hard working ethics into my sons life which he did pickup. I am fully aware of the severity of his situation and I have let him know that I do not Condone this type of behavior especially from a Mom who is trying to get out of the situation he's already in financially. I know my son very well Judge and this is a wake up call for him I strongly believe he will bounce back fully and from the plans he tells me he has once he is out I believe he will accomplish what he says. all he is trying to do is get back to his 5 children who he loves so true. I know he has a place to live when he is released but I will be asking him to come and help me out by living with me for a while. Please Judge Martinez give my son a chance to redeem himself. MOM

Maria Duran