TRULINCS 40483013 - AGUILAR, FRANCISCO - Unit: ENG-J-A

---

FROM: Aguilar, Cecelia
TO: 40483013
SUBJECT: Sentencing letter
DATE: 08/10/2016 01:36:06 PM

Your honor,

I'm writing this letter to urge leniency in the sentencing of my father. You may not think twice as you see the man in front of you as a negative impact. But As my family and I known of this man is not the same man. My dad has always been the center of our family. He's always the one to pick us up when we are down and to help us all when times get rough and show us that there is always sun shine on the other side. I'm writing you this letter your honor, knowable as I don't have the authority to change your mind in any way but to educate you on as what type of person my dad really is. It's been so tuff not having him here. As we get older we all look forward to going on trips as a family finally able to experience the world together. You're honor I ask that you take in to consideration and realize this man is not the man you see him as but as you allow him to show you with action he's more than that. I know in his heart he wants the best for himself and also for his family.

I thank you for your time your honor.

Cecelia Aguilar

TRULINCS 40483013 - AGUILAR, FRANCISCO - Unit: ENG-J-A

---

FROM: Aguilar, Tobias
TO: 40483013
SUBJECT: Letter
DATE: 08/10/2016 01:21:08 PM

Dear Judge Martinez,
My names is Tobias Aguilar, I am the oldest son of 5 children. My father Francisco Aguilar is currently in custody in a federal penitentiary. This note is simply a plea for his innocence and freedom. My dad Francisco is an exceptional American citizen, father, and electrician. Before this experience, my father set me up with everything a son can ask for. He set me up with a career in electrical, provided me with a condo as well as transportation. He is a very loving man and cares deeply about his family. He handles all of his responsibilities @ all times and we loved working together. Again, this is a plea for his freedom because he dose not deserve to spend years in custody. He is a great man with a lot of love and life that needs him on the outside.

   sincerely,
   Tobias Aguilar

TRULINCS 40483013 - AGUILAR, FRANCISCO - Unit: ENG-J-A

---

FROM: Archuletta, Dawn
TO: 40483013
SUBJECT: Letter to the Honorable William Martinez
DATE: 08/03/2016 10:21:06 AM

Dear Judge Martinez,

Thank you for your time in reading this letter that I've composed for Mr. Francisco Aguilar. I'm I apologize for the format. I wanted to make sure you were able to read it in time.

He has asked me to write about his character, in hopes that the Court can see who he is as a person rather than just an inmate awaiting sentencing.

I am a just a woman who collects taxes for the State of Colorado. My life is uncomplicated, so I agreed to do what I can to speak on his behalf.

We all know good people make mistakes. Although I don't know any details as to why Mr. Aguilar is incarcerated other than the fact that it's a non-violent case, I can attest to the person I know outside of those walls.

Francisco impresses me with his ability to solve problems for himself and his family. Since we've met, he has always been the person in my life that I can turn to for advise. There's always a solution that makes perfect sense when it comes from him. And not only giving advice, but helping and doing whatever it takes to make sure things are resolved. It's a trait that I value in a friend. The most positive person still - even inside those walls. I've spoken to him on the phone and he is handling things with positivity and hope - which I think is commendable - not blaming anybody or being negative about his situation. In fact, I believe he should quit his day job as a hard working electrician and be a stand up comedian. He's THAT funny and lives to make people happy.

Please Judge, I ask you to see a man with five children who need his time. Please consider my insight when making your decision to rule regarding Mr. Aguilar's sentencing.

Thank you for your time and consideration.

Respectfully,
Dawn Archuleta



**Howard Electric Co., LLC**   State License #7
A family tradition of Electrical Design/Build Construction since 1940

April 28, 2016

Re: Francisco Aguilar

To Whom It May Concern:

I am writing this letter in support of Francisco Aguilar, one of our electricians. I understand Francisco is in serious legal trouble.

I am a master electrician for over 50 years, and the president of Howard Electric Company, LLC - our family has been in the electrical contracting business for 75 years and over that time we have employed thousands of electricians. This background makes me very qualified to evaluate the quality of both workers and character. Of the many electricians we have employed I consider Francisco Aguilar as one of the best. Francisco has worked for us for 8 years, and we also employed his son for a time. Francisco has shown me he has both initiative and a willingness to work hard. Francisco was a reliable and consistent employee - showing up for work on time and never missing a day of work without good excuse. Because we are a union contractor Francisco was subject to random drug tests - by the union - and never failed one. We hope his history of good behavior will be taken into account when considering his penalty. We would be willing to employ Francisco on a work-release program if that is a possibility. We have some experience in the past with work release and are generally aware of what this entails. I would be glad to testify on his behalf as a character witness.

If you have any questions, please contact me.

Sincerely,

Jack Howard
Manager

Phone: 303-271-1171                                                        720 Corporate Circle, Suite R
Fax:   303-271-1399                                                        Golden, CO 80401

July 18, 2016

Re: Francisco Aguilar

To Whom It May Concern:

I am writing this letter in support of Francisco Aguilar, one of our electricians. I understand Francisco is in serious legal trouble.

I am a General Foreman electrician for Howard Electric Company, LLC – I have worked with and managed many electricians over the last 25 years working in the electrical contracting field. This background makes me qualified to evaluate the quality of both workers and character. Of the many electricians I have worked with and managed I consider Francisco Aguilar as one of the best. I have worked with Francisco for 8 years. Francisco has shown me he has both initiative and a willingness to work hard. Francisco was a reliable and consistent employee - showing up for work on time and never missing a day of work without good excuse. Because we work for a union contractor Francisco was subject to random drug tests - by the union - and never failed one. I hope his history of good behavior will be taken into account when considering his penalty.

If you have any questions, please contact me.

303-803-7288

Sincerely,

Richard Trujillo Jr.

Your Honor.

I am writing this letter in the hopes that it will help you to see what kind of person Francisco Aguilar is, despite this unfortunate transgression that has occurred.

I have known Francisco Aguilar as a friend for over a year, and in that time i have seen many aspects of Francisco's personality. I have always found him to be extremely kind, dependable, compassionate, and well regarded among his friends and family. Francisco takes the upmost pride and care for his children and family in all aspects, Francisco has always offered his help to others, he openly offers his help to others even if they had not ask for any type of help, he takes the time to organize and make arrangements to ensure what is needed to get done, is done right. Francisco takes pride in helping others with sincerity.

The transgression of the drug related charges should not be the only factor you look at in this case. I hope you will also consider Francisco's efforts in that he has a skilled profession as an electrician is educated, as well as his strong commitment to his family and his willingness to make changes for himself his family, and his peers.

I can tell you without a doubt that Francisco is incredibly remorseful for what he has done. He has expressed this many times, and I believe it has been reflected in his efforts to make amends to the court. Francisco deserves a second chance. I hope that you will be willing to give him one.

Sincerely,

Lisa M. Finn

TRULINCS 40483013 - AGUILAR, FRANCISCO - Unit: ENG-J-A

---

FROM: Dominich, Raphael
TO: 40483013
SUBJECT: CHARACTER LETTER
DATE: 09/09/2016 10:36:14 AM

To Whom it may concern:

My name is Rafael Domenech Jr and I am the owner of Land Above Ground Realty & Mortgage. I have known Francisco Aguilar for over 20 years. Throughout all of the years that I have known Francisco the one thing that stands out the most to me is how great of a father he is to his children. He is very involved in his children's everyday life as a great father figure and their number one provider. He has also been a dear friend to me and someone I can always depend on if I ever need anything. One thing I know everyone who knows Francisco will agree on is that he is very very funny. I always said he was a stand up comedian in his past life. He also worked with me at my company and was very professional in handling all of our deals and a client favorite with our customers. I hope when this letter reaches you, you will understand how important Francisco is to our lives and that you can return him to us very soon.

Thank you,
Rafael Domenech Jr

TRULINCS 40483013 - AGUILAR, FRANCISCO - Unit: ENG-J-A

---

FROM: Robledo, Lorenzo
TO: 40483013
SUBJECT: Letter
DATE: 08/11/2016 10:06:09 AM

To whom it may concern,

My name is Lorenzo Robldo and I am a Maintenance Director for Air Methods Corp, the largest air ambulance provider in the world. I've had the privilege of knowing Francisco Aguliar for 15yrs. During this time he has been a good friend to me and my family and I would consider him like a brother. He is the kind of person that is willing to give a helping hand when needed or be there for you when going through hard times. Back in 2001 when I got out of the Marine Corps. He opened his home to me for a few month while I got situated and in my feet. This is not something many people would do and he went so far as to accept anything from me because he knew I was struggling with finding employment. Once I found employment he never once asked for anything in return and this is something I with always be greatful for. He is a hard worker and devoted much of his time to master his skill as an electrician. His most recent employer saw his potential and made him a lead on various time sensitive projects because they knew he would do whatever it would take to get the most out of his team to make schedule. In talking with Franscico, he understands he made a huge mistake and he accepts responsibility for what he has done. He is ready to put all this behind him and be a positive roll model for his kids and society. If you have any questions or would like additional information, please don't hesitate to ask!

Lorenzo Robledo
303-807-8702

Marisol Herrera
2086 W. Hillside Ave
Englewood, Co 80110

7/31/16

Re: Francisco Aguilar

Your Honor,

I am writing on behalf of my brother Francisco Aguilar, who is appearing before your court today.

I have been a big sister to Francisco Aguilar since he was born I know he is a very good and hard working man. He has been with the Union- Eight District Electrical Co. for 8years. I have come to see that he stays long hours at his job just so he can provide for his children, making sure his child support was the first thing that was paid, he took that payment very serious each month. He always provide for his 5 children that always been in need of some kind of way since they were all very small, now that each are growing up into young adults which is Tobias Aguilar (23) Cecelia Aguilar (20), Gabriela (18), Jewelisa (16), Dominick (13) he always trying to guide them in a good direction for a better future to all his kids. He has always gone out of his way just to make sure they have everything they need, I know he does it from his heart since we did not grow up with our father, we had no father figure to guide us the right way, that is why I am writing to urge leniency in the sentencing of my brother Francisco Aguilar. He and I are both aware of the gravity of his crime that he was convicted of. This is not the man I know.

Francisco Aguilar is making a sincere effort to pull his life back together in order to able to provide love and sustenance for his family he always achieves what he sets his mind to with dedication and sheer force of will. I hope you consider the tenacity, self-awareness and courage of this wonderful person during a troubled of period in his life. Thank you for your consideration.

Sincerely,

Marisol Herrera