IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. **14-cr-00231-WJM-9**

UNITED STATES OF AMERICA, Plaintiff

v.

1. RICKY GARRISON,
   a/k/a "G,"
2. JAMES TILLMON.
   a/k/a "Black,"
   a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ
   a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
   a/k/a "Abdul Halim Aswad Ali,"
   a/k/a "Don Blas,"
9. **ARCHIE POOLE,**
10. LUIS RAMIREZ,
    a/k/a "Julian"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LOTOYA WIMBUSH

                              Defendant.

**DEFENDANT'S ARCHIE POOLE'S MOTION TO RESTRICT DOCUMENT**

Archie Poole, by and through undersigned Counsel, respectfully moves to restrict document, any order revealing the contents of that document, and the brief filed in support of this motion. Mr. Poole request a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief in support of this motion, "Viewable by Selected Parties & Court" only.

Dated this 14th day of November, 2016.

                Respectfully submitted,

                s/Ronald J. Hahn
                Ronald J. Hahn
                333 W. Hampden Ave., Ste. 710
                Englewood, CO  80110
                Telephone #: 303-762-0445
                E-mail: rhahn3677@hotmail.com
                FAX Number:  303-806-8882
                Attorney for Defendant Archie Poole

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2016, a true and correct copy of the foregoing **DEFENDANT'S ARCHIE POOLE'S MOTION TO RESTRICT DOCUMENT** was filed with the Clerk of Court using the CM/ECF system.

                s/Angie Diaz