LEGAL MAIL

TO: CLERK OF THE COURT

FROM: Jim Tillmon

DATE: NOV. 08 2016

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2016

JEFFREY P. COLWELL
```

RE: COPY OF (ICON) FOR CASE# 14-CR-00231-WJM

DEAR CLERK

I'm writing you this short one page letter requesting that you please send me a copy of my (ICON) for the above case number. Its very important that you please have your staff to send me this requested information as soon as possible to avoid and deadlines that may play a role in the time frame.

Sincerely,
Jim

Can you also please provide me the total cost for the sentencing transcripts for the above case number.

Jim Tilmon #153892
Crowley County Correctional Facility
CCCF Facility
6564 State Highway 96
Olney Springs, CO 81062-8700
LEGAL USE ONLY

LEGAL MAIL

DENVER CO 800
09 NOV 2016 PM 4 L

To: Clerk of The Court
Alfred A. Arraj United States
Courthouse Room A-105
901 19th Street
Denver, CO 80294-2151

| CCCF | 11/8/16 |
|---|---|
| FACILITY | DATE REC'D |

| SPONSLER | DoS |
|---|---|
| STAFF LAST NAME | INT |

| 153892 Tillmon | J.T. |
|---|---|
| DOC# OFFENDER LAST NAME | INT |