IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.    ARCHIE POOLE,

    Defendant

---

NOTICE OF ATTORNEY APPEARANCE AS COUNSEL
FOR THE GOVERNMENT

---

The United States of America, by Robert C. Troyer, Acting United States Attorney for the District of Colorado, and through Celeste Rangel, Assistant United States Attorney, hereby enters her appearance on behalf of the United States. All future notices and hearing dates should be directed to Assistant United States Attorney Celeste Rangel.

Dated this 16th day of November, 2016.

    Respectfully submitted,

    ROBERT C. TROYER
    Acting United States Attorney

By:  *s/Celeste Rangel*
    CELESTE RANGEL
    Assistant U.S. Attorney
    1225 17th St., Ste. 700
    Denver, CO   80202
    Telephone: 303-454-0100
    Fax: 303-454-0300
    e-mail:   celeste.rangel@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2016, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE AS COUNSEL FOR THE GOVERNMENT using the CM/ECF system which will send to the following address:

Ronald J. Hahn, Esq.
e-mail:  rhahn3677@hotmail.com
Attorney for Archie Poole

                                              *s/Maggie E. Grenvik*
                                              Maggie E. Grenvik
                                              Legal Assistant