IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  November 9, 2016
Court Reporter:    Mary George             Probation: Michelle Means
                                           Time: 30 minutes

_____

Criminal Action No. 14-cr-00231-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Zachary Phillips

     Plaintiff,

v.

4.  FRANCISCO AGUILAR,                        Scott Poland

     Defendant.

_____

## AMENDED COURTROOM MINUTES
_____

HEARING - SENTENCING

02:34 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Poland

**ORDERED:  The Government's oral motion for an additional one-level reduction
in the offense level for acceptance of responsibility is GRANTED.**

1

The remaining Counts of the Indictment will be dismissed at a later time upon motion of the Government.

Defendant's Allocution

Defendant plead guilty to Count 52 of the Indictment and admitted to the forfeiture allegation on July 7, 2016.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, *Francisco Aguilar*, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:** **Upon release from imprisonment the defendant is placed on supervised release for a term of three years.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Condition of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation**

2

**officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:  The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:  Defendant has no ability to pay a fine, and the fine is waived.**

**Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from the proceeds from the instant offense and as stipulated to in the Plea Agreement.**

The defendant is advised of his right to appeal.

**Defendant is REMANDED to the custody of the U.S. Marshal.**

03:04 p.m.    Court in Recess
                    Hearing concluded