United States District Court
For the District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -8 2016

JEFFREY P. COLWELL
CLERK

Archie Poole,
            Petitioner

            Criminal Case No. 1:14-CR-00231-WJM
            Honorable Judge William Martinez
            Criminal Case No. 14-cr-000203-WJM-1

VS.

United States of America,
            Respondent

Notice of Motion Requesting Recommendation to
the Bureau of Prisons to Grant Me 12 month
Pre-Release placement in a (RRC) pursuant to
the Second Chance Act of 2007 and 18 USC 3624(c)

Please be advised and take notice that I Archie
Poole, defendant/Petitioner herein, do hereby move this
Honorable Court, before Judge William Martinez, at
the Federal Courthouse located at 901 19th Street
Denver Colorado 80294, for an order to issue granting
me a recommendation to receive 12 months Pre-
Release placement in a (RRC) pursuant to 18 USC

(1)



3624(c); 18 USC 3621(b) and 42 USC 17501, The Second Chance Act as amended April 9, 2008.

Congress has delegated inmate placement authority to the Bureau of Prisons in two statues 18 USC 3621 (b), and 3624 (c). Under "3621(b)" the BOP has been delegated broad discretionary authority to determine the proper placement of inmates at the start of an inmate's prison term. See Rodriguez vs. Smith 541 F.3d 1180 2008 U.S. App Lexis 18918 (9th CIR 2008)(United States District Court, Eastern Dist of California granted the Writ of Habeus Corpus, an the 9th circuit Court of Appeals affirmed the petition in favor of Rodriguez, to have 12 months (RRC) placement).

Petitioner Archie Poole argues that placement designations require consideration of the 5 factors set forth in 18 USC 3621(b). The factor that petitioner is concerned with the most is (4) "Any statement made by the Court that imposed sentence. Petitioner ask that this Court at sentencing recommend that Archie Poole be placed in a (RRC) for the last 12 months of his sentence.

The Courts statement is necessary in order for me to qualify under the "5 Factors" of 18 USC 3621(b) and without such statement, petitioner will not qualify see Crabbe vs. Davis 2010 U.S. Dist Lexis 89063 (Dist of Colorado 2010) (no judicial recommendations in this case, no mention of placement in (BRC).

(2)

In Rodriguez 541 F.3d 1180, it list other circuits decision's, the 2nd, 3rd, 8th, and 10th circuits, who have concluded that congress's intent regarding inmate placement and transfer as codified is clear from the plain language of 18 USC 3621(b)

Petitioner Poole rely on Wedelstedt vs. Wiley 2006 U.S. Dist Lexis 64030, Civil Action No. 06-CV-01337-WYD (Dist of Colorado 2006) also see Wedelstedt vs. Wiley 477 F.3d 1160; 2007 U.S. App Lexis 3201 (10th Cir 2007)

In Wedelstedt, Honorable Judge Daniels of this Honorable District Court granted a petition for Habeus Corpus and ordered that Respondent (BOP) Ron Wiley the Warden of FCI Camp Florence Colorado reconsider petitioner for placement in a community corrections center without regard to BOP regulations.

Judge Daniels listed the 5 Factors the BOP should rely on in considering (RRC) Placement. Ron Wiley of the BOP appealed Judge Daniels decision to the 10th Cir-cuit Court of Appeals, however the 10th Circuit Court affirmed the decision of Judge Daniel in granting the Writ to Wedelstedt.

Petitioner Archie Poole argues that at the time of the Wedelstedt case a defendant was only eligible for 6 months eligibility, but the Second Chance Act Pub Law 110-199, 231   122 Stat 657 (4-9-2008)(SCA) amended 3624 (c) increasing an inmate's RRC eligibility from 6 months

(3)

to 12 months. Petitioner insist that if Judge William
Martinez fails to recommend me to the (RRC) program
I will be frowned upon, an will have a hard time, re-
entering society.

Wherefore Petitioner Archie Poole, do hereby ask that
Honorable Judge William Martinez, at sentencing
recommend me to the (RRC) program within the last 17-
19 months of my incarceration, to a term of 12 months
so that I may re-enter society correctly, and for all other
relief as this Court seem just and proper.

Certificate of Service

I Archie Poole, defendant Pro-SE do hereby state under
the penalty of perjury that this Motion has true an correct
facts and holds truthful statements.

Signed this 21st day of August 2016

Archie Poole 40425-013
9595 West Quincy Ave, Dorm A
Littleton Colorado 80123

cc:
United States District Court
For the District of Colorado
901 19th Street
Denver Colorado 80294

(4)

Abraham Poole #40425-013
Federal Detention Center
9595 West Quincy Ave
Littleton Colo 80123

LEGAL
MAIL

80294-250151

Honorable Judge William martines
United States District Court
For the District of Colorado
901 19th Street
Denver Colorado 80294