IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Honorable Judge William J. Martinez

Case No. **14-cr-00231-WJM-9**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Defendants,

ARCHIE POOLE,

---

**MOTION FOR FURLOUGH**

---

    COMES NOW Archie Poole, by and through his undersigned CJA attorney and respectfully requests a Furlough, so that he may attend his niece Dashala Smith's funeral.

    Mr. Poole is awaiting sentencing in this case which is set for February 15, 2017 at 10:30am. He is also presently serving a sentence of 130 months imposed by this Court in 14-cr-00203-1.

    Mr. Poole has just been told that his niece has died for lupus. Her funeral is on December 19, 2016 at Central Baptist Church located at 2400 California St. Denver, CO 80205. The viewing is from 10:00am to noon, the service is schedule at 1:00pm with a dinner to follow. Mr. Poole is heartbroken and is hoping that the Court will grant him a Furlough to attend any part or all of the proceedings.

Counsel has not been able to speak with the government prior to filing because of the short notice he received.

Dated this 14th day of December, 2016.

>Respectfully submitted,
>
>S+/Ronald J. Hahn
>
>Ronald J. Hahn
>
>333 W. Hampden Ave., Ste. 710
>
>Englewood, CO  80110
>
>Telephone #: 303-762-0445
>
>E-mail: rhahn3677@hotmail.com
>
>FAX Number:  303-806-8882
>
>*Attorney for Defendant Archie Poole*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2016, a true and correct copy of the foregoing **MOTION FOR FURLOUGH** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

s/Angie Diaz