IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.    ARCHIE POOLE,

    Defendant.

---

GOVERNMENT'S RESPONSE TO MOTION FOR FURLOUGH
(Doc. No. 1163)

---

    THE UNITED STATES OF AMERICA, by Acting United States Attorney Robert C. Troyer, through the undersigned Assistant U.S. Attorney, hereby respectfully requests the Court Deny the Defendant's Motion for Furlough (Doc. No. 1163) for the reasons stated below.

    1.    The Government is sympathetic to the Defendant and the Defendant's family for their loss.

    2.    The Defendant is pending sentencing in Criminal Case No. 14-cr-00231 and is also serving a sentence in Criminal Case No. 14-cr-00203. Both of these cases require a different analysis in order for the Defendant to be granted a furlough.

    3.    In Criminal Case No. 14-cr-00231, the Defendant is in the custody of the United States Marshal Service (USMS). The Government contacted the USMS and was informed that the USMS would oppose the Defendant being granted a furlough. If the Court does grant the Defendant a furlough, the USMS request that the Defendant only be allowed to attend the funeral and no further functions. Additionally, the USMS advised that the Defendant would be

responsible for the cost of travel as well as the cost of protection.  This would include overtime costs for the Deputy USM providing security while escorting the Defendant to the funeral.

4. In Criminal Action No. 14-cr-00203, the Defendant is in custody of the Federal Bureau of Prisons (BOP).  The Federal Bureau of Prisons has an application process for a furlough which must be completed in order for a furlough to be considered.  The Federal Bureau of Prisons does consider furloughs in order for inmates to address a family crisis or urgent situation. However, such a consideration is only where the crisis or urgent situation involves an immediate family member.  Immediate family member is defined as "mother, father, stepparents, foster parents, brothers and sisters, spouse, and children."  (BOP Policy section 570.32(1)). Here, although tragic and sad, the family crisis expressed by the Defendant does not qualify for a BOP furlough.

Again, the Government is sympathetic to the Defendant's situation; however, the Government would respectfully request the Court deny the Defendant's Motion for Furlough.

Submitted this 15th day of December, 2016.

    Robert C. Troyer
    Acting United States Attorney

By: *s/Zachary Phillips*
    ZACHARY PHILLIPS
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO 80202
    Telephone:   (303) 454-0118
    Fax:   (303) 454-0401
    e-mail:   zachary.phillips@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of December, 2016, I electronically filed the foregoing GOVERNMENT'S RESPONSE TO MOTION FOR FURLOUGH (Doc. No. 1163) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                                  *s/Maggie E. Grenvik*
                                                                  Maggie E. Grenvik
                                                                  Legal Assistant