IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,
       a/k/a "G,"

    Defendant.

---

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR FED. R. CRIM. P. 16(a)(1)(E)(i) INFORAMATION [SIC], OR IN THE ALTERNATIVE, *BRADY* AND *GIGLIO* INFORMATION (Doc. No. 1167)

---

THE UNITED STATES OF AMERICA, by Acting United States Attorney Robert C. Troyer, through the undersigned Assistant United States Attorney, hereby respectfully requests an additional six (6) days to respond to Defendant's Motion for Fed. R. Crim. P. 16(a)(1)(E)(i) Inforamation [sic], or in the Alternative, *Brady* and *Giglio* Information, Doc. No. 1167 (hereinafter "Discovery Motion").

1.    Defendant Ricky Garrison filed the Discovery Motion approximately one hour before midnight on Thursday, December 29, 2016. The motion seeks "reports of investigations made by the F.B.I. into [Special] Agent [Danielle] Mark[s's] allegations" and that the government make an affirmative statement as to the status and substance of a separate and ongoing civil case. On the afternoon of Friday, December 30, 2016 the Court ordered that the Government respond on or before 12:00 pm (noon) on Wednesday, January 4, 2016.

2. Lead counsel for the government, Assistant United States Attorney Zachary Philips, is travelling this week and is unavailable. The undersigned Assistant United States Attorney was travelling last week and, while now available to respond to the motion, seeks an extension of six days, until January 9, 2017 to allow for the opportunity to consult with Assistant United States Attorney Philips prior to filing, which will help to avoid any mistakes or misunderstandings that might otherwise result from the lack of continuity in legal counsel.

3. The Government is mindful of its obligations and the gravity of the allegations. The Discovery Motion requests that the government make additional inquiries and that the government make a formal, affirmative, statement regarding a separate civil matter. Providing additional time to respond will allow the government to ensure that its response is made after once again thoroughly and diligently inquiring into the matter; it will also ensure that the government's response contains points of law and analysis that will help the court resolve this issue once and for all. Accordingly, providing additional time now will likely save time in the future for all parties and for the Court.

4. Before filing this motion, counsel for the Government contacted Leonard Miller, attorney for the defendant, who stated that he has no objection to this extension.

5. Wherefore, the Government respectfully requests an extension up to and including January 9, 2017, to file responses to the Discovery Motion.

Respectfully submitted this 3rd day of January, 2017.

                ROBERT C. TROYER
                Acting United States Attorney

By: *s/ Bryan David Fields*
      BRYAN DAVID FIELDS
      Assistant United States Attorney

U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0401
e-mail:   bryan.fields3@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of January, 2017, I electronically filed the foregoing U UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR FED. R. CRIM. P. 16(a)(1)(E)(i) INFORAMATION [SIC], OR IN THE ALTERNATIVE, *BRADY* AND *GIGLIO* INFORMATION (Doc. No. 1167) using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/ Bryan David Fields*
      BRYAN DAVID FIELDS
      Assistant United States Attorney