PROB 22
(Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*
1:14CR00231-5

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
CR 17-143 KG

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Simeon Ramirez | District of Colorado | Denver |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | William J. Martinez |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/04/2016 | TO 11/03/2021 |
|---|---|---|

**OFFENSE**

21 U.S.C. §§ 841(a)(1),(b)(1)(C) and 860, and 18 U.S.C. § 2 - Knowingly and Intentionally Distribute and Possess with the Intent to Distribute Less Than 500 Grams of Mixture or Substance Containing a Detectable Amount of Cocaine, A Schedule II Controlled Substance, Within 1000 Feet of the Real Property Comprising Aurora West College Preparatory Academy, a Public Secondary School and Knowingly and Intentionally Aid, Abet, Counsel, Command, Induce, or Procure the Same

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of New Mexico  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

28 Dec 2016
*Date*

*/s/*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  New Mexico

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/19/2017
*Effective Date*

/s/ Kenneth J. Gonzales
*United States District Judge*