IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RICKY GARRISON,
      a/k/a "G,"

      Defendant.

**SUPERSEDING INDICTMENT**
**CHARGING STATUTES**
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2421
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 843(b)
21 U.S.C. § 843(d)
21 U.S.C. § 846
21 U.S.C. § 860

## COUNT ONE

On or about and between June 1, 2013, and June 4, 2014, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants:

RICKY GARRISON,
J.T.,
C.M.,
F.A.,
S.R.,
C.V.,
T.E.,

      D.F.,
      A.P.,
      L.R.,
      M.T.,
      S.B.,
      S.T.,
      G.W.,
      R.P.,
      L.W.,

and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with the intent to distribute, one or more of the following controlled substances: (1) more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; (2) more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; (3) less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 21 U.S.C. § 841(b)(1)(B)(ii), 841(b)(1)(C), and 846.

## COUNT TWO

On or about November 16, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT THREE**

On or about November 16, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT FOUR**

On or about November 16, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

**COUNT FIVE**

On or about November 16, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

**COUNT SIX**

On or about November 22, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine,

a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about November 22, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT EIGHT

On or about November 22, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT NINE

On or about November 23, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II

controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TEN

On or about November 23, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about November 23, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TWELVE

On or about November 29, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a)

5

within 1000 feet of the real property comprising Wyatt-Edison Charter Academy, a public elementary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

On or about November 29, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FOURTEEN

On or about November 29, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Wyatt-Edison Charter Academy, a public elementary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about November 29, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a

telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SIXTEEN

On or about November 29, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SEVENTEEN

On or about December 7, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN

On or about December 10, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine,

7

a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT NINETEEN

On or about December 10, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWENTY

On or about December 11, 2013, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWENTY-ONE

On or about January 5, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to

8

distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2.

## COUNT TWENTY-TWO

On or about January 5, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TWENTY-THREE

On or about January 5, 2014, within the State and District of Colorado, the defendants, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TWENTY-FOUR

On or about January 5, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a

telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TWENTY-FIVE

On or about January 5, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TWENTY-SIX

On or about January 5, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TWENTY-SEVEN

On or about January 6, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWENTY-EIGHT

On or about January 6, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWENTY-NINE

On or about January 9, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2.

### COUNT THIRTY

On or about January 9, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a

11

telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT THIRTY-ONE

On or about January 9, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT THIRTY-TWO

On or about January 28, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THIRTY-THREE

On or about February 26, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THIRTY-FOUR

On or about February 26, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THIRTY-FIVE

On or about January 9, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT THIRTY-SIX

On or about February 28, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine,

a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT THIRTY-SEVEN**

On or about March 1, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT THIRTY-EIGHT**

On or about March 2, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT THIRTY-NINE**

On or about March 2, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a

telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FORTY

On or about March 2, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FORTY-ONE

On or about March 2, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FORTY-TWO

On or about March 2, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FORTY-THREE

On or about March 2, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a

telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

### COUNT FORTY-FOUR

On or about March 2, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

### COUNT FORTY-FIVE

On or about March 17, 2014, the defendant, RICKY GARRISON, did knowingly travel in interstate commerce the purpose of the travel was for the individual to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421.

### COUNT FORTY-SIX

On or about March 26, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT FORTY-SEVEN

On or about May 23, 2014, in the State and District of Colorado, the defendant, RICKY GARRISON, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT FORTY-EIGHT

On or about May 23, 2014, within the State and District of Colorado, the defendant, RICKY GARRISON knowingly used and carried a firearm during and in relation to a drug trafficking crime for which he could be prosecuted in a court of the United States, specifically: distribute and possess with the intent to distribute a Schedule II controlled substance, in violation to Title 21, United States Code, Section 841(a)(1) and (b)(1)(c).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### FORFEITURE ALLEGATION

The allegations contained in Counts One through Forty-four and Count Forty-six of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

Upon conviction of the violations alleged in Counts One through Forty-four and Count Forty-six of this Indictment involving violations of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) and 21 U.S.C. § 843(b), the defendant, RICKY GARRISON, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to a money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

If any of the property as a result of any act or omission of the defendants:

     a)    cannot be located upon the exercise of due diligence;
     b)    has been transferred or sold to, or deposited with, a third party;
     c)    has been placed beyond the jurisdiction of the Court;
     d)    has been substantially diminished in value; or
     e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
GRAND JURY FOREPERSON


APPROVED:

ROBERT C. TROYER
Acting United States Attorney


BY:    s/Zachary Phillips_____
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO. 80202
        Telephone (303) 454-0118
        Fax (303) 454-0401
        Zachary.phillips@usdoj.gov
        Attorney for the Government