<u>DEFENDANT 1</u>:     RICKY GARRISON,
                     a/k/a "G"

<u>YOB</u>:            1983

<u>ADDRESS</u>:        Aurora, Colorado

<u>COMPLAINT FILED</u>?    ✓  YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:   14-mj-01077-BNB (05/28/14)

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   ✓  YES  _____ NO

<u>OFFENSE</u>:   <u>COUNT ONE</u> – Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846:  On or about and between June 1, 2013, and June 4, 2014, both dates being approximate and inclusive, did knowingly and intentionally conspire to distribute and possess with the intent to distribute, one or more of the following controlled substances: (1) more than 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; (2) more than 28 grams but less than 280 grams of a mixture or substance which contains cocaine base; (3) less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

<u>COUNTS TWO, TEN, EIGHTEEN, NINETEEN, TWENTY-EIGHT, THIRTY-TWO, THIRTY-THREE, THIRTY-FOUR, THIRTY-SIX, THIRTY-SEVEN, THIRTY-EIGHT, and FORTY-SIX - Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2</u> - On or about November 16, 2013, November 23, 2013, December 10, 2013, January 6, 2014, January 28, 2014, February 26, 2014, February 28, 2014, March 1, 2014, March 2, 2014, and March 26, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

<u>COUNTS THREE, NINE, TWENTY, and TWENTY-SEVEN - Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2</u> – On or about November 16, 2013, November 23, 2013, December 11, 2013, and January 6, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 28 grams of a mixture or substance containing cocaine base, a Schedule II controlled substance, and did

knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNTS FOUR, FIVE, SEVEN, EIGHT, ELEVEN, THIRTEEN, FIFTEEN, SIXTEEN, TWENTY-TWO, TWENTY-THREE, TWENTY-FOUR, TWENT-FIVE, TWENTY-SIX, THIRTY, THIRTY-ONE, THIRTY-FIVE, THIRTY-NINE, FORTY, FORTY-ONE, FORTY-TWO, FORTY-THREE, and FORTY-FOUR:  Title 21, United States Code, Sections 843(b) and 843(d) – On or about November 16, 2013, November 22, 2013, November 23, 2013, November 29, 2013, January 5, 2014, January 9, 2014, and March 2, 2014, did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code.

COUNTS SIX, SEVENTEEN, and TWENTY-NINE:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2 - On or about November 22, 2013, December 7, 2013, and January 9, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNTS TWELVE and FOURTEEN:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2 - On or about November 29, 2013, did knowingly and intentionally distribute and possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code section 841(a) within 1000 feet of the real property comprising Wyatt-Edison Charter Academy, a public elementary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same

COUNT TWENTY-ONE:  Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860; and Title 18, United States Code, Section 2 - On or about January 5, 2014, did knowingly and intentionally distribute and possess with the intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1000 feet of the real property comprising Aurora West College Preparatory Academy, a public

secondary school; and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same.

COUNT FORTY-FIVE:  Title 18, United States Code, Section 2421 - On or about March 17, 2014, the defendant, did knowingly travel in interstate commerce the purpose of the travel was for the individual to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

COUNT FORTY-SEVEN: Title 18, United States Code, Section 922(g)(1) - On or about May 23, 2014, within the State and District of Colorado, the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate commerce, a firearm, that is a Ruger .357 caliber firearm, serial number 575-28288, said firearm having been shipped and transported in interstate commerce.

COUNT FORTY-EIGHT:  Title 18, United States Code, Section 924(c)(1)(A): On and about May 23, 2014, both dates being approximate and inclusive, within the State and District of Colorado, knowingly used and carried a firearm during and in relation to a drug trafficking crime for which he could be prosecuted in a court of the United States, specifically: conspiracy to distribute and possess with the intent to distribute a Schedule II controlled substance, with intent to distribute, in violation to Title 21, United States Code, Section 841(a)(1) and (b)(1)(c).

Notice of Forfeiture

LOCATION OF OFFENSE:    Arapahoe County, Colorado
(COUNTY/CITY/STATE)

PENALTY:   COUNT ONE:  NLT 5 years and NMT 40 years imprisonment, $5 million fine, or both; NLT 4 years supervised release, $100 Special Assessment Fee.

COUNTS TWO, THREE, NINE, TEN, EIGHTEEN, NINETEEN, TWENTY, TWENTY-SEVEN, TWENTY-EIGHT, THIRTY-TWO, THIRTY-THREE, THIRTY-FOUR, THIRTY-SIX, THIRTY-SEVEN, THIRTY-EIGHT, and FORTY-SIX:  NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

COUNTS FOUR, FIVE, SEVEN, EIGHT, ELEVEN, THIRTEEN, FIFTEEN, SIXTEEN, TWENTY-TWO, TWENTY-THREE, TWENTY-FOUR, TWENT-FIVE, TWENTY-SIX, THIRTY, THIRTY-ONE, THIRTY-FIVE, THIRTY-NINE, FORTY, FORTY-ONE, FORTY-TWO, FORTY-THREE, and FORTY-FOUR:  Title 21, United States Code, Sections 843(b) and 843(d):  NMT 4 years imprisonment, $250,000 fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee (per count).

<u>COUNTS SIX, TWELVE, FOURTEEN, SEVENTEEN, TWENTY-ONE, and TWENTY-NINE</u>:  NLT 1 year and NMT 20 years imprisonment, $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee

<u>COUNT FORTY-FIVE and FORTY-SEVEN</u>:  NMT 10 years imprisonment, $250,000 fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee

<u>COUNT FORTY-EIGHT</u>:  NLT 5 years imprisonment, NMT 5 years supervised release, $250,000 fine, $100 special assessment

Forfeiture

<u>AGENT</u>:       TFO Joshua L. Mohlman
                Federal Bureau of Investigation

<u>AUTHORIZED BY</u>:    ZACHARY PHILLIPS
                     Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less       ✓ over five days       ____ other

<u>THE GOVERNMENT</u>

✓ **will** seek detention in this case       ____ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:        ✓ Yes  WC CO 636       ____ No