IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TRIAL DOCUMENTS

---

THE UNITED STATES OF AMERICA, by Acting United States Attorney Robert C. Troyer, through the undersigned Assistant U.S. Attorney, hereby respectfully requests additional time to file various trial documents.

1.    Jury instructions, proposed voir dire questions, exhibit and witness lists are currently due to the Court on Friday, February 3, 2017.  A six-day jury trial is scheduled to commence on February 21, 2017.

2.    Undersigned has consulted with defense counsel on this case regarding jury instructions, proposed voir dire, exhibits, and the witness list.  The parties are diligently composing these documents in anticipation of the upcoming trial.

3.    The Denver United States Attorney's Office is physically moving office locations starting Thursday, February 2, 2017 at 5:00 pm.  Attorneys will not have access to network drives and there may be further technological issues with email, though those are hoped to not occur.  These issues will continue through Sunday, February 5, 2017, but service should resume on Monday, February 6, 2017.  In an abundance of caution, the government respectfully requests an

extension of the Court's deadline to file the above-listed trial documents. The government requests that this deadline be extended to Monday, February 6, 2017.

4. Undersigned has consulted with defense counsel regarding this request and they do not object to the requested extension. The government further requests that defense counsel be afforded the same timeframe, and that both parties be allowed to file their trial documents on February 6, 2017.

5. Wherefore, the government requests an extension up to and including February 6, 2017, to file jury instructions, voir dire, and exhibit and witness lists.

Respectfully submitted this 31st day of January, 2017.

        Respectfully Submitted,

        ROBERT C. TROYER
        ACTING UNITED STATES ATTORNEY
        DISTRICT OF COLORADO

By: *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:   (303) 454-0118
     Fax:   (303) 454-0401
     e-mail:   zachary.phillips@usdoj.gov

By: *s/Celeste Rangel*
     CELESTE RANGEL
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, CO 80202
     Telephone: (303) 454-0215
     Fax: (303) 454-0401
     e-mail: zachary.phillips@usdoj.gov
           Celeste.rangel@usdoj.gov
     Attorneys for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 31st day of January, 2017, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TRIAL DOCUMENTS using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                      *s/Maggie E. Grenvik*
                                                      Maggie E. Grenvik
                                                      Legal Assistant