# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.    ARCHIE POOLE,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO ARCHIE POOLE

The United States of America, by and through John F. Walsh, United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment as to Archie Poole.

The Defendant entered a plea of guilty to Count Twenty-Four of the Indictment and admitted to the forfeiture allegations.   The Defendant will be sentenced on that Count on February 15, 2017, at 10:30 a.m.   Accordingly, the Government hereby moves to dismiss the remaining Counts of the Indictment against the Defendant.

In the Government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines."   (See 6B1.2(a)).

Respectfully submitted this 1st day of February, 2017.

                                  ROBERT C. TROYER
                                  Acting United States Attorney

By:  *s/Zachary Phillips*
      ZACHARY PHILLIPS
      Assistant United States Attorney
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO 80202
      Telephone:   (303) 454-0118
      Fax:   (303) 454-0401
      e-mail:   zachary.phillips@usdoj.gov
      Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of February, 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO ARCHIE POOLE** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                        *s/Maggie E. Grenvik*
                                        Maggie E. Grenvik
                                        Legal Assistant