IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.    ARCHIE POOLE,

    Defendant.

**ORDER TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO DEFENDANT ARCHIE POOLE**

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Archie Poole, and for good cause shown, it is hereby

ORDERED that other than Count Twenty-Four, to which the Defendant has pled guilty, all remaining Counts of the Indictment are dismissed as to Defendant Archie Poole.

DATED this _____ day of _____, 2017.

    BY THE COURT:

    _____
    JUDGE WILLIAM J. MARTINEZ
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO