IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RICKY GARRISON,
      a/k/a "G,"
2.    JAMES TILLMON,
      a/k/a "Black,"
      a/k/a "Kevin Garner,"
3.    CHRISTOPHER MARTINEZ,
      a/k/a "Little C,"
4.    FRANCISCO AGUILAR,
5.    SIMEON RAMIREZ,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
8.    DONDRAI FISHER,
      a/k/a "Abdul Halim Aswad Ali,"
      a/k/a "Don Blas,"
9.    ARCHIE POOLE,
10.   LUIS RAMIREZ,
      a/k/a "Julian,"
11.   MELVIN TURNER,
      a/k/a "Mellow,"
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER, and
16.   LATOYA WIMBUSH,

      Defendants.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 1190**

---

The United States of America, by and through Acting United States Attorney Robert C. Troyer and Assistant United States Attorney Zachary H. Phillips, respectfully moves to restrict Document No. 1190, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

Dated this 1st day of February, 2017.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney


By: *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone:   (303) 454-0118
Fax:   (303) 454-0401
e-mail:   zachary.phillips@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 1190** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant