# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

---

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE EXHIBIT AND WITNESS LISTS**
_____

      Mr. Garrison, by and through counsel, hereby requests an extension of time to file a list of Exhibits and a list of possible witnesses. As grounds, Mr. Garrison states the following:

      1.    As of this writing, trial materials including witness and exhibit lists are due on Monday, February 6, 2017. (See Doc. No.'s 1185 and 1186).

      2.    On January 26, 2017, a superseding indictment was filed in this matter. The complexion of the case was altered and a new substantive count was added. (Doc. No. 1182).

      3.    Arraignment with respect to the Superseding Indictment will not occur until February 10, 2017. (See Doc. No. 1184).

      4.    Since the complexion of the case has changed, Mr. Garrison requests that he be given through February 8, 2017 to provide the Court and opposing Counsel Exhibit and Witness Lists.

1

5. The United States does not oppose this request and requests the same courtesy.

Wherefore, Mr. Garrison respectfully requests that the Court grant this request and give the parties through February 8, 2017 to produce witness and exhibit lists.

DATED this 2nd day of February 2017.

Respectfully submitted,

s/ Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Ave., Ste.,300
Denver, CO 80203
Phone: (303) 832-8888
Fax:     (303) 863-8888

s/ Miller Leonard
Miller Leonard
14143 Denver West Pkwy.,
Suite 100
Golden, CO 80403
(720) 613-8783 Phone
(303) 907-9516 Phone - Cell
(720) 613-8782 Fax
Attorney for Defendant
CO Reg. # 41029

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2017, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

                                s/Sean M. McDermott
                                Sean M. McDermott