# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

## DEFENDANT RICKY GARRISON'S PROPOSED VOIR DIRE

      Mr. Garrison, by and through counsel, hereby files the following proposed questions for the jury selection process:

**A. FIREARMS**

      1.      Have any of you, your family members, your relatives, or your friends or acquaintances been the victim of a crime involving a firearm?

          a.      Please explain the nature of the experience.

      2.      Are you a member of the National Rifle Association or any other similar organization?

      3.      Are you a member of Handgun Control Inc., or any other similar organization?

**B. ILLEGAL DRUGS**

1

1. Have any of you, your family members, your relatives, or your friends or acquaintances had a bad experience with illegal drugs?

    a. Please explain the nature of the experience.

2. How do you feel about the legalization of marijuana in the state of Colorado?

3. Do you think that the federal government should decriminalize marijuana or other drugs?

    a. Please explain why you feel this way.

**General Questions**

1. Would you believe a law enforcement agent's testimony more than the testimony of any other witness?

2. Would you believe the testimony of a witness receiving a benefit for his or her testimony any more than the testimony of a witness that is not receiving a benefit?

3. Do you believe a person who is charged with committing a crime in federal court likely has done something wrong by the fact of being indicted?

WHEREFORE, Mr. Garrison respectfully requests that this Honorable Court ask the foregoing questions to the venire panel at the time of jury selection in this matter, or otherwise add them to the juror questionnaire.

DATED at Denver, Colorado this 6th day of February 2017.

3

Respectfully submitted,

s/ Sean M. McDermott
Sean M. McDermott
McDermott & McDermott LLP
1890 Gaylord Street
Denver, CO 80206
Phone: (303) 399-6037
Fax: (303) 322-3423


s/ Miller Leonard
Miller Leonard
14143 Denver West Pkwy.,
Suite 100
Golden, CO 80403
(720) 613-8783 Phone
(303) 907-9516 Phone - Cell
(720) 613-8782 Fax
Attorney for Defendant
CO Reg. # 41029
milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I electronically filed the foregoing and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

<u>s/ Sean McDermott</u>
Sean McDermott

4