U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Firearm Nexus Assist to Metro Gang Task Force | 788010-14-0001 | 1 |

## SUMMARY OF EVENT:

On June 3, 2014, Aurora Police Department (APD) and Metro Gang Task Force (MGTF) Officer Josh Mohlman provided ATF SA Brian Miller access to the below listed firearms pertaining to this investigation. Based on SA Miller's technical interstate nexus determination, SA Miller determined that the below listed firearms were not manufactured in the State of Colorado and therefore traveled in and/or affected interstate and/or foreign commerce.

## NARRATIVE:

### QUALIFICATION OF SA BRIAN MILLER

1) That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco and Firearms (ATF), and have been so employed since November 2005. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and to the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2) That during the course of my duties, I have examined hundreds of firearms and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act and that I regularly consult with persons who are experts in the field of identification, origin and history of firearms.

3) That I have contacted the ATF National Tracing Center and ATF Firearms Technology Branch on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of both firearms and ammunition. That I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces and have had numerous contacts with firearms dealers, manufacturers, and individuals who are Federal firearms licensees, regarding firearms transfers, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATF liaison with the firearms industry.

4) That I have accumulated a personal reference library of firearms and ammunition publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Standard Catalog of Handguns, Standard Catalog of Military Firearms,* and a variety of other reference materials, in order to remain familiar with firearms and firearm trends.

| Prepared by: Brian F. Miller | Title: Special Agent, Denver I Field Office | Signature: | Date: 6/10/14 |
|---|---|---|---|
| Authorized by: Jason T. Cole | Title: Acting Group Supervisor, Denver I Field Office | Signature: | Date: 06/11/2014 |
| Second level reviewer (optional): Luke Franey | Title: Special Agent in Charge, Denver Field Division | Signature: | Date: 6/12/14 |

ATF EF 3120.2 (10-2004)
For Official Use Only

DF_MGTF_INV_003177

| Title of Investigation: Firearm Nexus Assist to Metro Gang Task Force | Investigation Number: 788010-14-0001 | Report Number: 1 |
|---|---|---|

5) That I have provided formal training to law enforcement and other government personnel in various disciplines of firearms training including the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

6) That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition, identification, and nomenclature of firearms and ammunition and their place of manufacture, including at the Federal Law Enforcement Training Center Criminal Investigator Program, the ATF Academy Special Agent Basic Training, and the ATF Firearms Interstate Nexus Training. During the training at the Firearms Interstate Nexus Training Course in Martinsburg, VA, I personally had the opportunity to view and examine firearms in the ATF Firearms Technology Branch's Firearms Reference Collection, which includes over 10,000 firearms.

## REPORT OF TECHNICAL EXAMINATION

1) On June 3, 2014, SA Miller conducted a technical interstate nexus determination of a Sturm, Ruger & CO., Inc. (Ruger) Model SP-101, .357 magnum caliber revolver bearing serial number 57528288 (see Figure 1, Figure 2 and Figure 3), in order to determine if the firearm had previously been shipped and/or transported in interstate or foreign commerce prior to being recovered in the State of Colorado pursuant to this investigation.



**(Figure 1)**

ATF EF 3120.2 (10-2004)
For Official Use Only

DF_MGTF_INV_003178



(Figure 2)



(Figure 3)

a. Markings on the above listed firearm indicate that this firearm was manufactured in the USA by Sturm, Ruger & CO., Inc. in Newport, NH. Markings on the barrel's right side read "RUGER SP101 .357 MAGNUM" (See Figure 2). Markings on the barrel's underside read "RUGER NEWPORT, NH USA" (See Figure 3). The

| Title of Investigation: Firearm Nexus Assist to Metro Gang Task Force | Investigation Number: 788010-14-0001 | Report Number: 1 |
|---|---|---|

firearm's serial number is marked on the frame's right side above the trigger and below the cylinder and reads "575-28288" (See Figure 4).



(Figure 4)

b. SA Miller confirmed this interstate nexus determination using the 33rd Edition of the Blue Book of Gun Values, the Standard Catalog of Handguns, the 33rd Edition of the Gun Trader's Guide, the 66th Edition of Gun Digest, records maintained by ATF as part of its function to regulate the firearms industry and proprietary information from the Sturm, Ruger & CO., Inc. company website.

c. The Gun Control Act (GCA) of 1968 established markings requirements for licensed manufacturers and/or licensed importers of firearms found in Title 18 U.S.C. Section 923(i) and Title 27 C.F.R. Section 478.92 (a)(1). Based upon my examination of the markings of the above listed firearm, it is my opinion that this Sturm, Ruger & CO., Inc. (Ruger) Model SP-101, .357 magnum caliber revolver bearing serial number 57528288 is a firearm as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and was not manufactured in the State of Colorado, and therefore traveled in and/or affected interstate and/or foreign commerce prior to being recovered as part of this investigation.

2) On June 3, 2014, SA Miller conducted an interstate nexus determination of a Beretta Model PX4 Storm, 9mm caliber pistol bearing serial number PX12397 (see Figure 1 and Figure 2), in order to determine if the firearm had

| Title of Investigation: Firearm Nexus Assist to Metro Gang Task Force | Investigation Number: 788010-14-0001 | Report Number: 1 |
|---|---|---|

previously been shipped and/or transported in interstate or foreign commerce prior to being recovered in the State of Colorado pursuant to this investigation.



(Figure 1)

| Title of Investigation: Firearm Nexus Assist to Metro Gang Task Force | Investigation Number: 788010-14-0001 | Report Number: 1 |
|---|---|---|

Page 5 of 8

ATF EF 3120.2 (10-2004)
For Official Use Only

DF_MGTF_INV_003181

| Title of Investigation: Firearm Nexus Assist to Metro Gang Task Force | Investigation Number: 788010-14-0001 | Report Number: 1 |
|---|---|---|



(Figure 2)

a. Markings on the above listed firearm indicate that this firearm was manufactured in Italy by Fabbrica D'Armi Pietro Beretta (Beretta Italy) and imported to the USA by Beretta USA Corp. Markings on the slide's left side read "BERETTA GARDONE V.T. – MADE IN ITALY BERETTA USA CORP. ACKK. MD" (See Figure 2). Markings on the slide's right side read "PX12397 PX4 STORM" (See Figure 3). The firearm's serial number is marked on the frame's underside in front of the trigger guard and reads "PX12397" (See Figure 4).

DF_MGTF_INV_003182

| Title of Investigation: Firearm Nexus Assist to Metro Gang Task Force | Investigation Number: 788010-14-0001 | Report Number: 1 |
|---|---|---|



(Figure 3)



(Figure 4)

b. SA Miller confirmed this interstate nexus determination using the 33rd Edition of the Blue Book of Gun Values, the Standard Catalog of Handguns, the 66th Edition of Gun Digest, records maintained by ATF as part of its function to regulate the firearms industry and proprietary information from the Beretta company website.

| Title of Investigation: Firearm Nexus Assist to Metro Gang Task Force | Investigation Number: 788010-14-0001 | Report Number: 1 |
|---|---|---|

c. The Gun Control Act (GCA) of 1968 established markings requirements for licensed manufacturers and/or licensed importers of firearms found in Title 18 U.S.C. Section 923(i) and Title 27 C.F.R. Section 478.92 (a)(1). Based upon my examination of the markings of the above listed firearm, it is my opinion that this Beretta Model PX4 Storm, 9mm caliber pistol bearing serial number PX12397 is a firearm as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and was not manufactured in the State of Colorado, and therefore traveled in and/or affected interstate and/or foreign commerce prior to being recovered as part of this investigation.

| Title of Investigation: Firearm Nexus Assist to Metro Gang Task Force | Investigation Number: 788010-14-0001 | Report Number: 1 |
|---|---|---|