**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RICKY GARRISON,

       Defendant.

---

**GOVERNMENT'S WITNESS LIST
FOR TRIAL BEGINNING FEBRUARY 21, 2017**

---

The United States of America, by Acting United States Attorney Robert C. Troyer, and the undersigned Assistant United States Attorneys, respectfully submits the attached witness list that the Government intends to offer at the trial scheduled in this matter beginning February 21, 2017, at 8:30 A.M.

Respectfully submitted this 7th day of February, 2017.

       Respectfully Submitted,

       ROBERT C. TROYER
       ACTING UNITED STATES ATTORNEY
       DISTRICT OF COLORADO

By:  *s/Zachary Phillips*
       ZACHARY PHILLIPS
       Assistant United States Attorney
       1225 17th St., Suite 700
       Denver, CO 80202
       Telephone:  (303) 454-0118
       Fax:  (303) 454-0401
       e-mail:  zachary.phillips@usdoj.gov
       Attorney for the Government

By: *s/Celeste Rangel*     
    CELESTE RANGEL
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO 80202
    Telephone: (303) 454-0215
    Fax: (303) 454–0401
    e-mail: Celeste.rangel@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2017, I electronically filed the foregoing **GOVERNMENT'S WITNESS LIST FOR TRIAL BEGINNING FEBRUARY 21, 2017** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

_s/Maggie E. Grenvik_
Maggie E. Grenvik
Legal Assistant

3