**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No.   14-cr-00231-WJM            Date   February 21, 2017

Case Title:   United States vs. Ricky Garrison

UNITED STATES' FINAL WITNESS LIST
(Plaintiff)

| WITNESS | PROPOSED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| SA Brad Gullicksrud | 2/21 — 3.0 hours |
| Greg Williams | 2/21 – 2/22 — 3.0 hours |
| Sidney Taylor | 2/22 — 3.0 hours |
| Simeon Ramirez | 2/22 — 3.0 hours |
| Robert Painter | 2/23 — 4.5 hours |
| Detective Alonzo Rivera | 2/23 — 1.5 hours |
| Red Roof Inn rep | 2/23 — 1.0 hour |
| Melvin Turner | 2/23 — 1.0 hour |
| Francisco Aguilar | 2/24 — 4.5 hours |
| Inv. Roger Wehr | 2/24 — 2.0 hours |
| Christopher Vigil | 2/24 – 2/27 — 4.5 hours |
| T-Mobile Rep | 2/27 — 1.0 hour |
| SA Brian Miller | 2/27 — 1.0 hour |
| Sara Aerts | 2/27 — 1.5 hours |
| Inv. Josh Mohlman | 2/27 – 2/28 — 4.0 hours |

May call:

Sgt Dan Johnson                                         1.0 hours