**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. __14-cr-00231-WJM__      PLAINTIFF'S LIST __✓__  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION __United States vs. Ricky Garrison__      PAGE NO. ____   DATE _February 21, 2017_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Greg Williams | Call #129 on TT#2 | | | | | | | 11/16/2013 Telephone call (Counts 2-5) |
| 2 | Greg Williams | Call #130 on TT#2 | | | | | | | 11/16/2013 Text message (Counts 2-5) |
| 3 | Simeon Ramirez | Call #683 on TT#2 (Statement #74 in James Proffer) | | | | | | | 11/22/2013 Telephone call (Counts 6-8) |
| 4 | Simeon Ramirez | Call #709 on TT#2 (Statement #75 in James Proffer) | | | | | | | 11/22/2013 Telephone call (Counts 6-8) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM         PLAINTIFF'S LIST ____✓__   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison          PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Brad Gullicksrud or Simeon Ramirez | CCTV pole cam footage from Ricky Garrison residence- 10340 East 13th Avenue | | | | | | | 11/22/2013 Ramirez delivers dope to Ricky Garrison residence (Counts 6-8) |
| 6 | Brad Gullicksrud or Simeon Ramirez | Still photograph from CCTV pole cam footage | | | | | | | 11/22/2013 at 13:50 hours. Ramirez standing in driveway (Counts 6-8) |
| 7 | Brad Gullicksrud or Simeon Ramirez | Still photograph from CCTV pole cam footage | | | | | | | 11/22/2013 at 13:53 hours. Ramirez leaving the residence (Counts 6-8) |
| 8 | Sidney Taylor | Call #917 on TT#2 | | | | | | | 11/23/2013 telephone call (Counts 9-11) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.   14-cr-00231-WJM         PLAINTIFF'S LIST ___✓___   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison         PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Christopher Vigil | Call #1487 on TT#2 (Statement #5 in James Proffer) | | | | | | | 11/29/2013 Telephone call (Counts 12-13) |
| 10 | Brad Gullicksrud | Call #1516 on TT#2 (Statement #10 in James Proffer) | | | | | | | 11/29/2013 telephone call (Counts 14-16) |
| 11 | Brad Gullicksrud | Call #1517 on TT#2 (Statement #11 in James Proffer) | | | | | | | 11/29/2013 Telephone call (Counts 14-16) |
| 12 | T-Mobile Representative | GPS Location alert  Location of 7205051613 at 11/29/2013 7:35:15 PM Pacific Time Result: Lat: 39.766313 Lon: -104.968722 Uncertainty: 6m – Coordinates are 3531 Franklin Street, Denver, Colorado | | | | | | | Ricky arriving at Christopher Vigil' residence (Counts 14-16) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM      PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison       PAGE NO. ____   DATE  February 21, 2017 _____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Brad Gullicksrud | CCTV pole cam footage from Ricky Garrison residence- 10340 E 13th Avenue | | | | | | | Tillmon arrives at Ricky Garrison residence (Counts 14-16) |
| 14 | Francisco Aguilar | Call #1807 on TT#2 (Statement #16 in James Proffer) | | | | | | | 12/6/2013 Telephone call (Count 17) |
| 15 | Francisco Aguilar | Call #1824 on TT#2 (Statement #17 in James Proffer) | | | | | | | 12/6/2013 Text Message (Count 17) |
| 16 | Francisco Aguilar | Call #1850 on TT#2 (Statement #18 in James Proffer) | | | | | | | 12/7/2013 Text message (Count 17) |
| 17 | Francisco Aguilar | Call #1873 on TT#2 (Statement #19 in James Proffer) | | | | | | | 12/7/2013 Text message (Count 17) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM        PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison        PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Francisco Aguilar | Call #1874 on TT#2 (Statement #20 in James Proffer) | | | | | | | 12/7/2013 Text message (Count 17) |
| 19 | Robert Painter | Call #2853 on TT#2 (Statement #21 in James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 22) |
| 20 | Robert Painter | Call #2856 on TT#2 (Statement #22 in James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 22) |
| 21 | Robert Painter | Call #2857 on TT#2 (Statement #23 in James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 22) |
| 22 | Robert Painter | Call #2868 on TT#2 (Statement #24 in the James Proffer) | | | | | | | 1/5/2014 Text message (Count 22) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM         PLAINTIFF'S LIST ____✓__   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison         PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Robert Painter | Call #2869 on TT#2 (Statement #25 in James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 23) |
| 24 | Robert Painter | Call #2892 on TT#2 (Statement #26 in the James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 23) |
| 25 | Robert Painter | Call #2900 on TT#2 (Statement #27 in the James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 24) |
| 26 | Robert Painter | Call #2901 on TT#2 (Statement #28 in the James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 25) |
| 27 | Robert Painter | Call #2902 on TT#2 (Statement #29 in the James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 26) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM        PLAINTIFF'S LIST ___✓__   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison        PAGE NO. ____   DATE  February 21, 2017 _____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Robert Painter | Call #2904 on TT#2 (Statement #30 in the James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 26) |
| 29 | Robert Painter | Call #2906 on TT#2 (Statement #31 in the James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 26) |
| 30 | Robert Painter | Call #2907 on TT#2 (Statement #32 in the James Proffer) | | | | | | | 1/5/2014 Telephone call (Count 26) |
| 31 | Francisco Aguilar | Call #3150 on TT#2 (Statement #34 in the James Proffer) | | | | | | | 1/9/2014 Telephone call |
| 32 | Francisco Aguilar | Call #3167 on TT#2 (Statement #35 in the James Proffer) | | | | | | | 1/9/2014 Telephone call (Count 31) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM     PLAINTIFF'S LIST  ✓   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison     PAGE NO. ____   DATE February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 33 | Francisco Aguilar | Call #3168 on TT#2 (Statement #36 in the James Proffer) | | | | | | | 1/9/2014 Telephone call (Count 31) |
| 34 | Francisco Aguilar | Call #3176 on TT#2 (Statement #37 in the James Proffer) | | | | | | | 1/9/2014 Text message |
| 35 | Francisco Aguilar | Call #3187 on TT#2 (Statement #38 in the James Proffer) | | | | | | | 1/9/2014 Telephone call |
| 36 | Francisco Aguilar | Call #3196 on TT#2 (Statement #39 in the James Proffer) | | | | | | | 1/9/2014 Telephone call |
| 37 | Francisco Aguilar or Sara Aerts | Shell Video Gas Station | | | | | | | 1/9/2014 |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM        PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION  United States vs. Ricky Garrison        PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 38 | Brad Gullicksrud or Josh Mohlman | Call #5797 on TT#4 (Statement #57 in the James Proffer) | | | | | | | 1/28/2014 Telephone call |
| 39 | Brad Gullicksrud or Josh Mohlman | Call #5833 on TT#4 (Statement #58 in the James Proffer) | | | | | | | 1/28/2014 Telephone call |
| 40 | Brad Gullicksrud or Josh Mohlman | Call #5839 on TT#4 (Statement #59 in the James Proffer) | | | | | | | 1/28/2014 Telephone call |
| 41 | Brad Gullicksrud or Josh Mohlman | Call #5843 on TT#4 (Statement #60 in the James Proffer) | | | | | | | 1/28/2014 Telephone call |
| 42 | Brad Gullicksrud or Josh Mohlman | CCTV pole cam footage from Ricky Garrison residence- 10340 E 13th Avenue | | | | | | | 1/28/2014 Tillmon arriving at Garrisons residence |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.   14-cr-00231-WJM         PLAINTIFF'S LIST ____✓___   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison         PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 43 | Sidney Taylor | Call #104 on TT8 | | | | | | | 2/28/2014 Telephone call (Count 35) |
| 44 | T-Mobile Representative | GPS Location alert  Location of 7193548298 at 3/1/2014 1:06:51 PM Pacific Time Result: Lat: 39.66028 Lon: -105.024555 Uncertainty: 4m – Coordinates are 2890 W Darmouth St, Denver, Colorado | | | | | | | 3/1/2014 (Count 37) |
| 45 | Robert Painter | Call #3779 on TT#2 (Statement #79 in the James Proffer) | | | | | | | 3/2/2014 Telephone call (Count 39) |
| 46 | Robert Painter | Call #3780 on TT#2 (Statement #80 in the James Proffer) | | | | | | | 3/2/2014 Telephone call (Count 40) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM         PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION    United States vs. Ricky Garrison          PAGE NO. ____   DATE  February 21, 2017_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Brad Gullicksrud | Call #322 on TT8 (Statement #81 in the James Proffer) | | | | | | | 3/2/2014 Telephone call (Count 41) |
| 48 | Brad Gullicksrud | Call #323 on TT#8 | | | | | | | 3/2/2014 Telephone call (Count 42) |
| 49 | Brad Gullicksrud | Call #324 on TT#8 | | | | | | | 3/2/2014 Text message (Count 43) |
| 50 | Brad Gullicksrud | Call #325 on TT#8 | | | | | | | 3/2/2014 Telephone call (Count 44) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM      PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison      PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Brad Gullicksrud | CCTV pole cam footage from Ricky Garrison residence- 10340 E 13th Avenue | | | | | | | Edwards arriving at Garrison residence and then Painter arriving at Garrisons residence |
| 52 | Brad Gullicksrud or Josh Mohlman | Heather Quantillina backpage post in Columbus, Ohio | | | | | | | (Count 45) |
| 53 | Brad Gullicksrud or Josh Mohlman | Heather Quantillina backpage post in Oklahoma City, OK | | | | | | | (Count 45) |
| 54 | Brad Gullicksrud or Josh Mohlman | Heather Quantillina backpage post in Oklahoma City, OK | | | | | | | (Count 45) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM      PLAINTIFF'S LIST ___✓__  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison      PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Alonzo Rivera | Photograph of Heather Quantillina in custody | | | | | | | (Count 45) |
| 56 | Red Roof Inn representative | Receipt for room #226 under Ricky Garrison | | | | | | | (Count 45) |
| 57 | Alonzo Rivera | Photograph of Ricky Garrison vehicle at hotel | | | | | | | (Count 45) |
| 58 | Brad Gullicksrud or Josh Mohlman | Heather Quantillina backpage post in Wichita, KS | | | | | | | (Count 45) |
| 59 | Francisco Aguilar | Call #24 on TT#10 (Statement #61 in the James Proffer) | | | | | | | 3/25/2014 Telephone call (Count 46) |
| 60 | Francisco Aguilar | Call #25 on TT#10 (Statement #62 in the James Proffer) | | | | | | | 3/25/2014 Telephone call (Count 46) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.   14-cr-00231-WJM         PLAINTIFF'S LIST ___✓___   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison         PAGE NO. ____   DATE   February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 61 | Francisco Aguilar | Call #27 on TT#10 (Statement #63 in the James Proffer) | | | | | | | 3/25/2014 Text message (Count 46) |
| 62 | Francisco Aguilar | Call #28 on TT#10 (Statement #64 in the James Proffer) | | | | | | | 3/25/2014 Text message (Count 46) |
| 63 | Francisco Aguilar | Call #29 on TT#10 (Statement #65 in the James Proffer) | | | | | | | 3/25/2014 Text message (Count 46) |
| 64 | Francisco Aguilar | Call #34 on TT#10 (Statement #66 in the James Proffer) | | | | | | | 3/26/2014 Text message (Count 46) |
| 65 | Francisco Aguilar | Call #35 on TT#10 (Statement #67 in the James Proffer) | | | | | | | 3/26/2014 Text message (Count 46) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. __14-cr-00231-WJM__       PLAINTIFF'S LIST ___✓___ DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION __United States vs. Ricky Garrison__       PAGE NO. ____   DATE __February 21, 2017_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 66 | Francisco Aguilar | Call #36 on TT#10 (Statement #68 in the James Proffer) | | | | | | | 3/26/2014 Telephone call (Count 46) |
| 67 | Francisco Aguilar | Call #45 on TT#10 (Statement #69 in the James Proffer) | | | | | | | 3/26/2014 Telephone call (Count 46) |
| 68 | Francisco Aguilar | Call #49 on TT#10 (Statement #70 in the James Proffer) | | | | | | | 3/26/2014 Telephone call (Count 46) |
| 69 | Francisco Aguilar | Call #52 on TT#10 (Statement #71 in the James Proffer) | | | | | | | 3/26/2014 Telephone call (Count 46) |
| 70 | Brad Gullicksrud or Josh Mohlman or Brian Miller | Ruger .357 Revolver | | | | | | | 5/23/2014 SW (Counts 47-48) |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM       PLAINTIFF'S LIST ___✓___   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison       PAGE NO. ____   DATE  February 21, 2017 _____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 71 | Brad Gullicksrud or Josh Mohlman or Brian Miller | Beretta 9mm Semi-Auto | | | | | | | 5/23/2014 SW (Counts 47-48) |
| 72 | Brad Gullicksrud or Josh Mohlman or Brian Miller | Black gun case with four 9mm magazines | | | | | | | 5/23/2014 SW (Counts 47-48) |
| 73 | Brad Gullicksrud or Josh Mohlman | Two bags of gel tablets | | | | | | | 5/23/2014 SW |
| 74 | Brad Gullicksrud or Josh Mohlman | Inositol Powder | | | | | | | 5/23/2014 SW |
| 75 | Brad Gullicksrud or Josh Mohlman | C-1000 Powder | | | | | | | 5/23/2014 SW |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. __14-cr-00231-WJM__        PLAINTIFF'S LIST ___✓___ DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION __United States vs. Ricky Garrison__        PAGE NO. ____   DATE _February 21, 2017_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 76 | Brad Gullicksrud or Josh Mohlman | Digital Scale | | | | | | | 5/23/2014 SW |
| 77 | Brad Gullicksrud or Josh Mohlman | Digital Scale | | | | | | | 5/23/2014 SW |
| 78 | Brad Gullicksrud or Josh Mohlman | Chase Bank Account Card | | | | | | | 5/23/2014 SW |
| 79 | Brad Gullicksrud or Josh Mohlman | May 8, 2014 Chase Bank Receipt- Transaction #154 | | | | | | | 5/23/2014 SW |
| 80 | Brad Gullicksrud or Josh Mohlman | May 13, 2014 Chase Bank Receipt- Transaction #140 | | | | | | | 5/23/2014 SW |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM         PLAINTIFF'S LIST ____✓___   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison         PAGE NO. ____   DATE  February 21, 2017_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 81 | Brad Gullicksrud or Josh Mohlman | May 15, 2014 Chase Bank Receipt- Transaction #5 or 6 (Need to see what receipt says) | | | | | | | 5/23/2014 SW |
| 82 | Brad Gullicksrud or Josh Mohlman | Photograph of Ricky Garrison room in the basement | | | | | | | 5/23/2014 SW |
| 83 | Brad Gullicksrud or Josh Mohlman | Photograph of mail on kitchen counter | | | | | | | 5/23/2014 SW |
| 84 | Brad Gullicksrud or Josh Mohlman | Photograph of Chase bank envelope addressed to Ricky Garrison and Westlake Financial Services envelope addressed to Shanna Waterson | | | | | | | 5/23/2014 SW |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.   14-cr-00231-WJM         PLAINTIFF'S LIST ____✓___   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION    United States vs. Ricky Garrison         PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 85 | Brad Gullicksrud or Josh Mohlman | Photograph of Ruger .357 Revolver between mattress and box spring | | | | | | | 5/23/2014 SW |
| 86 | Brad Gullicksrud or Josh Mohlman | Photograph of close up of Ruger .357 Revolver on the box spring | | | | | | | 5/23/2014 SW |
| 87 | Brad Gullicksrud or Josh Mohlman | Photograph of Ruger .357 Revolver chamber of the cylinder with live ammunition | | | | | | | 5/23/2014 SW |
| 88 | Brad Gullicksrud or Josh Mohlman | Photograph of Ricky Garrison CO DL inside his wallet | | | | | | | 5/23/2014 SW |
| 89 | Brad Gullicksrud or Josh Mohlman | Photograph of cardboard box stored in the closet containing Berreta 9mm Semi- Auto | | | | | | | 5/23/2014 SW |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM        PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison        PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 90 | Brad Gullicksrud or Josh Mohlman | Photograph of Berreta 9mm Semi-Auto | | | | | | | 5/23/2014 SW |
| 91 | Brad Gullicksrud or Josh Mohlman | Photograph of loaded magazine with 13 live ammunition rounds | | | | | | | 5/23/2014 SW |
| 92 | Brad Gullicksrud or Josh Mohlman | Photograph of box containing powdered chemicals | | | | | | | 5/23/2014 SW |
| 92 | Brad Gullicksrud or Josh Mohlman | Photograph of all of the contents in exhibit 92 laid out on the bed | | | | | | | 5/23/2014 SW |
| 93 | Brad Gullicksrud or Josh Mohlman | Photograph of black Single Pistol Gun Case | | | | | | | 5/23/2014 SW |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM       PLAINTIFF'S LIST ___✓___ DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison       PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 94 | Brad Gullicksrud or Josh Mohlman | Black gun case with four 9mm magazines | | | | | | | 5/23/2014 SW |
| 95 | Brad Gullicksrud or Josh Mohlman | Photograph of Ricky Garrison Birth Certificate | | | | | | | 5/23/2014 SW |
| 96 | Brad Gullicksrud or Josh Mohlman | Photograph of Black Samsung telephone showing Mobile Device # 305-407-5925 | | | | | | | 5/23/2014 SW |
| 97 | Robert Painter | Call #1457 on TT#2 (Statement #1 in the James Proffer) | | | | | | | 11/29/2013 Telephone call |
| 98 | Simeon Ramirez | Call #1458 on TT#2 (Statement #2 in the James Proffer) | | | | | | | 11/29/2013 Telephone call |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.   14-cr-00231-WJM       PLAINTIFF'S LIST ___✓___   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison       PAGE NO. ____   DATE February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 99 | Robert Painter | Call #1486 on TT#2 (Statement #4 in the James Proffer) | | | | | | | 11/29/2013 Telephone call |
| 100 | Gregory Williams | Call #1488 on TT#2 (Statement #6 in the James Proffer) | | | | | | | 11/29/2103 Telephone call |
| 101 | Gregory Williams | Call #1494 on TT#2 (Statement #9 in the James Proffer) | | | | | | | 11/29/2013 Telephone call |
| 102 | Christopher Vigil | Call #1489 on TT#2 (Statement #7 in the James Proffer) | | | | | | | 11/29/2013 Text message |
| 103 | Christopher Vigil | Call #1493 on TT#2 (Statement #8 in the James Proffer) | | | | | | | 11/29/2013 Telephone call |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  14-cr-00231-WJM        PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   United States vs. Ricky Garrison        PAGE NO. ____   DATE  February 21, 2017 _____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 104 | Josh Mohlman | Call #142 on TT#2 (Statement #73 in the James Proffer) | | | | | | | 11/16/2013 Telephone call |
| 105 | Josh Mohlman | Call #1152 on TT#2 (Statement #76 in the James Proffer) | | | | | | | 11/26/2013 Telephone call |
| 106 | Josh Mohlman or Simeon Ramirez | Call #3781 on TT#2 (Statement #78 in the James Proffer | | | | | | | 3/2/2014 Telephone call |
| 107 | Josh Mohlman | Call #126 on TT#13 (Statement #82 in the James Proffer) | | | | | | | 5/16/2014 Telephone call |
| 108 | Josh Mohlman | Call #433 on TT#13 (Statement #83 in the James Proffer) | | | | | | | 5/20/2014 Telephone call |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  _14-cr-00231-WJM_       PLAINTIFF'S LIST ___✓__   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION  __United States vs. Ricky Garrison__       PAGE NO. ____   DATE _February 21, 2017_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 109 | Francisco Aguilar | Plea agreement for Francisco Aguilar | | | | | | | |
| 110 | Francisco Aguilar | Proffer letter for Francisco Aguilar | | | | | | | |
| 111 | Robert Painter | Plea agreement for Robert Painter | | | | | | | |
| 112 | Robert Painter | Proffer letter for Robert Painter | | | | | | | |
| 113 | Simeon Ramirez | Plea agreement for Simeon Ramirez | | | | | | | |
| 114 | Simeon Ramirez | Proffer letter for Simeon Ramirez | | | | | | | |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  _14-cr-00231-WJM_       PLAINTIFF'S LIST ___✓__  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION  __United States vs. Ricky Garrison__       PAGE NO. ____   DATE _February 21, 2017_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 115 | Sidney Taylor | Plea agreement for Sidney Taylor | | | | | | | |
| 116 | Sidney Taylor | Proffer letter for Sidney Taylor | | | | | | | |
| 117 | Melvin Taylor | Plea agreement for Melvin Turner | | | | | | | |
| 118 | Melvin Taylor | Proffer letter for Melvin Taylor | | | | | | | |
| 119 | Christopher Vigil | Plea agreement for Christopher Vigil | | | | | | | |
| 120 | Christopher Vigil | Proffer letter for Christopher Vigil | | | | | | | |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.   14-cr-00231-WJM        PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION    United States vs. Ricky Garrison        PAGE NO. ____    DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 121 | Gregory Williams | Plea agreement for Gregory Williams | | | | | | | |
| 122 | Gregory Williams | Proffer letter for Gregory Williams | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |