**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RICKY GARRISON,
      a/k/a "G,"

        Defendant.

---

**UNITED STATES' PROPOSED FORFEITURE JURY INSTRUCTIONS**

---

COMES NOW the United States of America, by and through Acting United States Attorney Robert C. Troyer and Assistant United States Attorney Wayne Campbell, and herein provides the Court with the United States' proposed jury instructions for the forfeiture phase in the above-captioned trial, should defendant Ricky Garrison request a jury determination of the forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(5).[1] The following proposed jury instructions should be given during the Court's charge at the separate forfeiture hearing following the defendant's conviction pursuant to Federal Rule of Criminal Procedure 32.2.

---

[1] These proposed jury instructions are adapted from the 11th Cir. Criminal Pattern Jury Instr. § T6 (2016) and Fed. R. Crim. P. 32.2.

DATED this 7th day of February, 2017.

                                Respectfully submitted,

                                ROBERT C. TROYER
                                United States Attorney

By:    s/ *Wayne Campbell*
        Wayne Campbell
        Assistant United States Attorney
        1801 California Street, Ste. 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: wayne.campbell@usdoj.gov
        *Attorney for the United States*

# **PROPOSED FORFEITURE JURY INSTRUCTIONS**

## GOVERNMENT'S PROPOSED FORFEITURE JURY INSTRUCTION NO. 1: JURY'S TASK

Members of the Jury:

In view of your verdict that defendant Ricky Garrison is guilty of Count One as charged in the Superseding Indictment, you have one additional duty which you must perform as jurors. I must now ask you to render a Special Verdict concerning property, specifically, $5,155.34 from Chase Bank Account # 135808860, held in the name of Ricky Garrison, which the United States Government has alleged is subject to forfeiture to the United States.  The Government has alleged that the property is subject to forfeiture in connection with Count One for which the Defendant was convicted.  Based on your verdict in this case, you must decide, under the law I will now explain to you, whether the Defendant must forfeit the property to the United States because of its connection to the Defendant's illegal activities.

The term "forfeited" simply means for someone to be divested or deprived of the ownership of something as a part of the punishment allowed by law for the commission of certain criminal offenses.

In deciding these forfeiture issues you should consider all of the evidence you have already heard during the trial plus the additional evidence, if any, presented to you.

The property that the United States is seeking to forfeit will be listed for you on Special Verdict Form that I will give you before you retire to consider your verdict.

1

You are instructed that your previous determination that the Defendant is guilty is binding on this part of the proceedings, and you must not discuss or determine anew whether defendant is guilty or not guilty on those charges.

You are also instructed that what happens to the property that you find subject to forfeiture is exclusively a matter for the Court to decide. You should not consider what might happen to the property in making your determination. Your only concern is to determine whether the property has one or more of the required connections to the Defendant's offense.

In addition, other than the standard of proof, all of the instructions previously given to you concerning your consideration of the evidence, the credibility or believability of the witnesses, your duty to deliberate together and the necessity of a unanimous verdict, will all continue to apply during your deliberations concerning the forfeiture of property.

You need concern yourself only with whether the property, as set out in the Special Verdict Form, was connected with violations of federal law as stated in Count One of the Superseding Indictment and these instructions. It is important, however, that you indicate on the Special Verdict Form all bases on which you find the property is subject to forfeiture.

## GOVERNMENT'S PROPOSED FORFEITURE JURY INSTRUCTION NO. 2: NARCOTICS TRAFFICKING FORFEITURE- 21 U.S.C. § 853

Section 853 of Title 21 of the United States Code provides, in part, that whoever violates the anti-drug trafficking provisions of Title 21, United States Code, Sections 841 and 846, as set forth in Count One of the Superseding Indictment, shall forfeit certain property to the United States.

In order to be entitled to the forfeiture of the property in regard to Counts One, the Government must prove by a preponderance of the evidence:

(1)     That the $5,155.34 from Chase Bank Account # 135808860, held in the name of Ricky Garrison, constitutes, or was derived from, the proceeds Defendant obtained, directly or indirectly, as the result of the commission of the offense charged in Count One of the Indictment; or

(2) That the $5,155.34 from Chase Bank Account # 135808860, held in the name of Ricky Garrison was used, or was intended to be used, in any manner or part, to commit or to facilitate the commission of the offense charged in Count One of the Indictment.

To "establish by a preponderance of the evidence" means to prove that something is more likely present than not present.[2]  In other words, a preponderance of the evidence in the case means such evidence as, when considered and compared with that opposed to it, has more convincing force, and produces in your minds belief that what is sought to be proved is more likely true than not true. You do not need to be convinced beyond a reasonable doubt, just whether the true answer to each question is more likely yes than no.

---

[2] 10th Cir. Crim. Pattern Jury Instruction § 1.05.1 (2015).

3

To be "derived" from something means that the money or property under consideration must have been formed or developed out of the original source so as to be directly descended from that source.

To "facilitate" the commission of an offense means to aid, promote, advance, or make easier, the commission of the act or acts constituting the offense. There must be more than an incidental connection between the property and the offense for you to find that the property facilitated, or was intended to facilitate, the commission of the offense. However, the property need not be indispensable to the commission of the offense, nor does the property have to have been used exclusively for the commission of the offense or as the exclusive means of committing the offense. Property used to facilitate an offense can be in virtually any form.

The property is set out in a Special Verdict Form, which follows at the end of these instructions. As to each such property you must determine whether or not one or both of these connections exists by a preponderance of the evidence.

## GOVERNMENT'S PROPOSED FORFEITURE JURY INSTRUCTION NO. 3: INSTRUCTIONS ON SPECIAL VERDICT FORM

A Special Verdict Form has been prepared. The special verdict requires you to answer certain questions about the relationship between the property and Count One, of which you have found the Defendant guilty, as follows:

Whether the $5,155.34 from Chase Bank Account # 135808860, held in the name of Ricky Garrison constitutes, or was derived from, the proceeds Defendant obtained, directly or indirectly, as the result of the commission of the offense charged in Count One for which you have found the Defendant guilty?

Whether the $5,155.34 from Chase Bank Account # 135808860, held in the name of Ricky Garrison was used, or was intended to be used in any manner or part to commit or to facilitate the commission of Count One for which you have found the Defendant guilty?

You may answer the question by simply putting an "X" or check mark in the space provided next to the words "Yes" or "No." Your answer to each question must be unanimous; that is, you must all agree that the answer is either "Yes" or "No." After you are finished, the foreperson must then sign and date the Special Verdict Form.

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RICKY GARRISON,
      a/k/a "G,"

        Defendant.
_____

## SPECIAL VERDICT FORM
_____

We, the Jury, return the following Special Verdict:

1)     We unanimously find that the $5,155.34 seized from Chase Bank Account # 135808860, held in the name of Ricky Garrison constitutes, or was derived from, the proceeds obtained, directly or indirectly, as the result of the commission of the violation of which defendant has been convicted in Count One of the Indictment:

          **YES**_____          **NO**_____

2)     We unanimously find that the $5,155.34 seized from Chase Bank Account # 135808860 was used, or was intended to be used, in any manner or part, to commit or to facilitate the commission of the violation of which defendant has been convicted in Count One of the Indictment:

          **YES**_____          **NO**_____

7

Dated this _____ day of _____, 2017.

_____
FOREPERSON