**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**NOTICE OF CHANGE OF ADDRESS**

Case No. 14-cr-00231-WJM

To the Court, parties, and all counsel of record:

The undersigned Assistant United States Attorney hereby submits this notice

pursuant to D.C.COLO.LAttyR 5(c) that effective February 6, 2017, undersigned

counsel's address will change.   As of that date, the physical address for the Denver

office of the United States Attorney's Office for the District of Colorado will be the

following:

> United States Attorney's Office, District of Colorado
> 1801 California Street, Suite 1600
> Denver, Colorado 80202

Please direct any correspondence mailed to undersigned counsel to that

address.   The telephone number and email address for undersigned counsel will

remain unchanged.

RESPECTFULLY SUBMITTED:

ROBERT C. TROYER
ACTING UNITED STATES ATTORNEY

BY:   s/ *Wayne Campbell*
Wayne Campbell
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Email: wayne.campbell@usdoj.gov

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of February, 2017, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.


_s/ Michelle Lockman_
FSA Records Examiner
U.S. Attorney's Office