**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-231-WJM-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**9.    ARCHIE POOLE,**

    Defendant.

_____

**ORDER GRANTING GOVERNMENT'S
MOTION TO RESTRICT DOCUMENT NO. 1190**
_____

    This matter is before the Court on the Government's Motion to Restrict Document No. 1190. Upon consideration and for good cause shown,

    IT IS ORDERED that Document No. 1190, the United States' Brief in Support of Motion to Restrict Document No. 1190 (ECF No. 1189), as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

    IT IS ORDERED that Document No. 1190 shall be restricted to a "Level 2" and will be "viewable by selected parties & Court" only.

    Dated this 7th day of February, 2017.

                                                BY THE COURT:

                                                William J. Martínez
                                                United States District Judge