**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

**GOVERNMENT'S PROPOSED VOIR DIRE**

---

    The United States of America, by and through Robert C. Troyer, Acting United States Attorney, and the undersigned Assistant United States Attorneys, requests that the following questions be asked of the potential jurors during voir dire to the extent such questions are not normally asked by the Court:

    1.    Have you or any members of your family ever been engaged in a lawsuit against the United States government?

    2.    How would you describe your attitudes or beliefs about men and women who have chosen law enforcement as their profession?

    3.    Does any juror have any religious, moral or philosophical reservations about sitting as a juror in a criminal case, or returning the verdict of guilty, if such is supported by the evidence?

    4.    Do you have any beliefs that would make it difficult for you to fairly apply the laws of the United States in a criminal case involving the alleged illegal possession of methamphetamine with the intent to distribute it?

5. Have you or any member of your family or any close personal friend ever had a problem concerning controlled substances?

6. Have you or any member of your family ever had any experience with law enforcement or the courts that would cause you to be biased against them?

7. Have you ever had an unpleasant experience with the courts or police?

8. Have you previously been called to jury service?   Did you actually sit as a juror?   Civil or criminal case? What jurisdiction?

9. Was there anything about prior jury service that would cause you to be biased in any way in this case?

10. Do you watch television shows about the police, lawyers and/or the criminal justice system?   How often?   Which ones?

11. Do you read books about the police, lawyers and/or the criminal justice system?   How often?   Which ones?

12. Do you have any bumper stickers on your car?   If so, what do they say?

13. Do you have any opinions concerning the ongoing public debate about the legalization of drugs? How about the legalization of cocaine?   How about the legalization of cocaine base or "crack"?   How about the legalization of methamphetamine?

14. Would you advocate any change i.e. legalization of the possession or street sales of cocaine, cocaine base "crack" or methamphetamine?

15. Have you read or do you know anything about cocaine, cocaine base "crack" or methamphetamine?   If so, please tell us about your knowledge.

16. You will hear the testimony of cooperating informants cooperating with the government. Do you have any strong feelings, one way or the other, in connection with the use of witnesses who are cooperating in exchange for a possible reduction of their sentence or monetary compensation, which may prevent you from rendering a fair and impartial verdict in this case?

17. Do you agree that it is necessary for law enforcement to employ confidential informants in order gain information regarding illegal drug distribution?

18. Have you heard of the term "plea bargain?" Do you agree that the use of plea bargains is a necessary tool of the judicial system?

19. Do any of you own a firearm, of any type?

What type is it?

What purpose do you have it for? (Sport, protection, hunting)

20. Has anyone either personally or perhaps a family member or close friend had any incidences that involved a firearm?

21. There are laws that restrict the possession of certain firearms by individuals. Does anyone here believe that it is wrong to restrict a person's ability to possess certain types of firearms?

22. Do you have strong opinions about firearms or people who own or possess them? If so, what are those opinions? Will any of these opinions cause you to be unable to: (1) follow the law that the Court will provide you if selected as a member of the jury; and/or, (2) apply the law to the evidence that you will hear in this case?

23. Does any member of the prospective jury conscientiously disagree with the laws regulating the use or possession of firearms?

24. Does any member of the prospective jury believe that drug dealers, or any other individuals who commit crimes, should not have the protection of the law?

Respectfully submitted this 7th day of February, 2017.

        Respectfully Submitted,

        ROBERT C. TROYER
        ACTING UNITED STATES ATTORNEY
        DISTRICT OF COLORADO

By: *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:   (303) 454-0118
     Fax:   (303) 454-0401
     e-mail:   zachary.phillips@usdoj.gov
     Attorney for the Government

By: *s/Celeste Rangel*
     CELESTE RANGEL
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, CO 80202
     Telephone: (303) 454-0215
     Fax: (303) 454–0401
     e-mail: Celeste.rangel@usdoj.gov
     Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2017, I electronically filed the foregoing **GOVERNMENT'S PROPOSED VOIR DIRE** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>*s/Maggie E. Grenvik*</u>
Maggie E. Grenvik
Legal Assistant