# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
                Plaintiff,

v.

#1 RICKY GARRISON,
                Defendant.

---

## DEFENDANT RICKY GARRISON'S PROPOSED JURY INSTRUCTIONS - DISPUTED

Mr. Garrison, by and through counsel, submits the following proposed jury instructions, for the Court's consideration.

DATED this 7th day of February 2017.

Respectfully submitted,

s/ Sean M. McDermott
Sean M. McDermott
McDermott & McDermott LLP
1890 Gaylord Street
Denver, CO 80206
Phone: (303) 399-6037
Fax: (303) 322-3423

s/ Miller Leonard
Miller Leonard
14143 Denver West Pkwy.,
Suite 100
Golden, CO 80403
(720) 613-8783 Phone
(303) 907-9516 Phone - Cell
(720) 613-8782 Fax
Attorney for Defendant

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2017, I electronically filed the foregoing  and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.


s/ Sean McDermott
Sean McDermott