**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. 14-cr-00231-WJM                                     Date February 21, 2017

Case Title United States v. Ricky Garrison

RICKY GARRISON'S FINAL WITNESS LIST
(Defendant)

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY |
|---|---|
| Inv. Josh Mohlman 2/27/17 | Direct: 1.0 hours  Cross: .3 hours  Total: 1.3 hours |
| Sara Aerts 2/27/17 | Direct: 0.3 hours  Cross: 0.1 hours  Total: 0.4 hours |
| SA Brad Gullicksrud 2/27/17 | Direct: 0.8 hours  Cross: 0.2 hours  Total: 1 hour |
| Michael Mancha 2/27/17 | Direct: 0.2 hours  Cross: 0.1  Total: 0.3 hour |
| Jordan Smith 2/27/17 | Direct: 0.2 hours  Cross: 0.1 hour  Total: 0.3 hours |
| SA Brian Miller 2/28/17 | Direct: 0.1  Cross: 0.1  Total: 0.2 |
| Inv. Roger Wehr 2/28/17 | Direct: 0.1  Cross: 0.1  Total: 0.2 |
| Any other witness necessary for impeachment 2/28/17 | Direct: 0.3  Cross: 0.1  Total: 0.4 |