# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

## DEFENDANT RICKY GARRSION'S MOTION FOR LEAVE TO SUPPLEMENT THE EXHIBIT LIST
___

    Mr. Garrison, by and through counsel, respectfully requests that he be permitted to supplement the Exhibit List in the above captioned matter. Mr. Garrison states the following as grounds:

    1.    The United States has submitted its Exhibit List.

    2.    This list contains exhibits that the Defendant intends to use at trial. These exhibits include the plea agreements and related documents that belong to codefendant witnesses.

    3.    The defense has given notice to the prosecution of prior criminal convictions that the defense intends to use at trial. This notice complies with FRE 609.

    4.    The defense is also verifying these prior criminal convictions through independent means.

    5.    Once this process is complete, the defense respectfully requests that it

1

be permitted to present its exhibit list and add these exhibits to be used at trial.

Wherefore, Mr. Garrison respectfully requests that he be permitted to present and/or supplement the Exhibit List(s) to be utilized by the Court for the trial that is scheduled to commence on February 21, 2017.

DATED this 8th day of February 2017.

Respectfully submitted,

By:  s/ Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Ste., 300
Denver, CO 80203
Phone: (303) 832-8888
Fax:     (303) 863.8888

By:  s/ Miller Leonard
Miller Leonard
14143 Denver West Pkwy.,
Suite 100
Golden, CO 80403
(720) 613-8783 Phone
(303) 907-9516 Phone - Cell
(720) 613-8782 Fax
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, I electronically filed the foregoing and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

s/ Sean McDermott
Sean McDermott