## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RICKY GARRISON,

      Defendant.

---

## GOVERNMENT'S PROPOSED VERDICT FORM

---

The United States of America (the Government), by Acting United States Attorney Robert C. Troyer, and the undersigned Assistant United States Attorneys, respectfully submits the following proposed verdict form.   Counsel for the Government has discussed the proposed verdict form with defense counsel Miller Leonard and Sean McDermott, and they object to the verdict form as to Count One, but have no objections to the remaining counts.

Respectfully submitted this 9th day of February, 2017.

ROBERT C. TROYER
ACTING UNITED STATES ATTORNEY
DISTRICT OF COLORADO


By:  *s/Zachary Phillips*        
ZACHARY PHILLIPS
Assistant United States Attorney
1225 17th St., Suite 700
Denver, CO 80202
Telephone:   (303) 454-0118
Fax:   (303) 454-0401
e-mail:   zachary.phillips@usdoj.gov
Attorney for the Government

By:   *s/Celeste Rangel*             
CELESTE RANGEL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0215
Fax: (303) 454–0401
e-mail: Celeste.rangel@usdoj.gov
Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of February, 2017, I electronically filed the foregoing **GOVERNMENT'S PROPOSED VERDICT FORM** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


<u>*s/Maggie E. Grenvik*            </u>
Maggie E. Grenvik
Legal Assistant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1.     RICKY GARRISON,

     Defendant.

---

**VERDICT FORM**

---

**COUNT ONE**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, or methamphetamine:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

**SPECIAL VERDICT AS TO COUNT ONE**

If you find the defendant not guilty of conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, or methamphetamine, please skip the following questions and proceed to the next count.   If you find the defendant guilty of conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, or methamphetamine, please answer

4

**Question No. 1A:**

1A.    We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute at least 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, as referenced in Instruction No. XX:

\_\_\_    Not Guilty

\_\_\_    Guilty

If your answer to Question No. 1A is "Guilty," please skip Question No. 1B and proceed to Question 2.   If your answer to Question No. 1A is "Not Guilty," please answer the following question:

**Question 1B:**

1B.    We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute a quantity less than 500 grams of a mixture or substance containing a detectable amount of cocaine, as referenced in Instruction XX(a):

\_\_\_    Not Guilty

\_\_\_    Guilty

5

**Question No. 2A:**

2A.     We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute more than 28 grams but less than 280 grams of a mixture or substance containing a detectable amount of cocaine base, as referenced in Instruction No. XX:

\_\_\_     Not Guilty

\_\_\_     Guilty

If your answer to Question No. 2A is "Guilty," please skip Question No. 2B and proceed to Question 3.   If your answer to Question No. 2A is "Not Guilty," please answer the following question:

**Question 2B:**

2B.     We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute less than 28 grams of a mixture or substance containing a detectable amount of cocaine base, as referenced in Instruction XX(a):

\_\_\_     Not Guilty

\_\_\_     Guilty

**Question No. 3A:**

3A.     We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to

conspiracy to distribute and possess with intent to distribute less than 50 grams of a mixture or

substance containing a detectable amount of methamphetamine, as referenced in Instruction No.

==XX==:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT TWO

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWO:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT THREE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THREE:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT FOUR

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FOUR:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

**COUNT FIVE**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FIVE:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

**COUNT SIX**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count SIX:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

**COUNT SEVEN**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count SEVEN:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

**COUNT EIGHT**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count EIGHT:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT NINE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count NINE:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT TEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TEN:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT ELEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count ELEVEN:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT TWELVE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWELVE:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

9

## COUNT THIRTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTEEN:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT FOURTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FOURTEEN:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT FIFTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FIFTEEN:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT SIXTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count SIXTEEN:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

**COUNT SEVENTEEN**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count SEVENTEEN:

\_\_\_\_      Not Guilty

\_\_\_\_      Guilty

**COUNT EIGHTEEN**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count EIGHTEEN:

\_\_\_\_      Not Guilty

\_\_\_\_      Guilty

**COUNT NINETEEN**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count NINETEEN:

\_\_\_\_      Not Guilty

\_\_\_\_      Guilty

**COUNT TWENTY**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY:

\_\_\_\_      Not Guilty

\_\_\_\_      Guilty

**COUNT TWENTY-ONE**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-ONE:

_____ Not Guilty

_____ Guilty

**COUNT TWENTY-TWO**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-TWO:

_____ Not Guilty

_____ Guilty

**COUNT TWENTY-THREE**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-THREE:

_____ Not Guilty

_____ Guilty

**COUNT TWENTY-FOUR**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-FOUR:

_____ Not Guilty

_____ Guilty

## COUNT TWENTY-FIVE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-FIVE:

\_\_\_\_       Not Guilty

\_\_\_\_       Guilty

## COUNT TWENTY-SIX

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-SIX:

\_\_\_\_       Not Guilty

\_\_\_\_       Guilty

## COUNT TWENTY-SEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-SEVEN:

\_\_\_\_       Not Guilty

\_\_\_\_       Guilty

## COUNT TWENTY-EIGHT

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-EIGHT:

\_\_\_\_       Not Guilty

\_\_\_\_       Guilty

## COUNT TWENTY-NINE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count TWENTY-NINE:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-ONE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-ONE:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-TWO

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-TWO:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-THREE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-THREE:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-FOUR

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-FOUR:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-FIVE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-FIVE:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-SIX

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-SIX:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-SEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-SEVEN:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-EIGHT

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-EIGHT:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT THIRTY-NINE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count THIRTY-NINE:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT FORTY

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FORTY:

\_\_\_\_    Not Guilty

\_\_\_\_    Guilty

## COUNT FORTY-ONE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FORTY-ONE:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT FORTY-TWO

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FORTY-TWO:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT FORTY-THREE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FORTY-THREE:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

## COUNT FORTY-FOUR

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FORTY-FOUR:

\_\_\_\_     Not Guilty

\_\_\_\_     Guilty

**COUNT FORTY-FIVE**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FORTY-FIVE:

\_\_\_\_      Not Guilty

\_\_\_\_      Guilty

**COUNT FORTY-SIX**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FORTY-SIX:

\_\_\_\_      Not Guilty

\_\_\_\_      Guilty

**COUNT FORTY-EIGHT**

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in

Count FORTY-EIGHT:

\_\_\_\_      Not Guilty

\_\_\_\_      Guilty