IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendant.

_____

MOTION FOR AN ORDER
_____

COMES NOW, Ricky Garrison, Defendant, by and through counsel, and hereby requests the Court to issue an Order directing the United States Probation Office for the District of Colorado to produce the pre-trial release file on Christopher Vigil in Dkt. No. 1:14CR00231-06.

Defendant requests leave to file this motion. The information contained in this motion was only made available to the defense today, February 9, 2017.

1

## GENERAL ALLEGATIONS

1. Ricky Garrison is charged, and set for trial, in a multi-count indictment.  Mr. Garrison is facing multiple drug charges, two gun counts, and one count of facilitating prostitution, however, Mr. Garrison will be indicted on a superseding indictment tomorrow, February 10, 2017, which will add and subtract some pending charges.

2.  Mr. Garrison is set to commence a six (6) day jury trial on February 21, 2017.

3. Christopher Vigil is listed as a witness for the government (Doc. #1202); the government has produced Jencks' information concerning Mr. Vigil.

4. On February 9, 2017, a Petition for a Warrant was filed regarding Mr. Vigil.  Exhibit 1.  The Petition alleges that Mr. Vigil tested positive for cocaine on multiple occassions, admitted to cocaine use, and that he fabricated a story regarding tampering with his urine sample.  The Petition further alleges that Mr. Vigil has continued to test positive for cocaine and that he has continued to deny the use of cocaine.

5. The credibility of the government's witnesses is a key issue in the upcoming trial.  As such, defendant will do everything in his power to discredit the government's witnesses.  Thus, any *Giglio* or *Brady* information contained within the information that is being requested is critical to the defendant's case and the information is relevant.  The documents sought are relevant as they have "any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401.

6.  The information sought by the defense will be used to discover the individuals within

the Probation Office that Mr. Vigil made statements to concerning the denial of drug use, the laboratory that conducted the drug tests on Mr. Vigil's urinalysis, and it will assist the defense in finding and subpoenaing any witnesses that can impeach Mr. Vigil's denials of drug use, his denials of violating the terms and conditions of the Court's orders, as well as the laws of the United States and the state of Colorado.

7. The fact that Mr. Vigil has made statements in an attempt to mislead the Officers of Probation is not speculative: Exhibit 1 was signed under the penalty of perjury. Thus, the defense is not making a request as part of a fishing expedition.

8. False or erroneous statements, whether under oath or penalty of perjury, or evidence that any witness does not have a good reputation in the community for honesty are discoverable, see, *United States v. Stifler*, 851 F.2d 1197 (9th Cir. 1988). Any evidence of contradictory or inconsistent statements with regard to this case or any statement showing of bias or motive to fabricate are discoverable. *Pennsylvania v. Ritchie*, 480 U.S. 39 (1987); *United States v. Hibler*, 463 F.2d 455 (9th Cir. 1972).

9. The defense conferred with the government concerning this request and the government advised the defense that the information sought is not in their possession or control.

WHEREFORE, for the reasons stated herein, defendant requests the Court to grant the requests contained in this motion.

DATED at Denver, Colorado this, 9th day of February 2017.

          Respectfully submitted,

          /s/Miller Leonard
          14143 Denver West Pkwy., Suite 100
          Golden, CO 80403
          (720) 613-8783 Phone - Office
          (303) 907-9516 Phone - Business Cell
          (720) 613-8782 Fax
          /s/Miller Leonard
          Attorney for Defendant
          CO Reg. # 41029
          milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically filed the foregoing Motion and that a copy was delivered to all parties by the District of Colorado's ECF filing system.