AO 442   (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 FEB -9  PM 3:03

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

UNITED STATES OF AMERICA

V.

Christopher Vigil

**WARRANT FOR ARREST**

Case Number:   1:14-cr-00231-WJM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____Christopher Vigil_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☒ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with   (brief description of offense)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/S. Libid |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | 1/17/2017, Denver, CO |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 2/8/2017 | NAME AND TITLE OF ARRESTING OFFICER Daniel Rupp, Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER Daniel Rupp |
|---|---|---|
| DATE OF ARREST 2/8/2017 | | |