IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  February 10, 2017 |
| Court Reporter:    Mary George | Time: 56 minutes |

_____

| | |
|---|---|
| Criminal Action No. 14-cr-00231-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Zachary Phillips |
|         Plaintiff, | Celeste Rangel |
| v. | |
| 1.  RICKY GARRISON, | Miller Leonard |
|         Defendant. | Sean McDermott |

_____

## COURTROOM MINUTES
_____

TRIAL PREPARATION CONFERENCE

02:04 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Court's comments

This matter is set for a six-day jury trial commencing at 8:30 a.m. on Tuesday, February 21, 2017.

Present at the Government's table will be Mr. Phillips, Ms. Rangel, Brad Gullicksrud, Josh Mohlman, and paralegals Kelsey Totura and Summer Wall; at the defendant's table will be Mr. Garrison, Mr. Leonard, Mr. McDermott and paralegal Wendy Anderson.

Discussion

1

ORDERED:
1. The Motion for Order [1223] is GRANTED. By Tuesday, February 14th the defense shall submit a proposed order – after the Government and Mr. Guevara have had an opportunity to review it.

2. The parties will have 30 minutes for voir dire and 20 minutes for opening statements.

3. The Government shall e-mail chambers in the next few days the estimation of cross-examination for its witnesses.

4. The defense has up to and including February 16th to file an Amended Witness List using the format in the Court's Revised Practice Standards.

5. The parties shall be present at 8:30 a.m. on Tuesday, February 21st. The Court will address any pretrial matters and rule on the proposed voir dire questions at that time.

6. The defense has up to and including Wednesday, February 15th to file objections to the Government's proposed verdict form.

7. The parties have up to and including Thursday, February 16th to file an agreed-upon statement of the case instruction. In addition to filing it on CM/ECF, an editable form shall also be emailed to chambers.

8. The parties have up to and including Friday, February 17th to resubmit their disputed jury instructions, following the format in the Court's Revised Practice Standards. In addition to filing them on CM/ECF, an editable form shall also be emailed to chambers.

9. To the extent the Motion for Notice of FRE 404(B), 405, 406, 608 and *Res Gestae* Evidence [618] is still pending, it is DENIED AS MOOT.

10. The Government's oral motion to dismiss Count 47 of the Superseding Indictment is GRANTED. Count 47 of the Superseding Indictment is dismissed as to Defendant 1. Ricky Garrison only.

ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.

03:00 p.m.   Court in Recess
             Conference concluded