IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

Courtroom Deputy:  Deborah Hansen         Date:  February 13, 2017
Court Reporter:    Mary George            Probation: Melissa Roberts
                                          Time: 47 minutes

---

Criminal Action No. 14-cr-00231-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Zachary Phillips

    Plaintiff,

v.

9.  ARCHIE POOLE,                          Ronald Hahn

    Defendant.

---

### COURTROOM MINUTES
---

HEARING - SENTENCING

04:00 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Hahn

**ORDERED:**  The Government's Motion to Dismiss Remaining Counts of the Indictment as to Archie Pool [1187] is GRANTED.  All remaining counts of the Indictment are dismissed as to this defendant only.

1

**ORDERED:**   restricted (court only) re [1190] is GRANTED.

**ORDERED:**   Motion for Non Guideline Sentence Pursuant to Title 18, United States Code, Section 3553 [1208] is GRANTED IN PART.

Defendant's Allocution

> Defendant plead guilty to Count 24 of the Indictment on November 16, 2016.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Archie Poole, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **27 months to be served concurrent to the sentence the defendant is currently serving in 14-cr-00203-WJM.**

    The Court recommends to the director of the Bureau of Prisons that
- (1) the defendant be given the opportunity to participate in the Second Chance Act Program;
- (2) that the defendant be assigned to a facility appropriate to his security designation within the District of Colorado.
- (3) that the defendant be given the opportunity to participate in the RDAP program – even if it means that Mr. Poole is designated to a facility outside the State and District of Colorado.

    These recommendations shall be set forth in the Judgment.

**ORDERED:**   Upon release from imprisonment the defendant is placed on **supervised release for a term of three years, to served concurrent with the sentence the defendant is currently serving in 14-cr-00203-WJM**.

    Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.

    While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and the defendant shall comply with the standard conditions adopted by this Court in District of Colorado General Order 2016-1.

    The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

> The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Special Conditions of Supervised Release:

> 1. The defendant shall participate in a Cognitive Behavioral Treatment (CBT) Program as directed by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.
>
> 2. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
>
> 3. The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.

**ORDERED:** The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:** Defendant has no ability to pay a fine, and the fine is waived.

**ORDERED:** Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

Defendant advised of his right to appeal.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

4:47 p.m.   Court in Recess
            Hearing concluded