IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-231-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      **RICKY GARRISON**,

        Defendant.
_____

## ORDER
_____

The Court hereby Orders the United States Probation Office for the District of Colorado to turn over the following portions of Christopher Vigil's pretrial release file, Case. No. 14-cr-231-06:

    1.    Any and all information concerning the December 21, 2014, urinalysis test including any statements Mr. Vigil made to the Probation Office concerning this test, and the results of this test;

    2.    Any and all information concerning the March 9, 2015, urinalysis test, including any statements Mr. Vigil made to the Probation Office concerning this test, and the results of this test;

    3.    Any and all information concerning statements Mr. Vigil made to members of the Probation Office on March 9, 2015, concerning the use/and or admittance of use of cocaine;

      4.      Any and all information concerning statements Mr. Vigil made to members of the Probation Office concerning March 19, 2015, and the use/and or admittance of use of cocaine;

      5.      Any and all information concerning statements Mr. Vigil made to members of the Probation Office on March 20, 2015, concerning the use and/or denial of use of cocaine;

      6.      Any and all information concerning the March 22, 2015, urinalysis test, including any statements Mr. Vigil made to the Probation Office concerning this test, and the results of this test;

      7.      Any and all information concerning statements Mr. Vigil made to members of the Probation Office on December 21, 2015, concerning the use/and or admittance of use of cocaine;

      8.      Any and all information concerning the May 4, 2016, urinalysis test including any statements Mr. Vigil made to the Probation Office concerning this test, and the results of this test;

      9.      Any and all information concerning statements Mr. Vigil made to members of the Probation Office concerning May 5, 2016, and the use/and or admittance of use of cocaine;

      10.      Any and all information concerning statements Mr. Vigil made to members of the Probation Office concerning May 16, 2016, and the use/and or admittance of use of cocaine;

      11.      Any and all information concerning the December 28, 2016, urinalysis test including any statements Mr. Vigil made to the Probation Office concerning this test, and

the results of this test;

12. Any and all information concerning statements Mr. Vigil made to members of the Probation Office concerning January 7, 2017, and the use/and or admittance of use of cocaine;

13. Any and all information concerning the January 10, 2017, urinalysis test including any statements Mr. Vigil made to the Probation Office concerning this test, and the results of this test;

14. The Court orders the Probation Office to not disclose any other portions of Mr. Vigil's supervision file.

The Court orders that all information turned over and disclosed to the United States and defendant shall be maintained by the respective parties subject to an Order of Protection wherein the parties shall not disseminate, copy, or turn over the disclosed material to any other party, and the defense shall not deliver a copy to defendant but shall be allowed to discuss and show the produced material to the defendant provided counsel, or members of the legal team, shall maintain care, custody, and control of the produced material.

Dated this 13th of February, 2017.

BY THE COURT:

William J. Martinez
United States District Judge