IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendant.

---

DEFENDANT RICKY GARRISON'S OBJECTIONS TO THE GOVERNMENT'S PROPOSED VERDICT FORMS
_____

Mr. Garrison, by and through counsel, respectfully submits the attached objections to the Government's proposed VERDICT FORMS. Mr. Garrison lists these objections is bold and italics.

DATED this 15th day of February 2017.

        Respectfully submitted,

By:   s/ Sean M. McDermott
       Sean M. McDermott
       McDermott Stuart & Ward LLP
       140 E. 19th Avenue, Ste., 300
       Denver, CO 80203
       Phone: (303) 832-8888
       Fax:   (303) 863.8888

By:   s/ Miller Leonard
       Miller Leonard
       14143 Denver West Pkwy.,
       Suite 100
       Golden, CO 80403
       (720) 613-8783 Phone
       (303) 907-9516 Phone - Cell
       (720) 613-8782 Fax
       Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2017, I electronically filed the foregoing and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

                                          s/ Sean McDermott
                                          Sean McDermott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

## VERDICT FORM

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, or methamphetamine:

    ____ Not Guilty

    ____ Guilty

### SPECIAL VERDICT AS TO COUNT ONE

If you find the defendant not guilty of conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, or methamphetamine, please skip the following questions and proceed to the next count.  If you find the defendant guilty of conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, or methamphetamine, please answer

Question No. 1A:

1A.     We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute at least 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, as referenced in Instruction No. XX:

___     Not Guilty

___     Guilty

If your answer to Question No. 1A is "Guilty," please skip Question No. 1B and proceed to Question 2. If your answer to Question No. 1A is "Not Guilty," please answer the following question:

Question 1B:

1B.     We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute a quantity less than 500 grams of a mixture or substance containing a detectable amount of cocaine, as referenced in Instruction XX(a):

___     Not Guilty

___     Guilty

Question No. 2A:

2A.     We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute more than 28 grams but less than 280 grams of a mixture or substance containing a detectable amount of cocaine base, as referenced in Instruction No. XX:

\_\_\_     Not Guilty

\_\_\_     Guilty

If your answer to Question No. 2A is "Guilty," please skip Question No. 2B and proceed to Question 3. If your answer to Question No. 2A is "Not Guilty," please answer the following question:

Question 2B:

2B.     We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute less than 28 grams of a mixture or substance containing a detectable amount of cocaine base, as referenced in Instruction XX(a):

\_\_\_     Not Guilty

\_\_\_     Guilty

Question No. 3A:

3A.     We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, as referenced in Instruction No. XX:

___     Not Guilty

___     Guilty

*The Defendant Ricky Garrison objects to this tendered verdict form. He cites, Alleyne v. United States*, 133 S. Ct. 2151 (2013). In *Alleyne*, the Supreme Court held that "a fact triggering a mandatory minimum alters the prescribed range of sentences to which a criminal defendant is exposed." *Id.* at 2160. Because such facts "by law[] increase[] the penalty for a crime," they "*must be submitted to the jury and found beyond a reasonable doubt.*" *Id.* at 2155 (emphasis added). Thus, after *Alleyne*, a district court may not "use its own drug quantity finding to alter the defendant's *statutory* sentencing range." *United States v. Cassius*, 777 F.3d 1093, 1094 (10th Cir. 2015). The Jury Instruction coupled with this special interrogatory does not comply with *Alleyne*. Mr. Garrison has not tendered a corrected verdict form, because, to do so would do violence to his own case.