IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RICKY GARRISON,

       Defendant.

---

**GOVERNMENT'S AMENDED WITNESS LIST
FOR TRIAL BEGINNING FEBRUARY 21, 2017**

---

The United States of America, by Acting United States Attorney Robert C. Troyer, and the undersigned Assistant United States Attorneys, respectfully submits the attached witness list that the Government intends to offer at the trial scheduled in this matter beginning February 21, 2017, at 8:30 A.M.  The parties have met and conferred and agree that the estimated time(s) for each witness is the best estimate the parties have concerning each witness.

Respectfully submitted this 16th day of February, 2017.

                                            Respectfully Submitted,

                                            ROBERT C. TROYER
                                            ACTING UNITED STATES ATTORNEY
                                            DISTRICT OF COLORADO

By:  *s/Zachary Phillips*
       ZACHARY PHILLIPS
       Assistant United States Attorney
       1225 17th St., Suite 700
       Denver, CO 80202
       Telephone:   (303) 454-0118
       Fax:   (303) 454-0401
       e-mail:   zachary.phillips@usdoj.gov
       Attorney for the Government


By:  *s/Celeste Rangel*
       CELESTE RANGEL
       Assistant United States Attorney
       U.S. Attorney's Office
       1225 17th Street, Suite 700
       Denver, CO 80202
       Telephone: (303) 454-0215
       Fax: (303) 454–0401
       e-mail: Celeste.rangel@usdoj.gov
       Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of February, 2017, I electronically filed the foregoing **GOVERNMENT'S AMENDED WITNESS LIST FOR TRIAL BEGINNING FEBRUARY 21, 2017** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>*s/Maggie E. Grenvik*</u>
Maggie E. Grenvik
Legal Assistant