# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Case No. 14-cr-00231-WJM-1     Date February 21, 2017

Case Title United States v. Ricky Garrison

## Plaintiff FINAL WITNESS LIST
(Plaintiff / Defendant)

| WITNESS & DATE | Direct | Cross | Total |
|---|---|---|---|
| SA Brad Gullicksrud 2/21 | 2.5 | 1.0 | 3.5 |
| Robert Painter 2/21 | 1.0 | .5 | 1.5 |
| Simeon Ramirez 2/22 | 1.5 | .5 | 2.0 |
| Sidney Taylor 2/22 | 1.0 | .5 | 1.5 |
| Greg Williams 2/22 | 1.0 | .5 | 1.5 |
| Detective Alonzo Rivera 2/22 | 1.0 | .5 | 1.5 |
| Melvin Turner 2/22 | .5 | .5 | 1.0 |
| Francisco Aguilar 2/22 – 2/23 | 1.5 | 1.0 | 2.5 |
| Sergeant Dan Johnson 2/22 – 2/23 | 1.0 | .5 | 1.5 |
| Investigator Roger Wehr 2/22 – 2/23 | 1.0 | .5 | 1.5 |
| Red Roof Inn Representative, Tushar Natha 2/23 | .5 | .5 | 1.0 |
| T-Mobile Representative 2/23 | .5 | .5 | 1.0 |
| Christopher Vigil 2/23 – 2/24 | 1.5 | .5 | 2.0 |
| Investigator Josh Mohlman 2/23 – 2/24 | 2.0 | 2.0 | 4.0 |