# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendant.

_____

## Statement Of The Case
_____

The parties, having conferred, hereby submit the following Statement Of The Case:

Mr. Ricky Garrison is charged with one count of conspiracy to distribute cocaine, cocaine base, and/or methamphetamine, in violation of federal law. He is also charged with 16 counts of possession of cocaine with the intent to distribute those drugs, 6 counts of distributing drugs within 1000 feet of a school, as well as 22 counts of using a communications device to facilitate the commission of a felony. He is charged with one count of using or carrying a firearm during and in relation to a drug trafficking crime and one count of transporting an individual to engage in prostitution. Mr. Garrison has plead not guilty to all of the charges filed against him and he is presumed to be innocent of the charges.

DATED at Denver, Colorado this, 16th day of February 2017.

          Respectfully submitted,

          /s/Miller Leonard
          14143 Denver West Pkwy., Suite 100
          Golden, CO 80403
          (720) 613-8783 Phone - Office
          (303) 907-9516 Phone - Business Cell
          (720) 613-8782 Fax
          Attorney for Defendant
          CO Reg. # 41029
          milller@themillerleonardlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2017, I electronically filed the foregoing Motion and that a copy was delivered to all parties by the District of Colorado's ECF filing system.