# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

---

**DEFENDANT RICKY GARRISON'S EXHIBIT LIST FOR TRIAL BEGINNING FEBRUARY 21, 2017**
_____

      Mr. Garrison, by and through counsel, respectfully submits the attached exhibit list that Mr. Garrison intends to offer at the trial scheduled in this matter, beginning February 21, 2017.

      DATED this 17th day of February 2017.

                              Respectfully submitted,

                    By:   <u>s/ Sean M. McDermott</u>
                           Sean M. McDermott
                           McDermott Stuart & Ward LLP
                           140 E. 19th Avenue, Ste., 300
                           Denver, CO 80203
                           Phone: (303) 832-8888
                           Fax:   (303) 863.8888

          By:    s/ Miller Leonard
                Miller Leonard
                14143 Denver West Pkwy.,
                Suite 100
                Golden, CO 80403
                (720) 613-8783 Phone
                (303) 907-9516 Phone - Cell
                (720) 613-8782 Fax
                Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, I electronically filed the foregoing and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

                                                s/ Sean McDermott
                                                Sean McDermott