## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

___

### DEFENDANT RICKY GARRISON'S (AMENDED) WITNESS LIST FOR TRIAL BEGINNING FEBRUARY 21, 2017
___

      Mr. Garrison, by and through counsel, respectfully submits the attached witness list that Mr. Garrison intends to offer at the trial scheduled in this matter, beginning February 21, 2017.

      DATED this 17th day of February 2017.

                                              Respectfully submitted,

                                By:    s/ Sean M. McDermott
                                         Sean M. McDermott
                                         McDermott Stuart & Ward LLP
                                         140 E. 19th Avenue, Ste., 300
                                         Denver, CO 80203
                                         Phone: (303) 832-8888
                                         Fax:    (303) 863.8888

2

                        By:    <u>s/ Miller Leonard</u>
                                 Miller Leonard
                                 14143 Denver West Pkwy.,
                                 Suite 100
                                 Golden, CO 80403
                                  (720) 613-8783 Phone
                                  (303) 907-9516 Phone - Cell
                                  (720) 613-8782 Fax
                                  Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, I electronically filed the foregoing and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

                                              s/ Sean McDermott
                                              Sean McDermott