**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. <u>14-cr-00231-WJM</u>                          Date <u>February 21, 2017</u>

Case Title <u>United States v. Ricky Garrison</u>

<u>RICKY GARRISON'S AMENDED WITNESS LIST</u>
(Defendant)

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY |
|---|---|
| Seth Junker 2/27/17 | Direct: 0.2 hours   Cross: 0.2 hours   Total: 0.4 hours |
| Michael Mancha 2/27/17 | Direct: 0.2 hours   Cross: 0.2 hours   Total: 0.4 hours |
| Jordan Smith 2/27/17 | Direct: 0.2 hours   Cross: 0.2 hours   Total: 0.4 hours |
| Any other witness necessary for impeachment 2/28/17 | Direct: 0.2 hours   Cross: 0.2 hours   Total: 0.4 hours |
|  | Direct: |