IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. MELVIN TURNER,

    Defendant.

_____

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
_____

The defendant, Melvin Turner, by appointed counsel Robert S. Berger, moves to continue the sentencing hearing set for March 23, 2016 at 10:00 a.m. [Doc. # 1113] Counsel has discussed this motion with AUSA Zachary Philips and is informed that the government does not oppose the continuance requested. The defendant moves the court to reset the sentencing hearing to a convenient date after April 12, 2017.

Mr. Turner entered a guilty plea on April 8, 2016 pursuant to a plea agreement. The sentencing hearing has been continued a number of times, most recently to accommodate the trial of a codefendant. [Doc. ## 1017, 1020, 1058, 1060, 1112 & 1113]. Undersigned counsel is not available to appear in court on March 23 due to

1

family commitments. Counsel will be available on any date after April 12, 2017, that is convenient for the court. There are no remaining impediments to proceeding to sentencing on the new date ordered by the court. Mr. Turner is in compliance with the terms of the pretrial release order. Accordingly, the defendant requests a continuance of the sentencing hearing until after April 12, 2017.

                                      Respectfully submitted,

                                      ROBERT S. BERGER, P.C.

                                      s/ Robert S. Berger
                                      Robert S. Berger
                                      P.O. Box 201088
                                      Denver, Colorado  80220-7088
                                      Telephone: (303) 436-1596
                                      robberger@qwestoffice.net

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on February 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER

/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net