**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:14CR00231-10

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LUIS RAMIREZ,

       Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

       THIS MATTER is before the Court upon request by the probation officer

       HAVING considered the probation officer's report, the Court

_____   ORDERS the issuance of an arrest warrant.

_____   DENIES the request.

       DATED at Denver, Colorado, this _____ day of February, 2017.

       BY THE COURT:

_____
William J. Martinez
United States District Judge