IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen  
Court Reporter:    Mary George

Date:  February 21, 2017  
Time:  six hours

_____

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICKY GARRISON,

      Defendant.

<u>Counsel:</u>

Zachary Phillips  
Celeste Rangel

Miller Leonard  
Sean McDermott

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY ONE

08:39 a.m.    Court in Session

Appearances

Defendant is present and in custody.

The Court addresses pre-trial matters.

**ORDERED:** The Government's oral motion for Rule 615 is GRANTED.

**ORDERED:** The Government's oral motion under Local Criminal Rule 24.1 for written authorization allow counsel to communicate with members of the jury at the conclusion of the trial is GRANTED. A text-entry order will enter setting forth restrictions regarding Local Rule 24.1.

1

**The Government dismisses Count Thirty-Five of the Superseding Indictment.**

09:08 Court in Recess
09:23 Court in Session

Jury panel present.

Court's comments to panel.

Voir dire oath administered to the jury panel.

09:27 Voir dire commences.

10:40 Court in Recess
11:05 Court in Session

Voir dire continues.

11:15 Voir dire (by Mr. Phillips)

11:40 Voir dire (by Mr. McDermott)

12:20 Court in Recess
01:35 Court in Session

Voir dire continues.

02:09 Voir dire completed.

02:11 Oath to try the case administered to the Jury.

Challenges for Cause:
1)      100293037

Government's Challenges:
1)      100298613
2)      100309827

Defendant's Challenges:
1)      100314572
2)      100308598
3)      100283026
4)      100326641
5)      100287681
6)      100294705

7)	100321416
8)	100325118

Jury:
1)	100308987
2)	100322607
3)	100327545
4)	100291271
5)	100322604
6)	100328116
7)	100284014
8)	100282214
9)	100306869
10)	100323345
11)	100316759
12)	100314837
13)	100318819

Court's preliminary instructions to the jury

02:29 Opening Statement (by Ms. Rangel)

02:35 Opening Statement (by Mr. Leonard)

**GOVERNMENT'S FIRST WITNESS BRADLEY GULLICKSRUD**
02:48 Direct (by Mr. Phillips)

03:10 Court in Recess
03:30 Court in Session - without jury

Discussion

03:46 Jury Present

**GOVERNMENT'S FIRST WITNESS BRADLEY GULLICKSRUD**
03:46 Direct continued (by Mr. Phillips)

EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: 1 through 8; 98, 99, 9, 100, 101, 102, 103, 104, 10, 11, 13, 14, 15, 16, 17, 18 19 through 30; 31 through 36

EXHIBIT NO. 124 is a demonstrative exhibit - stipulated and shown to jury

3

Government offers Exhibit No. 37

04:18 Voir dire (by Mr. Leonard)

           EXHIBIT OFFERED AND REJECTED
(objection overruled): 37

           EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: 38 through 42, 43, 45, 46, 107, 47 through 51; 59 through 69, 105

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

04:54 p.m.    Court in Recess
                Trial continued