IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  February 22, 2017
Court Reporter:    Mary George             Time:  five hours and 44 minutes

_____

Criminal Action No. 14-cr-00231-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Zachary Phillips
                                             Celeste Rangel
     Plaintiff,

v.

1.  RICKY GARRISON,                          Miller Leonard
                                             Sean McDermott
     Defendant.

_____

### COURTROOM MINUTES
_____

JURY TRIAL - DAY TWO

08:52 a.m.    Court in Session

Appearances

Defendant is present and in custody.

**GOVERNMENT'S FIRST WITNESS BRADLEY GULLICKSRUD**
09:17 Direct continued (by Mr. Phillips)

                                        EXHIBITS IDENTIFIED, OFFERED
                                        AND RECEIVED: 106

09:54  Cross (by Mr. Leonard)

10:12 Redirect

1

10:16 Court in Recess
10:36 Court in Session - without jury

Discussion

10:44 Jury present

**GOVERNMENT'S SECOND WITNESS GREGORY WILLIAMS**
10:46 Direct (by Ms. Rangel)

                                                EXHIBITS IDENTIFIED, OFFERED
                                                AND RECEIVED: 122, 123

11:44  Cross (by Mr. McDermott)

11:53 Redirect

12:00 Court in Recess
01:39 Court in Session

**GOVERNMENT'S THIRD WITNESS SIDNEY TAYLOR**
01:40  Direct (by Mr. Phillips)

                                                EXHIBITS IDENTIFIED, OFFERED
                                                AND RECEIVED: 110 through 121

02:03 Court's questions

02:04 Cross (by Mr. Leonard)

02:23  Redirect

02:26 Jury excused

(witness logistics)

02:28 Jury present

**GOVERNMENT'S FOURTH WITNESS ROBERT PAINTER**
02:34 Direct (by Mr. Phillips)

03:12 Court in Recess
03:37 Court in Session

**GOVERNMENT'S FOURTH WITNESS ROBERT PAINTER**
03:37 Direct continued (by Mr. Phillips)

03:46 Cross (by Mr. Leonard)

04:07 Redirect

04:11 Jury excused

(witness logistics)

04:18 Jury present

**GOVERNMENT'S FIFTH WITNESS SIMON RAMIREZ**
04:18 Direct (by Ms. Rangel)

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

05:00 p.m.   Court in Recess
             Trial continued