IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  February 23, 2017 |
| Court Reporter:      Mary George | Time: five hours and 16 minutes |

_____

Criminal Action No. 14-cr-00231-WJM         <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Zachary Phillips
                                            Celeste Rangel
     Plaintiff,

v.

1.  RICKY GARRISON,                         Miller Leonard
                                            Sean McDermott
     Defendant.

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY THREE

08:50 a.m.    Court in Session - without jury

Defendant present and in custody.

Discussion

Court's colloquy with Witness Simeon Ramirez

The Court advises Simeon Ramirez of his Fifth Amendment rights.

Attorney Lisa Wayne is present.

Ms. Wayne states that she is not Simeon Ramirez's attorney on the pending matter in New Mexico.

Further comments by Ms. Wayne

1

Discussion

**ORDERED:   Ms. Lisa Wayne is appointed as Simeon Ramirez's counsel for purposes of the remainder of his testimony at this trial.**

09:23 Court in Recess
09:47 Court in Session

Court's comments

09:52  Jury present

The Court explains to the jury that Ms. Wayne appears as counsel on behalf of Defendant Simon Ramirez.

**GOVERNMENT'S FIFTH WITNESS SIMON RAMIREZ**
09:55  Cross continued (by Mr. Leonard)

EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: D

10:03  Redirect (by Ms. Rangel)

10:09  Jury excused

Court's comments

10:21  Jury present

**GOVERNMENT'S SIXTH WITNESS FRANCISCO AGUILAR**
10:21  Direct (by Mr. Phillips)

10:41 Court in Recess
11:06 Court in Session

**GOVERNMENT'S SIXTH WITNESS FRANCISCO AGUILAR**
11:06  Direct continued (by Mr. Phillips)

11:33 Cross (by Mr. Leonard)

11:49 Redirect

11:53  Jury excused

Discussion

12:01 Jury present

**GOVERNMENT'S SEVENTH WITNESS ALONZO RIVERA**
12:05 Direct (by Ms. Rangel)

> EXHIBITS IDENTIFIED, OFFERED
> AND RECEIVED: 55, 57

12:30 Cross (by Mr. Leonard)

12:30 Redirect

12:31 Court in Recess
01:56 Court in Session

**GOVERNMENT'S EIGHTH WITNESS KENNETH LECESNE**
01:57 Direct (by Ms. Rangel)

> EXHIBITS IDENTIFIED, OFFERED
> AND RECEIVED (objection overruled):
> 12, 44

**GOVERNMENT'S NINTH WITNESS TUSHAR NATHA**
02:12 Direct (by Ms. Rangel)

> EXHIBITS IDENTIFIED, OFFERED
> AND RECEIVED (objection overruled):
> 56a
>
> EXHIBIT OFFERED AND REJECTED:
> 56

**GOVERNMENT'S TENTH WITNESS DANIEL JOHNSON**
02:25 Direct (by Mr. Phillips)

> EXHIBITS IDENTIFIED, OFFERED
> AND RECEIVED: 37

02:36 Cross (by Mr. McDermott)

02:37 Redirect

**GOVERNMENT'S ELEVENTH WITNESS ROGER WEHR**
02:40 Direct (by Ms. Rangel)

03:10 Court in Recess
03:25 Court in Session

03:30 Jury present

**GOVERNMENT'S ELEVENTH WITNESS ROGER WEHR**
03:30 Direct continued (by Ms. Rangel)

03:37 Court's questions

**GOVERNMENT'S TWELFTH WITNESS CHRISTOPHER VIGIL**
03:42  Direct (by Mr. Phillips)

04:08 Cross (by Mr. Leonard)

04:17 Redirect

04:20 Court's questions

04:21 Cross (by Mr. Leonard)

04:25 Jury excused.

Discussion

Mr. Phillips confirms that the Government has dismissed Count Thirty-Five of the Superseding Indictment.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

04:35 p.m.    Court in Recess
              Trial continued