IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen    Date:  February 24, 2017
Court Reporter:    Mary George       Time: four hours and 53 minutes

_____

Criminal Action No. 14-cr-00231-WJM         *Counsel:*

UNITED STATES OF AMERICA,                   Zachary Phillips
                                            Celeste Rangel
    Plaintiff,

v.

1.  RICKY GARRISON,                         Miller Leonard
                                            Sean McDermott
    Defendant.

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY FOUR

08:53 a.m.    Court in Session - without jury

Defendant is present and in custody.

Discussion

09:04 Jury Present

**GOVERNMENT'S THIRTEENTH WITNESS JOSHUA MOLMAN**
09:05 Direct (by Mr. Phillips)

                                                  EXHIBITS IDENTIFIED, OFFERED
                                                  AND RECEIVED: 125

09:18 Court's questions

1

09:20 Direct continued

09:39 Voir dire (by Mr. Leonard)

Argument

09:45 Court's questions

10:17 Court in Recess
10:40 Court in Session - without jury

Discussion

                                            EXHIBITS IDENTIFIED, OFFERED
                                            AND RECEIVED: 71 through 98

10:49 Jury present

**GOVERNMENT'S THIRTEENTH WITNESS JOSHUA MOLMAN**
10:49 Direct continued (by Mr. Phillips)

                                            EXHIBITS IDENTIFIED, OFFERED
                                            AND RECEIVED (objections overruled):
                                            52, 53, 54, 58, 108, 109

                                            EXHIBITS IDENTIFIED, OFFERED
                                            AND RECEIVED: 70

11:56 Cross (by Mr. Leonard)

12:21  Redirect

12:27 Government Rests.

Discussion

12:28 Jury excused until 8:45 Monday.

**The Government dismisses Count Forty-Eight of the Superseding Indictment.**

12:31  Court in Recess
02:07  Court in Session

Defendant's oral motion for judgment of acquittal pursuant to Fed. R. Crim. P. 29(a) (by Mr. Leonard).

Argument (by Ms. Rangel)

Argument/Discussion

**ORDERED: Defendant's oral motion for judgment of acquittal pursuant to Fed. R. Crim. P. 29(a) is DENIED.**

02:48  Court in Recess
03:44  Court in Session

Jury Instruction Conference

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

04:41 p.m.    Court in Recess until 8:30 Monday
              Trial continued