IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: February 27, 2017 |
| Court Reporter: Mary George | Time: three hours and 22 minutes |

_____

Criminal Action No. 14-cr-00231-WJM         *Counsel:*

UNITED STATES OF AMERICA,                   Zachary Phillips
                                            Celeste Rangel
          Plaintiff,

v.

1.   RICKY GARRISON,                        Miller Leonard
                                            Sean McDermott
          Defendant.

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY FIVE

08:38 a.m.    Court in Session - without jury

Defendant is present and in custody.

Jury Instruction Conference continued.

08:40 Jury Instruction Conference concluded.

08:41 Defendant's renewed Fed. R. Crim. P. 29(a) motion as to Count Thirty-Eight (by Mr. McDermott).

Court's ruling entered on the record.

**ORDERED:** Defendant's renewed Fed. R. Crim. P. 29(a) motion as to Count Thirty-Eight is DENIED.

1

08:53 Court in Recess
09:04 Court in Session

09:05 Jury present

09:05 Court instructs jury on the law.

09:53  Closing Argument (by Mr. Rangel)

10:36  Court in Recess
10:52  Court in Session

10:52 Closing Argument (by Mr. Leonard)

11:50 Rebuttal Argument (by Mr. Phillips)

11:56 - 11:58         Bench conference - The defense motion for a mistrial is Denied.

11:58 Rebuttal Argument continued (by Mr. Phillips)

**ORDERED:  The jury will be provided lunches today during their deliberations.**

12:09 The alternate juror is excused.

Oath administered to the jury Bailiffs.

12:15 Jury excused for deliberations.

12:17 Court in Recess
01:39  Court in Session - without jury

All parties and the defendant are present.

The Court reads aloud questions from the jury.

Discussion

Responses to the questions are given to the jury through the Bailiff.

01:44 Court in Recess
04:10 Court in Session

All parties and the defendant are present.

The Court reads aloud a question from the jury.

2

Discussion

A response to the question is given to the jury through the Bailiff.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

04:15 p.m.    Court in Recess
              Trial continued