IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  February 28, 2017 |
| Court Reporter:       Mary George | Time: eleven minutes |

_____

Criminal Action No. 14-cr-00231-WJM           <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Zachary Phillips
                                              Celeste Rangel
        Plaintiff,

v.

1.   RICKY GARRISON,                          Miller Leonard
                                              Sean McDermott
        Defendant.

_____

### COURTROOM MINUTES
_____

JURY TRIAL - DAY SIX

08:48 a.m.    Court in Session

Defendant is present and in custody.

Court's comments

08:49  Jury present.

08:50  Jury excused to continue their deliberations.

**ORDERED:  The jury will be provided lunches during their deliberations**.

08:52 Court in Recess
09:46 Court in Session

All parties and the defendant are present.

1

The Court reads aloud two questions from the jury.

Discussion

Responses to the questions are given to the jury through the Bailiff.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

09:53 a.m.    Court in Recess
              Trial continued