IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14CR00231-10

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS RAMIREZ,

    Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer

HAVING considered the probation officer's report, the Court

[X] ORDERS the issuance of an arrest warrant.

[ ] DENIES the request.

DATED at Denver, Colorado, this 1st day of ~~February~~ March, 2017.

BY THE COURT:

/s/ William J. Martinez
William J. Martinez
United States District Judge