IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.    SIDNEY TAYLOR,

    Defendant.

___

**ORDER**
___

THE COURT having considered the Motion For Below Guidelines Sentence or For a Variant Sentence, and finding good cause therefor, does hereby ORDER: That the Motion is Granted. Defendant is sentenced as reflected in the record.

BY THE COURT:

_____
District Court Judge William J. Martinez