IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  March 1, 2017
Court Reporter:    Mary George             Time:  seven minutes

_____

Criminal Action No. 14-cr-00231-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Zachary Phillips
                                           Celeste Rangel
     Plaintiff,

v.

1.  RICKY GARRISON,                        Miller Leonard
                                           Sean McDermott
     Defendant.

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY SEVEN

08:50 a.m.    Court in Session

All parties are present.

Defendant is present and in custody.

Court's comments

08:52  Jury present.

08:52  Jury excused to continue their deliberations.

**ORDERED:  The jury will be provided lunches during their deliberations**.

08:53  Court in Recess
03:52  Court in Session

1

Court's comments

All parties are present.

Defendant is present and in custody.

Court's comments

The Court reads aloud a note from the jury.

Discussion

Jury foreman enters courtroom.

Court's colloquy with jury foreman

Jury foreman is given another copy of the Verdict Form.

03:55 The Jury foreman is excused to continue deliberations.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:56 p.m.   Court in Recess
             Trial continued