IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen           Date:  March 2, 2017
Court Reporter:    Mary George              Time: fifty-three minutes

_____

Criminal Action No. 14-cr-00231-WJM         <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Zachary Phillips
                                            Celeste Rangel
     Plaintiff,

v.

1.  RICKY GARRISON,                         Miller Leonard
                                            Sean McDermott
     Defendant.

_____

# COURTROOM MINUTES
_____

JURY TRIAL - DAY EIGHT

08:51 a.m.    Court in Session

All parties are present.

Defendant is present and in custody.

Court's comments

08:53  Jury present.

08:55  Jury excused to continue their deliberations.

**ORDERED:  The jury will be provided lunches during their deliberations**.

08:56 Court in Recess
10:58 Court in Session

1

All parties are present.

Defendant is present and in custody.

Court's comments

The Court reads aloud a question from the jury.

Argument/Discussion

11:10 Jury present

The Court reads Model Allen Charge #2 (taken from Tenth Circuit pattern instructions) to the jury.

11:15 Jury excused to continue deliberations.

11:15 Court in Recess
01:15 Court in Session

All parties are present.

Defendant is present and in custody.

Court's comments

Discussion

01:27 Court in Recess
04:23 Court in Session

Court's comments

The Jury has reached a Verdict.

Jury present.

The Court reads aloud the Verdict Form.

04:38 The jury is excused with the thanks of the Court.

**ORDERED:** **The forfeiture allegation is entered in favor of the Government and against the defendant pursuant to the forfeiture allegation in the Superseding Indictment**.

**ORDERED:** **The defendant is referred to the United States Probation Office for preparation of a Presentence Investigation Report.  The Probation Office shall conduct a presentence investigation and submit a Presentence Investigation Report to the Court as required by Rule 32 of the Federal Rules of Criminal Procedure.  Any remaining pending motions are hereby DENIED as MOOT.**

**ORDERED:** **A sentencing hearing is set Friday, June 30, 2017 at 9:00 a.m.**

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

04:42 p.m.   Court in Recess
             Trial concluded.