# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__       PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST ____       THIRD PTY DEFTS. LIST ____

CASE CAPTION __United States vs. Ricky Garrison__       PAGE NO. ____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./ LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Greg Williams | Call #129 on TT#2 | | | 2 -21 | ( | | | 11/16/2013 Telephone call (Counts 2-5) |
| 2 | Greg Williams | Call #130 on TT#2 | | | 2 - 21 | ( | | | 11/16/2013 Text message (Counts 2-5) |
| 3 | Simeon Ramirez | Call #683 on TT#2 (Statement #74 in James Proffer) | | | 2 - 21 | ( | | | 11/22/2013 Telephone call (Counts 6-8) |
| 4 | Simeon Ramirez | Call #709 on TT#2 (Statement #75 in James Proffer) | | | 2 -21 | ( | | | 11/22/2013 Telephone call (Counts 6-8) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__     PLAINTIFF'S LIST __✓__     DEFENDANT'S LIST _____     THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__     PAGE NO. _____     DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./ LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Brad Gullicksrud or Simeon Ramirez | CCTV pole cam footage from Ricky Garrison residence- 10340 East 13ᵗʰ Avenue | | Stipulation to foundation but not identity of person shown | 2-21 | ✓ | | | 11/22/2013 Ramirez delivers dope to Ricky Garrison residence (Counts 6-8) |
| 6 | Brad Gullicksrud or Simeon Ramirez | Still photograph from CCTV pole cam footage | | Stipulation to foundation but not identity of person shown | 2-21 | | | | 11/22/2013 at 13:50 hours. Ramirez standing in driveway (Counts 6-8) |
| 7 | Brad Gullicksrud or Simeon Ramirez | Still photograph from CCTV pole cam footage | | Stipulation to foundation but not identity | 2-21 | ✓ | | | 11/22/2013 at 13:53 hours. Ramirez leaving the residence (Counts 6-8) |
| 8 | Sidney Taylor | Call #917 on TT#2 | | | 2-21 | ✓ | | | 11/23/2013 telephone call (Counts 9-11) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__     PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__     PAGE NO. _____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Christopher Vigil | Call #1487 on TT#2 (Statement #5 in James Proffer) | | | ✓ | ✓ | | | 11/29/2013 Telephone call (Counts 12-13) |
| 10 | Brad Gullicksrud | Call #1516 on TT#2 (Statement #10 in James Proffer) | | | ✓ 2-21 | ✓ | | | 11/29/2013 telephone call (Counts 14-16) |
| 11 | Christopher Vigil | Call #1517 on TT#2 (Statement #11 in James Proffer) | | | ✓ 2-21 | ✓ | | | 11/29/2013 Telephone call (Counts 14-16) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO.   14-cr-00231-WJM          PLAINTIFF'S LIST   ✓     DEFENDANTS' LIST          THIRD PTY DEFTS. LIST

CASE CAPTION    United States vs. Ricky Garrison          PAGE NO.          DATE   February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 12 | T-Mobile Representative | GPS Location alert<br><br>Location of 7205051613 at 11/29/2013 7:35:15 PM Pacific Time Result: Lat: 39.766313 Lon: -104.968722 Uncertainty: 6m – Coordinates are 3531 Franklin Street, Denver, Colorado | | | ✓ | ✓ | | | Ricky arriving at Christopher Vigil' residence (Counts 14-16) |
| | | | | | 2-23 | | | | |
| 13 | Brad Gullicksrud | CCTV pole cam footage from Ricky Garrison residence- 10340 E 13ᵗʰ Avenue | | | ✓ | ✓ | | | Tillmon drops Garrison off at his residence (Counts 14-16) |
| | | | | | 2-21 | | | | |
| 14 | Francisco Aguilar | Call #1807 on TT#2 (Statement #16 in James Proffer) | | | ✓ | ✓ | | | 12/6/2013 Telephone call (Count 17) |
| | | | | | 2-21 | | | | |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 14-cr-00231-WJM    PLAINTIFF'S LIST ✓    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION  United States vs. Ricky Garrison    PAGE NO. ____    DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 15 | Francisco Aguilar | Call #1824 on TT#2 (Statement #17 in James Proffer) | | | ✓ | ✓ | | | 12/6/2013 Text Message (Count 17) |
| 16 | Francisco Aguilar | Call #1850 on TT#2 (Statement #18 in James Proffer) | | | 2-21 | ✓ | | | 12/7/2013 Text message (Count 17) |
| 17 | Francisco Aguilar | Call #1873 on TT#2 (Statement #19 in James Proffer) | | | 2-21 | ✓ | | | 12/7/2013 Text message (Count 17) |
| 18 | Francisco Aguilar | Call #1874 on TT#2 (Statement #20 in James Proffer) | | | 2-21 | ✓ | | | 12/7/2013 Text message (Count 17) |
| 19 | Robert Painter | Call #2853 on TT#2 (Statement #21 in James Proffer) | | | 2-21 | ✓ | | | 1/5/2014 Telephone call (Count 22) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__      PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__      PAGE NO. ____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANTS BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 20 | Brad Gullicksrud | Call #2856 on TT#2 (Statement #22 in James Proffer) | | | 2-21 ✓ | | | | 1/5/2014 Telephone call (Count 22) |
| 21 | Robert Painter | Call #2857 on TT#2 (Statement #23 in James Proffer) | | | 2-21 ✓ | | | | 1/5/2014 Telephone call (Count 22) |
| 22 | Brad Gullicksrud | Call #2868 on TT#2 (Statement #24 in James Proffer) | | | 2-21 ✓ | ✓ | | | 1/5/2014 Text message (Count 22) |
| 23 | Brad Gullicksrud | Call #2869 on TT#2 (Statement #25 in James Proffer) | | | 2-21 ✓ | ✓ | | | 1/5/2014 Telephone call (Count 23) |
| 24 | Robert Painter | Call #2892 on TT#2 (Statement #26 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/5/2014 Telephone call (Count 23) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__     PLAINTIFF'S LIST __✓__     DEFENDANT'S LIST _____     THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__     PAGE NO. _____     DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANTS BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Robert Painter | Call #2900 on TT#2 (Statement #27 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/5/2014 Telephone call (Count 24) |
| 26 | Brad Gullickstrud | Call #2901 on TT#2 (Statement #28 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/5/2014 Telephone call (Count 25) |
| 27 | Robert Painter | Call #2902 on TT#2 (Statement #29 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/5/2014 Telephone call (Count 26) |
| 28 | Robert Painter | Call #2904 on TT#2 (Statement #30 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/5/2014 Telephone call (Count 26) |
| 29 | Robert Painter | Call #2906 on TT#2 (Statement #31 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/5/2014 Telephone call (Count 26) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__    PLAINTIFF'S LIST __✓__    DEFENDANT'S LIST _____    THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__    PAGE NO. ____    DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANTS BY LETTER (A, B, C, etc.)

| EXHIBIT NO./ LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Robert Painter | Call #2907 on TT#2 (Statement #32 in the James Proffer) | | | ✓ | ✓ | | | 1/5/2014 Telephone call (Count 26) |
| 31 | Francisco Aguilar | Call #3150 on TT#2 (Statement #34 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/9/2014 Telephone call |
| 32 | Francisco Aguilar | Call #3167 on TT#2 (Statement #35 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/9/2014 Telephone call (Count 31) |
| 33 | Francisco Aguilar | Call #3168 on TT#2 (Statement #36 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/9/2014 Telephone call (Count 31) |
| 34 | Francisco Aguilar | Call #3176 on TT#2 (Statement #37 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/9/2014 Text message |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. ___14-cr-00231-WJM___   PLAINTIFF'S LIST ___✓___   DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION ___United States vs. Ricky Garrison___   PAGE NO. _____   DATE ___February 21, 2017___

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./ LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 35 | Francisco Aguilar | Call #3187 on TT#2 (Statement #38 in the James Proffer) | | | 2-21 ✓ | | | | 1/9/2014 Telephone call |
| 36 | Francisco Aguilar | Call #3196 on TT#2 (Statement #39 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 1/9/2014 Telephone call |
| 37 | Francisco Aguilar or Sara Aerts | Shell Video Gas Station | | Stipulation to foundation but not identity of person shown | 2-23 ✓ | 2-23 ✓ | ✓ 2-21 | | 1/9/2014 |
| 38 | Brad Gullicksrud or Josh Mohiman | Call #5797 on TT#4 (Statement #57 in the James Proffer) | | | 2-21 ✓ | ✓ | ✓ | | 1/28/2014 Telephone call |
| 39 | Brad Gullicksrud or Josh Mohiman | Call #5833 on TT#4 (Statement #58 in the James Proffer) | | | 2-21 ✓ | ✓ | ✓ | | 1/28/2014 Telephone call |

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.   14-cr-00231-WJM         PLAINTIFF'S LIST   ✓   DEFENDANT'S LIST         THIRD PTY DEFTS. LIST

CASE CAPTION   United States vs. Ricky Garrison         PAGE NO.         DATE   February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 40 | Brad Gullicksrud or Josh Mohlman | Call #5839 on TT#4 (Statement #59 in the James Proffer) | | | 2-21 | ✓ | | | 1/28/2014 Telephone call |
| 41 | Brad Gullicksrud or Josh Mohlman | Call #5843 on TT#4 (Statement #60 in the James Proffer) | | | 2-21 | ✓ | | | 1/28/2014 Telephone call |
| 42 | Brad Gullicksrud or Josh Mohlman | CCTV pole cam footage from Ricky Garrison residence– 10340 E 13ᵗʰ Avenue | | | ✓ | ✓ | | | 1/28/2014 Tillmon arriving at Garrisons residence |
| 43 | Sidney Taylor | Call #104 on TT8 | | | 2-21 | ✓ | | | 2/28/2014 Telephone call (Count 35) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__   PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__   PAGE NO. _____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 44 | T-Mobile Representative | GPS Location alert Location of 7193548298 at 3/1/2014 1:06:51 PM Pacific Time Result: Lat: 39.66028 Lon: - 105.024555 Uncertainty: 4m – Coordinates are 2890 W Darmouth St, Denver, Colorado | | | ✓ | ✓ | | | 3/1/2014 (Count 37) |
| | | | | | 2-23 | | | | |
| 45 | Robert Painter | Call #3779 on TT#2 (Statement #79 in the James Proffer) | | | 2-21 | ✓ | | | 3/2/2014 Telephone call (Count 39) |
| 46 | Robert Painter | Call #3780 on TT#2 (Statement #80 in the James Proffer) | | | 2-21 | ✓ | | | 3/2/2014 Telephone call (Count 40) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__   PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__   PAGE NO. ____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Brad Gullicksrud | Call #322 on TT8 (Statement #81 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 3/2/2014 Telephone call (Count 41) |
| 48 | Brad Gullicksrud | Call #323 on TT#8 | | | 2-21 ✓ | ✓ | | | 3/2/2014 Telephone call (Count 42) |
| 49 | Brad Gullicksrud | Call #324 on TT#8 | | | 2-21 ✓ | ✓ | | | 3/2/2014 Text message (Count 43) |
| 50 | Brad Gullicksrud | Call #325 on TT#8 | | | 2-21 ✓ | ✓ | | | 3/2/2014 Telephone call (Count 44) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO.  14-cr-00231-WJM        PLAINTIFF'S LIST  ✓  DEFENDANT'S LIST ____  THIRD PTY DEFTS. LIST ____

CASE CAPTION   United States vs. Ricky Garrison        PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Brad Gullicksrud | CCTV pole cam footage from Ricky Garrison residence– 10340 E 13th Avenue | | | 2-21 | ✓ | | | Edwards arriving at Garrison residence and then Painter arriving at Garrisons residence |
| 52 | Brad Gullicksrud or Josh Mohlman | Heather Quintanilla backpage post in Columbus, Ohio | | | 2-24 | ✓ | | | (Count 45) |
| 53 | Brad Gullicksrud or Josh Mohlman | Heather Quintanilla backpage post in Oklahoma City, OK | | | 2-24 | ✓ | | | (Count 45) |
| 54 | Brad Gullicksrud or Josh Mohlman | Heather Quintanilla backpage post in Oklahoma City, OK | | | 2-24 | ✓ | | | (Count 45) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 14-cr-00231-WJM    PLAINTIFF'S LIST ✓    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION United States vs. Ricky Garrison    PAGE NO. ____    DATE February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Alonzo Rivera | Photograph of Heather Quintanilla in custody | | XX | 2-23 | ✓ | | | (Count 45) |
| 56 | Red Roof representative | Receipt for room #226 under Ricky Garrison | | | 2-23 | | ✓ | | (Count 45) |
| 57 | Alonzo Rivera | Photograph of Ricky Garrison vehicle at hotel | | | 2-23 | ✓ | | | (Count 45) |
| 58 | Brad Gullicksrud or Josh Mohlman | Heather Quintanilla backpage post in Wichita, KS | | | 2-24 | ✓ | | | (Count 45) |
| 59 | Francisco Aguilar | Call #24 on TT#10 (Statement #61 in the James Proffer) | | | 2-21 | ✓ | | | 3/25/2014 Telephone call (Count 46) |

56a

2-23 ✓

## FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__  PLAINTIFF'S LIST __✓__ DEFENDANT'S LIST ____ THIRD PTY DEFTS. LIST ____

CASE CAPTION __United States vs. Ricky Garrison__  PAGE NO. ____ DATE _February 21, 2017_

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 60 | Francisco Aguilar | Call #25 on TT#10 (Statement #62 in the James Proffer) | | | 2-24 ✓ | ✓ | | | 3/25/2014 Telephone call (Count 46) |
| 61 | Francisco Aguilar | Call #27 on TT#10 (Statement #63 in the James Proffer) | | | 2-24 ✓ | ✓ | | | 3/25/2014 Text message (Count 46) |
| 62 | Francisco Aguilar | Call #28 on TT#10 (Statement #64 in the James Proffer) | | | 2-24 ✓ | ✓ | | | 3/25/2014 Text message (Count 46) |
| 63 | Francisco Aguilar | Call #29 on TT#10 (Statement #65 in the James Proffer) | | | 2-24 ✓ | ✓ | | | 3/25/2014 Text message (Count 46) |
| 64 | Francisco Aguilar | Call #34 on TT#10 (Statement #66 in the James Proffer) | | | 2-24 ✓ | ✓ | | | 3/26/2014 Text message (Count 46) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__   PLAINTIFF'S LIST ___✓___ DEFENDANT'S LIST _____ THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__   PAGE NO. ___   DATE _February 21, 2017_

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 65 | Francisco Aguilar | Call #35 on TT#10 (Statement #67 in the James Proffer) | | | 2-21 | ✓ | | | 3/26/2014 Text message (Count 46) |
| 66 | Francisco Aguilar | Call #36 on TT#10 (Statement #68 in the James Proffer) | | | 2-21 | ✓ | | | 3/26/2014 Telephone call (Count 46) |
| 67 | Francisco Aguilar | Call #45 on TT#10 (Statement #69 in the James Proffer) | | | 2-21 | ✓ | | | 3/26/2014 Telephone call (Count 46) |
| 68 | Francisco Aguilar | Call #49 on TT#10 (Statement #70 in the James Proffer) | | | 2-21 | ✓ | | | 3/26/2014 Telephone call (Count 46) |
| 69 | Francisco Aguilar | Call #52 on TT#10 (Statement #71 in the James Proffer) | | | 2-21 | ✓ | | | 3/26/2014 Telephone call (Count 46) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__     PLAINTIFF'S LIST __✓__     DEFENDANTS LIST ____     THIRD PTY DEFTS. LIST ____

CASE CAPTION __United States vs. Ricky Garrison__     PAGE NO. ____     DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 70 | Brad Gullicksrud or Josh Mohlman or Brian Miller | Ruger .357 Revolver | | ✓ 2-24 | ✓ | ✓ | | | 5/23/2014 SW (Counts 47-48) |
| 71 | Brad Gullicksrud or Josh Mohlman or Brian Miller | Beretta 9mm Semi- Auto | | ✓ | ✓ 2-23 | ✓ | | | 5/23/2014 SW (Counts 47- 48) |
| 72 | Brad Gullicksrud or Josh Mohlman or Brian Miller | Black gun case with four 9mm magazines | | ✓ 2-24 | ✓ | ✓ | | | 5/23/2014 SW (Counts 47- 48) |
| 73 | Brad Gullicksrud or Josh Mohlman | Two bags of gel tablets | | ✓ 2-24 | ✓ | ✓ | | | 5/23/2014 SW |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO.  14-cr-00231-WJM       PLAINTIFF'S LIST  ✓   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION   United States vs. Ricky Garrison

PAGE NO. ____   DATE  February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 74 | Brad Gullicksrud or Josh Mohlman | Inositol Powder | | ✓ ✓ 2-24 | | ✓ | | | 5/23/2014 SW |
| 75 | Brad Gullicksrud or Josh Mohlman | C-1000 Powder | | ✓ ✓ 2-24 | | ✓ | | | 5/23/2014 SW |
| 76 | Brad Gullicksrud or Josh Mohlman | Digital Scale | | ✓ 2-24 | | ✓ | | | 5/23/2014 SW |
| 77 | Brad Gullicksrud or Josh Mohlman | Digital Scale | | ✓ 2-24 | | ✓ | | | 5/23/2014 SW |
| 78 | Brad Gullicksrud or Josh Mohlman | Chase Bank Account Card | | ✓ 2-24 | | ✓ | | | 5/23/2014 SW |

Case 1:14-cr-00231-WJM   Document 1238-1   Filed 02/16/17   USDC Colorado   Page 19 of 27

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__   PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION __United States vs. Ricky Garrison__   PAGE NO. ____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 79 | Brad Gullicksrud or Josh Mohiman | May 8, 2014 Chase Bank Receipt- Transaction #154 | | ✓ | 2-24 | ✓ | | | 5/23/2014 SW |
| 80 | Brad Gullicksrud or Josh Mohiman | May 13, 2014 Chase Bank Receipt- Transaction #140 | | ✓ | 2-24 | ✓ | | | 5/23/2014 SW |
| 81 | Brad Gullicksrud or Josh Mohiman | May 15, 2014 Chase Bank Receipt- Transaction #5 | | ✓ | 2-24 | ✓ | | | 5/23/2014 SW |
| 82 | Brad Gullicksrud or Josh Mohiman | Photograph of Ricky Garrison room in the basement | | Stipulation to foundation only ✓ | 2-24 | ✓ | | | 5/23/2014 SW |
| 83 | Brad Gullicksrud or Josh Mohiman | Photograph of mail on kitchen counter | | Stipulation to foundation only ✓ | 2-24 | ✓ | | | 5/23/2014 SW |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__   PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__   PAGE NO. ____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./ LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 84 | Brad Gullicksrud or Josh Mohlman | Photograph of Chase bank envelope addressed to Ricky Garrison and Westlake Financial Services envelope addressed to Shanna Waterson | | Stipulation to foundation only | 2-24 | ✓ | | | 5/23/2014 SW |
| 85 | Brad Gullicksrud or Josh Mohlman | Photograph of Ruger .357 Revolver between mattress and box spring | | Stipulation to foundation only ✓ | 2-24 ✓ | ✓ | | | 5/23/2014 SW |
| 86 | Brad Gullicksrud or Josh Mohlman | Photograph of close up of Ruger .357 Revolver on the box spring | | Stipulation to foundation only ✓ | 2-24 ✓ | ✓ | | | 5/23/2014 SW |
| 87 | Brad Gullicksrud or Josh Mohlman | Photograph of Ruger .357 Revolver chamber of the cylinder with live ammunition | | Stipulation to foundation only | 2-24 ✓ | ✓ | | | 5/23/2014 SW |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 14-cr-00231-WJM   PLAINTIFF'S LIST ✓   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION   United States vs. Ricky Garrison   PAGE NO. ____   DATE February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANTS BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 88 | Brad Gullicksrud or Josh Mohlman | Photograph of Ricky Garrison CO DL inside his wallet | | Stipulation to foundation only | 2-28 | ✓ | | | 5/23/2014 SW |
| 89 | Brad Gullicksrud or Josh Mohlman | Photograph of cardboard box stored in the closet containing Berreta 9mm Semi-Auto | | Stipulation to foundation only | 2-24 ✓ | ✓ | | | 5/23/2014 SW |
| 90 | Brad Gullicksrud or Josh Mohlman | Photograph of Berreta 9mm Semi-Auto | | Stipulation to foundation only | 2-24 ✓ | ✓ | | | 5/23/2014 SW |
| 91 | Brad Gullicksrud or Josh Mohlman | Photograph of loaded magazine with 13 live ammunition rounds | | Stipulation to foundation only | 2-24 ✓ | ✓ | | | 5/23/2014 SW |
| 92 | Brad Gullicksrud or Josh Mohlman | Photograph of box containing powdered chemicals | | Stipulation to foundation only | 2-24 ✓ | ✓ | | | 5/23/2014 SW |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. _14-cr-00231-WJM_      PLAINTIFF'S LIST _✓_   DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION _United States vs. Ricky Garrison_      PAGE NO. _____   DATE _February 21, 2017_

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 93 | Brad Gullicksrud or Josh Mohiman | Photograph of all of the contents in exhibit 92 laid out on the bed | | Stipulation to foundation only | 2-2Y | ✓ | | | 5/23/2014 SW |
| 94 | Brad Gullicksrud or Josh Mohiman | Photograph of black Single Pistol Gun Case | | Stipulation to foundation only | 2-2Y | ✓ | | | 5/23/2014 SW |
| 95 | Brad Gullicksrud or Josh Mohiman | Black gun case with four 9mm magazines | | Stipulation to foundation only | 2-2Y | ✓ | | | 5/23/2014 SW |
| 96 | Brad Gullicksrud or Josh Mohiman | Photograph of Ricky Garrison Birth Certificate | | Stipulation to foundation only | 2-2Y | ✓ | | | 5/23/2014 SW |
| 97 | Brad Gullicksrud or Josh Mohiman | Photograph of Black Samsung telephone showing Mobile Device # 305-407-5925 | | Stipulation to foundation only | 2-2Y | ✓ | | | 5/23/2014 SW |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__   PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__   PAGE NO. ____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./ LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 98 | Robert Painter | Call #1457 on TT#2 (Statement #1 in the James Proffer) | | | 2-24 ✓ | ✓ | | | 11/29/2013 Telephone call |
| 99 | Simeon Ramirez | Call #1458 on TT#2 (Statement #2 in the James Proffer) | | | 221 ✓ | ✓ | | | 11/29/2013 Telephone call |
| 100 | Robert Painter | Call #1486 on TT#2 (Statement #4 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 11/29/2013 Telephone call |
| 101 | Gregory Williams | Call #1488 on TT#2 (Statement #6 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 11/29/2103 Telephone call |
| 102 | Gregory Williams | Call #1494 on TT#2 (Statement #9 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 11/29/2013 Telephone call |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__        PLAINTIFF'S LIST ___✓___  DEFENDANT'S LIST _____  THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__        PAGE NO. _____  DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 103 | Christopher Vigil | Call #1489 on TT#2 (Statement #7 in the James Proffer) | | | 2-21 ✓ ✓ | ✓ | | | 11/29/2013 Text message |
| 104 | Christopher Vigil | Call #1492 on TT#2 (Statement #8 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 11/29/2013 Telephone call |
| 105 | Josh Mohlman | Call #142 on TT#2 (Statement #73 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 11/16/2013 Telephone call |
| 106 | Josh Mohlman | Call #1152 on TT#2 (Statement #76 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 11/26/2013 Telephone call |
| 107 | Josh Mohlman or Simeon Ramirez | Call #3781 on TT#2 (Statement #78 in the James Proffer) | | | 2-21 ✓ | ✓ | | | 3/2/2014 Telephone call |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__     PLAINTIFF'S LIST __✓__     DEFENDANT'S LIST _____     THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__     PAGE NO. ____     DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 108 | Josh Mohlman | Call #126 on TT#13 (Statement #82 in the James Proffer) | | | 2-2? ✓ | ✓ | | | 5/16/2014 Telephone call |
| 109 | Josh Mohlman | Call #433 on TT#13 (Statement #83 in the James Proffer) | | | 2-2? | ✓ | | | 5/20/2014 Telephone call |
| 110 | Francisco Aguilar | Plea agreement for Francisco Aguilar | | yes | 2-22 | ✓ | | | |
| 111 | Francisco Aguilar | Proffer letter for Francisco Aguilar | | yes | 2-22 | ✓ | | | |
| 112 | Robert Painter | Plea agreement for Robert Painter | | yes | 2-22 | ✓ | | | |
| 113 | Robert Painter | Proffer letter for Robert Painter | | yes | 2-22 | ✓ | | | |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__   PLAINTIFF'S LIST __✓__   DEFENDANTS' LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION __United States vs. Ricky Garrison__   PAGE NO. _____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 114 | Simeon Ramirez | Plea agreement for Simeon Ramirez | | yes | 2-22 | ✓ | | | |
| 115 | Simeon Ramirez | Proffer letter for Simeon Ramirez | | yes | 2-22 | ✓ | | | |
| 116 | Sidney Taylor | Plea agreement for Sidney Taylor | | yes | 2-22 | | | | |
| 117 | Sidney Taylor | Proffer letter for Sidney Taylor | | yes | 2-22 | ✓ | | | |
| 118 | Melvin Turner | Plea agreement for Melvin Turner | | yes | 2-22 | ✓ | | | |
| 119 | Melvin Turner | Proffer letter for Melvin Taylor | | yes | 2-22 | ✓ | | | |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __14-cr-00231-WJM__   PLAINTIFF'S LIST __✓__   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION __United States vs. Ricky Garrison__   PAGE NO. ____   DATE __February 21, 2017__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc,) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REFUSED | RULING RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 120 | Christopher Vigil | Plea agreement for Christopher Vigil | | | 2-22 | ✓ | | | |
| 121 | Christopher Vigil | Proffer letter for Christopher Vigil | | | 2-22 | ✓ | | | |
| 122 | Gregory Williams | Plea agreement for Gregory Williams | | | 2-22 | ✓ | | | |
| 123 | Gregory Williams | Proffer letter for Gregory Williams | | | 2-22 | ✓ | | | |
| 124 | | Demonstrative | | ✓ | | | | | NOT TO JURY |
| 125 | | | | ✓ | 2-64 | ✓ | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |