# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 14-cr-00231-WJM    PLAINTIFF'S LIST: ☐    DEFENDANT'S LIST: ☒    THIRD PTY DEFTS. LIST: ☐

CASE CAPTION United States vs. Ricky Garrison    PAGE NO. _____    DATE February 21, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | Greg Williams | Certified Felony Conviction for Case #10CR4950, Denver, CO under the alias Gregory Kamal Ali | | | | | | | |
| B | Simeon Ramirez | Certified Felony Conviction for Case #95CR5030, Denver, CO | | | | | | | |
| C | Melvin Turner | Certified Felony Conviction for Case # 08CR1342, Arapahoe County, Colorado. | | | | | | | |
| D | Simeon Ramirez | Any other exhibit that the Defense cannot easily anticipate that is needed for impeachment or to properly rebut the prosecution. | Judgmt | | 2-23 | 2-23 | | | |