IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:**   United States of America v. Ricky Garrison
14-cr-00231-WJM-1

## NOTE TO COURT

_____   We the jury have reached a verdict.

✓   We the jury have a question.

Can we get a copy of exhibit 124?

2/27  1:20
**Date & Time**

**Answer from the Court**

No. Exhibit 124 is a demonstrative Exhibit which was not admitted into Evidence.

27 Feb 2017
**Date & Time**
1:45p

Judge William J. Martínez