IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:** United States of America v. Ricky Garrison
14-cr-00231-WJM-1

### NOTE TO COURT

_____ We the jury have reached a verdict.

X We the jury have a question.

What is the computer in the room for?

2-27  1:20
**Date & Time**                **Forep**

### Answer from the Court

In order to play the telephone recordings as well as the CCTV video.

27 Feb 2017
**Date & Time**                **Judge William J. Martínez**

1:44p