IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:**    United States of America v. Ricky Garrison
14-cr-00231-WJM-1

### NOTE TO COURT

_____    We the jury have reached a verdict.

__X__    We the jury have a question.

What is the definition of detectable?

2/27   3:38
**Date & Time**

### Answer from the Court

The Court cannot answer your question. You are directed to refer to the jury instructions and apply them as best you can to the facts of this.

27 Feb 2017
**Date & Time**
4:15 pm

Judge William J. Martínez