IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case Number:   United States of America v. Ricky Garrison
14-cr-00231-WJM-1

## NOTE TO COURT

_____   We the jury have reached a verdict.

✗   We the jury have a question.

Is there Any change regarding the fire Arms?

2/28   9:32
**Date & Time**

Answer from the Court

No.

28 Feb 2017
**Date & Time**
9:52a

Judge William J. Martínez