IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:**   United States of America v. Ricky Garrison
14-cr-00231-WJM-1

## NOTE TO COURT

_____   We the jury have reached a verdict.

✓   We the jury have a question.

We would like A dictionary

2/28  9:25
**Date & Time**

**Answer from the Court**

Unfortunately the Court cannot provide the jury with a dictionary.

28 Feb 2017
**Date & Time**
9:51 am

Judge William J. Martínez