IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:**   United States of America v. Ricky Garrison
14-cr-00231-WJM-1

## NOTE TO COURT

____   We the jury have reached a verdict.

X   We the jury have a question.

We need A clean verdict packet please.

3/1  3:26
**Date & Time**

**Answer from the Court**

**Date & Time**                                   **Judge William J. Martínez**