IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:** United States of America v. Ricky Garrison
14-cr-00231-WJM-1

## NOTE TO COURT

____   We the jury have reached a verdict.

✓   We the jury have a question.

We have been unable to come to a unnamious decision on one of the counts. We have deliberated on this particular count yesterday for 3-4 hours and today 2 hours. We are stuck. What is the next step?

3/2/17
**Date & Time**

**Date & Time**              **Judge William J. Martínez**