IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:**   United States of America v. Ricky Garrison
14-cr-00231-WJM-1

### NOTE TO COURT

__X__   We the jury have reached a verdict.

_____   We the jury have a question.

_____

_____

_____

_____

3/2/17 4:02
**Date & Time**                                    F_

**Answer from the Court**

_____

_____

_____

_____

**Date & Time**                                    **Judge William J. Martínez**