IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-231-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  RICKY GARRISON,

  Defendant.

## VERDICT FORM

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, or methamphetamine:

  ___ Not Guilty

  _X_ Guilty

### SPECIAL VERDICT AS TO COUNT ONE

If you find the defendant not guilty of conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, or methamphetamine, please skip questions 1A through 3A and proceed to the next count. If you find the defendant guilty of conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a

detectable amount of cocaine, cocaine base, or methamphetamine, please answer the following questions:

Question No. 1A:

1A.   We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute at least 500 grams but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine:

    __X__   Not Guilty

    _____   Guilty

If your answer to Question No. 1A is "Guilty," please skip Question No. 1B and proceed to Question 2. If your answer to Question No. 1A is "Not Guilty," please answer the following question:

Question No. 1B:

1B.   We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute a quantity less than 500 grams of a mixture or substance containing a detectable amount of cocaine:

    _____   Not Guilty

    __X__   Guilty

Question No. 2A:

2A.   We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute more than 28 grams but less than 280 grams of a mixture or substance

2

containing a detectable amount of cocaine base:

**X** Not Guilty

___ Guilty

If your answer to Question No. 2A is "Guilty," please skip Question No. 2B and proceed to Question 3. If your answer to Question No. 2A is "Not Guilty," please answer the following question:

Question No. 2B:

2B. We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute less than 28 grams of a mixture or substance containing a detectable amount of cocaine base:

___ Not Guilty

**X** Guilty

Question No. 3A:

3A. We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, as to conspiracy to distribute and possess with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine:

___ Not Guilty

**X** Guilty

## COUNT TWO

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWO:

   **X**   Not Guilty

   ___   Guilty

## COUNT THREE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THREE:

   **X**   Not Guilty

   ___   Guilty

## COUNT FOUR

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FOUR:

   ___   Not Guilty

   **X**   Guilty

## COUNT FIVE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FIVE:

   ___   Not Guilty

   **X**   Guilty

## COUNT SIX

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count SIX:

    X    Not Guilty

    ___    Guilty

## COUNT SEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count SEVEN:

    ___    Not Guilty

    X    Guilty

## COUNT EIGHT

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count EIGHT:

    ___    Not Guilty

    X    Guilty

## COUNT NINE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count NINE:

    X    Not Guilty

    ___    Guilty

## COUNT TEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TEN:

    **X**    Not Guilty

    ___    Guilty

## COUNT ELEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count ELEVEN:

    ___    Not Guilty

    **X**    Guilty

## COUNT TWELVE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWELVE:

    **X**    Not Guilty

    ___    Guilty

## COUNT THIRTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTEEN:

    ___    Not Guilty

    **X**    Guilty

## COUNT FOURTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FOURTEEN:

    _X_    Not Guilty

    ___    Guilty

## COUNT FIFTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FIFTEEN:

    ___    Not Guilty

    _X_    Guilty

## COUNT SIXTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count SIXTEEN:

    ___    Not Guilty

    _X_    Guilty

## COUNT SEVENTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count SEVENTEEN:

    _X_    Not Guilty

    ___    Guilty

## COUNT EIGHTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count EIGHTEEN:

__X__   Not Guilty

____   Guilty

## COUNT NINETEEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count NINETEEN:

__X__   Not Guilty

____   Guilty

## COUNT TWENTY

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY:

__X__   Not Guilty

____   Guilty

## COUNT TWENTY-ONE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-ONE:

__X__   Not Guilty

____   Guilty

## COUNT TWENTY-TWO

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-TWO:

___  Not Guilty

_X_  Guilty

## COUNT TWENTY-THREE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-THREE:

___  Not Guilty

_X_  Guilty

## COUNT TWENTY-FOUR

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-FOUR:

___  Not Guilty

_X_  Guilty

## COUNT TWENTY-FIVE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-FIVE:

___  Not Guilty

_X_  Guilty

9

## COUNT TWENTY-SIX

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-SIX:

\_\_\_ Not Guilty

_X_ Guilty

## COUNT TWENTY-SEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-SEVEN:

_X_ Not Guilty

\_\_\_ Guilty

## COUNT TWENTY-EIGHT

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-EIGHT:

_X_ Not Guilty

\_\_\_ Guilty

## COUNT TWENTY-NINE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count TWENTY-NINE:

_X_ Not Guilty

\_\_\_ Guilty

## COUNT THIRTY

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT THIRTY-ONE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY-ONE:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT THIRTY-TWO

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY-TWO:

_X_ Not Guilty

\_\_\_\_ Guilty

## COUNT THIRTY-THREE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY-THREE:

_X_ Not Guilty

\_\_\_\_ Guilty

## COUNT THIRTY-FOUR

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY-FOUR:

    X    Not Guilty

    ___    Guilty

## COUNT THIRTY-SIX

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY-SIX:

    X    Not Guilty

    ___    Guilty

## COUNT THIRTY-SEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY-SEVEN:

    X    Not Guilty

    ___    Guilty

## COUNT THIRTY-EIGHT

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY-EIGHT:

    X    Not Guilty

    ___    Guilty

## COUNT THIRTY-NINE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count THIRTY-NINE:

___ Not Guilty

_X_ Guilty

## COUNT FORTY

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FORTY:

___ Not Guilty

_X_ Guilty

## COUNT FORTY-ONE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FORTY-ONE:

___ Not Guilty

_X_ Guilty

## COUNT FORTY-TWO

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FORTY-TWO:

___ Not Guilty

_X_ Guilty

## COUNT FORTY-THREE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FORTY-THREE:

X     Not Guilty

___   Guilty

## COUNT FORTY-FOUR

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FORTY-FOUR:

X     Not Guilty

___   Guilty

## COUNT FORTY-FIVE

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FORTY-FIVE:

X     Not Guilty

___   Guilty

## COUNT FORTY-SIX

We, the jury, upon our oaths, unanimously find the defendant, RICKY GARRISON, in Count FORTY-SIX:

X     Not Guilty

___   Guilty

_March 2, 2017_
**DATE**

_4:02 pm_
**TIME**