IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the jury trial counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 2nd day of March, 2017.

BY THE COURT:

_____
Judge William J. Martínez, Judge

_____　　_____
Attorney for Government　　　　　　　Attorney for Defendant