IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
    a/k/a "G,"
2. JAMES TILLMON,
    a/k/a "Black,"
    a/k/a "Kevin Garner,"
3. CHRISTOPHER MARTINEZ,
    a/k/a "Little C,"
4. FRANCISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
    a/k/a "Abdul Halim Aswad Ali,"
    a/k/a "Don Blas,"
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
    a/k/a "Julian,"
11. MELVIN TURNER,
    a/k/a "Mellow,"
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

    Defendants.

_____

## ORDER TO RESTRICT DOCUMENT

    This matter is before the Court on the Government's Motion to Restrict Document No. 1190. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. 1190, the United States' Brief in Support of Motion to Restrict Document No. 1190, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that Document No. 1190 shall be restricted to a "Level 2" and will be "viewable by selected parties & Court" only.

IT IS SO ORDERED on this _____ day of March, 2017.

BY THE COURT:

_____
JUDGE WILLIAM J. MARTINEZ
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO