**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No: 14-cr-00231-WJM-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.    SIDNEY TAYLOR,

Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS REMAINING
COUNTS OF THE INDICTMENT**

---

    The United States of America, by and through Robert C. Troyer, Acting United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment.

    The Defendant entered a plea of guilty to Count Twelve of the Superseding Indictment and admitted to the forfeiture allegations.   The Defendant will be sentenced on that Count on March 15, 2017.   Accordingly, the Government hereby moves to dismiss all remaining counts against this defendant.

In the government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines."   (See 6B1.2(a)).

Respectfully submitted,
Robert C. Troyer
Acting United States Attorney

By: s/Zachary Phillips
ZACHARY PHILLIPS
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone:   (303) 454-0215
Fax: (303) 454–0401
E-mail: zachary.phillips@usdoj.gov
Attorney for Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

                              *s/Diana Brown*
                              Legal Assistant
                              U.S. Department of Justice