# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-cr-00231-WJM-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.  SIDNEY TAYLOR,

    Defendant.

## ORDER TO DISMISS REMAINING COUNTS OF THE INDICTMENT AS TO DEFENDANT

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Sidney Taylor, and for good cause shown, it is hereby

ORDERED that other than Count Twelve, to which the Defendant has pled guilty, all remaining Counts of the Indictment are dismissed as to Defendant Sidney Taylor.

DATED this _____ day of March, 2017.

                BY THE COURT:

                _____
                JUDGE WILLIAM J. MARTINEZ
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO