IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-cr-00231-WJM-13

UNITED STATES OF AMERICA,

     Plaintiff,

v.

13.   SIDNEY TAYLOR,

     Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BELOW GUIDELINES SENTENCE OR FOR VARIANT SENTENCE (DOC. NO. 1256) AND SENTENCING STATEMENT**

---

The United States of America (the government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, hereby responds to defendant's Motion for Below Guideline Sentence or for Variant Sentence (Doc. No. 1256) and states the following:

1.     The government does not object to the defendant's motion for below guideline sentence or for variant sentence.

2.     When the parties entered into the plea agreement (Doc. No. 282) the parties believed the correct calculation for the defendant was "37 to 46 months." (Doc. No. 282, p. 11). The plea negotiations were based on this calculation and ultimately the plea was entered into as a result of this belief.

3.     As part of the plea agreement, the government agreed to a 40 percent reduction in the applicable guideline range (Doc. No. 282, p. 4).

1

4.    The government will be filing a 5K1.1 motion requesting a 40 percent reduction from a guideline range of 151 to 188 months to a range of 90 to 112 months.

5.    At the time of sentencing, the defendant will have served more than 33 months in custody awaiting trial in order for the defendant to testify as well awaiting sentence after the defendant's trial testimony.

6.    The government does not object to the defendant's request for a variant sentence and believes that a sentence consistent with the original plea agreement (37 to 46 months) would be an appropriate sentence and would reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence, and protect the public from further crimes of the defendant.

Dated this 8th day of March, 2017.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

By   *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone (303) 454-0118
Fax (303) 454-0401
e-mail:   zachary.phillips@usdoj.gov
Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/Diana Brown*
Legal Assistant
U.S. Department of Justice