**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No: 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  CHRISTOPHER VIGIL,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT

The United States of America, by and through Robert C. Troyer, Acting United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment.

The Defendant entered a plea of guilty to Count Fifteen of the Superseding Indictment and admitted to the forfeiture allegations. The Defendant will be sentenced on that Count on March 21, 2017. Accordingly, the Government hereby moves to dismiss all remaining counts against this defendant.

In the government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines."   (See 6B1.2(a)).

    Respectfully submitted,
    Robert C. Troyer
    Acting United States Attorney

    By: *s/Zachary Phillips*
    ZACHARY PHILLIPS
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO 80202
    Telephone:   (303) 454-0215
    Fax: (303) 454–0401
    E-mail: zachary.phillips@usdoj.gov
    Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

                          *s/Diana Brown*
                          Legal Assistant
                          U.S. Department of Justice