**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No: 14-cr-00231-WJM-6

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.  CHRISTOPHER VIGIL,

      Defendant.

---

**ORDER TO DISMISS REMAINING COUNTS OF THE
INDICTMENT AS TO DEFENDANT**

---

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Christopher Vigil, and for good cause shown, it is hereby

ORDERED that other than Count Fifteen, to which the Defendant has pled guilty, all remaining Counts of the Indictment are dismissed as to Defendant Christopher Vigil.

DATED this _____ day of March, 2017.

          BY THE COURT:

          _____
          JUDGE WILLIAM J. MARTINEZ
          UNITED STATES DISTRICT COURT
          DISTRICT OF COLORADO