IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

15.    ROBERT PAINTER

       Defendant.

_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through Acting United States Attorney Robert C. Troyer and Assistant United States Attorney Wayne Campbell, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 21 U.S.C. § 853. In support thereof, the United States submits the following:

1.      In the Indictment in this case, the United States sought forfeiture pursuant to 21 U.S.C. § 853 of any and all property constituting or derived from any proceeds obtained, directly or indirectly, as a result of Counts One through Fifty-Nine, and Sixty-One through Sixty-Nine, including the following property:[1]

        a.     2004 Toyota 4-Runner SR5, VIN JTEZU14R748017522;

        b.     2004 Yamaha, VIN JYA2WEE024A088431;

        c.     $5,155.34 seized from Chase Bank Account # 135808860 held in the name of Ricky Garrison; and

---

[1] The only asset listed in the Indictment that Mr. Painter has an interest in is the 2004 Toyota 4-Runner. The remaining assets are being handled through the administrative process with the Federal Bureau of Investigation.

        d.       2010 Mitsubishi Galant ES, VIN 4A32B3FFXAE012061. (Doc. 251).

2.       On March 15, 2016, the United States and defendant Robert Painter entered into a Consent Agreement wherein defendant Robert Painter agreed to pay to the United States $3,500.00 in lieu of forfeiture of the subject 2004 Toyota 4-Runner SR5, VIN JTEZU14R748017522 and consented to the forfeiture of all funds paid to the United States in lieu of the vehicle.

3.       On June 17, 2016, Robert Painter entered into a plea agreement with the United States in which defendant agreed to forfeit to the United States any and all interest in all of the items the government has in its possession.  (Doc. 1023).

4.       Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on November 3, 2017, forfeiting to the United States any and all of Defendant Robert Painter's right, title and interest in the $3,500.00 in lieu of the subject 2004 Toyota 4-Runner SR5, VIN JTEZU14R748017522.   (Doc. 1141).

5.       The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

6.       Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

7.       The United States is unaware of any such specific third parties, who may have an interest in the identified assets.

8.      In addition, the United States published notice of the forfeiture via an

official government internet website for thirty consecutive days, from November 9, 2016

to December 8, 2016, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

WHEREFORE, the United States moves this Court for entry of the Final Order of

Forfeiture tendered herewith in accordance with 21 U.S.C. § 853.

DATED this 14th day of March, 2017.


Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney


By:      s/ *Wayne Campbell*
Wayne Campbell
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: wayne.campbell@usdoj.gov
*Attorney for the United States*


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2017, I electronically filed the
foregoing with the Clerk of Court using the ECF system which will send notice to all
counsel of record.

s/ Jody Gladura
FSA Data Analyst
Office of the U.S. Attorney


3