IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.    ROBERT PAINTER

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on June 4, 2014;

THAT a Preliminary Order of Forfeiture was entered on November 3, 2016;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition has expired;

THAT no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of $3,500.00 in lieu of the subject 2004 Toyota 4-Runner SR5, VIN JTEZU14R748017522 shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the above forfeited property and may dispose of them in accordance with law.

Dated this 14th day of March, 2017.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Court Judge