IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RICKY GARRISON,

      Defendant.

_____

**UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE**
_____

COMES NOW the United States of America, by and through Acting United States Attorney Robert C. Troyer and Assistant United States Attorney Wayne Campbell, and hereby gives notice to the Court that it will not seek forfeiture of $5,155.34 seized from Chase Bank Account # 135808860 held in the name of Ricky Garrison identified as subject to forfeiture in the United States First Bill of Particulars, filed on September 29, 2014, (Doc. 251), because this asset was administratively forfeited by the Federal Bureau of Investigation on February 10, 2017.

DATED this 20th day of March, 2017.

1

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

By: *s/ Wayne Campbell*
Wayne Campbell
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste 1600
Denver, CO 80202
303-454-0100
Email: wayne.campbell@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

*s/ Jody Gladura*
FSA Data Analyst
United States Attorney's Office

2