**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

_____

**UNOPPOSED MOTION TO EXTEND DEADLINE TO REPLY TO THE
GOVERNMENT'S SENTENCING STATEMENT**

_____

COMES NOW, Ricky Garrison, Defendant, by and through counsel, and hereby moves

the court to grant an extension of seven (7) days from the deadline of April 7, 2017, for

the defendant to reply to the government's Sentencing Statement.   In support of this

request, defendant states the following:

1.  The government filed their Sentencing Statement on March 24, 2017.

2.  Defendant's reply is due by April 7, 2017.

3.  Both of Mr. Garrison's attorneys were out-of-town last week.

4.  Counsel is requesting an additional seven (7) days from April 7, 2017, in which to

    file a reply to the government's Sentencing Statement.

1

5.  Counsel consulted with Assistant United States Attorney Zachary Phillips about this request and he does not object.

6.  No party is prejudiced by this request.

7.  The presentence interview of Mr. Garrison is scheduled for April 25, 2017, and as a result, the United States Probation Department will have ample time to review the position of the defense prior to the scheduled interview.

WHEREFORE, Defendant requests the Court to grant his Motion and the requests contained herein.

DATED at Denver, Colorado this, 4th day of April 2017.

Respectfully submitted,

/s/ Miller Leonard
Miller Leonard, Esq., #41029
14143 Denver West Parkway, Suite 100
Golden, CO 80403
Ph:     (720) 613-8783
Cell:   (303) 907-9516
Fax:    (720) 613-8782
Email:  Miller@themillerleonardlawfirm.com
ON BEHALF OF DEFENDANT GARRISON

/s/ Sean McDermott
McDermott Stuart & Ward LLP
One Sherman Place
140 East 19th Avenue, Suite 300
Denver, CO 80203
303-832-8888
303-863-8888 (fax)
smcdermott@mswdenver.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of this motion on April 4, 2017, electronically using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

Miller Leonard