1:14-cr-00231-WJM-8

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 APR 13 AM 11:49

JEFFREY P. COLWELL
CLERK
BY___

Honorable Judge Martinez

I, Abdul Halim Aswad Ali, was released from a federal hold on July 14 2015 and per my release placed on probation for 3 years. Prior to being released, I took full accountability for my actions which lead to my arrest and made the decision to contribute to my community and make a positive impact on humanity. I have followed and complied with all requirements to meet and satisfy my probationary conditions and have proven my dedication in upholding my personal promise to you Mr. Martinez to become a beacon in the community.

Personally, professionally, and through philanthropic efforts the benefits of my dedication have not been only satisfying the terms of my probation, but also satisfying to my soul. Being reunited with my family and children after over a year in jail, getting married to a beautiful wonderful woman, hosting over 20 community events in a years time, facilitating youth programs, and uplifting and mentoring young men in the community personally, have all become reasons why I am fueled to continue to serve families...ie, men, women & children both locally & abroad.

I am therefore requesting an early termination of my probation. I have humbly observed all of the terms of probation and haven't had a single violation in the year and a half since I've been under supervision. Who I have become is rooted in being incarcerated for over a year and seeing the dire need to help reduce the recidivism rate of formerly incarcerated men & women through job placement programs, workshops, support groups & spiritual upliftment. My Probation Officer, Ashley Diener suggested I request an early termination so I am now doing so.

Thank you for consideration.

Sincerely,

Abdul Halim Aswad Ali

AKA Dondrai Fisher

*Abdul Halim A.*
*Dondrai Fisher*

239 S. Revere St.
Aurora Co. 80012

720-400-3898
CELL 303-388-5466