IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.    DONDRAI FISHER,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. NO. 1314)

The United States of America, by and through Robert C. Troyer, Acting United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's response to defendant's motion for early termination of supervised release.

The Government objects to the defendant's request for early termination. The government was able to communicate with United States Probation Officer Ashlie Diener on today's date. PO Diener informed the Government of several reasons the defendant should not be granted early termination of Supervised Release[1]. Further,

---

[1] PO Diener will be emailing the Court as Ordered. In PO Diener's email she will share the same concerns with the Court.

1

the defendant has provided no documentation to support the claims in his motion.   The defendant's motion contains numerous claims that are either false or unsubstantiated.

Respectfully submitted this 14th day of April, 2017.

ROBERT C. TROYER
Acting United States Attorney

By: s/Zachary Phillips
ZACHARY PHILLIPS
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone:   (303) 454-0215
Fax: (303) 454–0401
E-mail: zachary.phillips@usdoj.gov
Attorney for Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 14th day of April, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                            *s/Diana Brown*
                            Legal Assistant
                            United States Attorney's Office