**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-231-8

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**8.    DONDRAI FISHER**,

    Defendant.

---

**ORDER DENYING MOTION FOR
EARLY TERMINATION OF SUPERVISION**

---

This matter is before the Court on Defendant's *pro se* Motion for Early Termination of Supervision (ECF No. 1314). The Court, having reviewed the Motion as well as the Responses from the Government and the Probation Office, ORDERS as follows:

The Defendant's Motion is DENIED for lack of sufficient good cause shown.

Dated this 17th day of April, 2017.

                              BY THE COURT:

                              _____
                              William J. Martínez
                              United States District Judge