IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231–WJM-11

UNITED STATES OF AMERICA,

 Plaintiff,

v.

11. MELVIN TURNER,

 Defendant.

_____

MOTION FOR VARIANT SENTENCE
_____

 Melvin Turner, by appointed counsel, moves the court to impose a sentence below the guideline range, and in support states:

1. The sentencing hearing is now set for May 12, 2017 at 10 a.m. [1246] Mr. Turner entered a guilty plea pursuant to a plea agreement on April 8, 2016. [908 & 910] The probation officer disclosed the preliminary presentence report on June 3, 2016. [997] The defendant filed objections to the presentence report on April 21, 2017. [1321] The court ordered the government to respond to the objections by May 3, 2017. [1322]

2. The indictment was filed June 4, 2014. On June 6, 2014 law enforcement officers went to Mr. Turner's residence at 2780 South Richfield Street to arrest him

1

and execute a search warrant. They brought a social worker with them because they knew his minor children also lived in the home. The officers found no one at home. The social worker contacted Mr. Turner. He told her he was in Las Vegas on his honeymoon. FBI agents then arrested Mr. Turner that day in Las Vegas, Nevada. He appeared before a United States Magistrate in the District of Nevada on June 9, 2014. The magistrate released Mr. Turner on a PR bond upon the recommendation of the government and the probation office. He has been on supervised pretrial release since that day.

3. Mr. Turner has cooperated with the Probation Office since his release. He has maintained a stable residence and gainful employment and supported his family. He has not had any law violations. He has complied with the terms and conditions of his pretrial release and completed the equivalent of a three-year term of probation.

4. The defendant expects the guideline range of imprisonment to be 15 – 21 months, based upon a total offense level of 10 and a criminal history category of IV, as he has advocated in his objections. The government will file a Section 5K1.1 departure motion and recommend a probation sentence in accordance with the plea agreement.

Mr. Turner requests a sentence to a probationary term. He files this motion to highlight reasons, in addition to his cooperation with the government, for the court to

sentence him to a term of probation rather than a term of incarceration.

Respectfully submitted,

ROBERT S. BERGER, P.C.

s/ Robert S. Berger
Robert S. Berger
P.O. Box 201088
Denver, Colorado  80220-7088
Telephone: (303) 436-1596
FAX: 1-866-811-7712
robberger@qwestoffice.net

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants:

MELVIN TURNER


/s/ Robert S. Berger
Robert S. Berger
PO Box 201088
Denver, Colorado  80220
Telephone: (303) 436-1596
robberger@qwestoffice.net