**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00231-WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    MELVIN TURNER,

    Defendant.

---

## GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT

---

The United States of America, by and through Robert C. Troyer, Acting United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Motion to Dismiss Remaining Counts of the Indictment.

The Defendant entered a plea of guilty to Count Sixty-two of the Indictment and admitted to the forfeiture allegations.   The Defendant will be sentenced on that Count on May 12, 2017. Accordingly, the Government hereby moves to dismiss the remaining counts of the Indictment remaining against the Defendant.

1

In the government's opinion, the remaining charge "adequately reflects the seriousness of the actual offense behavior and that accepting the agreement to dismiss counts will not undermine the statutory purposes of sentencing or the sentencing guidelines." (See 6B1.2(a)).

Respectfully submitted this 28th day of April, 2017.

> ROBERT C. TROYER
> Acting United States Attorney
>
> By: s/Zachary Phillips
> ZACHARY PHILLIPS
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 1801 California Street, Site 1600
> Denver, CO 80202
> Telephone:  (303) 454-0215
> Fax: (303) 454-0405
> E-mail: zachary.phillips@usdoj.gov
> Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0405
E-mail: Michelle.Trujillo@usdoj.gov