## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00231-WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    MELVIN TURNER,

    Defendant.

---

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
## PURSUANT TO U.S.S.G. § 5K1.1 AND 18 U.S.C. § 3553(e)

---

The United States of America, by and through Zachary Phillips, Assistant United States Attorney, hereby moves the Court to depart downward at the time of sentencing pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e).

In the plea agreement, the government agreed to file a motion for downward departure if the defendant provided substantial assistance to the government in the investigation and prosecution of this case.  Because the defendant has provided substantial assistance, the government respectfully requests the Court depart downward and impose a sentence of either probation or time served with a period of supervised release.[1]

---

[1] At the time of the plea agreement, the Government and defendant believed the advisory guideline range for the defendant was an offense level 10 and a CH level III (10 to 16 months).   Probation believes the defendant is a career offender.   The defendant has objected to this finding.   Regardless, the Government believes an appropriate sentence for this defendant and his actions in this case is what is recommended by the Government in this motion.

1

Under § 5K1.1 of the Sentencing Guidelines, the Court may depart from the applicable guideline range upon motion by the government, and the appropriate reduction shall be determined by the Court for reasons including, but not limited to, the following:

1. The Court's evaluation of the significance and usefulness of the defendant's assistance, taking into consideration the government's evaluation of the assistance rendered;
2. The truthfulness, completeness, and reliability of any information or testimony provided by the defendant;
3. The nature and extent of the defendant's assistance;
4. Any injury suffered, or any danger or risk of injury to the defendant or the defendant's family resulting from this assistance; and
5. The timeliness of the defendant's assistance.

Based on these factors, the government submits that the defendant provided information in the prosecution of the current case. The defendant met with law enforcement during the prosecution of this case, setting forth information about the co-defendants. The agents were able to verify and corroborate much of the defendant's information. The defendant agreed to testify against the co-defendants at trial. For the foregoing reasons, the government respectfully requests that the Court grant the Government's Motion for Downward Departure.

Respectfully submitted this 28th day of April, 2017.

                ROBERT C. TROYER
                Acting United States Attorney

By:  *s/Zachary Phillips*
       ZACHARY PHILLIPS
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       FAX: (303) 454-0405
       E-mail: Zachary.Phillips@usdoj.gov
       Attorney for the United States