IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    MELVIN TURNER,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS AND CORRECTIONS TO PRESENTENCE INVESTIGATION REPORT (DOC. NO. 1321)

The United States of America (the government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, and hereby responds to Defendant's Objections and Corrections to Presentence Report.

In reviewing all of the materials available to the government, the government agrees with the defendant's first objection to a recommendation that the defendant is a career offender. Although the government believes it is possible the defendant meets the requirement of a finding that the defendant is a career offender, the records are unclear and not sufficient to find by a preponderance of the evidence that in fact Mr. Turner is a career offender. As such, the additional objections by the defendant regarding his guideline calculations are also correct if the Court finds the defendant's first objection to be valid.

The government takes no position regarding the correction regarding where the defendant currently resides. The probation office is in a much better position and has better information in order to address this correction.

Dated this 3rd day of May, 2017.

                Respectfully submitted,

                Robert C. Troyer
                Acting United States Attorney

By  *s/Zachary Phillips*
                ZACHARY PHILLIPS
                Assistant United States Attorney
                U.S. Attorney's Office
                1801 California St., Suite 1600
                Denver, CO 80202
                Telephone (303) 454-0118
                Fax (303) 454-0401
                e-mail:  zachary.phillips@usdoj.gov
                Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of May, 2017, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS AND CORRECTIONS TO PRESENTENCE INVESTIGATION REPORT (DOC. NO. 1321)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      *s/Maggie E. Grenvik*
                                      Maggie E. Grenvik
                                      Legal Assistant