IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    MELVIN TURNER,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR VARIANCE (DOC. NO. 1324)

The United States of America, by and through Zachary Phillips, Assistant United States Attorney, hereby responds to defendant's Motion for Variant Sentence (Doc. No. 1324).

The Government does not object to the defendant's Motion for Variant Sentence.

Dated this 5th day of May, 2017.

    Respectfully submitted,

    Robert C. Troyer
    Acting United States Attorney

By   *s/Zachary Phillips*
    ZACHARY PHILLIPS
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California St., Suite 1600
    Denver, CO 80202
    Telephone (303) 454-0118
    Fax (303) 454-0401
    e-mail:  zachary.phillips@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of May, 2017, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR VARIANCE (DOC. NO. 1324)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant