IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date: May 12, 2017
Court Reporter:      Mary George              Probation: Melissa Roberts
                                             Time: one hour

_____

Criminal Action No.  14-cr-00231-WJM          _Counsel:_

UNITED STATES OF AMERICA,                    Zachary Phillips

        Plaintiff,

v.

11.  MELVIN TURNER,                          Robert Berger

        Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

10:06 a.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Berger

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

**ORDERED:** Government's Motion To Dismiss Remaining Counts of the Indictment [1325] is GRANTED.  All remaining counts are dismissed as to this defendant only.

**ORDERED:** Defendant's Motion For Variant Sentence [1324] is GRANTED IN PART.

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 And 18 U.S.C. § 3553(c) [1326] is GRANTED.

Defendant's Allocution

Defendant plead guilty to Count 62 of the Indictment on April 8, 2016.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Melvin Turner, is sentenced to a period of Probation for three years.

While on Probation the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court in District of Colorado General Order 2016-1.

The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance.

The defendant will be subjected to drug testing as directed by the probation officer.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Special Conditions of Probation:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:** The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:**   Defendant has no ability to pay a fine, and the fine is waived.

**ORDERED:**   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

The defendant is advised of his right to appeal.

**ORDERED:**   Defendant's bond is exonerated.

11:06 a.m.      Court in Recess
                Hearing concluded