1038

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-0231-WJM-1

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICKY GARRISON,

Defendant.

-----------------------------------------------------------------

REPORTER'S TRANSCRIPT
(Jury Trial - Day 7)
VOLUME VIII

-----------------------------------------------------------------

Proceedings before the HONORABLE WILLIAM J. MARTINEZ, Judge, United States District Court for the District of Colorado, commencing at 8:50 a.m., on the 1st day of March, 2017, in Courtroom A801, United States Courthouse, Denver, Colorado.

APPEARANCES

    ZACHARY H. PHILLIPS and CELESTE B. RANGEL, Assistant U.S. Attorney, 1801 California Street, Suite 1600, Denver, Colorado 80202, appearing for the plaintiff.

    MILLER M. LEONARD, Miller Leonard, P.C. 14143 Denver West Parkway, Suite 100, Golden, Colorado 80401 and
    SEAN M. McDERMOTT, McDermott Stuart & Ward, LLP, One Sherman Place, 140 East 19th Avenue, Suite 300, Denver, Colorado 80203, appearing for the defendant.

MARY J. GEORGE, FCRR, CRR, RMR
901 19th Street, Denver, Colorado 80294
Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

1039

```
 1                      P R O C E E D I N G S
 2           (Call to order of the court outside the presence of
 3      the jury at 8:50 a.m.)
 4              THE COURT:  All right.  We're back on the record.
 5      The record will reflect that the Government is represented
 6      in the courtroom by its attorneys and its case agents; the
 7      defendant is present in the courtroom, as well as his
 8      attorneys.
 9              Is there any matter we need to discuss before we
10      bring back the jury?
11              MR. PHILLIPS:  No, Your Honor.  Thank you.
12              THE COURT:  All right.  For the defendant?
13              MR. LEONARD:  No.  Not from the defense.  Thank
14      you.
15              THE COURT:  All right.  Let's bring in the jury.
16          (Jury was present at 8:52 a.m.)
17              THE COURT:  Ladies and gentlemen of the jury,
18      welcome back to day 7 of our jury trial.  The record will
19      reflect that all 12 members of the jury are present and
20      accounted for.  And at this time, we would like you to
21      return to the deliberation room to continue your
22      deliberations.
23          (Jury left the courtroom at 8:52 a.m.)
24              THE COURT:  We will be in recess until we have
25      another question from the jury or until we have a verdict.
```

1040

```
 1        (Recess 8:53 a.m.)
 2        (In open court outside the presence of the jury at
 3   3:50 a.m.)
 4        THE COURT:  All right.  We're back on the record.
 5   The record will reflect that the Government is represented
 6   by its attorneys and case agent; and the defendant is
 7   present in the courtroom with his attorneys.
 8        Another note from the foreperson.  We need a clean
 9   verdict packet, please.  Date, March 1st, 2016, signed by
10   the foreperson, Mr. Durdy.
11        Just so counsel knows, we were handed a verdict
12   form that's -- on the outside said "destroy."  And Ms.
13   Hansen has put it into this packet and, per the
14   instructions, we are going to do that.  We are going to
15   shred it.  I think what they mean by this is they want a
16   new verdict form, but I'm not entirely sure.  So what I
17   propose that we do is that we ask Mr. Durdy to come out
18   here and just ask him, By requesting a verdict packet, are
19   you asking us for a new verdict form?  And if he says yes,
20   all I'll do is hand him a new verdict form and he'll go
21   back in there, and then they'll keep deliberating.
22        If you want me to do something else, I'll consider
23   it.  Mr. Phillips.
24        MR. PHILLIPS:  That works fine for me.  It sounds
25   like that's certainly what they're asking for.
```

1041

```
 1                THE COURT:  Okay.
 2                MR. LEONARD:  That's fine with defense.  That's --
 3     we interpreted it that they wanted a clean sheet because
 4     they marked on it.
 5                THE COURT:  Okay.  So, Ms. Hansen, if you could
 6     ask Mr. Durdy to come out here, just on his own.
 7                What I can tell you is it may not happen today,
 8     but it looks like they're close to filling out a verdict
 9     form, so I'm going to instruct counsel not to leave the
10     building between now and 5:00.
11                Marshals, the defendant will be in the building;
12     is that correct?
13                U.S. MARSHAL:  Yes, Your Honor.
14                THE COURT:  Okay.  Good.  So in case he takes him
15     back and all they're going to do is fill out the form.
16          (In open court in the presence of foreperson, Mr.
17     Durdy, at 3:54 p.m.)
18                THE COURT:  So we have your note, Mr. Durdy.  So
19     we're interpreting your note to mean that you want a new
20     clean verdict form.  You gave us one that you may or may
21     not have started writing, I didn't even look at it, because
22     you covered it with a page that said "destroy."  And we
23     have it now in a sealed envelope here.  We are going to
24     destroy it.  We are going to shred it.
25                Was there something else you were asking for or
```

1042

```
 1    was it just a new verdict form?
 2              THE FOREPERSON:  No.  It was just that.  You gave
 3    us two copies before.  I think they're both in there,
 4    hopefully.
 5              THE COURT:  Two?  We should have only given you --
 6    when -- when I was done instructing, I handed you one
 7    verdict form --
 8              THE FOREPERSON:  We had two somehow.  So we only
 9    need one.
10              THE COURT:  You only need one.  You should not
11    have had two.
12              THE FOREPERSON:  So they should both be in
13    there.
14              THE COURT:  Because the instructions -- my
15    instructions said that you would be given one set.
16              THE FOREPERSON:  Do you want me to check that real
17    quick and see if there's two in there?
18              THE COURT:  Why don't we do that.  If you see
19    another set, another verdict form in the room, hand it to
20    the bailiff and he will bring it to us.
21              THE FOREPERSON:  Okay.
22              THE COURT:  Otherwise we will assume that's the
23    only one.  You should only have one.
24              THE FOREPERSON:  Okay.  And we should just write
25    on this "original" and that's it?
```

1043

```
 1            THE COURT:  That will be -- these here will have
 2   no further significance in the -- in this case.  That will
 3   be your verdict form.
 4            THE FOREPERSON:  Okay.
 5            THE COURT:  All right?
 6            THE FOREPERSON:  Thank you.
 7            THE COURT:  Thank you, sir.
 8         (Foreperson left the courtroom)
 9            THE COURT:  Okay.  So stick around the building
10   and we'll wait until 5:00, as we've done the last few days.
11   And if there's no verdict by 5:00, then you can leave the
12   building at that time and, Marshals, you can transport the
13   defendant at that time, and then we will be back tomorrow
14   morning.
15            If there is a verdict by 5:00, we'll notify you.
16            All right.  We will be in recess.
17         (Recess at 3:56 p.m.)
18         (Proceedings concluded at 3:56 p.m.)
19
20                   *     *     *     *     *
21
22                      REPORTER'S CERTIFICATE
23
24       I certify that the foregoing is a correct transcript
25   from the record of proceedings in the above-entitled
```

1044

1  matter.
2       Dated at Denver, Colorado, this 16th day of May, 2017.
3
4
5                               *Mary J. George* (signature)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25