UNCLASSIFIED//FOUO
Title III
TT13 - 3054075925
**TESUR REPORT**

| BY: |  | OFFICE: | SU1 | DATE: | 02/12/2017 |
|---|---|---|---|---|---|
| LINE ID: | 3054075925 | SOURCE: |  | LANGUAGE: | English |
| START DATE: | 05/16/2014 | TIME: | 13:10:57 MDT | DAY: | Friday |
| END DATE: | 05/16/2014 | TIME: | 13:14:45 MDT | DAY: | Friday |
| DURATION: | 00:03:52 | SESSION ID: | 126 | DIRECTION: | Outgoing |
| PARTICIPANTS: | From: (305) 407-5925,GARRISON, RICKY;To: (720) 557-1484,SCOTT, DESHAN ||||||
| RE: |  |||||

Date of Transcription:                                              2/12/2017

This is a transcript of a recorded telephone conversation between Ricky Garrison and an Unknown Male, which took place in Denver, Colorado.

This transcript has been compared to the audio recording from which it was made and to the best of my ability the transcript is a true, complete and accurate record of the recording.

KEY:

GARRISON:            Ricky Garrison
UM:                  Unknown Male
UI:                  Unintelligible
PH:                  Phonetic

AUTOMATED RECORDING:    Unlimited

TELEPHONE RINGING

UM:                  Hello.

GARRISON:            What you talkin' about, clown?

UM:                  Talking your ugly ass, nigga.

GARRISON:            Huh?

UM:                  Talking about your ugly ass nigga.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

| | |
|---|---|
| GARRISON: | I told you she ain't have court til today, the Sixteenth. |
| UM: | Oh I thought she had court yesterday. |
| GARRISON: | Nah, man, I told you the Sixteenth I said I had to be down here on the Fifteenth, you didn't listen. |
| UM: | How are things going? |
| GARRISON: | Huh? |
| UM: | How it go? |
| GARRISON: | We are here right now. |
| UM: | Oh. |
| GARRISON: | God dammit you only worry about one motherfuckin' thing. Talkin' about how it go. I'm gonna be there tomorrow, baby. |
| UM: | Hell yeah, how you gonna do it, I need me my money too but you know. |
| GARRISON: | Huh? |
| UM: | Just hurry up. |
| GARRISON: | Yeah, I got you, fool, it ain't, it ain't on me yet but I got you though. He just, he said was gonna be done Friday but he just called me not to long ago and told me Sunday but it's all good. It's right around the corner whichever way it go. |
| UM: | Um hum. |
| GARRISON: | Snd I'm gonna be um, I just gotta figure out what I'm gonna do with my, with my shit, like what I'm gonna do about this uh, about this back and forth thing. |
| UM: | Right. |
| GARRISON: | That's all I gotta figure out, shit cause I ain't gettin' on the high way with all my straps, but uh, I need. |
| UM: | I'm not fucking with this shit too. |

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

| | |
|---|---|
| GARRISON: | Huh? |
| UM: | What, how many you got? You ain't got that many, nigga. |
| GARRISON: | I got a little, I got a little nice little doowop(PH), I got a little Mac and then I got them two nines but I was also, with that nine I was thinking (UI), the one I got (UI). |
| UM: | Yeah you, you was gonna, you was gonna give me that nine, right? |
| GARRISON: | Aw man. |
| UM: | Aw shit. |
| GARRISON: | Here you go. |
| UM: | Here you go. |
| GARRISON: | Listen, man, hey man, and it, and it might be a little shorter than that eight hundred too, man. I told you, I said, I took a zip loss. |
| UM: | Aw look at this nigga, man. |
| GARRISON: | It ain't gonna be, it ain't gonna be nothin' major. |
| UM: | So what, seven ninty-nine? |
| GARRISON: | Huh, here you go, here you go. |
| UM: | Damn. |
| GARRISON: | You still gettin', you still getting' overages like a motherfucker, man. |
| UM: | Cut it out. |
| GARRISON: | So you. |
| UM: | Cut it out. |
| GARRISON: | You greedy man. |
| UM: | I knew it was gonna be something, I knew it, I knew it was gonna be something. |

UNCLASSIFIED//FOUO

| | |
|---|---|
| GARRISON: | Well thought it was you all took a light little loss but I ain't gonna hold that all to you but you know, damn. |
| UM: | Yeah it can't be all to me. |
| GARRISON: | Yeah I know. |
| UM; | I didn't leave that over there, you left it over there with the little homies and they decided to have some bitches over and have a party. |
| GARRISON: | Hey man, hey man no nobody want to hear all that shit right now man, like I said, you still get highly accommodated, you know what I'm sayin'? |
| UM: | Oh man, cut it out. Shit call me when you get up out of there. |
| GARRISON: | Alright. |
| UM: | Alright. |

(End of conversation)