# Attachment C