UNCLASSIFIED//FOUO
Title III
TT2 - 7206902310
**TESUR REPORT**

| BY: |  | OFFICE: | SU1 | DATE: | 02/12/2017 |
|---|---|---|---|---|---|
| LINE ID: | 7206902310 | SOURCE: |  | LANGUAGE: | English |
| START DATE: | 11/29/2013 | TIME: | 16:56:32 MST | DAY: | Friday |
| END DATE: | 11/29/2013 | TIME: | 16:57:03 MST | DAY: | Friday |
| DURATION: | 00:00:31 | SESSION ID: | 1486 | DIRECTION: | Outgoing |
| PARTICIPANTS: | From: (720) 690-2310;To: (720) 261-4660,PAINTER, ROBERT ||||||
| RE: | ||||||

Date of Transcription:  02/12/2017

This is a transcript of a recorded telephone communication between Ricky Garrison and Robert Painter, which took place in Denver, Colorado.

This transcript has been compared to the communication recording from which it was made and to the best of my ability the transcript is a true, complete and accurate record of the recording.

KEY:

GARRISON:   Ricky Garrison
PAINTER:    Robert Painter
UI:         Unintelligible
PH:         Phonetic

TELEPHONE RINGING

GARRISON:   Daddy is going to accidently knock the TV down on purpose.

PAINTER:    What's up?

GARRISON:   What up though?

PAINTER:    What's up with you?

GARRISON:   Do you still, you still come get that?

PAINTER:    Of course man, you know.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

| | |
|---|---|
| GARRISON: | I'm just, I'm just making sure man cause I'm fitting to go get it right now, I'm just making sure, that's it. |
| PAINTER: | Man you know, man. |
| GARRISON: | Alright I'm a be (UI). |
| PAINTER: | Its Friday man. |
| GARRISON: | I'm a be ready in a minute, it ain't gonna be that long. |
| PAINTER: | Alright then. |
| GARRISON: | Alright. |

(End of conversation)

UNCLASSIFIED//FOUO