**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

**UNOPPOSED MOTION FOR AN EXTENSION TO FILE SENTENCING
STATEMENT – MOTION FOR VARIANCE**
_____

    COMES NOW the Defendant, Ricky Garrison by and through counsel, and hereby requests an extension of one business day to file his Sentencing Statement and Motion For a Variant Sentence. As grounds, Mr. Garrison states the following:

    1.    The parties have conferred and the United States does not oppose the requested relief.

    2.    Consistent with this Court's Practice Standards, Mr. Garrison's sentencing statement and/or a Motion for Variance is due June 16, 2017, which is two weeks before his sentencing hearing.

    3.    All counsel and the Defendant have been working to meet this deadline and all deadlines associated with the sentencing hearing.

    4.    Since this case proceeded to jury trial, the pleadings associated with sentencing have been greater in number and in complexity than what usually occurs. This has required some additional consultation between defense counsel

1

and Mr. Garrison.

5. Without overstating the following, Mr. Garrison has had some medical issues that have impacted his ability to meet with counsel.

6. In addition to this, the wait time at the Geo Detention Facility has been long, and again without overstating this situation, it has impacted counsel's ability to do substantive work with Mr. Garrison's input.

7. The Court has previously ordered that both the Government and the Defense have until June 19, 2017 to file responses to the other party's objections to the pre-sentence report.

8. An extension of one business day, will make Mr. Garrison's Sentencing Statement and Motion for Variance due on this June 19, 2017 date.

9. A one-business-day extension should not impact the sentencing date.

10. Good cause does exist for this one-business-day extension.

Wherefore, Mr. Garrison respectfully requests that this Court give him until Monday, June 19, 2017 to file his Sentencing Statement and Motion for Variance.

DATED at Denver, Colorado this 14th day of July 2016.

Respectfully submitted,

S/ Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203
Phone: (303) 832-8888
Fax:    (303) 863-8888

Miller Leonard
14143 Denver West Pkwy., Suite 100
Golden, CO 80403
(720) 613-8783 Phone
(303) 907-9516 Phone - Cell
(720) 613-8782 Fax
Attorney for Defendant
CO Reg. # 41029
milller@themillerleonardlawfirm.com

3

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2017, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

4