IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: June 14, 2017 |
| Court Reporter:     Mary George | Probation: MariJo Paul |
| | Time: 68 minutes |

_____

| | |
|---|---|
| Criminal Action No. 14-cr-00231-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Celeste Rangel |
|      Plaintiff, | |
| v. | |
| 6.  CHRISTOPHER VIGIL, | Andres Guevara |
|      Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.     Court in Session

Appearances

The defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Ms. Rangel

Sentencing Statement by Mr. Guevara

**ORDERED:**   The Government's Motion to Dismiss Remaining Counts Of The
Indictment [1292] is GRANTED.

1

**ORDERED:** The Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility is GRANTED.

Defendant's Allocution

**ORDERED:** The Motion For a Variant Sentence Or Non-Guideline Sentence Pursuant To Title 18, United States Code, Section 3553 [1285] is GRANTED IN PART.

> Defendant plead guilty to Count 15 of the Indictment on November 12, 2017.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the Defendant Christopher Vigil is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of SIXTEEN months.

In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.

The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.

The Court recommends that the Bureau of Prisons place the defendant in a facility with a residential drug abuse, RDAP, or comparable substance abuse program.

**ORDERED:** Upon release from imprisonment defendant is placed on supervised release for a term of three years.

While on Supervised Release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court in District of Colorado General Order 2016-1.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**  Special Conditions of Supervised Release:

    1.    The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from that program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:**  The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:**  Defendant has no ability to pay a fine, and the fine is waived.

**ORDERED:**  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, as well as the defendant's admission to the forfeiture allegation in the indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from the proceeds of the instant offense and as stipulated to in the Plea Agreement.

The defendant is advised of his right to appeal.

Argument/Discussion regarding voluntary surrender.

Court's findings regarding voluntary surrender entered on the record.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

03:08 p.m.     Court in Recess
                Hearing concluded