IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,
2. JAMES TILLMON,
3. CHRISTOPHER MARTINEZ,
4. FRANSISCO AGUILAR,
5. SIMEON RAMIREZ,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. **SHAWN BEARDSLEY,**
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINER, AND
16. LATOYA WIMBUSH,

    Defendants,

---

### MOTION FOR EARLY RELEASE FROM SUPERVISION

Shawn Beardsley, by and though counsel submits the following Motion for Early Release from Supervision and states:

1. On September 14, 2015, Mr. Beardsley was sentenced in this case to time served (which was 18 months) along with 3 years supervised release. ( Document 584)

1

2. Simultaneously, he was sentenced in Arapahoe County case 2012CR1487. In that case, he pled to possession of marijuana and received a sentence of 3 years probation to run concurrent with the Federal Sentence in the above captioned matter.

3. Since being on Federal and Arapahoe County supervision, Mr. Beardsley has had not police contacts of any kind.

4. In Arapahoe, he completed a class on recidivism and graduated after 3 months.

5. During his supervision in Arapahoe, he has tested clean on every drug/alcohol test given to him.

6. Additionally, he passed 3 drug tests for his Federal supervision.

7. Mr. Beardsley has not missed any of his probation appoints, either Arapahoe or Federal.

8. Mr. Beardsley has been working in construction with D.B. Buildiers, LLC, his own company. Last year, he earned $54,000 and expects to exceed that amount this year.

9. Because he has been so compliant with supervision, his Arapahoe County probation Officer, Saara Alakoski wrote a letter, attached hereto as Exhibit A.

10. As noted in Exhibit A, the Arapahoe County D.A. and Judge decided to terminate his probation a year and a half early.

11. Mr. Beardsley is seeking early release from his Federal supervision. This is set to end approximately September, 2018.

12. Undersigned contacted the Federal probation officer, Mr. Evans, who advised that Mr. Beardsley has been compliant with his supervision but that he doesn't take a position in advance of filing a motion such as this.

13. Undersigned contacted the AUSA in this matter who is out of town and therefore didn't get back with his position before this filing.

Based upon the records of Mr. Beardsley, his compliance with both the Arapahoe and the federal supervision, it would be appropriate to release Mr. Beardsley early from Supervision so that Mr. Beardsley can concentrate further on building his business to support his wife and child.

Respectfully submitted,

s/ Elisa Moran
Elisa Moran
8451 E. Oregon Place
Denver, Co 80231
(Ph) 303-745-6560
(Fax) 303-632-5998
(Email) elisaatty@aol.com
Attorney for Defendant, Beardsley

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on this 15th day of June, 2017, which will send notification of such filing to the following email addresses:

Zachary Phillips
AUSA
Zachary.phillips@usdoj.gov

s/Elisa Moran
Elisa Moran