

**PROBATION DEPARTMENT**
EIGHTEENTH JUDICIAL DISTRICT
STATE OF COLORADO

6904 S. Lima St.
CENTENNIAL, COLORADO 80112-4041
Telephone 720-213-7800
Fax 720-213-7801

BRANCH OFFICES:

Arapahoe County Justice Center
7305 S. Potomac St. #300
Centennial, CO 80112-4041
303-708-8793 Fax 303-662-5900

1610 W. LITTLETON BLVD., 2ND FL.
LITTLETON, CO 80120-1298
303-418-1400  FAX 303-418-1401

15400 E. 14TH PL., RM. 400
AURORA, CO 80011-5873
303-418-1300  FAX 303-418-1301

4000 JUSTICE WAY, STE. 2580
CASTLE ROCK, CO 80109-7546
720-437-6300  FAX 303-660-3314

103 THIRD AVENUE  P.O. BOX 278
HUGO, CO 80821-0278
719-743-2277     FAX 719-743-6002

751 UTE ST.  P.O. BOX 350
KIOWA, CO 80117-0350
303-621-8016

DOUGLAS GRAY
CHIEF PROBATION OFFICER

May 5, 2017

To whom it may concern:

I supervised Shawn Beardsley for his Arapahoe County probation case from June 2016, until April 26, 2017, when the District Attorney and the Judge agreed to terminate his probation a year and a half early. Throughout this time, Shawn always showed up for his appointments and finished what he was asked to complete. Shawn completed the cognitive behavioral therapy program Thinking for a Change in March 2016, and submitted clean urinalysis screens through September 2016. Shawn always had a good attitude in our meetings, and because he finished all of his probation conditions, I decided to file for early termination.

Please contact me with any questions.

Respectfully,

Saara Alakoski
Probation Officer
(303) 418-1336

"A"