# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

#1 RICKY GARRISON,

       Defendant.

_____

**MOTION TO FOR LEAVE TO GO OVER THE PAGE LIMIT FOR RICKY GARRISON'S SENTENCING STATEMENT AND MOTION FOR VARIANT SENTENCE**
_____

COMES NOW, Ricky Garrison, Defendant, by and through counsel, and hereby requests permission to go over the page limit for his *Sentencing Statement and Motion for Variant Sentence.* As grounds Mr. Garrison states the following:

1. Mr. Garrison was the subject of a complex indictment and superseding indictment.

2. The case went to trial. The emphasis of Mr. Garrison's Sentencing Statement and Motion for Variant Sentence is that the Court should ensure that Mr. Garrison's sentence is proportionate to the sentences handed down to other codefendants.

1

3.  Given the complexity of the case, the fact that the case went to trial, that counsel found it necessary to address all codefendants circumstances, the relevant law, and Mr. Garrison personal characteristics, the Motion is over 15 pages.

4.  Without good cause this Honorable Court requests that pleadings be limited to 15 pages. See *Honorable Judge William Martinez Practice Standard III. C. 1*.

5.  Under the circumstances, Mr. Garrison requests the Court to find good cause and to accept his Sentencing Statement and Motion for Variant Sentence that is more than 15 pages.

Wherefore Mr. Garrison, respectfully requests this Court to accept his Sentencing Statement and Motion for Variant Sentence.

DATED, this 19th day of June 2017.

Respectfully submitted,

s/ Sean M. McDermott
   Sean M. McDermott
   McDermott Stuart & Ward LLP
   140 E. 19th Avenue, Suite 300
   Denver, CO 80203
   Phone: (303) 832-8888
   Fax: (303) 863-8888

   Miller Leonard
   14143 Denver West Pkwy. Suite 100
   Golden, CO 80403
   (720) 613-8783 Phone
   (303) 907-9516 Phone - Cell
   (720) 613-8782 Fax
   milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, I electronically filed the foregoing **Pleading** and that a copy was delivered to all parties of record and designated to receive this motion by the District of Colorado's ECF filing system.

s/ Sean *McDermott*
Sean McDermott