**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM-12

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**12.  SHAWN BEARDSLEY,**

    Defendant.

_____

**RESPONSE TO MOTION FOR EARLY RELEASE FROM SUPERVISION [ECF #1358]**
_____

    The United States of America, by and through Robert C. Troyer, Acting United States Attorney for the District of Colorado, and Celeste Rangel, Assistant United States Attorney, hereby responds to the defendant's motion for early release from supervision [ECF #1358] and respectfully requests that this Court grant the motion.

1.    On September 11, 2015, this Court sentenced the defendant to credit for time served in pretrial detention (approximately 463 days) and three years' supervised release.  *See* Judgment, ECF #584.

2.    The defendant now seeks early termination of his three-year term of supervised release.  The defendant's current term of supervised release is set to end in September 2018.  The government does not oppose the defendant's request.

3.    Pursuant to 18 U.S.C. § 3583(e)(1), the defendant is eligible for early termination of supervised release so long as the Court is satisfied that early termination is warranted by the defendant's conduct and the interests of justice.  The factors to be

considered for early termination are those set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable. *Id.*

4. The government does not object to early termination of supervised release as the defendant has complied with the terms of his supervision. Undersigned spoke with Kenneth Evans, the defendant's supervising probation officer since September 2016. The defendant has had no issues while on supervision, has had no positive tests for drug usage, and no contact with law enforcement. He has maintained a steady residence with his mother and steady employment. At this time, there are no further issues to be addressed through supervision. Though the defendant has significant criminal history, his conduct while on supervision since 2015, both federally and in Arapahoe County, indicates that he is actively improving his life and making positive choices. Based on the defendant's conduct while on supervision, the government believes that the interests of justice are satisfied with early termination of supervised release.

WHEREFORE, for the foregoing reasons, the government respectfully requests that this Court grant the defendant's motion for early release from supervision [ECF #1358].

Dated this 20th day of June, 2017.

        Respectfully submitted,

        ROBERT C. TROYER
        Acting United States Attorney

By:  *s/Celeste Rangel*
      Celeste Rangel
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Tel: (303) 454-0100
      Fax: (303) 454-0409
      celeste.rangel@usdoj.gov
      Attorney for the government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2017, I electronically filed the foregoing Response to Motion for Early Release from Supervision [ECF #1358] with the Clerk of the Court using CM/ECF which will send notice to all parties of record.

        *s/ Celeste Rangel*
        Celeste Rangel
        Assistant United States Attorney