# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO
### PROBATION OFFICE

| | | |
|---|---|---|
| **LAVETRA A. CASTLES**<br>**Chief U.S. Probation Officer**<br><br>Byron G. Rogers U.S. Courthouse<br>1929 Stout Street, Suite C-120<br>Denver, CO 80294-0101<br>Phone: (303) 844-5424<br><br>212 North Wahsatch Avenue, Suite 300<br>Colorado Springs, CO 80903-3476<br>Phone: (719) 471-3387 | June 21, 2017 | **ELIZABETH MILLER**<br>**Deputy Chief U.S. Probation Officer**<br><br>400 Rood Avenue, Room 309<br>Grand Junction, CO 81501-2520<br>Phone: (970) 245-5396<br><br>103 Sheppard Drive, Suite 206<br>Durango, CO 81303-3439<br>Phone: (970) 385-9564 |

RESPOND TO:   Denver

RE:   Defendant:  Shawn **BEARDSLEY**
        Docket No.: 1:14CR00231-12
        **PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISION [Document 1358]**

This correspondence follows the Court's directive that the Probation Office respond to the defendant's motion for consideration of early termination of supervised release by June 21, 2017.

On September 11, 2015, the defendant was sentenced by your Honor to eighteen (18) months imprisonment for Distributing and Possession with Intent to Distribute Less than 100 Grams of a Mixture of Substance Containing a detectable Amount of Heroin, a Scheduled I Controlled Substance, and Aiding and Abetting in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(c) and 18 U.S.C. § 2.  Additionally, the defendant was sentenced to a three (3) year term of supervised release and assessed a $100.00 special assessment.

The defendant commenced his term of supervised release on September 23, 2015.  He has been on supervised release for approximately twenty-one (21) months, which makes him statutorily eligible for early termination, pursuant to 18 U.S.C. § 3583(e)(1).  However, in evaluating suitability for early termination under this statute, the Probation Office is mandated to consider the following criteria that have been approved by the Judicial Conference Committee on Criminal Law.  The defendant shall have:

- stable community reintegration (e.g., residence, family, employment);
- progressive strides toward supervision objectives and in compliance with all conditions of probation;
- no aggravated role in the offense of conviction, particularly large drug or fraud offenses;
- no history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
- no recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
- no recent evidence of alcohol or drug abuse;
- no recent psychiatric episodes;
- no identifiable risk to the safety of any identifiable victim; and
- no identifiable risk to public safety based on the Risk Prediction Index (RPI) score of zero (0) or one (1).

During the defendant's time under supervision he completed all treatment requirements.  He has never submitted a positive drug test and there has been no indication of substance abuse.  He has maintained employment throughout his term of supervision.  Mr. Beardsley is self-employed with DB Builders LCC.  He also works on the weekends doing maintenance and repairs for local Home Owner Associations.  His business is established and his team often gets contracts to build custom homes.  Mr. Beardsley has lived in the same location since January 2016.  His $100.00 special penalty assessment has been satisfied.

In reviewing the defendant's case history, his criminal history, and considering the above criteria only one issue of concern is represented.  As it relates to the no identifiable risk to the public principle, Mr. Beardsley has a RPI score of 9 due to his extensive criminal history.  Although I would characterize his history as concerning, I feel that he has established himself in the community and there is no indication that he plans to go back to a life of crime.

Based upon the conduct of the defendant and in the interest of justice, the probation office does not oppose the offender's motion for early termination of supervision at this time.

Should the Court have any questions regarding the above, please contact this officer at: (303) 335-2425.

Respectfully Submitted,

*s/Kenneth Evans*
Kenneth Evans
United States Probation Officer
June 21, 2017

Approved:

*s/James M. Murphy*
James M. Murphy
Supervising United States Probation Officer
June 21, 2017