IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-231-WJM-12

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**12. SHAWN BEARDSLEY**,

    Defendant.

---

## ORDER GRANTING MOTION FOR EARLY RELEASE FROM SUPERVISION

---

This matter comes before the Court on the Defendant's Motion for Early Release from Supervision (ECF No. 1358). The Government and the Probation Office have filed responses stating they have no objection to early termination. The Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

The Defendant's Motion is GRANTED for good cause shown. The Defendant shall be immediately discharged from Supervised Release and the proceedings in this matter shall be TERMINATED.

Dated this 21st day of June, 2017.

BY THE COURT:

_____
William J. Martínez
United States District Judge