IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendant.

_____

## Motion to Strike

_____

COMES NOW, Ricky Garrison, Defendant, by and through counsel, and hereby files this Motion to Strike. In support of this motion, defendant states the following:

1. The government filed a response to defendant's request for a non-guideline sentence (Doc. #1370).

2. Within the government's response, the government alluded to unsubstantiated allegations concerning the defendant, namely that Mr. Garrison is the subject of a murder investigation, that he has information concerning an Atlanta federal RICO indictment, and that many of the cooperating codefendants are scared of Mr. Garrison.

3. Defendant moves to strike any and all allegations as listed in ¶ 2 of this motion and which are asserted in Doc. #1370, pgs. 3-7.  These allegations are unsupported, unsubstantiated, lack any indicia of reliability, and further, the defense has been informed that the government does not intend to put on any direct evidence regarding either the alleged murder or RICO allegations as these are on-going investigations.  Further, the defense has not been provided any discovery regarding the alleged murder and RICO charges, and, as a result, cannot properly defend such allegations.

4. The defense further asserts that F.R.E. 410 prohibits the introduction of any of the plea negotiations contemplated by the defense and the government and moves to strike any reference to such negotiations from Doc. #1370.

Wherefore, for the reasons stated herein, defendant requests the Court strike the information outlined in this motion from the Government's Response to Ricky Garrison's Statement and Motion for Variant Sentence.

DATED at Denver, Colorado this, 27th day of June 2017.

Respectfully submitted,

*/s/ Miller Leonard*
Miller Leonard, Esq., #41029
14143 Denver West Parkway, Suite 100
Golden, CO 80403
Ph:   (720) 613-8783
Cell:  (303) 907-9516
Fax:  (720) 613-8782
Email: Miller@themillerleonardlawfirm.com
ON BEHALF OF DEFENDANT GARRISON


/s/ Sean McDermott
McDermott Stuart & Ward LLP
One Sherman Place
140 East 19th Avenue, Suite 300
Denver, CO 80203
303-832-8888
303-863-8888 (fax)
smcdermott@mswdenver.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the case.


Miller Leonard

3