# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendants.

## DEFENDANT'S MOTION TO RESTRICT DOC #1373

Ricky Garrison, by and through undersigned counsel, hereby requests leave to file Doc. #1373, level 3.  This motion is made pursuant to D.C.COLO.LCrR 47.1.

There is no practical manner in which to redact the motion.

The public has no interest in the details; the government will be provided a copy of the information.

The contents of the filing in Doc. #1373 are not matters subject to either public disclosure due to the fact that the documents are medical records.

Defendant is filing Doc. #1373 subject to level 3 restriction and is filing this motion contemporaneously.  A copy of the documents filed in Doc. #1373 are being provided to the government independent of this filing.

Respectfully submitted and  DATED at Denver, Colorado this 28th day of June, 2017.

1

Respectfully submitted,

/s/Miller Leonard
14143 Denver West Pkwy., Suite 100
Golden, CO 80403
(720) 613-8783 Phone - Office
(303) 907-9516 Phone - Business Cell
(720) 613-8782 Fax
/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
milller@themillerleonardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2017, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

/s/ Miller Leonard