**Jim Tillmon,**# 153892
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, Colorado 81062-8700
719.267.3548

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2017

JEFFREY P. COLWELL
CLERK

**Zachariah Phillips,** Deputy Chief
United States Attorney's Office
Criminal Division
1225 17th Street, Ste 700
Denver, Colorado 80202

**Jeffrey P. Colwell,** Clerk
United States District Court
Alfred A. Arraj US Courthouse
901 19th Street
Denver, Colorado 80294

June 6, 2017

**Re:** 1:14 – Status Request of Administrative/Letter For PSCC

Greetings,

On February of 2017 I submitted a letter requesting credit for the pre-sentence confinement credit (PSCC) on the time I served in federal custody in the Douglas County jail – in an attempt to administratively address the issue that my punishment in State prison is virtually being increased by virtue of my active federal detainer in the instant case no. 14 cr 231.

I am writing now to check the status on the response to my letter request, because I have yet to receive any acknowledgment regarding my request. Further, I submit this status request to the Clerk of the United States District Court (U.S.D.C.) of Colorado, as well as to the United States Attorney General's Office in Colorado, so that the request can be assured to reach the appropriate official for being addressed. Whereas, its unclear to me if the U.S. Atty General received my initial letter-request.

A copy of the initial letter is attached. The letter generally asks the A.G. For special considerations of my specific circumstances, because my state sentence in 12 CR 5598 is consecutive to my federal case and I am eligible for release to the halfway-house and parole in my state sentence, but both are being denied due to my federal detainer. As such, my state sentence is being enlarged by the mere existence of my federal sentence that has yet to start – and will not startuntil the state releases me to it. This increase of my punishment is likely violating my 8th Amendment right.

I am asking the A.G. For my PSCC herein, because with those credits both my federal and state sentences will be rendered equal, in that, I would then be eligible for the halfway-house in my federal case too (with those credits). See, e.g., Vegas v. U.S., 493 F.3d 310, 314 (3rd Cir. 2007). With the credit I would then be able to be released to a halfway-house in both cases, so the federal

detainer would no longer serve to cause me to be denied release to my federal sentence by the state because the state could submit me to a federal halfway-house.

In closing, I thank you in advance and your prompt reply to this communication will be greatly appreciated.

Respectfully submitted,

Jim Tillmon, # 153892

Zachariah Phillips, Deputy Chief ... 303.454.0203

Jeffrey P. Colwell, Clerk ... 303.844.3433

**c:** /file

**enc(s):** Copy of the initial letter-request dated February of 2017

**Jim Tillmon,**# 153892
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, Colorado 81062-8700
719.267.3548

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 29 2017**

JEFFREY P. COLWELL
CLERK

**Zachariah Phillips**, Deputy Chief
U.S. Attorney's Office – Denver
Criminal Division
1225 17th Street, Ste 700
Denver, Colorado 80202

June 16, 2017

**Re:** Status/Disposition of Credit For Prior Custody submitted February 22, 2017
USA v. Hernandez ... Federal Case No. 1:15-cr-00219-REB

Dear Mr. Phillips,

Please forgive my intrusion of your schedule, I will try to be brief.

On February 22, 2017 I submitted my Credit For Prior Custody (*enclosed*) request to
Zachariah Phillips, Asst. U.S. Attorney in my case and on or about March 6, 2017 I received the
**enclosed** Notice of Electronic Filing from the U.S. District Court dated 3/2/2017.

I scribe simply to request the status/disposition of my request on Credit For Prior Custody.

In closing, I thank you in advance and your prompt reply will be greatly appreciated.

Respectfully submitted,

Jim Tillmon,# 153892

**Zachariah Phillips**, Deputy Chief  ... 303.454.0203

c: /file
enc(s): Two (2) page Letter to Zachariah Phillips, Asst U.S. Attorney dated February 22, 2017;
One (1) page U.S. District Court / Notice of Electronic Filing dated 3/2/201

**Jim Tillmon,** # 153892
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, Colorado 81062-8700
719.267.3548

**Zachariah Phillips,** Deputy Chief
United States Attorney's Office
Criminal Division
1225 17th Street, Ste 700
Denver, Colorado 80202

February   , 2017

Re: Request For Credit For Time Served – Case No. 1:14-cr-00231-WJM-2

Dear: U.S. Attorney General - - c/o Mr. Zachariah Phillis

I was officially detained in my Federal Case # 1:14-cr-00231-WJM-2 on June 5, 2014 by the U.S. Marshal in Harris County and ultimately sentenced on 10-12-14 in the case on 12 CR 5598, however, I did not receive any credit for Time Served on any of my 22 months I spent in the official detention of the BOP.

So could you pleaase, through the BOP, give me credit against the federal sentence imposed, or please send me the appropriate administrative remedy forms I need for my request for grant of the credit.

Initially, as a reminder, and to assure you that my request is not in no way in conflict with your original position regarding my case, I have enclosed a letter from my defense-attorney which has high-lighted your original position regarding my sentencing. See Attachment.

Sir, the reason I believe i'm entitled to the credit is because without it my punishment in state prison is being increased by virtue of the active federal detainer in Case # 1:14-cr-00231-WJM-2. If it were not for that detainer I could have been accepted to a State Halfway House in December of 2014, but because of the detainer I could not apply. Furthermore, if it had not been for the federal detainer I could have been released by the State to federal custody where I would begin my RDAP Rehabilitation, which would speed my release.

Therefore, my State confinement is equivalent to my Federal confinement in this case and my credit for my Time Served should be credited to my federal conviction, i.e., with the credit I'd be at the mandatory Supervised Release portion of my federal sentence. Furthermore, since the detainer causes me to not be eligible for state supervised release (the state halfway house), my confinement is effectively being increased and prolonged. With the credit I'd be able to start my supervised release portions of both confinements-making the confinements equivalent. See e.g., Vega v. U.S., 493 F.3d 310, 314 (3rd Cir. 2007).

U.S. v. Dorsey, 166 F.3d 558
U.S. v. Haney, 711 F.2d 113
Vega v. U.S., 493 F.3d 310
U.S. v. Descally, 254 F.3d 1328

Respectfully submitted,

*Jim Tillmon*

Jim Tillmon,# 153892

**c:** /file
**enc(s):** Copy of the initial letter-request dated February of 2017

CLIFFORD J. BARNARD
*Attorney at Law*

4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303

*email: cliffbarnard@earthlink.net*

Telephone:  (303) 546-7947
Facsimile:   (303) 444-6349

May 7, 2015

James Tillmon
Douglas County Detention Facility
4000 Justice Way, Suite 2630
Castle Rock, Colorado 80109-7547

Dear James:

Enclosed please find the following:

(1)  a copy of co-defendant Beardsley's *Notice of Disposition and Motion for Change of Plea Hearing* (Doc. 429) filed on May 6, 2015 (4 pages); and

(2)  a copy of the *Notice of Electronic Filing* (Doc. 430) in co-defendant Beardsley's case filed on May 6, 2015 and setting his change of plea hearing for June 9, 2015 (1 page).

I am sending you these both to let you know that another co-defendant has entered into a plea disposition and to show you that the change of plea hearing is being set for about a month after the filing of a notice of disposition (as opposed to the 2 weeks I predicted it would be when I met with you on Tuesday, May 5, 2015).

I spoke with A.U.S.A. Phillips after your and my Tuesday meeting and discussed with him the questions you and I discussed at our meeting. His responses to my questions and arguments were:

(1)  with regard to the count(s) to which you are to plead guilty, you will plead guilty only to Count 1 (conspiracy) and the rest of the charges will be dismissed;

(2)  with regard to whether he will recommend the low end of the sentencing guidelines, he said that he will probably recommend the low end as long as you don't get into any significant trouble while incarcerated and awaiting sentencing (he gave examples of significant trouble to be assaulting an officer or intimidating or interfering with a witness);

(3)  with regard to whether he would agree to or would not object to concurrent sentencing with your state sentence, he said that he would "leave it up to the judge;" and

James Tillmon #153892

Crowley County Correctional Facility
CCCF Facility
6564 State Highway 96
Olney Springs, CO 81062-8700

LEGAL USE ONLY

CCCF
FACILITY

6/26/17
DATE REC'D

SPONSLER
STAFF LAST NAME

Anderson

Tillmon
OFFENDER LAST NAME

JT.
INT

153892
DOC#

United States District Court Clerk

Jeffrey P. Colwell

901 19th St.

Denver, CO 80294

LEGAL MAIL