IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

## JOINT PROPOSED SCHEDULING ORDER

---

    THE UNITED STATES OF AMERICA, by Acting United States Attorney Robert C. Troyer, through the undersigned Assistant U.S. Attorneys, and counsel for the defendant, Miller Leonard and Sean McDermott, hereby respectfully requests the Court grant the proposed Joint Scheduling Order.

    The parties have met in person as well as spoke on several occasions in an attempt to get the most realistic as well as judicially economical scheduling order.

    Presently, the defendant is requesting information pertaining to the defendant's alleged gang involvement, evidence implicating the defendant in a state murder case, and evidence that cooperating witnesses have been or are fearful as a result of their cooperation.

    The requested information is presently not in the possession of the United States Attorney's Office for the District of Colorado. However, the government has been attempting to retrieve information from the Aurora Police Department (Homicide Department and Gang Unit), the Flint,

Michigan Police Department, and the United States Attorney's Office, Northern District of Georgia.[1]

Presently, the lead detective handling the Aurora homicide is out of the office and is not scheduled to return until July 25, 2017.

The parties would ask that the Court allow 30 days in order for the Government to collect any information that other agencies are willing to share. As this information is gathered, the government will discover the information with defense counsel and the parties will continue to work together to avoid any need for the filing of motions. An additional 15 days for the defense to review the information. Defense would then be ordered to prepare and file any motions requesting additional information on or before September 1, 2017. The Government[2] would be ordered to respond on or before September 15, 2017.

The parties request the Court make the following orders:

Defense Motions filing date: September 1, 2017

Responses due: September 15, 2017

---

[1] The list of agencies to be contacted may increase depending on information received from the initial agencies.
[2] The government response date would also be the date for any outside party who wishes to file a response or position regarding information not held by the government to respond to the request.

Respectfully submitted this 14th day of July, 2017.

        ROBERT C. TROYER
        ACTING UNITED STATES ATTORNEY
        DISTRICT OF COLORADO

By: *s/Zachary Phillips*
    ZACHARY PHILLIPS
    Assistant United States Attorney
    1801 California St., Suite 1600
    Denver, CO 80202
    Telephone:   (303) 454-0118
    Fax:   (303) 454-0401
    e-mail:   zachary.phillips@usdoj.gov
    Attorney for the Government

By: *s/Celeste Rangel*
    CELESTE RANGEL
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California St., Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0215
    Fax: (303) 454‒0401
    e-mail: Celeste.rangel@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of July, 2017, I electronically filed the foregoing JOINT PROPOSED SCHEDULING ORDER using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                            *s/Maggie E. Grenvik*
                                            Maggie E. Grenvik
                                            Legal Assistant