FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JUL 25 PM 3: 02

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# DEAR, YOUR HONORABLE JUDGE WILLIAM, J MARTINEZ

My name is Latoya C Wimbush case # 1-14-CR-00231 and I was sentence to three years' probation I'm writing this letter with sincerity and honesty humbly asking to be granted earlier release of probation do to good behavior. I've been on a total of 13months and before that I was on pre trail for two years.in which time I maintain my employment at anthem blue cross blue shield as a health program rep where I've receive multiple certificates in the two years employed with them as well as raises. As so apart of my per trail release I was asked to take therapy class in which I did for two years and maintain a healthy life style and living habits, since being on probation I've bettered myself and the company I keep I know longer allow myself to be a follower but a leader of my success. I know longer involve myself with a unsafe life style I've also maintain clean U.AS since my probationary period I ask that you take all of my accomplishment in to concretion when giving your decision I want to thank you for taking the time and patience in reading my letter.

SINCERELY, Latoya Wimbush

latoya wimbush
1585 Lima St
Aurora CO 80010
720.451.3581

latoya wimbush
1585 Lima St
Aurora CO 80010