IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number:     14-cr-00231-WJM-16

UNITED STATES OF AMERICA,

        Plaintiff,

v.

16.    LATOYA WIMBUSH,

        Defendant.

---

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISION (DOC 1384)

---

The United States, by Robert C. Troyer, Acting United States Attorney for the District of Colorado, and through the undersigned Assistant United States Attorney, hereby responds to Defendant Latoya Wimbush's *pro* se Motion for Early Termination of Supervision (Doc 1384). The Government, having consulted with the defendant's supervising probation officer, hereby objects to this request. In support of its position, the government states the following:

1.    The defendant entered a plea in this matter on March 14, 2016 to Distribution and Possession with the Intent to Distribute less than 500 Grams of Cocaine, a Schedule II Controlled Substance, and Aiding and Abetting the Same, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(C) and 18 U.S.C. §2.

2.    The defendant's relevant conduct involved less than 50 grams of cocaine.

3. On June 7, 2016, the Court sentenced the defendant to a term of incarceration of time served to be followed by three years of supervised release. Supervision began in the District of Colorado immediately.

4. The defendant has been on supervised release for less than half of the time ordered by the Court. The Government has consulted with her supervising officer, Kit Griffin, who reports no violations of the terms and conditions of her supervision. Officer Griffin has reported that the defendant has been compliant with her supervision thus far and wishes to relocate to Texas. Officer Griffin also reports that she cannot support early termination of supervised release in this matter.

5. The government believes that the defendant has made positive improvements in her life and is working hard to become stable and to be a productive member of her community. From speaking to the probation officer, it appears that the defendant could relocate to Texas while on supervised release so long as the Texas authorities will agree to supervise her. Given this position, the government would submit that keeping the defendant on supervised release for additional time will help her get relocated and stable in her new environment (provided that she is able to move) in order to continue her forward progress. While the defendant may be a good candidate for early termination of supervised release in the future, the government believes that this request is premature and would suggest that additional time on supervised release would be time well spent.

Dated this 14th day of August, 2017.

        Respectfully submitted,

        ROBERT C. TROYER
        Acting United States Attorney

        By: *s/Susan D. Knox*
        SUSAN D. KNOX
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone:  (303) 454-0100
        Fax: (303) 454‒0401
        E-mail: susan.knox@usdoj.gov
        Attorney for Government

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of August 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have sent the document to the non CM/ECF participant via email to the following participant:

Latoya Wimbush
1585 Lima Street
Aurora, Colorado  80010

By: *s/Diana Brown*
    Legal Assistant
    United States Attorney's Office

4