**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-231-WJM-16

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**16.    LATOYA WIMBUSH,**

    Defendant.

---

**ORDER DENYING MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

---

This matter is before the Court on Defendant's *pro se* Motion for Early Termination of Probation, which the Court has construed as a Motion for Early Termination of Supervised Release (ECF No. 1384). The Court, having reviewed the Motion as so construed, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

The Defendant's Motion is DENIED for lack of sufficient good cause shown.

Dated this 21st day of August, 2017.

BY THE COURT:

_____
William J. Martínez
United States District Judge