IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  August 31, 2017 |
| Court Reporter:       Mary George | Probation: Gary Kruck |
| | Time: forty minutes |

_____

Criminal Action No. 14-cr-00231-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Zachary Phillips

    Plaintiff,

v.

13.  SIDNEY TAYLOR,                        John Mosby

    Defendant.
_____

## COURTROOM MINUTES
_____

SENTENCING HEARING

03:08 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement (by Mr. Phillips)

Sentencing Statement (by Mr. Mosby)

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

**ORDERED:** Restricted [1289] is GRANTED.

1

**ORDERED:**  The Government's Motion to Dismiss Remaining Counts of the Indictment [1290] is GRANTED. The remaining counts of the Indictment are dismissed as to Defendant 13. Sidney Taylor only.

**ORDERED:**  The Government's oral motion for a one-level reduction for acceptance of responsibility is GRANTED.

**ORDERED:**  Defendant's Motion for Below Guidelines Sentence or for a Variant Sentence [1256] is DENIED AS MOOT.

Defendant's Allocution

> Defendant plead guilty to Count 12 of the Indictment and admitted to the forfeiture allegation on November 13, 2014.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Sidney Taylor, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED.

The Bureau of Prisons is directed to release the defendant as soon as practicable, but in no event later than one week from today, September 7, 2017.

**ORDERED:**  Upon release from imprisonment defendant is placed on supervised release for a term of three years.

Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.

While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court in the District of Colorado General Order 2016-1.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.   The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Special Conditions of Supervised Release:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

**ORDERED:** The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:** Defendant has no ability to pay a fine, and the fine is waived.

**ORDERED:** Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

The defendant is advised of his right to appeal.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal**.**

03:48 p.m.   Court in Recess
             Hearing concluded