THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge William J. Martínez

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.  SIDNEY TAYLOR,

    Defendant.

_____

## ORDER
_____

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant 13. Sidney Taylor is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 31st day of August, 2017.

BY THE COURT:

_____

Judge William J. Martínez
United States District Judge