IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendant.

_____

## Unopposed Motion to Review Newly Produced Discovery

_____

COMES NOW, Ricky Garrison, Defendant, by and through counsel, and hereby files this Unopposed Motion to Review Newly Produced Discovery. In support of this motion, defendant states the following:

1. On June 29, 2017 the Court issued its Order, Doc. #1378, granting the Defendant's Unopposed Motion to Continue Sentencing. The Court ordered the parties to meet and confer and to file a Joint Status Report. The parties met and conferred and filed a Joint Status Report.

2. During the meet and confer, the government agreed to attempt to collect information as outlined in the Joint Proposed Scheduling Order, Doc. #1382.

1

3. On September 1, 2017 the government produced 57 pages of new discovery related to the Adams County murder investigation. This new discovery is a Case Summary Report of the murder investigation.

4. Counsel for defendant needs additional time to review this newly produced material and to meet and confer with Mr. Garrison concerning the contents of this material in order to properly defend Mr. Garrison.

5. Counsel for the defense and the government have conferred and the government does not oppose an extension of 30 days for the defense to review the material produced.

6. Defendant requests 30 days to review the newly produced discovery and to meet and confer with Mr. Garrison. As the Court is aware, Mr. Garrison is incarcerated at the ICE Detention Facility and, as a result, meeting with Mr. Garrison entails setting aside, roughly, one half day.

7. The defendant is in custody; there is no listed victim in this case; no party is prejudiced by a continuation of sentencing; a sentencing date is not currently set due to the issues related to this request.

## Requests

8. The defense requests an additional thirty (30) days to review the newly produced discovery and to meet with Mr. Garrison.

9. The defense requests that the Court allow the parties to file a Status Report on October 2, 2017 addressing whether or not any additional motions or time is needed before the case is set for a sentencing date.

Wherefore, for the reasons stated herein, defendant requests the Court grant the requests contained in this Unopposed Motion.

DATED at Denver, Colorado this, 1st day of September 2017.

Respectfully submitted,

*/s/ Miller Leonard*
Miller Leonard, Esq., #41029
14143 Denver West Parkway, Suite 100
Golden, CO 80403
Ph:   (720) 613-8783
Cell:  (303) 907-9516
Fax:  (720) 613-8782
Email:  Millermleonard@gmail.com
ON BEHALF OF DEFENDANT GARRISON

/s/ Sean McDermott
McDermott Stuart & Ward LLP
One Sherman Place

3

140 East 19th Avenue, Suite 300  
Denver, CO 80203  
303-832-8888  
303-863-8888 (fax)  
smcdermott@mswdenver.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the case.

<u>Miller Leonard</u>