| PROB 22 (Rev 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 14-cr-00231-WJM-15 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | 17 cr 460 EK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Painter | Colorado | |
| | NAME OF SENTENCING JUDGE | |
| | William J. Martinez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/08/2016 | TO 11/07/2019 |

**OFFENSE**

Distribute and Possess with Intent to Distribute Less than 500 Grams or a Mixture of Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance and Aiding and Abetting in Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF  Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of Pennsylvania  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_21 July 2017_        _[signature]_
Date                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern   DISTRICT OF  Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/31/17_        _Joel H. Slomsky_
Effective Date        United States District Judge

SCANNED