IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
    Plaintiff,

v.

#1 RICKY GARRISON,
    Defendant.

_____

# JOINT STATUS REPORT

_____

COMES NOW, Ricky Garrison, Defendant, by and through counsel, and hereby files this Joint Status Report on behalf of himself and the government.

1. Counsel for defendant and the government have conferred prior to the filing of this Joint Status Report.

2. The government is not producing any additional material subject to the on-going discovery request.

3. The parties have agreed that the defense shall have seven (7) days, up and until and including October 9, 2017 in which to file a response, if any, to Doc. #1370 (Government's response to defendant's request for a non-guideline sentence).

4. The government will have seven (7) days, after defendant files his response, in which file any responsive pleading to the defendant's filing.

The parties, accordingly, request the Court to enter an Order reflecting the contents of this Joint Status Report.

DATED at Denver, Colorado this, 2nd day of October 2017.

Respectfully submitted,

*/s/ Miller Leonard*
Miller Leonard, Esq., #41029
14143 Denver West Parkway, Suite 100
Golden, CO 80403
Ph:    (720) 613-8783
Cell:   (303) 907-9516
Fax:   (720) 613-8782
Email:  Millermleonard@gmail.com
ON BEHALF OF DEFENDANT GARRISON

/s/ Sean McDermott
McDermott Stuart & Ward LLP
One Sherman Place
140 East 19th Avenue, Suite 300
Denver, CO 80203
303-832-8888
303-863-8888 (fax)
smcdermott@mswdenver.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the case.

Miller Leonard