# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendants.

## DEFENDANT'S MOTION TO RESTRICT DOC #1398

Ricky Garrison, by and through undersigned counsel, hereby requests leave to file Doc. #1398, level 2.  This motion is made pursuant to D.C.COLO.LCrR 47.1.

1. There is no practical manner in which to redact the motion.

2. The public has no interest in the details; the government will be provided a copy of the filing via ecf as the restriction requested includes the government as a party entitled to receive a copy of the filing.  The Court, the government, as well as the defendant will all have access to this filing.

3. The contents of the filing in Doc. #1373 are not matters subject to public disclosure due to the fact that filing contains information that was obtained in discovery, produced by the government, and which is, upon information and belief, not subject to public disclosure due to the nature of the subject matter discussed in the filing.  Further, if the

1

material discussed is subject to public disclosure, the government would need to opine as to this issue, thus defendant seeks this restriction out of an abundance of caution.

Wherefore, for the reasons set forth, the defendant requests that Doc. #1398 be restricted, level 2.

Respectfully submitted and DATED at Denver, Colorado this 10th day of October, 2017.

           Respectfully submitted,

           /s/ Miller Leonard
           14143 Denver West Pkwy., Suite 100
           Golden, CO 80403
           (720) 613-8783 Phone - Office
           Attorney for Defendant
           CO Reg. # 41029
           millermleonard@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I electronically filed the foregoing Motion and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

/s/ Miller Leonard