To: Clerk of the U.S. Dist. Court
     901 - 19th Street, Rm A-105
     Denver, Colorado 80294

10/11/2017
**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 16 2017**

JEFFREY P. COLWELL
CLERK

Re: Request for status in 1:14-cr-00231-WJM   USA v. Garrison, et. al.

     Comes Now, Defendant: James Tillmon,# 153892, herein, Pro-se, respectfully moves this Honorable Court to inform him of the "status" in the above instant case cited. Because Defendant's Counsel (Clifford J. Barnard) has had absolutely no communication with Defendant since Defendant signed his plea deal on 2/2016.

     On or about June 30, 2017 at 12:07pm MDT and filed on 6/29/2017 Defendant filed a letter with this Court. To this current date of 10/9/2017, the Defendant has not heard anything back from the Court in regard to this letter.

     Pursuant to Judicial Economy and Process most decisions are determined by Court(s) within ninety (90) days after the adjournment of court. (E.g., Colorado State Statute §13-5-135)

     This Court is well over the ninety (90) days, to answer Defendants' request for relief by letter.

     Wherefore, the Defendant now request this Court to inform him of the status of his letter for relief.

Respectfully submitted this 9th day of October, 2017.

Respectfully,

*[signature]*
James Tillmon,# 15389
C.C.C.F./4-C-6313
6564 State Highway 96
Olney Springs, Colorado 81062-8700
719.267.3548

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing: "Request For Status" was placed in the U.S. Mail, postage pre-paid this 9th day of October, 2017 and addressed to the Court as stated on p. 1 of 2.

_____
James Tillmon, #T53892
C.C.C.F./4-C-6313
6564 State Highway 96
Olney Springs, Colorado 81062-8700
719.267.3548

James Tilmon #153892
Crowley County Correctional Facility
CCCF Facility
6564 State Highway 96
Olney Springs, CO 81062-8700
LEGAL USE ONLY

DENVER
CO 802
12 OCT '17
PM 7 L

UNITED STATES POSTAGE
$ 000.46⁰
PITNEY BOWES
02 1P
0000838079   OCT 12 2017
MAILED FROM ZIP CODE 81062

To: Clerk of the U.S. Dist Court
901 - 19th Street Rm A-105
Denver, CO 80294

80294-250059

LEGAL MAIL

| CCCF | 10-11-17 |
|---|---|
| FACILITY | DATE REC'D |

SPONSLER  /  [signature] INT
STAFF LAST NAME

Tillman  /  J.T. INT
OFFENDER LAST NAME

15392
DOC#