10/11/2017

Re: State of Colorado Parole Board violating Defendant's Right to Parole to Federal Detainer in violation of its own C.R.S. §17-22.5-403.

The Defendant pursuant to the U.S. Constitutions' First Amendment Right, comes forth with the Right to Redress the Government for Grievances.

The Defendant, James Tillmon, CDOC #153892 presents the following Exhibit (A): Notice of Colorado Parole Board Action – Defer of 10/17/2016.

History: The Defendant entered into a plea with the State of Colorado in Denver, Colorado to a term of 8 years on C.R.S. §18-3-106(1)(c) – Sentence Type; mandatory – 3 years. Defendant was granted 384 days Jail Credit (i.e. 1 year, 19 days) prior to sentence date of 10/17/2014. As of 10/17/2017 today, Defendant has served 4 years and 19 days on a 8 year Sentence, plus 1 year Earned Time for a total of 5 years and 19 days. Pursuant to C.R.S. 17-22.5-403 which is Colorado's Parole Eligibility (1) "...class 2, class 3, class 4, class 5 or class 6 Felonies (of which the Defendant was charged of a class 4) shall (i.e. Has a duty to, is required to! Black's Law) be eligible for parole after such person has served 50% of the sentence imposed upon such person, less any time authorized for earned time granted pursuant to C.R.S. 17-22.5-405."

Defedant entered a plea with the United States Government under Judge William J. Martinez in Case # 1:14-cr-00231 to 40 months, i.e. 3Years 4months to run consecutive to the State Court Sentence the Defendant is now serving in 12 CR 5598.

The State of Colorado by and through its Parole Board is wantonly violating its own Laws in violation to Defendant's Rights and being used as a Political Pawn with harsh and excessive punishment. For the sole reason as to keep from allowing Defendant from paroling directly to his Federal Detainer in Case # 1:14-cr-00231.

The States' parole Defer Reasons have no merit as Defendant, again, is being Paroled directly into Federal Custody, i.e. Jurisdiction of which the State of Colorado does not want in violation to the U.S. Constitutional Sixth Amendment. Defendant, to date, has served 62.5% on a 8 year State Sentence that by Colorado's own statute C.R.S. 17-22.5-403 only requires 50%.

Wherefore, the Defendant respectfully request that the Federal Government issue an 'Order of Demand' to release the Defendant into Federal Custody Forthwith To Detainer # 1:14-cr-00231 to the Colorado State parole Board and Colorado Department of Corrections.

Respectfully,

*/s/ James Tillmon*

James Tillmon #153892
CCCF/Unit 4-C-6313
6564 State Highway 96
Olney Springs, Colorado 81062-8700
719.267.3548

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2017

JEFFREY P. COLWELL
CLERK

James Tillman #153892
Crowley County Correctional Facility
CCCF Facility
6564 State Highway 96
Olney Springs, CO 81062-8700

**LEGAL USE ONLY**

LEGAL MAIL

DENVER
CO 802
12 OCT '17
PM 6 L

To: William J Martinez Rm A-105
U.S. Dist Court
901 19th St.
Denver, CO 80294-3589

02 1P
00008388079
MAILED FROM ZIP CODE 81062
UNITED STATES POSTAGE
PITNEY BOWES
$ 000.46⁰
OCT 12 2017

80294-250151

FACILITY: CCCF
DATE REC'D: 10-11-17
SPONSLER
STAFF LAST NAME
INT: [signature]

DOC#: 153892
OFFENDER LAST NAME: Tillmon
INT: J.T.