IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00231-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKY GARRISON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 27, 2017.**

    Before the Court is Defendant Garrison's Motion for Release Pending Sentencing [ECF No. 1409]. The Government shall file a response to the motion on or before November 30, 2017.