IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen         Date: February 2, 2018
Court Reporter:    Mary George            Probation: Gary Kruck
                                          Time: two hours and 15 minutes

_____

Criminal Action No.  14-cr-00231-WJM      *Counsel:*

UNITED STATES OF AMERICA,                 Zachary Phillips
                                          Celeste Rangel
    Plaintiff,

v.

1.  RICKY GARRISON,                       Miller Leonard
                                          Sean McDermott
    Defendant.

_____

### COURTROOM MINUTES
_____

SENTENCING HEARING

08:50 a.m.    Court in Session

Appearances of counsel.

Defendant present in custody.

Court's comments

On March 2, 2017 a jury returned a verdict convicting the defendant on 20 counts of the Superseding Indictment: Counts 1, 4, 5, 7, 8, 11, 13, 15, 16, 22, 23, 24, 25, 26, 30, 31, 39, 40, 41, and 42.  The jury acquitted the defendant of the remaining counts in the Superseding Indictment.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:  The Defendant's Motion to Strike [1371] is GRANTED.**

10:20 Court in Recess
10:35 Court in Session

**ORDERED:  The Defendant's Motion for Variant Sentencing [1362] GRANTED IN PART**.

**ORDERED:  Defendant shall be imprisoned for a term of 156 months on Count 1, and 48 months on each of Counts 4, 5, 7, 8, 11, 13, 15, 16, 22, 23, 24, 25, 26, 30, 31, 39, 40, 41 and 42, to be served concurrent.**

**Upon release from imprisonment, the defendant shall be placed on Supervised Release for a period of three years on Count 1, and one year on all other counts of conviction, to be served concurrent.**

**ORDERED:  Standard/Mandatory/Discretionary Conditions of Supervised Release**, **as stated on the record, including a $2,000 Special Assessment fee, to be paid immediately**.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

11:20 a.m.   Court in Recess
             Hearing concluded