**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 21, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1053 |
| RICKY GARRISON, a/k/a "G", | (D.C. No. 1:14-CR-00231-WJM-1) (D. Colo.) |
| Defendant - Appellant. | |

_____

## ORDER
_____

Before **TYMKOVICH**, Chief Circuit Judge.
_____

This matter is before the court on attorneys Miller Leonard and Sean McDermott's *Motion to Withdraw and Request for Appointment of CJA Counsel*, in which Messrs. Leonard and McDermott request that they be allowed to withdraw as counsel for appellant Ricky Garrison. The district court made the requisite finding of eligibility for the appointment of counsel.

Upon consideration, the court grants the motion to withdraw. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the court appoints Messrs. Leonard and McDermott to represent Mr. Garrison for purposes of this appeal, effective *nunc pro tunc* to the date Mr. Garrison filed his notice of appeal, but terminates that appointment with the entry of this order. Messrs. Leonard and McDermott shall have no continuing obligations in this appeal except to: (1) ensure that Mr. Leonard has made appropriate

arrangements through the district court's eVoucher system for payment of the transcript he ordered on February 13, 2018; and (2) forward to substitute counsel any materials in their possession that are pertinent to this appeal.

The court appoints the Ryan Thomas Truskoski to represent Mr. Garrison for purposes of this appeal. *See* 18 U.S.C. § 3006A. Mr. Truskoski's contact information is:

> Ryan Thomas Truskoski
> 1300-G El Paseo Road, Suite 122
> Las Cruces, NM 88001
> Direct: 575-404-3080
> Email: Rtrusk1@aol.com

On or before March 5, 2018, Mr. Truskoski shall enter an appearance in this appeal on behalf of Mr. Garrison.

Mr. Garrison's counsel has filed both a transcript order form and a designation of record. On or before March 14, 2018, Mr. Truskoski shall file, if warranted: (1) a supplemental designation of record; and/or (2) a supplemental transcript order form. The district court shall wait until at least March 15, 2018 before notifying this court that the record on appeal is complete for purposes of this appeal.

>                   Entered for the Court
>                   ELISABETH A. SHUMAKER, Clerk
>
>                   *[signature]*
>
>                   by: Lisa A. Lee
>                         Counsel to the Clerk