## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: ___USA v. Garrison___     District Court Number: ___14-CR-231___

District: ___Colorado___     Circuit Court Number: ___18-1053___

Name of Attorney: ___Miller Leonard___     Email Address: ___millermleonard@gmail.com___

    Name of Law Firm/Office: ___Miller Leonard, PC___     Telephone: ___720-613-8783___

    Address of Firm: ___14143 Denver West Parkway, Suite 100, Golden, CO 80401___

    Attorney for: ___Ricky Garrison___

Name of Court Reporter: ___Mary George___

Name of Court Reporter (if ordering from more than one): _____

**PART II- Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

**SECTION A -**   **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**

    [] A transcript is not necessary for this appeal;

    [] The necessary transcript is already on file in District Court; or

    [] The necessary transcript was ordered previously in appeal

        number _____

**SECTION B -**   **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**     **All other necessary transcripts were**
    (Specify the date and proceeding in the space below)     **already ordered and on file in the District Court.**

Voir dire: _____     Opening Statements: _____

Trial proceedings: _____     Closing Arguments: _____

Jury Instructions: _____     Other Proceedings: _____

Post-Trial Hearings: ___Sentencing Hearing on 2-2-18___     Other Proceedings: _____

    (Attach additional pages if necessary)

[] I will pay the cost of the transcript. My signature on this form is my agreement to pay for
the transcript ordered on this form.

[X] This case is proceeding under the Criminal Justice Act.

    IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL
    STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: ___Miller Leonard___     Date: ___2-13-2018___

**PART III -**   **To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: ___2/21/18___

Estimated completion date: ___3/21/18___

Estimated number of pages: ___100___

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter ___Mary G George___     Date: ___3/8/18___