March, 15.2018

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 19 2018**

JEFFREY P. COLWELL
CLERK

Latoya C. Wimbush
Case#14-CR-00231-WJM-16
Address: 8274 Heidi Lane Apt.626
Fort Worth, Texas.76116

Honorable Judge William J. Martinez
Courtroom: 801
Address: 901 19th Street
Denver, Colorado.80294

Honorable Judge William J. Martinez,

I, Latoya C. Wimbush(Case Number:14-CR-00231-WJM-16), am calling upon the Honorable Judge William J. Martinez in the Matter of an early release/discharge from Federal Adult Supervision in the state of Colorado and the County of Denver. I have completed everything the Federal Court and Adult Supervision Department has asked of me, such as follows;

- **I have paid all my court cost and restitution fee's,**
- **I have completed therapy,**
- **I have not been involved any criminal activity or had any contact with law enforcement,**
- **I have not had any positive urinalyses test,**
- **I have had a stable living environment and**
- **I have been gainfully employed.**

So without further ado... I respectfully request that you grant this minute petition.

**Respectfully,**

*Latoya Wimbush*

LATOYA C. WIMBUSH

EP14H © U.S. Postal Service; July 2013. All rights reserved.

**PRIORITY MAIL**

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

U.S. POSTAGE PAID
FORT WORTH, TX
MAR 15, 18
AMOUNT
$6.70
R2304E06889-11

1004   80294

Expected Delivery Day: 03/17/2018

USPS TRACKING NUMBER

9505 5114 5002 8074 1126 91

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE
* Domestic only

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



**UNITED STATES POSTAL SERVICE**®

P50000100000064

EP14H July 2013
OD: 10 x 5

TRACKED ★★★ INSURED
* Domestic only.

PRESS FIRMLY TO SEAL

★ For international shipments, the maximum weight is 4 lbs.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale.