IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-16

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16.    LATOYA WIMBUSH,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR EARLY TERMINATION OF PROBATION

The United States of America, by and through Robert C. Troyer, United States Attorney, and Zachary Phillips, Assistant United States Attorney, hereby files the Government's Response to Defendant's Motion for Early Termination of Probation (Doc. No. 1427).

The government, having reviewed the defendant's original charges, conduct while on pre-trial release and after speaking with USPO Kit Griffin[1] regarding the defendant's conduct

---

[1] USPO Kit Griffin was the defendant's USPO while the defendant was on probation in the District of Colorado.  The defendant's probation has been transferred to the Northern District of Texas.  The government has not been notified of any violations of probation by the Northern District of Texas.  However, USPO Audra Schultz from the Northern District of Texas has not directly responded to the inquirer regarding the defendant's conduct while on probation in the Northern District of Texas.

1

while on probation in the District of Colorado, the government has no objection to the defendant's motion for early termination of probation.

        Respectfully submitted,
        ROBERT C. TROYER
        United States Attorney

        By: s/Zachary Phillips
        ZACHARY PHILLIPS
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0118
        Fax: (303) 454–0401
        E-mail: zachary.phillips@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this March 28th, 2018, I electronically filed the foregoing **RESPONSE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      By*:*   *s/Zachary Phillips*
                ZACKARY PHILLIPS
                Assistant U.S. Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Fax: (303) 454-0118
                E-mail: ZPhillips@usa.doj.gov
                Attorney for the Government