**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-231-WJM-16

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**16.  LATOYA WIMBUSH,**

    Defendant.

---

**ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION**

---

    This matter comes before the Court on the Defendant's Letter re: Motion for Early Termination of Probation (ECF No. 1427), which the Court construes as a Motion for Early Termination of Supervised Release.  The Government and the Probation Office have filed responses stating they have no objection to early termination.  The Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

    The Defendant's Motion is GRANTED for good cause shown.  The Defendant shall be immediately discharged from Supervised Release and the proceedings in this matter shall be TERMINATED.

    Dated this 4th day of April, 2018.

                                                  BY THE COURT:

                                                  William J. Martínez
                                                  United States District Judge