CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. VS. CHRISTOPHER VIGIL                    DKT. NO. 1:14CR00231-6

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Katrina M. Devine, Senior United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Christopher Vigil, who was placed on supervision by the Honorable William J. Martinez, sitting in the United States District Court in Denver, Colorado, on June 14, 2017. The defendant was sentenced to 16 months imprisonment and 3 years supervised release for an offense of Knowingly and Intentionally Distribute and Possess with the Intent to Distribute Less Than 500 Grams or a Mixture of Substance Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2. Supervision commenced on July 27, 2018, and is set to expire on July 26, 2021. As noted in the judgment [Document 1380], the Court ordered mandatory, special and standard conditions of supervision. The probation officer requests a modification of the defendant's special conditions of supervision as set forth herein.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

On March 20, 2018, the defendant transitioned as a Bureau of Prison's inmate to Independence House, a residential re-entry center (RRC) in Denver, Colorado. On March 26, 2018, I met with the defendant at the RRC to introduce myself as his supervising probation officer upon his commencement of his supervised release in July 2018. At that time, he stated he experienced symptoms of anxiety. He expressed he was previously on medication for anxiety and hoped to get back on medication and to obtain therapy services through Mental Health Center of Denver (MHCD).

On May 31, 2018, RRC staff became aware the defendant attempted self-mutilation by cutting his wrists. The same say, at the direction of RRC staff, he sought out emergency services through an MHCD walk-in clinic.

On June 14, 2018, the defendant was transported to Porter Hospital and placed on a 72-hour mental health hold.

On June 15, 2018, upon returning to the RRC, the defendant was regressed to BOP custody due to violation of BOP Prohibited Act #228, Self-Mutilation.

On July 30, 2018, I met with the defendant at the Probation Office for his intake to supervision. At that time, I discussed with the defendant a modification of his supervision conditions to include mental health treatment and a medication compliance requirement. I explained that by doing so, the Probation Office would be authorized to pay for these services should he require support in addition to the psychiatric and therapeutic resources provided through MHCD. The defendant subsequently executed

a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Zachary Phillips was contacted and has no objection to the proposed modification.

**RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:**

Modification of the terms of supervised release to include the following special conditions:

1. You must participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as you are released from the program by the probation officer.  You must pay the cost of treatment as directed by the probation officer.

2. You must remain medication compliant and must take all medications that are prescribed by your treating psychiatrist.  You must cooperate with random blood tests as requested by your treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of your prescribed medications is maintained.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Katrina M. Devine*
Katrina M. Devine
Senior United States Probation Officer
Place:   Denver
Date:    July 30, 2018

*s/James M. Murphy*
James M. Murphy
Supervisory United States Probation Officer
Place:   Denver
Date:    July 30, 2018