\# 27931-013

1-14-CR-00231-WJM

Mr. Sidney D Taylor
SEP-10-2018

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 12 2018
JEFFREY P. COLWELL
CLERK

Dear Mr. Martinez,

I'm proud to say I haven't seen you since Aug-31-2017. I have been successful thus far in all terms as far as holding a job as well completing the requirements asked of me and abiding by all the rules and regulations, I'm drug free and I completed my classes and I have not had any problems while on probation. Sir I'm very responsible and I'm in a good place in my life. I work full time at Drpac Building Company as a window installer. Also I start school for my apprenticeship in sheet metal iron worker as part of being in a union local 9 iron worker, I also work for Murphy Building products, as a welder. Sir I ask you to consider taking me off probation, because I have been productive and I don't have any problem or issues and I'm very bless to be in this position. Also my probation officer name is Joseph Millberg. Thank you for your time.

Respectfully, Mr. Sidney Taylor
Sidney D Taylor



Mr. Sidney Taylor
16996 Prediment Dr
Unit-B
Aurora CO 80015

Mr. William J Martinez
United District Court
901 19th Street Rm A-801
Denver CO 80294

80294-250151

DENVER CO 802
10 SEP 2018 PM 9 L