IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.    SIDNEY TAYLOR,

    Defendant.

## GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. NO. 1437)

The UNITED STATES OF AMERICA, by and through Robert C. Troyer, United States Attorney for the District of Colorado, and Zachary Phillips, Assistant United States Attorney, respond to the Defendant's Motion for Early Termination of Supervised Release (Doc. No. 1437).

The Government recognizes the strides and positive actions of the defendant while on Supervised Release. However, the Government Objects to the Defendant's Motion for Early Termination of Supervised Release (Doc. No. 1437). The defendant has been on supervised release a relatively short time. Additionally, the defendant has a lengthy criminal history to include crimes of violence. It is the Government's position that the defendant will benefit from further supervised release time as well as the public will be protected by further supervised release for the defendant.

The Government requests the Court deny the defendant's motion.

Dated this 24th day of September, 2018.

        Respectfully submitted,

        Robert C. Troyer
        United States Attorney

   By: *s/Zachary Phillips*
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone (303) 454-0118
        Fax (303) 454-0401
        e-mail: zachary.phillips@usdoj.gov
        Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of September, 2018, I electronically filed the foregoing **GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. NO. 1437)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant