# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 14-cr-231-WJM-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**13.  SIDNEY TAYLOR**,

    Defendant.

---

## ORDER DENYING MOTION FOR
## EARLY TERMINATION OF SUPERVISED RELEASE

---

This matter is before the Court on Defendant's *pro se* Motion for Early Termination of Probation (ECF No. 1437), which the Court construes as a Motion for Early Termination of Supervised Release.  The Court, having reviewed the construed Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

The Defendant's Motion is DENIED for lack of sufficient good cause shown.

Dated this 25th day of September, 2018.

BY THE COURT:

_____
William J. Martínez
United States District Judge