### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendant.

_____

## REQUEST TO APPOINT NEW COUNSEL FOR DEFENDANT
_____

    Mr. Garrison filed a *pro* se request, Doc. 1435, which the Court struck. The Court indicated that Mr. Garrison has counsel.

    Undersigned counsel requests the Court appoint new counsel on behalf of Mr. Garrison and allow undersigned counsel to withdraw so that he can have assistance in filing his motion. Undersigned counsel makes this request due to the fact that a conflict exists between counsel and Mr. Garrison: Mr. Garrison has, in his appeal, argued that his lawyers were ineffective.

    Counsel also makes this request so that the issue raised in Doc. 1435 can be considered, even if the Court does not appoint new counsel.

DATED at Denver, Colorado this, 28th day of September 2018.

Respectfully submitted,

*/s/ Miller Leonard*
Miller Leonard, Esq., #41029
14143 Denver West Parkway, Suite 100
Golden, CO 80403
Ph:    (720) 613-8783
Cell:   (303) 907-9516
Fax:   (720) 613-8782
Email:  Millermleonard@gmail.com
ON BEHALF OF DEFENDANT GARRISON

/s/ Sean McDermott
McDermott Stuart & Ward LLP
One Sherman Place
140 East 19th Avenue, Suite 300
Denver, CO 80203
303-832-8888
303-863-8888 (fax)
smcdermott@mswdenver.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the case.

Miller Leonard

2