**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
-----------------------------------------------------------X
**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| -against- | **NOTICE OF APPEARANCE** |
|  | **14CR231(WJM)** |

**RICKY GARRISON,**

**Defendant.**
-----------------------------------------------------------X

 **PLEASE TAKE NOTICE** that **DAVID N. FISHER**, of Fisher & Byrialsen, PLLC, appears on

behalf of **RICKY GARRISON**, defendant in the above-captioned matter.

 Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on counsel.

DATED: DENVER, COLORADO
  October 2, 2018

 /s/ *David N. Fisher*
 David N. Fisher, Esq.
 Fisher & Byrialsen, PLLC
 4600 S. Syracuse St., 9th Fl
 Denver, Colorado 80237
 T: (303) 256-6345
 F: (303) 954-0573

cc:  All Parties via ECF