UNITED STATES DISTRICT COURT
OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 12 2018
JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA

    Plantiff

vs.

RICKY GARRISON

    Defendant

~~Case no:~~ 14-cr-231

Judge William J. Martinez

---

## MOTION FOR RECONSIDERATION OF DOCUMENT [1435]

---

    NOW COMES, Ricky Garrison proceeding Pro Se. And respectfully asks the courts to make a reconsideration of document [1435] and allow defendant to proceed on the matter Pro Se.

    Defendant invokes legal doctrine as prescribed under Haines v. Kerner, 404 U.S. 519, 520-21 (1972), in this instant proceeding. Reason that follows, defendant implores the court, in the interest of justice and in accord with the Due Process of Law to grant file on instant ProSe Motion.

**ARGUMENT:**

    In the courts striking of document [1435]. "Motion to Vacate BOP Order and Make Clear or Impose Court Restitution Order," courts cited Hill, 526 F .2d 1019, 1025 (10th Cir. 1975) concluding defendant is hybrid, in which defendant has right to represent himself on the matter. Trial counsel no longer represents defendant (Mr. Leonard Miller), and he did submit his termination to the courts shortly after the filing of notice of appeal document #[1420]. Defendant does not have all filings or document #'s being situation of incarceration so this is the best way to address the courts being indigent with lack of counsel or resources to review proper court documents.

    Enclosed are court filings exhibit A,B,C for the defendant has received to which was his notification of counsel's termination and appointment of new appealant counsel to represent in Court of Appeals case # 18-1053. New counsel only represents case # 18-1053 not matters of case #14-cr-231 in the District Court of Colorado. That is the only reason for defendant (Ricky Garrison) self representation which he should be allowed to under the Constitution, unless the courts would like to appoint a new counsel for the matter alone under the Criminal Justice Act, 18 U.S.C.S §3006A.

[1]

Under Fed. R. Crim. P. 36 the court can always correct a error in Judgement. Reasoning stated in Doc #[1435] is basically asking to courts to please clarify order of payment. The restitution order by the courts failed to set a reasonable payment schedule as required by 18U.S.C.S. §3664 (f)(2), now the BOPis making there order, the Bureau of Prisons should not be allowed to make a order the court is obligated to impose on sentences handed down by the courts. Defendant is without counsel asking the courts to be heard in the interest of justice being indigent defendant is put in an **"Undue Hardship"** due to circumstances.

WHEREFORE, RICKY GARRISON, pro se litigant respecfully asks the courts to honor this motion and address the current filing and reconsider on the record doc # [1435] being defendant is not represented no longer by counsel.

x _Ricky Garrison_

[2]

**Miller Leonard, PC**  
**Criminal and Civil Litigation**

14143 Denver West Parkway, St. 100  
Golden, CO

(720) 613-8783 Phone - Office  
(303) 907-9516 - Business Cell

FROM THE DESK OF  
MILLER LEONARD

February 9, 2018

Mr. Ricky Garrison  
Inmate #40459-013  
Federal Detention Center  
9595 West Quincy Avenue  
Littleton, CO 80123

Re: Notice of Appeal and Judgment

Mr. Garrison,

Enclosed is the Judgment filed by the Court on February 9, 2018. Immediately after I received a copy of the Judgment, I filed a Notice of Appeal, which is also enclosed. The Judgment is Doc. #1418 and the Notice of Appeal is Doc. #1420.

I will file the other documents that are necessary once the 10th Circuit Court of Appeals has issued the letter of transmittal. After I have completed all of the preliminary paperwork necessary to perfect your appeal with the 10th Circuit Court of Appeals, I will file a Motion to Withdraw as counsel along with a request that you be appointed an attorney from the 10th Circuit Court of Appeals Criminal Justice Act panel.

I am going to do my best to get out to see you next week. If I miss you because the Bureau of Prisons has moved you, I wanted to let you know that it was a pleasure representing you. I will continue to work with your appellate lawyer to assist him or her and I am going to ask to notified of the oral argument on your case so that I can attend.

Yours,

Miller Leonard

[A]

FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

February 21, 2018

Elisabeth A. Shumaker
Clerk of Court

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICKY GARRISON, a/k/a "G",

Defendant - Appellant.

No. 18-1053
(D.C. No. 1:14-CR-00231-WJM-1)
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, Chief Circuit Judge.

---

This matter is before the court on attorneys Miller Leonard and Sean McDermott's *Motion to Withdraw and Request for Appointment of CJA Counsel*, in which Messrs. Leonard and McDermott request that they be allowed to withdraw as counsel for appellant Ricky Garrison. The district court made the requisite finding of eligibility for the appointment of counsel.

Upon consideration, the court grants the motion to withdraw. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the court appoints Messrs. Leonard and McDermott to represent Mr. Garrison for purposes of this appeal, effective *nunc pro tunc* to the date Mr. Garrison filed his notice of appeal, but terminates that appointment with the entry of this order. Messrs. Leonard and McDermott shall have no continuing obligations in this appeal except to: (1) ensure that Mr. Leonard has made appropriate

[B]

arrangements through the district court's eVoucher system for payment of the transcript he ordered on February 13, 2018; and (2) forward to substitute counsel any materials in their possession that are pertinent to this appeal.

The court appoints the Ryan Thomas Truskoski to represent Mr. Garrison for purposes of this appeal. *See* 18 U.S.C. § 3006A. Mr. Truskoski's contact information is:

Ryan Thomas Truskoski
1300-G El Paseo Road, Suite 122
Las Cruces, NM 88001
Direct: 575-404-3080
Email: Rtrusk1@aol.com

On or before March 5, 2018, Mr. Truskoski shall enter an appearance in this appeal on behalf of Mr. Garrison.

Mr. Garrison's counsel has filed both a transcript order form and a designation of record. On or before March 14, 2018, Mr. Truskoski shall file, if warranted: (1) a supplemental designation of record; and/or (2) a supplemental transcript order form. The district court shall wait until at least March 15, 2018 before notifying this court that the record on appeal is complete for purposes of this appeal.

                                                                        Entered for the Court
                                                                       ELISABETH A. SHUMAKER, Clerk

*/s/ Lisa A. Lee*

                                                                        by: Lisa A. Lee
                                                                        Counsel to the Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Motion to Withdraw and Request for Appointment of CJA Counsel

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff-Appellee,<br>v.<br>RICKY GARRISON,<br>　　Defendant-Appellant. | Case No. 18-1053 |

Leave of the Court is requested for undersigned counsel, Miller Leonard and Sean McDermott, to withdraw from representing Mr. Garrison on his appeal and for the appointment of 10th Circuit CJA panel counsel.

**AS GROUNDS:**

1. Undersigned counsel were appointed from the Federal District Court of the District of Colorado CJA Panel to represent Mr. Garrison.

2. Undersigned counsel's practice focuses almost exclusively on trial court representation and counsel has little experience with appellate work.

3. It is therefore requested that the Court allow each undersigned counsel to withdraw from representing Mr. Garrison and to appoint counsel from the 10th Circuit CJA panel.

4. Undersigned counsel has discussed the instant motion with Mr. Garrison and he agrees with the relief requested.

5. On February 15, 2018, a copy of the instant motion was mailed to Mr. Garrison. However, counsel did not include Mr. Garrison on the certificate of service. Thus, this amended motion is filed which includes Mr. Garrison on the certificate of service.

[C]

__Miller Leonard and Sean McDermott__
Name of Counsel


__/s/Miller Leonard and /s/ Sean McDermott__
Signature of Counsel


Miller Leonard, PC
14143 Denver West Parkway, Ste. 100
Golden, CO 80401
720-613-8783

McDermott Stuart & Ward LLP
140 E. 19th Ave., suite 300,
Denver, CO 80203
303-832-8888


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion to Withdraw was filed using the CM/ECF system. Which will send notification of such filing to the following opposing counsel at the following e-mail addresses and to Mr. Ricky Garrison, via United States Mail on: FEBRUARY 21, 2018

To:

USACO.ECFAppellate@usdoj.gov
Karl.schock@usdoj.gov

Mr. Ricky Garrison
Inmate #40459-013
Federal Detention Center
9595 West Quincy Avenue
Littleton, CO 80123


/S/ Miller Leonard
Miller Leonard
(Signature of counsel)

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing

(1) all required privacy redactions have been made;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Dr. Antivirus, and according to the program are free of viruses

I certify that the information on this form is true and correct to the best of my knowledge and belief formed after a reasonable inquiry.

s/ Miller Leonard
Counsel for Mr. Ricky Garrison



⇔40459-013⇔
Ricky Garrison
40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

⇔40459-013⇔
Us District Court
#A105
901 19TH ST
Denver, CO 80294
United States

RECEIVED
OCT 09 2018
FCI PEKIN
MAIL ROOM

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.