Dear Clerk.

   Please be advised that I am in the process of being transferred to USP Beaumont Texas.

   Please send all replies to the address listed below

Sincerely

James Tillmon
#40850-013
6200 Knauth Rd
Beaumont Tx 77705

P.S. If for some reason the Judge denies my motion, will you please send me a copy of my docket sheet?

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 22 2019
JEFFREY P. COLWELL
CLERK

NAME: James Tillmon
REG# 4-0850-063
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

Legal Mail

OKLAHOMA CITY OK 730
17 JAN 2019 PM 6 L

ALFRED A ARRAJ
UNITED STATES COURTHOUSE
901 9th 2nd Floor
Denver, Co 80294