UNITED STATES OF AMERICA
FOR THE DISTRICT OF COLORADO
DENVER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 22 2019
JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA,
Plaintiff,

Case No. USDC 14-cr-0023

JAMES TILLMON,
Defendant,

/

## MOTION TO REQUEST A COPY OF DISCOVERY

COMES NOW, James Tillmon, hereinafter known as defendant and hereby request this honorable Court to direct the Court Clerk to mail a copy of defendants Discovery to his Place of incarceration. In Support of this motion defendant states:

1. In November of 2015 defendant plead guilty to one count of Conspiracy and was sentenced to (40) months of imprisonment in February 2016.

I

2. Defendant has tried to make contact with his former attorney Mr. Banard but to date has not gotten any reply.

3. This Honorable Court still has Jurisdiction over the defendants case and can forward the requested documents or order the defense attorney to do it.

4. The documents requested are needed to prepair and file an appeal.

   WHEREFORE defendant Prays this Court will enter an order directing the Court Clerk to send a copy of defendants Discovery or to make Contact with Mr Banard (defense Counsel) and have him do so.

_____  Date _____
Signature of Pro-se litigant

__James Tillmon__
Printed Name
James Tillmon # 40850-013
Beaumont (USP)
6300 Knauth Rd
Beaumont TX 77705

II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE

I James Tillmon, hereby certify that a copy of the foregoing motion for Copy of Discovery was Mailed U.S. Postage Pre Paid on this 12th day of January 2019 to the Clerk of the Court.

_____ Tillmon   Date 1-12-2019
Signature

James Tillmon

James Tillmon 40850-013
Beaumont (USP)
6200 Knauth Rd
Beaumont TX 77705