IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RICKY GARRISON,
**2. JAMES TILLMON,**
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,,
5. SIMEON RAMIREZ,,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

Defendants.

---

**DEFENSE COUNSEL'S RESPONSE TO DEFENDANT JAMES TILLMON'S MOTION TO REQUEST A COPY OF DISCOVERY**

---

CLIFFORD J. BARNARD, prior appointed counsel for the defendant, James Tillmon, hereby responds to Mr. Tillmon's *Motion to Request a Copy of Discovery* (ECF # 1453) as follows:

1. In his motion, Mr. Tillmon stated that he "has tried to make contact with his former attorney Mr. Banard [sic] but to date has not gotten any reply." While it is true that undersigned counsel has not communicated directly with Mr. Tillmon in regards to his

request for material, counsel has been in contact with a friend of Mr. Tillmon who called and asked counsel to mail a copy of Mr. Tillmon's *Presentence Investigation Report* to Mr. Tillmon. Counsel informed that person that: (1) counsel would not send Mr. Tillmon a copy of his *Presentence Investigation Report* because it was counsel's understanding that presentence investigation reports were considered contraband by the B.O.P. and, thus, Mr. Tillmon could not have a copy of it in his possession; and (2) it is counsel's understanding that a copy of Mr. Tillmon's *Presentence Investigation Report* is maintained by his B.O.P. counselor in the counselor's office and that Mr. Tillmon had the right to inspect it in the counselor's office.

2. In his motion, Mr. Tillmon stated that the "documents [discovery] are needed to prepare and file an appeal." Mr. Tillmon was sentenced on February 24, 2016 and the *Judgment in a Criminal Case* (ECF # 824) was entered on February 26, 2016. Mr. Tillmon was advised at sentencing of his right to appeal and that if he wished to appeal, a notice of appeal had to be filed within 14 days. Mr. Tillmon did not request undersigned counsel to file a notice of appeal and undersigned counsel did not file one. To the best of undersigned counsel's knowledge, no notice of appeal for Mr. Tillmn has been filed to date. Thus, the time to prosecute an appeal by Tillmon in this case has long expired. Furthermore, the 1-year time limit in which to file a motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255 has also passed. Thus, it does not appear that Mr. Tillmon needs his discovery to prepare and file an appeal.

3. Counsel has checked his files regarding Mr. Tillmon and the discovery in this case and has determined that: (1) all of Mr. Tillmon's file is now retained only in electronic

format, including the discovery material; and (2) the discovery encompasses over 1,000 pages. If the Court so orders (and the B.O.P. permits Mr. Tillmon to have all of this discovery in his possession), counsel can print and will mail this discovery to Mr. Tillmon.

4. In his cover letter (ECF # 1452), Mr. Tillmon requested in a footnote that the Clerk of the Court send him a copy of his "docket sheet" if the Court were to deny his motion for a copy of his discovery. Undersigned counsel has printed a copy of the 145 page "docket sheet" in this case and has mailed it to Mr. Tillmon at the below-listed address for Mr. Tillmon.

DATED this 1st day of February, 2019.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Lawn
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email: *cliffbarnard@earthlink.net*
Prior Attorney for Defendant Tillmon

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2019, I electronically filed the foregoing *Defense Counsel's Response to Defendant James Tillmon's Motion to Request a Copy of Discovery* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

A.U.S.A. Zachary Phillips *zachary.phillips@usdoj.gov*
A.U.S.A. Wayne Campbell *wayne.campbell@usdoj.gov*
Mitchell Baker *mitchbaker@estreet.com*

| | |
|---|---|
| James Castle | *Jcastlelaw@aol.com* |
| Leslee Barnicle | *barniclelaw@aol.com* |
| Philip W. Ogden | *phil@coloradospringslaw.net* |
| Andres Guevara | *andres@guevaracoloradolaw.com* |
| Forrest W. Lewis | *flewispc@aol.com* |
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |
| Thomas Ward | *tward@wardlawdenver.com* |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

James Tillmon
Register # 40850-013
F.C.I.-Beaumont
6200 Knavth Road
Beaumont, TX 77705

*Via U.S. mail*

*s/Clifford J. Barnard*

Clifford J. Barnard
Prior Attorney for Defendant Tillmon