**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker      February 05, 2019     Chris Wolpert
Clerk of Court                                                                                        Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     **18-1053, United States v. Garrison**
           Dist/Ag docket: 1:14-CR-00231-WJM-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

                                                     Sincerely,

                                                     Elisabeth A. Shumaker
                                                     Clerk of the Court

cc:     Karl L. Schock
         Ryan Thomas Truskoski

EAS/lab