RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2019

JEFFREY P. COLWELL
CLERK

DATE: Febuary 6, 2019

FROM: Ricky Garrison # 40459-013
        FCI Pekin
        P.O. BOX 5000
        Pekin, IL 61555

TO: Clerk of Court

        I am currently contacting the court because I'm currently preparing for Habeus Corpus 2255. There is discovery on my case #14-cr-231 that I have never been able to receive personally. There is a protection order on my discs given by US attorneys office. So I either have limited access to review and I don't have at all or I can't print out to submit as documents with proper court filings. I would like a complete, "Affidavit in Support of Application" of Target Telephone #1 (Francisco Ramirez). I don't know accurately which Case № is the

right one so I'm going to give both that is on document. Case Number: 13-WT-6-WYD then at the top it says, Case 1:13-wt-00006-WYD Filed 10/23/13 SEALED document with the courts. I also need the courts to release the informant file of Leslie Leyba (CHS-1) this information is necessary for my pro-se litigation please and thank you.

Ricky Garrison

DATE: February 6, 2019

FROM: Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2019

JEFFREY P. COLWELL
CLERK

TO: Clerk of Court

I am currently preparing to file
a Prisoner Complaint, Pursuant to a Federal
Tort. I'm asking the clerk if you could send
me a Prisoner Complaint form. My Tort Claim
# is TRT-NCR-2018-03143, my certified
mail # 7018 0360 0002 2080 6366
            7018 0360 0002 2080 6649

It has two #'s I just received it in the
mail and I would like to pursue court
action I need The required paperwork please
and thank you.

&lt;&gt;40459-013&lt;&gt;

Ricky Garrison
40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

&lt;&gt;40459-013&lt;&gt;
Us District Court
#A105
901 19TH ST
Denver, CO 80294
United States

80294325O1

PEORIA IL 616

07 FEB 2019 PM 1 T

