# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 14-cr-231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**1.    RICKY GARRISON**,

    Defendant.

---

## ORDER DENYING DEFENDANT'S CONSTRUED MOTION FOR DISCOVERY

---

This matter is before the Court on Defendant's construed Motion for Discovery (ECF No. 1460).  The Court, having reviewed the Motion, as well as the Response from the Government, ORDERS as follows:

The Defendant's Motion is DENIED for the reasons stated in the Government's response (ECF No. 1462).

Dated this 2nd day of April, 2019.

BY THE COURT:

_____
William J. Martínez
United States District Judge