**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 06 2019**

JEFFREY P. COLWELL
CLERK

Case Number: 14cr-00231-WJM
14cr-00231-WJM-04

Judge, Martinez

My name is Francisco Aguilar and I stood before you on November 9th 2016 on a case from June 2014. In November I plead guilty to 21 U.S.C. § 841 (a)(1) Posses with Intent to Distribute Less than 500 grams of Cocaine and (b)(1)(C) and 18 U.S.C. § 2 Aiding and Abetting. While you sentenced me to 32 months I remember you asking me why would I start selling drugs at my age and I responded with "I had child support payments and bills". Well your Honor since my incarceration I had time to think of how childish and foolish my answer to you was. Your Honor I am writing you today in regards to Early Release of probation. I was given 3yrs. probation in which I have successfully Completed 1 1/2 yrs. of my 3yrs. So far. I spoke with my Probation Officer Kit Griffin and she told me to write you your Honor to see about early release of probation. Since my release I have completed everything the Court has asked of me. I have had no troubles with any law enforcement nor have I had any troubles with my Probation. Since my release I went back to work as an Electrician for Howard Electric the same Company I have been with since 3/10/08. I am trying to get a foreman position at the momment and work is going great. I Live in the same place I lived in before my incarceration. I live here with my girlfriend she has since moved in and we are doing well, even

Talking about marriage. Your Honor I'm simply asking for a chance to prove that being on Probation or not I have grown not only as a man but as a better father. I work hard and always have. I would like to take my children and my girlfriend on trips and just do normal things normal people do without having to explain to them that I can't, due to this probation. Judge Martinez if you can just take the time to give this a look at I would appreciate it.

Thank You,
Francisco Aguilar

5/1/19

Francisco Aguilar
3100 S. Federal Blvd. #326
Denver, Co. 80236



DENVER CO 802
02 MAY 2019 PM 5 L

80294-250099

Hon. William J. Martinez
United States Courthouse
901 19th Street
Room A105
Denver, Co. 80294