FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2019

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
OF COLORADO

UNITED STATES OF AMERICA
        Plantiff

Case No: 14-cr-231

vs.

RICKY GARRISON
        Defendant

Judge William Martinez

## MOTION FOR DEFENDANT TO PROCEED PRO SE ON DOC # (1435) AND (1446)

NOW COMES, Ricky Garrison proceeding Pro Se. Respectfully asks the courts to allow defendant to proceed Pro Se Documents # 1435 and 1446.

Defendant invokes legal doctrine as prescribed under Haines v. Kerner, 404 U.S. 519, 520-21 (1972), in the interest of justice and in accord with Due Process of the Law to allow defendant to proceed being it is his Constitutional right by law.

1. Defendant filed pro se motion document 1435, was denied by courts then defendant filed doc# 1446 asking for reconsideration.
2. Defendant was then appointed David Fisher October 2, 2018.
3. David Fisher has not answered any calls and has only spoken with defendant one time and has not done anything he has said he was going to do.
4. The issue at hand is still affecting defendant and would ask the courts again to be heard by law.
5. Defendant never asked the courts for a counselor in this matter and it is my Constitutional Right to be heard in this court on this matter.

(1)

6. Defendant is asking the court to rule on Pro Se motions filed by defendant and terminate David Fisher as counsel, or in the alternative appoint new capable attorney that can handle the matter. It has been months and counsel has done nothing at all.

WHEREFORE, RICKY GARRISON, Pro Se litigant respectfully moves for the court to allow defendant to proceed Pro Se on Doc #'s 1435 and 1446.

x *Ricky Garrison*

May 7th 2019
Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

