**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4.    FRANCISCO AGUILAR,**

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR EARLY
TERMINATION OF PROABTION (DOC. NO. 1464)**

---

    The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Zachary Phillips, Assistant United States Attorney, does not object to the defendant's request for early termination of probation.   The government has reviewed the defendant's criminal history, as well as his involvement in this case.   Further, the Government has spoken with the defendant's probation officer and confirmed his compliance with probation.   Based on all this information, the government does not oppose the defendant's request.

Respectfully submitted this 15th day of May, 2019.

        JASON R. DUNN
        United States Attorney


      By *s/Zachary Phillips*
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone:   (303) 454-0118
        Fax:   (303) 454-0401
        e-mail:   zachary.phillips@usdoj.gov
        Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of May, 2019, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR EARLY TERMINATION OF PROABTION (DOC. NO. 1464)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant