OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

ALFRED A. ARRAJ COURTHOUSE

901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

neopost
05/07/2019
US POSTAGE
$00.50

ZIP 80294
041L11245087

DENVER
CO 802
07 MAY '19
PM 7 L

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 14 2019

JEFFREY P. COLWELL
CLERK

14-cr-231-WJM
#1464

Francisco Aguilar
3100 South Federal Blvd
Denver, CO 802

NIXIE        808   DE 1        0005/13/19

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC:  80294250099     *1820-04907-07-38

IA
80294>2500
80236-600699