OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

ALFRED A. ARRAJ COURTHOUSE

901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 14 2019

JEFFREY P. COLWELL
CLERK

14-cr-231-wjm
#1465

FIRST-CLASS MAIL

$00.50⁰

ZIP 80294
041L11245087

neopost
05/07/2019
US POSTAGE

DENVER
CO 802
07 MAY 41
PM 6 L

Francisco Aguilar
3100 S. Federal Blvd.
Denver, CO 80236

NIXIE        808    DE 1           0005/13/19

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 80294250099       *2020-00737-07-38

IA