# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE



LAVETRA A. MORGAN
**Chief U.S. Probation Officer**

**Byron G. Rogers U.S. Courthouse**
**1929 Stout Street, Suite C-120**
**Denver, CO 80294-0101**
**Phone: (303) 844-5424**

**212 North Wahsatch Avenue, Suite 300**
**Colorado Springs, CO 80903-3476**
**Phone: (719) 471-3387**

ELIZABETH MILLER
**Deputy Chief U.S. Probation Officer**

**400 Rood Avenue, Room 309**
**Grand Junction, CO 81501-2520**
**Phone: (970) 245-5396**

**La Plata County Courthouse**
**1060 E. 2nd Avenue, Suite 130**
**Durango, CO 81301**
**Phone: (970) 385-1934**

May 17, 2019

RESPOND TO:   Denver

RE:   Defendant:  Francisco **AGUILAR**
      Docket No.: 1:14CR00231-4
      **PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF**
      **SUPERVISED RELEASE [Document 1464]**

This correspondence follows the Court's Order that the Probation Office respond to the defendant's motion for consideration of early termination of probation by May 17, 2019.

On November 9, 2016, the defendant was sentenced in the District of Colorado by the Honorable William J. Martinez, to 30 months' imprisonment, to be followed by three years of supervised release for Possession with Intent to Distribute Less Than 500 Grams of Cocaine and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C § 2.  Additionally, the Court imposed a $100 special assessment fee.

The defendant's supervised release commenced on October 26, 2017. He has been on supervision for one year and seven months; making him statutorily eligible for early termination, pursuant to 18 U.S.C. § 3583(e)(1). To evaluate suitability for early termination, the Probation Office is mandated to consider the following criteria that have been approved by the Judicial Conference Committee on Criminal Law. The defendant shall have:

• stable community reintegration (e.g., residence, family, employment);
• progressive strides toward supervision objectives and in compliance with all conditions of probation;
• no aggravated role in the offense of conviction, particularly large drug or fraud offenses;
• no history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
• no recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
• no recent evidence of alcohol or drug abuse;
• no recent psychiatric episodes; and
• no identifiable risk to the safety of any identifiable victim.

The risk assessment utilized by the U.S. Probation Office is the Post-Conviction Risk Assessment (PCRA). The defendant has a risk category of low/moderate on the PCRA. In this category, defendants have a 17 percent arrest rate and a 6 percent revocation rate in the next 12 months. Additionally, this assessment indicates that defendants with violence factors attributed to this defendant have an 8 percent risk of being arrested for violence.

Defendant: Francisco **AGUILAR**
Docket No.: 1:14CR00231-4
Page 2

The defendant has maintained a stable residence and full-time employment and has complied with every request from his probation officer. He has paid the special assessment fee in full. Regarding the factors above: the defendant has achieved stable community reintegration; has made progressive strides toward the supervision objectives and is in compliance with all conditions of supervised release; there was no aggravated role in the offense of conviction; he has three violent incidents which occurred when the defendant was 18, 21, and 27 years old; there have been no recent arrests or convictions, or ongoing, uninterrupted patterns of criminal conduct; there is no recent evidence of alcohol or drug abuse; there are no known recent psychiatric episodes; and there is no identifiable risk to the safety of any identifiable victim.

Although the Probation Office is unable to fully support the defendant's petition due to the defendant's history of violence, which include two arrests for Assault and one for Violation of a Criminal Protection Order, it should be noted that the defendant has made progressive strides while on supervision and has not had any issues involving violence for over 16 years.  All of the defendant's random drug screenings have returned negative for illicit substances.  He has paid his special assessment fee in full and has maintained a stable residence and full-time employment throughout his time on supervision.  Furthermore, he has satisfied all conditions of supervised release and maintained compliance throughout the duration of his supervision.  Assistant United States Attorney Zachary Phillips is not opposed to the defendant's request for early termination.

Attached is a proposed order for the Court's consideration.  Should the Court have any questions regarding the above, please contact this officer at 303-335-2411 or Supervisor Edgar Ruiz at 303-335-2419.

Respectfully submitted,

*s/Kit Griffin*
Kit Griffin
United States Probation Officer

Approved:

*s/Edgar T. Ruiz*
Edgar T. Ruiz
Supervising United States Probation Officer