# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14CR00231-4

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCISCO AGUILAR

        Defendant.

## ORDER REGARDING EARLY TERMINATION OF SUPERVISED RELEASE

    THIS MATTER is before the Court upon request by the defendant for the Court to consider early termination of supervised release [Document 1464].

    HAVING considered the probation officer's report and the government's response to the defendant's request, the Court

____  ORDERS the defendant's term of supervised release be terminated immediately.

____  DENIES early termination of the defendant's supervised release.

    DATED at Denver, Colorado, this _____ day of _____ 2019.

        BY THE COURT:

        _____
        WILLIAM J. MARTINEZ
        United States District Judge