IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-231-WJM-4

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**4.    FRANCISCO AGUILAR**,

    Defendant.

---

## ORDER DENYING MOTION FOR
## EARLY TERMINATION OF SUPERVISED RELEASE

---

    This matter is before the Court on Defendant's Letter re: Motion for Early Termination of Probation (ECF No. 1464), which the Court construes as a Motion for Early Termination of Supervised Release.  As so construed, the Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

    The Defendant's Motion is DENIED for lack of sufficient good cause shown.

    Dated this 20th day of May, 2019.

    BY THE COURT:

    _____
    William J. Martínez
    United States District Judge