OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

14 cr 231 WJM

Doc #1471

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2019

JEFFREY P. COLWELL
CLERK

DENVER CO 802
20 MAY '19
PM 7 L

neopost
05/20/2019
US POSTAGE $00.50⁰

ZIP 80294
041L11245087

FIRST-CLASS MAIL

Francisco Aguilar (Terminated)
3100 South Federal Blvd
Denver, CO

NIXIE    808  DE 1       0005/24/19

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 80294250099    *1820-03143-20-38