UNITED STATES DISTRICT COURT
FOR THE                    DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JAMES TILLMON | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>JUN 06 2019<br>JEFFREY P. COLWELL<br>CLERK | WILLIAM J. MARTINEZ<br>U.S. DIST. JUDGE 10TH CIRCUIT<br>CAUSE NO. 1:14-CR-00231-WJM<br>USA V. GARRISON |

<u>MOTION FOR SENTENCE RECOMMENDATION/COMPUTATION</u>

The petitioner, James Tillmon, moves this Honorable Court to impose a jail sentence of 40 months to be served concurrently with his 8yr sentence case number 12-CR-10298, and impose the previous 4 year probation supervision and a fine of $0.00. Petitioner pleads to the Court based on the following...

Petitioner was officially detained on his federal case #1:14-CR-00231WJM-2 on 6/5/2014 by The U.S. Marshall. Petitioner was extradited to Colorado, was denied bond and remained in custody in Denver County Sheriff's Department. After the petitioner was ultimately sentenced on 2/24/2016, the petitioner was transferred to C.D.O.C to serve the remainder of his sentence.

A letter is also enclosed from the petitioner's defense attorney in which highlighted the Court's original position regarding sentencing. Under sentencing factors based upon 3553 (a), the petitioner meets all the criteria. Under 2(B) where it states: to afford adequate detterence to criminal conduct, and under 2(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. The petitioner has no disciplinaries in The Bureau of Prisons and is currently enrolled in The Residential Drug Abuse Program (RDAP).

1.

Wherefore, based on the above sentence and factors, the petitioner urges this Honorable Court to grant this motion and allow his guilty plea to remain by plea in absentia and impose sentence according to defendant's sentence recommendation.

Respectfully Submitted,

James Tillmon #40850-013
Pro Se Representation
Beaumont USP
P.O. Box 26030
Beaumont, Texas 77720

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was deposited into the institutional mailbox at USP Beaumont on this 28th day of May, 2019 and mailed to The United States Court.

James Tillmon

# CLIFFORD J. BARNARD
*Attorney at Law*

4450 Arapahoe Avenue, Suite 100  
Boulder, Colorado 80303

email: cliffbarnard@earthlink.net

Telephone: (303) 546-7947  
Facsimile: (303) 444-6349

May 7, 2015

James Tillmon  
Douglas County Detention Facility  
4000 Justice Way, Suite 2630  
Castle Rock, Colorado 80109-7547

Dear James:

Enclosed please find the following:

(1) a copy of co-defendant Beardsley's *Notice of Disposition and Motion for Change of Plea Hearing* (Doc. 429) filed on May 6, 2015 (4 pages); and

(2) a copy of the *Notice of Electronic Filing* (Doc. 430) in co-defendant Beardsley's case filed on May 6, 2015 and setting his change of plea hearing for June 9, 2015 (1 page).

I am sending you these both to let you know that another co-defendant has entered into a plea disposition and to show you that the change of plea hearing is being set for about a month after the filing of a notice of disposition (as opposed to the 2 weeks I predicted it would be when I met with you on Tuesday, May 5, 2015).

I spoke with A.U.S.A. Phillips after your and my Tuesday meeting and discussed with him the questions you and I discussed at our meeting. His responses to my questions and arguments were:

(1) with regard to the count(s) to which you are to plead guilty, you will plead guilty only to Count 1 (conspiracy) and the rest of the charges will be dismissed;

(2) with regard to whether he will recommend the low end of the sentencing guidelines, he said that he will probably recommend the low end as long as you don't get into any significant trouble while incarcerated and awaiting sentencing (he gave examples of significant trouble to be assaulting an officer or intimidating or interfering with a witness);

(3) with regard to whether he would agree to or would not object to concurrent sentencing with your state sentence, he said that he would "leave it up to the judge;" and

(4) with regard to whether he would not object to our motion for a below guidelines sentence, he said that he will object to it because you should not receive a lower sentence since you did not cooperate (i.e., cooperators should get lower sentence since they cooperated and, because you did not cooperate, you should NOT get a lower sentence).

He is writing up a proposed plea agreement and as soon as I receive it, I will come to see you to review it with you to see if you agree to the terms set forth in it.

Please call or write with any comments or questions.

Sincerely,

*[signature]*

Clifford J. Barnard

CJB/cb
Enclosures

```
                        JAMES TILLMON
                      REG NO. 40850-013
                        BEAUMONT USP
                       P.O. BOX 26030
                    BEAUMONT, TEXAS 77720
```

OFFICE OF THE CLERK
US DIST. COURT
10 TH  CIRCUIT
DENVER, CO 80294

Dear Clerk,                                        5-26-2019

    Enclosed are 2 copies of a motion for sentence recommendation/ computation to be subitted to your Honorable Court for Judge Martinez to reside. Also enclosed is a self addressed stamped envelope. Could you please  stamp file date and please return to me for my records.
    I thank you for your time and professional manner.

                                     Respectfully Submitted,

                                     James Tillmon

James Tillmon #40850-013
Beaumont USP
P.O. Box 26030
Beaumont, Texas 77720

Legal

Office of The Clerk
U.S. District Court
Alfred A. ARRAJ Courthouse
901-19th St. Room 105
Denver, Colorado 80294-3589

