# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JAMES TILLMON,
      a/k/a "Black,"
      a/k/a "Kevin Garner,"

    Defendant.

---

## GOVERNMENT'S RESPONSE TO DEFENDANT TILLMON'S MOTION FOR SENTENCE RECOMMENDATION/COMPUTATION
## (DOC. NO. 1474)

---

The United States of America (the government), by and through Zachary Phillips, Assistant United States Attorney for the District of Colorado, requests this Court DENY the defendant's motion, Doc. No. 1474, for the following reasons:

The Government is unable to specifically determine under what legal basis the defendant is requesting the Court to take action. As a result, the Government maintains the defendant's motion is untimely. Additionally, the defendant's motion does not meet the requirements of Title 18, United States Code, § 3742.

Further, the defendant is making a request of the Court which the Court specifically addressed at the time of sentencing. Prior to sentencing, the defendant filed Defendant Tillmon's Motion for Variant Sentence, Doc. No. 708. In his motion, the defendant specifically addressed his state court sentence and requested a concurrent sentence. (Doc. No. 708, p. 13 – 14.) The Government filed the Government's Response to Defendant Tillmon's Motion for Variant

Sentence, Doc. No. 803. The Government requested that the defendant's sentence run consecutive to the defendant's state court sentence. (Doc. No. 803, p. 3.)

This Court, in sentencing the defendant, specifically ordered the defendant's sentence in this case run consecutive to the sentence imposed in Denver County District Court case number 12cr10298. (Doc. No. 824, p. 2.)

The defendant's motion should be denied.

Respectfully submitted this 24th day of June, 2019.

JASON R. DUNN
United States Attorney


By *s/Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone:   (303) 454-0118
Fax:   (303) 454-0401
e-mail:   zachary.phillips@usdoj.gov
Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of June, 2019, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT TILLMON'S MOTION FOR SENTENCE RECOMMENDATION/COMPUTATION (DOC. NO. 1474)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>*s/Maggie E. Grenvik*</u>
Maggie E. Grenvik
Legal Assistant