**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-231-WJM-1
Civil Action No. 19-cv-3125-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

## ORDER
---

    After preliminary consideration of Defendant Ricky Garrison's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence an Illegal Sentence or Conviction by a Person in Federal Custody (ECF No. 1478), it is

    ORDERED that the United States on or before **December 6, 2019**, shall file a response to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.  It is

    FURTHER ORDERED that Defendant Garrison may file a reply within 30 days from the date the response is filed.

    Dated this 5th day of November, 2019.

BY THE COURT:

_____
William J. Martínez
United States District Judge