**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-231-WJM-1
Civil Action No. 19-cv-3125-WJM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1.    RICKY GARRISON,

    Defendant-Movant.

---

**UNITED STATES' MOTION FOR 14-DAY EXTENSION OF TIME
TO RESPOND TO 28 U.S.C. § 2255 MOTION**

---

The United States requests a 14-day extension of time, through and including, December 20, 2019, to respond to Defendant-Movant Ricky Garrison's Motion Under 28 U.S.C. § 2255 (Doc. 1478). In support, the government states as follows:

1.    Garrison filed his motion on October 31, 2019. On November 5, 2019, this Court issued an order requiring the United States to respond by December 6, 2019.

2.    The Motion raises four claims of ineffective assistance of counsel at various stages of the proceedings, including pretrial, plea negotiations, and appeal.

3.    Undersigned counsel was not trial counsel, but is responsible for preparing the response. Given the nature of the claims asserted, undersigned counsel will need to review much of the record in order to respond to the claims.

1

4. Since the Motion was filed, undersigned counsel has filed: (1) a reply brief in *Hoffmeister v. United Student Aid Funds, Inc.*, No. 19-1212 (10th Cir. Nov. 8, 2019); (2) a response to a § 2255 motion in *United States v. Monaco*, No. 17-cr-417 (D. Colo. Nov. 8, 2019); and (3) a court-ordered supplemental brief in *United States v. Lawless*, No. 17-1148 (10th Cir. Dec. 2, 2019).  In addition, counsel was out of the office for the Thanksgiving holiday during the week of November 25, 2019.

5. Although counsel has begun reviewing the record and drafting a response, he believes that he will be unable to devote sufficient time to completing the response by the current deadline of December 6, 2019, given his other workload.

6. The requested extension will enable counsel to prepare an appropriately thorough response that will adequately address Garrison's claims and assist the Court.

7. This is the government's first request for an extension of time to respond to the Motion.

8. Pursuant to D.C.COLO.LcivR 7.1(b)(1), undersigned counsel has not conferred with Garrison regarding this motion because he is an unrepresented prisoner.

Therefore, the United States respectfully requests an extension of 14 days, up to and including  December 20, 2019, in which to respond to Garrison's Motion.

DATED December 2, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*/s/ Karl L. Schock*
KARL L. SCHOCK
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: karl.schock@usdoj.gov

Attorneys for United States of America

4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/Colorado)**

I hereby certify that on December 2, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL  61555

/s/Erin Prall
Erin Prall
U.S. Attorney's Office