**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 16 2019**

JEFFREY P. COLWELL
CLERK

Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

Judge Martinez
901 19th Street
Denver, CO 80294

December 11, 2019

Re...Criminal Case. No. 14-cr-231-WJM-1
    Civil Action No. 19-cv-3125-WJM

    Addressing the Court of matter of concern 28 U.S.C.§2255 filed October 31, 2019. Up until Doc#.1480 Garrison has not received any court orders or notifications. Court issue requiring the United States to respond by December 6, 2019, was not received, order acknowledging claim was ever filed with Court on October 31, 2019, and still to date has not received Court order of Doc# 1480 asking for extension of time.

    December 5, 2019, date received United States Doc# 1480. Garrison is humbly asking and requesting Court order's and asking the Court to please make sure documents are received, please note I have to always deal with a delay of prison mail due to current incarceration status. Just humbly asking and respectfully so I can stay abreast of all proceedings and be as timely and prompt as possible. Thank you for your time and consideration.

Respectfully,
Ricky Garrison

x _Ricky Garrison_

