**Sean McDermott**

| | |
|---|---|
| **From:** | Miller Leonard <millermleonard@gmail.com> |
| **Sent:** | Saturday, September 03, 2016 7:30 PM |
| **To:** | Sean McDermott |
| **Subject:** | Re: Thoene |
| **Attachments:** | Ricky Garrison Crime of Violence Analysis.docx; ATT00001.htm; Ricky Garrison Guideline Calculations-final.docx; ATT00002.htm |

EXH A

# Sean McDermott

**From:** Phillips, Zachary (USACO) <Zachary.Phillips@usdoj.gov>
**Sent:** Saturday, September 03, 2016 12:08 PM
**To:** Sean McDermott; Miller Leonard
**Subject:** RE: New Charges

In order to get this case done – and I am afraid to say this as my experience is that no matter what I offer your client will want something more as he always seems to want to be in charge and "win" as the case may be. However, I will offer the following:
Garrison plead guilty to the conspiracy charge
Agree to forfeiture
Standard appellate waiver
At this point I cannot agree to the third point for acceptance. That would undermine all my previous pleas in this case as well as all my other cases since I have been with USA office (not to mention my colleagues). However, in order to "balance" it for your client, I would agree that he is a criminal history IV and not V (that may be an issue for him and if it is I will agree to the IV).
All other charges would be dismissed, and no new charges added. Also, I have been told that even without a conviction or plea the prostitution charge can trigger a sex evaluation. I will not ask for it if probation raises that issue.
As far as relevant conduct is concerned, I am happy to do that at sentencing, but to be honest I think it would hurt your client. As you know, I have many cooperators and if they are called to testify they increase his relevant conduct. I would suggest we stipulate to an offense level 24 so that I do not have to call cooperators and he knows exactly what he is looking at. With all that said, this is what I have him at:

Level 24
Plus 1 for school 2d1.2 (probation hit others with that even with conspiracy charge plea and I believe they will hit your client with it – I don't want any surprises so I included this)
Plus 2 for possession of dangerous weapons 1d1.1(b)(1)
(I will not argue for any leader or organizer points)
Makes it a level 27
Minus 2 for acceptance
Offense level 25 and criminal history IV makes his calculations 84 – 105 (as you can see, this is literally HALF of what he would be facing after trial – not to mention having to register as sex offender. I believe this is a very fair offer and also one that I and my agents and my office can live with at this point)

Thoughts?

**From:** Sean McDermott [mailto:smcdermott@mswdenver.com]
**Sent:** Saturday, September 03, 2016 11:26 AM
**To:** Phillips, Zachary (USACO) <ZPhillips@usa.doj.gov>; Miller Leonard <miller@themillerleonardlawfirm.com>
**Subject:** RE: New Charges

Zach,

I will see him over the weekend. I can't do it today. My wife is out of town and my son is here with me. What precisely are we talking about? Is it plead guilty to the conspiracy and dismissal of all other charges, with the 3 points in total for acceptance of responsibility; and relevant conduct to be determined at sentencing?

Sean

1

**From:** Phillips, Zachary (USACO) [mailto:Zachary.Phillips@usdoj.gov]
**Sent:** 3 September, 2016 10:20 AM
**To:** Miller Leonard <miller@themillerleonardlawfirm.com>; Sean McDermott <smcdermott@mswdenver.com>
**Subject:** RE: New Charges

I am charging them alleging both prongs ("used and carried" and "in furtherance of") for both firearms. They are two distinct crimes under the 10th circuit, but they can be charged in a single count (or two counts here – one for each firearm). Just to be clear, although there will be 4 separate counts he could be convicted on, he can only be sentenced on two of those four (one for each firearm).

FYI – I am going to have to get these to Zeke and Suneeta immediately (as in today or tomorrow – depending on when Zeke is available). Once they have them I am past the point of return as far as negotiations are concerned. So (which I doubt) if the ruling on the wiretap has had any effect on Ricky and his desire to settle this case it must be done ASAP.

**From:** Miller Leonard [mailto:miller@themillerleonardlawfirm.com]
**Sent:** Saturday, September 03, 2016 10:03 AM
**To:** Phillips, Zachary (USACO) <ZPhillips@usa.doj.gov>; Sean McDermott (smcdermott@mswdenver.com) <smcdermott@mswdenver.com>
**Subject:** Re: New Charges

Zach,

Do you know how you are styling the 924(c) charges? Are you going with carries or uses?


*Miller Leonard*
millermleonard@gmail.com
(gmail account)
Miller Leonard, PC
www.coloradocriminalandfamilylaw.com
(720) 613-8783 Phone - Office
(303) 907-9516 Phone
(720) 613-8782 Fax
14143 Denver West Parkway, Suite 100
Golden, CO 80401
miller@themillerleonardlawfirm.com
(firm account)

The information contained in this email is privileged and confidential and intended only for the recipient named above. If you are not the intended recipient, please notify us by telephone, and any copying, disclosure, or dissemination is strictly prohibited.

Notice: Email is not a secure method of communication.

**From:** "Phillips, Zachary (USACO)" <Zachary.Phillips@usdoj.gov>
**Date:** Saturday, September 3, 2016 at 9:35 AM
**To:** Miller Leonard <miller@themillerleonardlawfirm.com>, "Sean McDermott (smcdermott@mswdenver.com)" <smcdermott@mswdenver.com>
**Subject:** New Charges

Good morning Miller and Sean,

2

Yesterday when Miller and I spoke Miller wanted to know when I would be adding the two 924(c) charges.  I have a partial answer.  I will be adding them the week of September 12.  I do not have an exact date yet as I have to be able to schedule a time with our GJ coordinator as well as make sure I can get my witnesses available and brought in at the same time.  Once I get a time scheduled I will let you know so that we can get Mr. Garrison brought in for advisement as well as I will expedite the GJ Transcript.  Since our jury instructions are due prior to the 12th, I will be preparing them in such a way as to include the 924© charges.  Please let me know if you have any questions or concerns.
Thanks,
Zak

3