## SWORN AFFIDAVIT

I Ricky Garrison, declare pursuant to § 1746 that the following is true and correct to the best of my knowledge.

1) My second appointed counsel, Mr. Miller Leonard, did not present to me that the government had reoffered the 70 month deal. Counsel only represented that it was in my interest to provide substantial assistance to the government. The only numbers that counsel mentioned that didn't require to give the government substantial assistance was for 84-105 months.

/s/ Ricky Garrison     1-16-20
                          date

Exhibit B



RECEIVED
JAN 21 2020
FCI PEKIN
MAIL ROOM

⇔40459-013⇔
Us District Court
#A105
901 19TH ST
Denver, CO 80294
United States

legal mail:

⇔40459-013⇔
Ricky Garrison
40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.