**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 14-cr-0231-WJM-1
(Civil Action No. 19-cv-3125-WJM)

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

1. RICKY GARRISON,

    Defendant/Movant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with the Order Denying Defendant's Motion to Vacate Judgment [ECF 1486] entered by the Honorable William J. Martínez on April 7, 2020, it is hereby

ORDERED that the Defendant's Motion to Vacate Under 28 U.S.C. § 2255 [ECF 1478] and Defendant's Motion to Amend [ECF 1484] are denied. It is further

ORDERED that final judgment is hereby entered in favor of the Plaintiff/Respondent, United States of America, and against Defendant/Movant, Ricky Garrison. It is further

ORDERED that each party shall bear his or its own costs. It is further

ORDERED that no certificate of appealability will be issued. It is further

ORDERED that the related Civil Action No. 19-cv-3125-WJM is closed.

DATED at Denver, Colorado this 7th day of April, 2020.

                                              FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: <u>s/ A. Frank</u>
A. Frank
Deputy Clerk