The United States District Court of Colorado

James Tillmon #40850-013

Case #1:14-CR-00231-WJM

USA v. Garrison

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 14 2020
JEFFREY P. COLWELL
CLERK

## Motion for Compassion Release

Come forward, James Tillmon files this Motion As my submission to apply for Home Confiement based On "The Cares Act" (Covid 19 virus Aid Relief Economic Security Act)

William Barr Revised the "First Step Act" Under 18 U.S.C. § 3582(c)(1)(A)(i) Consideration is based on the Following factors

On Feb 2, 2016 James Tillmon Pled guilty to Conspiracy To Distribute, and possession with the Intent to Distribute in Violation 21 U.S.C. §§ 841(A)(1)(B)(i)(B)(ii)(II)(b)(1)(iii)(B)(1)(C) & 846 The court sentenced Tillmon to 40 months, my release Date as Of Now is Feb 12, 2021 with a home Confinement Date of August 12, 2020

Im 36 years old, and is Vulnerab to the Covid 19 virus under CDC guideline, I suffer from a respiratory virus such as (Asthma) And very bad Allegies, I receive (Albuterol sulfate) which is A (Inhaler or Asthma pump for respiratory infection) that I get from the medical staff at Beaumont USP, I was born with this respiratory disease, and I still suffer from it till this day. Im a lot more vulnerab to it then most people Are, because of the Covid 19 virus this pandemic could be Fatal or deathly for me.

James Tillmon is housed at Beaumont USP, Beaumont, TX with 28 pts but is a Nonviolent offender, that is enrolled In the (RDAP) program. My pts is over represented And that is the only reason Im housed here at Beaumont USP.

James Tillmon, Pattern score again is over represented As the courts stated in my P.S.I Report, because of my Past criminal history Im still at a USP were I haven't Had any Incidents Nor any Incident Reports.

James Tillmon, If he was granted Compassionate Release Upon his release he would stay at Cagney Nelson house In Aurora, Colorado address-1621 South Idalia Cir, 80014, were Her, and Her husband stay Theo Nelson, stay alone both Cagney and Theo Nelson are care givers. I would stay, Follow the Law, and public safety by staying indoors, Not taking a chance to contact the Covid 19 virus. Both Cagney And Theo are elders in the Community, and with me having A respiratory disease such as Asthma, we'll all stay confine To the house, and practice social distancing because it could Be fatal to all of us if we was to contract it, the (Covid 19 virus) By me been in the BOP, in a closed off small confinement [If] Any of the Inmates or correction officer contract the Covid 19 virus It Would spread like wildfire, In here because of the closed Confinement, which for me could be fatal or even death. IF Mr. Tillmon was to be granted Compassionate Release To home Confinement, I'll stand a better chance of Not Contacting the Covid 19 virus, and have better access to a Hospital, and Medical care. Because of my Asthma respiratory Disease, I already own a smaller ventilator, for when I use to Have Asthma Attacks when I was younger.

I'm here for a drug case conspiracy to distribute again I posed No harm Nor threat to the community, I will follow And obey the law, pratice social distancing rules, I will Not In No way be in the community because of this pandemic I'm scared for my life, and others in the community. I would Be in the house on home confinement Practing social distacing For my, and others benefit. I'm more vulnerab then most to The Covid 19 virus, for that reason, and home confinement I Have No choice but to stay inside this posed a great threat to my Health which could lead to my death! This pandemic is Not Nothin To play with. Again by granting me Commpassionate release, I would by pass the halfway straight to home confinement Were the halfway house could still posed a great threat to me, Because of the closed confinement small space, with the Halfway House staff coming, and going they posed a chance Of contracting the covid 19 virus, and expose it to the inmates In the halfway house! By granting me compassionate Release I stand a better chance of making it thru this pandemic, I Would be allot better off getting home confinement, and Keeping me safe from this pandemic.

Thank you in Advance for taking this In consideration.

Sincerely
James Tillm
Jimmy Tillm
4-6-20

Alfred A. ARRAJ CourtHouse
901-19th St. Rm-105
Denver, CO 80294-3589

Legal Mail