IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1.   RICKY GARRISON,
2.   **JAMES TILLMON,**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

        Defendants.

---

**DEFENDANT JAMES TILLMON'S
UNOPPOSED MOTION TO VACATE ORDER (ECF # 1489)
AND TO HOLD MATTER IN ABEYANCE UNTIL MAY 15, 2020**

---

    THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby moves this Court to vacate its *Order* (ECF # 1489) requiring the government to respond to Mr. Tillmon's motion by May 1, 2020 and to hold this matter in abeyance until May 15, 2020. As grounds for this motion, Mr. Tillmon states as follows:

    1.    On April 14, 2020, Mr. Tillmon filed a pro se *Motion for Compassion [sic]*

*Release*. (ECF # 1488.)

2. On April 16, 2020, the Court ordered the government to respond to Mr. Tillmon's motion on or before May 1, 2020. (ECF # 1489.)

3. On April 21, 2020, Chief Judge Brimmer entered District Court General Order 2020-7 in which it was ordered, inter alia, that:

> In the case of a defendant who was previously represented by a member of the Criminal Justice Act Panel ("CJA"), and where the CJA counsel expresses a willingness to represent the defendant in pursuing compassionate release, CJA counsel is hereby appointed under this Order to determine whether the defendant is eligible to petition the Court for compassionate release under Section 603(b) of the First Step Act of 2018, 18 U.S.C. §§ 3582(c) and (d), and, where appropriate, to file a motion for compassionate release.

4. Undersigned counsel previously represented Mr. Tillmon under the Criminal Justice Act and is willing to represent him in pursuing a compassionate release.

5. Mr. Tillmon is presently incarcerated in USP-Beaumont, Beaumont, Texas.

6. Counsel wrote Mr. Tillmon a letter on April 23, 2020 asking him various questions related to a potential compassionate release.

7. Counsel has not yet heard back from Mr. Tillmon.

8. Counsel requests until May 15, 2020 in which to communicate with Mr. Tillmon and to determine whether Mr. Tillmon is eligible to petition the Court for compassionate release under Section 603(b) of the First Step Act of 2018, 18 U.S.C. §§ 3582(c) and (d).

9. Judicial economy would best be served by continuing this matter before the government is required to respond to Mr. Tillmon's *pro se* motion.

10. Defense counsel has discussed this motion with A.U.S.A Zachary Phillips

who stated that the government does not oppose this request for the Court to vacate its *Order* (ECF # 1489) and to hold this matter in abeyance until May 15, 2020.

WHEREFORE, Mr. Tillmon requests that this Court vacate its *Order* (ECF # 1489) requiring the government to respond to Mr. Tillmon's motion by May 1, 2020 and to hold this matter in abeyance until May 15, 2020.

DATED this 29th day of April, 2020.

> Respectfully submitted,
>
> *s/Clifford J. Barnard*
>
> _____
> Clifford J. Barnard
> Attorney at Law
> 4450 Arapahoe Avenue, Suite 100
> Boulder, Colorado 80303
> Telephone: (303) 546-7947
> Facsimile: (303) 444-6349
> Email: *cliffbarnard@earthlink.net*
> Attorney for Defendant Tillmon

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2020, I electronically filed the foregoing *Defendant James Tillmon's Unopposed Motion to Vacate Order (ECF # 1489) and to Hold Matter in Abeyance until May 15, 2020* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | zachary.phillips@usdoj.gov |
| A.U.S.A. Wayne Campbell | wayne.campbell@usdoj.gov |
| Mitchell Baker | mitchbaker@estreet.com |
| James Castle | Jcastlelaw@aol.com |
| Leslee Barnicle | barniclelaw@aol.com |
| Philip W. Ogden | phil@coloradospringslaw.net |
| Andres Guevara | andres@guevaracoloradolaw.com |
| Forrest W. Lewis | flewispc@aol.com |

| | |
|---|---|
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |
| Thomas Ward | *tward@wardlawdenver.com* |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

James Tillmon                                   *Via U.S. mail*

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Tillmon

−4−