RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2020 APR 27  AM 11:31

Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

April 17, 2020

United States Court of Appeals
For the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re: USA v. Garrison; Case # 1:14-cr-00231-WJM
Civil Case # 1:19-cv-03125-WJM; Motion to Vacate
Judgement Under 28 U.S.C. § 2255

Tenth Circuit Court of Appeals,

Defendant, is currently addressing the Court of Appeals being, in the middle of the Corona Pandemic my Facility (All BoP Institutions), are currently on

lockdown, unable to review any case law, go to library or use typewriters. This will have to suffice for now being this is all any defendant can do, due to the current circumstance.

 Defendant just received, "Order Denying Defendant's Motion to Vacate Judgement (Doc#1486)," received on April 16, 2020, at Facility signed off by mail staff.

 Defendant is asking the Tenth Circuit Court of Appeals to allow certificate of appealability and review the District Court's decision of 2255 order by the District Court. Asking to start the process of appeal of the Courts improper decision based on my Constitutional Rights in the interests of justice.

Thank you for your consideration,

           Ricky Garrison #40459-013
           FCI Pekin
           P.O. Box 5000
           Pekin, IL 61555

x /s/ Ricky Garrison
Ricky Garrison #40459-013

→40459-013←◇
Ricky Garrison
**40459-013**
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States



Legal Documents
Scanned by
US Marshal

United States Court of Appeals
For the Tenth Circuit
Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

RECEIVED
APR 20 2020
FCI PEKIN
MAIL ROOM


POSTAGE DUE



Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

April 27, 2020

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

    Re:  Misdirected notice of appeal in Colorado District Court
         Case No. 1:19-CV-03125-WJM & 1:14-CR-00231-WJM-1

Dear Mr. Colwell:

    Enclosed please find a misdirected notice of appeal filed by Ricky Garrison. In order for your court to take the appropriate steps to provide us with the preliminary record in this matter, the notice of appeal is being sent to you so it can be properly filed as of April 27, 2020.  *See* Fed. R. App. P. 4(d).

    Please contact this office if you have questions.

                              Sincerely,

                              CHRISTOPHER M. WOLPERT, Clerk

CMW:lab

cc:    Ricky Garrison