APPEAL,TERMED

# U.S. District Court – District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: <u>1:14–cr–00231–WJM</u>–1

Case title: USA v. Garrison et al
 Related  Case:   1:19–cv–03125–WJM
 Magistrate judge case number:  1:14–mj–01077–BNB

Date Filed: 06/04/2014
Date Terminated: 02/09/2018

Assigned to: Judge William J.
Martinez

Appeals court case number: 18–1053
Tenth Circuit

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Ricky Garrison**<br>*TERMINATED: 02/09/2018*<br>*also known as*<br>"G"<br>*TERMINATED: 02/09/2018* | represented by | **Ricky Garrison**<br>#40459013<br>Federal Correctional Institution<br>P.O. Box 5000<br>Pekin, IL 61555<br>PRO SE |

**David Nathan Fisher**
Fisher & Byrialsen PLLC
4600 South Syracuse Street
9th Floor
Denver, CO 80237
303–256–6345
Email: david@fblaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Miller M. Leonard**
Miller Leonard, P.C
14143 Denver West Parkway
Suite 100
Golden, CO 80401
303–907–9516
Fax: 303–991–7601
Email: millermleonard@gmail.com
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Mitchell Baker**

Mitch Baker, Attorney at Law
1543 Champa Street
#400
Denver, CO 80202
303–592–7353
Fax: 303–571–1001
Email: mitchbaker@estreet.com
*TERMINATED: 02/04/2016*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**James Andrew Castle**
Castle & Castle, PC
1544 Race Street
Denver, CO 80206
303–675–0500
Fax: 303–329–5500
Email: jcastlelaw@gmail.com
*TERMINATED: 02/04/2016*
*Designation: CJA Appointment*

**Robert William Pepin**
Robert W. Pepin, Attorney at Law
P.O. Box 2727
Port Angeles, WA 98362
303–324–4633
Email: aticusbooradley@gmail.com
*TERMINATED: 06/06/2014*
*Designation: Public Defender or Community Defender Appointment*

**Sean Michael McDermott**
McDermott Stuart & Ward LLP
One Sherman Place
140 East 19th Avenue
Suite 300
Denver, CO 80203
303–355–6789
Email: smcdermott@mswdenver.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (1s) | Incarceration: 156, concurrent; Supervised Release: 3 years, concurrent; Special Assessment: $100 |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. | Incarceration: 48 months, concurrent; Supervised Release: one year, concurrent; Special Assessment: $200 |

2

(4s–5s)

21:843B=CD.F USE
COMMUNICATIONS FACILITY –
CONTROLLED SUBSTANCE –
DISTR.
(7s–8s)

Incarceration: 48 months, concurrent; Supervised
Release: one year, concurrent; Special
Assessment: $200

21:843B=CD.F USE
COMMUNICATIONS FACILITY –
CONTROLLED SUBSTANCE –
DISTR.
(11s)

Incarceration: 48 months, concurrent; Supervised
Release: one year, concurrent; Special
Assessment: $100

21:843B=CD.F USE
COMMUNICATIONS FACILITY –
CONTROLLED SUBSTANCE –
DISTR.
(13s)

Incarceration: 48 months, concurrent; Supervised
Release: one year, concurrent; Special
Assessment: $100

21:843B=CD.F USE
COMMUNICATIONS FACILITY –
CONTROLLED SUBSTANCE –
DISTR.
(15s–16s)

Incarceration: 48 months, concurrent; Supervised
Release: one year, concurrent; Special
Assessment: $200

21:843B=CD.F USE
COMMUNICATIONS FACILITY –
CONTROLLED SUBSTANCE –
DISTR.
(22s–26s)

Incarceration: 48 months, concurrent; Supervised
Release: one year, concurrent; Special
Assessment: $500

21:843B=CD.F USE
COMMUNICATIONS FACILITY –
CONTROLLED SUBSTANCE –
DISTR.
(30s–31s)

Incarceration: 48 months, concurrent; Supervised
Release: one year, concurrent; Special
Assessment: $200

21:843B=CD.F USE
COMMUNICATIONS FACILITY –
CONTROLLED SUBSTANCE –
DISTR.
(39s–42s)

Incarceration: 48 months, concurrent; Supervised
Release: one year, concurrent; Special
Assessment: $400

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

CONTROLLED SUBSTANCE –
SELL, DISTRIBUTE, OR
DISPENSE
(1)

dismissed

dismissed

| | |
|---|---|
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (2) | |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (2s) | dismissed |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (3) | dismissed |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (3s) | dismissed |
| USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (4–5) | dismissed |
| DISTRIBUTE IN OR NEAR SCHOOLS/CONTROLLED SUBSTANCE (6) | dismissed |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (6s) | dismissed |
| USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (7–8) | dismissed |
| DISTRIBUTE IN OR NEAR SCHOOLS/CONTROLLED SUBSTANCE (9) | dismissed |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (9s) | dismissed |
| USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (10) | dismissed |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE | dismissed |

(10s)

USE COMMUNICATIONS
FACILITY – CONTROLLED
SUBSTANCE – DISTR.                          dismissed
(11)

CONTROLLED SUBSTANCE –
SELL, DISTRIBUTE, OR
DISPENSE                                    dismissed
(12–13)

21:841A=CD.F CONTROLLED
SUBSTANCE – SELL,
DISTRIBUTE, OR DISPENSE                      dismissed
(12s)

USE COMMUNICATIONS
FACILITY – CONTROLLED
SUBSTANCE – DISTR.                          dismissed
(14)

21:841A=CD.F CONTROLLED
SUBSTANCE – SELL,
DISTRIBUTE, OR DISPENSE                      dismissed
(14s)

DISTRIBUTE IN OR NEAR
SCHOOLS/CONTROLLED
SUBSTANCE                                   dismissed
(15)

USE COMMUNICATIONS
FACILITY – CONTROLLED
SUBSTANCE – DISTR.                          dismissed
(16)

DISTRIBUTE IN OR NEAR
SCHOOLS/CONTROLLED
SUBSTANCE                                   dismissed
(17)

21:841A=CD.F CONTROLLED
SUBSTANCE – SELL,
DISTRIBUTE, OR DISPENSE                      dismissed
(17s)

USE COMMUNICATIONS
FACILITY – CONTROLLED
SUBSTANCE – DISTR.                          dismissed
(18–19)

CONTROLLED SUBSTANCE –
SELL, DISTRIBUTE, OR
DISPENSE                                    dismissed
(18s–19s)

                                            dismissed

DISTRIBUTE IN OR NEAR
SCHOOLS/CONTROLLED
SUBSTANCE
(20)

21:841A=CD.F CONTROLLED
SUBSTANCE – SELL,
DISTRIBUTE, OR DISPENSE                    dismissed
(20s–21s)

CONTROLLED SUBSTANCE –
SELL, DISTRIBUTE, OR
DISPENSE                                   dismissed
(21–23)

DISTRIBUTE IN OR NEAR
SCHOOLS/CONTROLLED
SUBSTANCE                                  dismissed
(26)

USE COMMUNICATIONS
FACILITY – CONTROLLED
SUBSTANCE – DISTR.                         dismissed
(27–31)

21:841A=CD.F CONTROLLED
SUBSTANCE – SELL,
DISTRIBUTE, OR DISPENSE                    dismissed
(27s)

CONTROLLED SUBSTANCE –
SELL, DISTRIBUTE, OR
DISPENSE                                   dismissed
(28s)

21:841A=CD.F CONTROLLED
SUBSTANCE – SELL,
DISTRIBUTE, OR DISPENSE                    dismissed
(29s)

CONTROLLED SUBSTANCE –
SELL, DISTRIBUTE, OR
DISPENSE                                   dismissed
(32–33)

CONTROLLED SUBSTANCE –
SELL, DISTRIBUTE, OR
DISPENSE                                   dismissed
(32s–34s)

21:843B=CD.F USE
COMMUNICATIONS FACILITY –
CONTROLLED SUBSTANCE –                     dismissed
DISTR.
(35s)

DISTRIBUTE IN OR NEAR                      dismissed
SCHOOLS/CONTROLLED

| | |
|---|---|
| SUBSTANCE (36) | |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (36s–38s) | dismissed |
| USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (37–38) | dismissed |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (43s–44s) | dismissed |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (44) | dismissed |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (45) | dismissed |
| 18:2421.F TRANSPORTING FOR PROSTITUTION (45s) | dismissed |
| USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (46–47) | dismissed |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (46s) | dismissed |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. (47s) | Dismissed. |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (48) | dismissed |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (48s) | dismissed |
| | DISMISSED |

| | |
|---|---|
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (49) | |
| USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (50) | DISMISSED |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (51–53) | DISMISSED |
| USE COMMUNICATIONS FACILITY – CONTROLLED SUBSTANCE – DISTR. (54–59) | DISMISSED |
| TRANSPORTING FOR PROSTITUTION (60) | DISMISSED |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (61) | DISMISSED |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (70–71) | DISMISSED |

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                    **Disposition**

18:922G.F POSSESSION OF A
FIREARM BY A CONVICTED
FELON

**Plaintiff**

**USA**                              represented by   **Susan Knox**
                                                      U.S. Attorney's Office–Denver
                                                      1801 California Street
                                                      Suite 1600
                                                      Denver, CO 80202
                                                      303–454–0141
                                                      Fax: 303–454–0409
                                                      Email: susan.knox@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Zachary H. Phillips**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0409
Email: Zachary.Phillips@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Bryan David Fields**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0402
Email: bryan.fields3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Celeste Brianne Rangel**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0206
Fax: 303–454–0403
Email: celeste.rangel@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**James Sandy Russell**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0402
Email: James.Russell5@usdoj.gov
*TERMINATED: 09/22/2014*
*Designation: Federal Agency Attorney*

**Karl L. Schock**
U.S. Attorney's Office–Denver
1801 California Street

Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0408
Email: Karl.Schock@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Wayne Campbell**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0401
Email: Wayne.campbell@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/27/2014 | 1 | | COMPLAINT as to Ricky Garrison (1). (Attachments: # 1 Affidavit, # 2 Criminal Information Sheet) (morti, ) [1:14–mj–01077–BNB] (Entered: 05/28/2014) |
| 05/27/2014 | 2 | | Arrest Warrant Issued in case as to Ricky Garrison. (morti, ) [1:14–mj–01077–BNB] (Entered: 05/28/2014) |
| 05/28/2014 | 3 | | Arrest of Ricky Garrison. Initial Appearance set for 5/28/2014 02:00 PM in Courtroom A 401 before Magistrate Judge Craig B. Shaffer. (Text Only entry)(morti, ) [1:14–mj–01077–BNB] (Entered: 05/28/2014) |
| 05/28/2014 | 4 | | MINUTE ENTRY for proceedings held before Magistrate Judge Craig B. Shaffer: Initial Appearance as to Ricky Garrison held on 5/28/2014. Defendant present in custody. Defendant advised. Federal Public Defender appointed. Detention Hearing and Preliminary Examiniation set for 6/2/2014 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded. (Total time: 5 minutes, Hearing time: 2:37–2:42)<br><br>**APPEARANCES**: Zachary Phillips on behalf of the Government, Jordan Buescher on behalf of pretrial. FTR: Courtroom A–401. (amont) Text Only Entry [1:14–mj–01077–BNB] (Entered: 05/28/2014) |
| 05/28/2014 | 5 | | CJA 23 Financial Affidavit by Ricky Garrison. (amont) [1:14–mj–01077–BNB] (Entered: 05/28/2014) |
| 05/29/2014 | 6 | | NOTICE OF ATTORNEY APPEARANCE: Robert William Pepin *Assistant Federal Public Defender* appearing for Ricky GarrisonAttorney Robert William Pepin added to party Ricky Garrison(pty:dft) (Pepin, Robert) [1:14–mj–01077–BNB] (Entered: 05/29/2014) |
| 05/29/2014 | 7 | | Arrest Warrant Returned Executed on 5/28/14 in case as to Ricky Garrison. (nmarb, ) [1:14–mj–01077–BNB] (Entered: 05/29/2014) |
| 06/02/2014 | 8 | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Preliminary and Detention Hearing as to Ricky Garrison held on 6/2/2014. Defendant present in custody. Mr. Pepin orally moves for a continuance of these hearings. No objection from the Government. ORDERED: Oral motion to continue is granted; Preliminary and Detention Hearing reset for 6/4/2014 at 10:30 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded. (Total time: 1 minute, Hearing time: 10:16−10:17)<br><br>**APPEARANCES**: Zachary Phillips on behalf of the Government, Robert Pepin on behalf of the defendant, Jordan Buescher on behalf of Pretrial Services. FTR: CRIMINAL AM –– Courtroom A−501. (cpear) Text Only Entry [1:14−mj−01077−BNB] (Entered: 06/02/2014) |
| 06/04/2014 | 9 | | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Preliminary and Detention Hearing as to Ricky Garrison held on 6/4/2014. Defendant present in custody. Argument and discussion held regarding detention. The Court makes findings regarding detention. ORDERED: Defendant detained. Preliminary Hearing reset for 6/6/2014 at 2:00 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant remanded, (Total time: 24 minutes, Hearing time: 10:57−11−21)<br><br>**APPEARANCES**: Zachary Phillips on behalf of the Government, Robert Pepin on behalf of the defendant, Paige Meador on behalf of Pretrial Services. FTR: CRIMINAL AM. (cpear) Text Only Entry [1:14−mj−01077−BNB] (Entered: 06/04/2014) |
| 06/04/2014 | 10 | | INDICTMENT as to Ricky Garrison (1) count(s) 1−3, 4−5, 6, 7−8, 9, 10−11, 12−13, 14, 15, 16, 17, 18−19, 20, 21−23, 26, 27−31, 32−33, 36, 37−38, 44, 45, 46−47, 48−49, 50, 51−53, 54−59, 60, 61, 70−71, James Tillmon (2) count(s) 1, 17, 18, 24, 25, 39, 40, 41, 42−43, 44, Christopher Martinez (3) count(s) 1, 26, 28, 30, 62, 63−66, 67, 68−69, Francisco Aguilar (4) count(s) 1, 20, 36, 37−38, 48, 52, 61, Simeon Ramirez (5) count(s) 1, 9, 10−11, Christopher Vigil (6) count(s) 1, 15, 16, 17, 19, 34−35, Travis Edwards (7) count(s) 1, 53, 56−59, Dondrai Fisher (8) count(s) 1, 41, 42−43, Archie Poole (9) count(s) 1, 24, 25, 39, 40, Luis Ramirez (10) count(s) 1, 67, 68−69, Melvin Turner (11) count(s) 1, 62, 64, 66, Shawn Beardsley (12) count(s) 1, 62, 63, 65, Sidney Taylor (13) count(s) 1, 12−13, 14, 21−23, 32−33, 49, 50, 51, Gregory Williams (14) count(s) 1−3, 4−5, Robert Painter (15) count(s) 1, 26, 27, 29, 31, 53, 54−55, LaToya Wimbush (16) count(s) 1, 6, 7−8, 45, 46−47. (Attachments: # 1 Criminal Information Sheet 1, # 2 Criminal Information Sheet 2, # 3 Criminal Information Sheet 3, # 4 Criminal Information Sheet 4, # 5 Criminal Information Sheet 5, # 6 Criminal Information Sheet 6, # 7 Criminal Information Sheet 7, # 8 Criminal Information Sheet 8, # 9 Criminal Information Sheet 9, # 10 Criminal Information Sheet 10, # 11 Criminal Information Sheet 11, # 12 Criminal Information Sheet 12, # 13 Criminal Information Sheet 13, # 14 Criminal Information Sheet 14, # 15 Criminal Information Sheet 15, # 16 Criminal Information Sheet 16) (trlee, ) (Entered: 06/05/2014) |
| 06/04/2014 | 11 | | MOTION for Leave to Restrict case, by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis |

| | | | |
|---|---|---|---|
| | | | Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (trlee, ) (Entered: 06/05/2014) |
| 06/04/2014 | 12 | | ORDER granting 11 Motion for Leave to Restrict case as to Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16), by Magistrate Judge Michael E. Hegarty on 6/4/2014. (trlee, ) (Entered: 06/05/2014) |
| 06/04/2014 | 13 | | RESTRICTED DOCUMENT – Level 4 (trlee, ) (Entered: 06/05/2014) |
| 06/04/2014 | 30 | | Arrest Warrant Issued in case as to Ricky Garrison. (trlee, ) (Entered: 06/05/2014) |
| 06/05/2014 | 14 | | MOTION to Unrestrict Case *on June 6, 2014 at 11:00 a.m.* by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 06/05/2014) |
| 06/05/2014 | 31 | | Utility Setting/Resetting Deadlines/Hearings; as to Ricky Garrison: Arraignment and Discovery set for 6/6/2014 02:00 PM in Courtroom A1001 before Magistrate Judge Kathleen M. Tafoya. Text Only Entry. (morti, ) (Entered: 06/05/2014) |
| 06/06/2014 | 34 | | ORDER granting 14 Motion to Unrestrict Case as to Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16). The above–captioned case, Indictmentand Arrest Warrants shall remain RESTRICTED with a RESTRICTION LEVEL 3 untilFriday, June 6, 2014 at 11:00 a.m., at which date and time they shall be unrestricted, by Judge William J. Martinez on 6/6/2014. (evana, ) (Entered: 06/06/2014) |
| 06/06/2014 | 37 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kathleen M. Tafoya: Initial Appearance as to Ricky Garrison, Francisco Aguilar, Dondrai Fisher, Sidney Taylor, and LaToya Wimbush held on 6/6/2014. As to Defendant Garrison, Robert Pepin states that he was appointed when Defendant Garrison appeared before the Court on the Information, that he has a conflict representing the defendant in this case and orally moves to withdraw. No objection from the Government. ORDERED: Mr. Pepin's oral motion to withdraw is GRANTED; Criminal Justice Act counsel is appointed to represent Defendant Garrison. The Court will proceed on Initial Apparance for Defendant Garrison, because he previously appeared before the Court on an Information. Defendants present in custody. Defendants advised. Criminal Justice Act counsel appointed for all Defendants, **EXCEPT DEFENDANTS AGUILAR AND FISHER. DEFENDANT AGUILAR STATES HE HAS RETAINED ATTORNEY LESLEE BARNICLE, AND DEFENDANT FISHER STATES HE IS GOING TO RETAIN ATTORNEY** |

| | | | |
|---|---|---|---|
| | | | **WAZIR–ALI MUHAMMAD AL–HAQQ.** Arraignment, Discovery, and Detention Hearing set for 6/11/2014 09:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendants remanded. (Total time: 41 minutes, Hearing time: 4:08–4:49)<br><br>**APPEARANCES**: Zachary Phillips on behalf of the Government, Robert Pepin on behalf of Defendant Garrison, Christine Zorn on behalf of Pretrial Services. FTR: CRIMINAL PM –– Courtroom 1001. (cpear) Text Only Entry Modified on 6/9/2014 TO CORRECT ATTORNEY APPOINTMENT FOR DEFENDANTS AGUILAR AND FISHER. (cpear). (Entered: 06/09/2014) |
| 06/09/2014 | 45 | | NOTICE OF ATTORNEY APPEARANCE: James A. Castle appearing for Ricky GarrisonAttorney James A. Castle added to party Ricky Garrison(pty:dft) (Castle, James) (Entered: 06/09/2014) |
| 06/09/2014 | 46 | | CJA 20/30 Appointment of James A. Castle for Ricky Garrison by Magistrate Judge Kathleen M. Tafoya on 6/9/2014. (shugh) (Entered: 06/09/2014) |
| 06/10/2014 | 64 | | CJA 21/31 Request for Service as to Ricky Garrison. (Castle, James) (Entered: 06/10/2014) |
| 06/11/2014 | 72 | | MINUTE ENTRY for Arraignment and Discovery Hearing as to Ricky Garrison held before Magistrate Judge Michael E. Hegarty on 6/11/2014. Defendant present in custody. Plea NOT GUILTY on all counts entered by Ricky Garrison. Discovery memorandum executed. Discussion as to whether defendant is entitled to a detention hearing. ORDERED: The detention order previously ordered remains in effect. Defendant remanded. Counsel is directed to chambers. (Total time: 3 minutes, Hearing time: 10:39–10:42)<br><br>**APPEARANCES**: Zachary Phillips on behalf of the Government, James Castle on behalf of the defendant, Christine Zorn and Angela Ledesma on behalf of pretrial. FTR: MEH Courtroom A501. (lgale) Text Only Entry (Entered: 06/11/2014) |
| 06/11/2014 | 76 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Castle, James) (Entered: 06/11/2014) |
| 06/11/2014 | 79 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 5 days as to Ricky Garrison by Magistrate Judge Michael E. Hegarty on 6/11/14. (lgale) (Entered: 06/11/2014) |
| 06/13/2014 | 99 | | ORDER on Procedures as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush, by Judge William J. Martinez on 6/13/2014. (evana, ) (Entered: 06/13/2014) |
| 06/13/2014 | 100 | | ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush, by Judge William J. Martinez on 6/13/2014. (evana, ) (Entered: 06/13/2014) |

| 06/13/2014 | 106 | | RESTRICTED DOCUMENT – Level 3: by Ricky Garrison. (Castle, James) (Entered: 06/13/2014) |
|---|---|---|---|
| 06/16/2014 | 151 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 6/16/2014. (shugh) (Entered: 06/26/2014) |
| 06/18/2014 | 122 | | ORDER Setting Trial Dates and Deadlines as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. Motions due by 7/13/2014. Responses due by 7/23/2014. Trial Preparation Conference set for 8/12/2014 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez. A fifteen day Jury Trial is set to commence on 8/18/2014 08:00 AM before Judge William J. Martinez, in Courtroom A 801. by Judge William J. Martinez on 6/18/2014. (trlee, ) (Entered: 06/18/2014) |
| 06/18/2014 | 125 | | MOTION to Declare Case Complex by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 06/18/2014) |
| 06/18/2014 | 126 | | CJA 24 Transcript Request as to Ricky Garrison. (Castle, James) (Entered: 06/18/2014) |
| 06/19/2014 | 129 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 06/19/2014) |
| 06/20/2014 | 131 | | ORDER granting 129 Motion to Disclose Grand Jury Material as to Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16), by Judge William J. Martinez on 6/20/2014. (trlee, ) (Entered: 06/20/2014) |
| 06/20/2014 | 137 | | ORDER as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush: This matter is before the Court on 125 Government Motion to Designate Case as Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Although none of the Defendants who had appeared in this case at the time the Motion was filed objected to the Motion, two Defendants were arrested out of state and have yet to appear in court in this District, and two defendants have yet to be arrested. To permit time for those Defendants to lodge any objection they may have to the Motion, the Court will withhold immediate ruling. Any Defendant may file an objection to the Motion to |

| | | | |
|---|---|---|---|
| | | | Designate Case as Complex no later than June 30, 2014. SO ORDERED by Judge William J. Martinez on 6/20/2014. Text Only Entry (wjmlc1, ) (Entered: 06/20/2014) |
| 06/27/2014 | 161 | | RESTRICTED BAIL REPORT – Level 4: as to Ricky Garrison. (lbump) (Entered: 06/27/2014) |
| 06/30/2014 | 175 | | NOTICE OF ATTORNEY APPEARANCE James Sandy Russell appearing for USA. Attorney James Sandy Russell added to party USA(pty:pla) (Russell, James) (Entered: 06/30/2014) |
| 07/03/2014 | 184 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Castle, James) (Entered: 07/03/2014) |
| 07/03/2014 | 185 | | MOTION for Protective Order *Regarding Jencks Act Material, Rule 26.2, and Rule 16 Material* by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 07/03/2014) |
| 07/07/2014 | 186 | | ORDER granting 185 Motion for Protective Order as to Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16), by Judge William J. Martinez on 7/7/2014. (trlee, ) (Entered: 07/07/2014) |
| 07/07/2014 | 187 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Castle, James) (Entered: 07/07/2014) |
| 07/07/2014 | 188 | | ORDER granting in part 125 Motion to Declare Case Complex as to Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16). Status Conference set for 1/20/2015 04:15 PM in Courtroom A 801 before Judge William J. Martinez. By Judge William J. Martinez on 7/7/2014. (trlee, ) (Entered: 07/07/2014) |
| 07/08/2014 | 190 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Castle, James) (Entered: 07/08/2014) |
| 07/10/2014 | 194 | | CJA Request for Interim Payment as to Ricky Garrison. (Castle, James) (Entered: 07/10/2014) |
| 07/10/2014 | 217 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 7/10/2014. (shugh) (Entered: 07/24/2014) |
| 07/14/2014 | 223 | | CJA Order for Interim Payment as to Ricky Garrison by Judge William J. Martinez on 7/14/2014. (shugh) (Entered: 07/31/2014) |
| 07/17/2014 | 196 | | TRANSCRIPT of Preliminary/Detention Hearing as to Ricky Garrison held on June 4, 2014 before Magistrate Judge Tafoya. Pages: 1–18. |

| | | | |
|---|---|---|---|
| | | | **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 10/20/2014. (Avery Woods Reporting, ) (Entered: 07/17/2014) |
| 07/18/2014 | 201 | | MOTION for Release from Custody by Ricky Garrison. (Castle, James) (Entered: 07/18/2014) |
| 07/21/2014 | 203 | | MEMORANDUM regarding 201 MOTION for Release from Custody filed by Ricky Garrison. Motion(s) referred to Magistrate Judge Michael E. Hegarty, by Judge William J. Martinez on 7/21/2014. Text Only Entry (evana, ) (Entered: 07/21/2014) |
| 07/21/2014 | 204 | | Corrected TRANSCRIPT of Preliminary/Detention Hearing as to Ricky Garrison held on June 4, 2014 before Magistrate Judge Hegarty. Pages: 1–18.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 10/23/2014. (Avery Woods Reporting, ) (Entered: 07/21/2014) |
| 07/21/2014 | 222 | | CJA 24 Payment Authorization as to Ricky Garrison by Magistrate Judge Kathleen M. Tafoya on 7/21/2014. (shugh) (Entered: 07/31/2014) |
| 07/28/2014 | 220 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Castle, James) (Entered: 07/28/2014) |
| 07/30/2014 | 221 | | MINUTE ORDER Before the Court is Defendant Garrisons Motion to Reopen Detention Hearing or in the Alternative for Reconsideration of Detention Order Dated June 4, 2014 filed July 18, 2014; docket # 201 . In order to determine whether a hearing is appropriate, the Government shall filed a response to the Motion on or before August 1, 2014, by Magistrate Judge Michael E. Hegarty on 7/30/2014. (evana, ) (Entered: 07/30/2014) |
| 08/01/2014 | 224 | | RESPONSE to Motion by USA as to Ricky Garrison re 201 MOTION for Release from Custody (Phillips, Zachary) (Entered: 08/01/2014) |
| 08/07/2014 | 227 | | |

| | | | |
|---|---|---|---|
| | | | ORDER denying 201 Motion to Reopen Detention Hearing or in the Alternative for Reconsideration of Detention Order as to Ricky Garrison (1), by Magistrate Judge Michael E. Hegarty on 8/7/2014. (evana, ) (Entered: 08/07/2014) |
| 08/08/2014 | 228 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment Time sheet)(Castle, James) (Entered: 08/08/2014) |
| 08/13/2014 | 233 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Castle, James) (Entered: 08/13/2014) |
| 09/08/2014 | 243 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 9/8/2014. (shugh) (Entered: 09/12/2014) |
| 09/22/2014 | 248 | | NOTICE OF ATTORNEY APPEARANCE Wayne Campbell appearing for USA. Attorney Wayne Campbell added to party USA(pty:pla) (Campbell, Wayne) (Entered: 09/22/2014) |
| 09/22/2014 | 249 | | MOTION to Withdraw as Attorney by James S. Russell by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Campbell, Wayne) (Entered: 09/22/2014) |
| 09/22/2014 | 250 | | ORDER granting 249 Motion to Withdraw as Attorney. Assistant United States Attorney James S. Russell is hereby granted leave to withdraw from this case. as to Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16) by Judge William J. Martinez on 9/22/2014. (evana, ) (Entered: 09/23/2014) |
| 09/29/2014 | 251 | | First Bill of Particulars *for Forfeiture of Property* by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush (Campbell, Wayne) (Entered: 09/29/2014) |
| 09/29/2014 | 262 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 9/29/2014. (shugh) (Entered: 10/23/2014) |
| 11/19/2014 | 287 | | Unopposed MOTION to Appoint CJA Counsel *Mitchell Baker, Esq.* by Ricky Garrison. (Castle, James) (Entered: 11/19/2014) |
| 11/19/2014 | 288 | | RESTRICTED DOCUMENT – Level 2 ORDER as to Ricky Garrison. (evana, ) (Entered: 11/19/2014) |
| 11/19/2014 | 291 | | CJA 20/30 Appointment of Mitchell Baker as co–counsel for Ricky Garrison by Judge William J. Martinez on 11/19/2014. (shugh) (Entered: 11/25/2014) |
| 11/20/2014 | 289 | | CERTIFICATE of Mailing/Service re 288 Restricted Document – Level 2 as to Defendant Ricky Garrison. to Mitchell Baker, Esq. (evana, ) (Entered: 11/20/2014) |

| | | | |
|---|---|---|---|
| 12/02/2014 | 298 | | CJA 21/31 Payment Request as to Ricky Garrison. (Castle, James) (Entered: 12/02/2014) |
| 12/03/2014 | 299 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 12/03/2014) |
| 12/05/2014 | 317 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 12/5/2017. (shugh) (Entered: 12/18/2014) |
| 12/08/2014 | 300 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Castle, James) (Entered: 12/08/2014) |
| 12/31/2014 | 379 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 12/31/2014. (shugh) (Entered: 02/12/2015) |
| 01/09/2015 | 321 | | CJA 24 Transcript Request as to Ricky Garrison. (Baker, Mitchell) (Entered: 01/09/2015) |
| 01/12/2015 | 322 | | ORDER as to **Ricky Garrison (1) James Tillmon (2) Francisco Aguilar (4) Simeon Ramirez (5) Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter, (15), and LaToya Wimbush (16)**: This matter is before the Court *sua sponte*. Due to the limited resources of the United States Marshal's Service this Court will accept from the referenced Defendants a Motion to Waive Appearance at the Status Conference in this case set for January 20, 2015 at 4:15 p.m. Any such motion must be filed **no later than noon on January 16, 2015**. The appearance at the Status Conference of counsel for all Defendants who have been arrested but have not filed a Notice of Disposition in this case is still required. SO ORDERED by Judge William J. Martinez on 01/12/2015. Text Only Entry (wjmsec, ) (Entered: 01/12/2015) |
| 01/12/2015 | 325 | | ORDER as to **Ricky Garrison (1), James Tillmon (2), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), and LaToya Wimbush (16)** : This matter is before the Court *sua sponte*. At the Status Conference set for January 20, 2015, Counsel shall be prepared to make a record for any potential Oral Ends of Justice Continuances pursuant to 18 U.S.C. § 3161(h)(7)(A). SO ORDERED by Judge William J. Martinez on 01/12/2015. Text Only Entry (wjmsec, ) (Entered: 01/12/2015) |
| 01/13/2015 | 326 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/13/2015) |
| 01/16/2015 | 339 | | MOTION to Excuse *Appearance of Defendant* by Ricky Garrison. (Baker, Mitchell) (Entered: 01/16/2015) |
| 01/16/2015 | 340 | | MOTION to Excuse *Appearance of Undersigned Counsel* by Ricky Garrison. (Baker, Mitchell) (Entered: 01/16/2015) |
| 01/16/2015 | 342 | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, |

| | | | |
|---|---|---|---|
| | | | LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 01/16/2015) |
| 01/16/2015 | 343 | | ORDER as to **Ricky Garrison (1)** granting Defendant's Motion to Waive Appearance at the Status Conference 339 and Motion to Excuse Appearance Counsel 340 . The Defendant's Motion to Waive the Appearance of Ricky Garrison is GRANTED for good cause shown. Defendant Ricky Garrison's presence is WAIVED at the Status Conference currently set for January 20, 2015 at 4:15 p.m. in Courtroom A801; appearance by his counsel, James Castle, at said Conference, however, remains obligatory. IT IS FURTHER ORDERED that Defendant's Motion to Excuse Appearance of Mitchell Baker is GRANTED for good cause shown. The appearance of defense counsel, Mitchell Baker, at said Status Conference is also WAIVED. SO ORDERED by Judge William J. Martinez on 01/16/2015. Text Only Entry (wjmsec, ) (Entered: 01/16/2015) |
| 01/16/2015 | 344 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 01/16/2015) |
| 01/16/2015 | 345 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 01/16/2015) |
| 01/16/2015 | 347 | | MOTION for Order *To Appear by Telephone for Status Conference on January 20, 2015* by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 01/16/2015) |
| 01/16/2015 | 349 | | ORDER granting 342 Motion for Leave to Restrict as to Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16): The Documents filed at ECF Nos. 344 and 345 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by counsel for Defendant Ricky Garrison, the Government and the Court). By Judge William J. Martinez on 1/16/2015. (alowe) (Entered: 01/16/2015) |
| 01/16/2015 | 351 | | ORDER as to **Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Gregory Williams (14), Robert Painter (15), Latoya Wimbush (16)** granting the Government's Unopposed Motion to Appear by Telephone for the Status Conference 347 . The Government's Motion is GRANTED for good cause shown. Counsel for |

| | | | |
|---|---|---|---|
| | | | the Government is permitted to appear at the Status Conference, set for January 20, 2015 at 4:15 p.m, in Courtroom A801, via telephone. Counsel for the Government is DIRECTED to use the following telephone number at the time of the Status Conference: 303–335–2031. SO ORDERED by Judge William J. Martinez on 01/16/2015. Text Only Entry (wjmsec, ) (Entered: 01/16/2015) |
| 01/20/2015 | 359 | | MINUTE ENTRY for Status Conference held before Judge William J. Martinez on 1/20/2015 as to Defendants 1.RICKY GARRISON, 2. JAMES TILLMON, 4. FRANCISCO AGUILAR, 5. SIMEON RAMIREZ, 6.CHRISTOPHER VIGIL, 7.TRAVIS EDWARDS, 9.ARCHIE POOLE, 10.LUIS RAMIREZ, 11.MELVIN TURNER,12.SHAWN BEARDSLEY, 14.GREGORY WILLIAMS, 15.ROBERT PAINTER,16.LATOYA WIMBUSH. The court enters ends of justice findings on the record. The court will enter a written order detailing its findings of fact and conclusions of law. ORDERED: Defendant 1. Ricky Garrisons oral request for an additional 135 days' speedy trial continuance is GRANTED. All days between today and the 4th of June 2015 are excluded from the Speedy Trial Clock. ORDERED: The Government's oral request for a three–week jury trial is GRANTED. ORDERED: Defendant 15. Robert Painter is REMANDED to the custody of the U.S. Marshal. ORDERED: Defendant 6. Christopher Vigils bond is CONTINUED. Conference concluded. Court Reporter: Gwen Daniel. (dhans, ) (Entered: 01/21/2015) |
| 01/22/2015 | 360 | | ORDER GRANTING ENDS–OF–JUSTICE CONTINUANCE AND SETTING DEADLINES FOR REMAINDER OF CASE as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Gregory Williams, Robert Painter, LaToya Wimbush: Defendants' oral motion for an ends–of–justice continuance is GRANTED. All days between 1/20/2015 and 6/4/2015 are EXCLUDED from the Speedy Trial clock pursuant to Section 3161(h)(7)(B)(iv). Three–Week Jury Trial set for 11/30/2015 at 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Final Trial Preparation Conference set for 11/20/2015 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez. By Judge William J. Martinez on 1/22/2014. (alowe) (Entered: 01/22/2015) |
| 02/02/2015 | 385 | | CJA 24 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 2/2/2015. (shugh) (Entered: 02/19/2015) |
| 02/03/2015 | 383 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 2/3/2015. (shugh) (Entered: 02/18/2015) |
| 02/05/2015 | 366 | | MOTION for Leave to Restrict *Document No. 368* by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 02/05/2015) |
| 02/05/2015 | 367 | | RESTRICTED DOCUMENT – Level 3: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis |

| | | | |
|---|---|---|---|
| | | | Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) Modified restriction level on 2/6/2015 per 372 Order (alowe). (Entered: 02/05/2015) |
| 02/05/2015 | 368 | | RESTRICTED DOCUMENT – Level 3: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) Modified restriction level on 2/6/2015 per 372 Order (alowe). (Entered: 02/05/2015) |
| 02/05/2015 | 369 | | MOTION for Leave to Restrict *Document 365* by Shawn Beardsley. (Attachments: # 1 Proposed Order (PDF Only))(Moran, Elisa) Modified filers on 2/6/2015, motion only pertains to defendat Shawn Beardsley (alowe). (Entered: 02/05/2015) |
| 02/06/2015 | 372 | | ORDER granting 366 Motion for Leave to Restrict as to Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16): The Documents filed at ECF Nos. 367 and 368 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable only by the Government and the Court). By Judge William J. Martinez on 2/6/2015. (alowe) (Entered: 02/06/2015) |
| 02/24/2015 | 390 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/24/2015) |
| 03/19/2015 | 416 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 3/19/2015. (shugh) (Entered: 04/15/2015) |
| 05/11/2015 | 431 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/11/2015) |
| 05/11/2015 | 432 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Baker, Mitchell) (Entered: 05/11/2015) |
| 05/11/2015 | 433 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/11/2015) |
| 05/15/2015 | 437 | | ORDER as to **Ricky Garrison (1), James Tillmon (2), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Gregory Williams (14), Robert Painter (15), and Latoya Wimbush (16)**: This matter is before the Court on Defendant Christopher Martinez' (3) Unopposed Motion to Exclude 150 Days from the Speedy Trial Act Computations 434 . The aforementioned Defendants are DIRECTED to file a Response to said Motion on or before May 19, 2015. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 05/15/2015. Text Only Entry (wjmsec, ) (Entered: 05/15/2015) |
| 05/15/2015 | 439 | | RESPONSE to Motion by Robert Painter as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, |

| | | | |
|---|---|---|---|
| | | | Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush re 434 Unopposed MOTION for Speedy Trial *Exclusion of 150 Days* (Burke, Patrick) (Entered: 05/15/2015) |
| 05/15/2015 | 440 | | RESPONSE to Motion by Francisco Aguilar as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush re 434 Unopposed MOTION for Speedy Trial *Exclusion of 150 Days* (Barnicle, Leslee) (Entered: 05/15/2015) |
| 05/17/2015 | 442 | | RESPONSE to Motion by Luis Ramirez as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush re 434 Unopposed MOTION for Speedy Trial *Exclusion of 150 Days* (Tucker, Adam) (Entered: 05/17/2015) |
| 05/18/2015 | 444 | | RESPONSE to Motion by Christopher Vigil as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush re 434 Unopposed MOTION for Speedy Trial *Exclusion of 150 Days* (Guevara, Andres) (Entered: 05/18/2015) |
| 05/18/2015 | 445 | | RESPONSE to Motion by LaToya Wimbush as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush re 434 Unopposed MOTION for Speedy Trial *Exclusion of 150 Days* (Ward, Thomas) (Entered: 05/18/2015) |
| 05/18/2015 | 446 | | RESPONSE to Motion by Simeon Ramirez as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush re 434 Unopposed MOTION for Speedy Trial *Exclusion of 150 Days* (Wayne, Lisa) (Entered: 05/18/2015) |
| 05/18/2015 | 447 | | RESPONSE to Motion by Melvin Turner as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush re 434 Unopposed MOTION for Speedy Trial *Exclusion of 150 Days* (Berger, Robert) (Entered: 05/18/2015) |
| 05/19/2015 | 449 | | RESPONSE to Motion by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush re 434 Unopposed MOTION for Speedy Trial *Exclusion of 150 Days and Unopposed Motion to Modify* |

| | | | |
|---|---|---|---|
| | | | *Deadlines* (Baker, Mitchell) (Entered: 05/19/2015) |
| 05/21/2015 | 450 | | ORDER granting 434 Motion to Continue as to Christopher Martinez (3); granting 435 Motion for Extension of Time to File as to Christopher Martinez (3). All days from June 4, 2015, to and including November 1, 2015, shallbe excluded from the Speedy Trial Clock as to ALL Defendants. The current Trial date and all pretrial deadlines and settings are hereby VACATED. By Judge William J. Martinez on 5/21/2015. (tscha, ) (Entered: 05/21/2015) |
| 05/21/2015 | 471 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 5/21/2015. (shugh) (Entered: 06/09/2015) |
| 05/21/2015 | 472 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 5/21/2015. (shugh) (Entered: 06/09/2015) |
| 05/22/2015 | 451 | | **AMENDED** ORDER Granting Defendant Martinez Unopposed Motion to Exclude 150 Days from the Speedy Trial Act and Continue Trial (the Motion). ECF No. 434 . All days from June 4, 2015, to and including November 11, 2015, shall be excluded from the Speedy Trial Clock as to ALL Defendants; Defendant Christopher Martinez Unopposed Motion for Extension of Time in Which to File Motions ECF No. 435 is GRANTED; The current Trial date and all pretrial deadlines and settings are hereby VACATED; and The Court will enter a separate Order resetting the three–week Trial date, the Final Trial Preparation Conference and related motions deadlines, by Judge William J. Martinez on 5/22/2015. (evana, ) (Entered: 05/22/2015) |
| 05/22/2015 | 453 | | NOTICE of Error or Defect by Francisco Aguilar as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush (Barnicle, Leslee) (Entered: 05/22/2015) |
| 05/29/2015 | 455 | | ORDER as to **Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Gregory Williams (14), Robert Painter (15), LaToya Wimbudsh (16)**: This matter is before the Court on Defendant Christopher Martinez's Unopposed Motion to Exclude 150 Days from the Speedy Trial Act and Continue Trial 434 . The Court previously entered its Amended Order granting said Motion, 451 . Before the Court can enter its Order resetting the new trial date and related deadlines in this case, however, it must consult with the Assistant U.S. Attorney regarding his office's calculations of the current Speedy Trial date. This is necessitated by the Speedy Trial complications occasions by several events in this case, include the very tardy arrest and arraignment of Defendant Martinez. As a result, AUSA Phillips is DIRECTED to contact Chambers upon his return to the office on June 8, 2015 in order to discuss with Chambers staff the calculation of the new Speedy Trial date resulting from the granting of the Motion. Defendants and their counsel are assured that the Court will scrupulously refrain from discussing with the Government any matter at issue in this case other than the mechanical calculation of the new Speedy Trial date. SO ORDERED by Judge William J. Martinez on 05/29/2015. Text Only Entry (wjmsec, ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 05/29/2015) |
| 06/09/2015 | 476 | | ORDER RESETTING TRIAL DATE AND RELATED DEADLINES as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Archie Poole, Luis Ramirez, Melvin Turner, Gregory Williams, Robert Painter, LaToya Wimbush re 455 Order. All discovery motions and motions regarding the Indictment shall be filed by July 13, 2015. The Government shall respond not later than August 13, 2015; All suppression motions – including wiretap suppression motions (four corners and non–four corners) – shall be filed by August 26, 2015. The Government shall respond by September 26, 2015. All motions to sever and motions pursuant to Federal Rule of Evidence 801(d)(2)(e) shall be filed by October 13, 2015. The Governments response shall be due November 13, 2015. Absent an Order permitting or directing otherwise, a Notice of Disposition shall be filed no later than 14 days before the trial date. A Final Trial Preparation Conference set for 1/4/2016 at 10:00 AM in Courtroom A 801 before Judge William J. Martinez. A 14–day Jury Trial set for 1/11/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez, to conclude on January 29, 2016, by Judge William J. Martinez on 6/9/2015. (evana, ) (Entered: 06/09/2015) |
| 06/09/2015 | 498 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 6/9/2015. (shugh) (Entered: 06/24/2015) |
| 06/15/2015 | 487 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/15/2015) |
| 06/15/2015 | 488 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/15/2015) |
| 06/30/2015 | 519 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 6/30/2015. (shugh) (Entered: 07/24/2015) |
| 07/10/2015 | 509 | | ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT. Order granting 490 Motion for Reconsideration as to Christopher Martinez (3); denying as moot 507 Motion to Continue as to Simeon Ramirez (5)( Motions due by 10/9/2015., Responses due by 11/9/2015, 15 day Jury Trial set for 4/11/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez., Trial Preparation Conference set for 4/1/2016 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez, by Judge William J. Martinez on 07/10/2015. (cthom, ) Modified to show corrected entry 517 with amended title on 7/17/2015 (cthom, ). (Entered: 07/10/2015) |
| 07/16/2015 | 515 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment, # 4 CJA Attachment, # 5 CJA Attachment, # 6 CJA Attachment, # 7 CJA Attachment, # 8 CJA Attachment)(Castle, James) (Entered: 07/16/2015) |
| 07/17/2015 | 516 | | RESTRICTED DOCUMENT – Level 3: by Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Archie Poole, Melvin Turner, Robert Painter, LaToya Wimbush. (Burke, Patrick) (Entered: 07/17/2015) |
| 07/17/2015 | 517 | | AMENDED ORDER RESETTING TRIAL DATE AND RELATED DEADLINES RE 509 as to Ricky Garrison, James Tillmon, Christopher |

| | | | |
|---|---|---|---|
| | | | Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Archie Poole, Melvin Turner, Gregory Williams, Robert Painter, LaToya Wimbush. Jury Trial set for 4/11/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 4/1/2016 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez, by Judge William J. Martinez on 07/17/2015. (cthom, ) (Entered: 07/17/2015) |
| 07/27/2015 | 522 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/27/2015) |
| 07/27/2015 | 523 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/27/2015) |
| 07/29/2015 | 530 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 7/29/2015. (shugh) (Entered: 08/17/2015) |
| 08/04/2015 | 524 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 08/04/2015) |
| 08/19/2015 | 556 | | CJA 21/31 Payment Authorization as to Ricky Garrison, by Judge William J. Martinez on 8/19/2015. (tscha, ) (Entered: 09/03/2015) |
| 09/02/2015 | 590 | | CJA 21/31 Payment Authorization as to Ricky Garrison, by Judge William J. Martinez on 9/2/2015. (tscha, ) (Entered: 09/22/2015) |
| 09/04/2015 | 563 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 09/04/2015) |
| 09/08/2015 | 566 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment Motion for Paralegal Services)(Castle, James) (Entered: 09/08/2015) |
| 09/09/2015 | 593 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 9/9/15. (dbrow, ) (Entered: 09/23/2015) |
| 09/10/2015 | 599 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 9/10/2015. (shugh) (Entered: 09/25/2015) |
| 09/24/2015 | 665 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 9/24/15. (dbrow, ) (Entered: 11/05/2015) |
| 10/02/2015 | 600 | | Unopposed MOTION for Leave to File Excess Pages by Ricky Garrison. (Baker, Mitchell) (Entered: 10/02/2015) |
| 10/05/2015 | 602 | | ORDER granting 600 Defendant Garrison's Unopposed Motion to Waive 15 Page Limit for the Defendant's Motion for Case Specific Discovery Regarding Title III Interceptions as to **Ricky Garrison (1)**: The Defendant's Unopposed Motion is GRANTED for good cause shown. Defendant's Motion to Waive 15 Page Limit for Motion for Case Specific Discovery Regarding Title III Interceptions shall not exceed 25 pages in length, exclusive of attorney signature block and certificate of service. SO ORDERED by Judge William J. Martinez on 10/05/2015. Text Only Entry (wjmsec, ) (Entered: 10/05/2015) |
| 10/06/2015 | 605 | | Unopposed MOTION for Leave to File *Motion in Excess of 25 pages* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, |

| | | | |
|---|---|---|---|
| | | | Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Castle, James) (Entered: 10/06/2015) |
| 10/07/2015 | 607 | | ORDER as to **Ricky Garrison (1)** granting in part 605 Defendant Garrison's Unopposed Motion to Waive 25 Page Limit for the Defendant's Motion for Case Specific Discovery Regarding Title III Interceptions. The Defendant's Unopposed Motion is GRANTED in PART for good cause shown. Defendant's Motion for Case Specific Discovery Regarding Title III Interceptions shall not to exceed **60 pages in length**, exclusive of attorney signature block and certificate of service. SO ORDERED by Judge William J. Martinez on 10/07/2015. Text Only Entry (wjmsec, ) (Entered: 10/07/2015) |
| 10/09/2015 | 611 | | Joint MOTION for Discovery by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Castle, James) (Entered: 10/09/2015) |
| 10/09/2015 | 613 | | MOTION for Discovery *Concerning Potential Experts* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Castle, James) (Entered: 10/09/2015) |
| 10/09/2015 | 614 | | MOTION for Discovery *of Giglio Information* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Castle, James) (Entered: 10/09/2015) |
| 10/09/2015 | 615 | | MOTION for Discovery *of Confidential Sources* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Castle, James) (Entered: 10/09/2015) |
| 10/09/2015 | 616 | | MOTION for Discovery *of Defendant's Statements* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Castle, James) (Entered: 10/09/2015) |
| 10/09/2015 | 617 | | Objection *to Misjoinder* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush (Attachments: # 1 |

| | | |
|---|---|---|
| | | Appendix)(Castle, James) Modified to add motion event on 10/13/2015 (cthom, ). (Entered: 10/09/2015) |
| 10/09/2015 | 618 | MOTION for Disclosure *404 (b) evidence* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Castle, James) (Entered: 10/09/2015) |
| 10/13/2015 | 624 | ORDER granting 612 Motion for Leave to Restrict as to Ricky Garrison (1), by Judge William J. Martinez on 10/13/2015. (cthom, ) (Entered: 10/13/2015) |
| 10/13/2015 | 674 | CJA 21/31 Payment Authorization as to Ricky Garrison, by Judge William J. Martinez on 10/13/2015. (tscha, ) (Entered: 11/09/2015) |
| 10/14/2015 | 625 | ORDER as to **Ricky Garrison (1), James Tillmon (2), Christopher Martinez (3), Francisco Aguilar (4), Simeon Ramirez (5), Christopher Vigil (6), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Luis Ramirez (10), Melvin Turner (11), Shawn Beardsley (12), Sidney Taylor (13), Gregory Williams (14), Robert Painter (15), LaToya Wimbush (16)**: <br><br>Before the Court are the Defendants' various motions for discovery (ECF Nos. 611 , 613 , 614 , 615 , 616 , 618 , and 621 ). The Government shall file its response to these motions on or before **October 26, 2015**. <br><br>Also before the Court are Defendant **Ricky Garrison (1)**'s 617 Motion Objecting to Misjoinder of Counts or in the Alternative to Sever Counts, and Defendant **Robert Painter (15)**'s 619 Motion to Dismiss Count One. The Government shall file its response to these motions on or before **October 30, 2015**. <br><br>No reply in support of any of these motions will be accepted absent further order of Court. SO ORDERED. by Judge William J. Martinez on 10/14/2015. Text Only Entry (wjmlc1, ) (Entered: 10/14/2015) |
| 10/14/2015 | 626 | AMENDED ORDER as to **Ricky Garrison (1), Francisco Aguilar (4), Simeon Ramirez (5), Travis Edwards (7), Dondrai Fisher (8), Archie Poole (9), Melvin Turner (11), Shawn Beardsley (12), Robert Painter (15), LaToya Wimbush (16)** [*order amended to remove reference to Defendants who have pleaded guilty or who currently intend to plead guilty*]: Before the Court are the Defendants' various motions for discovery (ECF Nos. 611 , 613 , 614 , 615 , 616 , 618 , and 621 ). The Government shall file its response to these motions on or before **October 26, 2015**. Also before the Court are Defendant **Ricky Garrison (1)**'s 617 Motion Objecting to Misjoinder of Counts or in the Alternative to Sever Counts, and Defendant **Robert Painter (15)**'s 619 Motion to Dismiss Count One. The Government shall file its response to these motions on or before **October 30, 2015**. No reply in support of any of these motions will be accepted absent further order of Court. SO ORDERED. by Judge William J. Martinez on 10/14/2015. Text Only Entry (wjmlc1, ) (Entered: 10/14/2015) |
| 10/14/2015 | 627 | |

| | | | |
|---|---|---|---|
| | | | SECOND AMENDED ORDER as to **Ricky Garrison (1), Francisco Aguilar (4), Simeon Ramirez (5), Archie Poole (9), Melvin Turner (11), Robert Painter (15), LaToya Wimbush (16)** [*order amended to remove reference to Defendants who have been sentenced, who have pleaded guilty, or who currently intend to plead guilty*]: Before the Court are the Defendants' various motions for discovery (ECF Nos. 611 , 613 , 614 , 615 , 616 , 618 , and 621 ). The Government shall file its response to these motions on or before **October 26, 2015**. Also before the Court are Defendant **Ricky Garrison (1)**'s 617 Motion Objecting to Misjoinder of Counts or in the Alternative to Sever Counts, and Defendant **Robert Painter (15)**'s 619 Motion to Dismiss Count One. The Government shall file its response to these motions on or before **October 30, 2015**. No reply in support of any of these motions will be accepted absent further order of Court. Furthermore, counsel are advised that motions on behalf of a named party and "the remaining codefendants" (as in ECF No. 611 ), and motions designated through CM/ECF as filed by or on behalf of all defendants regardless of whether a defendant has pleaded guilty or intends to (as in ECF Nos. 611 – 618 ), are inappropriate. Going forward, joint motions shall accurately state the names of the defendants on whose behalf the motion is filed. SO ORDERED. by Judge William J. Martinez on 10/14/2015. Text Only Entry (wjmlc1, ) (Entered: 10/14/2015) |
| 10/14/2015 | 628 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment Billing Breakdown)(Castle, James) (Entered: 10/14/2015) |
| 10/20/2015 | 631 | | MOTION for Leave to Restrict re 633 by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) Modified to add text on 10/21/2015 (cthom, ). (Entered: 10/20/2015) |
| 10/20/2015 | 632 | | (RESTRICTED DOCUMENT – Level 2) Brief in Support of 631 Motion to Restrict 633 as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) Modified to add text on 10/21/2015 (cthom, ). (Entered: 10/20/2015) |
| 10/20/2015 | 633 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 10/20/2015) |
| 10/21/2015 | 641 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 10/21/2015) |
| 10/23/2015 | 643 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 10/23/2015) |

| 10/23/2015 | 644 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment, # 4 CJA Attachment)(Castle, James) (Entered: 10/23/2015) |
|---|---|---|---|
| 10/26/2015 | 646 | | MOTION for Extension of Time to File Response/Reply *to Defendants Various Motions for Discovery (Doc. Nos. 611, 613, 614, 615, 618, and 621, to November 9, 2015,* by USA as to Ricky Garrison, Francisco Aguilar, Simeon Ramirez, Archie Poole, Melvin Turner, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 10/26/2015) |
| 10/27/2015 | 647 | | ORDER granting 646 Motion for Extension of Time to File Response/Reply as to **Ricky Garrison (1), Francisco Aguilar (4), Simeon Ramirez (5), Archie Poole (9), Melvin Turner (11), Robert Painter (15), LaToya Wimbush (16)**: The Government's Motion is untimely, not having been filed in accordance with WJM Revised Practice Standard II.D.2, which states that motions for extension of time will not be considered unless they are "*filed on or before the court business day preceding the original filing deadline....*" In the interests of justice, however, the Court GRANTS the Motion for good cause shown. The Government's deadline to file its Responses to Defendants' various motions for discovery 611 , 613 , 614 , 615 , 618 , and 621 , is extended up to and including **November 9, 2015**. The Court also *sua sponte* EXTENDS the Government's deadline to respond to **Ricky Garrison (1)**'s 617 Motion Objecting to Misjoinder of Counts or in the Alternative to Sever Counts, and Defendant **Robert Painter (15)**'s 619 Motion to Dismiss Count One, up to and including **November 9, 2015**. SO ORDERED by Judge William J. Martinez on 10/27/2015. Text Only Entry (wjmlc1, ) (Entered: 10/27/2015) |
| 11/09/2015 | 670 | | RESPONSE to Motion by USA as to Ricky Garrison re 613 MOTION for Discovery *Concerning Potential Experts* (Phillips, Zachary) (Entered: 11/09/2015) |
| 11/09/2015 | 671 | | RESPONSE to Motion by USA as to Ricky Garrison re 614 MOTION for Discovery *of Giglio Information* (Phillips, Zachary) (Entered: 11/09/2015) |
| 11/09/2015 | 672 | | RESPONSE to Motion by USA as to Ricky Garrison re 616 MOTION for Discovery *of Defendant's Statements* (Phillips, Zachary) (Entered: 11/09/2015) |
| 11/09/2015 | 673 | | RESPONSE to Motion by USA as to Ricky Garrison – *Government's Response to Objection to Misjoinder (Doc. No. 617)* (Phillips, Zachary) (Entered: 11/09/2015) |
| 11/09/2015 | 675 | | RESPONSE to Motion by USA as to Ricky Garrison re 618 MOTION for Disclosure *404 (b) evidence* (Phillips, Zachary) (Entered: 11/09/2015) |
| 11/09/2015 | 676 | | RESPONSE to Motion by USA as to Ricky Garrison, Simeon Ramirez re 615 MOTION for Discovery *of Confidential Sources and 621 Motion* (Phillips, Zachary) (Entered: 11/09/2015) |
| 11/09/2015 | 678 | | RESPONSE to Motion by USA as to Ricky Garrison re 611 Joint MOTION for Discovery (Phillips, Zachary) (Entered: 11/09/2015) |
| 11/12/2015 | 752 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 11/12/2015. (babia) (Entered: 01/06/2016) |

| 11/18/2015 | 689 | | STATUS REPORT by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush (Castle, James) (Entered: 11/18/2015) |
|---|---|---|---|
| 11/19/2015 | 777 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 11/19/2015. (babia) (Entered: 02/03/2016) |
| 11/23/2015 | 733 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 11/23/2015. (shugh) (Entered: 12/17/2015) |
| 11/30/2015 | 699 | | Joint MOTION for Order *to File Hard Copy Submissions with Level 2 Restrictions* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Castle, James) (Entered: 11/30/2015) |
| 12/01/2015 | 701 | | ORDER granting 699 Joint Motion to File Hard Copy Submissions with Level 2 Restrictions as to Ricky Garrison (1), by Judge William J. Martinez on 12/01/2015. (cthom, ) (Entered: 12/01/2015) |
| 12/02/2015 | 705 | | MOTION to Modify Jenks Act for Conflict of Interest by Ricky Garrison. (cthom, ) (Entered: 12/02/2015) |
| 12/03/2015 | 706 | | ORDER on Pending Motions; Motion for Specific Discovery 611 is DENIED without prejudice, Motion for Discovery Concerning Potential Experts 613 is DENIED as moot, Motion for Timely Discovery of Giglio Materials 614 is DENIED without prejudice, Motion for Discovery Concerning Confidential Sources 615 is DENIED without prejudice, Garrisons Motion for Discovery of Information Concerning His Alleged Statements to Government Agents 616 is DENIED as moot, The Court RESERVES RULING on Garrisons Motion Objecting to Misjoinder of Counts or in the Alternative to Sever Counts 617 , Motion for Notice of Federal Rule of Evidence 404(b), 405, 406, 608 and Res Gestae Evidence 618 is DENIED as moot; The Court RESERVES RULING on Painters Motion to Dismiss Count One 619 , Motion to Disclose and Produce Confidential Informants/Confidential Sources/Confidential Human Sources/Undercover Employees 621 is DENIED without prejudice, by Judge William J. Martinez on 12/03/2015. (cthom, ) (Entered: 12/03/2015) |
| 12/03/2015 | 707 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant Garrison's Motion to Modify Jenks Act for Conflict of Interest 705 . The Government and Attorney James Castle are DIRECTED to file a Response to the Motion on or before **December 10, 2015**. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 12/3/2015. Text Only Entry (wjmsec, ) (Entered: 12/03/2015) |
| 12/03/2015 | 709 | | Conventionally Submitted Material re 701 in case as to Ricky Garrison. (cthom, ) (Entered: 12/03/2015) |
| 12/04/2015 | 710 | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher |

| | | | |
|---|---|---|---|
| | | | Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 12/04/2015) |
| 12/04/2015 | 711 | | Brief in Support of Motion to Restrict Inventory Notice of Conventionally Submitted Material–RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) Modified to **UNRESTRICT** pursuant to order 718 on 12/9/2015 (cthom, ). (Entered: 12/04/2015) |
| 12/04/2015 | 712 | | Inventory Notice of Conventionally Submitted Material–RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) Modified to **UNRESTRICT** pursuant to order 718 on 12/9/2015 (cthom, ). (Entered: 12/04/2015) |
| 12/04/2015 | 713 | | ORDER: Before the Court is the Government's 710 Motion to Restrict Document. The brief in support of that motion states that restriction is justified "as further outlined below," but contains no further discussion of the reasons justifying restriction. Accordingly, the Government is ordered to supplement its brief in support on or before **December 8, 2015**. SO ORDERED. by Judge William J. Martinez on 12/04/2015. Text Only Entry (wjmlc1, ) (Entered: 12/04/2015) |
| 12/08/2015 | 717 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 12/08/2015) |
| 12/09/2015 | 718 | | ORDER: Before the Court is the Government's 710 Motion to Restrict Document. After reviewing all materials submitted in support of the Motion, including the Government's 717 supplemental brief, the Court finds that the Government has failed to demonstrate how public access could lead to the consequences the Government predicts. The Government has therefore failed to demonstrate that the public's interest in non–restricted filings is outweighed under the circumstances. Accordingly, the Motion is DENIED for lack of good cause shown. The Clerk shall remove the Level 2 restriction from ECF Nos. 711 and 712 . SO ORDERED. by Judge William J. Martinez on 12/09/2015. Text Only Entry (wjmlc1, ) (Entered: 12/09/2015) |
| 12/09/2015 | 720 | | RESPONSE to Motion by Ricky Garrison re 705 MOTION to Modify (Castle, James) (Entered: 12/09/2015) |
| 12/09/2015 | 721 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment Time & Cost Summary)(Castle, James) (Entered: 12/09/2015) |
| 12/10/2015 | 722 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE to Motion by USA as to Ricky Garrison re 705 MOTION to Modify (Phillips, Zachary) (Entered: 12/10/2015) |
| 12/14/2015 | 725 | | ORDER as to **Ricky Garrison (1)**: Before the Court is Defendant Garrison's 705 "Motion to Modify *Jenks* [*sic*] Act for Conflict of Interest." Garrison himself, not his attorney, filed this Motion, in violation of D.C.COLO.LAttyR 5(a)(4): "Only an unrepresented party or a member of the bar of this court... may... sign and file a pleading or document...." However, given the serious concerns that the Motion raises, the Court will resolve it. Despite its title, the Motion has little to do with the *Jencks* Act or a conflict of interest. The premise underlying the Motion, rather, is the Protective Order's requirement that named Defendants in the custody of the U.S. Marshal only be permitted to see certain discovery by viewing it electronically in a read−only format, without the opportunity to obtain paper copies. (*See* ECF No. 186 at 3−4.) Garrison complains that other named Defendants have nonetheless obtained paper copies while he remains limited to viewing discovery on CD−ROM or DVD−ROM during certain hours in the Federal Detention Center. Garrison's counsel confirms that other Defendants have obtained paper copies, but Garrison's counsel continues to follow the Protective Order and refuses to give paper copies to Garrison. (ECF No. 720 at 3.) Garrison's counsel has followed the proper course. The Court is extremely concerned that the Protective Order has apparently been violated as to other Defendants. Nonetheless, the Government is correct that such a violation is not a reason to vacate the Protective Order, which is effectively what Garrison requests. Therefore, the Protective Order remains in effect and Garrison's Motion is DENIED. SO ORDERED. by Judge William J. Martinez on 12/14/2015. Text Only Entry (wjmlc1, ) (Entered: 12/14/2015) |
| 12/16/2015 | 749 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 12/16/2015. (shugh) (Entered: 12/31/2015) |
| 12/23/2015 | 741 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Castle, James) (Entered: 12/23/2015) |
| 01/15/2016 | 757 | | ORDER as to **Ricky Garrison (1), Francisco Aguilar (4), Simeon Ramirez (5), Archie Poole (9), Melvin Turner (11), Robert Painter (15), LaToya Wimbush (16)**: This matter is before the Court *sua sponte*. The Court notes that only 7 of the original 16 Defendants have yet to reach a pretrial disposition in this matter. As a consequence, the 3−week Jury Trial set to begin on April 11, 2016 is hereby **VACATED and RESET to a 10−day Jury Trial to begin on April 18, 2016 at 8:30 a.m.** in Courtroom A801. The Final Trial Preparation Conference remains set for April 1, 2016 at 2:00 p.m. in Courtroom A801. Counsel are directed to this Courts Revised Practice Standards to ensure compliance with all deadlines triggered by the dates of the Final Trial Preparation Conference and Trial. SO ORDERED by Judge William J. Martinez on 01/15/2016. Text Only Entry (wjmsec, ) (Entered: 01/15/2016) |
| 01/15/2016 | 768 | | Utility Setting/Resetting Deadlines/Hearings as to Ricky Garrison, Francisco Aguilar, Archie Poole, Melvin Turner, Robert Painter, LaToya Wimbush: Trial Preparation Conference set for 4/1/2016 at 02:00 PM before Judge William J. Martinez. Pursuant doc # 757. Text Only Entry (jhawk, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/25/2016) |
| 01/19/2016 | <u>759</u> | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 01/19/2016) |
| 01/20/2016 | <u>764</u> | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # <u>1</u> CJA Attachment Motion for Investigator Services)(Castle, James) (Entered: 01/20/2016) |
| 01/20/2016 | <u>785</u> | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 1/22/2016. (shugh) (Entered: 02/05/2016) |
| 01/25/2016 | 769 | | AMENDED ORDER as to **Ricky Garrison (1), Francisco Aguilar (4), Archie Poole (9), Melvin Turner (11), Robert Painter (15) and LaToya Wimbush (16)**. This matter is before the Court *sua sponte*. Earlier this month the Court entered its Order 757 resetting the length and start date of the jury trial in this case. Since that time, one additional defendant has filed his Notice of Deposition, and the undersigned learned of a need to be out of state beginning April 22, 2016. As a consequence, the 10–day jury scheduled to commence on April 18, 2016 is **VACATED**. The jury trial in this case is **RESET** to commence on **April 11, 2016 at 8:30 a.m.** in Courtroom A801. The Court notes that this is the date the jury trial in this case was set to commence in the Court's previous Amended Order Resetting Trial Date and Related Deadlines <u>517</u> . It is FURTHER ORDERED that, given the fact that only six defendants have yet to reach a pretrial disposition in this matter, the jury trial in this case is reset for **9 days, to conclude on Thursday, April 21, 2016**. SO ORDERED by Judge William J. Martinez on 01/25/2016. Text Only Entry (wjmsec, ) (Entered: 01/25/2016) |
| 01/29/2016 | <u>774</u> | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 01/29/2016) |
| 01/29/2016 | <u>775</u> | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 01/29/2016) |
| 01/29/2016 | <u>776</u> | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 01/29/2016) |
| 02/03/2016 | <u>779</u> | | MOTION to Withdraw as Attorney *for Ricky Garrison* by James A. Castle and Mitchell Baker by Ricky Garrison. (Castle, James) (Entered: 02/03/2016) |
| 02/03/2016 | <u>780</u> | | Amended MOTION to Withdraw as Attorney *for Ricky Garrison* by James A. Castle and Mitchell Baker by Ricky Garrison. (Castle, James) (Entered: 02/03/2016) |
| 02/03/2016 | <u>788</u> | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 2/3/2016. (shugh) (Entered: 02/12/2016) |
| 02/03/2016 | <u>826</u> | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 2/3/16. (limart) (Entered: 03/01/2016) |
| 02/04/2016 | <u>783</u> | | ORDER granting <u>780</u> Amended Motion to Withdraw as Attorney. Mitchell Baker and James A. Castle withdrawn from case as to Ricky Garrison (1) Ordered by Judge William J. Martinez on 02/04/2016. (cthom, ) (Entered: 02/04/2016) |

| 02/12/2016 | 789 | | MOTION for Reconsideration by Ricky Garrison. (cthom, ) (Entered: 02/16/2016) |
| 02/16/2016 | 791 | | MEMORANDUM regarding 789 MOTION for Reconsideration filed by Ricky Garrison. Motion(s) referred to Magistrate Judge Kristen L. Mix. by Judge William J. Martinez on 02/16/2016. Text Only Entry (wjmsec, ) (Entered: 02/16/2016) |
| 02/16/2016 | | | Motions No Longer Referred as to Ricky Garrison: 789 MOTION for Reconsideration by Judge William J. Martinez on 02/16/2016. Text Only Entry (wjmsec, ) (Entered: 02/16/2016) |
| 02/16/2016 | 792 | | MEMORANDUM regarding 789 MOTION for Reconsideration filed by Ricky Garrison. Motion(s) referred to Magistrate Judge Michael E. Hegarty. by Judge William J. Martinez on 02/16/2016. Text Only Entry (wjmsec, ) (Entered: 02/16/2016) |
| 02/17/2016 | 806 | | CJA 20/30 Appointment of Miller M. Leonard for Ricky Garrison by Judge William J. Martinez on 2/17/2016. (shugh) (Entered: 02/22/2016) |
| 02/18/2016 | 801 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment Time & Cost Summary)(Castle, James) (Entered: 02/18/2016) |
| 02/19/2016 | | | Motions No Longer Referred as to Ricky Garrison: 789 MOTION for Reconsideration by Judge William J. Martinez on 02/19/2016. Text Only Entry (wjmsec, ) (Entered: 02/19/2016) |
| 02/19/2016 | 804 | | MINUTE ORDER Defendant Garrisons Motion for Bond Reconsideration 789 is denied without prejudice. Based on Judge William J. Martinezs order 783 , the Clerk of Court has been directed to appoint new counsel for Garrison from the CJA panel. No new counsel has yet made an appearance, yet the nature of the request Defendant seeks warrants representation; thus, Defendant is granted leave to re–file the motion after his new counsel has been appointed. ORDERED by Magistrate Judge Michael E. Hegarty on 02/19/2016. (cthom, ) (Entered: 02/19/2016) |
| 02/22/2016 | 807 | | NOTICE of Change of Address/Contact Information as to Ricky Garrison (cthom, ) (Entered: 02/22/2016) |
| 02/23/2016 | 809 | | NOTICE OF ATTORNEY APPEARANCE: Miller M. Leonard appearing for Ricky Garrison (Leonard, Miller) (Entered: 02/23/2016) |
| 02/26/2016 | 815 | | MOTION for Indigent Defendant to Receive a Copy of a Full Docket Sheet by Charge of the Courts by Ricky Garrison. (athom, ) (Entered: 02/26/2016) |
| 02/26/2016 | 816 | | MOTION to Withdraw as Attorney by Miller Leonard by Ricky Garrison. (Leonard, Miller) (Entered: 02/26/2016) |
| 02/29/2016 | 822 | | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 816 MOTION to Withdraw as Attorney by Miller Leonard : Miller M. Leonard has failed to comply with D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases), which requires an attorney to notify the court of a change in contact information within five days of the change. Counsel must file a notice of change of contact information in all active cases and submit a change of contact information form through the Attorney Services Portal Account. Failure in the future to |

| | | | |
|---|---|---|---|
| | | | follow these procedures may lead to mandatory CM/ECF training, or action by the court. (Text Only Entry) (athom, ) (Entered: 02/29/2016) |
| 02/29/2016 | 823 | | MOTION to Withdraw as Attorney *: Corrected* by MILLER LEONARD by Ricky Garrison. (Leonard, Miller) (Entered: 02/29/2016) |
| 03/01/2016 | 828 | | ORDER as to **Ricky Garrison (1)** striking 815 Motion for Indigent Defendant to Receive a Copy of a Full Docket Sheet: As the Defendant, Mr. Garrison has the right to have counsel appointed to represent him or he has the right to represent himself, but he does not have the right to hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975). Because Defendant is represented by counsel until such time as this Court rules on the Motion to Withdraw as Attorney, he cannot be represented and still continue to file motions on his own behalf. Accordingly, ECF No. 815 is STRICKEN. SO ORDERED by Judge William J. Martinez on 03/01/2016. Text Only Entry (wjmsec, ) (Entered: 03/01/2016) |
| 03/02/2016 | 829 | | MEMORANDUM regarding 823 MOTION to Withdraw as Attorney *: Corrected* by MILLER LEONARD filed by Ricky Garrison. Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 03/02/2016. Text Only Entry (wjmsec, ) (Entered: 03/02/2016) |
| 03/02/2016 | 830 | | MINUTE ORDER denying as moot 816 Motion for Substitution of Counsel, as to Ricky Garrison (1), by Magistrate Judge Nina Y. Wang on 3/02/2016. Ex Parte Hearing set re 823 Corrected Motion for Substitution of Counsel for 3/7/2016 10:30 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. (slibi, ) (Entered: 03/02/2016) |
| 03/02/2016 | 833 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 3/2/2016. (shugh) (Entered: 03/04/2016) |
| 03/07/2016 | 834 | | COURTROOM MINUTES for Motion Hearing as to Ricky Garrison held on 3/7/2016 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Mr. Phillips leaves the courtroom. Discussion held regarding 823 Corrected Motion for Substitution of Counsel. The Motion 823 is TAKEN UNDER ADVISEMENT. A written order shall issue in the next few days. Mr. Leonard may wait until the order is issued to take further action on this case. Defendant remanded. (Total time: 27 minutes, Hearing time: 10:55–11:22)<br><br>**APPEARANCES**: Zachary Phillips on behalf of the Government, Miller Leonard on behalf of the Defendant. FTR: Courtroom C–204. (bsimm, ) Text Only Entry (Entered: 03/07/2016) |
| 03/09/2016 | 841 | | RESTRICTED DOCUMENT – Level 3: as to Ricky Garrison. (nmarb, ) (Entered: 03/09/2016) |
| 03/09/2016 | 842 | | Public Entry for ORDER 841, DENYING 823 Motion to Withdraw as Attorney. as to Ricky Garrison (1) by Magistrate Judge Nina Y. Wang on 03/09/16. Text Only Entry (nmarb, ) (Entered: 03/09/2016) |
| 03/09/2016 | 843 | | CERTIFICATE of Mailing/Service re 841 Restricted Document – Level 3 to Ricky Garrison #40459013, GEO Detention Facility, 3130 North Oakland Street, Aurora, Colorado 80010. (nmarb, ) (Entered: 03/09/2016) |

| 03/10/2016 | 847 | | MOTION to Exclude *180 Days from Speedy Trial and Continue Trial Setting and Reset Motions Deadlines* by Ricky Garrison. (Leonard, Miller) (Entered: 03/10/2016) |
|---|---|---|---|
| 03/11/2016 | 849 | | ORDER as to **Ricky Garrison (1)**, **Francisco Aguilar (4)**, **Archie Poole (9)**, and **Robert Painter (15)**: This matter is before the Court on Defendant Garrison's (1) Unopposed Motion to Continue Trial Setting and Ends of Justice Exclusion Request of 180 Days and Request to Reset All Motions and Deadlines 847 , and Defendant Painter's (15) Motion for Clarification of His Trial Date and Associated Deadlines, in Light of Co–Defendant Ricky Garrison's Unopposed Motion to Continue Trial Setting and Ends of Justice Exclusion Request of 180 Days and Request to Reset All Motions Deadlines 848 . Defendants Aguilar and Poole are DIRECTED to file a Response to both Defendant Garrison and Defendant Painter's Motions on or before **Tuesday, March 15, 2016**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 03/11/2016. Text Only Entry (wjmsec, ) Modified to correct text on 3/11/2016 (cthom, ). (Entered: 03/11/2016) |
| 03/14/2016 | 854 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment Time & Cost Summary, # 2 CJA Attachment Letter re: CJA)(Castle, James) (Entered: 03/14/2016) |
| 03/14/2016 | 880 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 03/14/2016. (sglee, ) (Entered: 03/25/2016) |
| 03/14/2016 | 881 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 03/14/2016. (sglee, ) (Entered: 03/25/2016) |
| 03/15/2016 | 861 | | RESPONSE to Motion by Ricky Garrison re 847 MOTION to Exclude *180 Days from Speedy Trial and Continue Trial Setting and Reset Motions Deadlines* (Hahn, Ronald) (Entered: 03/15/2016) |
| 03/15/2016 | 863 | | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 861 Response to Motion :Ronald Hahn has failed to comply with D.C.COLO.LCr 49.1(a) and 4.1(a) of the Electronic Case Filing Procedures (Criminal Cases), which mandate that all documents filed in criminal cases must be filed electronically. Failure in the future to follow these procedures may lead to mandatory CM/ECF training, or action by the court. (Text Only Entry) (cmira) (Entered: 03/17/2016) |
| 03/22/2016 | 869 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment Time & Cost Summary, # 2 CJA Attachment Letter re: CJA)(Castle, James) (Entered: 03/22/2016) |
| 03/23/2016 | 872 | | ORDER granting 847 Motion to Exclude as to Ricky Garrison (1) by Judge William J. Martinez on 03/23/2016. (wjmlc2, ) (Entered: 03/23/2016) |
| 03/24/2016 | 877 | | ORDER Resetting Trial Date and Related Deadlines as to Ricky Garrison, Francisco Aguilar, Archie Poole, Robert Painter: Motions due by 5/31/2016. Responses due by 6/28/2016. 8 day Jury Trial set for 9/26/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 9/16/2016 at 02:30 PM in Courtroom A 801 before Judge William J. Martinez, by Judge William J. Martinez on 03/24/2016. (cthom, ) (Entered: 03/24/2016) |

| 03/25/2016 | 886 | | MOTION for Clarification re 877 Order, by Ricky Garrison. (Leonard, Miller) (Entered: 03/25/2016) |
|---|---|---|---|
| 03/28/2016 | 887 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant Garrison's 886 Motion for Clarification. The Motion is GRANTED and the Court's prior order at 877 is clarified as follows: Garrison is correct that the deadline to file suppression motions, including wiretap suppression motions or similar motions attacking the validity of the wiretap, has passed. (*See* ECF No. 836.) Per the Court's 877 Order Resetting Trial Date and Related Deadlines, Defendant Garrison may file a Rule 801(d)(2)(E) motion on or before May 31, 2016, and a motion *in limine* per the schedule established in WJM Revised Practice Standard III.F.3. Defendant Garrison already has a pending motion to sever (*see* ECF No. 617) and may not file a second motion to sever, although his co–defendants may do so on or before May 31, 2016. SO ORDERED by Judge William J. Martinez on 03/28/2016. Text Only Entry (wjmlc1) (Entered: 03/28/2016) |
| 03/28/2016 | 888 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment Time & Cost Breakdown, # 2 CJA Attachment Time & Cost Summary)(Castle, James) (Entered: 03/28/2016) |
| 04/01/2016 | 894 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Leonard, Miller) (Entered: 04/01/2016) |
| 04/01/2016 | 895 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Leonard, Miller) (Entered: 04/01/2016) |
| 04/05/2016 | 897 | | MOTION for Reconsideration re 877 Order, by Ricky Garrison. (Leonard, Miller) (Entered: 04/05/2016) |
| 04/05/2016 | 924 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 4/5/16. (limart) (Entered: 04/19/2016) |
| 04/06/2016 | 898 | | ORDER granting in part and denying in part 897 Motion for Reconsideration as to Ricky Garrison (1) Motions due by 5/6/2016. Responses due by 5/27/2016.ORDERED by Judge William J. Martinez on 04/06/2016. (cthom, ) (Entered: 04/06/2016) |
| 04/07/2016 | 899 | | MOTION for Reconsideration by Ricky Garrison. (Leonard, Miller) (Entered: 04/07/2016) |
| 04/07/2016 | 900 | | RESTRICTED DOCUMENT – Level 3: by Ricky Garrison. (Leonard, Miller) Modified to add cja motion on 4/8/2016 (cthom, ). (Entered: 04/07/2016) |
| 04/07/2016 | 901 | | MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 04/07/2016) |
| 04/08/2016 | 902 | | ORDER as to **Ricky Garrison (1)**: Before the Court is Defendant Garrison's 899 Motion to Reconsider this Court's 898 Order granting in part his previous 897 Motion to Reconsider. The new Motion to Reconsider is DENIED. Additional motions to reconsider on these matters will be summarily stricken. SO ORDERED by Judge William J. Martinez on 04/08/2016. Text Only Entry (wjmlc1) (Entered: 04/08/2016) |

| 04/08/2016 | 903 | | ORDER granting 901 Motion for Leave to Restrict as to Ricky Garrison (1) by Judge William J. Martinez on 04/08/2016. (cthom, ) (Entered: 04/08/2016) |
| --- | --- | --- | --- |
| 04/08/2016 | 904 | | ORDER denying 900 CJA Motion as to Ricky Garrison (1) by Judge William J. Martinez on 04/08/2016. (cthom, ) (Entered: 04/08/2016) |
| 04/08/2016 | 905 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison. (Leonard, Miller) (Entered: 04/08/2016) |
| 04/08/2016 | 906 | | MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 04/08/2016) |
| 04/08/2016 | 907 | | Amended MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 04/08/2016) |
| 04/11/2016 | 912 | | ORDER as to **Ricky Garrison (1)** granting Defendant's Amended Motion to Restrict Doc #905 – Corrected as to Date on Certificate Service 907 . Defendant Garrison's Motion is GRANTED for good cause shown. The document filed at ECF No. 905 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Filer and the Court). It is FURTHER ORDERED that Defendant's Motion to Release Doc. #904 to Defendant Painter's Counsel 905 is DENIED as MOOT, given that the Court's Order at ECF No. 904 is already viewable by all counsel for the remaining four Defendants, including counsel for Defendant Painter. SO ORDERED by Judge William J. Martinez on 04/11/2016. Text Only Entry (wjmsec, ) (Entered: 04/11/2016) |
| 04/13/2016 | 927 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 04/13/2016. (sglee, ) (Entered: 04/20/2016) |
| 04/19/2016 | 926 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment Time & Cost Summary, # 2 CJA Attachment Letter re: CJA)(Castle, James) (Entered: 04/19/2016) |
| 05/04/2016 | 935 | | MOTION for Leave to File *Motion In Excess of Fifteen Pages* by Ricky Garrison. (Leonard, Miller) (Entered: 05/04/2016) |
| 05/05/2016 | 936 | | ORDER as to **Ricky Garrison (1)** granting Defendant's Request to File Motion in Excess of Page Limits 935 . Defendant Garrison's Unopposed Motion is GRANTED for good cause shown. Defendant Garrison is granted leave to file a wiretap suppression motion not to exceed 35 pages, exclusive of signature blocks and certificate of service. SO ORDERED by Judge William J. Martinez on 05/05/2016. Text Only Entry (wjmsec, ) (Entered: 05/05/2016) |
| 05/05/2016 | 939 | | RESTRICTED DOCUMENT – Level 1: by Ricky Garrison. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Leonard, Miller) (Entered: 05/05/2016) |
| 05/05/2016 | 940 | | MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 05/05/2016) |
| 05/09/2016 | 947 | | ORDER granting 940 Motion for Leave to Restrict as to Ricky Garrison (1) by Judge William J. Martinez on 05/09/2016. (cthom, ) (Entered: 05/09/2016) |

| 05/10/2016 | 948 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison. (Attachments: # 1 Exhibit Exhibit 4, # 2 Exhibit Exhibit 5, # 3 Exhibit Exhibit 6, # 4 Exhibit Exhibit 7, # 5 Exhibit Exhibit 8, # 6 Exhibit Exhibit 9)(Leonard, Miller) (Entered: 05/10/2016) |
| --- | --- | --- | --- |
| 05/10/2016 | 949 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison. (Attachments: # 1 Exhibit Exhibit 10, # 2 Exhibit Exhibit 11, # 3 Exhibit Exhibit 12, # 4 Exhibit Exhibit 13, # 5 Exhibit Exhibit 14, # 6 Exhibit Exhibit 15, # 7 Exhibit Exhibit 16, # 8 Exhibit Exhibit 17, # 9 Exhibit Exhibit 18, # 10 Exhibit Exhibit 19, # 11 Exhibit Exhibit 20)(Leonard, Miller) (Entered: 05/10/2016) |
| 05/10/2016 | 950 | | MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 05/10/2016) |
| 05/10/2016 | 951 | | CJA 21/31 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment, # 4 CJA Attachment, # 5 CJA Attachment, # 6 CJA Attachment, # 7 CJA Attachment, # 8 CJA Attachment, # 9 CJA Attachment)(Leonard, Miller) (Entered: 05/10/2016) |
| 05/10/2016 | 952 | | ORDER granting 950 Motion for Leave to Restrict as to Ricky Garrison (1) by Judge William J. Martinez on 05/10/2016. (cthom, ) (Entered: 05/10/2016) |
| 05/12/2016 | 956 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/12/2016) |
| 05/13/2016 | 963 | | CJA 20/30 Payment Request as to Ricky Garrison. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment, # 4 CJA Attachment)(Leonard, Miller) (Entered: 05/13/2016) |
| 05/25/2016 | 968 | | MOTION for Extension of Time to File Response/Reply as to 962 First MOTION to Suppress *Statement*, 961 First MOTION to Suppress *Wiretap*, 939 Restricted Document – Level 1 by USA as to Ricky Garrison, Francisco Aguilar. (Phillips, Zachary) (Entered: 05/25/2016) |
| 05/25/2016 | 970 | | ORDER granting 968 Government's Unopposed Motion for Extension of Time to File Responses to Defendants' Various Motions (Doc. Nos. 939, 961, and 962). The Government's Motion is GRANTED for good cause shown. The Government's deadline to file its Responses to Defendant Garrison's Motion to Suppress Wiretap Evidence 939 and Defendant Aguilar's Motions to Suppress Wiretap and Statement [961, 962] is extended up to and including June 3, 2016. SO ORDERED by Judge William J. Martinez on 05/25/2016. Text Only Entry (wjmsec, ) (Entered: 05/25/2016) |
| 05/26/2016 | 979 | | RESTRICTED DOCUMENT – Level 3: by Ricky Garrison. (Leonard, Miller) (Entered: 05/26/2016) |
| 05/27/2016 | 981 | | MOTION for James Hearing by Ricky Garrison. (Leonard, Miller) (Entered: 05/27/2016) |
| 05/27/2016 | 982 | | MOTION to Appoint CJA Counsel by Ricky Garrison. (Leonard, Miller) (Entered: 05/27/2016) |
| 05/27/2016 | 985 | | ORDER as to **Ricky Garrison (1)**: Before the Court is Defendant Garrison's Motion Pursuant to F.R.E. 801(d)(2)(E) 981 . As stated in the Court's Order Resetting Trial Date and Related Deadlines 877 , the Government's response |

| | | | |
|---|---|---|---|
| | | | deadline is **June 28, 2016**. To the extent the Government intends to introduce testimony through Rule 801(d)(2)(E), this is the deadline by which the Government must file the "James Proffer Form" available here. Defendant Garrison shall file his objections to that form on or before **July 8, 2016**. As stated in the Court's Order on Procedures 99 , the Court intends to resolve any objections on the papers, rather than hold an in–court hearing. SO ORDERED by Judge William J. Martinez on 05/27/2016. Text Only Entry (wjmlc1) (Entered: 05/27/2016) |
| 05/27/2016 | 986 | | ORDER granting 982 Motion to Appoint CJA Counsel as to Ricky Garrison (1) by Judge William J. Martinez on 05/27/2016. (cthom, ) (Entered: 05/31/2016) |
| 05/27/2016 | 1010 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 5/27/2016. (shugh) (Entered: 06/03/2016) |
| 05/27/2016 | 1011 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 5/27/2016. (shugh) (Entered: 06/03/2016) |
| 05/31/2016 | 987 | | CERTIFICATE of Mailing/Service re 986 Order on Motion to Appoint CJA Counsel. Pursuant to Judge's instructions in 986 Order Granting 982 Motion, 986 Order has been mailed to Sean McDermott at 1890 Gaylord Street, Denver, CO, 80206. (cthom, ) (Entered: 05/31/2016) |
| 05/31/2016 | 988 | | CJA 20/30 Appointment of Sean Michael McDermott for Ricky Garrison by Judge William J. Martinez on 5/31/2016. Text Only Entry (tomal) (Entered: 05/31/2016) |
| 06/03/2016 | 998 | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 06/03/2016) |
| 06/03/2016 | 999 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 06/03/2016) |
| 06/03/2016 | 1001 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 06/03/2016) |
| 06/03/2016 | 1002 | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 06/03/2016) |

| 06/03/2016 | 1003 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 06/03/2016) |
|---|---|---|---|
| 06/03/2016 | 1004 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 06/03/2016) |
| 06/03/2016 | 1006 | | CJA 21/31 Request for Service as to Ricky Garrison. (Attachments: # 1 CJA Attachment Motion for Ex Parte Services, # 2 Exhibit Exhibit 11)(Leonard, Miller) (Entered: 06/03/2016) |
| 06/03/2016 | 1007 | | ORDER as to **Ricky Garrison (1), and Archie Poole (9)** granting 998 the Government's Motion to Restrict Document: The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 999 and 1001 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 06/03/2016. Text Only Entry (wjmsec, ) (Entered: 06/03/2016) |
| 06/03/2016 | 1008 | | ORDER granting 1001 Restricted Document – Level 2. The Government's Motion is GRANTED for good cause shown. The Restricted Document filed at 1004 is ACCEPTED as filed. SO ORDERED by Judge William J. Martinez on 06/03/2016. Text Only Entry (wjmsec, ) (Entered: 06/03/2016) |
| 06/03/2016 | 1009 | | ORDER as to **Ricky Garrison (1), and Archie Poole (9)** granting 1002 the Government's Motion to Restrict Document: The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 1003 and 1004 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 06/03/2016. Text Only Entry (wjmsec, ) (Entered: 06/03/2016) |
| 06/06/2016 | 1045 | | CJA 20/30 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 6/6/2016. (shugh) (Entered: 07/13/2016) |
| 06/07/2016 | 1034 | | CJA 21/31 Authorization for Service as to Ricky Garrison by Judge William J. Martinez on 6/7/2016. (shugh) (Entered: 06/28/2016) |
| 06/08/2016 | 1014 | | ORDER as to **Ricky Garrison (1)**: Before the Court is Defendant Garrison's motion 939 filed May 5, 2016. Garrison may file a reply in support of his motion on or before **June 28, 2016**. Garrison's reply shall not exceed 15 pages, excluding the signature block and certificate of service. SO ORDERED by Judge William J. Martinez on 06/08/2016. Text Only Entry (wjmlc1) (Entered: 06/08/2016) |
| 06/16/2016 | 1029 | | CJA 21/31 Payment Authorization as to Ricky Garrison by Judge William J. Martinez on 6/16/2016. (shugh) (Entered: 06/21/2016) |
| 06/27/2016 | 1031 | | |

| | | | |
|---|---|---|---|
| | | | Unopposed MOTION for Extension of Time to File Response/Reply as to 981 MOTION for James Hearing by USA as to Ricky Garrison. (Phillips, Zachary) (Entered: 06/27/2016) |
| 06/27/2016 | 1032 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Leonard, Miller) (Entered: 06/27/2016) |
| 06/27/2016 | 1033 | | MOTION for Leave to File *Franks Motion to Suppress* by Ricky Garrison. (Leonard, Miller) (Entered: 06/27/2016) |
| 06/28/2016 | 1035 | | ORDER denying 1033 Motion for Leave to File Franks Challenge as to Ricky Garrison (1) by Judge William J. Martinez on 06/28/2016. (cthom, ) (Entered: 06/28/2016) |
| 06/28/2016 | 1036 | | ORDER as to **Ricky Garrison (1)** granting 1031 the Government's Unopposed Motion for Extension of Time to File Response to Defendant's Motion Pursuant to F.R.E. 801(d)(2)(E) (Doc. No. 981). The Government's motion is GRANTED for good cause shown. The Government's deadline to file said Response is extended to **July 6, 2016**. Defendant's deadline to file a Reply in support of his Motion is extended to **July 16, 2016**. SO ORDERED by Judge William J. Martinez on 06/28/2016. Text Only Entry (wjmsec, ) (Entered: 06/28/2016) |
| 07/06/2016 | 1038 | | Government's Proffer – *Government's James Proffer in Support of Admission of Co−Conspirator Statements Pursuant to Rule 801(D)(2) as it Relates to Count One of the Indictment* re: 981 MOTION for James Hearing by USA as to Ricky Garrison (Attachments: # 1 Exhibit)(Phillips, Zachary) (Entered: 07/06/2016) |
| 07/12/2016 | 1042 | | MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 07/12/2016) |
| 07/12/2016 | 1043 | | ORDER as to **Ricky Garrison (1)** granting 1042 the Defendant's Motion to Restrict Doc. #1032. Defendant Garrison's Motion is GRANTED for good cause shown. The document filed at ECF No. 1032 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 07/12/2016. Text Only Entry (wjmsec, ) (Entered: 07/12/2016) |
| 07/18/2016 | 1049 | | MOTION for Extension of Time to File Response/Reply as to 1038 Govt's Proffer, by Ricky Garrison. (Leonard, Miller) (Entered: 07/18/2016) |
| 07/19/2016 | 1050 | | ORDER as to **Ricky Garrison (1)** granting Defendant's Unopposed Motion to Extend James Proffer Responses 1049 . Defendant's motion is untimely, not having been filed in accordance with WJM Revised Practice Standard II.D.2, which states that motions for extension of time will not be considered unless they are *"filed on or before the court business day preceding the original filing deadline..."*. In the interest of justice, however, the Court GRANTS the Motion for good cause shown. Defendant's deadline to file his responses to the Government's James Proffer, is extended up to and including July 27, 2016. NO FURTHER EXTENSIONS OF THIS DEADLINE SHALL BE GRANTED. SO ORDERED by Judge William J. Martinez on 07/19/2016. Text Only Entry (wjmsec, ) (Entered: 07/19/2016) |

| 07/19/2016 | 1051 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison. (Attachments: # 1 Proposed Document Franks Motion, # 2 Proposed Document Offer of Proof, # 3 Exhibit TKR000177–187, # 4 Exhibit INV000126, # 5 Exhibit INV000146, # 6 Exhibit INV000472–475, # 7 Exhibit INV000503–504, # 8 Exhibit INV000518, # 9 Exhibit INV000522, # 10 Exhibit INV000530–533, # 11 Exhibit INV000548–551, # 12 Exhibit INV000559–561, # 13 Exhibit INV000579, # 14 Exhibit INV000580)(Leonard, Miller) (Entered: 07/19/2016) |
| --- | --- | --- | --- |
| 07/19/2016 | 1052 | | MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 07/19/2016) |
| 07/20/2016 | 1053 | | RESTRICTED DOCUMENT – Level 2 as to Ricky Garrison. (cthom, ) Modified to correct restriction level on 7/20/2016 (cthom, ). (Entered: 07/20/2016) |
| 07/20/2016 | 1054 | | ORDER as to **Ricky Garrison (1)** granting 1052 Defendant's Motion to Restrict Doc. #1051: Defendant Garrison's Motion is GRANTED for good cause shown. The document filed at ECF No. 1051 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 07/20/2016. Text Only Entry (wjmsec, ) (Entered: 07/20/2016) |
| 07/27/2016 | 1055 | | Objection *to 801(d)(2) Statements* by Ricky Garrison (Attachments: # 1 Proffer and Objections)(McDermott, Sean) (Entered: 07/27/2016) |
| 08/19/2016 | 1059 | | Unopposed MOTION to Continue *Trial Setting and Ends of Justice Exclusion Request* by Ricky Garrison. (McDermott, Sean) (Entered: 08/19/2016) |
| 08/23/2016 | 1061 | | ORDER denying 1059 Unopposed Motion to Continue Trial Setting and Ends of Justice Exclusion Request, as to Ricky Garrison (1), by Judge William J. Martinez on 8/23/16. (dkals, ) (Entered: 08/23/2016) |
| 08/24/2016 | 1066 | | NOTICE – *Notice to Court and Defendants* by USA as to Ricky Garrison, Archie Poole (Phillips, Zachary) (Entered: 08/24/2016) |
| 08/29/2016 | 1070 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court *sua sponte*. On March 24, 2016 when this case was reset for an 8 day Jury Trial, there were four Defendants remaining. In light of the significant reduction in the number of Defendants awaiting trial in this case, leaving only one Defendant set for trial, the 8 day Jury Trial set to begin on September 26, 2016 is hereby **VACATED and RESET to a 6 day Jury Trial set to begin on Monday September 26, 2016 through to Thursday, September 29, 2016, and Monday, October 3, 2016 to conclude on Tuesday, October 4, 2016, at 8:30 a.m.** in Courtroom A801. The Final Trial Preparation Conference remains set for September 16, 2016 at 2:30 p.m. in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the dates of the Final Trial Preparation Conference and Trial. SO ORDERED by Judge William J. Martinez on 08/29/2016. Text Only Entry (wjmsec, ) (Entered: 08/29/2016) |
| 08/29/2016 | 1071 | | Utility Setting/Resetting Deadlines/Hearings with correct dates as to Ricky Garrison: Text Only Entry : Jury Trial set for 9/26/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for |

| | | | |
|---|---|---|---|
| | | | 9/27/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 08/29/2016) |
| 08/29/2016 | 1072 | | Utility Setting/Resetting Deadlines/Hearings pursuant to 1070 Order as to Ricky Garrison: Text Only Entry: Jury Trial set for 9/26/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 9/27/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 9/28/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 9/29/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/3/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/4/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 08/29/2016) |
| 08/31/2016 | 1073 | | Unopposed MOTION to Continue *Trial Due to Newly Discovered Evidence* by Ricky Garrison. (Attachments: # 1 Exhibit Exhibit 1)(McDermott, Sean) (Entered: 08/31/2016) |
| 08/31/2016 | 1074 | | RESPONSE to Motion by USA as to Ricky Garrison re 1073 Unopposed MOTION to Continue *Trial Due to Newly Discovered Evidence* (Phillips, Zachary) (Entered: 08/31/2016) |
| 09/02/2016 | 1075 | | ORDER granting in part and denying in part 617 Objection to Misjoinder by Ricky Garrison, as to Ricky Garrison (1). The motion is GRANTED to the extent that the Court will bifurcate the evidence and deliberation regarding Counts 70 and 71. The motion is otherwise DENIED. At the Final Trial Preparation Conference set for September 16, 2016, the parties shall come prepared to discuss the logistics of the bifurcation ordered herein. ORDERED by Judge William J. Martinez on 09/02/2016. (cthom, ) (Entered: 09/02/2016) |
| 09/02/2016 | 1076 | | ORDER DENYING Motion to Suppress Wiretap Evidence as to Ricky Garrison. (cthom, ) Modified to unrestrict and title pursuant to 1117 Order on 10/14/2016 (cthom, ). (Entered: 09/02/2016) |
| 09/02/2016 | 1077 | | ORDER as to **Ricky Garrison (1)**: The Court has filed its order 1076 resolving Defendant Garrison's Motion to Suppress 939 under a Level 1 restriction. No later than **October 14, 2016**, Garrison and the Government shall file a joint notice stating their position (or respective positions, if necessary) regarding whether the Court's order may be unrestricted without redaction. If any party believes that redaction is necessary, that party shall explain the basis for that belief and shall attach a copy of the Court's order highlighting or underlining any portion that the party believes should be redacted. Permission to file the joint notice under Level 1 restriction, if appropriate, is hereby granted and no motion to restrict will be necessary. SO ORDERED by Judge William J. Martinez on 09/02/2016. Text Only Entry (wjmlc1) (Entered: 09/02/2016) |
| 09/05/2016 | 1078 | | MOTION for Release of Brady Materials *and Giglio Materials* by Ricky Garrison. (Attachments: # 1 Exhibit Exhibit 1)(Leonard, Miller) (Entered: 09/05/2016) |
| 09/05/2016 | 1079 | | MOTION for Order *Allowing Defendant to Appear in Civilian Clothes and to be Unrestrained* by Ricky Garrison. (Leonard, Miller) (Entered: 09/05/2016) |

| 09/05/2016 | 1080 | | MOTION for Order *for Real Time Transcripts* by Ricky Garrison. (Leonard, Miller) (Entered: 09/05/2016) |
|---|---|---|---|
| 09/06/2016 | 1081 | | ORDER granting 1080 Motion for Order as to Ricky Garrison (1). The Court ORDERS that Counsel is allowed to have real–time reporting to their laptops or other electronic device during the course of the trial, hearing or oral argument of this case. Counsel are directed to contact the Courts Court Reporter, Ms. Mary George, at 303–335–2109, no later than September 8, 2016, to arrange for the real–time reporting service. ORDERED by Judge William J. Martinez on 09/06/2016. (cthom, ) (Entered: 09/06/2016) |
| 09/06/2016 | 1082 | | ORDER granting in part 1079 Motion to Permit Accused to Appear in Civilian Clothing and Without Restraints at all Pretrial and Trial Proceedings as to Ricky Garrison (1). The Court ORDERS that Defendant Ricky Garrison shall be allowed to dress in civilian clothes and without restraints visible to the jury during the Jury Trial beginning September 26, 2016. ORDERED by Judge William J. Martinez on 09/06/2016. (cthom, ) (Entered: 09/06/2016) |
| 09/06/2016 | 1083 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant Garrison's Unopposed Motion to Continue Trial and Ends of Justice Continuance Due in Large Part to Newly Discovered Evidence 1073 , as well as his Motion for Brady and Giglio Information 1078 . A Hearing on these two Motions is hereby set for **Friday, September 9, 2016 at 2:00 p.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 09/06/2016. Text Only Entry (wjmsec, ) (Entered: 09/06/2016) |
| 09/06/2016 | 1084 | | MOTION for Order – *Governments Motion to Request Permission to Appear by Telephone for Motions Hearing on September 9, 2016, 2:00 p.m.,* by USA as to Ricky Garrison. (Attachments: # 1 Exhibit)(Phillips, Zachary) (Entered: 09/06/2016) |
| 09/07/2016 | 1085 | | ORDER: Before the Court is Defendant Garrison's Motion for *Brady* and *Giglio* Information 1078 . The Government shall file its response no later than **noon tomorrow** (**Thursday, September 8, 2016**). No reply will be permitted. SO ORDERED by Judge William J. Martinez on 09/07/2016. Text Only Entry (wjmlc1) (Entered: 09/07/2016) |
| 09/07/2016 | 1086 | | ORDER as to **Ricky Garrison (1)** granting the Government's Motion to Request Permission to Appear by Telephone for Motions Hearing on September 9, 2016 1084 . The Government's Motion is GRANTED for good cause shown. AUSA Zachary Phillips is granted leave to appear at the Motions Hearing set for September 9, 2016 at 2:00 p.m., via Telephone. AUSA Phillips must contact Chambers (303) 335–2805 on or before **September 8, 2016** to provide a **land line** telephone number that will be used by AUSA Phillips for participation in the Motions Hearing. **Chambers will initiate the call to AUSA Phillips**. SO ORDERED by Judge William J. Martinez on 09/07/2016. Text Only Entry (wjmsec, ) (Entered: 09/07/2016) |
| 09/07/2016 | 1087 | | MOTION for Issuance of Subpoenas by Ricky Garrison. (Attachments: # 1 Proposed Order (PDF Only), # 2 Subpoena, # 3 Subpoena, # 4 Subpoena, # 5 Subpoena, # 6 Subpoena)(Leonard, Miller) Modified to correct event type and title on 9/7/2016 (cthom, ). (Entered: 09/07/2016) |
| 09/08/2016 | 1088 | | RESPONSE to Motion by USA as to Ricky Garrison re 1078 MOTION for Release of Brady Materials *and Giglio Materials* (Phillips, Zachary) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/08/2016) |
| 09/08/2016 | 1089 | | MOTION for Extension of Time to File – *Motion to Request Additional Time to File Witness List and Exhibit List* by USA as to Ricky Garrison. (Phillips, Zachary) (Entered: 09/08/2016) |
| 09/09/2016 | 1093 | | Unopposed MOTION to Continue *Trial* by USA as to Ricky Garrison. (Phillips, Zachary) (Entered: 09/09/2016) |
| 09/09/2016 | 1094 | | MINUTE ENTRY for Motions Hearing held on 9/9/2016 before Judge William J. Martinez as to Defendant 1. Ricky Garrison. ORDERED:Defendant Garrison's Motion for Brady and Giglio Information 1078 is DENIED AS MOOT. ORDERED: The Unopposed Motion to Continue Trial and Ends of Justice Continuance Due in Large Part to Newly Discovered Evidence 1073 is GRANTED IN PART. The Government's Unopposed Motion to Continue Trial 1093 is GRANTED IN PART. An additional 105 days will be excluded from the Speedy Trial Clock. A written order will enter which fully sets forth the Court's findings of fact and conclusions of law granting the additional 105 days. ORDERED: The jury trial set September 26, 2016 is VACATED and RESET for six days commencing at 8:30 a.m., Tuesday, February 21, 2017, concluding on Tuesday, February 28, 2017. The Trial Preparation Conference scheduled for September 16, 2016 at 2:30 is VACATED and RESET to Friday, February 10, 2017 at 2:00 p.m. in Courtroom A801, before Judge William J. Martinez. ORDERED: The Government's Motion to Request Additional Time to File Witness List And Exhibit List 1089 is DENIED AS MOOT. ORDERED: The briefing schedule with regard to the Motion for Rule 17(c) Subpoenas 1087 is as follows: the Government has up to and including September 16, 2016 to file a response; the defendant has up to and including September 21st to reply. Defendant Ricky Garrison is REMANDED to the custody of the U.S. Marshal. Court Reporter: Mary George. (dhans, Modified on 9/12/2016 to add text verbiage (dhans, ) (Entered: 09/12/2016) |
| 09/12/2016 | 1095 | | ORDER Granting in Part 1073 Motion to Continue Trial and ends of Ends of Justice Continuance, Granting 1093 Governments Unopposed Motion to Continue Trial as to Ricky Garrison. The 8–day Jury Trial set to commence on September 26, 2016 and the Final Trial Preparation Conference set for September 16, 2016 at 2:30 p.m. are hereby VACATED. All days from September 20, 2016, to and including January 3, 2017, shall be excluded from the Speedy Trial Clock. ORDERED by Judge William J. Martinez on 09/12/2016. (cthom, ) (Entered: 09/12/2016) |
| 09/13/2016 | 1096 | | ORDER Re–setting Trial Date and Related Deadlines as to Ricky Garrison: Motions due by 12/30/2016. Responses due by 1/20/2017. 6 day Jury Trial set for 2/21/2017 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 2/10/2017 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 09/13/2016. (cthom, ) (Entered: 09/13/2016) |
| 09/16/2016 | 1102 | | RESPONSE in Opposition by USA as to Ricky Garrison re 1087 MOTION For Issuance of Subpoenas (Fields, Bryan) (Entered: 09/16/2016) |
| 09/22/2016 | 1103 | | ORDER denying 1087 Motion For Issuance of Subpoenas as to Ricky Garrison (1) by Judge William J. Martinez on 09/22/2016. (cthom, ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/22/2016) |
| 10/13/2016 | 1116 | | NOTICE *Regarding Court Order Document Number 1076 (Joint)* by USA as to Ricky Garrison (Phillips, Zachary) (Entered: 10/13/2016) |
| 10/14/2016 | 1117 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on 1116 Parties' Joint Notice Regarding Court Order Document Number 1076. Given that the Parties have no redactions to the Order Denying Motion to Suppress Wiretap Evidence 1076 and no objection to making it publicly viewable, the Clerk of the Court is DIRECTED to unrestrict ECF No. 1076. SO ORDERED by Judge William J. Martinez on 10/14/2016. Text Only Entry (wjmsec, ) Modified to correct date text on 10/17/2016 (cthom, ). (Entered: 10/14/2016) |
| 12/29/2016 | 1167 | | MOTION for Discovery *Pursuant to Fed. R. Crim. P. 16(a)(1)(E)(i) Information* by Ricky Garrison. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Leonard, Miller) (Entered: 12/29/2016) |
| 12/30/2016 | 1168 | | ORDER as to **Ricky Garrison (1)**: Before the Court is Garrison's Motion for Fed. R. Crim. P. 16(a)(1)(E)(i) Inforamtion [*sic*], or in the Alternative, *Brady* and *Giglio* Information 1167 . The Government shall respond on or before **Wednesday, January 4, 2017 at 12:00 pm (noon) MST**. No reply will be accepted without further order or leave of Court. SO ORDERED by Judge William J. Martinez on 12/30/2016. Text Only Entry (wjmlc1) (Entered: 12/30/2016) |
| 01/03/2017 | 1169 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1167 MOTION for Discovery *Pursuant to Fed. R. Crim. P. 16(a)(1)(E)(i) Information* by USA as to Ricky Garrison. (Fields, Bryan) (Entered: 01/03/2017) |
| 01/03/2017 | 1170 | | ORDER as to **Ricky Garrison (1)** granting 1169 Government's Motion for Extension of Time to File Response to Defendant's Motion for Fed. R. Crim. P. 16(a)(1)(E)(i) Inforamation [sic], or in the Alternative, *Brady and Giglio* Information (Doc. No. 1167). The Government's Motion is GRANTED for good cause shown. The Government's deadline to file its Response to Defendant Garrison's Motion is extended up to and including **January 9, 2017 at 12:00 p.m.** SO ORDERED by Judge William J. Martinez on 1/3/2017. Text Only Entry (wjmsec, ) (Entered: 01/03/2017) |
| 01/03/2017 | 1171 | | Utility Setting Deadlines as to Ricky Garrison: Pursuant to the 1170 Order Government's Response due by 1/9/2017 at 12:00 p.m., to 1167 Motion. Text Only Entry (evana, ) (Entered: 01/04/2017) |
| 01/09/2017 | 1172 | | RESPONSE to Motion by USA as to Ricky Garrison re 1167 MOTION for Discovery *Pursuant to Fed. R. Crim. P. 16(a)(1)(E)(i) Information* (Fields, Bryan) (Entered: 01/09/2017) |
| 01/11/2017 | 1173 | | ORDER denying 1167 Motion for Discovery as to Ricky Garrison (1) by Judge William J. Martinez on 01/11/2017. (cthom, ) (Entered: 01/11/2017) |
| 01/11/2017 | 1174 | | ORDER granting in part and denying in part 981 Motion for James Hearing as to Ricky Garrison (1) by Judge William J. Martinez on 01/11/2017. (cthom, ) (Entered: 01/11/2017) |
| 01/26/2017 | 1182 | | |

| | | | |
|---|---|---|---|
| | | | SUPERSEDING INDICTMENT as to Ricky Garrison (1) count(s) 1s, 2s, 3s, 4s−5s, 6s, 7s−8s, 9s, 10s, 11s, 12s, 13s, 14s, 15s−16s, 17s, 18s−19s, 20s−21s, 22s−26s, 27s, 28s, 29s, 31s, 32s−34s, 35s, 36s−38s, 39s−44s, 45s, 46s, 47s, 48s. (Attachments: # 1 Criminal Information Sheet) (cthom, ) (Entered: 01/27/2017) |
| 01/26/2017 | 1183 | | RESTRICTED DOCUMENT – Level 4 as to Ricky Garrison. (cthom, ) (Entered: 01/27/2017) |
| 01/26/2017 | 1184 | | Utility Setting/Resetting Deadlines/Hearings as to Ricky Garrison: Re−Arraignment on 1182 Superseding Indictment set for 2/10/2017 at 10:00 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. (cthom, ) (Entered: 01/30/2017) |
| 01/31/2017 | 1185 | | Unopposed MOTION for Extension of Time to File *Trial Documents* by USA as to Ricky Garrison. (Rangel, Celeste) (Entered: 01/31/2017) |
| 01/31/2017 | 1186 | | ORDER as to **Ricky Garrison (1)** granting the Government's Unopposed Motion for Extension of Time to File Trial Documents 1185 . The Government's Motion is GRANTED for good cause shown. The Parties' deadline to file their respective jury instructions, voir dire, and exhibit and witness lists is extended up to and including **February 6, 2017**. SO ORDERED by Judge William J. Martinez on 1/31/2017. Text Only Entry (wjmsec, ) (Entered: 01/31/2017) |
| 02/01/2017 | 1188 | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 02/01/2017) |
| 02/01/2017 | 1189 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 02/01/2017) |
| 02/01/2017 | 1190 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 02/01/2017) |
| 02/01/2017 | 1191 | | NOTICE of Change of Address/Contact Information (Fields, Bryan) (Entered: 02/01/2017) |
| 02/02/2017 | 1192 | | Unopposed MOTION for Extension of Time to File *EXHIBIT AND WITNESS LISTS* by Ricky Garrison as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (McDermott, Sean) (Entered: 02/02/2017) |

| 02/03/2017 | 1193 | | ORDER as to **Ricky Garrison (1)** granting in part Defendant's Unopposed Motion for an Extension of Time to File Exhibit and Witness Lists 1192 . The Defendant's motion is GRANTED IN PART for good cause shown. Defendant's deadline to file his Witness and Exhibit Lists is extended up to and including **February 8, 2017 at 1:00 p.m.** SO ORDERED by Judge William J. Martinez on 2/3/2017. Text Only Entry (wjmsec, ) (Entered: 02/03/2017) |
|---|---|---|---|
| 02/03/2017 | 1194 | | MOTION in Limine by Ricky Garrison. (Leonard, Miller) (Entered: 02/03/2017) |
| 02/03/2017 | 1195 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant's Motion in Limine 1194 . The Government has up to and including **February 7, 2017** within which to file a Response. Per this Court's Revised Practice Standards (revised effective December 1, 2016), no Reply Brief will be accepted. SO ORDERED by Judge William J. Martinez on 2/3/2017. Text Only Entry (wjmsec, ) (Entered: 02/03/2017) |
| 02/06/2017 | 1198 | | NOTICE of Change of Address/Contact Information (Phillips, Zachary) (Entered: 02/06/2017) |
| 02/06/2017 | 1199 | | Proposed Voir Dire by Ricky Garrison (McDermott, Sean) (Entered: 02/06/2017) |
| 02/07/2017 | 1200 | | RESPONSE to Motion by USA as to Ricky Garrison re 1194 MOTION in Limine (Phillips, Zachary) (Entered: 02/07/2017) |
| 02/07/2017 | 1201 | | EXHIBITS In Support of 1200 Response to Motion by USA as to Ricky Garrison (Phillips, Zachary) (Entered: 02/07/2017) |
| 02/07/2017 | 1202 | | WITNESS LIST *for Trial Beginning February 21, 2017,* by USA as to Ricky Garrison (Attachments: # 1 Proposed Document)(Phillips, Zachary) (Entered: 02/07/2017) |
| 02/07/2017 | 1203 | | EXHIBIT LIST *for Trial Beginning February 21, 2017* by USA as to Ricky Garrison (Attachments: # 1 Proposed Document)(Phillips, Zachary) (Entered: 02/07/2017) |
| 02/07/2017 | 1204 | | Proposed Jury Instructions *for Forfeiture of Property* by USA as to Ricky Garrison (Campbell, Wayne) (Entered: 02/07/2017) |
| 02/07/2017 | 1205 | | Proposed Jury Instructions – *Disputed* by USA as to Ricky Garrison (Phillips, Zachary) (Entered: 02/07/2017) |
| 02/07/2017 | 1206 | | NOTICE of Change of Address/Contact Information (Campbell, Wayne) (Entered: 02/07/2017) |
| 02/07/2017 | 1207 | | Proposed Jury Instructions – *Stipulated* by USA as to Ricky Garrison (Phillips, Zachary) (Entered: 02/07/2017) |
| 02/07/2017 | 1209 | | Objection *to Defendant's Proposed Jury Instructions* by USA as to Ricky Garrison (Phillips, Zachary) (Entered: 02/07/2017) |
| 02/07/2017 | 1210 | | ORDER granting in part and denying in part 1194 Motion in Limine and the Court RESERVES RULING IN PART as to Ricky Garrison (1). ORDERED by Judge William J. Martinez on 02/07/2017. (cthom, ) (Entered: 02/07/2017) |

| 02/07/2017 | 1214 | | Proposed Voir Dire by USA as to Ricky Garrison (Phillips, Zachary) (Entered: 02/07/2017) |
| 02/07/2017 | 1215 | | Proposed Jury Instructions by Ricky Garrison (Attachments: # 1 Proposed Document Jury Instructions)(McDermott, Sean) (Entered: 02/07/2017) |
| 02/08/2017 | 1216 | | WITNESS LIST by Ricky Garrison (Attachments: # 1 Witness List)(McDermott, Sean) (Entered: 02/08/2017) |
| 02/08/2017 | 1217 | | MOTION for Leave to File *Supplement to Exhibit List* by Ricky Garrison. (McDermott, Sean) (Entered: 02/08/2017) |
| 02/09/2017 | 1218 | | ORDER as to **Ricky Garrison (1)** granting Defendant Ricky Garrison's Motion for Leave to Supplement the Exhibit List 1217 : The Defendant's Motion is GRANTED for good cause shown. Defendant Garrison is granted leave to submit an Exhibit List comprising the Government's current Exhibit List plus the evidence of prior criminal convictions described in Defendant's Motion for Leave to Supplement the Exhibit List. Defendant's Final Exhibit List shall be filed no later than **February 16, 2017**. The Court states once again that the parties SHALL familiarize themselves with the undersigned's Revised Practice Standards (as revised effective December 1, 2016) in general, and as they relate to the Court's expectations and requirements with regard to jury trials, to be found at Part V of same, and with particular emphasis on WJM Revised Practice Standard V.F.1, which requires the parties to meet and confer regarding proposed exhibits and, to the maximum extent possible, stipulate to the authenticity and admissibility thereof. NO FURTHER EXTENSION OF THE DEADLINE FOR DEFENDANT TO FILE HIS FINAL EXHIBIT LIST WILL BE GRANTED. SO ORDERED by Judge William J. Martinez on 2/9/2017. Text Only Entry (wjmsec, ) (Entered: 02/09/2017) |
| 02/09/2017 | 1222 | | Proposed Verdict Form as to Ricky Garrison (Phillips, Zachary) (Entered: 02/09/2017) |
| 02/09/2017 | 1223 | | MOTION for Order *to Produce Christopher Vigil's Pretrial File* by Ricky Garrison. (Attachments: # 1 Exhibit Exhibit 1)(Leonard, Miller) (Entered: 02/09/2017) |
| 02/09/2017 | 1224 | | Objection *to Government's Jury Instructions* by Ricky Garrison (McDermott, Sean) (Entered: 02/10/2017) |
| 02/10/2017 | 1229 | | ORDER as to **Ricky Garrison (1)**: Before the Court is Garrison's Motion for Order to Produce Christopher Vigil's Pretrial File 1223 . The Government shall be prepared to respond to this motion orally at this afternoon's Final Trial Preparation Conference. SO ORDERED by Judge William J. Martinez on 02/10/2017. Text Only Entry (wjmlc1) (Entered: 02/10/2017) |
| 02/10/2017 | 1230 | | COURTROOM MINUTES for Arraignment as to Ricky Garrison held on 2/10/2017 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Defendant advised of superseding indictment. Defendant waives further reading and advisement. Defense believes the superseding indictment is a substantial change. Parties are set before Judge Martinez for a hearing this afternoon. Plea of NOT GUILTY entered by defendant. Defendant remanded. (Total time: 2 minutes, Hearing time: 10:32–10:34) |

|  |  |  | APPEARANCES: Zach Phillips on behalf of the Government, Miller Leonard and Sean McDermott on behalf of the Defendant. FTR: Courtroom C−204. (bwilk, ) Text Only Entry (Entered: 02/10/2017) |
|---|---|---|---|
| 02/10/2017 | 1231 |  | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Trial Preparation Conference as to Defendant 1. Ricky Garrison held on 2/10/2017. ORDERED: 1. The Motion for Order 1223 is GRANTED. By Tuesday, February 14th the defense shall submit a proposed order – after the Government and Mr. Guevara have had an opportunity to review it. 2. The parties will have 30 minutes for voir dire and 20 minutes for opening statements. 3. The Government shall e−mail chambers in the next few days the estimation of cross−examination for its witnesses. 4. The defense has up to and including February 16th to file an Amended Witness List using the format in the Court's Revised Practice Standards.5.The parties shall be present at 8:30 a.m. on Tuesday, February 21st. The Court will address any pretrial matters and rule on the proposed voir dire questions at that time.6.The defense has up to and including Wednesday, February 15th to file objections to the Government's proposed verdict form.7.The parties have up to and including Thursday, February 16th to file an agreed−upon statement of the case instruction. In addition to filing it on CM/ECF, an editable form shall also be emailed to chambers.8.The parties have up to and including Friday, February 17th to resubmit their disputed jury instructions, following the format in the Court's Revised Practice Standards. In addition to filing them on CM/ECF, an editable form shall also be emailed to chambers.9.To the extent the Motion for Notice of FRE 404(B), 405, 406, 608 and Res Gestae Evidence 618 is still pending, it is DENIED AS MOOT.10.The Government's oral motion to dismiss Count 47 of the Superseding Indictment is GRANTED. Count 47 of the Superseding Indictment is dismissed as to Defendant 1. Ricky Garrison only. Court Reporter: Mary George. (dhans, ) (Entered: 02/13/2017) |
| 02/13/2017 | 1232 |  | Proposed Jury Instructions – *Disputed (Amended)* by USA as to Ricky Garrison (Phillips, Zachary) (Entered: 02/13/2017) |
| 02/14/2017 | 1234 |  | ORDER as to Ricky Garrison regarding the United States Probation Office turning over portions of Christopher Vigil's pretrial release file, by Judge William J. Martinez on 02/14/2017. (cthom, ) (Entered: 02/14/2017) |
| 02/15/2017 | 1235 |  | Objection *to Verdict Forms* by Ricky Garrison (McDermott, Sean) (Entered: 02/15/2017) |
| 02/16/2017 | 1236 |  | WITNESS LIST – *Amended* by USA as to Ricky Garrison (Attachments: # 1 Proposed Document)(Phillips, Zachary) (Entered: 02/16/2017) |
| 02/16/2017 | 1237 |  | STATEMENT *Of The Case* by Defendant Ricky Garrison (Leonard, Miller) (Entered: 02/16/2017) |
| 02/16/2017 | 1238 |  | EXHIBIT LIST – *Amended* by USA as to Ricky Garrison (Attachments: # 1 Proposed Document)(Phillips, Zachary) (Entered: 02/16/2017) |
| 02/17/2017 | 1241 |  | Proposed Jury Instructions *(Amended)* by Ricky Garrison (McDermott, Sean) (Entered: 02/17/2017) |
| 02/17/2017 | 1242 |  | EXHIBIT LIST by Ricky Garrison (Attachments: # 1 Exhibit Listing of Exhibits)(McDermott, Sean) (Entered: 02/17/2017) |

| 02/17/2017 | 1243 | | WITNESS LIST *(Amended)* by Ricky Garrison (Attachments: # 1 Amended Witness List)(McDermott, Sean) (Entered: 02/17/2017) |
|---|---|---|---|
| 02/21/2017 | 1245 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on the Government's oral motion for authorization to communicate with members of the jury in this case. Pursuant to Local Criminal Rule 24.1 the Motion is GRANTED. Such communications with the jury are authorized under the following restrictions, which will be strictly enforced: (1) only counsel may speak with the jurors and counsel for all parties may engage in these communications; (2) the communication may only take place after the conclusion of the trial; (3) the communication may ONLY occur within Courtroom A801; (4) and ONLY with those jurors who voluntarily choose to return into the courtroom to speak with the lawyers after they have met with the undersigned; and (5) there will be NO communication with a juror after that juror has left the courtroom. Anyone violating any of these restrictions is subject to being held in contempt of Court. SO ORDERED by Judge William J. Martinez on 2/21/2017. Text Only Entry (wjmsec, ) (Entered: 02/21/2017) |
| 02/21/2017 | 1248 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial – Day One held on 2/21/2017 as to Ricky Garrison. The Government dismisses Count Thirty–Five of the Superseding Indictment. Trial continued.Court Reporter: Mary George. (dhans, ) (Entered: 02/23/2017) |
| 02/22/2017 | 1249 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial – Day Two as to Ricky Garrison held on 2/22/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 02/23/2017) |
| 02/23/2017 | 1250 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial – Day Three as to Ricky Garrison held on 2/23/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 02/24/2017) |
| 02/24/2017 | 1251 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial – Day Four as to Ricky Garrison held on 2/24/2017. The Government dismisses Count Forty–Eight of the Superseding Indictment. Trial continued.Court Reporter: Mary George. (dhans, ) (Entered: 02/24/2017) |
| 02/27/2017 | 1252 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial – Day Five as to Ricky Garrison held on 2/27/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 02/28/2017) |
| 02/28/2017 | 1253 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial – Day Six as to Ricky Garrison held on 2/28/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 03/01/2017) |
| 03/01/2017 | 1258 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial – Day Seven as to Ricky Garrison held on 3/1/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 03/02/2017) |
| 03/02/2017 | 1259 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial – Day Eight as to Ricky Garrison held on 3/2/2017. Trial concluded. Sentencing set June 30, 2017 at 9:00 a.m.Court Reporter: Mary George. (dhans, ) (Entered: 03/06/2017) |

| 03/02/2017 | 1262 | | Clerk's copy of Government's Trial Exhibit List as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1263 | | Clerk's copy of Defendant's Trial Exhibit List as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1264 | | Jury Instructions as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1265 | | Jury Notes – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1266 | | Jury Notes – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1267 | | Jury Notes – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1268 | | Jury Notes – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1269 | | Jury Notes – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1270 | | Jury Notes – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1271 | | Jury Notes – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1272 | | Jury Notes – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1273 | | Jury Verdict Un–Redacted – Level 4 – Viewable by Court Only (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1274 | | Jury List as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1275 | | Jury Notes as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1276 | | Jury Notes as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1277 | | Jury Notes as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1278 | | Jury Notes as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1279 | | Jury Notes as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1280 | | Jury Notes as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1281 | | Jury Notes as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1282 | | Jury Notes as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1283 | | JURY VERDICT as to Ricky Garrison (dhans, ) (Entered: 03/06/2017) |
| 03/02/2017 | 1284 | | STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS as to Ricky Garrison by Judge William J. Martinez on 3/2/2017. (dhans, ) (Entered: 03/06/2017) |
| 03/08/2017 | 1287 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 03/08/2017) |
| 03/08/2017 | 1288 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 03/08/2017) |
| 03/08/2017 | 1289 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 03/08/2017) |
| 03/08/2017 | 1293 | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 03/08/2017) |
| 03/08/2017 | 1294 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 03/08/2017) |
| 03/08/2017 | 1295 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 03/08/2017) |
| 03/14/2017 | 1301 | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 03/14/2017) |
| 03/14/2017 | 1302 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: |

| | | | |
|---|---|---|---|
| | | | 03/14/2017) |
| 03/14/2017 | 1303 | | RESTRICTED DOCUMENT – Level 2: as to Christopher Vigil, (Phillips, Zachary) Modified on 2/8/2018 to edit text (angar, ). . (Entered: 03/14/2017) |
| 03/15/2017 | 1307 | | MOTION for Acquittal *and New Trial* by Ricky Garrison. (Leonard, Miller) (Entered: 03/15/2017) |
| 03/16/2017 | 1309 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant Garrison's Motion for Judgment of Acquittal Pursuant to Rule 29 of the Federal Rules of Criminal Procedure, or in the Alternative, Motion for New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure 1307 . The Government is DIRECTED to file a Response to the Motion on or before **April 14, 2017**. Defendant Garrison is DIRECTED to file a Reply on or before **April 28, 2017**. SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |
| 03/20/2017 | 1310 | | NOTICE *to Court Regarding Forfeiture* by USA as to Ricky Garrison (Campbell, Wayne) (Entered: 03/20/2017) |
| 03/24/2017 | 1311 | | SENTENCING STATEMENT by USA as to Ricky Garrison (Phillips, Zachary) (Entered: 03/24/2017) |
| 04/04/2017 | 1312 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1311 Sentencing Statement by Ricky Garrison. (Leonard, Miller) (Entered: 04/04/2017) |
| 04/06/2017 | 1313 | | ORDER as to **Ricky Garrison (1)** granting Defendant's Unopposed Motion to Extend Deadline to Reply *(sic)* to the Government's Sentencing Statement 1312 : Defendant Garrison's Motion is GRANTED for good cause shown. Defendant's deadline to file his Response to the Government's Sentencing Statement is extended up to and including **April 14, 2017**. SO ORDERED by Judge William J. Martinez on 4/6/2017. Text Only Entry (wjmsec, ) (Entered: 04/06/2017) |
| 04/13/2017 | 1316 | | RESPONSE to Motion by USA as to Ricky Garrison re 1307 MOTION for Acquittal *and New Trial* (Phillips, Zachary) (Entered: 04/13/2017) |
| 04/14/2017 | 1317 | | SENTENCING STATEMENT by Ricky Garrison (Leonard, Miller) (Entered: 04/14/2017) |
| 04/14/2017 | 1319 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant's Sentencing Statement 1317 . The Government is DIRECTED to file a Response to the Defendant's Sentencing Statement on or before **April 28, 2017**. SO ORDERED by Judge William J. Martinez on 4/14/2017. Text Only Entry (wjmsec, ) (Entered: 04/14/2017) |
| 04/21/2017 | 1323 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court *sua sponte*. After further review of the Government's Sentencing Statement 1311 and Garrison's Sentencing Statement 1317 , the Court concludes that it sufficiently understands the parties' respective positions. Therefore, the Court's April 14, 2017 order 1319 directing a response from the Government to Garrison's Sentencing Statement is VACATED. SO ORDERED by Judge William J. Martinez on 04/21/2017. Text Only Entry (wjmlc1) (Entered: 04/21/2017) |

| 05/17/2017 | 1337 | | VOIR DIRE TRANSCRIPT of proceedings held on February 22, 2017 before Judge Martinez. Pages: 1–153. (mgeor, ) (Entered: 05/17/2017) |
|---|---|---|---|
| 05/17/2017 | 1338 | | DUPLICATE to 1339 TRANSCRIPT of Jury Trial, Day 1 as to Ricky Garrison held on February 21, 2017 before Judge Martinez. Pages: 154–243. **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) Modified on 5/18/2017 to edit text and date(angar, ). (Entered: 05/17/2017) |
| 05/17/2017 | 1339 | | TRANSCRIPT of Jury Trial, Day 1 as to Ricky Garrison held on February 21, 2017 before Judge Martinez. Pages: 154–243. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/17/2017) |
| 05/17/2017 | 1340 | | TRANSCRIPT of Jury Trial, Day 2 as to Ricky Garrison held on February 22, 2017 before Judge Martinez. Pages: 244–456. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/17/2017) |
| 05/17/2017 | 1341 | | TRANSCRIPT of Jury Trial, Day 3 as to Ricky Garrison held on February 23, 2017 before Judge Martinez. Pages: 457–693. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic** |

| | | | |
|---|---|---|---|
| | | | **Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/17/2017) |
| 05/17/2017 | 1342 | | TRANSCRIPT of Jury Trial, Day 4 as to Ricky Garrison held on February 24, 2017 before Judge Martinez. Pages: 694–900. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/17/2017) |
| 05/17/2017 | 1343 | | TRANSCRIPT of Jury Trial, Day 5 as to Ricky Garrison held on February 27, 2017 before Judge Martinez. Pages: 901–1029. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/17/2017) |
| 05/17/2017 | 1344 | | TRANSCRIPT of Jury Trial, Day 6 as to Ricky Garrison held on February 28, 2017 before Judge Martinez. Pages: 1030–1037. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/17/2017) |
| 05/17/2017 | 1345 | | TRANSCRIPT of Jury Trial, Day 7 as to Ricky Garrison held on March 1, 2017 before Judge Martinez. Pages: 1038–1044. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> |

| | | | |
|---|---|---|---|
| | | | Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/17/2017) |
| 05/17/2017 | 1346 | | TRANSCRIPT of Jury Trial, Day 8 as to Ricky Garrison held on March 2, 2017 before Judge Martinez. Pages: 1045–1076. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/17/2017) |
| 05/26/2017 | 1347 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Ricky Garrison (chanl) (Entered: 05/26/2017) |
| 06/07/2017 | 1349 | | ORDER denying 1307 Motion for Acquittal as to Ricky Garrison (1). ORDERED by Judge William J. Martinez on 06/07/2017. (angar, ) (Entered: 06/07/2017) |
| 06/09/2017 | 1350 | | OBJECTION/RESPONSE to Presentence Report 1347 by USA as to Ricky Garrison (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Phillips, Zachary) (Entered: 06/09/2017) |
| 06/09/2017 | 1351 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on the United States' Objections to Presentence Report 1350 . Defendant is DIRECTED to file a Response to the Government's Objections on or before **June 19, 2017**. SO ORDERED by Judge William J. Martinez on 6/9/2017. Text Only Entry (wjmsec, ) (Entered: 06/09/2017) |
| 06/09/2017 | 1352 | | OBJECTION/RESPONSE to Presentence Report 1347 by Ricky Garrison (Leonard, Miller) (Entered: 06/09/2017) |
| 06/12/2017 | 1353 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant's Presentence Report Objections 1352 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **June 19, 2017**. SO ORDERED by Judge William J. Martinez on 6/12/2017. Text Only Entry (wjmsec, ) (Entered: 06/12/2017) |
| 06/13/2017 | 1354 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court *sua sponte*. In order to more efficiently use the time available for courtroom settings, the Sentencing Hearing set for June 30, 2017 at 9:00 a.m. is hereby **RESET to June 30, 2017 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 6/13/2017. Text Only Entry (wjmsec, ) (Entered: 06/13/2017) |
| 06/14/2017 | 1355 | | Unopposed MOTION for Extension of Time to File *Sentence Statement – Motion For Variance* by Ricky Garrison. (McDermott, Sean) (Entered: 06/14/2017) |
| 06/15/2017 | 1357 | | |

| | | | |
|---|---|---|---|
| | | | ORDER as to **Ricky Garrison (1)** granting Defendant's Unopposed Motion for an Extension to File Sentencing Statement – Motion for Variance 1355 . The Defendant's Motion is GRANTED for good cause shown. Defendant's deadline to file said Sentencing Statement is extended up to and including **June 19, 2017**. It is FURTHER ORDERED that the Government shall file its Response to said Sentencing Statement no later than **June 23, 2017**. No Reply will be accepted from Defendant, and NO FURTHER EXTENSIONS OF THESE DEADLINES WILL BE GRANTED. SO ORDERED by Judge William J. Martinez on 6/15/2017. Text Only Entry (wjmsec, ) (Entered: 06/15/2017) |
| 06/19/2017 | 1360 | | RESPONSE by USA as to Ricky Garrison re: 1352 Objection/Response to Presentence Report filed by Ricky Garrison (Phillips, Zachary) (Entered: 06/19/2017) |
| 06/19/2017 | 1361 | | MOTION for Leave to File Excess Pages *Sentencing Statement and Motion for Variant Sentence* by Ricky Garrison. (McDermott, Sean) (Entered: 06/19/2017) |
| 06/19/2017 | 1362 | | MOTION for Non–Guideline Sentence *and Sentencing Statement* by Ricky Garrison. (McDermott, Sean) (Entered: 06/19/2017) |
| 06/19/2017 | 1363 | | ORDER as to **Ricky Garrison (1)** granting the Defendant's Motion to [*sic*] for Leave to go over the Page Limit for Ricky Garrison's Sentencing Statement and Motion for Variant Sentence 1361 . The Defendant's Motion is GRANTED for good cause shown. The Defendant is granted leave to file his Sentencing Statement and Motion for Variant Sentence not to exceed 20 pages, exclusive of attorney signature blocks and certificate of service. Accordingly, Defendant Ricky Garrison's Sentencing Statement and Motion for Variant Sentence 1362 is ACCEPTED as filed. It is FURTHER ORDERED that the Government shall file its Response to the Defendant's Sentencing Statement and Motion for Variant Sentence no later than **June 23, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 6/19/2017. Text Only Entry (wjmsec, ) (Entered: 06/19/2017) |
| 06/19/2017 | 1364 | | RESPONSE by Ricky Garrison re: 1350 Objection/Response to Presentence Report filed by USA (Attachments: # 1 Exhibit)(Leonard, Miller) (Entered: 06/19/2017) |
| 06/21/2017 | 1367 | | RESTRICTED PRESENTENCE REPORT as to Ricky Garrison (Attachments: # 1 Exhibit A)(doden, ) (Entered: 06/21/2017) |
| 06/21/2017 | 1368 | | RESTRICTED ADDENDUM to Presentence Report 1367 as to Ricky Garrison (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 06/21/2017) |
| 06/23/2017 | 1370 | | RESPONSE to Motion by USA as to Ricky Garrison re 1362 MOTION for Non–Guideline Sentence *and Sentencing Statement* (Attachments: # 1 Exhibit A)(Phillips, Zachary) (Entered: 06/23/2017) |
| 06/27/2017 | 1371 | | MOTION to Strike by Ricky Garrison. (Leonard, Miller) (Entered: 06/27/2017) |
| 06/27/2017 | 1372 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant's Motion to Strike 1371 . The Government is DIRECTED to file a |

| | | | |
|---|---|---|---|
| | | | Response to Defendant's Motion on or before tomorrow, **June 28, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 6/27/2017. Text Only Entry (wjmsec, ) (Entered: 06/27/2017) |
| 06/28/2017 | 1373 | | RESTRICTED DOCUMENT – Level 3: by Ricky Garrison. (Attachments: # 1 Exhibit Exhibit A)(Leonard, Miller) (Entered: 06/28/2017) |
| 06/28/2017 | 1374 | | MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 06/28/2017) |
| 06/28/2017 | 1375 | | RESPONSE to Motion by USA as to Ricky Garrison re 1371 MOTION to Strike (Phillips, Zachary) (Entered: 06/28/2017) |
| 06/28/2017 | 1376 | | ORDER as to **Ricky Garrison (1)** granting the Defendant's Motion to Restrict Doc #1373 1374 : The Defendant's Motion is GRANTED for good cause shown. The document filed at ECF No. 1373 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable only by the Filer and the Court). SO ORDERED by Judge William J. Martinez on 6/28/2017. Text Only Entry (wjmsec, ) (Entered: 06/28/2017) |
| 06/28/2017 | 1377 | | Unopposed MOTION to Continue *Sentencing* by Ricky Garrison. (Leonard, Miller) (Entered: 06/28/2017) |
| 06/29/2017 | 1378 | | ORDER as to **Ricky Garrison (1)** granting the Defendant's Unopposed Motion to Continue Sentencing; Defendant's Request for Discovery 1377 . The Defendant's Motion is reluctantly GRANTED for good cause shown. The Defendant's Sentencing Hearing, currently set for June 30, 2017 at 9:30 a.m., is hereby **VACATED**. Counsel for the Government and Defendant are ORDERED to meet and confer **in person** no later than July 11, 2017 to attempt to reach an agreement as to the contents of the discovery materials Defendant requests in his Motion and which the Government will provide without further order of Court, to include without limitation the dates(s) by which these discovery materials will be provided to the Defendant. Counsel for the Government and Defendant are FURTHER ORDERED to file a joint status report with the Court which addresses these discovery material matters by no later than **July 14, 2017**. SO ORDERED by Judge William J. Martinez on 6/29/2017. Text Only Entry (wjmsec, ) (Entered: 06/29/2017) |
| 07/14/2017 | 1382 | | MOTION for Order – *Joint Proposed Scheduling Order* by USA as to Ricky Garrison. (Phillips, Zachary) (Entered: 07/14/2017) |
| 07/17/2017 | 1383 | | ORDER: Before the Court is the Government's and Defendant Ricky Garrison's Joint Proposed Scheduling Order ("Joint Proposal") 1382 . The Joint Proposal is ACCEPTED. Any motion from Garrison regarding the materials the Government is gathering, as referenced in the Joint Proposal, shall be due on or before **September 1, 2017**. Any response from the Government to such a motion shall be due on or before **September 15, 2017**. SO ORDERED by Judge William J. Martinez on 07/17/2017. Text Only Entry (wjmlc1) (Entered: 07/17/2017) |
| 09/01/2017 | 1392 | | Unopposed MOTION for Order *to Review Newly Produced Discovery* by Ricky Garrison. (Leonard, Miller) (Entered: 09/01/2017) |
| 09/01/2017 | 1393 | | ORDER as to **Ricky Garrison (1)** granting Defendant's Unopposed Motion to Review Newly Produced Discovery 1392 . Defendant's Motion is |

| | | | |
|---|---|---|---|
| | | | GRANTED for good cause shown. The Parties shall file a Joint Status Report on or before **October 2, 2017**. SO ORDERED by Judge William J. Martinez on 9/1/2017. Text Only Entry (wjmsec, ) (Entered: 09/01/2017) |
| 10/02/2017 | 1397 | | STATUS REPORT *Joint* by Ricky Garrison (Leonard, Miller) (Entered: 10/02/2017) |
| 10/09/2017 | 1398 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison. (Leonard, Miller) (Entered: 10/09/2017) |
| 10/10/2017 | 1399 | | MOTION for Leave to Restrict by Ricky Garrison. (Leonard, Miller) (Entered: 10/10/2017) |
| 10/11/2017 | 1400 | | ORDER as to **Ricky Garrison (1)** granting Defendant's Motion to Restrict Doc #1398 1399 . Defendant's Motion is GRANTED for good cause shown. The document filed at ECF No. 1398 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 10/11/2017. Text Only Entry (wjmsec, ) (Entered: 10/11/2017) |
| 10/16/2017 | 1401 | | MOTION for Leave to Restrict by USA as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Attachments: # 1 Proposed Order (PDF Only))(Phillips, Zachary) (Entered: 10/16/2017) |
| 10/16/2017 | 1402 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 10/16/2017) |
| 10/16/2017 | 1403 | | RESTRICTED DOCUMENT – Level 2: as to Ricky Garrison, James Tillmon, Christopher Martinez, Francisco Aguilar, Simeon Ramirez, Christopher Vigil, Travis Edwards, Dondrai Fisher, Archie Poole, Luis Ramirez, Melvin Turner, Shawn Beardsley, Sidney Taylor, Gregory Williams, Robert Painter, LaToya Wimbush. (Phillips, Zachary) (Entered: 10/16/2017) |
| 10/17/2017 | 1406 | | ORDER as to **Ricky Garrison (1)** granting the Government's Motion to Restrict Document No. 1403 1401 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 1402 and 1403 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 10/17/2017. Text Only Entry (wjmsec, ) (Entered: 10/17/2017) |
| 10/19/2017 | 1408 | | ORDER as to **Ricky Garrison (1)**: Defendant Garrison's sentencing was originally set for June 30, 2017 1259 . On June 19, 2017, Garrison filed a Motion for Variant Sentence 1362 . The Government's response brief opposed a variance sentence based on accusations of suspected criminal conduct for which Garrison has never been charged or punished 1370 . Garrison moved to strike those accusations 1371 . The parties then engaged in negotiations for discovery regarding the Government's accusations, and the |

| | | | |
|---|---|---|---|
| | | | Court vacated the June 30 sentencing hearing to accommodate that process 1378 . The Government has since disclosed certain documents and does not intend to disclose any additional documents 1397 . The parties have now filed additional briefs arguing their respective positions on Garrison's pending motions in light of the discovery 1398 , 1403 . In this light, the Court considers briefing on all sentencing–related matters to now be CLOSED. Garrison's sentencing hearing is hereby RESET for **February 2, 2018 at 9:30 a.m.** in Courtroom A 801. SO ORDERED by Judge William J. Martinez on 10/19/2017. Text Only Entry (wjmsec, ) (Entered: 10/19/2017) |
| 11/21/2017 | 1409 | | MOTION for Release from Custody *Pending Sentencing* by Ricky Garrison. (Leonard, Miller) (Entered: 11/21/2017) |
| 11/22/2017 | 1410 | | MEMORANDUM regarding 1409 MOTION for Release from Custody *Pending Sentencing* filed by Ricky Garrison. Motion(s) referred to Magistrate Judge Kathleen M. Tafoya. by Judge William J. Martinez on 11/22/2017. Text Only Entry (wjmsec, ) (Entered: 11/22/2017) |
| 11/27/2017 | | | Motions No Longer Referred as to Ricky Garrison: 1409 MOTION for Release from Custody *Pending Sentencing* by Judge William J. Martinez on 11/27/2017. (wjmsec, ) (Entered: 11/27/2017) |
| 11/27/2017 | 1411 | | MEMORANDUM regarding 1409 MOTION for Release from Custody *Pending Sentencing* filed by Ricky Garrison. Motion(s) referred to Magistrate Judge Michael E. Hegarty. by Judge William J. Martinez on 11/27/2017. Text Only Entry (wjmsec, ) (Entered: 11/27/2017) |
| 11/27/2017 | 1412 | | MINUTE ORDER as to Ricky Garrison re 1409 MOTION for Release from Custody *Pending Sentencing* filed by Ricky Garrison by Magistrate Judge Michael E. Hegarty on 11/27/2017. The government shall file a response to the motion on or before 11/30/2017. (mdave, ) (Entered: 11/27/2017) |
| 11/30/2017 | 1413 | | RESPONSE to Motion by USA as to Ricky Garrison re 1409 MOTION for Release from Custody *Pending Sentencing* (Phillips, Zachary) (Entered: 11/30/2017) |
| 12/01/2017 | 1414 | | ORDER ON DEFENDANT GARRISON'S MOTION FOR RELEASE PENDING SENTENCING denying 1409 Motion for Release from Custody as to Ricky Garrison (1) by Magistrate Judge Michael E. Hegarty on 12/01/2017. (mdave, ) (Entered: 12/01/2017) |
| 01/22/2018 | 1415 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court *sua sponte*. Due to a conflict in the Court's calendar, the Sentencing Hearing set for February 2, 2018 at 9:30 a.m. is hereby **VACATED and RESET to February 2, 2018 at 8:45 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards (as revised effective December 1, 2017) with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 1/22/2018. Text Only Entry (wjmsec, ) (Entered: 01/22/2018) |
| 02/02/2018 | 1416 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Sentencing held on 2/2/2018 as to Defendant 1. Ricky Garrison. Defendant sentenced as reflected on the record. Court Reporter: Mary George. (dhans) (Entered: 02/05/2018) |

| 02/02/2018 | <u>1417</u> | | AMENDED MINUTE ENTRY for Sentencing Hearing held before Judge William J. Martinez as to Defendant 1. Ricky Garrison on 2/2/2018. Amended to reflect dismissal of Counts 35s, 47s and 48s upon oral motion of the Government. Court Reporter: Mary George. (dhans, ) (Entered: 02/07/2018) |
| 02/09/2018 | <u>1418</u> | | JUDGMENT as to Defendant 1. Ricky Garrison. Incarceration: 156 months on Count 1, and 48 months on each of Counts 4, 5, 7, 8, 11, 13, 15, 16, 22, 23, 24, 25, 26, 30, 31, 39, 40, 41 and 42, to be served concurrent. Supervised Release: three years on Count 1, and one year on all other counts of conviction, to be served concurrent. Special Assessment: $100 as to each count for a total of $2000. Dismissed: all other counts of the Superseding Indictment, by Judge William J. Martinez on 2/9/2018. (dhans, ) (Entered: 02/09/2018) |
| 02/09/2018 | <u>1419</u> | | STATEMENT OF REASONS as to Ricky Garrison. (dhans, ) (Entered: 02/09/2018) |
| 02/09/2018 | <u>1420</u> | | NOTICE OF APPEAL as to <u>1418</u> Judgment,, by Ricky Garrison. (Leonard, Miller) (Entered: 02/09/2018) |
| 02/13/2018 | <u>1421</u> | | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the <u>1420</u> Notice of Appeal as to Ricky Garrison to the U.S. Court of Appeals. ( CJA,) (Attachments: # <u>1</u> Docket Sheet and Preliminary Record)(angar, ) (Entered: 02/13/2018) |
| 02/13/2018 | <u>1422</u> | | USCA Case Number as to Ricky Garrison 18−1053 for <u>1420</u> Notice of Appeal filed by Ricky Garrison. (angar, ) (Entered: 02/14/2018) |
| 02/15/2018 | <u>1423</u> | | DESIGNATION OF RECORD ON APPEAL re <u>1420</u> Notice of Appeal *with Docketing Sheet Attached (Including Judgment and Notice of Appeal)* by Ricky Garrison. (Attachments: # <u>1</u> Docket Sheet)(Leonard, Miller) (Entered: 02/15/2018) |
| 02/21/2018 | <u>1424</u> | | DESIGNATION OF RECORD ON APPEAL re <u>1420</u> Notice of Appeal *Amended* by Ricky Garrison. (Attachments: # <u>1</u> Docket Sheet Amended)(Leonard, Miller) (Entered: 02/21/2018) |
| 02/21/2018 | <u>1425</u> | | ORDER of USCA as to Ricky Garrison re <u>1420</u> Notice of Appeal. (USCA Case No. 18−1053) (angar, ) (Entered: 02/22/2018) |
| 03/09/2018 | <u>1426</u> | | REPORTER TRANSCRIPT ORDER FORM filed by Mary George re <u>1420</u> Notice of Appeal. Transcript due by 3/21/2018. (nrich) (Entered: 03/09/2018) |
| 03/20/2018 | <u>1428</u> | | TRANSCRIPT of Sentencing Hearing as to Ricky Garrison held on February 2, 2018 before Judge Martinez. Pages: 1−95. <br><br> **NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for |

| | | | |
|---|---|---|---|
| | | | electronic posting on PACER. (mgeor, ) (Entered: 03/20/2018) |
| 04/12/2018 | 1432 | | TRANSMITTAL OF RECORD ON APPEAL as to Ricky Garrison to the U.S. Court of Appeals for the Tenth Circuit as to 1420 Notice of Appeal filed by Ricky Garrison. Volume I – Pleadings; Volume II – Restricted Documents Level 1; Volume III – Restricted Documents Level 2; Volume IV – Restricted Documents Level 3; Volume V – Restricted Documents Level 4 – COURT ONLY; Volume VI – Restricted Transcripts; Volume VII – Unrestricted Transcripts (USCA Case No. 18–1053). Text Only Entry (angar, ) (Entered: 04/12/2018) |
| 09/10/2018 | 1435 | | MOTION to Vacate BOP Order and make Clear or Impose Court restitution Order, by Ricky Garrison. (angar, ) Modified on 9/12/2018 to correct title (angar, ). (Entered: 09/11/2018) |
| 09/12/2018 | 1436 | | ORDER as to **Ricky Garrison (1)** striking Defendant's Motion to Vacate BOP Order and Make Clear or Impose Court Restitution Order 1435 . As the Defendant, Mr. Garrison has the right to have counsel appointed to represent him **or** he has the right to represent himself, but he does not have the right to hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975). Because Defendant continues to be represented by counsel, he cannot be represented and file motions on his own behalf. Accordingly, ECF No. 1435 is STRICKEN. SO ORDERED by Judge William J. Martinez on 9/12/2018. Text Only Entry (wjmsec, ) (Entered: 09/12/2018) |
| 09/28/2018 | 1442 | | MOTION to Appoint Counsel *and Allow Counsel to Withdraw* by Ricky Garrison. (Leonard, Miller) (Entered: 09/28/2018) |
| 09/28/2018 | 1443 | | ORDER as to **Ricky Garrison (1)** granting the Request to Appoint New Counsel for Defendant 1442 . The Motion is GRANTED for good cause shown. Attorneys Miller Leonard and Sean McDermott are hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Leonard and Mr. McDermoot in this case. It is FURTHER ORDERED that new counsel from the CJA Panel be appointed for the Defendant as soon as practicable. SO ORDERED by Judge William J. Martinez on 9/28/2018. Text Only Entry (wjmsec, ) (Entered: 09/28/2018) |
| 09/28/2018 | 1444 | | ORDER APPOINTING COUNSEL as to Ricky Garrison by Judge William J. Martinez on 9/28/2018. Text Only Entry (wjmsec, ) (Entered: 09/28/2018) |
| 10/02/2018 | 1445 | | NOTICE OF ATTORNEY APPEARANCE: David Nathan Fisher appearing for Ricky GarrisonAttorney David Nathan Fisher added to party Ricky Garrison(pty:dft) (Fisher, David) (Entered: 10/02/2018) |
| 10/12/2018 | 1446 | | MOTION for Reconsideration re 1435 MOTION for Clarification filed by Ricky Garrison. By Ricky Garrison. (sphil, ) (Entered: 10/15/2018) |
| 10/18/2018 | 1448 | | ORDER as to **Ricky Garrison (1)** striking the Motion for Reconsideration 1446 . Given that new counsel from the CJA Panel has entered his appearance in this matter (ECF No. 1445), as the Defendant, Mr. Garrison has the right to have counsel appointed to represent him or he has the right to represent himself, but he does not have the right to hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975). Because Defendant continues to be represented by counsel, he cannot be represented and still continue to file motions on his own behalf. Accordingly, ECF No. |

| | | | |
|---|---|---|---|
| | | | 1446 is STRICKEN. SO ORDERED by Judge William J. Martinez on 10/18/2018. Text Only Entry (wjmsec, ) (Entered: 10/18/2018) |
| 01/18/2019 | 1450 | | MOTION to Modify *Special Assessment Payment* by Ricky Garrison. (Fisher, David) (Entered: 01/18/2019) |
| 01/23/2019 | 1454 | | USCA Order and Judgment as to Ricky Garrison re 1420 Notice of Appeal : "The district court's judgment is AFFIRMED" (USCA Case No. 18–1053) (This document is not the Mandate) (angar, ) (Entered: 01/24/2019) |
| 01/25/2019 | 1455 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on the Defendant's Motion to Modify Special Assessment 1450 . The Court does not have authority to enter an order that makes the sort of recommendation Defendant requests. Therefore, Defendant's Motion is DENIED. SO ORDERED by Judge William J. Martinez on 1/25/2019. Text Only Entry (wjmsec, ) (Entered: 01/25/2019) |
| 02/05/2019 | 1459 | | MANDATE of USCA as to Ricky Garrison re 1420 Notice of Appeal. (USCA Case No. 18–1053) (angar, ) (Entered: 02/05/2019) |
| 02/11/2019 | 1460 | | Letter, by Ricky Garrison (angar, ) (Entered: 02/19/2019) |
| 03/11/2019 | 1461 | | ORDER as to **Ricky Garrison (1)**: This matter is before the Court on Defendant's Letter dated February 11, 2019 1460 , which the Court construes as a Motion for Discovery. As so construed, the Government is DIRECTED to file a Response to the Motion no later than **March 29, 2019**. No reply will be permitted. SO ORDERED by Judge William J. Martinez on 3/11/2019. Text Only Entry (wjmsec, ) (Entered: 03/11/2019) |
| 03/26/2019 | 1462 | | RESPONSE by USA as to Ricky Garrison re: 1460 Notice (Other) filed by Ricky Garrison (Phillips, Zachary) (Entered: 03/26/2019) |
| 04/02/2019 | 1463 | | ORDER Denying Defendant's Construed 1460 Motion for Discovery as to Ricky Garrison, by Judge William J. Martinez on 4/2/2019. (angar, ) (Entered: 04/02/2019) |
| 05/13/2019 | 1466 | | **STRICKEN** MOTION for Defendant to Proceed Pro Se on Doc # 1435 and (1446), by Ricky Garrison. (angar, ) Modified on 6/7/2019 to strike pursuant to 1473 Order (angar, ). (Entered: 05/14/2019) |
| 06/06/2019 | 1473 | | ORDER as to **Ricky Garrison (1)** striking Defendant's Motion for Defendant to Proceed Pro Se on Doc #(1435) and (1446). As the Defendant, Mr. Garrison has the right to have counsel appointed to represent him or he has the right to represent himself, but he does not have the right to hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975). Because Defendant continues to be represented by counsel, he cannot be represented and still continue to file motions on his own behalf. Accordingly, ECF No. 1466 is STRICKEN. SO ORDERED by Judge William J. Martinez on 6/6/2019. Text Only Entry (wjmsec, ) (Entered: 06/06/2019) |
| 10/31/2019 | 1478 | | Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct an Illegal Sentence or Conviction by a Peron in Federal Custody, by Ricky Garrison. (angar, ) Civil case 1:19–cv–03125 opened. (Entered: 11/04/2019) |
| 11/05/2019 | 1479 | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | ORDER as to Ricky Garrison. The United States on or before December 6, 2019, shall file a response to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings. ORDERED by Judge William J. Martinez on 11/5/2019. (angar, ) (Entered: 11/05/2019) |
| 12/02/2019 | 1480 |  | MOTION for Extension of Time to File Response/Reply as to 1478 MOTION to Vacate under 28 U.S.C. 2255 Attorney Karl L. Schock added to party USA(pty:pla) by USA as to Ricky Garrison. (Schock, Karl) (Entered: 12/02/2019) |
| 12/02/2019 | 1481 |  | ORDER as to **Ricky Garrison (1)** granting the United States' Motion for 14–Day Extension of Time to Respond to 28 U.S.C. § 2255 Motion 1480 . The Government's Motion is GRANTED for good cause shown. The Government's deadline to file its Response to Defendant–Movants Motion under 28 U.S.C. § 2255 is extended up to and including **December 20, 2019**. SO ORDERED by Judge William J. Martinez on 12/2/2019. Text Only Entry (wjmsec, ) (Entered: 12/02/2019) |
| 12/13/2019 | 1482 |  | RESPONSE to Motion by USA as to Ricky Garrison re 1478 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Exhibit 1)(Schock, Karl) (Entered: 12/13/2019) |
| 12/16/2019 | 1483 |  | Letter, by Ricky Garrison (angar, ) (Entered: 12/18/2019) |
| 01/27/2020 | 1484 |  | MOTION to Amend Pursuant to FED. R. CIV. P. 15(a)(c), by Ricky Garrison. (angar, ) (Entered: 01/29/2020) |
| 01/27/2020 | 1485 |  | REPLY TO RESPONSE to Motion by Ricky Garrison re 1478 MOTION to Vacate under 28 U.S.C. 2255, (Attachments: # 1 Exhibit, # 2 Exhibit)(angar, ) (Entered: 01/29/2020) |
| 04/07/2020 | 1486 | 67 | ORDER Denying 1478 Defendant's Motion to Vacate Judgment and denying 1484 Defendant's Motion to Amend. Entered by Judge William J. Martinez on 4/7/2020. (afran)<br>Civil Case 1:19–cv–03125–WJM closed. (Entered: 04/07/2020) |
| 04/07/2020 | 1487 | 82 | FINAL JUDGMENT as to Ricky Garrison (1) pursuant to 1486 Order Denying Defendant's Motion to Vacate Judgment Under 28 U.S.C. § 2255. Entered by Clerk on 4/7/2020. (afran) (Entered: 04/07/2020) |
| 04/27/2020 | 1493 | 84 | NOTICE OF APPEAL re 1486 Order on Motion to Vacate (2255), Order on Motion to Amend/Correct, 1487 Judgment – 2255 by Ricky Garrison. (angar, ) (Entered: 04/29/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Criminal Case No. 14-cr-0231-WJM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.    RICKY GARRISON**,

      Defendant.

---

### ORDER DENYING DEFENDANT'S MOTION TO VACATE JUDGMENT

---

This matter is before the Court on Defendant Ricky Garrison's Motion to Vacate Judgment Under 28 U.S.C. § 2255 (ECF No. 1478) ("Motion to Vacate") and Motion to Amend (ECF No. 1484). For the reasons set forth below, both motions are denied.

## I. BACKGROUND

In March 2017, Defendant Ricky Garrison was convicted by jury trial of twenty drug-related felonies. (ECF No. 1347 at 5.) Defendant was sentenced by the Court to a total period of imprisonment of 156 months. (ECF No. 1418 at 2.)

On October 31, 2019, Defendant filed the instant Motion to Vacate (ECF No. 1478), and on December 13, 2019, the Government filed a Response (ECF No. 1482). On January 27, 2020, Defendant filed a Reply, and the instant Motion to Amend. (ECF Nos. 1484, 1485.) The Government did not respond to Defendant's Motion to Amend.

In his original Motion to Vacate, Defendant argues that his trial and appellate counsel were constitutionally ineffective, depriving him of his rights under the Sixth

Amendment.  These claims will be addressed in turn.

## II.  LEGAL STANDARD

Section 2255 of Title 28 of the United States Code applies to requests seeking to

vacate, set aside, or correct a federal sentence.  A § 2255 petition "attacks the legality

of detention . . . and must be filed in the district that imposed the sentence."  *Bradshaw*

*v. Story*, 86 F.3d 164, 166 (10th Cir. 1996) (citation omitted).  "The purpose of section

2255 is to provide a method of determining the validity of a judgment by the court which

imposed the sentence."  *Id.* (citing *Johnson v. Taylor*, 347 F.2d 365, 366 (10th Cir.

1965)).  An evidentiary hearing must be held to resolve Defendant's claims unless the

Motion itself and the other documents before the Court conclusively show that

Defendant is not entitled to relief.  *See Hedman v. United States*, 527 F.2d 20 (10th Cir.

1975); 28 U.S.C. § 2255(b).

Defendant is proceeding *pro se* and is entitled to "liberal construction" of his

pleadings.  *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d

1106, 1110 (10th Cir. 1991).  However, the requirement that the Court read Defendant's

pleadings broadly does not relieve Defendant of the burden of alleging sufficient facts

on which a cognizable legal claim could be based.  *Id.*

## III.  ANALYSIS

### A.  *Strickland*

To support a claim of ineffective assistance of counsel, Defendant must show

that (1) counsel's performance fell below an objective standard of reasonableness; and

(2) such deficient performance prejudiced Defendant.  *Strickland v. Washington*, 466

U.S. 668, 687–88 (1984).  The Motion must be denied if Defendant fails to meet his burden on either element, as "[a]n ineffective assistance claim may be resolved on either performance or prejudice grounds alone."  *Valdez v. Ward*, 219 F.3d 1222, 1243 (10th Cir. 2000) (internal citations omitted), *modified on other grounds by McGregor v. Gibson*, 248 F.3d 946 (10th Cir. 2001).

With respect to the first prong of the *Strickland* test, Defendant must show that counsel's representation fell below an objective standard of reasonableness, such that he was not functioning as the counsel guaranteed by the Sixth Amendment.  *Strickland*, 466 U.S. at 687–88.  In applying this standard, there is a "strong presumption that counsel's conduct falls within the wide range of reasonable professional assistance", and "[j]udicial scrutiny of counsel's performance must be highly deferential".  *Id*. at 689.

To satisfy the second prong of the *Strickland* test, Defendant "must show that the deficient performance prejudiced the defense."  *Id*. at 687.  Even where particular errors are shown, Defendant "must show that they had an adverse effect on the defense", and not just "some conceivable effect."  *Id*. at 693.  Indeed, even "an error that may justify reversal on direct appeal will not necessarily support a collateral attack on a final judgment."  *United States v. Addonizio*, 442 U.S. 178, 184 (1979).  Defendant ultimately "must show that there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been entirely different."  *Strickland*, 466 U.S. at 694.

## B.    Trial Counsel

### 1.    Failure to Timely File a *Franks* Motion

Defendant first contends that his trial counsel was ineffective in failing to properly

3

challenge the admissibility of wiretap evidence. He asserts that, in applying for the
wiretap at issue ("WT1"), the Government deliberately omitted a fact material to a
finding that such wiretap was "necessary"—a finding that, under 18 U.S.C. § 2518, a
district court must make before authorizing a wiretap. Defendant argues that trial
counsel's failure to timely file a motion to suppress WT1 evidence on the basis of the
Government's omission deprived him of effective assistance of counsel.

Under *Franks v. Delaware*, 438 U.S. 154 (1978), a criminal defendant may move
to suppress wiretap evidence on the basis that, in applying for wiretap authorization, the
Government knowingly, intentionally, or recklessly omitted information material to a
finding of necessity. *United States v. Green*, 175 F.3d 822, 828 (10th Cir. 1999). Such
information is material if, considering the extant application with the improperly omitted
information, a finding of necessity would have been foreclosed. *Id.*

The omission at issue here has to do with the identity of a certain confidential
informant ("CHS-1"). According to Defendant, in its application for WT1, the
Government failed to disclose the fact that CHS-1 was another suspect's ("Ramirez's")
girlfriend. Defendant argues that, had this fact been disclosed, the judge presented
with the application for WT1, Senior United States Circuit Judge David M. Ebel, could
not have found WT1 to be necessary under 18 U.S.C. § 2518 because the Government
had not fully taken advantage of the information the girlfriend could otherwise develop.

18 U.S.C. § 2518 governs the use of wiretaps by federal law enforcement and
contains what is commonly referred to as the "necessity requirement":

> Each application for an order authorizing or approving the
> interception of a wire, oral, or electronic communication ...
> shall include ... a full and complete statement as to whether

4

or not other investigative procedures have been tried and
failed or why they reasonably appear to be unlikely to
succeed if tried or to be too dangerous.

*Id.* § 2518(1)(c).

"The purpose of the necessity requirement is to ensure that the relatively
intrusive device of wiretapping is not resorted to in situations where traditional
investigative techniques would suffice to expose the crime." *United States v. Castillo-
Garcia*, 117 F.3d 1179, 1185 (10th Cir. 1997) (internal quotation marks omitted),
*overruled on other grounds by United States v. Ramirez-Encarnacion*, 291 F.3d 1219
(10th Cir. 2002). "[A] district judge must independently determine that the requested
wiretap is necessary." *Id.* The district judge's necessity determination is a ultimately a
question of discretion, however. *See Ramirez-Encarnacion*, 291 F.3d at 1222 n.1.

Further, in order to succeed on the specific claim that counsel was
constitutionally ineffective for failing to file a motion to suppress, a defendant must show
that (1) counsel's failure to file such a motion was objectively unreasonable; (2) the
motion had merit; and (3) had the motion been filed, there is a reasonable probability
that the defendant would not have been convicted. *See Kimmelman*, 477 U.S. at 374;
*United States v. Owens*, 882 F.2d 1493, 1498 (10th Cir. 1989). The second and third
inquiries go to whether the defendant was prejudiced by counsel's errors—prejudice
being an element of a Sixth Amendment claim under *Strickland*, 466 U.S. 668.

In the Court's view, a hypothetical *Franks* motion based on the Government's
failure to disclose the identity of CHS-1 would have been without merit. Thus, because
Defendant did not suffer prejudice as a result of this alleged error by counsel, his Sixth
Amendment claim based on the same must fail. *See Kimmelman*, 477 U.S. at 374.

5

"[A] wiretap authorization order is presumed proper, and a defendant carries the burden of overcoming this presumption." *Castillo-Garcia*, 117 F.3d at 1185. Moreover, "the necessity requirement . . . is not an exhaustion requirement." *Id.* at 1187 (internal quotation marks omitted). "[L]aw enforcement officials are not required to exhaust all other conceivable investigative procedures before resorting to wiretapping." *Id.* (internal quotation marks omitted). Instead, the necessity requirement "serves to insure that wiretapping is not used in situations where traditional investigative techniques would suffice to expose the crime," *United States v. Johnson*, 645 F.2d 865, 867 (10th Cir. 1981), and, as such, "the government may obtain a wiretapping warrant without trying *any* other methods of investigation, if it demonstrates that normal investigatory techniques reasonably appear to be unlikely to succeed if tried, or to be too dangerous to try," *Castillo-Garcia*, 117 F.3d at 1185 (emphasis in original).

Had the Government disclosed to Judge Ebel that CHS-1 was Ramirez's girlfriend, the judge would nevertheless have been entitled to conclude that the use of confidential informants and other traditional investigative methods alone would be unlikely to allow the Government to achieve the goals of its investigation. This is so primarily given the organizational target and the broad scope of the investigation.

The Government's investigation was not narrowly focused on Defendant, or even Defendant and Ramirez; on the contrary, the target of the investigation was the Gangster Disciples street gang—that is, a recognized criminal organization—and not any particular individual. (WT1 Application ¶ 4(b).) Certainly, had the Government sought WT1 in an effort to investigate only Garrison or Ramirez, or even both, Defendant's argument here would be stronger. But given that the wiretap sought

6

evidence more broadly—that being, the Gangster Disciples' drug distribution operations as an organization,—revealing CHS-1's identity as Ramirez's girlfriend would not have "vitiated" a finding of necessity. Even had Ramirez been in the upper-most echelons of the organization, which he does not appear to have been, the Court is not convinced that the Government's use of Ramirez's girlfriend, along with the other traditional investigative methods being employed, would alone have been likely to achieve the overall goals of the investigation into the Gangster Disciples organization. In other words, the Court is confident that even had the true nature of the confidential informant's identity been disclosed to Judge Ebel, that he would nonetheless still have concluded that authorizing the wiretap was necessary for a successful resolution of the ongoing investigation.

Indeed, and in any event, given the information available on the face of the wiretap application, it would have been very difficult for any reviewing judicial officer not to already readily infer that Ramirez and CHS-1 had a close social relationship. (*See* WT1 Application ¶¶ 130–33.) Quite notably, moreover, Defendant does not endeavor to explain why CHS-1's particular status as Ramirez's girlfriend moves the needle so significantly so as to render WT1 unnecessary. For all these reasons, the Court finds Defendant's failure to file a *Franks* motion claim to be without merit.

   2.   Ineffective Assistance at Plea Negotiations

Defendant contends that his trial counsel was also ineffective at the plea negotiation stage of his case. Defendant states that his first trial counsel presented him with an offer from the Government which included 70 months imprisonment, an offer that he initially declined. Several days later, he says, Defendant called counsel in order

7

to inform him that he had changed his mind and would like to accept the plea deal. Defendant asserts that he did not hear back from counsel, and instead was notified that, a day after Defendant had changed his mind and attempted to accept the deal, counsel had filed with this Court a motion to withdraw. Defendant argues that counsel's failure to apprise the Government of his ultimate willingness to accept the plea deal was objectively unreasonable, and that because Defendant was sentenced after trial to 156 months imprisonment (an increase from the 70 months originally offered), he was prejudiced by counsel's error.

In response, the Government asserts that the 70-month offer did not expire, and that in any event, the same offer was given again to Defendant's subsequent trial counsel. Defendant in his Reply counters that the subsequent 70-month offer included a requirement that Defendant provide "substantial assistance" to law enforcement in the investigation of Defendant's co-defendants. The argument appears to be that Defendant was prejudiced by receiving a plea offer for the same amount of prison time, but with an additional requirement of substantial assistance on his part.

The Government included in its response what appears to be a copy of an April 21, 2016 letter sent to Defendant's second trial counsel, outlining the terms of a plea deal. (ECF No. 1482-1.) In the letter, the Government promises not to argue for a sentence greater or lesser than 70 months, and states that Defendant would be agreeing to waive his right to appeal under most circumstances. Significantly, the letter does *not* mention any requirement of assistance or cooperation. Defendant, in his reply, fails to come forth with any declarations or other evidence to substantiate his claim that the Government would only accept the plea deal if Defendant agreed to

8

additional cooperation provisions.  Clearly, therefore, the record before the Court shows
only that Defendant was offered the same plea proposal he had been offered through
his previous lawyer.  By definition, then, he suffered no prejudice.  As a consequence
the Defendant is not entitled to relief on this basis.  *See Hedman v. United States*, 527
F.2d 20 (10th Cir. 1975); 28 U.S.C. § 2255(b).

Even assuming, however, that what Defendant says is true, the Court cannot
conclude that the prejudice Defendant asserts is cognizable under the Sixth
Amendment.  To be sure, had the initial 70-month offer expired, and had the
Government subsequently offered 71 months, or even 70 months and one day,
Defendant's claim would be somewhat stronger.  *See Lafler v. Cooper*, 566 U.S. 156,
174 (2012).  But the Court can find no authority for the proposition that anything other
than an increased prison sentence could independently constitute prejudice in the
context of ineffective assistance at the plea bargaining stage.  *Cf. Lockhart v. Fretwell*,
506 U.S. 364, 368–73 (1993).  Leaving for another day a definitive ruling on the
question of whether a requirement of substantial assistance could ever constitute
prejudice in the context of plea negotiations, the Court is comfortable making the
narrower finding that under the facts of this case, a hypothetical and unproven
requirement of an additional cooperation agreement does not constitute such prejudice
in these circumstances.

C.     **Appellate Counsel**

Defendant further contends that his appellate counsel was constitutionally
ineffective for failing to raise the following bases for reversal: (1) the Court was bound
by the jury verdict as to the drug quantity for which Defendant was responsible, and

9

consequently it erred when it found that, for purposes of sentencing, Defendant was
responsible for more than the jury found him to be; (2) the Court's determination of the
quantity of drugs was not adequately supported by the record; and (3) the Court
miscalculated the base offense level.

To prevail on these claims, Defendant must show that (1) counsel's failure to
raise these arguments was objectively unreasonable; and (2) there is a reasonable
probability that, had counsel made these arguments, he would have prevailed on
appeal. *See Neil v. Gibson*, 278 F.3d 1044, 1057 (10th Cir. 2001). The Court
concludes that counsel's failure to raise these arguments on appeal was not objectively
unreasonable, and consequently, Defendant's Sixth Amendment claims as to his
appellate counsel must fail.

    1.    <u>Conflict Between the Jury's and the Court's Findings as to Drug Quantity</u>

The jury returned a special verdict finding Defendant guilty of conspiracy to
distribute and possess with the intent to distribute a quantity less than 500 grams of a
mixture or substance containing a detectable amount of cocaine. (ECF No. 1283 at
1–2.) At sentencing, however, the Court found that Defendant was responsible for
purchasing and distributing at least 1,232 grams of cocaine. (ECF No. 1428 at 87 ¶¶
23–25, 88 ¶¶ 1–3.) Defendant argues that the Court was bound by the jury's
determination on this score, and therefore that Defendant's appellate counsel was
ineffective in failing to raise this on appeal as grounds for vacating the sentence.

As the Government points out, however, Defendant's argument is foreclosed by
Tenth Circuit precedent; the Court was not bound by the jury's acquittal of Defendant as
to a drug amount over 500 grams. *See United States v. Magallenez*, 408 F.3d 672,

682, 685 (10th Cir. 2005).  This is because a jury must find that the facts giving rise to criminal liability have been proven beyond a reasonable doubt; a sentencing court, in contrast, need only find the relevant facts by a preponderance of the evidence.  *Id.* at 684.  Because the argument that Defendant asserts his attorney should have made is clearly without merit, counsel was not ineffective in failing to make it.  *See Miller v. Mullin*, 354 F.3d 1288, 1298 (10th Cir. 2004).

    2.    <u>Support in the Record for the Court's Findings as to Drug Quantity</u>

Defendant contends that the record does not support the Court's finding at sentencing as to the quantity of drugs he was responsible for, and thus that appellate counsel's failure to raise this issue on appeal constitutes ineffective assistance of counsel.  The Court again disagrees.

As an initial matter, a district court's factual findings as to drug quantities are reviewed on appeal only for clear error.  *United States v. Dalton*, 409 F.3d 1247, 1251 (10th Cir. 2005).  A court's finding of drug quantity may be based on an estimate, so long as the estimate "contains some record support and is based on information bearing minimum indicia of reliability."  *United States v. Dahda*, 852 F.3d 1282, 1294 (10th Cir. 2017) (internal quotation marks omitted).  Moreover, a sentencing court's witness credibility determinations are generally not disturbed on appeal.  *United States v. Browning*, 61 F.3d 752, 754–55 (10th Cir. 1995).

The Court's findings in this regard correspond to the bottom range of the drug amount estimates in the presentence report ("PSR") and in the Government's sentencing statement.  (*See* ECF No. 1367 ¶¶ 8–20, 39–53.)  In these documents, estimates as to drug amounts are substantiated with references to trial testimony and

11

other evidence submitted at trial. (*See* ECF No. 1311 at 2–8.) Thus, given the

substantial evidentiary basis for the Court's findings as to drug quantity, as well as the

deferential standard of review of those findings on appeal, it was not objectively

unreasonable for Defendant's appellate counsel to fail to raise these issues. The Sixth

Amendment does not require appellate counsel to raise every conceivable issue, or

even every nonfrivolous issue. *Neil v. Gibson*, 278 F.3d 1044, 1057 (10th Cir. 2001).

To the contrary, the "hallmark of effective appellate advocacy" is the ability to "winnow[ ]

out weaker arguments" and focus on those more likely to prevail. *Smith v. Murray*, 477

U.S. 527, 536 (1986).

### 3.    Calculation of Base Offense Level

The PSR calculated the total quantity of drugs attributable to Defendant to be

1,268.27 kilograms of marijuana on a converted basis. (ECF No. 1367 ¶ 63.) At

sentencing, the Court overruled Defendant's objection to, and adopted, this calculation.

(ECF No. 1428 at 33:16–34:2.) The Court correctly found that this amount corresponds

to a base offense level of 30. U.S.S.G. § 2D1.1(c)(5).

Defendant, however, seizes on an misstatement by the undersigned made later

in the sentencing hearing, in which the Court stated that the drug quantity attributable to

Defendant was only 373.957 kilograms of marijuana on a converted basis (ECF No.

1428 at 88:7–10). Defendant argues that an amount of 373.957 kilograms corresponds

to a base offense level of 24, and therefore that the Court erred when it found the base

offense level to be 30.

The transcript of the sentencing hearing, however, makes clear that the Court's

reference to 373.957 kilograms was simply an inadvertent misstatement. Earlier in the

12

hearing, the Court expressly found the total drug amount attributable to Defendant to be over 1000 kilograms, and that this number corresponds to a base offense level of 30. (*Id.* at 33:25–34:2.)  The Court's statements immediately before its reference to 373.957 are also consistent with the Court having made such a finding.  Indeed, 373.957 kilograms corresponds to the amount the Government estimated Defendant *purchased*—and not the total amount the Government and the Court estimated Defendant to be responsible for.

In any event, Defendant did not object to the Court's alleged miscalculation at sentencing, and thus it could have only been reviewed for plain error on appeal.  *See United States v. Chavez-Morales*, 894 F.3d 1206, 1213–14 (10th Cir. 2018).  In light of the context in which the Court's reference to 373.957 kilograms was made at the sentencing hearing—and especially given the Court's prior express factual findings on the record as to the full drug quantity amount being in excess of a 1,000 kilograms, coupled with its correct determination of the corresponding base offense level of 30—it manifestly would not have been clear on appeal that the court miscalculated the offense level.  As such, it was not objectively unreasonable for Defendant's counsel to raise this argument on appeal.  *See United States v. Cosey*, 399 F. App'x 380, 383 (10th Cir. 2010) (holding that misstatement was not plain error).

## D.    Defendant's Motion to Amend

Defendant seeks to amend his original § 2255 motion in order to tack on two additional ineffective assistance of counsel claims.  As noted earlier, for reasons not shared with the Court, the Government chose not respond to Defendant's Motion to Amend.

"The Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure, to the extent that they are not inconsistent with any statutory provisions or [other rules applicable to § 2255 proceedings], may be applied" to a § 2255 proceeding. Rule 12, *Rules Governing § 2254 and § 2255 Proceedings*. Under Rule 15 of the Federal Rules of Civil Procedure, because Defendant's Motion to Amend was filed more than 21 days after serving the § 2255 petition (ECF No. 1484), Defendant "may amend its pleading only with the opposing party's written consent or the court's leave."

Here, the Defendant fails to provide *any* explanation—let alone any explanation supported by good cause—for why the amendment he seeks came so late in this proceeding. The Tenth Circuit has made clear that "denial of leave is appropriate when the party filing the motion has no adequate explanation for the delay." *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1206 (10th Cir. 2006). Accordingly, given the absence of any explanation for the delay, Defendant's Motion to Amend will be denied.

### III. CONCLUSION

For the reasons set forth above, the Court ORDERS as follows:

1. Defendant's Motion to Vacate Under § 2255 (ECF No. 1478) and Defendant's Motion to Amend (ECF No. 1484) are DENIED;

2. Judgment shall enter in favor of the United States and the Clerk of Court shall terminate this action;

3. Each party shall bear his or its costs; and

4. The Court has *sua sponte* considered whether a certificate of appealability is appropriate, and hereby ORDERS that no certificate of appealability will issue because Defendant has not made a substantial showing that jurists of reason

14

would find it debatable whether his § 2255 motion states a valid claim of the denial of a constitutional right.

Dated this 7th day of April, 2020.

BY THE COURT:

William J. Martínez
United States District Judge

15

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 14-cr-0231-WJM-1
(Civil Action No. 19-cv-3125-WJM)

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.

1. RICKY GARRISON,

      Defendant/Movant.

---

### FINAL JUDGMENT

---

      Pursuant to and in accordance with the Order Denying Defendant's Motion to Vacate Judgment [ECF 1486] entered by the Honorable William J. Martínez on April 7, 2020, it is hereby

      ORDERED that the Defendant's Motion to Vacate Under 28 U.S.C. § 2255 [ECF 1478] and Defendant's Motion to Amend [ECF 1484] are denied. It is further

      ORDERED that final judgment is hereby entered in favor of the Plaintiff/Respondent, United States of America, and against Defendant/Movant, Ricky Garrison. It is further

      ORDERED that each party shall bear his or its own costs. It is further

      ORDERED that no certificate of appealability will be issued. It is further

      ORDERED that the related Civil Action No. 19-cv-3125-WJM is closed.

      DATED at Denver, Colorado this 7th day of April, 2020.

                  FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By:    s/ A. Frank
          A. Frank
          Deputy Clerk

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2020 APR 27 AM II:31

Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

April 17, 2020

United States Court of Appeals
For the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re: USA v. Garrison; Case #1:14-cr-00231-WJM
    Civil Case #1:19-cv-03125-WJM; Motion to Vacate
    Judgement Under 28 U.S.C.§ 2255

Tenth Circuit Court of Appeals,

Defendant, is currently addressing the Court of
Appeals being, in the middle of the Corona Pandemic
my Facility (All BOP Institutions), are currently on

lockdown, unable to review any case law, go to library or use typewriters. This will have to suffice for now being this is all any defendant can do, due to the current circumstance.

Defendant just received, "Order Denying Defendant's Motion to Vacate Judgement (Doc#1486)," received on April 16, 2020, at facility signed off by mail staff.

Defendant is asking the Tenth Circuit Court of Appeals to allow certificate of appealability and review the District Court's decision of 2255 order by the District Court. Asking to start the process of appeal of the Courts improper decision based on my Constitutional Rights in the interests of justice.


Thank you for your consideration,


Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

x Ricky Garrison
Ricky Garrison #40459-013

≈40459-013≈
Ricky Garrison
40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

Legal Material
U.S. Marshal
scanned by

RECEIVED
APR 2 0 2020
FCI PEKIN
MAIL ROOM

United States Court of Appeals
For The Tenth Circuit
Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257



POSTAGE
DUE



Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through
special mailing procedures for forwarding
to you. The letter has neither been opened
nor inspected. If the writer raises a
question or problem over which this facility
has jurisdiction, you may wish to return the
material for further information or clarification.
If the writer encloses correspondence for
forwarding to another addressee, please return
the enclosure to the above address.

# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert                                           Jane K. Castro
Clerk of Court                                                  Chief Deputy Clerk

April 27, 2020

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Re:  Misdirected notice of appeal in Colorado District Court
Case No. 1:19-CV-03125-WJM & 1:14-CR-00231-WJM-1

Dear Mr. Colwell:

Enclosed please find a misdirected notice of appeal filed by Ricky Garrison. In order for your court to take the appropriate steps to provide us with the preliminary record in this matter, the notice of appeal is being sent to you so it can be properly filed as of April 27, 2020.  *See* Fed. R. App. P. 4(d).

Please contact this office if you have questions.

Sincerely,

CHRISTOPHER M. WOLPERT, Clerk

CMW:lab

cc:    Ricky Garrison

88