FILED  
United States Court of Appeals  
Tenth Circuit

May 11, 2020

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICKY GARRISON,

    Defendant - Appellant.

No. 20-1168  
(D.C. No. 1:19-CV-03125-WJM)  
(D. Colo.)

───────────────────────────────

**ORDER**

───────────────────────────────

    This matter is before the court on our own motion. On May 1, 2020, the appellant filed a document titled Motion to Vacate, Alter, or Amend Judgement [sic] Pursuant to Fed. R. Civ. P. 59(e) (Dist. Ct. Docket No. 1496), which remains pending. It appears that this motion may have been timely filed, which would toll the time to appeal from the judgment being appealed. Fed. R. App. P. 4(a)(4)(A)(iv). Accordingly, proceedings in this appeal are ABATED.

    The notice of appeal will become effective when the district court enters an order deciding the pending motion. *See* Fed. R. App. P. 4(a)(4)(B)(i); *see also id.* 4(a)(4)(B)(ii) *and Breeden v. ABF Freight Sys., Inc.*, 115 F.3d 749, 752 (10th Cir. 1997)) (party must file amended or new notice of appeal to appeal order on post-judgment motion). After the appellant receives notice of the district court's order deciding the pending motion, the appellant shall advise this court immediately.

Within five (5) days after the district court enters its order deciding the pending motion, we direct the clerk of the district court to transmit to this court a supplemental preliminary appellate record including the order and an updated docket sheet. *See* 10th Cir. R. 3.2(B).

If no order has been entered deciding the post-judgment motion by June 10, 2020, the appellant shall file a status report on that day advising this court of what, if any, additional proceedings have occurred toward resolution of the post-judgment motion.

The appellant is reminded that by May 29, 2020, he must either pay the appellate filing fees of $505.00 to the district court or file a motion in the district court seeking leave to proceed with *in forma pauperis* status on appeal.

Finally, briefing in this appeal is tolled pending further order of this court.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    *Lara Smith*

    by: Lara Smith
        Counsel to the Clerk