**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 12 2020
JEFFREY P. COLWELL
CLERK

Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

May 7, 2020

Clerk of Court
901 19th St
Denver, CO 80294

Re: Currently addressing 59(e) motion that just was filed court case no: 14-cr-0231-WJM, Civ case no: 1:19-cv-03125-WJM.

Dear clerk of court,

I just received a letter letting me know the preliminary record has been transferred to Tenth Circuit Court of Appeals, but this letter has a new case no 14-cv-231-WJM-1 that I have not seen yet. Was the cv meant to be cr? I'm just trying to make sure I understand clearly as a pro se litigant.

The next matter of concern is I did not receive the Court's ruling on the 59(e) motion, it looks

as if appeal is obviously granted, I just need a copy of the Court's ruling on the 59(e) if it was supposed to be enclosed. All enclosed was letter explaining appeal and a docket text of electronic filings.

Thank you for your assistance.

x <u>Ricky Garrison</u>
Ricky Garrison # 40455-013