United States District Court
for the District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2020

JEFFREY P. COLWELL
CLERK

Ricky Garrison
  defendant,

v.

United States of America
  plantiff,

Crim Case no: 14-cr-0231-WJM
Civ Case no: 1:19-cv-03125-WJM
Case no: 20-1168

Judge William Martinez

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN THE DISTRICT COURT

Now Comes, Ricky Garrison, proceeding pro-se, humbly declares that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support, my testimony of the following is under the penalty of perjury:

1. Currently incarcerated at FCI Pekin, Illinois, due to the corona pandemic the facility is under complete lockdown, allowed out of cells for 1 hour every other day not able to use typewriter or legal law library but for direct court orders.

2. Up until the corona pandemic I was employed as library staff earning $22.00 a month, in which I pay $25.00 a month special assesment ordered by court Financial obligation FRP payments to District Court of Colorado.

3. I have no other assets property, vehicles, businesses, no other financial earnings outside of facility employment.

4. Majority of my family and freinds are out of work due to the corona virus, father is just coming out of hospitalization of Copu19 and his parkinson's on way to rehab and mother receives disability where she has lupus.

5. I have two children both due to my hardship I am unable to assist.

6. Only debt is the balance owed to District of Colorado which I pay monthly $25.00 a month since term of sentence.

I declare under penalty of perjury that the above information is true and that a false statement may result in a dismissal of my claims.

May
~~April~~ 7, 2020

Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

x Ricky Garrison

Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

◇40459-013◇
Us District Court
#A105
901 19TH ST
Denver, CO 80294
United States