IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1.   RICKY GARRISON,
2.   **JAMES TILLMON,**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

        Defendants.

---

### DEFENDANT JAMES TILLMON'S SECOND UNOPPOSED
### MOTION TO HOLD MATTER IN ABEYANCE

---

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby moves this Court to hold this matter in abeyance for an additional 32 days until June 15, 2020. As grounds for this motion, Mr. Tillmon states as follows:

1.     On April 14, 2020, Mr. Tillmon filed a pro se *Motion for Compassion [sic] Release*. (ECF # 1488.)

2.     On April 16, 2020, the Court ordered the government to respond to Mr.

Tillmon's motion on or before May 1, 2020. (ECF # 1489.)

3. On April 23, 2020, undersigned counsel entered his appearance in this matter pursuant to District Court General Order 2020-7. (ECF # 1490.)

4. On April 29, 2020, Mr. Tillmon filed a motion requesting the Court to vacate its *Order* (ECF # 1489) and to hold this matter in abeyance until May 15, 2020. (ECF # 1491.)

5. On April 29, 2020, this Court granted Mr. Tillman's motion to vacate its *Order* (ECF # 1489) and granted his motion to hold this matter in abeyance until May 15, 2020. (ECF # 1492.)

6. Mr. Tillmon is presently incarcerated in the USP-Beaumont in Beaumont, Texas.

7. Counsel has now been in contact with Mr. Tillmon through the U.S. mail but it has taken up to 7 or 8 days for mail to reach Mr. Tillmon and up to 7 or 8 additional days for mail to come back from Mr. Tillmon. Mr. Tillmon does not presently have access to the B.O.P. CorrLink system and therefore counsel and Mr. Tillmon have not been able to communicate by email.

8. Mr. Tillmon thought that he could obtain his medical records but the U.S.P.-Bearmont facility has told him that his attorney must obtain them; counsel has sent the necessary medical release form to Mr. Tillmon for his signature and authorization and, as soon as received back from Mr. Tillmon, counsel will request Mr. Tillmon's medical records from the facility.

9. Counsel requests until June 15, 2020 in which to further communicate with

Mr. Tillmon, to obtain Mr. Tillmon's medical records, to obtain copies of Mr. Tillmon's application(s) to the Warden for compassionate release and then to determine whether Mr. Tillmon is eligible to petition the Court for compassionate release under Section 603(b) of the First Step Act of 2018, 18 U.S.C. §§ 3582(c) and (d).

10.     Defense counsel has discussed this motion with A.U.S.A Zachary Phillips who stated that the government does not oppose this request for the Court to hold this matter in abeyance until June 15, 2020.

WHEREFORE, Mr. Tillmon requests that this Court hold this matter in abeyance until June 15, 2020.

DATED this 15th day of May, 2020.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2020, I electronically filed the foregoing *Defendant James Tillmon's Second Unopposed Motion to Hold Matter in Abeyance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | *zachary.phillips@usdoj.gov* |
| A.U.S.A. Wayne Campbell | *wayne.campbell@usdoj.gov* |
| Mitchell Baker | *mitchbaker@estreet.com* |
| James Castle | *Jcastlelaw@aol.com* |
| Leslee Barnicle | *barniclelaw@aol.com* |
| Philip W. Ogden | *phil@coloradospringslaw.net* |
| Andres Guevara | *andres@guevaracoloradolaw.com* |
| Forrest W. Lewis | *flewispc@aol.com* |
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |
| Thomas Ward | *tward@wardlawdenver.com* |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

| | |
|---|---|
| James Tillmon | *Via U.S. mail* |

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Tillmon