IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     RICKY GARRISON,
       a/k/a "G,"
2.     JAMES TILLMON,
       a/k/a "Black,"
       a/k/a "Kevin Garner,"
3.     CHRISTOPHER MARTINEZ,
       a/k/a "Little C,"
4.     FRANCISCO AGUILAR,
5.     SIMEON RAMIREZ,
6.     CHRISTOPHER VIGIL,
7.     TRAVIS EDWARDS,
8.     DONDRAI FISHER,
       a/k/a "Abdul Halim Aswad Ali,"
       a/k/a "Don Blas,"
9.     ARCHIE POOLE,
10.   LUIS RAMIREZ,
       a/k/a "Julian,"
11.   MELVIN TURNER,
       a/k/a "Mellow,"
12.   SHAWN BEARDSLEY,
13.   SIDNEY TAYLOR,
14.   GREGORY WILLIAMS,
15.   ROBERT PAINTER, and
16.   LATOYA WIMBUSH,

      Defendant.

_____

MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY SUSAN D. KNOX

_____

The United States of America, through Jason R. Dunn, United States Attorney for the District of Colorado, by Susan D. Knox, Assistant U.S. Attorney, hereby files its Motion to Withdraw Assistant U.S. Attorney Susan D. Knox as counsel of record in the above-captioned case.   Assistant U.S. Attorney Zachary Phillips will remain the counsel of record in this case.

Dated this 19th day of May, 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/Susan D. Knox*
SUSAN D. KNOX
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
e-mail:   Susan.Knox@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2020, I electronically filed the foregoing MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY SUSAN D. KNOX using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant

3