IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 26th day of May, 2020.

                            JASON R. DUNN
                            United States Attorney

By:    *s/Guy Till*
        GUY TILL
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Guy.Till@usdoj.gov
        Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 26th day of May, 2020, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:   *s/Stephanie Graham*
       Legal Assistant
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: 303-454-0100