FILED
United States Court of Appeals
Tenth Circuit

June 9, 2020

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

———————————————

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

RICKY GARRISON,

   Defendant - Appellant.

No. 20-1168
(D.C. No. 1:19-CV-03125-WJM)
(D. Colo.)

———————————————

**ORDER**

———————————————

This matter is before the court on the appellant's status report filed June 8, 2020. The appellant reports that the district court has not yet decided his Rule 59(e) motion. (Dist. Ct. Docket No. 1496.) Our independent review of the district court docket confirmed that the Rule 59(e) motion is still pending. Accordingly, proceedings in this appeal remain abated until the district court disposes of the post-judgment motion.

The appellant shall file another status report within five days after he receives his copy of the district court's order disposing of the Rule 59(e) motion. If he has not received notice that the district court entered an order on the Rule 59(e) motion by July 9, 2020, he shall file another report in this court to advise us of what he knows about the status of his post-judgment motion at that time.

We wanted to note that the pendency of the appellant's recent Motion to Reduce Sentence (Dist. Ct. Docket No. 1503) has no effect on proceedings in this § 2255 appeal.

The court will provide additional direction after one of the two previously described events occurs.

                Entered for the Court
                CHRISTOPHER M. WOLPERT, Clerk

                by: Lara Smith
                    Counsel to the Clerk