IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   RICKY GARRISON,
**2.   JAMES TILLMON,**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

Defendants.

---

**DEFENDANT JAMES TILLMON'S THIRD UNOPPOSED
MOTION TO HOLD MATTER IN ABEYANCE**

---

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J.

Barnard, hereby moves this Court to hold this matter in abeyance for an additional 31 days

until July 15, 2020. As grounds for this motion, Mr. Tillmon states as follows:

1.   On April 14, 2020, Mr. Tillmon filed a pro se *Motion for Compassion [sic]*

*Release*. (ECF # 1488.)

2.   On April 16, 2020, the Court ordered the government to respond to Mr.

Tillmon's motion on or before May 1, 2020. (ECF # 1489.)

   3.   On April 23, 2020, undersigned counsel entered his appearance in this matter pursuant to District Court General Order 2020-7. (ECF # 1490.)

   4.   On April 29, 2020, Mr. Tillmon filed a motion requesting the Court to vacate its *Order* (ECF # 1489) and to hold this matter in abeyance until May 15, 2020. (ECF # 1491.)

   5.   On April 29, 2020, this Court granted Mr. Tillman's motion to vacate its *Order* (ECF # 1489) and granted his motion to hold this matter in abeyance until May 15, 2020. (ECF # 1492.)

   6.   On May 15, 2020, Mr. Tillmon filed a motion requesting the Court to hold this matter in abeyance until June15, 2020 (ECF # 1501) and this request was granted (ECF # 1502).

   7.   Mr. Tillmon is presently incarcerated in the USP-Beaumont in Beaumont, Texas.

   8.   Counsel has learned from Mr. Tillmon that, although Mr. Tillmon applied to the Warden for compassionate release, he has now been informed that "[a] search of the records maintained in the Warden's Office did not reveal you submitted any correspondence prior to May 11, 2020." Thus, it appears that the Warden never received any request from Mr. Tillmon for compassionate release and, thus, Mr. Tillmon has not yet exhausted his administrative remedies.

   9.   On June 12, 2020, counsel submitted a request for compassionate release to Warden Shults of U.S.P.-Beaumont and the Warden's office later on June 12, 2020

acknowledged receipt of this request.

10.     Counsel has also requested Mr. Tillmon's medical records from U.S.P.-Beaumont.

11.     Counsel requests until July 15, 2020 in which to wait: (1) for an answer from the Warden at U.S.P.-Beaumont regarding Mr. Tillmon's request through counsel for home confinement or a motion requesting a modification of his sentence; (2) to wait to see if the Warden responds within 30 days; and (3) to obtain Mr. Tillmon's medical records.

12.     Defense counsel has discussed this motion with A.U.S.A Zachary Phillips who stated that the government does not oppose this request for the Court to hold this matter in abeyance until July 15, 2020.

WHEREFORE, Mr. Tillmon requests that this Court hold this matter in abeyance until July 15, 2020.

DATED this 15th day of June, 2020.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email: *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2020, I electronically filed the foregoing

*Defendant James Tillmon's Third Unopposed Motion to Hold Matter in Abeyance* with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | *zachary.phillips@usdoj.gov* |
| A.U.S.A. Wayne Campbell | *wayne.campbell@usdoj.gov* |
| Mitchell Baker | *mitchbaker@estreet.com* |
| James Castle | *Jcastlelaw@aol.com* |
| Leslee Barnicle | *barniclelaw@aol.com* |
| Philip W. Ogden | *phil@coloradospringslaw.net* |
| Andres Guevara | *andres@guevaracoloradolaw.com* |
| Forrest W. Lewis | *flewispc@aol.com* |
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |
| Thomas Ward | *tward@wardlawdenver.com* |

and I hereby certify that I have mailed or served the document or paper to the following non

CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-

participant's name:

James Tillmon                    *Via U.S. mail*

                                 *s/Clifford J. Barnard*

                                 _____
                                 Clifford J. Barnard
                                 Attorney for Defendant Tillmon