Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

June 23, 2020

Judge Martinez
United States District Court
901-19th st., room A105
Denver, CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 29 2020
JEFFREY P. COLWELL
CLERK

Re: Government's response to defendants First Step Act motion.

Dear Judge,

I just received correspondence from Federal Public Defenders office today, in letter it states "government filed a response," I have yet to receive anything from Government.

If a date was set for my traverse I have no knowledge of because nothing was received, asking the Court for an extension of time to file traverse while the Government resends me a copy of their response to my FSA filing.

Just wanted to inform the Court of my position, due to

the COVID-19 lockdown alot of mail is having issues.

Thank you for your Consideration

X Ricky Garrison

Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

