The United States District Court
For the District of Colorado

Ricky Garrison,
defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 10 2020**

JEFFREY P. COLWELL
CLERK

Crim Case no: 14-cr-0231-WJM

V.

United States of America,
plantiff

Judge William J. Martinez

---

## Motion for Sentence Reduction Under 18 U.S.C. 3582(c)(1)(A), "Compassionate Release".

---

NOW COMES, Ricky Garrison pro-se, and herein files reduction of sentence pursuant to FSA, in the form of compassionate release due to the COVID-19 worldwide pandemic.

Defendant submitted a request for compassionate release to the warden of Federal Correctional Institution Pekin, IL on June 24, 2020, whereas it was denied by warden June 29, 2020. (See exhibit A, B).

Now defendant is filing upon motion with the Court, reasons that "extraordinary and compelling circumstances" combined with medical conditions, completion of over 50% of sentence, good conduct at facility, when paired together justify defendant early compassionate release in relation to COVID-19 worldwide

pandemic.

# HEALTH CONCERNS

(1) The extraordinary or compelling circumstances that defendant beleives warrant consideration:

As follows:

(A) As my medical records will indicate, I have been diagnosed with low testosterone at a very young age, to manage my low levels medical staff has prescribed an anabolic steroid. This type of medication can weaken immunity levels and leave body more vulnerable to not fight off COVID-19 virus if contracted. Blood work at facility will reflect high levels of glucose/A1c levels, now due to the current status of lockdown the BOP nutritional standards are not being met by any means which can render defendant higher risk to catch diabetes being levels were already noted as pre-diabetes, These issues leave defendant vulnerable to COVID-19.

(B) Defendant was a chronic smoker of numerous drugs and user of other narcotics for over 20 years, lockdown has caused extreme stress and hypertension that can also lead to dramatic and drastic mental health issues caused by ongoing lockdown due to the COVID-19.

The Bureau of Prisons has a nationwide nutritional diet that staff are supposed to follow, due to ongoing lockdown inmates receive one hot meal per day (lunch), breakfast consists of pop tarts, donut sticks, a form of cereal, all carbohydrates, then dinner is deli meat with bread, peanut butter and jelly with bread, and a cake or sweet with daily chips. This is not the mandatory subscribed nutritional balanced diet of the Bureau but, due to COVID-19 lockdown the correct allowed inmates for preparation of 1,000 inmates is not being met.

This is a cause of concern, due to the lockdown I have started having massive headaches and chest pains, which led to sick call and a blood pressure of 160/110 which is extremely high, whereas defendant asked for blood work to be done and was told that cannot happen where I filed Bp-8 and still today it has not been done. (Exhibit C).

Defendant is 5'9" 220 lbs which is considered overweight and obese, all foods are high in sodium, while on lockdown and not only will eating improperly imbalance health and add multiple other concerns that cannot adequately be tended too, unnutritional eating practices will leave body vulnerable to COVID-19.

## FCI PEKIN, ILLINOIS

To my knowledge there has been no known COVID-19 cases at FCI Pekin, while the facility has not experienced

a sweep of COVID-19 cases directly, staff has not granted home confinement in connection to COVID-19 to any inmates as directed by Attorney General on April 3, 2020.

The facility at the current time has an open Unicor program actively operational, employing 100 or more inmates, inmates still prepare food bags and lunch hot meals, just recently opened up the CMS inmate work program. While the facility is under partial lockdown the 200+ inmates constantly and daily working is clear indication that when COVID-19 arrives at the Pekin facility it shall spread fast and all inmates are at risk since there is no vaccine.

## PLEA DEAL STAGE AND WHY GOVERNMENT SHOULD CONCEDE TO RELEASE OF DEFENDANT

Defendant received 156 months after trial, governments offer of 70 months was extended to defendant at one point at time, which means that is the amount of time prosecution felt deserving of crimes committed reflecting need for rehabilitation. As reflected by government in Doc #1482, defendant has served more than 50% of current sentence and over 70 months of that offer.

In addition, have not received any disciplinary incidents at current facility arriving April 2018, held job in library entirety of stay, completed several classes and programs along

with 1 year microsoft technical program (vocational class).
Has also complied with all monthly restitution payments.
  (see exhibit D and certificate's of completion). The COVID-19 virus
affects young and old, good or bad, suburban or urban, while
under this lockdown education and rehabilitation stops, no
classes or programs just non-fiction books on a cart to read
and from what the CDC alerts the population it can be passed
thru anything.
     Defendant is better off doing online classes from home
or working a job than to be idle in a non-rehabilitative state
  waiting to contract an incurable ~~disease~~ virus.


(2) Proposed release plans, including where the inmate will reside, how
the inmate will support himself/herself, and, if the basis for the
request involves the inmate's health, information on where the
inmate will receive medical treatment, and how the inmate will
pay for such treatment.

(A) The address I plan to go to is: 4900 N. Trenton St #128,
    Denver, CO 80238.
    Address is available for Probation Officer to go and verify
    Home of Latisha Washington cell phone # 720-766-9228


SUPPORT: My wife Latisha Washington is currently employed as
         a nurse, medical will be given by the state thru the

use of the medicaid program, or the hospital in the area we reside has an indigent insurance program for citizens with low income.

I will immediately go to work or receive training, I'd prefer to get involved with construction services thru the Build Colorado Program, or ~~union~~ union training developmental employment based on construction services.

As defendant has demonstrated, "extraordinary and compelling" circumstances do exist, obesity, pre-diabetes, hypertension will only lead to more health issues due to the lockdown and improper nutritional standards at the cause of this COVID-19 lockdown.

Nothing is more extraordinary and compelling than the COVID-19 while their is no cure or vaccine, there is still alot of unknowns about this virus and makes it a life or death matter.

I beleive I have conducted my presence while incarcerated in an acceptable manner. I have always performed the tasks asked of me, or orders given to me. I have not been a problem to staff, and have applied myself in accordance with the policies set forth by the Bureau. I have spent my working time and free time assisting and helping inmates whom were/are less fortunate than myself.

I am not a danger to the community, I can actually benefit the community for young black men like myself with a lower

⑦

level of consciousness of life due to the lack of guidance of father figures in their lives.

Ongoing medical conditions arrived after sentencing, and due to lockdown and improper facility nutritional practices, and lack of health care due to COVID-19 scare defendant is at risk of death if the corona virus is contracted, it is not contained and spreading worldwide.

Therefore, in light of all herein, defendant humbly asks the Court for a sentence reduction of time served pursuant to FSA, in the form of compassionate release due to the COVID-19 pandemic, and grant counsel to represent defendant in ongoing matter.

Would like to thank the Court for their consideration of this submission.

Respectfully submitted,

X Ricky Garrison
Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

July 2, 2020

# Index

Table of contents:

Exhibit A. - Administrative remedy of compassionate release to staff at FCI Pekin.

Exhibit B - Denial from Warden at FCI Pekin in regards to compassionate release.

Exhibit C - Filing in regards to health concerns addressing needed lab work after blood pressure test of 160/110

Exhibit D - Program review statement from Case manager at facility along with some certificate of completions.

A

Submission of Application for Compassionate Release
Pursuant to USC §§ 3582 and 4205(g)
And the New F.S.A.'s Definition of

"Extraordinary and Compelling Reasons"

Submitted By:
Ricky Garrison #40459-013

①

## COMPASSIONATE RELEASE:

Per B.O.P. PS, 5050.50
Revised as of 1/17/19:
In re: First Step Act of 2018

Per § 571.61 (Initiation of request - extraordinary or compelling circumstances)

A request for a motion under 18 U.S.C. 4205(g) or 3582(c)(i)(A) shall be submitted to the Warden. Ordinarily, the request shall be in writing, and submitted by the inmate. An inmate may initiate a request for consideration under 18 U.S.C. 4205(g) or 3582(c)(i)(A) only when there are particularly extraordinary or compelling circumstances which could not reasonably have been foreseen by the Court at the time of sentencing. The inmate's request shall at a minimum contain the following information:

(1) The extraordinary or compelling circumstances that the inmate believes warrant consideration:

As follows:

(A) As my medical records will indicate, I have been diagnosed for low testosterone levels at a very young age, to manage my low levels medical staff has prescribed an anabolic steroid. This type of medication can weaken immunity levels and leave body more susceptible to not fight off COVID-19 virus

②

if contracted. Blood work at facility will reflect high levels of glucose/A1c levels, now due to the current status of lockdown the BOP nutritional standards are not being met by any means which can render inmate higher risk to catch diabetes being levels were already note as pre-diabetes. Both of these issues leave inmate vul vulnerable to the COVID-19 virus.

(B) Inmate was a chronic smoker of numerous drugs and user of other narcotics for over 20 years, lockdown has caused extreme stress and hyper-tension that can also lead to dramatic and drastic mental health issues caused by ongoing lockdown due to the COVID-19.

(C) Inmate went to trial on related charges currently serving sentence for, where inmate received 156 month sentence, the original plea deal given by the Government was 70 months. Currently has served 74 months of sentence where inmate has received a trial penalty for expression of constitutional rights to fair trial.

In the instant case, if inmate would've signed plea deal would have been done with completion of sentence over a year ago.

Thus, here exists circumstances which serve as a purpose of the definitions given under which an inmate may proceed, I am utilizing these reasons for the submission of my Compassionate Release as my medical situation did not exist at the time and the COVID-19 was not affecting people

③

worldwide. Under The Cares Act the Bureau is allowed to place an inmate in home confinement to ensure the safety of individuals, or in the alternative grant compassionate release where circumstances exist to release where vulnerability to COVID-19 exists.

(2) Proposed release plans, including where the inmate will reside, how the in-mate will support himself/herself, and, if the basis for the request involves the inmate's health, information on where the inmate will receive medical treatment, and how the inmate will pay for such treatment.

(A) The address I plan to go to is: 4900 N. Trenton st #128, Denver, CO 80238.

Address is available for Probation Officer to go and verify.

Home of Latisha Washington  cell phone # 720-766-9228

SUPPORT: My wife Latisha Washington is currently employed as a nurse, medical will be given by the state thru the use of the medicaid program, or the hospital in the area we reside has an indigent insurance program for citizens with low income.

I will immediately go to work or receive training thru the Build Colorado program. Which is a program based on construction training and developmental employment based on construction services.

④

Case Number: 14-cr-00231 WJM
Judge: ..., Honorable William J. Martinez

Programming information: I have completed 19 classes while incarcerated, and have maintained employment in library the entirety of incarceration at facility.

Projected release date: August 26, 2025

Closing statement: I beleive I have conducted my presence while incarcerated in an acceptable manner. I have always performed the tasks asked of me, or orders given to me. I have not been a problem to staff, and have applied myself in accordance with the policies set forth by the Bureau. I have spent my working time and free time assisting and helping inmates whom were/are less fortunate than myself. I am not a danger to the community, I can actually benefit the community for young black men like myself with a lower level of consciousness of life due to lack of guidance of Father figures in their life.

I would like to take the time to thank Administrative staff for their consideration of this submission.

Respectfully Submitted,
X Ricky Garrison
Ricky Garrison #40459-013

B

RESPONSE TO INMATE REQUEST TO STAFF MEMBER
GARRISON, Ricky
Reg. No. 40459-013

You requested a reduction in sentence (RIS) based on concerns about COVID-19.
After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on
motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or
compelling reasons.   BOP Program Statement No. 5050.50, Compassionate
Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§
3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present
extraordinary or compelling reasons, such as the inmate's terminal medical condition;
debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with
medical conditions, or an "other elderly inmate"; the death or incapacitation of the family
member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or
registered partner.   Your request has been evaluated consistent with this general
guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat
any affected inmates.   We recognize that you, like all of us, have legitimate concerns
and fears about the spread and effects of the virus.   However, your concern about being
potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an
early release from your sentence.   Accordingly, your RIS request is denied at this time.

As far as the consideration for home confinement based on the Cares Act, there is a
number a criteria that has to be met to get priority consideration for home confinement.
One of which is you have to have a First Step PATTERN score of a minimum.   You
currently have a PATTERN score of a high.

If you are not satisfied with this response to your request, you may commence an appeal
of this decision via the administrative remedy process by submitting your concerns on
the appropriate form (BP-9) within 20 days of the receipt of this response.

_____                    6-29-20
F. Entzel, Warden                            Date

C

Administrative Remedies
PEK 1330.18
January 5, 2017
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Federal Bureau of Prisons Program Statement 1330.16, Administrative Remedy Program, dated December 31, 2007, requires that inmates shall informally present their complaint to staff and staff attempt to informally resolve any issue before an inmate files a Request for Administrative Remedy BP-229(13.)  If an informal resolution cannot be met, the inmate will be given a BP-229(13) form.

Name: GARRISON, Ricky    Reg No: 40459-013    Date: 06-11-2020

TO BE COMPLETED BY INMATE:

1. State Nature of Problem: Sick Call with staff blood pressure high, constant migraines and chest pains was told no blood work can't be done, I need blood work tested a1c levels and glucose was high on last visits now I'm worried stress levels are up high

2. State what action or resolution expected. Be specific: I need blood work the BOP diet is not being supplied daily all carbs and sugar I need these tests to confirm my body problems need medical attention.

TO BE COMPLETED BY STAFF:

Date and Time Review Completed by responsible Department: 6/15/2020  14:51

3. Summary of Review:    A review of your chart was conducted and you were evaluated by a Mid Level Practitioner on 6/11/20.  You have an active order for labwork to be obtained.  The MLP noted that you will have your blood pressure rechecked this week.  If you are having continued medical concerns, please follow up at sick call.

Signature of Investigating Staff Member: L. Stolarzyk, HSA

Date and Time BP8 Issued: 06-11-2020 / 1:15PM    Unit Team: P. Maurice
Date & Time Inmate Returned: 6-12-20 / 0.21    Unit Team:
Date and Time BP-229(13) issued: 6-12-20    12:40
Unit Manager=s Signature:

Distribution:    (1)    If complaint is informally resolved, forward original, signed below and dated by inmate, to the Unit Team for filing.
                 (2)    If Complaint is not informally resolved, forward original, signed, dated and answered above, to the Unit Management Team for disbursement.

On _____, this issue was informally resolved. _____  _____
         (date)                                              Inmate Signature          Date

                                                        _____  _____
                                                        Staff Signature          Date
                                                        Administrative Remedies

D 

 

| Individualized Reentry Plan - Program Review | SEQUENCE: 01917933 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 04-15-2020 |

Plan is for inmate: GARRISON, RICKY  40459-013

| | | | |
|---|---|---|---|
| Facility: | PEK  PEKIN FCI | Proj. Rel. Date: | 08-26-2025 |
| Name: | GARRISON, RICKY | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 40459-013 | DNA Status: | PREBOP TST / 10-10-2014 |
| Age: | 36 | | |
| Date of Birth: | 11-04-1983 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PEK | EDUC PM | EDUC WORKER 12:30-3:30 P.M. | 03-27-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PEK | ESL HAS | ENGLISH PROFICIENT | 04-20-2018 |
| PEK | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-20-2018 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PEK | C | ACE-LIFE LONG HEALTH | 01-16-2020 | 02-26-2020 |
| PEK | C | ACE-2014 GED CALCULATOR | 01-15-2020 | 02-19-2020 |
| PEK | C | ACE-LIFE BEFORE 1776 PART 1 | 09-16-2019 | 11-04-2019 |
| PEK | C | ACE-ILL USER INSTRUCTION | 06-04-2019 | 06-10-2019 |
| PEK | C | WESTERN PHILOSOPHY | 04-16-2019 | 06-04-2019 |
| PEK | C | VT COMPUTER MS POWERPFCI | 04-01-2019 | 05-31-2019 |
| PEK | C | VT MS COMPUTER PROGRAM | 09-24-2018 | 05-31-2019 |
| PEK | C | R6-STRATEGIC FATHERHOOD RS | 04-18-2019 | 05-23-2019 |
| PEK | C | VT COMPUTER MSO EXCELFCI STEP2 | 01-02-2019 | 03-28-2019 |
| PEK | C | R3-CREDIT CONSUMER EDUCATION | 05-15-2018 | 05-15-2018 |
| PEK | C | VT COMPUTER MSO WORD FCI STEP1 | 09-24-2018 | 12-31-2018 |
| PEK | C | AT RISK PROGRAM | 09-26-2018 | 11-14-2018 |
| PEK | C | KEYBOARDING VT | 07-09-2018 | 09-20-2018 |
| PEK | C | OUTSIDE SPEAK VIC IMPACT DRUGS | 07-12-2018 | 07-12-2018 |
| PEK | C | JOB FAIR INFORMATION | 05-02-2018 | 05-02-2018 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-19-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-25-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 10-15-2014 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-31-2014 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 10-30-2019 |
| ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 02-24-2020 |

## FRP Details

| Most Recent Payment Plan |
|---|



## Individualized Reentry Plan - Program Review  (Inmate Copy)

**Dept. of Justice / Federal Bureau of Prisons**

Plan is for inmate: GARRISON, RICKY  40459-013

SEQUENCE: 01917933
Team Date: 04-15-2020

Most Recent Payment Plan

| | | |
|---|---|---|
| **FRP Assignment:   PART   FINANC RESP-PARTICIPATES** | | Start: 05-15-2018 |
| Inmate Decision:   **AGREED**   $25.00 | | Frequency: MONTHLY |
| Payments past 6 months:   $150.00 | | Obligation Balance: $1,450.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $2,000.00 | $1,450.00 | IMMEDIATE | AGREED | |

| | Adjustments: | Date Added | Faci | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 03-07-2020 | PEK | PAYMENT | INSIDE PMT | $25.00 |
| | | 02-08-2020 | PEK | PAYMENT | INSIDE PMT | $25.00 |
| | | 01-09-2020 | PEK | PAYMENT | INSIDE PMT | $25.00 |
| | | 12-07-2019 | PEK | PAYMENT | INSIDE PMT | $25.00 |
| | | 11-08-2019 | PEK | PAYMENT | INSIDE PMT | $25.00 |
| | | 10-09-2019 | PEK | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $2,746.90          Payments commensurate ?   Y

New Payment Plan:        ** No data **

## Progress since last review

Garrison has completed his monthly FRP payments on time. He completed ACE-Life Long Health and ACE-2014 GED Calculator.

## Next Program Review Goals

Complete Basic Cognitive skills 8 week class. Complete 1 ACE class of your choice. Save 10 percent of deposits for release.

## Long Term Goals

Complete 1 VT program by 04/2024. Complete RPP by 04/2024. Obtain a SS Card and Birth Certificate.

## RRC/HC Placement

## Comments

** No notes entered **

# Flint Southwestern Academy

### Flint, Michigan

### This Certifies That

## Ricky Kamil Garrison

having satisfactorily completed the Course of Studies prescribed by the Board of Education of the School District of the City of Flint is entitled to this

## Diploma

Given under our hands at Flint, Michigan, this fourteenth day of June, 2001.

_Rachel Harland_
President, Board of Education

_Rudy V Collins_
Interim Superintendent of Community Education

_Richard J. Peckle_
Dean

# Certificate of Completion

This certificate is presented to

*Ricky Garrison*

For completion of

**Western Philosophy**

Inmate taught continuing education class

Consisting of 12 hours of instruction

On this 4th day of June, 2019

Federal Correctional Institution

Pekin, IL



M. Hovis, ACE Coordinator





A. Lamirand, SOE

# Certificate of Completion

CENTURY COLLEGE

presented to

## *Ricky Garrison*

Has Successfully Completed 300 Contact Hours

for

### Career Technical Program:   Microsoft Office

In acknowledgement thereof these signatures are affixed on this day,

06/03/2019

Dr. Monica Lamp

* This educational program was taught by Federal Bureau of Prison Instructors.  Century College performs annual review and certification of this career technical program in compliance with American Correctional Association standards.

Century College is an equal opportunity, affirmative action employer and educator, and a member of the Minnesota State

# Certificate of Completion

Presented to

**Ricky Garrison**

For successfully completing the

**Drug Abuse Education Course**

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.

A. Kurka, DTS
FCI Pekin

04/01/2020

# Certificate

This certificate is awarded to

## Ricky Garrison

For successful completion of the course:

## Strategic Fatherhood

Federal Bureau Of Prisons

Pekin, Illinois

May 23, 2019

*Rodney E. Abel*
Instructor

*Psalm 112: 1-2 ... Praise the Lord! How blessed is the man who fears the Lord, who greatly delights in His commands. His descendants will be mighty in the earth; the generation of the upright will be blessed!*



Religious
Services

# Certificate of Completion

This certificate is presented to

## Ricky Garrison

For completion of

### Life Before 1776 Part 1

Inmate taught continuing education class

Consisting of 12 hours of instruction

On this 4th day of November, 2019

Federal Correctional Institution

Pekin, IL



_N. Brown, ACE Coordinator_



_A. Lamirand, SOE_

# Certificate of Completion

This certificate is presented to

## RICKY GARRISON

For the Completion of

## GED 2014 Calculator

Inmate taught continuing education class

Consisting of 6 hours of instruction
On this 19th day of February, 2020
Federal Correctional Institution
Pekin, IL



_A. Lamirand, SOE_

_N. Brown, ACE Coordinator_



# Certificate of Completion

This certificate is presented to

## RICKY GARRISON

For completion of

### Lifelong Health 1

Self-taught DVD continuing education class

Consisting of 12 hours of instruction
On this 12th day of February, 2020
Federal Correctional Institution
Pekin, IL

T. Brown, ACE Coordinator

A. Lamirand, SOE

◇40459-013◇
Ricky Garrison
40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

Legal Mail:

◇40459-013◇
Us District Court
#A105
901 19TH ST
Denver, CO 80294
United States

RECEIVED
JUL 0 6 2020
FCI PEKIN
MAIL ROOM





Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through
special mailing procedures for forwarding
to you. The letter has neither been opened
nor inspected. If the writer raises a
question or problem over which this facility
has jurisdiction, you may wish to return the
material for further information or clarification.
If the writer encloses correspondence for
forwarding to another addressee, please return
the enclosure to the above address.