FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**July 10, 2020**

_____

Christopher M. Wolpert
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICKY GARRISON,

    Defendant - Appellant.

No. 20-1168
(D.C. No. 1:19-CV-03125-WJM)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on the appellant's status report filed July 10, 2020. The appellant reports that the district court has not yet decided his Rule 59(e) motion. (Dist. Ct. Docket No. 1496.) Our independent review of the district court docket confirmed that the Rule 59(e) motion is still pending. Accordingly, proceedings in this appeal remain abated until the district court disposes of the post-judgment motion.

The appellant shall file another status report within five days after he receives his copy of the district court's order disposing of the Rule 59(e) motion. If he has not received notice that the district court entered an order on the Rule 59(e) motion by August 10, 2020, he shall file another report in this court to advise us of what he knows about the status of his post-judgment motion at that time.

Consistent with our advisement to the appellant in our last order, we note that the district court's recent disposition of the appellant's Motion to Reduce Sentence (Dist. Ct.

Docket No. 1514, 7/7/20 Order Denying Motion for Relief under First Step Act) has no effect on the proceedings in this § 2255 appeal.

The court will provide additional direction after one of the two previously described events occurs.

                                              Entered for the Court
                                              CHRISTOPHER M. WOLPERT, Clerk

                                              by: Lara Smith
                                                  Counsel to the Clerk