IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1. RICKY GARRISON,
2. **JAMES TILLMON,**
3. CHRISTOPHER MARTINEZ,
4. FRANCISCO AGUILAR,,
5. SIMEON RAMIREZ,,
6. CHRISTOPHER VIGIL,
7. TRAVIS EDWARDS,
8. DONDRAI FISHER,
9. ARCHIE POOLE,
10. LUIS RAMIREZ,
11. MELVIN TURNER,
12. SHAWN BEARDSLEY,
13. SIDNEY TAYLOR,
14. GREGORY WILLIAMS,
15. ROBERT PAINTER, and
16. LATOYA WIMBUSH,

        Defendants.

---

### DEFENDANT JAMES TILLMON'S MOTION TO RESTRICT DOCUMENTS

---

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby respectfully moves to restrict documents and attachments, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. Mr. Tillmon requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties &

Court" only.

DATED this 15th day of July, 2020.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2020, I electronically filed the foregoing *Defendant James Tillmon's Motion to Restrict Documents* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | *zachary.phillips@usdoj.gov* |
| A.U.S.A. Wayne Campbell | *wayne.campbell@usdoj.gov* |
| Mitchell Baker | *mitchbaker@estreet.com* |
| James Castle | *Jcastlelaw@aol.com* |
| Leslee Barnicle | *barniclelaw@aol.com* |
| Philip W. Ogden | *phil@coloradospringslaw.net* |
| Andres Guevara | *andres@guevaracoloradolaw.com* |
| Forrest W. Lewis | *flewispc@aol.com* |
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |

    Thomas Ward                                     *tward@wardlawdenver.com*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    James Tillmon                                       *Via U.S. mail*

                                                      *s/Clifford J. Barnard*

                                                      Clifford J. Barnard
                                                      Attorney for Defendant Tillmon