**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
-------------------------------------------------------------

**UNITED STATES OF AMERICA,**

                                                NOTICE OF APPEARANCE

-against-                                      14-cr-00231-WJM-1

**Ricky Garrison**

**Defendant.**
-------------------------------------------------------------

      Pursuant to General Order 2020-7, **David N. Fisher,** enters his appearance on behalf of Ricky Garrison, defendant in the above-captioned matter on July 17, 2020.

      Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on counsel.

DATED: DENVER, COLORADO
        July 17, 2020

                                                      /s/ *David N. Fisher*
                                                      David N. Fisher, Esq.
                                                      Fisher & Byrialsen, PLLC
                                                      4600 S. Syracuse St., 9th Fl
                                                      Denver, Colorado 80237
                                                      T: (303) 256-6345
                                                      F: (303) 954-0573

cc: All Parties via ECF