# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Criminal Case No. 14-cr-231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 1524 and 1525

---

    The United States of America, by and through United States Attorney Jason R. Dunn, and the undersigned Assistant United States Attorney, respectfully moves to restrict CM/ECF Document Nos. 1524 and 1525, any attachments, any order revealing the contents of that document, and the brief filed in support of this motion: for the reasons stated in the brief filed in support of this motion.

    The United States requests a "Level 2" Restriction. Pursuant to D.C.COLO.LCrR 47.1 (b), "Level 2" would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "accessible to the filing party, the affected defendant(s), the government, and the Court."

//

//

//

//

//

Dated this 30th day of July, 2020.

                JASON R. DUNN
                UNITED STATES ATTORNEY

*By:*    *s/Guy Till*
        GUY TILL
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone:(303)-454-0100
        Fax: (303) 454-0405

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2020, I electronically filed the foregoing GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 1524 and 1525 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                *s/Stephanie Graham*
                                Stephanie Graham
                                Legal Assistant
                                U.S. Attorney's Office
                                1801 California Street, Suite 1600
                                Denver, Colorado 80202
                                Telephone:(303)-454-0100