# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 14-cr-231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON,

    Defendant.

## ORDER TO RESTRICT DOCUMENT NOS. 1524 and 1525

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that Document numbers 1524 and 1525, as well as any order revealing the contents of those documents, are hereby restricted until further order by the Court.

IT IS ORDERED that Document numbers 1524 and 1525, as well as any order revealing the contents of those documents, are hereby restricted at the "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this _____ day of _____, 2020.

                                                                           _____
                                                                           THE HON. WILLIAM J. MARTINEZ
                                                                           UNITED STATES DISTRICT COURT
                                                                           DISTRICT OF COLORADO