**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RICKY GARRISON,
2.   **JAMES TILLMON,**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

    Defendants.
_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 1528**
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Zachary Phillips, respectfully moves to restrict Document No. 1528, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

Dated this 30th day of July, 2020.

                                    Respectfully submitted,

                                    JASON R. DUNN
                                    United States Attorney

                        By: *s/Zachary H. Phillips*
                            Zachary H. Phillips
                            Assistant U.S. Attorney
                            United States Attorney's Office
                            1801 California St., Suite 1600
                            Denver, Colorado 80202
                            Telephone: (303) 454-0100
                            FAX:   (303) 454-0401
                            e-mail: Zachary.Phillips@usdoj.gov
                            Attorney for the United States

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of July, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 1528** using the CM/ECF system and a copy was sent via e-mail to all counsel of record in this case.

                    *s/Maggie E. Grenvik*
                      Maggie E. Grenvik
                      Legal Assistant