**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RICKY GARRISON,
2.   **JAMES TILLMON,**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

    Defendants.

_____

**ORDER TO RESTRICT DOCUMENT NO. 1528**
_____

    This matter is before the Court on the Government's Motion to Restrict Document No. 1528.   Upon consideration and for good cause shown,

    IT IS ORDERED that Document No. 1528, the United States' Brief in Support of Motion to Restrict Document No. 1528, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

    IT IS ORDERED that Document No. 1528 shall be restricted to a "Level 2" and will be "viewable by selected parties & Court" only.

IT IS SO ORDERED on this _____ day of July, 2020.

BY THE COURT:

_____
JUDGE WILLIAM J. MARTINEZ
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO