## RELEASE PLAN FOR RICKY GARRISON

Upon release from custody Ricky Garrison will live with his longtime girlfriend Latisha Washington and her two young children. Ms. Washington lives at 4900 N. Trenton Street, Unit 128, Denver, Colorado.



Ms. Washington has lived in this home for 4 years and said the home is set up in a manner for Ricky to quarantine for at least 14 days in his own bedroom upon his release. Ms. Washington is a LPN and currently works at the VA Hospital in Denver and will ensure Ricky remains under quarantine and that her children are not around him during this time period.

Ms. Washington does not own or possess any firearms in her home, nor does she possess or consume alcohol in her home.

Ms. Washington is committed to helping Ricky to follow all of the rules of his release, to remain clean and sober, follow the rules of any probationary sentence, and seek and obtain gainful employment.

Finally, Ms. Wasington will ensure Ricky has safe travel directly from Pekin, Illinois to Denver, Colorado upon his release.