FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

August 10, 2020

Christopher M. Wolpert  
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICKY GARRISON,

    Defendant - Appellant.

No. 20-1168  
(D.C. No. 1:19-CV-03125-WJM)  
(D. Colo.)

---

## ORDER

---

This matter is before the court on the appellant's status report filed August 10, 2020. The appellant reports that the district court has not yet decided his Rule 59(e) motion. (Dist. Ct. Docket No. 1496.) Our independent review of the district court docket confirmed that the Rule 59(e) motion is still pending. Accordingly, proceedings in this appeal remain abated until the district court disposes of the post-judgment motion.

The appellant shall file another status report within five days after he receives his copy of the district court's order disposing of the Rule 59(e) motion. If he has not received notice that the district court entered an order on the Rule 59(e) motion by September 10, 2020, he shall file another report in this court to advise us of what he knows about the status of his post-judgment motion at that time.

The court will provide additional direction after one of the two previously described events occurs.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
    Counsel to the Clerk