IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

1.   RICKY GARRISON,
2.   **JAMES TILLMON,**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

       Defendants.

---

## DEFENDANT JAMES TILLMON'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

---

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby moves this Court to grant him an extension of 7 days from August 17, 2020 until August 24, 2020 in which to file his reply to the government's response (ECF # 1528) to Mr. Tillmon's motion (ECF # 1488) and supplement (ECF # 1519) to his motion for a compassionate release. As grounds for this request, Mr. Tillmon states as follows:

    1.   On April 14, 2020, Mr. Tillmon filed a *pro se Motion for Compassion [sic]*

*Release*. (ECF # 1488.)

2. On July 15, 2020, counsel for Mr. Tillman filed a supplement to Mr. Tillmon's motion for compassionate release. (ECF # 1519.)

3. On July 30, 2020, the government filed its response to Mr. Tillmon's motion and supplement. (ECF # 1528.)

4. On August 4, 2020, the Court ordered Mr. Tillmon to file a reply to the government's response on or before August 17, 2020. (ECF # 1532.)

5. As Mr. Tillmon stated in his supplement, it was "defense counsel's understanding from Mr. Tillmon that he will be transporting himself by Greyhound Bus to the Independence House South half-way house in Denver, Colorado, leaving USP Beaumont on August 12, 2020 and reporting to the half-way house by August 14, 2020." ECF # 1519 at 3.

6. In fact, as of Friday, August 14, 2020, Mr. Tillmon had not left USP Bearmont and, to the best of counsel's knowledge, has not yet as of this date left USP Beaumont.

7. It is counsel's understanding that the problem with releasing Mr. Tillmon to the half-way house is that he had two outstanding payments due on old traffic tickets but that Mr. Tillmon has now taken care of these matters so that the warrants for these tickets should have been quashed and, thus, there should no longer be any detainer or problem prohibiting his transfer to the half-way house. These matters were resolved only last week and it may be taking some time for the records to show that they have been resolved.

8. If and when Mr. Tillmon is transferred to the half-way house, this compassionate release proceeding will become moot and Mr. Tillmon will file a motion to

dismiss without prejudice his compassionate release motion.

9.  If Mr. Tilllmon does not get transferred to the half-way house, a number of his circumstances previously presented in his motion and supplement will have changed which will be relevant to the Court's consideration of his motion for compassionate release and Mr. Tillmon would then need to present and address these changes to the Court in his reply.

10.  Thus, counsel is requesting an extension of time to file his reply to determine whether to file a motion to dismiss in which case no reply is needed or to include additional information regarding his changed status when filing his reply.

11.  Defense counsel has discussed this motion with A.U.S.A Zachary Phillips who stated that the government does not oppose this request for a 7-day extension until August 24, 2020 in which to file his reply.

WHEREFORE, Mr. Tillmon requests that this Court grant him an extension of 7 days from August 17, 2020 until August 24, 2020 in which to file his reply.

DATED this 17th day of August, 2020.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email: *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2020, I electronically filed the foregoing *Defendant James Tillmon's Unopposed Motion for Extension of Time to File Reply* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | zachary.phillips@usdoj.gov |
| A.U.S.A. Wayne Campbell | wayne.campbell@usdoj.gov |
| Mitchell Baker | mitchbaker@estreet.com |
| James Castle | Jcastlelaw@aol.com |
| Leslee Barnicle | barniclelaw@aol.com |
| Philip W. Ogden | phil@coloradospringslaw.net |
| Andres Guevara | andres@guevaracoloradolaw.com |
| Forrest W. Lewis | flewispc@aol.com |
| Lynn Anne Pierce | lpierce.blp@comcast.net |
| David L. Owern, Jr. | davidowen@lodopc.com |
| Adam Michael Tucker | adamtuckerlaw@gmail.com |
| Robert Berger | robberger@qwestoffice.net |
| Elisa Julie Moran | Elisaatty@aol.com |
| John Mosby | john_mosby@msn.com |
| Peter Menges | pmenges@mengeslaw.com |
| Patrick J. Burke | Patrick-J-Burke@msn.com |
| Thomas Ward | tward@wardlawdenver.com |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

James Tillmon                                    *Via U.S. mail*

                                                             *s/Clifford J. Barnard*

                                                             Clifford J. Barnard
                                                             Attorney for Defendant Tillmon