IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1.   RICKY GARRISON,
2.   **JAMES TILLMON,**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

        Defendants.

---

## DEFENDANT JAMES TILLMON'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

---

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby moves this Court to grant him an extension of 21 days from August 24, 2020 until September 14, 2020 in which to file his reply to the government's response (ECF # 1528) to Mr. Tillmon's motion (ECF # 1488) and supplement (ECF # 1519) to his motion for a compassionate release. As grounds for this request, Mr. Tillmon states as follows:

    1.   On April 14, 2020, Mr. Tillmon filed a *pro se Motion for Compassion [sic]*

*Release*. (ECF # 1488.)

2.    On July 15, 2020, counsel for Mr. Tillman filed a supplement to Mr. Tillmon's motion for compassionate release. (ECF # 1519.)

3.    On July 30, 2020, the government filed its response to Mr. Tillmon's motion and supplement. (ECF # 1528.)

4.    On August 4, 2020, the Court ordered Mr. Tillmon to file his reply to the government's response on or before August 17, 2020. (ECF # 1532.)

5.    On August 18, 2020, the Court granted Mr. Tillmon's motion for an extension and ordered Mr. Tillmon to file his reply to the government's response on or before August 24, 2020. (ECF # 1535.)

6.    Mr. Tillmon has reported to defense counsel that, during the week of August 17-21, 2020, there was an outbreak of COVID-19 cases at USP Beaumont and, thus, no one was being released from the facility during that period. The numbers published by the BOP regarding COVID-19 cases at USP Beaumont shows that inmate COVID infections at the facility have significantly increased in the recent past:

| Date | Cases |
|---|---|
| July 14, 2020 | 1 inmate with COVID-19[1] |
| August 19, 2020 | 36 inmates with COVID-19 |
| August 22, 2020 | 55 inmates with COVID-19 |
| August 23, 2020 | 54 inmates with COVID-19 [2] |

7.    As of Wednesday, August 19, 2020 when defense counsel had a legal telephone call with him, Mr. Tillmon had not left USP Bearmont and, to the best of counsel's knowledge, has not as of this date left USP Beaumont.

---

[1]  This is the number reported in Mr. Tillmon's *Supplement* (ECF # 1519).

[2]  *See* https://www.bop.gov/coronavirus/index.jsp.

-2-

8.     Mr. Tillmon has informed counsel that two inmates who were scheduled to leave the facility on August 18 or 19, 2020 did not leave and are being held in two-week quarantine until approximately September 3, 2020 when they will then be shipped out of USP Beaumont.

9.     Thus, it is believed that Mr. Tillmon will also be kept at USP Beaumont until he has cleared a two-week quarantine around September 3, 2020 when he should then be transferred to the Independence House South half-way house in Denver, Colorado.[3]

10.    Mr. Tilllmon is requesting an extension until September 14, 2020 to give extra time in which to make certain that there is enough time for him to clear quarantine and be transferred to the half-way house.

11.    If and when Mr. Tillmon is transferred to the half-way house, this compassionate release proceeding will become moot and Mr. Tillmon will file a motion to dismiss without prejudice his compassionate release motion.

12.    If Mr. Tilllmon does not get transferred to the half-way house, a number of his circumstances previously presented in his motion and supplement will have changed which will be relevant to the Court's consideration of his motion for compassionate release and Mr. Tillmon would then need to present and address these changes to the Court in his reply.

13.    Thus, counsel is requesting an extension of time to file his reply to determine whether to file a motion to dismiss in which case no reply is needed or to include additional

---

[3] It is counsel's understanding that Mr. Tillmon's problem of two outstanding payments (and thus warrants and detainers) on traffic cases have been resolved but were not resolved soon enough for Mr. Tillmon to be sent to the half-way house before August 17, 2020.

information regarding his changed status when filing his reply.

14.     Defense counsel has discussed this motion with A.U.S.A Zachary Phillips who stated that the government does not oppose this request for a 21-day extension until September 14, 2020 in which to file his reply.

WHEREFORE, Mr. Tillmon requests that this Court grant him an extension of 21 days from August 24, 2020 until September 14, 2020 in which to file his reply.

DATED this 24th day of August, 2020.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2020, I electronically filed the foregoing *Defendant James Tillmon's Unopposed Motion for Extension of Time to File Reply* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | *zachary.phillips@usdoj.gov* |
| A.U.S.A. Wayne Campbell | *wayne.campbell@usdoj.gov* |
| Mitchell Baker | *mitchbaker@estreet.com* |
| James Castle | *Jcastlelaw@aol.com* |
| Leslee Barnicle | *barniclelaw@aol.com* |
| Philip W. Ogden | *phil@coloradospringslaw.net* |

| | |
|---|---|
| Andres Guevara | *andres@guevaracoloradolaw.com* |
| Forrest W. Lewis | *flewispc@aol.com* |
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |
| Thomas Ward | *tward@wardlawdenver.com* |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

James Tillmon                                *Via U.S. mail*

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Tillmon

−5−