FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 01 2020

JEFFREY P. COLWELL
CLERK

8-26-20

Dear Judge Martinez,

These last 76 months of my life has been the most enlightening experience of my life, not because of no other person but myself and myself alone. I take full responsibility for my actions and my ignorance that led me along my path of destructive behavior; not only has my actions affected my family and I, it has affected people in my community were I have supplied poison to help hurt and aid more destructive behavior of people who are just like me and come from bad communities just like I did.

Upon arrival at my facility I immediately employed a new mental state to correct my long existing street philosophy. It has been hard for me to comprehend and retain information depending on the gravity of literature I read but, I still keep reading and it has helped me realize how much I have been missing about myself and the world and how important education is for me. I have completed and enrolled in every single program or education course available for me, I even have enclosed (Exhibit A), a letter that I have been sending to non-profit organizations and foundations that help incarcerated individuals get funding for college that I have been sending to different groups for 8 months to a year with no good results on finding funding to help. Now in current state of COVID-19 pandemic where we have been lockdown since April 2020, all education at facility is terminated and the main concern is getting corona virus

or a potential lawsuit the facility may face, and on top of no rehabilitative activity how can you truly focus on being positive when you have family dealing with the crisis without our assistance.

My grandfather Charles Garrison and my younger cousin Michael Farah both passed away to cancer, one cousin to heroin overdose, one aunt to crack cocaine, and her son just committed suicide Nov 15, 2019, Jamaal Garrison he was my brother. My father contracted COVID-19 in April in which he already had parkinson's he is now in a rehabilitative center because it shut him down completely and he is retraining to walk. My mother has lupus in which she is afraid to leave her home so my daughter really has no family assistance, the television has made her believe the COVID-19 is a hoax and she is now 9 years old whereas she was 3 in the beginning of my incarceration. My daughter is multiracial, and I do my best via telephone but, without her normal school routine and all matters social, political, economic, and now COVID-19 crisis it's leading my child to massive confusion even she speaks to me about George Floyd and she is 9 years old, only so much can be explained.

I truly have been trying to do my best I can to educate myself because prison does not change you,

helps you realize where your attention should be and gives you time to focus on correcting the long suffered ignorance. I did deserve to be punished and take responsibility but, I do not beleive I deserve to suffer from irrepairable harm due to the COVID-19 and lack of medical care while sitting stagnet at a facility powerless waiting for a vaccine that may not come for years ahead. This is the first time this has happened in our society where it is almost experimental while people's lives our at stake, no testing has been done and I've been trying to be seen by doctors since June in which my blood has been and should be monitored because of the steroids I have been prescribed, to no avail no appt's have been made.

    My current health issues are very concerning when coupled with COVID-19 and it is very scary and stressful, I apologize to the Court for my past indescresions and I am truly fighting for a better future, asking the Court for a second chance to seek proper medical care and steer free of the COVID-19 virus so I can remain healthy and help with the safety of my family.

    Thank you for your consideration

Enclosed: Exhibit A (letter for college funding)
        Exhibit B (Medical records)

Dear Foundation,

    My name is Ricky Kamil Garrison, I am currently an inmate at the Federal Correctional Institute at Pekin, Illinois. I am a 36 year old African American Father, striving to better myself for my own future, as well as my children's future.

    I have been incarcerated since May of 2014 on a term of 156 months prison sentence for drug distribution. Since being incarcerated, I have completed all classes that FCI Pekin has to offer and that I have been selected for. Due to the population of over 1,000 inmates, the waiting list for certain trades are extremely long, which makes it more difficult for an individual to continue their education. During the process of seeking to further my education, I have found that my options are extremely limited. However, I came across your organization through research, which offers grants for individuals looking to further their education. One of the hurdles that I face in furthering my education, is that I'm indigent, which means that I do not have any money or resources coming in, so I am unable to fund my own education. Also, FAFSA is not offered to incarcerated individuals at this time.

    By reaching out to your organization, I am wondering as to what the protocol is and what is takes for your assistance. Through my time being incarcerated, I have learned that I need to educate myself as to what options are out there for me. I look forward to hearing back from you as to what steps I have to take for your consideration.

Respectfully,

X_____

Ricky Garrison #40459-013
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

**PEK/Medical Records~ - Re: Fwd: \*\*\*Request to Staff\*\*\* GARRISON, RICKY, Reg# 40459013, PEK-A-A**

**From:** PEK/Medical Records~
**To:** PEK/InmateToHealthSvcs.PEK_ADM1.PEK_DOM1@bop.gov
**Subject:** Re: Fwd: \*\*\*Request to Staff\*\*\* GARRISON, RICKY, Reg# 40459013, PEK-A-A

In an effort to expedite RIS/CARES/Compassionate Release requests, I am providing your Health Problems list. You will receive your Health Problems list via institution mail in a sealed envelope.

If you still require additional medical records, please submit another copout detailing your requested records. Please note, requests for entire record may result in a fee. Requests for additional records, including "entire medical record" will be treated as a routine request. Time for completion is dependent on volume of requests received.

If you are releasing to the community you don't need to request medical records. Health Information Management has implemented a more thorough process to assist with the reentry continuation of care. A packet of pertinent medical records will automatically be provided along with other releasing documents and medications in R&D.

Thank you,
D. Connett, HIT 8-27-20

>>> PEK/InmateToHealthSvcs 7/22/2020 10:36 AM >>>

>>> ~^!"GARRISON, ~^!RICKY" <40459013@inmatemessage.com> 7/22/2020 10:29 AM >>>
To: medical records...
Inmate Work Assignment: library

\*\*\*ATTENTION\*\*\*

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
20883d09-6435-4f9b-8828-67ff07ec2331
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

\*\*\*Inmate Message Below\*\*\*

I am requestign my medical records for court filings please and thank you..

Greatly appreciated!!

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 40459-013    Inmate Name: GARRISON, RICKY

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Other malaise and fatigue<br>09/08/2015 21:39 EST  Cordova, Frankie NP-C | III | ICD-9 | 780.79 | 09/08/2015 | Current | 09/08/2015 |
| Testicular dysfunction<br>09/19/2018 12:33 EST  Lee Ho, Jeffrey MD | | ICD-10 | E299 | 09/19/2018 | Current | |
| Myopia<br>08/08/2018 09:17 EST  Henline, Jeffrey OD | | ICD-10 | H5210 | 08/08/2018 | Current | |
| Impacted teeth<br>06/19/2019 13:32 EST  Rivera-Martinez, Angel D.D.S.<br>Fully impacted tooth #16: no major pain at this moment. Partially erupted tooth #17: no pain or chewing discomfort. No infection. | | ICD-10 | K011 | 06/19/2019 | Current | 06/19/2019 |
| Unspecified hemorrhoids<br>01/10/2020 14:06 EST  Lee Ho, Jeffrey MD | | ICD-10 | K649 | 01/10/2020 | Current | |
| Elevated blood-pressure reading, w/o diagnosis of htn<br>06/11/2020 11:32 EST  Johnson, Danielle PA-C | | ICD-10 | R030 | 06/11/2020 | Current | |
| Pain, unspecified<br>01/02/2020 12:52 EST  Lee Ho, Jeffrey MD<br>left shoulder | | ICD-10 | R52 | 01/02/2020 | Current | |
| Encounter for general adult medical exam without abnormal findings<br>03/19/2019 14:11 EST  Johnson, Danielle PA-C | | ICD-10 | Z0000 | 03/19/2019 | Current | |
| 05/10/2019 13:32 EST  Wade, Amy RN, IOP/IDC | | | | 05/10/2019 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Dermatophytosis of foot (Tinea pedis)<br>09/26/2018 13:26 EST  Lee Ho, Jeffrey MD | III | ICD-9 | 110.4 | 03/13/2015 | Resolved | 09/26/2018 |
| 03/13/2015 17:05 EST  Urbano, Percival MLP | III | ICD-9 | 110.4 | 03/13/2015 | Current | 03/13/2015 |
| Unspecified hemorrhoids without mention of comp | | | | | | |

Generated 08/27/2020 07:27 by Connett, Dawn HIT    Bureau of Prisons - PEK    Page 1 of 2

Reg #: 40459-013        Inmate Name: GARRISON, RICKY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 08/02/2019 13:23 EST  Lee Ho, Jeffrey MD | III | ICD-9 | 455.6 | 09/08/2015 | Resolved | 08/02/2019 |
| 09/08/2015 21:39 EST  Cordova, Frankie NP-C | III | ICD-9 | 455.6 | 09/08/2015 | Current | 09/08/2015 |
| Injury to peroneal nerve | | | | | | |
| 09/26/2018 13:26 EST  Lee Ho, Jeffrey MD | III | ICD-9 | 956.3 | 10/31/2014 | Resolved | 09/26/2018 |
| 10/31/2014 16:19 EST  Urbano, Percival MLP | III | ICD-9 | 956.3 | 10/31/2014 | Current | 10/31/2014 |
| Bacterial foodborne intoxication | | | | | | |
| 02/26/2018 14:05 EST  Cordova, Frankie NP-C | | ICD-10 | A059 | 02/25/2018 | Resolved | 02/26/2018 |
| 02/25/2018 18:32 EST  Cordova, Frankie NP-C | | ICD-10 | A059 | 02/25/2018 | Current | |
| Infectious gastroenteritis and colitis, unspecified | | | | | | |
| 09/26/2018 13:26 EST  Lee Ho, Jeffrey MD | | ICD-10 | A09 | 02/26/2018 | Resolved | 09/26/2018 |
| 02/26/2018 14:05 EST  Cordova, Frankie NP-C | | ICD-10 | A09 | 02/26/2018 | Current | |
| Pain, unspecified | | | | | | |
| 06/19/2019 13:42 EST  Rivera-Martinez, Angel D.D.S. occasionally pain or pressure in #16 and #17 area(no defined pain), RX. | | ICD-10 | R52 | 06/19/2019 | Resolved | 06/19/2019 |
| 06/19/2019 13:32 EST  Rivera-Martinez, Angel D.D.S. occasionally pain or pressure in #16 and #17 area(no defined pain) | | ICD-10 | R52 | 06/19/2019 | Current | |

Total: 15

⇨40459-013⇦

Ricky Garrison
40459-013
Federal Correctional Institution
P O Box 5000
Pekin, IL 61555
United States

PEORIA IL 616
28 AUG 2020 PM 2 T

legal mail:

RECEIVED
AUG 28 2020
FCI PEKIN
MAIL ROOM

⇨40459-013⇦
Us District Court
#A105
901 19TH ST
Denver, CO 80294
United States

80294$2501

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 01 2020
JEFFREY P. COLWELL
CLERK

The enclosed special mailing p... to you. The letter has ... nor inspected. If the w... question or problem over which ... has jurisdiction, you may wish to re... material for further information or clarific... If the writer encloses correspondence for forwarding to another ...dressee, please return the enclosure to the above address.

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000