**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**September 9, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICKY GARRISON,

    Defendant - Appellant.

No. 20-1168
(D.C. No. 1:19-CV-03125-WJM)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on the appellant's status report filed September 8, 2020. The appellant reports that the district court has not yet decided his Rule 59(e) motion. (Dist. Ct. Docket No. 1496.) Our independent review of the district court docket confirmed that the Rule 59(e) motion is still pending. Accordingly, proceedings in this appeal remain abated until the district court disposes of the post-judgment motion.

The appellant shall file another status report within five days after he receives his copy of the district court's order disposing of the Rule 59(e) motion. If he has not received notice that the district court entered an order on the Rule 59(e) motion by October 9, 2020, he shall file another report in this court to advise us of what he knows about the status of his post-judgment motion at that time.

We remind the appellant that this appeal is not yet ripe and proceedings in this court cannot move forward until the district court enters an order disposing of the appellant's Rule 59(e) motion. Fed. R. App. P. 4(a)(4)(B)(i).

The court will provide additional direction after one of the two previously described events occurs.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    *Lara Smith*

    by: Lara Smith
        Counsel to the Clerk