IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

1.   RICKY GARRISON,
2.   **JAMES TILLMON,**
3.   CHRISTOPHER MARTINEZ,
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

        Defendants.

---

## DEFENDANT JAMES TILLMON'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

---

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby moves this Court to grant him an extension of 21 days from September 14, 2020 until October 5, 2020 in which to file his reply to the government's response (ECF # 1528) to Mr. Tillmon's motion (ECF # 1488) and supplement (ECF # 1519) to his motion for a compassionate release. As grounds for this request, Mr. Tillmon states as follows:

    1.    Although Mr. Tillmon has already received several extensions of time in which

to file his reply brief, he is making this one last request.

2. As of today, Monday, September 14, 2020, Mr. Tillmon still has not left USP Beaumont to be transferred to the Independence House South half-way house in Denver, Colorado.

3. It is defense counsel's understanding that there were two problems preventing his transfer: (1) there had been an outstanding warrant out of a 2013 Arapahoe County, Colorado case based on Mr. Tillmon's failure to complete his plea agreement by failing to pay his fine and costs; and (2) there had been an outstanding warrant out of a 2005 Flint, Michigan case based on Mr. Tillmon's failure to complete some of the terms of his plea agreement in that case.

4. With regard to the Arapahoe County, Colorado case, the fines and costs have been paid, the "Warrant Cancelled" and the "Case Closed." (Register of Actions.) Undersigned counsel has faxed to USP Beaumont a copy of the Arapahoe County, Colorado case Register of Actions which indicates the cancellation of the warrant and the case being closed.

5. With regard to the Flint, Michigan case, the problems have been addressed and, on August 13, 2020, the Court issued an order that "The Bench Warrant is dismissed" and fines and costs have been paid, the "Warrant Cancelled" and the "Case Closed." and that the case was closed. Undersigned counsel had previously faxed to USP Beaumont a copy of the Flint, Michigan order which indicates the dismissal of the warrant and the case being closed.

6. USP Beaumont has not yet acknowledged that the detainers on Mr. Tillmon have been removed.

7.      It is hoped that USP Beaumont will shortly acknowledge that the detainers are no longer in effect and that Mr. Tillmon can then be transferred to the half-way house in Denver, Colorado.

8.      If Mr. Tillmon does not get transferred to the half-way house, a number of his circumstances previously presented in his motion and supplement will have changed which will be relevant to the Court's consideration of his motion for compassionate release and Mr. Tillmon would then need to present and address these changes to the Court in his reply.

9.      Thus, counsel is requesting an extension of time to file his reply to determine whether to file a motion to dismiss in which case no reply is needed or to include additional information regarding his changed status when filing his reply.

10.     Defense counsel has discussed this motion with A.U.S.A Zachary Phillips who stated that the government does not oppose this request for a 21-day extension until October 5, 2020 in which to file his reply.

WHEREFORE, Mr. Tillmon requests that this Court grant him an extension of 21 days from September 14, 2020 until October 5, 2020 in which to file his reply.

DATED this 14th day of September, 2020.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349

Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2020, I electronically filed the foregoing *Defendant James Tillmon's Unopposed Motion for Extension of Time to File Reply* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | zachary.phillips@usdoj.gov |
| A.U.S.A. Wayne Campbell | wayne.campbell@usdoj.gov |
| Mitchell Baker | mitchbaker@estreet.com |
| James Castle | Jcastlelaw@aol.com |
| Leslee Barnicle | barniclelaw@aol.com |
| Philip W. Ogden | phil@coloradospringslaw.net |
| Andres Guevara | andres@guevaracoloradolaw.com |
| Forrest W. Lewis | flewispc@aol.com |
| Lynn Anne Pierce | lpierce.blp@comcast.net |
| David L. Owern, Jr. | davidowen@lodopc.com |
| Adam Michael Tucker | adamtuckerlaw@gmail.com |
| Robert Berger | robberger@qwestoffice.net |
| Elisa Julie Moran | Elisaatty@aol.com |
| John Mosby | john_mosby@msn.com |
| Peter Menges | pmenges@mengeslaw.com |
| Patrick J. Burke | Patrick-J-Burke@msn.com |
| Thomas Ward | tward@wardlawdenver.com |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

| | |
|---|---|
| James Tillmon | *Via U.S. mail* |

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Tillmon

−4−