IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1.    RICKY GARRISON,
2.    **JAMES TILLMON,**
3.    CHRISTOPHER MARTINEZ,
4.    FRANCISCO AGUILAR,,
5.    SIMEON RAMIREZ,,
6.    CHRISTOPHER VIGIL,
7.    TRAVIS EDWARDS,
8.    DONDRAI FISHER,
9.    ARCHIE POOLE,
10.  LUIS RAMIREZ,
11.  MELVIN TURNER,
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

        Defendants.

## DEFENDANT TILLMON'S MOTION TO DISMISS WITHOUT PREJUDICE

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby moves this Court to dismiss his *Motion for Compassionate Release* (Doc. No. 1488) and *Supplement to His Motion for Compassionate Release* (Doc. No. 1519) without prejudice for the following reasons:

    1.    Mr. Tillmon has previously filed three unopposed motions for extensions of time in which to file his reply brief to the government's opposition to his motion for

compassionate release and the Court has granted those motions.

2. Mr. Tillmon's reply brief is presently due on October 5, 2020.

3. Mr. Tillmon had previously been scheduled to be transferred to the Independence House South half-way house in Denver, Colorado.

4. It is defense counsel's understanding that there have been two problems preventing his transfer: (1) an outstanding warrant out of a 2013 Arapahoe County, Colorado case; and (2) an outstanding warrant out of a 2005 Flint, Michigan case.

5. Both of these matters have been resolved and Mr. Tillmon is waiting for the detainers based on these warrants to be lifted.

6. As of today, Monday, October 5, 2020, Mr. Tillmon is still at USP Beaumont.

7. It is expected that Mr. Tillmon will shortly be transferred to the half-way house in Denver, Colorado.

8. Once Mr. Tillmon has been transferred to the half-way house, his motion for a compassionate release will become moot.

9. Rather than requesting another extension, Mr. Tillmon is requesting that the Court dismiss his compassionate release motion without prejudice so that, if he eventually is not transferred to the halfway house and there continues to be a basis for a motion for compassionate release, he will then be able to file it with a motion for compassionate release with updated information.

10. Defense counsel has discussed this motion with A.U.S.A Zachary Phillips who stated that the government does not oppose this request for a dismissal without prejudice.

WHEREFORE, Mr. Tillmon requests that this Court dismiss his motion for

compassionate release without prejudice.

DATED this 5th day of October, 2020.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email: *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2020, I electronically filed the foregoing *Defendant Tillmon's Motion to Dismiss Without Prejudice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | zachary.phillips@usdoj.gov |
| A.U.S.A. Wayne Campbell | wayne.campbell@usdoj.gov |
| Mitchell Baker | mitchbaker@estreet.com |
| James Castle | Jcastlelaw@aol.com |
| Leslee Barnicle | barniclelaw@aol.com |
| Philip W. Ogden | phil@coloradospringslaw.net |
| Andres Guevara | andres@guevaracoloradolaw.com |
| Forrest W. Lewis | flewispc@aol.com |
| Lynn Anne Pierce | lpierce.blp@comcast.net |
| David L. Owern, Jr. | davidowen@lodopc.com |
| Adam Michael Tucker | adamtuckerlaw@gmail.com |
| Robert Berger | robberger@qwestoffice.net |
| Elisa Julie Moran | Elisaatty@aol.com |
| John Mosby | john_mosby@msn.com |

    Peter Menges                            *pmenges@mengeslaw.com*
    Patrick J. Burke                       *Patrick-J-Burke@msn.com*
    Thomas Ward                           *tward@wardlawdenver.com*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    James Tillmon                           *Via U.S. mail*

                                              *s/Clifford J. Barnard*

                                              Clifford J. Barnard
                                              Attorney for Defendant Tillmon