FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**October 13, 2020**

———————————————

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICKY GARRISON,

    Defendant - Appellant.

No. 20-1168
(D.C. No. 1:19-CV-03125-WJM)
(D. Colo.)

———————————————

**ORDER**

———————————————

This matter is before the court following review of the pro se appellant's status report dated October 4, 2020, and filed October 13, 2020. Upon consideration, and after our own review of the district court docket, we will continue the abatement of in this appeal.

The appellant shall file a notice in this court promptly after the district court enters an order disposing of his Rule 59(e) motion. (Dist. Ct. Docket No. 1496). We also ask the district court to transmit a supplemental preliminary record on appeal as soon as practical after entry of the order(s) addressing the appellant's post-judgment motion.

If the district court has not disposed of the appellant's post-judgment motion by November 13, 2020, the appellant shall file another status report in this court advising of what proceeding have occurred in the district court, even if he has not been advised of any.

The appellant is reminded that this appeal *cannot proceed* until the district court decides the motion to reconsider. The notice of appeal does not become effective until the post-judgment motion has been decided. Fed. R. App. P. 4(a)(4)(B)(i). In other words, this court does not yet have jurisdiction and will not until the motion to reconsider has been disposed of.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        *Lara Smith*

        by: Lara Smith
           Counsel to the Clerk