Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

October 27, 2020

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 02 2020
JEFFREY P. COLWELL
CLERK

United States District Court
Judge William Martinez
901-19th st, Room A105
Denver, CO 80294

Re: Compassionate Release; Case #14-cr-0231-WJM

Dear Judge Martinez,

There has been a terrible COVID outbreak at FCI Pekin, the facility has been back on 24-hour lockdown status since October 13, 2020. I still remain untested for COVID, no labwork whatsoever for current and ongoing health issues where on BP-11 status for labwork of pre-diabetic state the facility notified me of.

While facility lockdown due to crisis, inmates are still being brought into facility where positive tests have occured, and since order of Attorney General Barr April

3, 2020 finding "emergency conditions are materially affecting the functioning of the Bureau," FCI Pekin has ignored the orders by AG Barr not releasing any inmates by way of "Cares Act" or "compassionate release," as it is the Bureau's obligation to protect the health and safety of all inmates. My Eighth Amendment rights have been violated, during lockdown of COVID crisis defendant is not receiving adequate food intake that meets BOP policy of nutritional standards, shelter is compromised under 24 hour lockdown which is a violation of BOP policy unless for disciplinary sanction in the SHU where you still receive 1 hour recreation daily, here we get 1 shower every 3 days a rushed 10-15 minutes causing extreme mental health issues and officials have allowed inmates to catch COVID from their unprotective practices by not following CDC guidelines when staff leaves facility after work, medical care is non-existent medical cop-out submitted in June and still have not seen doctor or had labwork performed.

Not only is defendant at risk of catching COVID, defendant is also at risk of ongoing lockdown causing other health issues and being unaware because inmates cannot receive adequate health care.

Asking the Court to review Defendants status as an emergency situation, these are inhumane conditions of confinement, being stripped of self-protection, access to outside aid, the BOP officials should not be allowed to just let nature take its course while defendant and other inmates suffer irrepairable harm. The virus is still not under control worldwide, still spreading world-wide, and has never been contained in regards to inmates or staff in the Bureau of Prisons. The CDC guidelines, the effect of COVID-19 to mind and body are all hypothetical because each individual shows different signs, doctors and specialists are still learning day by day, case by case, while defendant and other inmates are forced to wait to catch a virus and wonder what will happen while their is no vaccine.

All programs are terminated "Education, Psychology, Religious Services," no access to law library, these are all violations, there cannot be a rehabilitative effort without educational courses.

Asking the Court to do an emergency action and look into the facilities course of action when determining pending compassionate release, my health is a concern, the COVID is of concern, the violation of my Constitutional Rights



should be front and center ethically and morally. These are inhumane conditions and my mental and physical health should be considered where I risk suffering from irrepairable harm or death.

Thank you for your consideration,

X [signature]

Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555



⇔40459-013⇔
Ricky Garrison
40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

Legal mail!

⇔40459-013⇔
Us District Court
#A105
901 19TH ST
Denver, CO 80294
United States

80294$2501

PEORIA IL 616
28 OCT 2020 PM 2 L

RECEIVED
OCT 28 2020
FCI PEKIN
MAIL ROOM

FOREVER / USA

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.