Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

November 23, 2020

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2020

JEFFEREY P. COLWELL
CLERK

United States District Court
Clerk of the Court
901 - 19th st.; Room A105
Denver, CO 80294

Re: Civ Case no. 1:19-cv-03125-WJM
"United States Response to Motion under 28 USC § 2255 [DOC. 1478]"
Document # 1482

Dear Clerk of Court,

I did receive this Document 1482 from the Government but, I did not receive an attachment that should have been included, "Exhibit 1" was not received with motion. It is in Section II of the argument, can the clerk please send me a copy of Exhibit 1 being I am a pro se litigant and it was never received?

Thank you,

x *Ricky Ga[rrison]*
Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

Ricky Garrison #90459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

PEORIA IL 616
23 NOV 2020 PM 1 L

United States District Court
Clerk of Court
901 - 19th St, Room A105
Denver, CO 80294

8029432501