United States District Court
for the District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 30 2020

JEFFREY P. COLWELL
CLERK

Ricky Garrison,
Petitioner,

Crim Case no: 14-cr-231-WJM-1

V.

Civ Action no: 19-cv-3125-WJM

United States of America,
Respondent.

## MOTION TO SUPPLEMENT RULE 59(e) FILING BY PETITIONER

COMES NOW, Petitioner, Ricky Garrison pro se asking the District Court to allow this amendment to slightly adjust wording.

Petitioner filed Motion to Vacate, Alter or Amend Judgement Pursuant to Fed.R.Civ.P. 59(e) on May 1, 2020, Document # 1496, as of to date the Court has not ordered Government to respond, so filing is being abated by Court of Appeals.

The basis for this filing of amendment today is in regards to wiretap issue #1 in 59(e) filing. In related § 2255 claim petitioner made an extensive showing of counsel's deficient performance and how it prejudiced the

outcome of proceedings, so being the Court did not consider the untimely filed motions by Leonard Miller (Document #1051) for their merit, petitioner filed 59(e) pointing out to the Court why they should have been considered under judicial review in the interests of justice.

Now that petitioner has requested a hearing on the matter on 59(e) filing, petitioner is now amending that pleading pointing out since the Court never determined the merit of "Document #1051", now once the Court does petitioner beleives the Court should just suppress all wiretap evidence and remand back for new trial being counsel's ineffective litigation is on record and there is actually no more that can be learned from Leonard Miller relating to the wiretap issue it is all on record, full explanation of Miller's mind state is demonstrated in "Defendant's motion for Reconsideration of Doc #1035 and a Renewed Request to File a Motion to Suppress Pursuant to The Holdings in Franks v. Delaware", filed by Leonard Miller on July 12, 2016, petitioner beleives this is one of the Documents filed as Document #1051 but petitioner does not have docket sheet only the motion dated and certified by Leonard Miller on that date and will submit if needed by Court.

The record is clear and the law is clear, counsel was ineffective, petitioner is waiting for the Court to rectify his Constitional Right violations.

Amendment is only the clarity of wiretap evidence being suppressed for future proceedings, versus a hearing for fact determination of issue, the record is clear.

Therefore, petitioner is asking the Court allow amendment of simple wording differential since it relates back to same issue.

## CONCLUSION

Therefore, in light of all above, petitioner asks Court to suppress all wiretap evidence in relation to issue #1 in 59(e) filing.

Respectfully Submitted,

x Ricky Garrison
Ricky Garrison # 40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

November 23, 2020

**From:**
Ricky Garrison
40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

**To:**
United States District Court
901 - 19th St., Room A105
Denver, CO 80294

PEORIA IL 616
24 NOV 2020 PM 2 T

Mail Room
Federal Correctional Institution
P.O. Box 7000
Pekin, IL 61555-7000

Legal mail.

RECEIVED
NOV 24 2020
FCI PEKIN
MAIL ROOM

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you wish to return the material for further action or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.