Ricky Garrison # 40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

November 23, 2020

Judge William J. Martinez
United States District Court
901-19th St, Room A105
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 30 2020
JEFFREY P. COLWELL
CLERK

Re: Civ Case no: 1:19-cv-03125-WJM
59(e) Filing Document #1496

Dear Judge Martinez,

I recently just called the clerk of court to receive the Government's response to my 59(e), then the clerk notified me that there has not been an order set in place for them to even respond to my filing which was filed on May 1, 2020.

Being I am pro se and ignorrant to law, I assumed that was the way the process always goes I file claim, Court orders Government to respond, then I

wait for the Court's ruling. In this case being it has went the same way every single time my 59(e) motion has been sitting on docket for almost 7 months without even a Court order for rebuttal to Government.

I am confused, proper review cannot even be held because both litigant parties have not submitted claims for it to be under any type of pending review. The letter is asking the Court what is going on? These are Constitutional violations in a time of a national health pandemic, were my allegations are clear, why is the process being handled abnormally? I would love to proceed with my litigation or move forward to Court of Appeals for proper review

Thank you,

x Ricky Garrison
Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

40459-013
Ricky Garrison
40459-013
Federal Correctional Institution
P O Box 5000
Pekin, IL 61555
United States

RECEIVED (legal) mail
NOV 24 2020
FCI PEKIN
MAIL ROOM

United States District Court
901-19th st., Room A105
Denver, CO 80294

PEORIA IL 616

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

8029432501

The enclosed letter was processed through
special mailing procedures for forwarding
to you. The letter has not been opened
nor inspected. If ... raises a
question or problem which this facility
has jurisdiction, you wish to return the
material for further action or clarification.
If the writer encloses correspondence for
forwarding to another addressee, please return
the enclosure to the above address.