IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-231-WJM-1
Civil Action No. 19-cv-3125-WJM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1.     RICKY GARRISON,

    Defendant-Movant.

## UNITED STATES' RESPONSE TO MOTION TO SUPPLEMENT RULE 59(E) FILING [ECF #1549]

This Court denied Ricky Garrison's motion under 28 U.S.C. § 2255 on April 7, 2020. ECF #1486. On May 1, 2020, Garrison filed a Rule 59(e) motion, asking the Court to reconsider that denial. ECF #1496. That motion did little more than rehash the same arguments Garrison made in his initial motion.[1] Now, Garrison has filed a motion to supplement his Rule 59(e) motion, arguing for at least the third time that he is entitled to relief based on the proposed *Franks* motion that his counsel submitted with another motion for reconsideration before trial. ECF #1051-1. This is the same argument Garrison made in his § 2255 motion, his motion to amend that motion, and his motion for reconsideration. ECF #1478, at 3-4 & Ex. A; ECF #1484, at 2; ECF #1496, at 4-5.

---

[1] The government did not respond to Garrison's Rule 59(e) motion, as the Court did not order a response. *Cf.* Rules Governing Section 2255 Proceedings, Rule 5(a) (providing that government need not answer motion unless so ordered).

1

But this Court has already held that Garrison's proposed *Franks* motion was without merit. ECF #1486 at 5-7. Thus, Garrison could not have been prejudiced by his counsel's failure to file it. *Id.* A motion for reconsideration is not an appropriate vehicle "to revisit issues already addressed or advance arguments that could have been raised in prior briefing." *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). That is what Garrison sought to do in his motion for reconsideration. And his newly filed motion to supplement is just a continuation of the same procedurally improper effort.

The motion should therefore be denied. To the extent the motion restates a substantive request for reconsideration, that relief should likewise be denied.

DATED December 7, 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*/s/ Karl L. Schock*
KARL L. SCHOCK
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: karl.schock@usdoj.gov

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/Colorado)**

I hereby certify that on December 7, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Ricky Garrison #40459-013
FCI Pekin
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
PEKIN, IL  61555

/s/Erin Prall
Erin Prall
U.S. Attorney's Office