**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 10, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICKY GARRISON,

    Defendant - Appellant.

No. 20-1168
(D.C. No. 1:19-CV-03125-WJM)
(D. Colo.)

_____

## ORDER
_____

    This matter is before the court following review of the pro se appellant's status report dated December 7, 2020, and filed December 10, 2020. Upon consideration, and after our own review of the district court docket, we will continue the abatement of in this appeal until the district court resolves the pending Rule 59(e) motion. We note the appellant recently filed a pending motion to supplement the Rule 59(e) motion (Dist. Ct. Docket No. 1549), to which the government has responded (*id.* No. 1551).

    The appellant shall file a notice in this court promptly after the district court enters an order disposing of his Rule 59(e) motion and the motion to supplement.

    As soon as is practical after the district court resolves the pending Rule 59(e) motion and motion to supplement the Rule 59(e) motion, we also ask the district court to transmit a supplemental preliminary record on appeal that includes the order(s) addressing these motions.

If the district court has not disposed of the appellant's post-judgment motion by January 15, 2021, the appellant shall file another status report in this court advising of what proceeding have occurred in the district court, even if he has not been advised of any.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
   Counsel to the Clerk