IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

United States of America,

    Plaintiff,

v.

**1.   RICKY GARRISON**

    Defendant.

_____

**MOTION TO WITHDAW AND FOR REMOVAL FROM FEDERAL E-FILING NOTICES**
_____

    COMES NOW the undersigned Attorney, Sean M. McDermott, and requests this Honorable Court to remove him from ECF notifications and be permitted to withdraw as counsel of record for the above referenced case and as grounds therefore states as follows:

    1.    The defendant in this case has been sentenced and the case is closed.

    2.    The undersigned attorney no longer needs to receive e-mail notifications of ECF filings in this case because the defendant has been sentenced and the case is closed.

    WHEREFORE, undersigned counsel respectfully requests to be permitted to withdraw as counsel of record and be removed from e-filing notifications for this case.

Respectfully Submitted,

s/Sean M. McDermott

**Sean M. McDermott**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
smcdermott@mswdenver.com

Dated:   December 15, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, December 15, 2020, I electronically filed the foregoing **MOTION FOR REMOVAL FROM FEDERAL E-FILING NOTICES** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

                                            s/Kindra Rodriguez
                                            Kindra Rodriguez