IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-0231-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**3. CHRISTOPHER MARTINEZ**

     Defendants.

---

### MOTION FOR REMOVAL FROM FEDERAL E-FILING NOTICES

---

COMES NOW the undersigned Attorney, Lisa Fine Moses, and requests this Honorable Court to remove her from ECF notifications for the above referenced case and as grounds therefore states as follows:

1. The undersigned attorney no longer needs to receive e-mail notifications of ECF filings in this case because the defendant has been sentenced and the case is closed.

WHEREFORE, undersigned counsel respectfully requests to be removed from e-filing notifications for this case.

Respectfully Submitted,
/s/ Lisa Fine Moses

Lisa Fine Moses, #23181
5200 DTC Pkwy Suite 410
Greenwood Village, CO 80111
P: 720/644-5342
F: 720/489-3810
lisa@lfmdefense.com
Attorney for the Defendant,
Christopher Martinez

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>Wednesday, December 16, 2020,</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney              /s/ Jessica Hosler
Zachary Hugh Phillips                         Paralegal
Zachary.Phillips@usdoj.gov,                   LFM Defense