Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

January 8, 2020

United States District Court
Willaim J. Martinez
901-19th St; Room A105
Denver, CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 14 2021
JEFFREY P. COLWELL
CLERK

Re: 14-cr-0231-WJM
    1:19-cv-03125 WJM

Dear Court,

I just recently mailed off my traverse to governments reply of my 59(e) Doc #1562, in that motion I state I have not received the alleged plea that was never offered to me in which there response says they resent off on the 21st of Dec.

I just received the plea in the mail yesterday January 7, 2020, and I just wanted to make the Court and the Government aware it has

finally arrived. In the motion I state it still has not been received it has thank you.

Thank you,

X *Ricky G*
Ricky Garrison #40459-013

Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

RECEIVED
JAN 08 2021
FCI PEKIN
MAIL ROOM

PEORIA IL 615
08 JAN 2021 PM 2 T

Mail Room
Federal Correctional Institution
P.O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

United States District Court
901-19th St., Room A105
Denver, CO 80294