**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 19 2021
JEFFREY P. COLWELL
CLERK

Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

December 29, 2020

Judge William J. Martinez
United States District Court
901-19th st.; Room A105
Denver, CO 80294

Re: Case no: 14-cr-231-WJM
    Civil no: 19-cv-3125-WJM

Dear Judge,

Just received the governments opposition to my 59(e) filing, facility is under lockdown just tested positive for COVID-19 asking the Court for additional time to respond to the Governments response it is the holidays and alot of infections from staff to inmates during the holidays.

Thank you,

Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

legal mail:

United States District Court
901-19th St room A105
Denver, CO 80294

RECEIVED
FCI PEKIN
MAIL ROOM
DEC 30 2020

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000