FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

February 1, 2021

Christopher M. Wolpert  
Clerk of Court

———————————————

In re: RICKY GARRISON,

    Petitioner.

No. 20-1434  
(D.C. No. 1:19-CV-03125-WJM)  
(D. Colo.)

———————————————

**ORDER**

———————————————

Before **HARTZ**, **HOLMES**, and **BACHARACH**, Circuit Judges.

———————————————

On December 14, 2020, Ricky Garrison filed a petition for a writ of mandamus requesting that this court direct the district court to order the government to respond to his pending motion under Rule 59(e) of the Federal Rules of Civil Procedure. That motion seeks reconsideration of the district court's denial of his 28 U.S.C. § 2255 motion. On December 15, 2020, the district court ordered the government to respond to Garrison's Rule 59(e) motion on or before December 23, 2020. Because the district court has issued the requested order, we deny the petition as moot. We grant Garrison's motion for leave to proceed on appeal without prepayment of costs or fees.

                                    Entered for the Court

                                    CHRISTOPHER M. WOLPERT, Clerk