| ✎PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 1:14CR00231-9 |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR-21-50038-PHX-MTL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Archie Poole | DISTRICT Colorado | DIVISION Denver |
|---|---|---|

| | NAME OF SENTENCING JUDGE William J. Martinez | | |
|---|---|---|---|
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/21/2020 | TO 08/20/2023 |

**OFFENSE**
Possess with the Intent to Distribute Less than 50 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, and Aiding and Abetting, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Arizona _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 9, 2021
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/11/2021
*Effective Date*

Michael T. Liburdi
*United States District Judge*



# United States District Court
**District of Arizona**

## Probation Office
# MEMORANDUM

**Date:**   February 11, 2021

**From:**   Meredith L. Fast
Senior United States Probation Officer

**Re:**   POOLE, ARCHIE
Docket No:   CR-21-50038-PHX-MTL
REQUEST FOR TRANSFER OF JURISDICTION

**To:**   The Honorable   Michael T Liburdi
U.S. District Court Judge

On August 21, 2020, the above individual was released on supervision to the District of Arizona. The District of Colorado initiated the transfer of jurisdiction on to the District of Arizona.

Transfer of jurisdiction is recommended as Poole is a permanent resident of Arizona.  Further, a transfer of jurisdiction would facilitate modification of supervision conditions if problems arise in the future.  The offender does not have pending federal violations or warrants in the District of Colorado.

If you concur, the attached documents are provided for your signature.

Approved: _Michael T. Liburdi_ , Date: _2/11/2021_ .

Disapproved: _____ , Date: _____ .

Consult with the Court:_____ , Date: _____ .