**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2021

JEFFREY P. COLWELL
CLERK

Ricky Garrison #40459-013
Federal Correctional Instituti
P.O. Box 5000
Pekin, IL 61555

March 3, 2021

United States District Court
Clerk of Court
901-19th st, room A105
Denver, CO 80294

Re: Civ Case no: 1:19-cv-03125-WJM

Dear Clerk of Court,

Indigent inmate dealing with Covid lockdown was unable to make copies of last court filing, plantiff's response to Document #1562 "governments response to 59(e) #1496", so the Document I'm asking the clerk for is after #1562.

I had sent a letter asking the Court for an extension of time, and then I filed the instant motion in question that I'm currently asking to be sent to me.

I have no way to contact the Court under current lockdown or pay for document currently, I can pay later after current lockdown is over, motion should read "Motion to respond to Government's opposition of Fed. R. Civ. P. 59(e) Doc #1562", but I believe when the Clerk of Court registered the filing it was accidently under, "First step Act motion". Filed in Dec 20 or Jan 2021.

Can the Clerk please send a copy of this court filing.

Please and Thank you.

X Ricky G——
Ricky Garrison #40454-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

Ricky Garrison #40459-013
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

legal mail
RECEIVED
MAR 04 2021
FCI PEKIN
MAIL ROOM

United States District Court
Clerk of Court
901 - 19th st, room A105
Denver, CO 80294

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through
special mailing procedures for forwarding
to you. The letter has not been opened
nor inspected. If the letter raises a
question or problem over which this facility
has jurisdiction, you may wish to return the
material for further information or clarification.
If the writer encloses correspondence for
forwarding to another addressee, please return
the enclosure to this address.