FILED
United States Court of Appeals
Tenth Circuit

April 16, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RICKY GARRISON,<br><br>Defendant - Appellant. | No. 20-1168<br>(D.C. No. 1:19-CV-03125-WJM)<br>(D. Colo.) |

_____

**ORDER**

_____

This matter is before the court following review of the pro se appellant's status report dated April 12, 2021, and filed April 16, 2021. Upon consideration, and after our own review of the district court docket, we will continue the abatement of in this appeal until the district court resolves the pending Rule 59(e) motion.

The appellant shall file a notice in this court promptly after the district court enters an order disposing of his Rule 59(e) motion and the motion to supplement.

As soon as is practical after the district court resolves the pending Rule 59(e) motion and motion to supplement the Rule 59(e) motion, we also ask the district court to transmit a supplemental preliminary record on appeal that includes the order(s) addressing these motions.

If the district court has not disposed of the appellant's post-judgment motion by June 18, 2021, the appellant shall file another status report in this court advising of what proceeding have occurred in the district court, even if he has not been advised of any.

          Entered for the Court
          CHRISTOPHER M. WOLPERT, Clerk

          *Lara Smith*

          by: Lara Smith
             Counsel to the Clerk