Ricky Garrison #40459-013
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301

June 14, 2021

United States District Court
for the District of Colorado
901-19th St Room #A105
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 22 2021
JEFFREY P. COLWELL
CLERK

Re: Change of address; Case no: 1:19-CV-03125-WJM

Dear Court

Recently been put in transfer on May 27, 2021, arrived at facility May 28, 2021, under current covid quarantine for twenty-one days before release to population, just keeping the Court informed of address change, address enclosed herein.

Thank you for your consideration

X Ricky Garrison
Ricky Garrison #40459-013
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301

NAME: Ricky Garrison
REG #: 40459-013
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

legal mail:

United States District Court
for the District of Colorado
901-19th St Room # A105
Denver, CO 80294

SN BERNARDINO CA 923
16 JUN 2021 PM 7 L

