**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

**June 23, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICKY GARRISON,

    Defendant - Appellant.

No. 20-1168
(D.C. No. 1:19-CV-03125-WJM)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court following review of the pro se appellant's status

report dated June 14, 2021; mailed June 16, 2021; and filed June 21, 2021. Upon

consideration, and after our own review of the district court docket, the abatement of this

matter is continued pending the district court's resolution of the Rule 59(e) motion filed

May 1, 2020.

The appellant shall file a notice in this court promptly after the district court enters

an order disposing of his Rule 59(e) motion and the motion to supplement.

As soon as is practical after the district court resolves the pending Rule 59(e)

motion and motion to supplement the Rule 59(e) motion, we also ask the district court to

transmit a supplemental preliminary record on appeal that includes the order(s)

addressing these motions.

If the district court has not disposed of the appellant's post-judgment motion by August 23, 2021, the appellant shall file another status report in this court advising of what proceedings have occurred in the district court, even if he has not been advised of any.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lara Smith
    Counsel to the Clerk