Ricky Garrison #40459-013
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301

June 29, 2021

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 07 2021
JEFFREY P. COLWELL
CLERK

United States District Court
Judge William Martinez
901- 19th St., Room A105
Denver, CO 80294

Re: Case Number 1:14-cr-00231-WJM; Notice of Appeal regarding denial of "Compassionate Release" Document #1576.

Dear Court

Today I would like to start the process of appeal in regards to denial of "[1515] Motion for Sentence Reduction Under 18 U.S.C. §3582(c)(1)(A), "Compassionate Release", just received denial Document number [1576]

Thank you

x Ricky Garrison
Ricky Garrison #40459-013

Ricky Garrison #40459-013
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301

SN BERNARDINO CA 923
30 JUN 2021 PM 4 L

legal Mail°

United States District Court
Alfred Arraj Courthouse
901-19th st; Room A105
Denver, CO 80294

80294-250151