①

United States District Court
for the District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 26 2021

JEFFREY P. COLWELL
CLERK

Ricky Garrison
　　petitioner,

v.

United States of America
　　plantiff,

Case No. 21-1250
(D.C. No 1:14-CR-00231
 -WJM-1)

## Motion For Leave to Proceed in Forma Pauperis

Now Comes, Ricky Garrison pro-se, and herein files this motion to proceed in forma pauperis in the above mentioned case.

1. Petitioner is a indigent inmate proceeding pro se in the above captioned matter.

2. Petitioner is appealing in good faith so should be allowed to proceed in forma pauperis.

3. On appeal petitioner plans to exhibit miscarriage of justice in regards to "compassionate release," at time of ruling the location of judges knowledge of whereabouts is incorrect citing FCI Pekin,

petitioner is located at FCI Victorville, where there has been an influx of the new delta variant strand of covid-19 in California.

4. Petitioner was transferred from FCI Pekin on May 27, 2021, arriving at FCI Victorville on May 28, 2021, also the Court did not consider 3553 factors, based ruling on charged crime instead of current health risk.

Therefore, petitioner is asking to proceed in forma pauperis.

Respectfully submitted,

x Ricky Garrison
Ricky Garrison #40459-013
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301

July 16, 2021