IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cr-231-WJM-1

UNITED STATES,

    Plaintiff,

v.

1.    **RICKY GARRISON**,

    Defendant.

## ORDER DENYING MOTIONS

Defendant has filed *pro se* a Motion For Leave to Proceed In Forma Pauperis (ECF No. 1581) and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (ECF No. 1582), which the Court construes as motions seeking leave to proceed *in forma pauperis* on appeal in a criminal case. The Court has examined the motions and finds that the motions are deficient because they are not submitted on the proper court-approved form. Accordingly, it is

**ORDERED** that the Motion For Leave to Proceed In Forma Pauperis (ECF No. 1581) and the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (ECF No. 1582) are denied because the motions are deficient. A new motion may be filed in the United States Court of Appeals for the Tenth Circuit.

Dated this 4th day of August, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge