# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14CR00231-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

James TILLMON,

    Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

_____    ORDERS the issuance of an arrest warrant.

 X    ORDERS the issuance of a summons.

_____    DENIES the request.

DATED at Denver, Colorado, this  14th  day of June, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge