AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| James Tillmon | ) |
|  | ) Case No. 1:14-cr-00231-2 |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Alfred Arraj U.S. Courthouse A-502<br>901 19th Street, Denver, CO 80294<br>Magistrate Judge Mix | Courtroom No.: A401 |
|---|---|---|
| | | Date and Time: 06/28/2022 2:00 pm |

This offense is briefly described as follows:

1-2.  Possession and Use of a Controlled Substance
3-4. Failure to Follow Instructions of the Probation Officer
5-6. Failure to Notify Probation Officer of Change in Employment
7. Failure to Provide Access to Any Requested Financial Information
8. Failure to Participate in Substance Abuse Testing
9. Failure to Participate in Substance Abuse/Mental Health Treatment

Date: 06/14/2022

s/H. Guerra, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No.  1:14-cr-00231-2

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

**INFORMATION FOR SERVICE**

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

**PROOF OF SERVICE**

This summons was received by me on *(date)* _____ .

❒ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

❒ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

❒ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

❒ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____      _____
*Server's signature*

_____
*Printed name and title*

Remarks: