AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Tillmon | ) | Case No.  1:14-cr-00231-2 |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | Alfred Arraj U.S. Courthouse A-502<br>901 19th Street, Denver, CO 80294<br>Magistrate Judge Mix |
|---|---|
| Courtroom No.: | A401 |
| Date and Time: | 06/28/2022 2:00 pm |

This offense is briefly described as follows:

1-2. Possession and Use of a Controlled Substance
3-4. Failure to Follow Instructions of the Probation Officer
5-6. Failure to Notify Probation Officer of Change in Employment
7. Failure to Provide Access to Any Requested Financial Information
8. Failure to Participate in Substance Abuse Testing
9. Failure to Participate in Substance Abuse/Mental Health Treatment

Date: 06/14/2022

s/H. Guerra, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:
☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 6/15/2022

*Server's signature*

Heather Becker — United States Probation Officer
*Printed name and title*