#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JAMES TILLMON,

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 16th day of June, 2022.

        COLE FINEGAN
        United States Attorney

By:    *s/Jena Neuscheler*
        JENA NEUSCHELER
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Jena.Neuscheler@usdoj.gov
        Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 16th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

By: *s/Stephanie Graham*
Stephanie Graham
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100