IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1.   RICKY GARRISON,
       a/k/a "G."
2.   **JAMES TILLMON,**
       **a/k/a "Black,"**
       **a/k/a "Kevin Garner,"**
3.   CHRISTOPHER MARTINEZ,
       a/ka "Little C,"
4.   FRANCISCO AGUILAR,,
5.   SIMEON RAMIREZ,,
6.   CHRISTOPHER VIGIL,
7.   TRAVIS EDWARDS,
8.   DONDRAI FISHER,
       a/ka "Abdul Halim Aswad Ali,"
       a/k/a "Don Blas,"
9.   ARCHIE POOLE,
10.  LUIS RAMIREZ,
        a/ka "Julian,"
11.  MELVIN TURNER,
        a/ka "Mellow,"
12.  SHAWN BEARDSLEY,
13.  SIDNEY TAYLOR,
14.  GREGORY WILLIAMS,
15.  ROBERT PAINTER, and
16.  LATOYA WIMBUSH,

        Defendants.

### ENTRY OF APPEARANCE OF CJA COUNSEL
### FOR DEFENDANT JAMES TILLMON

CLIFFORD J. BARNARD, a member of the bar of this Court and CJA court-appointed in this case, hereby enters his appearance as counsel for Defendant James

Tillmon in the above-captioned matter.

DATED this 28th day of June, 2022.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2022, I electronically filed the foregoing *Entry of Appearance of CJA Counsel for Defendant James Tillmon* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| A.U.S.A. Zachary Phillips | *zachary.phillips@usdoj.gov* |
| A.U.S.A. Wayne Campbell | *wayne.campbell@usdoj.gov* |
| Mitchell Baker | *mitchbaker@estreet.com* |
| James Castle | *Jcastlelaw@aol.com* |
| Leslee Barnicle | *barniclelaw@aol.com* |
| Philip W. Ogden | *phil@coloradospringslaw.net* |
| Andres Guevara | *andres@guevaracoloradolaw.com* |
| Forrest W. Lewis | *flewispc@aol.com* |
| Lynn Anne Pierce | *lpierce.blp@comcast.net* |
| David L. Owern, Jr. | *davidowen@lodopc.com* |
| Adam Michael Tucker | *adamtuckerlaw@gmail.com* |
| Robert Berger | *robberger@qwestoffice.net* |
| Elisa Julie Moran | *Elisaatty@aol.com* |
| John Mosby | *john_mosby@msn.com* |
| Peter Menges | *pmenges@mengeslaw.com* |
| Patrick J. Burke | *Patrick-J-Burke@msn.com* |
| Thomas Ward | *tward@wardlawdenver.com* |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

| | |
|---|---|
| James Tillmon | *Via U.S. mail* |

*s/Clifford J. Barnard*

_____
Clifford J. Barnard
Attorney for Defendant Tillmon

-3-