IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**2.    JAMES TILLMON,**

        Defendant..

---

### DEFENDANT JAMES TILLMON'S MOTION FOR BELOW-GUIDELINE SENTENCE

---

THE DEFENDANT, JAMES TILLMON, by and through his attorney, Clifford J. Barnard, hereby moves this Court to impose a below-guideline sentence of no imprisonment and either a modification of the conditions or an extension of the term of his supervision. *See* U.S.S.G. § 7B1.3(a)(2). In support of this request, Mr. Tillmon submits the following:

**A.    Mr. Tillmon's Sentencing Guidelines Based on his Admissions to Violations #'s 3, 6, 8 and 9.**

With regard to the alleged supervised release violations set forth in the *Superseding Petition Due to Violations of Supervision* (ECF # 1599), Mr. Tillmon will be admitting the allegations #'s 3, 6, 8 and 9 which are Grade C violations and thus, for Mr. Tillmon with a Criminal History VI, his sentencing guidelines will be 8-14 months. In fact, alleged violations 2-11 are all Grade C violations and thus, Mr. Tillmon's sentencing guidelines for any or all of these violations is 8-14 months.

**B.    Mr. Tillmon's Sentencing Guidelines If He Is Found to Have Committed**

**Violation # 1.**

If the Court finds that Mr. Tillmon committed violation # 1, a Grade B violation, his sentencing guidelines range would be 21-27 months.

**C.   Mr. Tillmon's Requested Sentence.**

Mr. Tillmon requests that, based on any violations of his supervised release, this Court give him a below-guideline sentence of no imprisonment and either modify the conditions of his supervised release or extend the term of his supervision. He believes that he can adhere to the conditions of his supervised release and can successfully complete it. He asks that he be given another chance to do so.

**D.   18 U.S.C. § 3553(a) Supports a Below-Guidelines Sentence for Mr. Tillmon.**

In sentencing, the Court should consider, *inter alia*, "the history and the circumstances of the defendant," "the nature and circumstances of the offense," and "the need for the sentence imposed." 18 U.S.C. § 3553(a)(1) and (2). With these factors in mind, a below-guidelines sentence is appropriate for Mr. Tillmon. Mr. Tillmon asks the Court to consider his following characteristics:

(1)   While on supervised release, Mr. Tillmon has been taking care of his 7 year old son who is residing with Mr. Tillmon and his sister since school started approximately two weeks ago.

(2)   While on supervised release, Mr. Tillmon has been employed for a majority of the time and has on occasion, worked at two jobs at the same time.

(3)   Mr. Tillmon has the strong family support from his sister with whom he is presently residing and strong family support from his mother and brothers who reside in

Michigan..

(4)     While on supervised release, Mr. Tillmon has volunteered his services at his son's school and at a daycare facility.

(5)     While on supervised release, Mr. Tillmon has been a law-abiding citizen and has not committed any crimes.

(6)     Mr. Tillmon is now 39 years old and has matured significantly since he committed his original offense in this case in 2014.

(7)     The supervised release violations are not extremely serious in nature; they are mostly technical violations.

(8)     The original sentence in this case was for only 40 months of incarceration.

(9)     A below-guidelines sentence would meet the need to avoid unwarranted sentence disparities.

WHEREFORE, Mr. Tillmon requests that, based on any violations of his supervised release, this Court grant him a below-guidelines sentence of no imprisonment time and either modify the conditions of supervised release or extend the term of his supervision.

DATED this 2nd day of September, 2022.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney at Law
4450 Arapaho Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Tillmon

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2022, I electronically filed the foregoing *Defendant James Tillmon's Motion for Below-Guideline Sentence* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

A.U.S.A. Jena Neuscheler   *Jena.Neuschler@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

James Tillmon   *Via U.S. mail*

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Tillmon