## Albuquerque
500 Gold Avenue SW
Albuquerque, NM 87102

Donor Name: Tillmon, James
PACTS ID: 1008361
Specimen: R712411
Requester: Becker, Heather
Agency: Albuquerque / Colorado

Collected: 03/01/22 01:26PM
Collector: Independence House - South-10820051PV
Spec. Type: Urine

Tested: 03/14/22 01:49PM
Test Reason:
Approved: 03/14/22 01:53PM
Stephanie Dameron

### INITIAL SCREENING RESULTS

| TEST | QUANT VALUES | OUTCOME | CUTOFF |
|---|---|---|---|
| Amphetamines | | POSITIVE | 500 ng/mL |
| Cannabinoids | | NEGATIVE | 50 ng/mL |
| Cocaine Metabolite | | NEGATIVE | 150 ng/mL |
| Opiates | | NEGATIVE | 300 ng/mL |

### VALIDITY TESTING

| TEST | | OUTCOME | CUTOFF |
|---|---|---|---|
| Creatinine | 532.7 | Normal | 20 mg/dL |

Medications & Admitted Drugs:
None

Comments:

**GOVERNMENT EXHIBIT 001**
14-cr-00231


Abbott

# DRUG TEST REPORT

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA  70053
(800) 433-3823
FAX: (504) 361-8298

| | |
|---|---|
| COLORADO PROBATION - DENVER | |
| KATRINA DEVINE | |
| 1929 STOUT STREET | |
| SUITE C-120 | |
| DENVER, CO 80294 | |
| Facility Phone: 303-335-2437 | Fax: 303-844-5439 |

| | |
|---|---|
| Account Number: | 10820000P |
| Div. Office Number: | 10820001P |
| National Lab Number: | 61915771 |
| Specimen ID Number: | B04817305 |
| Specimen Type: | URINE |

Collection Site Number: 10820001P
Collection Site Name: COLORADO PROBATION - DENVER
Collection Site Address: 1961 STOUT STREET
Collection Site City, State Zip: DENVER, CO 80294
Collection Site Phone: 303-335-2508
Collection Site Fax: 303-844-5599

PACTS Number: 1008361
Onsite Test ID: R712411
Case Officer Initials: HB

Collector Name
NA

**Donor Name/ID:** TILLMON

Date Collected: 03/01/22
Date Received: 03/30/22

Reason for Drug Test: Urine Surveillance

Date Reported: 04/04/22

Panel Description: AMPH CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| **POSITIVE** | AMPHETAMINE | |
| | METHAMPHETAMINE | |
| **NOTIFICATION** | D-METHAMPHETAMINE | 97 % |
| | L-METHAMPHETAMINE | 2 % |

Confirmation Method:   GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINE / METHAMPHETAMINE | | 250 ng/ml | POSITIVE |
| MDMA / MDA | | 250 ng/ml | NEGATIVE |
| METHAMPHETAMINE ISOMERS | | | NOTIFICATION |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

*D. Washington*

TABITHA WASHINGTON - CERTIFYING TECHNICIAN/SCIENTIST

NA

COLLECTOR NAME