**Alere Toxicology Services, Inc.**
1111 Newton St., Gretna, LA 70053
(504) 361-8989 (800) 433-3823
1036317/996513

## Chain of Custody for Drug Analysis
### Federal Probation Services

Specimen Number: **B03275787**

**Results Name & Address**
COLORADO PROBATION - DENVER
1929 STOUT STREET
SUITE C-100
DENVER, CO   80294

303-335-2437

10820001P

Account Number: **10820001P**

B03275787

**Tests Ordered (Check all that apply)**
- ☑ Primary Test Panel    ☐ Secondary Test Panel    ☐ Special Test Panel
- ☑ Confirmation Only (specify) __Meth/Amph__
- ☐ Individual Special Tests (specify) _____

**SPECIMEN ID INFORMATION**

Case Officer Initials: **HLB**    Date Collected: **03/02/22**

Collector's Name: **Evans, Kenneth**

☑ 01 Officer
☐ 02 Treatment Program
☐ 03 Other

Offender/Defendant Last Name: **ILLMOW**

First Name: [redacted]

PACTS No.: **106836\**    Onsite/Test ID: _____

Reason For Specimen:
- ☐ 01 Presentence Report
- ☑ 02 Substance Abuse Treatment
- ☐ 03 Mental Health Treatment
- ☐ 04 Urine Surveillance
- ☐ 05 Pretrial Report
- ☐ 06 Other (specify)

**MEDICAL QUESTIONNAIRE**

Medicine(s) Name: Adderall

Reason for Use: Anxiety

Date Used: 3/1/2022

**Specimen Collector Certification**

I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical.

Collector's Signature _____   Date: 3/2/22

**Specimen Transfer Certification**

I certify I prepared for transfer to Testing Laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical.

Transferer's Signature _____   Date

Accessioner: G. MITCHELL
RCVD: 03/12/2022   SEAL INTACT
Transfer to Temp Storage
Chain #: B03275787

Specimen Received: _____

MATION 3/2/24

DRUG _____   AE 3/2/22
DRUG _____
THC _____
COMMENTS: _____
Certified by: _____

Date Received _____   Seal Intact ☐ Yes ☐ No

SPECIMEN BOTTLE(S) RELEASED TO:

**TEMPORARY STORAGE**
61739827   61739827

61739627

8656350856

**GOVERNMENT EXHIBIT 002**
14-cr-00231

PLY 2   SEND THIS COPY TO LAB WITH SPECIMEN



# DRUG TEST REPORT

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA  70053
(800) 433-3823
FAX: (504) 361-8298

| | |
|---|---|
| COLORADO PROBATION - DENVER | |
| KATRINA DEVINE | |
| 1929 STOUT STREET | |
| SUITE C-120 | |
| DENVER, CO 80294 | |
| Facility Phone:  303-335-2437 | Fax:  303-844-5439 |

| | |
|---|---|
| Account Number: | 10820000P |
| Div. Office Number: | 10820001P |
| National Lab Number: | 61739627 |
| Specimen ID Number: | B03275787 |
| Specimen Type: | URINE |

| | |
|---|---|
| Collection Site Number: | 10820001P |
| Collection Site Name: | COLORADO PROBATION - DENVER |
| Collection Site Address: | 1961 STOUT STREET |
| Collection Site City, State Zip: | DENVER, CO 80294 |
| Collection Site Phone: | 303-335-2508 |
| Collection Site Fax: | 303-844-5599 |

| | |
|---|---|
| PACTS Number: | 1003361 |
| Onsite Test ID: | |
| Case Officer Initials: | HLB |
| Collector Name | |
| EVANS KENNETH | |

**Donor Name/ID:**  TILLMON`

Reason for Drug Test:  Substance Abuse Treatment

| | |
|---|---|
| Date Collected: | 03/02/22 |
| Date Received: | 03/12/22 |
| Date Reported: | 03/18/22 |

Panel Description:  PRIMARY TEST CLIN 1072 & CLIN 1086

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| **POSITIVE** | AMPHETAMINE | |
| | METHAMPHETAMINE | |
| **NOTIFICATION** | D-METHAMPHETAMINE | 97 % |
| | L-METHAMPHETAMINE | 2 % |

Confirmation Method:   GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINE / METHAMPHETAMINE | 500 ng/ml | 250 ng/ml | POSITIVE |
| BENZOYLECGONINE-COCAINE METABOLITE | 150 ng/ml | 100 ng/ml | NEGATIVE |
| EXTENDED OPIATES (4) | 300 ng/ml | 150 ng/ml | NEGATIVE |
| MARIJUANA METABOLITE | 50 ng/ml | 15 ng/ml | NEGATIVE |
| MDMA / MDA | 500 ng/ml | 250 ng/ml | NEGATIVE |
| METHAMPHETAMINE ISOMERS | | | NOTIFICATION |
| OXYCODONE / OXYMORPHONE | 100 ng/ml | 100 ng/ml | NEGATIVE |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

_____ | _____
TERI JUNOT - CERTIFYING TECHNICIAN/SCIENTIST | EVANS KENNETH
 | COLLECTOR NAME