# Chain of Custody for Drug Analysis
## Federal Pretrial Services

**Alere Toxicology Services, Inc.**
1111 Newton St, Gretna, LA 70053
(504) 361-8989 (800) 433-3823

**Specimen Number:** B02925304

**Account Number:** 1062000S

**Results Name & Address:**
COLORADO PRETRIAL
1929 STOUT STREET
SUITE 120
DENVER, CO 80294
303-335-2508
1062000S

**Tests Ordered (Check all that apply)**
- [ ] Primary Test Panel
- [x] Secondary Test Panel
- [ ] Special Test Panel
- [x] Confirmation Only (specify): THC  meth + AMPH
- [ ] Individual Special Tests (specify): _____

## SPECIMEN ID INFORMATION

**Case Officer Initials:** HB    **Date Collected:** 4 / 5 / 22
- [x] 01 Officer
- [ ] 02 Treatment Program
- [ ] 03 Other

**Collector's Name:** Kenneth Evans

**Offender/Defendant Last Name:** TILLMON
**First Name:** JAMES
**PACTS No.:** 100836?    **Onsite/Test ID:** _____

**Reason For Specimen:**
- [ ] 01 Presentence Report
- [ ] 02 Substance Abuse Treatment
- [ ] 03 Mental Health Treatment
- [x] 04 Urine Surveillance
- [ ] 05 Pretrial Report
- [ ] 06 Other (specify)

## MEDICAL QUESTIONNAIRE
**Medicine(s) Name:** on file    **Reason for Use:** _____    **Date Used:** _____

### Offender/Defendant Certification
I certify the specimen I have provided on this date is my own and has not been adulterated. The specimen bottle was sealed in my presence. I have verified that the specimen number of the form, the barcode, and the specimen security seal are identical.

Signature: James Tillmon   Date: 4-5-2K

### Specimen Collector Certification
I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical.

Collector's Signature: _____   Date: 4/5/2022

### Specimen Transfer Certification
I certify I prepared for transfer to Testing Laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical.

Transferer's Signature: _____   Date: _____

B02925304



Apply Barcode vertically on bottle

Use second seal & barcode for specimens screened on site.

### COLLECTOR INSTRUCTIONS
- **COMPLETE** - Specimen ID Information before collection
- **COLLECT** - Specimen in accordance with Administrative Procedures
- **AFFIX** - Security Seal and barcode to specimen bottle as illustrated above
- **ASK** - Offender/Defendant to verify bottle was sealed in his/her presence
- **INITIAL** - Initial security seal and enter date collected
- **ASK** - Offender/Defendant to read, sign, and date Offender/Defendant Certification
- **SIGN** - Specimen Collector Certification after sealing specimen bottle and applying security seal

**GOVERNMENT EXHIBIT 003** — 14-cr-00231

PLY 1   TEAR OFF TOP COPY AND RETAIN FOR YOUR RECORDS



# DRUG TEST REPORT

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA  70053
(800) 433-3823
FAX: (504) 361-8298

COLORADO PRETRIAL
GRACE SENA
1929 STOUT STREET
SUITE 120
DENVER, CO 80294
Facility Phone:  303-335-2508          Fax:  303-844-5439

| | |
|---|---|
| Account Number: | 10820000S |
| Div. Office Number: | 10820000S |
| National Lab Number: | 62010244 |
| Specimen ID Number: | B02925304 |
| Specimen Type: | URINE |

| | |
|---|---|
| Collection Site Number: | 10820000S |
| Collection Site Name: | COLORADO PRETRIAL - DENVER |
| Collection Site Address: | 1929 STOUT STREET |
| Collection Site City, State Zip: | DENVER, CO 80294 |
| Collection Site Phone: | 303-335-2508 |
| Collection Site Fax: | 303-844-5439 |

| | |
|---|---|
| PACTS Number: | 1008361 |
| Onsite Test ID: | |
| Case Officer Initials: | HB |

Collector Name
KENNETH EVANS

**Donor Name/ID:**   TILLMON

Reason for Drug Test:  Urine Surveillance

Date Collected:  04/05/22
Date Received:  04/07/22
Date Reported:  04/14/22

Panel Description:  THC CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| **POSITIVE** | MARIJUANA METABOLITE | |

Confirmation Method:  GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| MARIJUANA METABOLITE | | 15 ng/ml | POSITIVE |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

Comments        Multiple reports are being issued on this specimen with Lab Numbers :62010244,62010245.

_(signature)_                                                                              KENNETH EVANS

TRIANDA SPRIGGENS - CERTIFYING TECHNICIAN/SCIENTIST                    COLLECTOR NAME

Page 1 of 1