

## Independence House

### Counseling Termination Summary

Client: **Tillmon, James**   PO: **Heather Baker**   PACTS: **1008361**

Date Tx Initiated: **03/02/2022**   Date of Last Session: **04/21/2022**   Tx Termination Date: **05/17/2022**

**Initial presenting symptoms / Treatment needs:**

Client was evaluated and recommended to attend weekly individual treatment for co-occuring disorders. From the time referral was recieved client was difficult to get scheduled for treatment. The first telephone contact client indicated that he that therapist must be mistaken because he was not required to attend counseling. Therapist informed client that he had received the order from his probation officer and client indicated that Heather NBecker was not his probation officer. Therapist informed client that he would be seeking confirmation and suggested to client that he contact his probation officer. After confirming the order with client's PO a second phone call was made and client once again denied that he was required to attend counseling.

**Summary of treatment provided (frequency, modality, goals, etc.):**

Cont'd: Client was informed that he would not be contacted again and that he should contact me if he finds out that he was required to attend treatment. Client called therapist a few days later requesting to set up a session. Therapist called back and scheduled client for his first session on 3/2/22 at 12:00pm. Client fail to show for this appointment. The next contact with client was made over the phone when his PO called with his in her office. It was confirmed that client was scheduled to see therapist on April 21, 2022. Client attended the session and engaged in an rapport building session. Client presented amenable to continuing treatment and therapist felt that client was appropriate to continue bi-weekly instead of weekly. With PO approval client's next session was scheduled for May 5, 2022, which he missed. He called 15 minutes after the session asking if he had an appointment and suggesting that he would be right over. Client was told that it was too late to make his appointment. Therapist agreed to meet client the next day at 4pm which client also missed and did not call.

**Reason for treatment discharge:**

It has been nearly 3 months since therapist received client's program plan and client has only attended on success due to his resistance and ultimate disregard for all efforts made and opportunities given him to comply. By this therapist can only assess client as not amenable to treatment.

**Check all that apply and explain below:**

| ☐ Successful | ☐ Per PO | ☐ Detained | ☐ Absconded |
|---|---|---|---|
| ☐ Max Benefit reached | ☐ Completed Pretrial / Probation | ☑ Lack of Participation / Progress | ☑ Lack of attendance |
| ☐ Transfer to another therapist within facility | ☐ Transfer out of facility | ☐ Unacceptable Behavior / Attitude – Must have signed Behavioral Contract | ☑ Other: Not amenable to treatment. |

**Please explain:**

Client fail to attend counseling sessions despite all attempts to accommodate his excuses and complaints.

**Treatment Recommendation at Discharge / Prognosis:**

Client should be place in individual counseling or Strategies for Self-improvement and Change (SSC) groups. Individual sessions would not be my first recommendation as client has demonstrated no regard for the time taken by therapist to set aside time to meet with him. Attending group sessions will remove this from client's control as groups will be conducted whether client shows up or not. Client's prognosis is poor.

_Vincent Cobb, MA, LAC_   5/17/2022

Counselor   Date

**GOVERNMENT EXHIBIT 004**
14-cr-00231