

GOVERNMENT
EXHIBIT

005

14-cr-00231









## Search

Client
Tillmon, James   ✕   ▾

| Previous | Next |

Last Location

█████████████████████████

Last Location Date
09/04/2022 06:36

Start date
7/2/2022   📅

Start time
20:38

End date
7/3/2022   📅

End time
13:49

| Previous Day | Next Day |

| Search |



Map   Satellite

Name
Tillmon, James T

Lat/Lon
39.694788, -104.840784

Speed
15.0mph

Direction
W

Satellites
9

Date and Time
07/02/2022 23:06:07

Address
1171 S Troy St, Aurora, CO 80012, USA

Get Directions

















Client
Tillmon, James

**Previous**          **Next**

Last Location

Last Location Date
09/06/2022 06:19

Start date
7/10/2022

Start time
20:31

End date
7/11/2022

End time
06:12

**Previous Day**          **Next Day**

**Search**























































Client
Tillmon, James

**Previous**   **Next**

Last Location

████████████████████████

Last Location Date
09/06/2022 07:19

Start date
8/4/2022

Start time
20:19

End date
8/5/2022

End time
08:19

**Previous Day**   **Next Day**

**Search**











