**03/02/2022 ▼ Post Conviction: PO, STR-ROLE-R, UA**

Flags: Response to Noncompliance

Entry in chronos at 09:30 by Becker, Heather. General updates:
S reported to the office as instructed. S
and officer reviewed S judgment in its entirety and signed same.
Discussed general lack of communication and care for supervision. S believes that he is right, and that im
asking too much of him. Even after reviewing conditions. [redacted]

[redacted]

SUBSTANCE USE
S had UA taken and observed by USPO Evans. S denies use, but presumptive positive for Amphetamines. He than returns and says he has a valid RX. S was instructed to provide it before EOB. S reminded to call UA line daily and was shown what comply looks like and how we can tell he is calling or not.

EMPLOYMENT
S commended for obtaining employment, he provided prime source staffing as employment but says hes going to work at an old folks home. S to provide verification of this by Friday. He indicates he is set to start Monday. As a result job search logs not provided to him. S was however, provided financial logs to fill out and return. Advised him that we do need see where his income is deriving from as he has failed to provide an adequate source of income. S advised to return within two weeks, given deadline of 3/14/22. S indicates his family gives him money, and they "love him" advised that was fine but to furnish documentation. Provided instruction sheet as well.

(Prior to submission of UA) Officer used Effective Reinforcement with PUS.
Officer identified the following pro-social behavior: saying no to drugs
PUS identified the following short-term benefits of continuing to engage in the behavior (extrinsic and intrinsic benefits, criminal justice and non-criminal justice benefits): ongoing stability, no legal concerns/trouble, feels good doing the right thing
PUS identified the following long-term benefits of continuing to engage in the behavior (extrinsic and intrinsic benefits, criminal justice and non-criminal justice benefits): places self in position for long-term success not just on supervision but life, gives him the possibility of being free the rest of his life
PUS agreed to engage in the behavior in the future in the following situation or at the following date, time, or place: continuous check in weekly for the first few weeks out of release.

**GOVERNMENT EXHIBIT**
**006**
14-cr-00231

**03/28/2022 ▼ Post Conviction: PH, P-HI, STARR-AUTH**

**Flags:** Response to Noncompliance

Entry in **chronos** at *10:35* by *Becker, Heather*: Contact made with S with USPO Diener at S's residence for the purpose of contact regarding positive UA results and confirmations. Updates on S employment, failing to respond to officer. Obtained other side of bottle of RX, this was an OLD prescription. Discussed again lack of response to cards left, or requests for information. S advised I did not have calendar on me or pen and it was in the car so I would go out to car and contact him via text which he needed to acknowledge with a day and time of order in to office. S sister was present, as we were leaving the S could be heard stating "Fuck those guys"

Dynamic Risk Factors: Cognitions
Officer used Effective Use of Authority with D/O.
Officer identified the following problem behavior: Continued lack of contact with PO
Officer provides the first choice and corresponding consequence: Getting "chewed out" by PO, still being stuck on supervision, being unable to focus on work
Officer provides the second choice and corresponding consequence: Probation getting revoked due to not following through, prison, halfway house placement.
Officer delivered an encouraging message, guided toward compliance and scheduled follow-up contact with D/O. Scheduled office appointment to further discuss issues outside the presence of his sister

**04/05/2022** ▼ Post Conviction: PO, UA, CT, C-TREAT, STR-ROLE-R, STR-CB-TCM, GEN-STAFF, STARR-PUN

Flags: Response to Noncompliance

Entry in **chronos** at *09:30* by *Becker, Heather*: *General updates: S continues to present as argumentative, insisting we*
*are holding him to an unreasonable standard.*
*S discussed RX and paystubs which he has failed to provide on numerous occasions. Discussed RX in home. S provided a new RX dated 3/4-which was already empty. Challenged S on this and he stated he "likes to take it out of the bottle and put it in little baggies"*

*SUBSTANCE USE & TREATMENT*
*Discussed RX in home. S provided a new RX dated 3/4-which was already empty. Challenged S on this and he stated he "likes to take it out of the bottle and put it in little baggies." Discussed positive UAs for D-Meth. S denies any use. S ultimately admitted that he occasionally takes pills from friends but did not sign admission form. He ack that this is against the rules and regulations of the law as they are not his RX. S denies abusing substances despite bottle being empty - he REFUSED to sign ROI. S also denies account of events presented by Vince indicating that we were calling him a liar, advised that there were two versions of events and we called Vince in the meeting on speaker. Vince recounted his version, which upset S. Vince stated he would take S back as a client if he would engage. Made it all clear while we were all on the phone treatment was REQUIRED. S ack. He needs to call Kevin and get on Vinces schedule. This is S last opportunity and it was made VERY clear that if there were any issues that he would be subject to Court action.*
*S took UA observed by SrUSPO Evans positive for THC, which he adamantly denies. Sent to Alere. Staffed case prior to meeting with SUSPO Pfalmer. If S is denying use and IH will not take him back, we will request warrant. S is denying use however, Vince is willing to work with him.*

*EMPLOYMENT*
*Def is still working and provided paystubs. S attempted to provide cash flow documents but they didn't have supporting documentation. S advised to complete these documents in full, and provide them to the office within the next two weeks.*

*Officer used Effective Use of Punishment with D/O.*
*Officer identified the following behavior: Drug use*
*Officer identified and administered the following punishment: Increase in UAs*
*D/O identified the following ways to avoid the problem behavior in the future: Relapse prevention, engage in treatment*

**06/29/2022** ▽ Post Conviction: PH, STR-ROLE-R, LMP-HM

Flags: Response to Noncompliance

Entry in **chronos** at *12:22* by *Becker, Heather*: Contact made with USPO Griffin at S residence of record (sisters
home). S tune had changed substantially from yesterday. He was asking how long he was going to have to where this, stated multiple times "I'm gonna do what I'm gonna do" Stated clearly -" I don't give a fuck what that judge said yesterday" Called the magistrate Judge a "racist motherfucker" and that we were on some"petty shit" expectation with residence reminded(stay at residence of record nightly)- reminded financial paperwork. Advised he would have an additional two weeks to provide financial documents. S needs to provide them by 7/13

**06/28/2022** ▽ Post Conviction: PO, LMP-INSTAL, STR-ROLE-R

Flags: Response to Noncompliance

Entry in **chronos** at *14:30* by *Becker, Heather*: S hooked up on LM Stand alone following initial court appearance. S explained all rules and regulations regarding program and given charging instructions. Will be out to his residence tomorrow. S given two weeks from today to turn in missing financial paperwork, DUE 07/13. Discussed at length with S to change outcomes of recommendations based on compliance. S given a reminder regarding all TSR requirements and what was discussed in Court. Reminded expectation is he is at his residence of record nightly.

**07/11/2022   ▼ Post Conviction: PT, STR-ROLE-R**

**Flags:** Noncompliance, Response to Noncompliance

Entry in **chronos** at *14:30* by *Becker, Heather*: Employment:
S contacted back regarding message from this weekend. S indicated heh had started new employment on Saturday the 9th. He indicated that he last worked for you move me Denver sometime last week but wasn't clear on the date. S advised to send me paystubs (corrected name of employer from American Move to You Move me based on paystubs), throughout conversation he kept breaking up. He was advised and reminded to provide a paystub for his new employment when he received his first check. Again reminded of his reporting requirements regarding employment. S attempted to say he can just work whenever he wants, and just picks up shifts whenever. S asked for financial documents again, will provide via email. S states he can print them at work as I wasn't sure if I would be able to make it by his work today. Conversation witnessed by USPO Diener.
Residence: S reminded he is required to stay at his residence of record nightly. Advised I had reviewed his GPS points and he has only spent the night at his sisters house one out of the last almost 2 weeks. He continued to still hold that he lives with his sister. Attempted to discuss what it means to reside somewhere, versus visit. Attempted to compare it to a storage unit. S was argumentative.

S later stated he pays rent at his sisters. Again advised a paper address and true residence are not the same. S has consistently stayed at one residence(aside from maybe one-two night) for the last 2 weeks and its not his sisters residence. (This part of conversation took place via text later that evening) aprox 1812. So would not provide address, but provided that this residence(did not specify which) was his girlfriends and provided her name.

Officer reviewed the role clarification to address the following concern. Employment requirements, residency requirements

**07/11/2022   ▼ Post Conviction: EMAIL**

Entry in **chronos** at *18:28* by *Becker, Heather*: From: Heather Becker
Sent: Monday, July 11, 2022 6:28 PM

To: tillmon45@gmail.com
Subject: Financial docs


Heather Becker, USPO, District of Colorado
Sent from my iPhone, please excuse any errors