**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. __14-CR-00231-2__         Date __September 12, 2022__

Case Title __*United States v. James Tillmo*n__

**GOVERNMENT'S WITNESS LIST
Supervised Release Revocation Hearing**

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY |
|---|---|
| Probation Officer Heather Becker, 9/12/22 | Direct: 25   Cross: 25   Total: 50 |