**FINAL LIST OF PROPOSED EXHIBITS – Supervised Release Revocation Hearing**

CASE NO.   <u>14-cr-00231-2</u>   **GOVERNMENT'S LIST:** ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION   <u>*United States of America v. James Tillmon*</u>   DATE   <u>September 12, 2022</u>

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Becker | March 1, 2022 drug test | X | X | | | | | |
| 2 | Becker | March 2, 2022 drug test | X | X | | | | | |
| 3 | Becker | April 5, 2022 drug test | X | X | | | | | |
| 4 | Becker | Independence House Counseling Termination Summary | X | X | | | | | |
| 5 | Becker | GPS location data | X | X | | | | | |
| 6 | Becker | Probation Officer notes | | | | | | | Refresh only |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |