**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Case No.  14-cr-00231-WJM-2          Date  September 12, 2022

Case Title:    United Sates v. James Tillmon

DEFENDANT JAMES TILLMON'S  WITNESS LIST
Supervised Release Revocation Hearing

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Patrice Nelson | Direct: 10 | Cross: 5 | Total: 15 |
| Michael Ford or Rachel Ford | Direct: 5 | Cross: 5 | Total: 10 |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |