IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: September 12, 2022
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Julie Thomas
Probation Officer: Heather Becker

Criminal Action No. **1:14-cr-00231-WJM-2**      Counsel:

UNITED STATES OF AMERICA,      Jena Rosa Neuscheler

    Plaintiff,

v.

JAMES TILLMON,      Clifford J. Barnard

    Defendant.

## WITNESS LIST

| PLF | DEF | NAMES OF WITNESSES |
|---|---|---|
| 1 |   | Probation Officer Heather Becker |
|   | 2 | Patrice Nelson |