IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                        September 12, 2022
Courtroom Deputy:  Heidi L. Guerra
Court Reporter:         Julie Thomas
Probation Officer:     Heather Becker

Criminal Action No. **1:14-cr-00231-WJM-2**            Counsel:

UNITED STATES OF AMERICA,                                    Jena Rose Neuscheler

      Plaintiff,

v.

JAMES TILLMON,                                                          Clifford J. Barnard

      Defendant.

# EXHIBIT LIST

| NO. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|:---:|:---:|:---:|:---:|
| 1 | Yes | Yes | March 1, 2022 Drug Test |
| 2 | Yes | Yes | March 2, 2022 Drug Test |
| 3 | Yes | Yes | April 5, 2022 Drug Test |
| 5 | Yes | Yes | GPS Location Data |