IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00231-WJM-2

UNITED STATES OF AMERICA,

   Plaintiff,

v.

James TILLMON,

   Defendant.

_____

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**
_____

     The Judgment imposed on September 12, 2022, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FCI Florence. Accordingly,

     IT IS ORDERED that Defendant, James TILLMON, shall surrender himself by reporting to the Warden at the FCI Florence 5880 CO-67, Florence, Colorado, on October 3, 2022, by 12:00 p.m. Travel will be at his own expense.

     DATED at Denver, Colorado, this __22nd__ day of September, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge