UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-231-WJM-10

UNITED STATES OF AMERICA,

Plaintiff

v.

LUIS RAMIREZ,

Defendant.

**NOTICE OF APPEARANCE OF COUNSEL**

      Benjamin R. LaBranche hereby enters his appearance as court appointed CJA counsel for Luis Ramirez in the above-captioned case. Pursuant to D.C.COLO.L.AttyR 5 (a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

      Dated: February 2, 2023

Respectfully Submitted:

*/s/Benjamin R. LaBranche*
Benjamin R. LaBranche
1544 Race St.
Denver, CO 80206
Phone: 225-927-5495
ben@brllawyer.com

*Attorney for Luis Ramirez*

## Certificate of Service

I certify that on February 2, 2023, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/Benjamin R. LaBranche*
Benjamin R. LaBranche