AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
v. )
 )  Case No. 1:14-cr-231-WJM-10
Luis Ramirez )
 )
*Defendant* )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 02/07/2023

*Defendant's signature*

*Signature of defendant's attorney*

Benjamin R. LaBranche (54678)
*Printed name and bar number of defendant's attorney*

1544 Race St.
Denver, CO 80206

*Address of defendant's attorney*

Ben@brllawyer.com
*E-mail address of defendant's attorney*

225-927-5495
*Telephone number of defendant's attorney*

225-927-5568
*FAX number of defendant's attorney*