AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2023 FEB -6 AM 11:04

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:14CR00231-10 |
| | ) | |
| LUIS RAMIREZ | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **LUIS RAMIREZ**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED
POSSESSION AND USE OF A CONTROLLED SUBSTANCE
FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AS DIRECTED BY THE PROBATION OFFICER
FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AS DIRECTED BY THE PROBATION OFFICER

Date: March 1, 2017

s/D. Hansen, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3/1/17, and the person was arrested on *(date)* 2/2/23
at *(city and state)* DENVER, CO

Date: 2/2/23

*Arresting officer's signature*

ERIK O. HELSING    DUSM
*Printed name and title*