IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. LUIS RAMRIEZ,
    a.k.a. "a/k/a Julian",

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 30th day of March, 2023.

    COLE FINEGAN
    United States Attorney

By:    *s/ Bradley W. Giles*
    Bradley W. Giles
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: bradley.giles@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of March, 2023, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Stephanie Price*
   Legal Assistant
   United States Attorney's Office