IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

Plaintiff

v.

10. LUIS RAMIREZ

Defendant.
_____

**DEFENDANT'S UNOPPOSED TO CONTINUE FINAL REVOCATION HEARING**
_____

Defendant, LUIS RAMIREZ, by and through his counsel, hereby moves this Court to continue the final revocation hearing set in this matter. In support thereof, Mr. Ramirez states as follows:

1. Mr. Ramirez was arrested for a supervised release violation in the above captioned matter on February 2, 2023.

2. The Final Revocation of Supervised Release Hearing is currently set for May 2, 2023 at 10:30 a.m.

3. It is alleged that a firearm and drugs were found in Mr. Ramirez's home when he was arrested.

4. The Government has informed the defense that they will seek to file new charges against Mr. Ramirez related to the items found during his arrest and that the Supervised Release Petition will be amended to allege new law violations.

5.  The parties believe that it may be more efficient to resolve any new charges and the supervised release violations together if possible and that a 90-day continuance should be sufficient to do so.

6.  The defense has conferred with Assistant United States Attorney, Bradley Giles, regarding this continuance, and the Government has no opposition to a 90-day continuance.

*Dated: March 31, 2023*

Respectfully submitted,

*s/ Benjamin R. LaBranche*
Benjamin R. LaBranche
1544 Race St
Denver, CO 80206
Phone:  225-927-5495
Email:   ben@brllawyer.com

*Attorney for: Luis Ramirez*

## Certificate of Service

I certify that on March 31, 2023, I electronically filed the foregoing *Defendant's Unopposed Motion to Continue Final Revocation Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney - Brad Giles
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0122
Email:   Bradley.giles@usdoj.gov

>           */s/Benjamin R. LaBranche*
>             Benjamin R. LaBranche