# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10.  LUIS RAMIREZ

        Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** Adam M. Tucker, Esq., and hereby enters his appearance on behalf of the Defendant Luis Ramirez.

Dated this 16th day of May 2023.

        Respectfully Submitted,

        */s/ Adam M. Tucker*
        Adam M. Tucker
        *Attorney for Defendant Luis Ramirez*
        1775 Sherman Street #1650
        Denver, CO 80203
        (p) 720-355-2522
        adam@tucker.legal

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Jeanne Z. Moore*
Paralegal to Adam M. Tucker, Esq.