IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

Plaintiff

v.

10. LUIS RAMIREZ

Defendant.

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Attorney, Benjamin R. LaBranche, moves this honorable court to allow him to withdraw as attorney of record for the Defendant, Luis Ramirez, in the above captioned matter. Pursuant to D.C.COLO.L.Atty. R 5 (b) Attorney, Benjamin R. LaBranche, lists the following as good cause for the withdrawal:

1. On February 2, 2023, Benjamin R. LaBranche filed an Entry of Appearance as the court appointed attorney for the defendant, Luis Ramirez, pursuant to the Criminal Justice Act. (Doc. 1620)

2. On May 16, 2023, attorney, Adam Tucker, filed an Entry of Appearance to represent Mr. Ramirez. (Doc. 1629)

3. Since attorney, Adam Tucker, has entered on the case, there is no longer the need for the defendant, Mr. Ramirez, to have court appointed counsel.

1

WHEREFORE, attorney, Benjamin R. LaBranche, moves to withdraw as attorney of record in the above captioned matter.

*Dated: May 16, 2023*

                                            Respectfully submitted,

                                            /s/ Benjamin R. LaBranche
                                            Benjamin R. LaBranche
                                            1544 Race St
                                            Denver, CO 80206
                                            Phone: 225-927-5495
                                            Email: ben@brllawyer.com

**Certificate of Service**

   I certify that on May 16, 2023, I electronically filed the foregoing *Motion to Withdraw as Attorney of Record* with the Clerk of Court using the CM/ECF system which will send notification to the following parties:

Assistant U.S. Attorney - Brad Giles
Email: Bradley.giles@usdoj.gov

Adam Tucker, - Counsel for Defendant, Luis Ramirez
Email: adam@tucker.legal

         */s/Benjamin R. LaBranche*
         Benjamin R. LaBranche