IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Ricky Garrison,
   a/k/a "G",
2. James Tillmon,
   a/k/a Black,
   a/k/a Kevin Garner,
3. Christopher Martinez,
   a/k/a Little C,
4. Francisco Aguilar,
5. Simeon Ramirez,
6. Christopher Vigil,
7. Travis Edwards,
8. Dondrai Fisher,
   a/k/a Abdul Halim Aswad Ali,
   a/k/a Don Blas,
9. Archie Poole,
10. Luis Ramirez,
    a/k/a Julian,
11. Melvin Turner,
    a/k/a Mellow,
12. Shawn Beardsley,
13. Sidney Taylor,
14. Gregory Williams
15. Robert Painter, and
16. LaToya Wimbush,

    Defendants.

---

**MOTION FOR ORDER TO WITHDRAW**

---

    The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Celeste Rangel, Assistant United States Attorney, hereby

files its Motion for Order to Withdraw AUSA Celeste Rangel as counsel of record and requests termination of electronic service in the above-captioned case. As grounds for this motion, the government states that AUSA Bradley Giles, is counsel of record in this case, and is receiving electronic notice.

    Dated this 18th day of May, 2023.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney


    By: *s/Celeste Rangel*_____
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0406
    E-mail: Celeste.Rangel@usdoj.gov
    Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2023, I electronically filed the foregoing **MOTION FOR ORDER TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Elaina Wohr*
Legal Assistant
United States Attorney's Office