**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10. LUIS RAMIREZ

        Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
FINAL REVOCATION HEARING**

---

**COMES NOW** Defendant, Luis, Ramirez, through counsel, hereby moves this Court to continue the Final Revocation Hearing in this matter currently set for **August 22, 2023 11:00 a.m.**  As grounds, Defendant states as follows:

1. An arrest warrant was issued for Mr. Ramirez on March 1, 2017. Mr. Ramirez was arrested in the above captioned case on February 2, 2023. It is alleged that Mr. Ramirez absconded for a period of six (6) years. While not conceding a violation, denial of such violation will be difficult to uphold.

2. Probation has not yet filed its Supervised Release Violations Report, as it not due until August 1, 2023 pursuant to the Court's April 5, 2023 Order [Doc. No. 1628].

3. It is alleged that a firearm and drugs were found in Mr. Ramirez' home when he was arrested.

4. The Government continues to evaluate whether additional charges will be brought against Mr. Ramirez, which will require amending the Supervised Release Report.

5. The parties have met on several occasions, including yesterday, July 24, 2023, to discuss resolving this matter in conjunction with the Government's new investigation. Defendant believes that a 90-day continuance of the Final Revocation Hearing may serve judicial economy and allow the parties time to possibly resolve the issue of potential new charges and the supervised release violations.

6. Defendant has conferred with the Government, through U.S. Attorney Bradley Giles, regarding the relief requested. Mr. Giles agrees that the requested continuance is appropriate in this matter.

Dated this 26th day of July 2023.

Respectfully Submitted,

*/s/ Adam M. Tucker*
Adam M. Tucker
*Attorney for Defendant Luis Ramirez*
1775 Sherman Street #1650
Denver, CO 80203
(p) 720-355-2522
adam@tucker.legal

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2023, a true and correct copy of the foregoing **MOTION** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Jeanne Z. Moore*
Paralegal to Adam M. Tucker, Esq.