IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10. LUIS RAMIREZ

        Defendant.

## DEFENDANT'S MOTION TO RESTRICT DOCUMENTS

COMES NOW Defendant, Luis Romero, by and through his counsel of record, and respectfully moves to restrict documents and any order revealing the contents of the document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. Defendant requests a "Level 2" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

Dated this 26th day of July 2023.

        Respectfully Submitted,

        */s/ Adam M. Tucker*
        Adam M. Tucker
        *Attorney for Defendant Luis Ramirez*
        1775 Sherman Street #1650
        Denver, CO 80203
        (p) 720-355-2522
        adam@tucker.legal

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2023, a true and correct copy of the foregoing **Motion** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Jeanne Z. Moore*
Paralegal to Adam M. Tucker, Esq.