**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 08 2023

JEFFREY P. COLWELL
CLERK

Ricky Garrison

2765 Federal Blvd

Denver, CO 80236

November 6, 2023

United States District

Court Of Colorado

901 19th Street

Denver, CO 80294

Re: 14-cr-231-WJM; Address change notification

Dear Clerk of Court,

I have recently been released from prison, allow this to serve as a formal address change notification to the court my new address is listed up top please and thank you, all mail should be forwarded to new address.

Thank you for your consideration,

Ricky Garrison

2765 S. Federal Blvd

Denver, CO 80236



DENVER CO 802
6 NOV 2023 PM 7 L

Ricky Garrison
2755 Federal Blvd
Denver, CO 80236

U.S. District Court of
Colorado
901 19TH Street
Denver, CO 80294