**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00231-WJM-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

10.  LUIS RAMIREZ

        Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
FINAL REVOCATION HEARING**

---

**COMES NOW** Defendant, Luis, Ramirez, through counsel, hereby moves this Court to continue the Final Revocation Hearing in this matter currently set for **January 23, 2024 at 2:00 p.m.** As grounds, Defendant states as follows:

1.     This matter is before the Court on a revocation complaint.  A Superseding Petition Due to Violations of Supervision as well as a Violations Hearing Report were filed with the Court on January 2, 2024.

2     On November 15, 2023, Defendant was indicted in a separate federal criminal case, 2023-cr-0477-DDD.  This event has complicated resolution of the instant matter.  The parties are continuing to work to resolve this case, but need additional time to perform their appropriate and reasonable due diligence.

3.     The parties have met on several occasions to discuss the pending charges against this Defendant.  Defendant believes that a 90-day continuance of the Final

Revocation Hearing may serve judicial economy and allow the parties time to possibly resolve the allegations contained in the Petition and supervised release violation report.

4.      Defendant has conferred with the Government, through U.S. Attorney Bradley Giles, regarding the relief requested.  Mr. Giles agrees that the requested continuance is appropriate in this matter.

5.      Defendant Ramirez remains in custody.  He has consented to the filing of this Unopposed Motion to Continue the Final Revocation Hearing in this case.

Respectfully submitted this 8th day of January, 2024.

Respectfully Submitted,

*/s/ Adam M. Tucker*
Adam M. Tucker
*Attorney for Defendant Luis Ramirez*
1775 Sherman Street #1650
Denver, CO 80203
(p) 720-355-2522
adam@tucker.legal

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2024, a true and correct copy of the foregoing **MOTION** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record. A copy of this Motion is also being mailed to Defendant in custody.

*/s/ Jeanne Z. Moore*
Paralegal to Adam M. Tucker, Esq.