**Christopher Michael Martinez case # 1:14cr00231wjm**

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2024

JEFFREY P. COLWELL
                CLERK
```

*Dear your honorable William J. Martinez,*

*I am writing this letter in regards to my probation. Your honor I am asking the courts to grant me early release of my probation. I would like to pursue my career in trucking in which requires a lot of travel and commute from state to state most of the time as well as staying away from time to time.*

*Your honor I have fulfilled my obligations and all requirements throughout my time on probation such as, clean UA's, maintaining my sobriety, completed classes that were given, court fees paid, no police contact nor/or reoffended during this time and I intent to keep it this way for the future of myself and my family.*

*I hope you take this request into consideration so I can continue to be a productive member of society.*

*Thank you for taking the time to review my letter and case.*

*Yours truly,*

*Christopher Martinez*

*Case # case # 1:14cr00231wjm*



AN1 COMMERCIAL LOGISTICS, LLC.
2345 S. FEDERAL BLVD. SUITE 150
DENVER, COLORADO 80219
an1loadboard15@gmail.com

January 25, 2024

To Whom it may concern,

This letter is regarding Mr. Christopher Martinez. Our company has recently contracted Mr. Martinez for his trucking services. His current contract entails delivering expedited freight. Our company handles in state deliveries as well as over the road deliveries. Mr. Martinez is currently contracted for in-state deliveries only. We hope sometime soon to amend his contract, so we can send him out of state for deliveries as well.

Mr. Christopher Martinez is a valued member of our team. He is a responsible and dedicated contractor. He always goes above and beyond what is required of him. We look forward to helping Mr. Martinez grow his business with the trucking industry.

Should you have any questions, please do not hesitate to contact me.

Best regards,

*Malaika Turner*

Malaika Turner
Lead Dispatch/Driver Coordinator
720-309-0428



Mr. Christopher M. Martinez
665 Mather St
Brighton Co 80601

Mr. William J. Martinez
Senior District Judge
Alfred A Arraj United States Courthouse
Court room A801
901 19th St.
Denver, Co. 80294-3589

DENVER CO 802
13 FEB 2024 PM 9 L