IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    CHRISTOPHER MARTINEZ,
    a.k.a. "Little C,"

    Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 16th day of February, 2024.

    COLE FINEGAN
    United States Attorney

By:    *s/ JD Rowell*
    JD Rowell
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: JD.Rowell@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 16th day of February, 2024, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Michelle Trujillo*
Supervisory Legal Assistant
United States Attorney's Office