**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:14-cr-00231-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    CHRISTOPHER MARTINEZ,
    a.k.a "Little C",

    Defendant.

---

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. 1653)**

---

The United States of America, pursuant to this Court's Order of February 16, 2024 (Doc. 1654), hereby responds to the defendant's *pro se* motion for early termination of supervised release. Doc. 1653. After a review of the defendant's motion, and following consultation with United States Probation Office, the Government respectfully opposes the defendant's request for early termination.

The defendant's letter is construed as a motion for early termination, pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c). As such, the Court and parties are required to evaluate his request considering the factors enumerated therein. The first predicate for the defendant's motion is that he has completed at least one year of supervised release; he has more than satisfied that condition. According to the United States Probation Office, Mr. Martinez has been on supervised release since July 6, 2021. As of the filing of this response, he has served a little over 2 years, 8 months of his 4 year

1

(48 month) term.   Additional factors include: the nature and circumstances of the offense; the characteristics of the defendant; the need to afford adequate deterrence; the need to protect the public from further crimes of the defendant; the applicable sentencing ranges; the need to avoid unwarranted disparities; and finally, the need to provide restitution.   *Id., see also* 18 U.S.C. 3553.

   Mr. Martinez pled guilty to being a member of a drug conspiracy that began in June of 2013 and continued through June of 2014.   *See* Plea Agreement: Doc. 668 at 6-7. He admitted to supplying cocaine, meth, and/or heroin to other members of the conspiracy.   He was intercepted over court authorized wiretaps conspiring to distribute various amounts and types of drugs to his conspirators.   *Id*.   He was ultimately sentenced to the statutory mandatory minimum based on his plea, 5 years (60-months), to run consecutively to "any custodial sentence imposed by the Arapahoe District Court in Case No. 15-cr-907."   *See* Judgment: Doc. 890.

   The United States Probation Office indicates that they will be opposing Mr. Martinez's request for early termination.   Because they are in the best position to know

//


//


//

how Mr. Martinez has performed on supervision, the United States respectfully defers to their recommendation and joins them should they decide to oppose.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By: *s/ JD Rowell*
     Assistant United States Attorney
     United States Attorney's Office
     1801 California Street, Suite 1600
     Denver, Colorado 80202
     Telephone: 303-454-0100
     Fax: 303-454-0405
     Email: JD.Rowell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2024, I electronically filed the foregoing **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. 1653)** with the Clerk of the Court using CM/ECF. Additionally, a copy of this pleading will be mailed to the defendant, who appears *pro se*, at:

Mr. Christopher M. Martinez
665 Mather Street
Brighton, CO 80601

                                                   *s/Stephanie Price*
                                                   Legal Assistant
                                                   United States Attorney's Office