IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    **CHRISTOPHER MARTINEZ**,

    Defendant.

---

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

This matter is before the Court on Defendant's Motion for Early Termination of Probation (ECF No. 1653), which the Court construes as a Motion for Early Termination of Supervised Release. As so construed, the Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

The Defendant's Motion is DENIED for lack of sufficient good cause shown.

Dated this 13th day of March, 2024.

BY THE COURT:

_____
William J. Martínez
Senior United States District Judge